# EXHIBIT A

10/21/04

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
One Ashburton Place, Boston, MA 02108
Phone: (617) 994-6000 Fax: (617) 994-6024

Date Issued: 10/21/2004

John K. Weir, Esq.
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, NY 10022

Re:   Complainant(s)   Lisa Svensson

Vs.

Respondent(s)   Putnam Investment, Inc., Lawrence J. Lasser

MCAD Docket Number: 04BEM02175
EEOC/HUD Charge Number: 16CA402289

Dear Counsel:

The Commission has received notice that a civil action is being filed in *Superior Court* in the above-referenced matter. Pursuant to M.G.L.A. 151B, Section 9 (Chapter 478 of the Acts of 1974), the complaint before the Commission is hereby dismissed without prejudice as to the merits.

**Please be advised that pursuant to 804 CMR 1.15(2), the parties are required to serve upon the Commission's General Counsel a copy of any final order obtained in court. In addition, any party filing an appeal of such final order is required to serve a notice of appeal upon the Commission's General Counsel.**

Please be advised the Complainant is barred from subsequently bring a complaint on the same matter before this Commission.

Very truly yours,

Walter J. Sullivan Jr.
Commissioner

Cc:

Putnam Investment, Inc.
Director, Human Resources
One Post Office Square
Boston, MA 02109

MCAD Docket Number 04BEM02175, Case Removed to Court Cover Letter                     Page   1

# THE COMMONWEALTH OF MASSACHUSETTS
## COMMISSION AGAINST DISCRIMINATION
### ONE ASHBURTON PLACE
BOSTON, MA 02108-1518]

Tel: (617) 994-6000          TTY: (617) 994-6196          Fax: (617) 994-6024

TO:     File
FR:     Robin Edwards-King
RE:     Lisa Svensson v. Putman Investment, Inc.,
        Lawrence J. Lasser
MCAD #  04BEM02175
EEOC #  16CA402289 (25+ employees)
DATE:   October 21, 2004

## RECOMMENDATION: CASE CLOSURE – WITHDRAWN IN ORDER TO FILE A PRIVATE RIGHT OF ACTION ON THE SAME MATTER IN CIVIL COURT

On July 9, 2004 Complainant filed a complaint with the Massachusetts Commission Against Discrimination and the EEOC. Complainant alleged Respondents discriminated against her on or around March 10, 2003 on the basis of Sex and Retaliation in violation of M.G.L. c.151B§4 (16A)(1) and Title VII.

On October 15, 2004 Complainant's Counsel submitted a request to withdraw this complaint from the MCAD and EEOC in order to pursue the matter as a private right of action in civil court.

The Commission finds no reason to investigate this matter further. Therefore, it is recommended that Complainant be allowed to withdraw this complaint.

Robin Edwards-King
Administrative Assistant

*10/21/04*

**The Commonwealth of Massachusetts**
**Commission Against Discrimination**
**One Ashburton Place, Boston, MA 02108**
**Phone: (617) 994-6000 Fax: (617) 994-6024**

Date Issued: 10/21/2004

John K. Weir, Esq.
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, NY 10022

Re: Complainant(s)   Lisa Svensson

Vs.

    Respondent(s)   Putnam Investment, Inc.

MCAD Docket Number: 04BEM00757
EEOC/HUD Charge Number: 16CA401238

Dear Counsel:

The Commission has received notice that a civil action is being filed in *Superior Court* in the above-referenced matter. Pursuant to M.G.L.A. 151B, Section 9 (Chapter 478 of the Acts of 1974), the complaint before the Commission is hereby dismissed without prejudice as to the merits.

**Please be advised that pursuant to 804 CMR 1.15(2), the parties are required to serve upon the Commission's General Counsel a copy of any final order obtained in court. In addition, any party filing an appeal of such final order is required to serve a notice of appeal upon the Commission's General Counsel.**

Please be advised the Complainant is barred from subsequently bring a complaint on the same matter before this Commission.

Very truly yours,

Walter J. Sullivan Jr.
Commissioner

Cc:

Louis A. Rodrigues, Esq.
Sullivan & Worcester, LLP
One Post Office Square
Boston, MA 02109

MCAD Docket Number 04BEM00757, Case Removed to Court Cover Letter                    Page   1

# THE COMMONWEALTH OF MASSACHUSETTS
## COMMISSION AGAINST DISCRIMINATION
### ONE ASHBURTON PLACE
#### BOSTON, MA 02108-1518]

Tel: (617) 994-6000          TTY: (617) 994-6196          Fax: (617) 994-6024

TO:      File
FR:      Robin Edwards-King
RE:      Lisa Svensson v. Putman Investment, Inc.,
MCAD #   04BEM00757
EEOC #   16CA401238 (25+ employees)
DATE:    October 21, 2004

## RECOMMENDATION: CASE CLOSURE – WITHDRAWN IN ORDER TO FILE A PRIVATE RIGHT OF ACTION ON THE SAME MATTER IN CIVIL COURT

On March 1, 2004 Complainant filed a complaint with the Massachusetts Commission Against Discrimination and the EEOC. Complainant alleged Respondents discriminated against her on or around September 15, 2003 on the basis of Sex in violation of M.G.L. c.151B§4 (1) and Title VII.

On October 15, 2004 Complainant's Counsel submitted a request to withdraw this complaint from the MCAD and EEOC in order to pursue the matter as a private right of action in civil court.

The Commission finds no reason to investigate this matter further. Therefore, it is recommended that Complainant be allowed to withdraw this complaint.

Robin Edwards-King
Administrative Assistant