UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LISA SVENSSON,<br>         Plaintiff,<br><br>         v.<br><br>PUTNAM INVESTMENTS LLC, f/k/a<br>PUTNAM INVESTMENT, INC. and,<br>LAWRENCE J. LASSER,<br><br>         Defendants. | CIVIL ACTION<br>NO. 04-12711 PBS |

## NOTICE OF APPEARANCE

Please enter the appearance of David S. Rosenthal of the law firm of Nixon Peabody LLP as counsel for the Defendant, Lawrence J. Lasser, in the above-captioned action.

                                                     Respectfully submitted,

                                                     LAWRENCE J. LASSER

                                                     By his attorneys,

                                                     __/s/ Carrie J. Campion_____
                                                     David S. Rosenthal (BBO #429260)
                                                     Carrie J. Campion (BBO #656451)
                                                     Nixon Peabody LLP
                                                     100 Summer Street
                                                     Boston, MA  02110-2131
                                                     617-345-1000

Of Counsel:
Daniel A. Pollack
Pollack & Kaminsky
114 West 47th Street, Suite 1900
New York, NY 10036
(212) 575-4700
Dated:  March 21, 2005

**Certificate of Service**

I hereby certify that a copy of the above request was mailed to Plaintiff's counsel at his last known address on March 21, 2005.


/s/ Carrie J. Campion
Carrie J. Campion

BOS1476066.1