UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                    )
LISA SVENSSON,                      )
                    Plaintiff,      )
                                    )
            v.                      )   CIVIL ACTION
                                    )   NO. 04-12711 PBS
PUTNAM INVESTMENTS LLC, f/k/a       )
PUTNAM INVESTMENT, INC. and,        )
LAWRENCE J. LASSER,                 )
                                    )
                    Defendants.     )
_____ )

### NOTICE OF APPEARANCE

Please enter the appearance of David S. Rosenthal of the law firm of Nixon Peabody LLP as counsel for the Defendant, Lawrence J. Lasser, in the above-captioned action.

                            Respectfully submitted,

                            LAWRENCE J. LASSER

                            By his attorneys,


                            __/s/ Carrie J. Campion_____
                            David S. Rosenthal (BBO #429260)
                            Carrie J. Campion (BBO #656451)
                            Nixon Peabody LLP
                            100 Summer Street
                            Boston, MA  02110-2131
                            617-345-1000

Of Counsel:
Daniel A. Pollack
Pollack & Kaminsky
114 West 47th Street, Suite 1900
New York, NY 10036
(212) 575-4700
Dated:  March 21, 2005




### Certificate of Service

BOS1476066.1

I hereby certify that a copy of the above request was mailed to Plaintiff's counsel at his last known address on March 21, 2005.


/s/ Carrie J. Campion
Carrie J. Campion

BOS1476066.1