UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

```
************************************
LISA SVENSSON,                       *
        Plaintiff,                   *
                                     *
                                     *   CIVIL ACTION NO. 04-12711
v.                                   *
                                     *
PUTNAM INVESTMENTS LLC, f/k/a        *
PUTNAM INVESTMENTS, INC. and         *
LAWRENCE J. LASSER                   *
        Defendants                   *
************************************
```

## JOINT SCHEDULING STATEMENT

Pursuant to this Court's Notice of Scheduling Conference and in accordance with Fed. R. Civ. P. 16(b) and Local Rule 16.1, the parties hereby submit the following Joint Statement, which includes: (1) a proposed agenda of matters to be discussed at the scheduling conference; (2) a proposed pretrial schedule (including a plan for initial disclosures, discovery, the filing of motions and a pretrial conference) and (3) consideration as to trial by magistrate judge.

**Proposed Agenda for Scheduling Conference and Proposed Pretrial Schedule**

**I.    DISCOVERY**

A.    AUTOMATIC DISCOVERY

All discovery exchanges required by Fed.R.Civ.P. 26(A)(1) and Local Rule 26.2(A) shall be completed on or before June 15, 2005.

B.    FACT DISCOVERY

1.    Non-Expert Written and Oral Deposition Discovery.

All requests for the production of documents and tangible things, written interrogatories, and oral fact depositions may be served at any time after the

completion of the automatic disclosures by the requesting party, but shall be completed not later than February 1, 2006. Requests for admissions may be served at any time after the completion of the automatic disclosures by the requesting party but not later than March 1, 2006. No further fact discovery may be had without either the agreement of the applicable party(ies) or by leave of court.

    2.    <u>Expert Discovery</u>.

        a.    Initial Disclosures

Plaintiff shall make the initial disclosures of any expert materials required by Fed.R.Civ.P. 26(A)(2) by April 1, 2006. Defendant shall then have 60 days to make the initial disclosures of any expert materials required by Fed.R.Civ.P. 26(A)(2), on or before June 1, 2006. The parties may make rebuttal expert disclosures by July 1, 2006.

        b.    Discovery Concerning Expert Witnesses.

Discovery concerning expert witnesses, pursuant to Fed.R.Civ.P. 26(b)(4), including interrogatories and depositions, shall be completed by September 1, 2006. No further discovery concerning expert witnesses may be had without either the agreement of the applicable party(ies) or by leave of court.

II.    **FILING OF MOTIONS**

A.    <u>AMENDMENTS TO PLEADINGS</u>.

Motions to amend pleadings shall be filed and served on or before February 1, 2006. No further amendments of the pleadings may be made without either the agreement of the applicable party(ies) or by leave of court.

B.  DISPOSITIVE MOTIONS.

All dispositive motions under Fed.R.Civ.P. 12 or 56 shall be filed and served on or before May 1, 2006. When any party files any such motion, any other party may file an opposition to the motion within 30 days of the docketing of the original motion. Without further leave of court, the moving party may file a reply to such opposition within ten days of the docketing of the opposition. No other submissions pertaining to the motion may be filed without leave of court.

III.  **PROPOSED PRETRIAL CONFERENCE**

A final pretrial conference pursuant to Fed.R.Civ.P. 16(d) and Local Rule 16.5 will be held at 2:00 p.m. on Monday, September 11, 2006, or such other date as may be selected by the Court.

IV.  **CERTIFICATION**

A.  Counsel have conferred with their respective parties concerning a budget for the cost of conducting the full course-and various alternative courses-of the litigation.

B.  Counsel have discussed with their respective clients the possibility of pursuing alternative dispute resolution in this matter once discovery is completed. A separate certification signed by each party will be filed at or before the scheduling conference.

C.  Counsel have conferred regarding considering consent to trial by magistrate judge.  The Parties would prefer that the trial of this matter remain with Judge Saris.

Respectfully submitted,
The Plaintiff,
By his attorneys,

/s/ Nancie L Edgren
Denise L. Page, Esq.
BBO # 119415
Nancie L. Edgren, Esq.
BBO  # 648665
BARRON & STADFELD, P.C.
100 Cambridge Street, Suite 1310
Boston, Massachusetts 02114
617-723-9800

The Defendant,
Lawrence J. Lasser
By his attorneys,

/s/ Carrie J. Campion
David S. Rosenthal, Esq.
BBO # 429260
Carrie J. Campion, Esq.
BBO # 656451
Nixon Peabody, LLP
Boston, MA 02110-2131
617-345-1000

The Defendant,
Putnam, LLC d/b/a
Putnam Investments, LLC
f/k/a Putnam Investments, Inc.
By its attorneys,

/s/ Rachael Splaine Rollins
Joseph L. Kociubes, Esq.
BBO # 276360
Rachael Splaine Rollins, Esq.
BBO # 641972
BINGHAM McCUTCHEN, LLP
150 Federal Street
Boston, MA 02110

Date: April 28, 2005

File No. 21312-1
[321458]