UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

| | |
|---|---|
| LISA SVENSSON, * | |
|     Plaintiff, * | |
| * | |
| * | CIVIL ACTION NO. 04-12711 |
| v. * | |
| * | |
| PUTNAM INVESTMENTS LLC, f/k/a * | |
| PUTNAM INVESTMENTS, INC. and * | |
| LAWRENCE J. LASSER * | |
|     Defendants * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## LOCAL RULE 83.5.3
## MOTION FOR ENTRY OF APPEARANCE PRO HAC VICE

    Plaintiff, Lisa Svensson, by her attorney, Nancie L. Edgren of the law firm of Barron & Stadfeld, P.C., hereby moves that John K. Weir of the law firm of John K. Weir Law Offices, LLC be admitted pro hac vice to serve as counsel to Lisa Svensson in this matter.

    In support of this Motion, Nancie L. Edgren states that Attorney Weir is a member in good standing of the bar of New York, there are no disciplinary proceedings pending against him as a member of the bar, and he is familiar with the Local Rules of the United States District Court for the District of Massachusetts. In addition, I have conferred with opposing counsel regarding such admittance and they have not stated any opposition thereof.

    WHEREFORE, Plaintiff, Lisa Svensson, respectfully requests that her Motion for Entry of Appearance *Pro Hac Vice* be allowed.

                                          Lisa Svensson,
                                          By her Attorney,

                                          /s/ Nancie L. Edgren
                                          Nancie L. Edgren, Esquire
                                          BBO #648665
                                          Barron & Stadfeld, P.C.
                                          100 Cambridge Street - Suite 1310
                                          Boston, MA 02114
                                          (617) 723-9800

May 3, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSSETTS

```
************************************
LISA SVENSSON,                      *
        Plaintiff,                  *
                                    *
                                    *   CIVIL ACTION NO. 04-12711
v.                                  *
                                    *
PUTNAM INVESTMENTS LLC, f/k/a       *
PUTNAM INVESTMENTS, INC. and        *
LAWRENCE J. LASSER                  *
        Defendants                  *
************************************
```

## CERTIFICATE OF SERVICE

I, Nancie L. Edgren, hereby certify that on this 3rd day of May, 2005, a true copy of the foregoing document was served upon David S. Rosenthal, Esquire and Carrie J. Campion, Esquire at Nixon Peabody LLP, 100 Summer Street, Boston, MA 02110-2131, counsel for Defendant, Lawrence J. Lasser, and to Joseph L. Kociubes, Esquire, and Rachael Splaine Rollins, Esquire at Bingham McCutchen LLP, 150 Federal Street, Boston, MA 02110, counsel for Defendant Putnam, LLC d/b/a Putnam Investments LLC, f/k/a Putnam Investments, Inc.

/s/ Nancie L. Edgren
Nancie L. Edgren, Esquire
BBO #648665
Barron & Stadfeld, P.C.
100 Cambridge Street - Suite 1310
Boston, MA 02114
(617) 723-9800

## CERTIFICATE OF JOHN K. WEIR

I, John K. Weir, hereby certify as follows:

1. I am a member of the bar in New York. I am a member of the bar in good standing in every jurisdiction where I have been admitted to practice.

2. There are no disciplinary proceedings pending against me as a member of the bar in any jurisdiction.

3. I am familiar with the Local Rules of the United States District Court for the District of Massachusetts.

/s/ John K. Weir, Esq.
John K. Weir, Esquire
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, NY 10022
(212)572-6374

Dated: May 3, 2005

File No. 21312-1/321554

### Appellate Division of the Supreme Court of the State of New York
### First Judicial Department

I, Catherine O'Hagan Wolfe, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, certify that

# JOHN KEELEY WEIR

was duly licensed and admitted to practice as an Attorney and Counsellor at Law in all the courts of the State of New York on the **17th** day of **April, 1972** has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counsellors at Law on file in my office, has duly registered with the administrative office of the courts, and according to the records of this court is in good standing as an attorney and counsellor at law.

In Witness Whereof, I have hereunto set my hand and affixed the seal of this court on

April 28, 2005



Catherine O'Hagan Wolfe

Clerk

5014