UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA SVENSSON,<br>            Plaintiff,<br><br>            v.<br><br>PUTNAM INVESTMENTS LLC, f/k/a<br>PUTNAM INVESTMENT, INC. and,<br>LAWRENCE J. LASSER,<br><br>            Defendants. | CIVIL ACTION<br>NO. 04-12711 PBS |

## NOTICE OF APPEARANCE

Please enter the appearance of David S. Rosenthal of the law firm of Nixon Peabody LLP as counsel for the Defendant, Lawrence J. Lasser, in the above-captioned action.

                                            Respectfully submitted,

                                            LAWRENCE J. LASSER

                                            By his attorneys,

                                            /s/ David S.Rosenthal
                                            David S. Rosenthal (BBO #429260)
                                            Carrie J. Campion (BBO #656451)
                                            Nixon Peabody LLP
                                            100 Summer Street
                                            Boston, MA  02110-2131
                                            617-345-1000

Of Counsel:
Daniel A. Pollack
Pollack & Kaminsky
114 West 47th Street, Suite 1900
New York, NY 10036
(212) 575-4700

Dated:  April 26, 2005

BOS1487293.1

Case 1:04-cv-12711-PBS    Document 15    Filed 05/03/2005    Page 2 of 2

BOS1487293.1