UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
In Open Court
USDC, Mass.
Date 5-2-05
By _____

LISA SVENSSON,
        Plaintiff,

v.

PUTNAM INVESTMENTS LLC, f/k/a
PUTNAM INVESTMENTS, INC. and,
LAWRENCE J. LASSER
        Defendants.

CIVIL ACTION
NO. 04-12711 PBS

### CERTIFICATION OF DEFENDANT PUTNAM, LLC
### d/b/a PUTNAM INVESTMENTS
### f/k/a PUTNAM INVESTMENTS, INC.
### IN ACCORDANCE WITH LOCAL RULE 16.1(D)(3)

Defendant Putnam, LLC d/b/a Putnam Investments f/k/a Putnam Investments, Inc. ("Putnam") hereby certifies that counsel for Putnam in the above-captioned action and Putnam have conferred (1) with a view to establishing a budget for the costs of conducting the full course of litigation, including various alternative courses; and (2) to consider the resolution of the litigation through the use of alternative dispute resolution programs such as those outlined in Local Rule 16.4.

PUTNAM INVESTMENTS, INC.,

_____
Christopher S. Fortier
Asst. Vice President, Associate Litigation Counsel
Putnam Investment, Inc.
One Post Office Square
Boston, MA 02109
(617) 292-1000

Dated: April 29th, 2005

BINGHAM MCCUTCHEN

_____
Joseph L. Kociubes, BBO #276360
Rachael Splaine Rollins, BBO # 641972
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110
(617) 951-8000

LITDOCS/599669.1

2

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above was served upon the attorneys of record for the plaintiff, as listed below, via hand on May 2, 2005.

Rachael Splaine Rollins

Denise L. Page
Nancie Edgren
Barron & Stadfeld, P.C.
100 Cambridge Street
Boston, MA 02114
(617) 723-9800

and

John K. Weir
John K. Weir Law Offices LLC
300 Park Avenue - Suite 1700
New York, NY 10022
(212) 572-6374

LITDOCS/599669.1                                2