UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lisa Svensson
Plaintiff,

      V.                                   Civil Action Number
                                             04-12711-PBS

Putnam Investments, et al
Defendant.                                 May 2, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 2/1/06

Plaintiff's expert designation deadline: 3/1/06

Defendant's expert designation deadline: 4/1/06

Expert discovery deadline: 5/1/06

Summary Judgment Motion filing deadline: 6/1/06

Opposition to Summary Judgment Motions: 7/1/06

Hearing on Summary Judgment or Pretrial Conference: 7/12/06 at 2:00 p.m.

Case to be referred to Mediation program:  Fall, 2005

                                                   By the Court,

                                                   /s/ Robert C. Alba
                                                   Deputy Clerk