UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA SVENSSON,              )<br>              Plaintiff,   )<br>                            )<br>        v.                  )<br>                            )<br>PUTNAM INVESTMENTS LLC, f/k/a )<br>PUTNAM INVESTMENTS, INC. and, )<br>LAWRENCE J. LASSER           )<br>              Defendants.   )<br>                            ) | CIVIL ACTION<br>NO. 04-12711 PBS |

**NOTICE OF APPEARANCE**

Please enter the appearance of Louis A. Rodriques and Rachael Splaine Rollins of Bingham McCutchen LLP as counsel for defendant Putnam, LLC in the above-captioned civil action.

| PUTNAM, LLC | BINGHAM MCCUTCHEN, |
|---|---|
| /s/ Christopher S. Fortier | /s/ Rachael Splaine Rollins |
| Christopher S. Fortier | Joseph L. Kociubes, BBO #276360 |
| Asst. Vice President, Associate Litigation Counsel | Louis A. Rodriques, BBO #424720 |
| Putnam Investment, Inc. | Rachael Splaine Rollins, BBO #641972 |
| One Post Office Square | Bingham McCutchen LLP |
| Boston, MA 02109 | 150 Federal Street |
| (617) 292-1000 | Boston, MA 02110 |
| | (617) 951-8000 |

Dated: June 15, 2005

LITDOCS/605345.1

CERTIFICATE OF SERVICE

     I hereby certify that a true copy of the above was served upon the attorneys of record for the plaintiff, as listed below, via first class mail on June 15, 2005.

                                     /s/ Rachael Splaine Rollins
                                     Rachael Splaine Rollins

Denise L. Page
Nancie Edgren
Barron & Stadfeld, P.C.
100 Cambridge Street
Boston, MA 02114
(617) 723-9800

and

John K. Weir
John K. Weir Law Offices LLC
300 Park Avenue - Suite 1700
New York, NY 10022
(212) 572-6374