UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LISA SVENSSON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 04-12711 PBS |
| PUTNAM INVESTMENTS LLC, f/k/a | ) | |
| PUTNAM INVESTMENTS, INC. and, | ) | |
| LAWRENCE J. LASSER | ) | |
| Defendants. | ) | |

## CORPORATE DISCLOSURE
## STATEMENT OF DEFENDANT PUTNAM, LLC

Pursuant to Fed. R. Civ. P. 7.1(a) and Local Rule 7.3, Putnam, LLC, hereby submits the following corporate disclosure statement:

Although Lisa Svensson ("Svensson") has sued Putnam Investments LLC, f/k/a Putnam Investments, Inc., the correct name of the Defendant that we believe Svensson intended to sue is Putnam, LLC. Putnam, LLC, a Delaware limited liability company, is an indirect subsidiary of Marsh & McLennan Companies ("MMC"). MMC is a publicly-owned holding company traded on the New York Stock Exchange. MMC has no corporate parent, and no publicly-held company owns 10% or more of its stock.

| PUTNAM, LLC | BINGHAM MCCUTCHEN, |
|---|---|
| /s/ Christopher S. Fortier | /s/ Rachael Splaine Rollins |
| Christopher S. Fortier | Joseph L. Kociubes, BBO #276360 |
| Asst. Vice President, Associate Litigation Counsel | Louis A. Rodriques, BBO # 424720 |
| Putnam Investments, Inc. | Rachael Splaine Rollins, BBO # 641972 |
| One Post Office Square | Bingham McCutchen LLP |
| Boston, MA  02109 | 150 Federal Street |
| (617) 292-1000 | Boston, MA  02110 |
| | (617) 951-8000 |

Dated: June 15, 2005

LITDOCS/603175.1

2

## CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above was served upon the attorneys of record for the plaintiff, as listed below, via hand on June 15, 2005.

                                          /s/ Rachael Splaine Rollins  
                                          Rachael Splaine Rollins

Denise L. Page  
Nancie Edgren  
Barron & Stadfeld, P.C.  
100 Cambridge Street  
Boston, MA 02114  
(617) 723-9800  

and  

John K. Weir  
John K. Weir Law Offices LLC  
300 Park Avenue - Suite 1700  
New York, NY 10022  
(212) 572-6374