UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA SVENSSON,<br>    Plaintiff,<br><br>    v.<br><br>PUTNAM INVESTMENTS LLC, f/k/a<br>PUTNAM INVESTMENTS, INC. and,<br>LAWRENCE J. LASSER<br>    Defendants. | )<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 04-12711 PBS<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION TO RESCHEDULE MEDIATION

Now come both parties and respectfully request that this Honorable Court reschedule the Mediation currently set for July 25, 2005 and as grounds therefore state as follows:

1. Both the Order of Reference For Alternative Dispute Resolution and the Scheduling Order, attached hereto as Exhibits A and B respectively, state that the Alternative Dispute Resolution Conference would be scheduled in the Fall of 2005. The parties requested a date in the Fall so that some discovery could be completed prior to the Alternative Dispute Resolution Conference.

2. On July 5, 2005, the parties received a Notice of Mediation from the Court, attached hereto as Exhibit C, indicating that the Mediation was scheduled for July 25, 2005.

3. To date, the parties have not completed any discovery, other than the required initial disclosures.

4. Accordingly, the parties request that the Court reschedule the Mediation for a date in October 2005.

By Attorneys for Putnam,

BINGHAM MCCUTCHEN,

/s/ Rachael Splaine Rollins
Joseph L. Kociubes, BBO #276360
Louis A. Rodriques, BBO # 424720
Rachael Splaine Rollins, BBO # 641972
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000

By Attorneys for Lawrence J. Lasser

NIXON PEABODY,

/s/ Carrie J. Campion
David S. Rosenthal
Carrie J. Campion
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000

and

Daniel A. Pollack
Pollack & Kaminsky
114 West 47th Street, Suite 1900
New York, NY  10036
(212) 575-4700

By Attorneys for Lisa Svensson

BARRON & STADFELD,

/s/ Nancie Edgren
Denise L. Page
Nancie Edgren
Barron & Stadfeld, P.C.
100 Cambridge Street
Boston, MA 02114
(617) 723-9800

and

John K. Weir
John K. Weir Law Offices LLC
300 Park Avenue - Suite 1700
New York, NY 10022
(212) 572-6374

Dated:     July 15, 2005


By Attorneys for Putnam,

BINGHAM MCCUTCHEN,

/s/ Rachael Splaine Rollins
Joseph L. Kociubes, BBO #276360
Louis A. Rodriques, BBO # 424720
Rachael Splaine Rollins, BBO # 641972
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000

By Attorneys for Lawrence J. Lasser

NIXON PEABODY,

/s/ Carrie J. Campion
David S. Rosenthal
Carrie J. Campion
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000

and

Daniel A. Pollack
Pollack & Kaminsky
114 West 47th Street, Suite 1900
New York, NY  10036
(212) 575-4700

By Attorneys for Lisa Svensson

BARRON & STADFELD,

/s/ Nancie Edgren
Denise L. Page
Nancie Edgren
Barron & Stadfeld, P.C.
100 Cambridge Street
Boston, MA 02114
(617) 723-9800

and

John K. Weir
John K. Weir Law Offices LLC
300 Park Avenue - Suite 1700
New York, NY 10022
(212) 572-6374

Dated:     July 15, 2005

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above was served upon the attorneys of record for the plaintiff, as listed below, via first class mail on July 15, 2005.

                                                /s/ Rachael Splaine Rollins
                                                Rachael Splaine Rollins

Denise L. Page
Nancie Edgren
Barron & Stadfeld, P.C.
100 Cambridge Street
Boston, MA 02114
(617) 723-9800

and

John K. Weir
John K. Weir Law Offices LLC
300 Park Avenue - Suite 1700
New York, NY 10022
(212) 572-6374

# EXHIBIT A

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lisa Svensson
          Plaintiff

                                                      CIVIL ACTION
V.                                                     NO. 04-12711-PBS

Putnam Investments, et al
          Defendant

## ORDER OF REFERENCE FOR
## ALTERNATIVE DISPUTE RESOLUTION

After consultation with counsel and after consideration of the various alternative dispute resolution programs (ADR) available, I find this matter appropriate for ADR and accordingly, refer this case to the ADR program for assignment of the following:

   _____ EARLY NEUTRAL EVALUATION    \_\_X\_\_ MEDIATION: Fall, 2005
   _____ MINI-TRIAL                                          _____ SUMMARY JURY TRIAL
   _____ SETTLEMENT CONFERENCE            _____ SPECIAL MASTER
   _____ PRIVATE ALTERNATIVE DISPUTE RESOLUTION PROGRAM

Upon notification of the time and place designated for the proceeding, counsel are directed to be present with their clients or with appropriate settlement authority and to provide any written documentation which may be required for the particular ADR program. If counsel is engaged on trial or has any scheduling conflict and a continuance becomes necessary, the provider of the ADR program and other counsel should be advised of the conflict immediately.

                                                                      HON. PATTI B. SARIS
                                                                      UNITED STATES DISTRICT JUDGE
                                                                      BY: /s/ Robert C. Alba
DATE: May 2, 2005                                           DEPUTY CLERK

## CASE CATEGORY

| | | | |
|---|---|---|---|
| Admiralty | _____ | Antitrust | _____ |
| Civil Rights | _____ | Contract | _____ |
| Copyright/Trademark/Patent | _____ | Environmental | _____ |
| ERISA | _____ | FELA | _____ |
| Labor Relations | _____ | Medical Malpractice | _____ |
| Personal Injury | _____ | Product Liability | _____ |
| Shareholder Dispute | _____ | | |
| Other | | _____ | |

# EXHIBIT B

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lisa Svensson
Plaintiff,

    V.

Putnam Investments, et al
Defendant.

Civil Action Number
04-12711-PBS

May 2, 2005

## SCHEDULING ORDER

Saris, D.J.,

Fact Discovery deadline: 2/1/06

Plaintiff's expert designation deadline: 3/1/06

Defendant's expert designation deadline: 4/1/06

Expert discovery deadline: 5/1/06

Summary Judgment Motion filing deadline: 6/1/06

Opposition to Summary Judgment Motions: 7/1/06

Hearing on Summary Judgment or Pretrial Conference: 7/12/06 at 2:00 p.m.

Case to be referred to Mediation program: Fall, 2005

By the Court,

/s/ Robert C. Alba
Deputy Clerk

# EXHIBIT C

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LISA SVENSSON
    Plaintiff

V.                                                     CIVIL ACTION
                                                          04-12711 PBS

PUTNAM INVESTMENTS LLC
LAWRENCE J. LASSER
    Defendant

## NOTICE OF MEDIATION

The above entitled action has been referred to the Alternative Dispute Resolution Program (ADR) and has been assigned to <u>M.J. Joyce London Alexander</u>, for the following ADR process:

| | | | |
|---|---|---|---|
| ☐ | SCREENING CONFERENCE | ☐ | EARLY NEUTRAL EVALUATION |
| X | MEDIATION | ☐ | MINI-TRIAL |
| ☐ | SUMMARY JURY TRIAL | ☐ | SETTLEMENT CONFERENCE |

No later than five (5) days prior to the ADR session, each party is to furnish the ADR provider with a memorandum describing the party's position concerning the issue(s) to be resolved through ADR. The memoranda shall not exceed twenty (20) pages, shall identify the representatives of the parties who will be attending with decision making authority and shall be served on all other parties. The parties may also provide copies of pleadings or any other information that may be helpful to the neutral and other parties in preparing for a productive session. Memoranda and other material submitted to the ADR provider shall NOT be filed with, nor revealed to, the Court.

The ADR proceeding with principals present has been scheduled for **MEDIATION** on **JULY 25, 2005 at 10:00 AM** in Courtroom <u>24</u> on the <u>7TH</u> floor of the United States Courthouse, 1 Courthouse Way, Boston, Massachusetts.

                                    HONORABLE JOYCE LONDON ALEXANDER
                                    U.S. MAGISTRATE JUDGE
                                    By the Court:

<u>JULY 5, 2005</u>                /S/ Rex Brown

Date                              Courtroom Clerk