UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LISA SVENSSON, | ) | |
|                Plaintiff, | ) | |
| | ) | |
|                v. | ) | CIVIL ACTION |
| | ) | NO. 04-12711 PBS |
| PUTNAM INVESTMENTS LLC, f/k/a | ) | |
| PUTNAM INVESTMENTS, INC. and, | ) | |
| LAWRENCE J. LASSER | ) | |
|              Defendants. | ) | |

### JOINT MOTION TO RESCHEDULE MEDIATION SESSION

Now come both parties and respectfully request that the Court reschedule the Alternative Dispute Resolution Conference session currently set for November 8, 2005, until the first available date in January 2006, after January 10, 2006, and as grounds therefore state the following:

1. The parties are actively engaged in discovery and in the resolution of open discovery disputes. The parties also have important depositions scheduled for dates after the scheduled November 8, 2005 mediation session.

2. The parties agree that conducting the mediation prior to the completion of the pending discovery is undesirable and that neither party will be harmed by the relief requested herein:

WHEREFORE, the parties respectfully request that the mediation scheduled for November 8, 2005, be rescheduled to the earliest available date in January 2006, but after January 10, 2006.

LITDOCS/620960.1

2

| By Attorneys for Putnam, | By Attorneys for Lisa Svensson |
|---|---|
| BINGHAM MCCUTCHEN, | BARRON & STADFELD, |

/s/ Rachael Splaine Rollins_____
Joseph L. Kociubes, BBO #276360
Louis A. Rodriques, BBO # 424720
Rachael Splaine Rollins, BBO # 641972
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
(617) 951-8000

/s/ Nancie Edgren_____
Denise L. Page
Nancie Edgren
Barron & Stadfeld, P.C.
100 Cambridge Street
Boston, MA 02114
(617) 723-9800

and

By Attorneys for Lawrence J. Lasser

NIXON PEABODY,

John K. Weir
John K. Weir Law Offices LLC
300 Park Avenue - Suite 1700
New York, NY 10022
(212) 572-6374

/s/ David S. Rosenthal_____
David S. Rosenthal
Carrie J. Campion
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110
(617) 345-1000

and

Daniel A. Pollack
Pollack & Kaminsky
114 West 47th Street, Suite 1900
New York, NY  10036
(212) 575-4700

Dated:  November 4, 2005

3

CERTIFICATE OF SERVICE

      I hereby certify that a true copy of the above was served upon the attorneys of record for the plaintiff, as listed below, via first class mail on November 4, 2005.

                                        /s/ Rachael Splaine Rollins
                                        Rachael Splaine Rollins

Denise L. Page
Nancie Edgren
Barron & Stadfeld, P.C.
100 Cambridge Street
Boston, MA 02114
(617) 723-9800

and

John K. Weir
John K. Weir Law Offices LLC
300 Park Avenue - Suite 1700
New York, NY 10022
(212) 572-6374