UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LISA SVENSSON,<br><br>      Plaintiff,<br><br>    v.<br><br>PUTNAM INVESTMENTS LLC, f/k/a<br>PUTNAM INVESTMENTS, INC. and<br>LAWRENCE J. LASSER.,<br><br>      Defendants. | CIVIL ACTION<br>NO. 04-12711 PBS |

## MOTION OF DEFENDANT PUTNAM INVESTMENTS, LLC, f/k/a PUTNAM INVESTMENTS, INC., FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS

Defendant, Putnam Investment LLC, f/k/a Putnam Investments, Inc. ("Putnam"), by its attorneys, hereby moves for an extension of the time within which to file its opposition to Plaintiff's Motion to Compel Production of Documents from November 18, 2005, to November 23, 2005, a total of three (3) business days. As grounds for its motion, Putnam states that Plaintiff e-filed her motion on November 4, 2005, and, as such, did not serve hard copy of her motion. The Court's electronic Notice of Filing did not reach Putnam's counsel, with the result that Putnam's counsel did not learn of the motion until November 10, 2005, when it discovered the motion on the court's docket. Since that time, lead counsel for Putnam has been involved in an out-of-town arbitration, making it difficult to complete Putnam's opposition prior to the current due date of November 18, 2005.

Putnam's counsel hereby certify that they have consulted with Plaintiff's counsel in a good faith attempt to narrow the issues raised by this motion.

LITDOCS/622214.1

-2-

WHEREFORE, Putnam respectfully requests that the Court extend the time within which Putnam must answer or otherwise respond to Plaintiff's Motion to Compel Production of Documents from November 18, 2005, to November 23, 2005.

        PUTNAM, LLC,
        By its attorneys,


        _/s/ Rachael Splaine Rollins_____
        Joseph L. Kociubes, BBO# 276360
        Louis A. Rodriques, BBO# 424720
        Rachael Splaine Rollins, BBO# 641972
        BINGHAM MCCUTCHEN LLP
        150 Federal Street
        Boston, MA  02110
        (617) 951-8000


Dated:  November 15, 2005