UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA SVENSSON,<br><br>                       Plaintiff,<br><br>                v.<br><br>PUTNAM INVESTMENTS LLC, f/k/a<br>PUTNAM INVESTMENTS, INC. and<br>LAWRENCE J. LASSER.,<br><br>                     Defendants. | CIVIL ACTION<br>NO. 04-12711 PBS |

## AFFIDAVIT OF RACHAEL SPLAINE ROLLINS

**RACHAEL SPLAINE ROLLINS**, being first duly sworn, deposes and says:

1.    I am over eighteen (18) years of age, am competent to testify, am not laboring under any disability, and understand the meaning of an oath.

2.    I am an associate at the law firm of Bingham McCutchen LLP and am one of the attorneys representing the defendant Putnam Investments LLC f/k/a Putnam Investments, Inc. ("Putnam") in connection with this matter. I submit this affidavit in support of Putnam's Motion for Entry of Protective Order Concerning Confidentiality.

3.    I am familiar with the confidentiality agreements the plaintiff entered into with Putnam, copies of which are attached to Putnam's Motion for Entry of Protective Order Concerning Confidentiality. In discovery in this matter, the plaintiff has produced numerous documents constituting or containing Confidential Information as defined by those agreements. Her production demonstrates that she removed and retained such Confidential Information in violation of those agreements. Some examples of such documents are described in the following paragraphs 4 through 8.

4. Marked as Bates Nos. LS-1665-1673, the plaintiff produced a document titled "Study of Female Investment Professionals at Putnam, 1997-2003." The document is internal and confidential and contains personnel information of numerous individuals who are not parties to this lawsuit.

5. Marked as Bates Nos. LS-1658, the plaintiff produced a document titled, "Putnam's Portfolio Managers as of December 2004 Attorney Client Privileged." The document contains personnel information of numerous individuals who are not parties to this lawsuit.

6. Marked as Bates Nos. LS-0667-0674, the plaintiff produced a document titled "Investment Management Highly Confidential For Internal Use Only." The document contains internal business operation information as well as personnel information of numerous individuals who are not parties to this lawsuit.

7. Marked as Bates Nos. LS-0486-0499, the plaintiff produced "Performance Data for GER Bonus Info." The documents contain private personnel information of numerous individuals who are not parties to this lawsuit, including detailed information regarding each individual's performance and compensation.

8. Marked as Bates Nos. LS-1659, the plaintiff produced a spreadsheet titled "Analysis of GER Bonus Info at Putnam Investments Attorney-Client privileged." The spreadsheet contains personnel information of numerous individuals who are not parties to this lawsuit.

Signed under the pains and penalties of perjury this 17th day of November, 2005.

/s/ Rachael Splaine Rollins
Rachael Splaine Rollins

## CERTIFICATE OF SERVICE

I, Rachael Splaine Rollins, hereby certify that on this 17th day of November, 2005, a true copy of the foregoing document was served via first class mail upon the attorney(s) of record for each other party:

Denise L. Page
Nancie Edgren
Barron & Stadfeld, P.C.
100 Cambridge Street
Boston, MA 02114

John K. Weir
John K. Weir Law Offices LLC
300 Park Avenue - Suite 1700
New York, NY 10022

/s/ Rachael Splaine Rollins
Rachael Splaine Rollins