UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LISA SVENSSON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 04-12711 PBS |
| PUTNAM INVESTMENTS LLC, f/k/a | ) | |
| PUTNAM INVESTMENTS, INC. and, | ) | |
| LAWRENCE J. LASSER | ) | |
| Defendants. | ) | |
| | ) | |

**PLAINTIFF'S MOTION FOR LEAVE TO FILE A REPLY TO PUTNAM
INVESTMENTS' OPPOSITION TO PLAINTIFF'S
MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Pursuant to Local Rule 7.1(B)(3), now comes the Plaintiff, in the above matter, and hereby requests through her attorney that she be allowed leave to file a Reply to Putnam Investments' Opposition to Plaintiff's Motion to Compel Production of Documents. The grounds for this motion are set forth in the following Memorandum.

MEMORANDUM.

Plaintiff seeks leave to file a Reply Memorandum in order to address issues raised by Defendant's Opposition to Plaintiff's Motion to Compel Production of Documents, in addition, Putnam has misstated and mischaracterized some of the facts, thus necessitating a reply. Defendant's Opposition to Plaintiff's Motion to Compel Production of Documents was filed on November 22, 2005. Due to the holiday as well as preparation and attendance at depositions in this matter that are scheduled for November 29, 2005 and November 30, 2005, Plaintiff's counsel requires additional time within which to prepare a Reply Memorandum to Defendant's Opposition to Plaintiff's Motion to Compel Production of Documents.

WHEREFORE, the Plaintiff respectfully requests that this Court allow her Motion for Leave and allow her to file a Reply Memorandum to Putnam Investment's Opposition to Plaintiff's Motion to Compel Production of Documents, and allow her up to and including Monday, December 5, 2005 within which to rile a reply.

Respectfully submitted,
The Plaintiff, By her attorneys,


/s/ Nancie L. Edgren
Denise L. Page, Esq.
BBO No. 119415
Nancie L. Edgren, Esq.
BBO No. 648665
BARRON & STADFELD, P.C.
100 Cambridge Street, Suite 1310
Boston, Massachusetts 02114
617.723.9800
and

/s/ John K. Weir
John K. Weir, Esq. Admitted Pro Hac Vice
John K. Weir Law Offices
300 Park Avenue
Suite 1700
New York, New York, 10022
212-572-5374

Date:  November 28, 2005


340646/file no. 21312-1