UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA SVENSSON,<br>    Plaintiff,<br><br>    v.<br><br>PUTNAM INVESTMENTS LLC, f/k/a<br>PUTNAM INVESTMENTS, INC. and,<br>LAWRENCE J. LASSER<br>    Defendants. | CIVIL ACTION<br>NO. 04-12711 PBS |

### PLAINTIFF'S MOTION TO EXTEND TIME WITHIN WHICH TO RESPOND TO DEFENDANT, PUTNAM INVESTMENTS, LLC'S f/k/a PUTNAM INVESTMENTS, INC.'S MOTION FOR ENTRY OF PROTECTIVE ORDER CONCERNING CONFIDENTIALITY

Now comes the Plaintiff, Lisa Svensson, "Svensson" by her attorneys, and hereby moves for an extension of time within which to file her opposition to Defendant's Motion for Entry of Protective Order Concerning Confidentiality.

1. Defendant, Putnam Investments, Inc. f/k/a Putnam Investments, Inc. "Putnam" filed a Motion for Entry of Protective Order Concerning Confidentiality on November 17, 2005. Accordingly any opposition is due on December 1, 2005.

2. Counsel for Svensson and Putnam have conferred at great lengths regarding the Confidentiality Agreement as well as the outstanding discovery issues in this matter. In fact, the discovery issues are currently the subject of a Motion to Compel that is scheduled to be heard on Tuesday, December 13, 2005 at 2:15 p.m. by Magistrate Judge Marianne B. Bowler.

3. The current version of the Proposed Confidentiality Agreement differs from that originally proposed by Putnam.

4.  Plaintiff's counsel requires time to review the current version of the proposed Confidentiality Agreement and to review it with Svensson. Plaintiff's counsel then requires additional time within which to respond to the Defendant's Motion for Entry of Protective Order Concerning Confidentiality because there are valid reasons as to why at this juncture Svnesson is hesitant to enter into such an overly broad Confidentiality Agreement, namely because she has already produced numerous documents to Putnam during the course of discovery, some of which Putnam is now seeking to have designated as confidential.

5.  There has been a flurry of activity on this case in order to have meaningful discussions at the mediation that is currently scheduled for January 11, 2006. In fact, the Deposition of Mary MacNamee was held yesterday, November 29, 2005 and Svensson's Deposition is being held today, November 30, 2005.

6.  The parties have gone ahead with the depositions of Lauren Allensmith, Joshua Brooks, Mary McNamee and Svensson, with the agreement that the parties will be bound by either the Court's decision regarding a Confidentiality Agreement or the parties further agreement regarding "Confidential" answers.

7.  Svensson is willing to enter into a limited Confidentiality Agreement concerning personal information regarding other Putnam employees, however, Svensson will not agree to Putnam's Confidentiality Agreement in its current form which allows Putnam to designate virtually any material as Confidential even if it was previously not so designated.

8.  Counsel for Defendant, Putnam, has agreed to allow Plaintiff's Counsel up to and including Friday, December 9, 2005 within which to file an Opposition to Defendant's Motion for Entry of Protective Order Concerning Confidentiality.

WHEREFORE, Plaintiff, Svensson hereby requests that this Court allow her up to an

including Friday, December 9, 2005 within which to file an Opposition to Defendant's Motion for Entry of Protective Order Concerning Confidentiality.

                    Respectfully submitted,
                    The Plaintiff, By her attorneys,

                    /s/ Nancie L. Edgren
                    Denise L. Page, Esq.
                    BBO No. 119415
                    Nancie L. Edgren, Esq.
                    BBO No. 648665
                    BARRON & STADFELD, P.C.
                    100 Cambridge Street, Suite 1310
                    Boston, Massachusetts 02114
                    617.723.9800
                    and

                    /s/ John K. Weir
                    John K. Weir, Esq. Admitted Pro Hac Vice
                    John K. Weir Law Offices
                    300 Park Avenue
                    Suite 1700
                    New York, New York, 10022
                    212-572-5374

Date: November 30, 2005

340946/file no. 21312-1