UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA SVENSSON,<br>    Plaintiff,<br><br>    v.<br><br>PUTNAM INVESTMENTS LLC, f/k/a<br>PUTNAM INVESTMENTS, INC. and,<br>LAWRENCE J. LASSER<br>    Defendants. | CIVIL ACTION<br>NO. 04-12711 PBS |

**PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE A REPLY TO PUTNAM INVESTMENTS' OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL PRODUCTION OF DOCUMENTS**

Now comes the Plaintiff, in the above matter, and hereby requests through her attorney that she be allowed additional time to file a Reply to Putnam Investments' Opposition to Plaintiff's Motion to Compel Production of Documents. The grounds for this motion are set forth in the following Memorandum.

MEMORANDUM.

On December 1, 2005, Plaintiff filed for leave to file a Reply Memorandum requesting up until December 5, 2005 within which to file a Reply Memorandum, which was allowed by the Court on December 1, 2005. Due to the schedules of both local counsel and lead counsel, whose office is in New York, additional time is needed within which to file a Reply Memorandum. The hearing on this matter is currently scheduled for Tuesday, December 13, 2005.

WHEREFORE, the Plaintiff respectfully requests that this Court allow her Motion for Additional Time to file a Reply Memorandum to Putnam Investment's Opposition to Plaintiff's Motion to Compel Production of Documents, and allow her up to and including Wednesday, December 7, 2005 within which to rile a reply.

    Respectfully submitted,
The Plaintiff, By her attorneys,

/s/ Nancie L. Edgren
Denise L. Page, Esq.
BBO No. 119415
Nancie L. Edgren, Esq.
BBO No. 648665
BARRON & STADFELD, P.C.
100 Cambridge Street, Suite 1310
Boston, Massachusetts 02114
617.723.9800
and

/s/ John K. Weir
John K. Weir, Esq. Admitted Pro Hac Vice
John K. Weir Law Offices
300 Park Avenue
Suite 1700
New York, New York, 10022
212-572-5374

Date: December 5, 2005

340646/file no. 21312-1