UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA SVENSSON,<br>    Plaintiff,<br><br>    v.<br><br>PUTNAM INVESTMENTS LLC, f/k/a<br>PUTNAM INVESTMENTS, INC. and,<br>LAWRENCE J. LASSER<br>    Defendants. | CIVIL ACTION<br>NO. 04-12711 PBS |

**PLAINTIFF'S MOTION TO RESCHEDULE HEARING
ON DEFENDANT'S MOTION FOR ENTRY OF
PROTECTIVE ORDER CONCERNING CONFIDENTIALITY**

Now comes the Plaintiff, through her counsel, in the above matter, and hereby requests that this Court reschedule the hearing in the above matter that is currently scheduled for January 6, 2006. As grounds for this request, Plaintiff states as follows:

1. There is currently a mediation scheduled in this matter for January 11, 2006 before Magistrate Judge Alexander.

2. Lead counsel on this matter will be traveling from New York to Boston for the previously scheduled mediation.

3. Depending upon the outcome of the mediation, the Defendant's Motion for Entry of Protective Order Concerning Confidentiality may be mute in that the entire matter may be resolved during the mediation.

4. Plaintiff has already agreed that any determination regarding confidential information will be retroactive to cover previously held depositions and discovery that has been

exchanged, pending a judicial determination regarding what should be deemed "confidential."

5. Putnam is currently under order to produce documents responsive to Plaintiff's Request for Production of Documents no later than January 6, 2006.

6. Plaintiff proposes that the hearing on the Motion for Entry of Protective Order Concerning Confidentiality be rescheduled for the day after the mediation, January 12, 2006, or as soon as practicable thereafter, depending upon the availability of the Court.

7. Rescheduling the hearing until after the Mediation will help to conserve judicial resources and no prejudice will result because the mediation session itself is not public and no confidential information will be disclosed or filed with the Court or otherwise.

8. Plaintiff's counsel requested that Putnam assent to their request to reschedule the hearing on the Motion for Protective Order in order to accommodate Plaintiff's out of state counsel, however, Putnam refused on the basis that Putnam had requested that the hearing on the Motion for Entry of Protective Order Regarding Confidentiality be consolidated with the hearing on Plaintiff's Motion to Compel, however this is not true as no such request was made to Plaintiff's counsel.

9. Putnam's counsel indicated that they would assent to continuing the hearing so long as Plaintiff's counsel would agree that Putnam could hold their confidential documents until there was a ruling on the Motion for Entry of Protective Order Concerning Confidentiality, notwithstanding the January 6, 2006 deadline for producing documents. Plaintiff would not agree that Putnam could withhold the requested documents because some of these documents may be necessary for the upcoming mediation.

Wherefore, Plaintiff, through her counsel, proposes that the hearing on the Motion for Entry of Protective Order Concerning Confidentiality be rescheduled from January 6, 2005 to January 12, 2006, or as soon as practicable thereafter, depending upon the availability of the Court.

                        Respectfully submitted,
                        The Plaintiff, By her attorneys,

/s/ Nancie L. Edgren
Denise L. Page, Esq.
BBO No. 119415
Nancie L. Edgren, Esq.
BBO No. 648665
BARRON & STADFELD, P.C.
100 Cambridge Street, Suite 1310
Boston, Massachusetts 02114
617.723.9800

and

/s/ John K. Weir
John K. Weir, Esq. Admitted Pro Hac Vice
John K. Weir Law Offices
300 Park Avenue
Suite 1700
New York, New York, 10022 212-572-5374

Date: January 3, 2006

343179/file no. 21312-1