**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

<u>LISA SVENSSON                              </u>
               Plaintiff(s)

       V.

<u>PUTNAM INVESTMENTS LLC           </u>
<u>  & LAWRENCE J. LASSER           </u>
               Defendant(s)

CIVIL ACTION

NO. <u>  04-CV-12711-PBS  </u>

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE <u>    PATTI B. SARIS         </u>

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On <u>  January 11, 2006                          </u> I held the following ADR proceeding:

        _____     SCREENING CONFERENCE     _____ EARLY NEUTRAL EVALUATION

        __xx __    MEDIATION                         _____ SUMMARY BENCH / JURY TRIAL

        _____      MINI-TRIAL                         _____ SETTLEMENT CONFERENCE

        All parties were represented by counsel [except _____]

        The parties were / were not present in person or by authorized corporate officer [except

        _____].

        The case was:

[ ]    Settled. Your clerk should enter a _____ day order of dismissal.

[ ]    There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

[X]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list. After discovery, the parties may wish to engage in further mediation.

[ ]    Suggested strategy to facilitate settlement:

 

<u>  1/11/2006           </u>                    <u>    /S/ Joyce London Alexander      </u>
     DATE                                                ADR Provider