UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * *   *    Civil Action No. 04-12711-PBS
                          *
LISA SVENSSON             *
                          *    BBO No. 119415
        Plaintiff,        *
                          *    Withdrawal of Appearance
v.                        *    of
                          *    Denise L. Page,
PUTNAM INVESTMENTS,       *    Barron & Stadfeld, P.C.,
LLC f/k/a PUTNAM INVEST-  *    for
MENTS, INC. and LAWRENCE  *    Plaintiff Lisa Svensson
J. LASSER,                *
                          *
        Defendants.       *
                          *
* * * * * * * * * * *     *
```

To the Clerk of the Court:

Please take notice that Denise L. Page, Barron & Stadfeld, P.C., 100 Cambridge Street, Suite 1310, Boston, Massachusetts 02114, withdraws her appearance for plaintiff Lisa Svensson.

LISA SVENSSON, plaintiff,

By her attorneys,

BARRON & STADFELD, P.C.

s/ Denise L. Page
Denise L. Page   BBO No. 119415
100 Cambridge Street, Suite 1310
Boston, Massachusetts 02114
Tel.: 617.723.9800/531.6569

Dated: January 17, 2006

## Certificate of Service

A copy of the within document was transmitted via the CM/ECF System to counsel of record: Joseph L. Kociubes and Rachael Splaine Rollins, BINGHAM MCCUTCHEN, LLP, 150 Federal Street, Boston, Massachusetts 02110, and David S. Rosenthal and Carrie J. Campion, NIXON PEABODY, LLP, 100 Summer Street,

Boston, Massachusetts 02110; and, by mail, first class, postage prepaid, to John K. Weir, JOHN K. WEIR LAW OFFICES, LLC, 300 Park Avenue, Suite 1700, New York, New York 10022.

                                                                                                          _____
                                                                                                          s/ Denise L. Page

Dated: January 17, 2006

[344928.1]