UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * *  *    Civil Action No. 04-12711-PBS
                       *
LISA SVENSSON          *
                       *    BBO No. 351000
      Plaintiff,       *
                       *    Appearance
v.                     *    of
                       *    Kevin F. Moloney,
PUTNAM INVESTMENTS,    *    for
LLC f/k/a PUTNAM INVEST-*   Plaintiff
MENTS, INC. and LAWRENCE*   Lisa Svensson
J. LASSER,             *
                       *
      Defendants.      *
                       *
* * * * * * * * * * *  *
```

To the Clerk of the Court:

　　Please take notice that Kevin F. Moloney, Barron & Stadfeld, P.C., 100 Cambridge Street, Suite 1310, Boston, Massachusetts 02114, appears for plaintiff Lisa Svensson.

　　　　　　　　　　　　　　　　LISA SVENSSON, plaintiff,

　　　　　　　　　　　　　　　　By her attorneys,

　　　　　　　　　　　　　　　　BARRON & STADFELD, P.C.


　　　　　　　　　　　　　　　　s/ Kevin F. Moloney
　　　　　　　　　　　　　　　　Kevin F. Moloney  BBO No. 351000
　　　　　　　　　　　　　　　　100 Cambridge Street, Suite 1310
　　　　　　　　　　　　　　　　Boston, Massachusetts 02114
　　　　　　　　　　　　　　　　Tel.: 617.723.9800/531.6569
Dated: January 17, 2006

　　　　　　　　　　　Certificate of Service
　　A copy of the within document was transmitted via the CM/ECF System to counsel of record: Joseph L. Kociubes and Rachael Splaine Rollins, BINGHAM MCCUTCHEN, LLP, 150 Federal Street, Boston, Massachusetts 02110, and David S. Rosenthal and Carrie J. Campion, NIXON PEABODY, LLP, 100 Summer Street,

Boston, Massachusetts 02110 02110; and, by mail, first class, postage prepaid, to John K. Weir, JOHN K. WEIR LAW OFFICES, LLC, 300 Park Avenue, Suite 1700, New York, New York 10022.

```
                                    _____
                                    s/ Kevin F. Moloney
Dated: January 17, 2006
```

[344926.1]