UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * *   *    Civil Action No. 04-12711-PBS
                          *
LISA SVENSSON             *
                          *    BBO No. 351000
         Plaintiff,       *
                          *    Assented to ¹
v.                        *
                          *    Motion of Plaintiff
PUTNAM INVESTMENTS,       *    Svensson for Leave to File
LLC f/k/a PUTNAM INVEST-  *    a Reply Memorandum (and
MENTS, INC. and LAWRENCE  *    supporting affidavits) to
J. LASSER,                *    Defendant Putnam Investments,
                          *    LLC's Opposition to Svensson's
         Defendants.      *    Motion to Extend
                          *
* * * * * * * * * * *     *
```

    Plaintiff Svensson moves the court for leave to file the accompanying Reply Memorandum (and supporting Affidavits of Nancie L. Edgren and John K. Weir) because, in its opposition to Svensson's motion to extend discovery dates, defendant Putnam has misstated the facts, omitted other material facts and has failed to present an accurate statement of the prior proceedings and events in this case.

    Accordingly, in the interests of fairness and completeness, Svensson requests the court to grant leave for the filling of the accompanying memorandum and the accompanying Affidavits of Nancie L. Edgren and John K. Weir.

                                      LISA SVENSSON, plaintiff,

---

[1] Putnam Investment, LLC's assent is only to the granting of the relief sought and not to the stated reasons or the contents of the accompanying memorandum or of the accompanying affidavits of Nancie L. Edgren and John K. Weir

```
                                By her attorneys,

                                BARRON & STADFELD, P.C.

                                s/ Kevin F. Moloney
                                Kevin F. Moloney BBO No. 351000
                                100 Cambridge Street, Suite 1310
                                Boston, Massachusetts 02114
                                Tel.: 617.723.9800/531.6569
Dated: January 19, 2006
```

Certificate of Service.

A copy of the within document was transmitted via the CM/ECF System to counsel of record: Joseph L. Kociubes and Rachael Splaine Rollins, BINGHAM MCCUTCHEN, LLP, 150 Federal Street, Boston, Massachusetts 02110, and David S. Rosenthal and Carrie J. Campion, NIXON PEABODY, LLP, 100 Summer Street, Boston, Massachusetts 02110 02110; and, by e-mail to John K. Weir, JOHN K. WEIR LAW OFFICES, LLC, 300 Park Avenue, Suite 1700, New York, New York 10022.

```
                                s/ Kevin F. Moloney
Dated: January 19, 2006
```

[345452.1]