UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * *   *     Civil Action No. 04-12711-PBS
                          *
LISA SVENSSON             *
                          *     BBO No. 351000
        Plaintiff,        *
                          *     Affidavit
v.                        *     of
                          *     John K. Weir
PUTNAM INVESTMENTS,       *
LLC f/k/a PUTNAM INVEST-  *     (Declaration pursuant
MENTS, INC. and LAWRENCE  *     to 28 U.S.C. §1746)
J. LASSER,                *
                          *
        Defendants.       *
                          *
* * * * * * * * * * * *   *
```

1.  My name is John K. Weir.  I have been admitted PHV to

    practice in this court in this case and I am co-counsel for

    plaintiff Lisa Svensson ("Svensson").  I have personal

    knowledge of the facts set forth herein.

2.  On or about January 6, 2006, Putnam Investments, LLC

    ("Putnam") sent to me by U. S. mail documents responsive to

    this Court's decision from the bench on Svensson's motion to

    compel production, which documents were received and first

    seen by me on January 12, 2006.

3.  Review of this production indicated that many of the

    documents had been redacted in whole or in substantial part,

    while other documents had had names removed and replaced by

    the designations "male" or "female".  These redactions made

the documents virtually incomprehensible and essentially unusable for purposes of deposition discovery. The cover letter enclosing the documents failed to offer any explanation for the unilateral redactions of critical information, although the practice of unilateral redaction of documents had been utilized by Putnam repeatedly in the earlier document productions.

4.  At the December 13, 2005, hearing on the motion to compel, Putnam raised no issue with respect to redaction of the documents which this Court ordered them to produce not later than January 6, 2006.

5.  Subsequent to the hearing on December 13, 2005, I agreed that any documents produced on January 6, 2006, by Putnam would be treated as "confidential," pending a ruling by the Court on the motion addressed to that subject.

6.  In the January 6, 2006, document production, Putnam's counsel also served a revised privilege log. Review of that log indicates that there is a serious issue with respect to the applicability of any legal privilege to certain of the documents as to which such privilege is asserted.

Signed under penalty for perjury on this 19th day of January, 2006.

s/ _John K. Weir_

LISA SVENSSON, plaintiff,

2

By her attorneys,

BARRON & STADFELD, P.C.

s/ Kevin F. Moloney
Kevin F. Moloney BBO No. 351000
100 Cambridge Street, Suite 1310
Boston, Massachusetts 02114
Tel.: 617.723.9800/531.6569

Dated: January 19, 2006

## Certificate of Service.

A copy of the within document was transmitted via the CM/ECF System to counsel of record: Joseph L. Kociubes and Rachael Splaine Rollins, BINGHAM MCCUTCHEN, LLP, 150 Federal Street, Boston, Massachusetts 02110, and David S. Rosenthal and Carrie J. Campion, NIXON PEABODY, LLP, 100 Summer Street, Boston, Massachusetts 02110 02110; and, by e-mail to John K. Weir, JOHN K. WEIR LAW OFFICES, LLC, 300 Park Avenue, Suite 1700, New York, New York 10022.

s/ Kevin F. Moloney

Dated: January 19, 2006

[345448.1]