UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * *   *   Civil Action No. 04-12711-PBS
                          *
LISA SVENSSON             *
                          *
        Plaintiff,        *   Joint Motion of
                          *   All Parties
v.                        *   to
                          *   Extend the End of
PUTNAM INVESTMENTS,       *   Fact Discovery from
LLC and LAWRENCE J.       *   May 1, 2006, to
LASSER,                   *   June 1, 2006,
                          *   and to Adjust the
        Defendants.       *   Dates for the Other
                          *   Events of This Case
* * * * * * * * * * * *   *   to Take Into Account
                              the Extension of
                              the Time for Fact
                              Discovery
```

<u>JOINT MOTION OF ALL PARTIES</u>.

All parties -- plaintiff Lisa Svensson and defendants Putnam Investments, LLC and Lawrence J. Lasser -- move the court to extend the date for the close of fact discovery from May 1, 2006, to June 1, 2006, and to adjust the dates for the other events in this case to take into account the extension of the fact discovery period.  The grounds for this motion are set forth in the following memorandum.

<u>MEMORANDUM</u>.

By order of the court (Bowler, U.S.M.J.) entered on January 20, 2006, the date for the close of fact discovery was extended from February 1, 2006, to May 1, 2006.  Since that date, the

parties, by their respective counsel, have engaged in additional documentary discovery and have been endeavoring to schedule depositions, including an out of state deposition, in Los Angeles, California. Due to trial commitments over the coming period in other cases of various counsel in this case, the parties agree that an extension of the end of fact discovery from May 1, 2006, to June 1, 2006, is necessary.

Accordingly all parties request the court to extend the date for the close of fact discovery from May 1, 2006, to June 1, 2006.

Because, when the date for the end of fact discovery was extended by the January 20, 2006, order to May 1, 2006, but the dates for the other events of this case, while affected thereby, were impliedly but not literally changed, the parties, in order to take into account the extension to May 1, 2006, and the presently requested extension to June 1, 2006, request the court to adjust the dates for the remaining events of the case as follows:

1. End of fact discovery by: June 1, 2006;

2. Plaintiff's initial expert disclosure by: July 1, 2006;

3. Defendants' initial expert disclosures by: August 1, 2006;

4. Expert discovery to be completed by: September 1, 2006;

5.  Summary Judgment motions to be filed by: October 1, 2006;

6.  Oppositions to summary judgment motions to be filed by: November 1, 2006;

7.  Hearing on summary judgment motion(s) or Pretrial Conference to be scheduled by the court.

        LISA SVENSSON
        plaintiff,

        By her attorneys,

        BARRON & STADFELD, P.C.

        /s/ Kevin F. Moloney_____
        Kevin F. Moloney BBO No. 351000
        100 Cambridge Street, Suite 1310
        Boston, Massachusetts 02114
        Tel: 617.723.9800/531.6569

        PUTNAM INVESTMENTS, LLC,
        defendant,

        By its attorneys,

        BINGHAM MCCUTCHEN, LLP

        /s/ Louis A. Rodriques_____
        Joseph L. Kociubes BBO No. 276360
        Louis A. Rodriques BBO No. 424720
        150 Federal Street
        Boston, Massachusetts 02110,
        Tel.: 617.951.8000

        and,

        LAWRENCE K. LASSER, defendant,

        By his attorneys,

```
                              NIXON PEABODY, LLP


                              /s/ David S. Rosenthal_____
                              David S. Rosenthal BBO No. 429260
                              Carrie J. Campion BBO No.656451
                              100 Summer Street
                              Boston, Massachusetts 02110
                              Tel: 617.345.6000
```

Dated: March 8, 2006

[350202.1]