UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * *    Civil Action No. 04-12711-PBS
                          *
LISA SVENSSON             *
                          *    BBO No. 351000
        Plaintiff,        *
                          *    Plaintiff's Motion
v.                        *    to Impound Certain
                          *    Documents
PUTNAM INVESTMENTS,       *
LLC f/k/a PUTNAM INVEST-  *
MENTS, INC. and LAWRENCE  *
J. LASSER,                *
                          *
        Defendants.       *
                          *
* * * * * * * * * * * * *
```

Plaintiff Lisa Svensson ("Svensson"), in light of the protective order concerning confidential information, moves the court to impound the following[1]:

1. Exhibits to the Affidavit of Kevin F. Moloney;

2. The unredacted "Memorandum of Plaintiff Lisa Svensson in Support of her Motion for an Order Compelling Defendant Putnam Investments, LLC to Answer Interrogatory Nos. 3, 4, 5, 7, 9, 10 and 12....," a copy of which in redacted format is filed electronically;

3. First Affidavit of Lisa Svensson;

---

[1] By filing these documents with this motion to impound, Svensson does not concede that any of the information contained therein is confidential information within the meaning of the protective order.

4.  Exhibit 2 to Second Affidavit of Lisa Svensson, "Analysis of Male Comparators"; and,

5.  Exhibit 2 to Third Affidavit of Lisa Svensson, "Analysis of Female Comparators."

> LISA SVENSSON, plaintiff,
>
> By her attorneys,
>
> BARRON & STADFELD, P.C.
>
> /s/ Kevin F. Moloney
> Kevin F. Moloney  BBO No. 351000
> 100 Cambridge Street, Suite 1310
> Boston, Massachusetts  02114
> Tel.: 617.723.9800/531.6569
>
> and
>
> /s/ John K. Weir
> John K. Weir, Admitted PHV
> John K. Weir Law Offices, LLC
> 300 Park Avenue, Suite 1700
> New York, New York, 10022
> Tel.: 212.572.5374

Dated: April 20, 2006

### Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Copies of the documents to be impounded were delivered by messenger to counsel of record:

> /s/ Kevin F. Moloney
> Kevin F. Moloney BBO No. 351000
> BARRON & STADFELD, P.C.
> 100 Cambridge Street, Suite 1310
> Boston, Massachusetts 02114
> Tel.: 617.723.9800/531.6569

Dated: April 20, 2006

[354773.1]