UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * <br> * <br> LISA SVENSSON, * <br> * <br> Plaintiff, * <br> * <br> v. * <br> * <br> * <br> PUTNAM INVESTMENTS, LLC and * <br> LAWRENCE LASSER, * <br> * <br> Defendants. * <br> * <br> * * * * * * * * * * * * * * * * * * * * * * * * * * * * | Civil Action No. 04-12711-PBS <br><br> BBO No. 351000 <br><br><br><br> Affidavit of <br> Kevin F. Moloney <br><br> (Declaration pursuant to <br> 28 U.S.C. § 1746 |

1. My name is Kevin F. Moloney. I am a member of the bar of this court and co-counsel of record to plaintiff Lisa Svensson ("Svensson") in this case. I have personal knowledge of the facts set forth herein.

2. Accompanying this affidavit but filed in paper format with Svensson's motion to impound also filed herewith,[1] are the exhibits to this affidavit, which are copies of the following documents produced by defendant Putnam Investments, LLC ("Putnam") in this case and an excerpt from the April 11, 2006, deposition of Putnam's present Chief Executive Officer, Charles Haldeman, Jr.:

    Exhibit 1 - PRM 01563 - 01564;

    Exhibit 2 - excerpt from the April 11, 2006 deposition of Charles Haldeman, Jr.;

    Exhibit 3 - PRM 01789 - PRM 01792;

---

[1] The filing of these documents with the motion to impound does not mean that Svensson concedes that the information in the above documents is confidential information within the meaning of the protective order in this case.

Exhibit 4 - PRM 01518;

Exhibit 5 - PRM 01792;

Exhibit 6 - PRM 01886 - PRM 01887;

Exhibit 7 - PRM 01891 - PRM 01983;

Exhibit 8 - PRM 01691; and,

Exhibit 9 - PRM 01308 - PRM 01309.

Signed under the penalty for perjury this 20th day of April 2006,

/s/ Kevin F. Moloney

Lisa Svensson, plaintiff,

By her attorneys,

BARRON & STADFELD, P.C.

/s/ Kevin F. Moloney
Kevin F. Moloney  BBO No. 351000
100 Cambridge Street, Suite 1310
Boston, Massachusetts  02114
Tel.: 617.723.9800/531.6569

and

/s/ John K. Weir
John K. Weir
Admitted PHV
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, New York, 10022
Tel.: 212.572.5374

Date: April 20, 2006

Certificate of Service.
This document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kevin F. Moloney

[354760.1]