UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * *    Civil Action No. 04-12711-PBS
                         *
LISA SVENSSON            *
                         *   BBO No. 351000
         Plaintiff,      *
                         *   Second Affidavit
v.                       *   of
                         *   Lisa Svensson
PUTNAM INVESTMENTS,      *
LLC f/k/a PUTNAM INVEST- *   (Declaration pursuant
MENTS, INC. and LAWRENCE *   to 28 U.S.C. §1746)
J. LASSER,               *
                         *
         Defendants.     *
                         *
* * * * * * * * * * * * *
```

1. My name is Lisa Svensson. I am the plaintiff in this case. I was employed as an investment professional in the Investment Management Division of defendant Putnam Investments, LLC f/k/a Putnam Investments, Inc. ("Putnam") from July 1994 through September 15, 2003. A copy of my resume is annexed hereto as Exhibit "1." I have personal knowledge of the facts set forth herein.

2. Accompanying this affidavit as Exhibit "2," hereto, is a spreadsheet entitled "Analysis of Male Comparators."[1]

3. I compiled the data in the attached spreadsheet based on six categories of information: (A) My personal knowledge;

---

[1] Exhibit 2, given the protective order concerning confidential information, is the subject of the motion to impound filed herewith. By filing Exhibit 2 in this manner, Svensson does not concede that all or any part of the information shown on the spreadsheet is confidential information.

(B) Information available on defendant Putnam Investments LLC ("Putnam")'s website, www.putnam.com; (C) Information available from the websites of governing institutions such as the U.S. Securities and Exchange Commission ("SEC"), www.sec.gov, and the CFA Institute, www.cfainstitue.org; (D) The "Putnam Officer Directory" for the years 1994-2002; (E) Putnam's responses to interrogatories or documents produced by Putnam in this case; and, (F) Information received from Kelly Morgan and Joshua Brooks of the Putnam Investment Management Division.

4. I prepared the attached spreadsheet to develop a clear way to compare me to the various male Putnam investment professionals with whom I worked over my nine year career in the Putnam Investment Management Division.

5. The Basis for Comparison and the Source of the Information in the Spreadsheet are as follows:

| Basis for Comparison | Source of the Information |
|---|---|
| Held same portfolio management position as plaintiff as reported to the SEC | Prospectuses of Putnam funds filed with as the SEC, 1995-2006, from the SEC Website, www.sec.gov |
| Held same research position as plaintiff in Putnam's Investment Management Division Division | My personal knowledge |
| Manages or managed funds | Prospectuses of Putnam |

| | |
|---|---|
| managed by plaintiff (Putnam Global Growth,[2] 1998-2006; Putnam Global Natural Resources Trust, 2003-2006) | funds filed with the SEC, 1998-2006, from the SEC Website, www.sec.gov |
| Appointed to position for which plaintiff was better qualified | My personal knowledge |
| Appointed from outside Putnam to fill position in the Putnam Investment Management Division in which plaintiff was interested and for which she had the required qualifications | My personal knowledge |
| Similar tenure | Putnam's website, www.putnam.com, and the "Putnam Officer Directory" for years 1994-2002 |
| Similar investment experience | Putnam's website, www.putnam.com |
| Promotion pool | Putnam's answers to interrogatory No. 9 and documents produced by Putnam in this case, PRM 1786, PRM 1789-93, PRM 1886-1893 |
| Eligible for demotion, based upon the poor performance of Putnam's Growth Funds in 2002 or other funds in a prior year | My personal knowledge and prospectuses of Putnam Funds, 1998-2002 filed with the SEC, from the SEC website, www.sec.gov |
| One of a select few of research analysts who were named portfolio managers of specific investment funds | Prospectuses for Putnam funds, 1997-2006, filed with the SEC, from the SEC website, www.sec.gov |

---

[2] Global Growth was re-named Global Equity in 2002.

3

| | |
|---|---|
| Making buy and sell recommendations for a significant portion of the Standard & Poor's 500 index as defined by market capitalization or visibility | My personal knowledge |
| Held in high esteem within Putnam's Investment Management Division as the result of long term performance and expertise | My personal knowledge |
| Received training in management techniques at the same time as Plaintiff | Information received from Kelly Morgan of the Putnam Investment Management Division |
| One of a select few invited by the Investment Management Division to make appearances on television investment programs | My personal knowledge |
| Has managed people | My personal knowledge |
| Has children | My personal knowledge |
| Holds the CFA designation (Chartered Financial Analyst) | CFA Institute website, www.cfainstitute.org |
| Maternity leave | My personal knowledge |
| Complained to top management about unethical commission allocations | Information received from Joshua Brooks of the Putnam Investment Management Division |

6.  In determining the definition of comparators with similar investment experience and those with similar tenure at Putnam, I used a period of three years before or after my own start. For example, since I began my investment career in 1987, a comparator on investment experience in this analysis is a person who began an investment career between

4

1984 and 1990. I used a similar three year period before and after my 1994 arrival at Putnam to define a comparator with similar tenure at Putnam.

Signed under penalty for perjury this 18th day of April 2006.

_____
Lisa Svensson, plaintiff,

### Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kevin F. Moloney
Kevin F. Moloney BBO No. 351000
BARRON & STADFELD, P.C.
100 Cambridge Street, Suite 1310
Boston, Massachusetts 02114
Tel.: 617.723.9800/531.6569

Dated: April 20, 2006

[354579.1]

Exhibit 1
to Second Affidavit of
Lisa Svensson

Lisa Svensson Resume

Lisa Svensson, CFA
54 Hull St.
Newton, MA  02460
Home (617)244-0548
Mobile (617)953-9249
lhsven@yahoo.com

**Education**

| | | |
|---|---|---|
| 1987 | **Cornell University** | **MBA** |
| | L'Universite Catholique de Louvain | |
| 1984 | **Texas A&M University** | **BS Petroleum Engineering** |
| | *Conoco Scholarship, 1982-1984* | |
| | Based on outstanding performance in the oilfield | |

**Experience**

**Putnam Investments** — Boston

**2002-2003** — *SVP, Associate Director of Research, Global Equity Research*
Responsible for coverage of the non-US oils as well as management of the Energy and Basic Materials team consisting of four second year MBAs. Managed the $280MM Putnam Global Natural Resources Trust. Ranked number one of 58 analysts as of September 2003 in terms of alpha per recommendation.

**1997-2002** — *SVP, Senior Portfolio Manager, Putnam Global Growth Fund*
Responsible for performance of the Large Cap International Growth products: Putnam Global Growth Fund, International Large Cap Growth Equity, and Global ex-Japan. Helped develop the investment process, including development of quantitative screening, portfolio construction, and risk management techniques. Recruited and trained numerous junior investment professionals, including coverage plans and performance evaluation. Designed marketing materials and participated in new business development and ongoing client service initiatives.

**1994-1997** — *SVP, Supervisory Analyst, Global Equity Research*
Responsible for coverage of the global oil and gas and cellular groups. A member of the original team that designed the Putnam Research Fund. Hired, trained and supervised a series of MBA and IA candidates, some of whom went on to cover industries for Putnam.

**1990-1994** — **Lord Abbett & Co.** — New York
*Senior Analyst*
Covered the global oil and gas industry as well as railroads. Managed the Lord Abbett Research Fund in 1993. Outperformed the S&P 500 that year by 1.4%.

**1989-1990** — **Smith Barney** — New York
*Vice President, Senior Analyst*
Covered the Natural Gas Pipeline industry. Achieved top ten status in Greenwich survey after only one year of coverage.

**1987-1989** — **Alliance Capital Management** — New York
*Assistant Vice President, Research Analyst*
Responsible for coverage of a diverse group of stocks including retailers, natural gas pipelines, oil and gas exploration and production companies, railroads, air freight, shippers, trucking, and electric utilities. Major recommendations were: Burlington Northern, Chicago and Northwestern, and Conrail.

[354639.1]

Exhibit 2 to
Second Affidavit of
Lisa Svensson

Analysis of Male Comparators

This document is filed separately in paper format pursuant to the Svensson motion to impound filed herewith given the Protective Order concerning confidential information.[1]

[354775.1]

---

[1] By filing this document with the motion to impound, Svensson does not concede that the information contained therein is covered by that protective order.