UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LISA SVENSSON,<br><br>     Plaintiff,<br><br>    v.<br><br>PUTNAM INVESTMENTS LLC, f/k/a<br>PUTNAM INVESTMENTS, INC. and<br>LAWRENCE J. LASSER.,<br><br>     Defendants. | CIVIL ACTION<br>NO. 04-12711 PBS |

## ASSENTED-TO MOTION OF DEFENDANT PUTNAM INVESTMENTS, LLC, f/k/a PUTNAM INVESTMENTS, INC., FOR AN EXTENSION OF TIME WITHIN WHICH TO FILE ITS OPPOSITION TO PLAINTIFF'S MOTION TO COMPEL ANSWERS TO INTERROGATORIES

Defendant, Putnam Investment LLC, f/k/a Putnam Investments, Inc. ("Putnam"), by its attorneys, hereby moves for an extension of the time within which to file its opposition to Plaintiff's Motion to Compel Answers to Interrogatories from May 4, 2006, to May 11, 2006, a total of five (5) business days, due to business and scheduling conflicts. Plaintiff has assented to the allowance of this motion.

WHEREFORE, Putnam respectfully requests that the Court extend the time within which Putnam must answer or otherwise respond to Plaintiff's Motion to Compel Answers to Interrogatories from May 4, 2006, to May 11, 2006.

| By Attorneys for Putnam, | By Attorneys for Lisa Svensson |
|---|---|
| BINGHAM MCCUTCHEN, | BARRON & STADFELD, |
| /s/ Rachael Splaine Rollins_____ | /s/ Kevin F. Maloney_____ |
| Joseph L. Kociubes, BBO #276360 | Kevin F. Maloney |
| Louis A. Rodriques, BBO # 424720 | Barron & Stadfeld, P.C. |
| Rachael Splaine Rollins, BBO # 641972 | 100 Cambridge Street |
| Bingham McCutchen LLP | Boston, MA 02114 |
| 150 Federal Street | (617) 723-9800 |
| Boston, MA 02110 | |
| (617) 951-8000 | and |
| | John K. Weir |
| | John K. Weir Law Offices LLC |
| | 300 Park Avenue - Suite 1700 |
| | New York, NY 10022 |
| | (212) 572-6374 |

Dated: May 3, 2006