UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * *   *   Civil Action No. 04-12711-PBS
                          *
LISA SVENSSON             *
                          *
         Plaintiff,       *   Joint Motion of
                          *   All Parties
v.                        *   to
                          *   Continue the Date and
PUTNAM INVESTMENTS,       *   Time of the Hearing of
LLC and LAWRENCE J.       *   Plaintiff Svensson's
LASSER,                   *   Motion for Order Compelling
                          *   Defendant Putnam Investments LLC
                          *   to Answer Interrogatory Nos. 3,
                          *   4, 5, 7, 9 and 12 from June 8,
                          *   2006, at 2:00 p.m. to June 20,
                          *   2006, at 2:00 p.m. or as Soon
                          *   Thereafter That Day as Counsel
                          *   can be Heard
* * * * * * * * * * * *   *
```

### JOINT MOTION OF ALL PARTIES.

All parties -- plaintiff Lisa Svensson ("Svensson") and defendants Putnam Investments, LLC ("Putnam") and Lawrence J. Lasser ("Lasser") -- move the court to continue the date and time of the hearing on Svensson's "Motion...for an Order Compelling [Putnam] to Answer Interrogatory Nos. 3, 4, 5, 7, 9 and 12..." (Svensson's motion") from June 8, 2006, at 2:00 p.m. to June 20, 2006, at 2:00 p.m. or as soon thereafter that day that counsel can be heard.  The grounds for this motion are set forth in the following memorandum.

### MEMORANDUM.

Co-counsel for Svensson, Kevin F. Moloney, is counsel of record for defendant Joseph F. McDonough in <u>Sampson</u> v. <u>McDonough, et al</u>., United States District Court, District of Massachusetts, Civil Action No. 02-11464-GAO. Prior to the action of the court (Bowler, U.S.M.J.) in the instant case in scheduling the hearing on Svensson's motion for June 8, 2006, at 2:00 p.m., District Judge O'Toole had scheduled the pretrial conference in the <u>Sampson</u> case for that same afternoon.

As the court's scheduling of the hearing on Svensson's motion in the instant case conflicts with the schedule in the <u>Sampson</u> case, the parties in the instant case -- Svensson, Putnam and Lasser -- agree that a change in the date and time of the hearing of the Svensson motion is appropriate and all parties request that the court set Svensson's motion down for hearing on June 20, 2006, at 2:00 p.m. or as soon thereafter that day that counsel can be heard.

                                      LISA SVENSSON
                                      plaintiff,

                                      By her attorneys,

                                      BARRON & STADFELD, P.C.


                                      /s/ Kevin F. Moloney_____
                                      Kevin F. Moloney BBO No. 351000

        100 Cambridge Street, Suite 1310
        Boston, Massachusetts 02114
        Tel: 617.723.9800/531.6569

        and
        PUTNAM INVESTMENTS, LLC,
        defendant,

        By its attorneys,

        BINGHAM MCCUTCHEN, LLP


        /s/ Louis A. Rodriques_____
        Joseph L. Kociubes BBO No. 276360
        Louis A. Rodriques BBO No. 424720
        150 Federal Street
        Boston, Massachusetts 02110,
        Tel.: 617.951.8000

        and,

        LAWRENCE K. LASSER, defendant,

        By his attorneys,

        NIXON PEABODY, LLP


        /s/ David S. Rosenthal_____
        David S. Rosenthal BBO No. 429260
        Carrie J. Campion BBO No.656451
        100 Summer Street
        Boston, Massachusetts 02110
        Tel: 617.345.6000


Dated: May 24, 2006




[358939.1]