UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| * * * * * * * * * * * * * * * *<br>*<br>LISA SVENSSON  *<br>        Plaintiff,  *<br>                             *<br>v.  *<br>                             *<br>PUTNAM INVESTMENTS,  *<br>LLC and LAWRENCE  *<br>LASSER,  *<br>        Defendants.  *<br>                             *<br>* * * * * * * * * * * * * * * * | Civil Action No. 04-12711-PBS<br><br>BBO No. 351000<br>Opposition<br>of<br>Plaintiff Lisa Svensson<br>to the Motion of Defendant Putnam<br>Investments, LLC for a Protective<br>Order Quashing her Rule 30(b)(6)<br>Notice of the Deposition<br>of Defendant Putnam<br><br>and<br>Request for Hearing and<br>Oral Argument |

OPPOSITION.

Plaintiff Lisa Svensson ("Svensson") opposes the motion of defendant Putnam Investments, LLC ("Putnam") "for a Protective Order Quashing Plaintiff's Rule 30(b)(6) Deposition Notice."

The grounds for her opposition are set forth in her memorandum in support of her opposition which is filed herewith.

REQUEST FOR HEARING AND ORAL ARGUMENT.

Svensson requests a hearing and oral argument.

                                            LISA SVENSSON, plaintiff

                                            By her attorneys

                                            BARRON & STADFELD, P.C.

                                            /s/ Kevin F. Moloney
                                            Kevin F. Moloney   BBO No. 351000
                                            Roger T. Manwaring BBO No. 548041
                                            100 Cambridge Street, Suite 1310
                                            Boston, Massachusetts 02114
                                            Tel.: 617.723.9800/531.6569
                                            and

/s/ John K. Weir
John K. Weir, admitted PHV
JOHN K. WEIR LAW OFFICES, LLC
300 Park Avenue, Suite 1700
New York, New York 10022
Tel.: 212.572.6374

Dated: June 8, 2006.

Certificate of Service.

    This document is filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Kevin F. Moloney

Dated: June 8, 2006.

[360255.1]