UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | Civil Action No. 04-12711-PBS |
| * | |
| LISA SVENSSON, * | BBO No. 351000 |
| * | |
| Plaintiff, * | |
| * | |
| v. * | Second Affidavit of |
| * | Kevin F. Moloney |
| * | |
| PUTNAM INVESTMENTS, LLC and * | (Declaration pursuant to |
| LAWRENCE LASSER, * | 28 U.S.C. § 1746 |
| * | |
| Defendants. * | |
| * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

1.      My name is Kevin F. Moloney.  I am a member of the bar of this court and co-counsel of record to plaintiff Lisa Svensson ("Layton") in this case.  I have personal knowledge of the facts set forth herein.

2.      I have reviewed the documents produced to date by Putnam in this case, Bates Nos. PRM-1 - 2862.

3.      Of the pages produced, 509 pages (the "Redacted Pages") (17.8%)are redacted in whole or in part.  They are:

PRM 121-129, 688-690, 705, 707, 708-10. 713-14, 716, 905-06, 932, 996-97, 1001, 1004, 1010, 1013, 1018-19, 1022, 1026, 1028-30, 1033-34, 1043, 1045, 1047-49, 1051-53, 1058-622, 111065-1073, 10755, 1077-82, 1084-85, 1302, 1304, 1308-11, 1518-19, 1521, 1608-09, 1611, 1613, 1615, 1617, 1619, 1620-25, 1628, 1633, 1634, 1637, 1642, 1642, 1645, 1670, 1671, 1673, 1724-25, 1727-29, 1732, 1734-36, 1739, 1785, 1936-

1969, and 1993-2016,

4.     Copies of the Redacted Pages accompany this affidavit collectively as Exhibit "1."

Signed under the penalty for perjury this 8th day of June 2006,

/s/ Kevin F. Moloney

Lisa Svensson, plaintiff,

By her attorneys,

BARRON & STADFELD, P.C.

/s/ Kevin F. Moloney
Kevin F. Moloney  BBO No. 351000
100 Cambridge Street, Suite 1310
Boston, Massachusetts  02114
Tel.: 617.723.9800/531.6569

and

/s/ John K. Weir
John K. Weir
Admitted PHV
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, New York, 10022
Tel.: 212.572.5374

Date: June 8, 2006

Certificate of Service.
This document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kevin F. Moloney
Kevin F. Moloney

Dated: June 8, 2006

[360451.1]