```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| * * * * * * * * * * * * * * <br> * <br> LISA SVENSSON                * <br>                              * <br>         Plaintiff,          * <br>                              * <br> v.                           * <br>                              * <br> PUTNAM INVESTMENTS,          * <br> LLC f/k/a PUTNAM INVEST-    * <br> MENTS, INC. and LAWRENCE    * <br> J. LASSER,                   * <br>                              * <br>         Defendants.         * <br>                              * <br> * * * * * * * * * * * * * * | Civil Action No. 04-12711-PBS <br><br> BBO No. 351000 <br><br> Plaintiff's Motion <br> to Impound Certain <br> Documents |

Plaintiff Lisa Svensson ("Svensson"), in light of the protective order concerning confidential information, moves the court to impound the following[1]:

1. Exhibit 1 to the Second Affidavit of Kevin F. Moloney;

2. Exhibit 1 to Fourth Affidavit of Lisa Svensson: Restated and Amended Analysis of Male Comparators;

3. Exhibit 2 to Fourth Affidavit of Lisa Svensson: Restated and Amended Analysis of Female Comparators;

4. Exhibit 3 to Fourth Affidavit of Lisa Svensson: Chart entitled, ""Analysis of Male Comparators by Employment Action Taken (disparate treatment)";

---

[1] By filing these documents with this motion to impound, Svensson does not concede that any of the information contained therein is confidential information within the meaning of the protective order.

5. Exhibit "4" to Fourth Affidavit of Lisa Svensson: Chart entitled "Analysis of Male and Female Comparators by Employment Action Taken (disparate impact)";

6. Exhibit "5" to Fourth Affidavit of Lisa Svensson, Chart entitled "Male Comparators Who Transferred Between Teams";

7. Exhibit "6" to Fourth Affidavit of Lisa Svensson entitled "Female Comparators Who Transferred Between Teams"; and,

8. Exhibit B to Svensson's "Reply Memorandum to the Opposition of...Putnam Investments, LLC to Svensson's Motion...for Order Compelling Putnam to Answer Interrogatory Nos.3, 4, 5, 7, 9, 10 and 12......."

                                          LISA SVENSSON, plaintiff,

                                          By her attorneys,

                                          BARRON & STADFELD, P.C.

/s/ Kevin F. Moloney_____
Kevin F. Moloney  BBO No. 351000
100 Cambridge Street, Suite 1310
Boston, Massachusetts  02114
Tel.: 617.723.9800/531.6569

and

/s/ John K. Weir_____
John K. Weir, Admitted PHV
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, New York, 10022
Tel.: 212.572.5374

Dated: June 8, 2006

Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Copies of the documents to be impounded were delivered by

2

messenger to counsel of record:

        /s/ Kevin F. Moloney_____
        Kevin F. Moloney BBO No. 351000
        BARRON & STADFELD, P.C.
        100 Cambridge Street, Suite 1310
        Boston, Massachusetts 02114
        Tel.: 617.723.9800/531.6569

Dated: April 20, 2006

[360465.1]