UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| * * * * * * * * * * * * * * * *<br>*<br>LISA SVENSSON                 *<br>                              *<br>        Plaintiff,           *<br>                              *<br>v.                            *<br>                              *<br>PUTNAM INVESTMENTS, LLC       *<br>and LAWRENCE LASSER           *<br>.                             *<br>        Defendants            *<br>                              *<br>* * * * * * * * * * * * * * * * | Civil Action No. 04-12711-PBS<br><br>BBO No. 351000<br><br><u>Assented to</u><br>Motion of Plaintiff Svensson<br>for<br>Leave to File her<br>Memorandum in Reply<br>to<br>the Opposition of Defendant<br>Putnam Investments, LLC,<br>to Svensson's Memorandum<br>in Support of her Motion, Pursuant<br>to Fed. R. Civ. P. 37(a)(2), for<br>an Order Compelling Putnam<br>to Answer Interrogatory Nos. 3, 4,<br>5, 7, 9, 10 and 12 and, Pursuant to<br>Fed. R. Civ. P. 37(a)(2)(4), for an Award<br>of Attorneys' Fees and Expenses. |

<u>ASSENTED TO MOTION</u>.

Plaintiff Lisa Svensson ("Svensson"), with the assent of defendant Putnam Investments, LLC ("Putnam")[1], moves the court for leave to file the accompanying Memorandum in Reply to the Opposition of [Putnam] to Svensson's Memorandum in Support of her Motion, Pursuant to Fed. R. Civ. P. 37(a)(2), for an Order Compelling Putnam to Answer Interrogatory Nos. 3, 4, 5, 7, 9, 10 and 12 and, Pursuant to Fed. R. Civ. P. 37(a)(2)(4), for an Award of Attorneys' Fees and Expenses" ("Reply Memorandum").  The grounds for this motion are set forth in the following memorandum.

<u>MEMORANDUM</u>.

Svensson has moved the court for leave to file the accompanying Reply Memorandum as it is both necessary and appropriate because, its opposition to Svensson's motion, Putnam misstates and

---

[1] Defendant Putnam's assent is to the granting of the relief sought, not to Svensson's reasons therefor.

misrepresents the relevant facts of this case, misstates this court's prior orders and the parties' positions, and misinterprets applicable case law.

        LISA SVENSSON, plaintiff

        By her attorneys

        BARRON & STADFELD, P.C.

        /s/ Kevin F. Moloney
        Kevin F. Moloney     BBO No. 351000
        Roger T. Manwaring  BBO No. 548041
        100 Cambridge Street, Suite 1310
        Boston, Massachusetts 02114
        Tel.: 617.723.9800/531.6569

        and

        /s/ John K. Weir
        John K. Weir, admitted PHV
        JOHN K. WEIR LAW OFFICES, LLC
        300 Park Avenue, Suite 1700
        New York, New York 10022
        Tel.: 212.572.6374

Dated: June 8, 2006


Assented to:

PUTNAM INVESTMENTS, LLC, defendant,

By its attorneys,

BINGHAM MCCUTCHEN, LLP


/s/ Louis A. Rodriques
Joseph L. Kociubes BBO No. 276360
Louis A. Rodriques BBO No. 424720
150 Federal Street
Boston, Massachusetts 02110,
Tel.: 617.951.8000

<u>Certificate of Service</u>.

This document is filed through the ECF system, and will be sent electronically to the registered

participants as identified on the Notice of Electronic Filing (NEF).

                                          /s/ Kevin F. Moloney

Dated: June 8, 2006

[360256.1]