UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * | | Civil Action No. 04-12711-PBS |
| LISA SVENSSON | * | |
| | * | BBO No. 351000 |
| Plaintiff, | * | |
| | * | Assented to |
| v. | * | Motion of Plaintiff Svensson |
| | * | for |
| PUTNAM INVESTMENTS, LLC and LAWRENCE LASSER . | * | Leave to File |
| | * | (1) Substitute Second Affidavit |
| | * | of Kevin F. Moloney |
| Defendants | * | and |
| | * | (2) Corrected Documents Subject to Plaintiff' |
| | * | Svensson's Motion to Impound Filed  June 8, 2006 |
| * * * * * * * * * * * * * * * * | | |

ASSENTED TO MOTION.

Plaintiff Lisa Svensson ("Svensson"), with the assent of defendant Putnam Investments, LLC ("Putnam")[1], moves the court for leave to file the accompanying "Substitute Second Affidavit of Kevin F. Moloney" and the three volume "Corrected Documents Subject to Plaintiff' Svensson's Motion to Impound Filed June 8, 2006," in paper format in sealed envelopes, and to substitute them for the "Second Affidavit of Kevin F. Moloney," filed June 8, 2006, and the one volume "Documents Subject to Plaintiff Svensson's Motion to Impound Filed June 8, 2006," also filed that day.

MEMORANDUM.

Yesterday, Svensson filed electronically the "Second Affidavit of Kevin F. Moloney" and, in paper format in a sealed envelope, "Documents Subject to Plaintiff' Svensson's Motion to Impound. Filed June 8, 2006."  Inadvertently, certain of the Bates No. documents in the "PRM" sequence were not referred to in the affidavit and not included with the other PRM documents sought to be impounded.

Thus, Svensson, with the assent of Putnam, requests leave of court to file the accompanying "Substitute Second Affidavit of Kevin F. Moloney" and the three volume "Corrected Documents Subject

---

[1] Defendant Putnam's assent is to the granting of the relief sought, not to Svensson's reasons therefor.

to Plaintiff' Svensson's Motion to Impound Filed June 8, 2006," in paper format in three sealed envelopes, and substitute them for the "Second Affidavit of Kevin F. Moloney" filed June 8, 2006, and the one volume "Documents Subject to Plaintiff Svensson's Motion to Impound, Filed June 8, 2006."

LISA SVENSSON, plaintiff

By her attorneys

BARRON & STADFELD, P.C.

/s/ Kevin F. Moloney
Kevin F. Moloney     BBO No. 351000
Roger T. Manwaring   BBO No. 548041
100 Cambridge Street, Suite 1310
Boston, Massachusetts 02114
Tel.: 617.723.9800/531.6569

and

/s/ John K. Weir
John K. Weir, admitted PHV
JOHN K. WEIR LAW OFFICES, LLC
300 Park Avenue, Suite 1700
New York, New York 10022
Tel.: 212.572.6374

Dated: June 9, 2006

Assented to:

PUTNAM INVESTMENTS, LLC, defendant,

By its attorneys,

BINGHAM MCCUTCHEN, LLP


/s/ Louis A. Rodriques
Joseph L. Kociubes BBO No. 276360
Louis A. Rodriques BBO No. 424720
150 Federal Street
Boston, Massachusetts 02110,
Tel.: 617.951.8000

Certificate of Service.

This document is filed through the ECF system, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF). Copies of the three volumes of

2

"Corrected Documents Subject to Plaintiff' Svensson's Motion to Impound Filed June 8, 2006," have been delivered by messenger to counsel of record.

Dated: June 8, 2006                                          /s/ Kevin F. Moloney

[360652.1]

3