UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * *<br>*<br>LISA SVENSSON,                                     *<br>                                                              *<br>        Plaintiff,                                        *<br>                                                              *<br>v.                                                           *<br>                                                              *<br>                                                              *<br>PUTNAM INVESTMENTS, LLC and      *<br>LAWRENCE LASSER,                        *<br>                                                              *<br>        Defendants.                                    *<br>                                                              *<br>* * * * * * * * * * * * * * * * * * * * * * * * * * * | Civil Action No. 04-12711-PBS<br><br>BBO No. 351000<br><br><br>Substitute<br>Second Affidavit of<br>Kevin F. Moloney<br><br>(Declaration pursuant to<br>28 U.S.C. § 1746 | |

1. My name is Kevin F. Moloney. I am a member of the bar of this court and co-counsel of record to plaintiff Lisa Svensson ("Svensson") in this case. I have personal knowledge of the facts set forth herein.

2. I have reviewed the documents produced to date by Putnam to Svensson in this case, Bates Nos. PRM-1 - 2862.

3. Of the pages produced, 509 pages (the "Redacted Pages") (17.8%) are redacted in whole or in part. They are:

    PRM 121-129, 688-690, 705, 707, 708-10. 713-14, 716, 905-06, 932, 996-97, 1001, 1004, 1010, 1013, 1018-19, 1022, 1026, 1028-30, 1033-34, 1043, 1045, 1047-49, 1051-53, 1058-622, 111065-1073, 10755, 1077-82, 1084-85, 1302, 1304, 1308-11, 1518-19, 1521, 1608-09, 1611, 1613, 1615, 1617, 1619, 1620-25, 1628, 1633, 1634, 1637, 1642, 1642, 1645, 1670, 1671, 1673, 1724-25, 1727-29, 1732, 1734-36, 1739, 1785, 1936-

       1969, and 1993-2862.

4.    Copies of the Redacted Pages accompany this affidavit collectively as Exhibit "1."

       Signed under the penalty for perjury this 9th day of June 2006,

              /s/ Kevin F. Moloney

              Lisa Svensson, plaintiff,

              By her attorneys,

              BARRON & STADFELD, P.C.

              /s/ Kevin F. Moloney
              Kevin F. Moloney  BBO No. 351000
              100 Cambridge Street, Suite 1310
              Boston, Massachusetts  02114
              Tel.: 617.723.9800/531.6569

              and

              /s/ John K. Weir
              John K. Weir
              Admitted PHV
              John K. Weir Law Offices, LLC
              300 Park Avenue, Suite 1700
              New York, New York, 10022
              Tel.: 212.572.5374

Date: June 9, 2006

<u>Certificate of Service</u>.
This document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

              /s/ Kevin F. Moloney
              Kevin F. Moloney

Dated: June 9, 2006

[360648.1]