UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * *    *    Civil Action No. 04-12711-PBS
                           *
LISA SVENSSON              *
                           *    BBO No. 351000
      Plaintiff,           *
                           *    Unopposed Motion
                           *    of Plaintiff Lisa Svensson
                           *    for Leave to File the
v.                         *    Binder (Subject to her
                           *    Unopposed Motion to Impound)
                           *    Containing the Transcripts of
                           *    the June 8, 2006, Deposition
PUTNAM INVESTMENTS,        *    of Richard Tibbetts and the
LLC and LAWRENCE           *    June 13, 2006, Deposition
LASSER,                    *    of Stephen Oristaglio
                           *
      Defendants.          *
                           *
* * * * * * * * ** * * *   *
```

   Without opposition from defendants, plaintiff Lisa Svensson ("Svensson"), in connection with the motion hearing scheduled for June 21, 2006, moves the court for leave to file the binder (subject to her unopposed motion to impound), which contains the transcripts of the June 8, 2006, deposition of Richard Tibbetts and the June 13, 2006, deposition of Stephen Oristaglio.  The grounds for this motion are set forth in the accompanying memorandum.

                              LISA SVENSSON, plaintiff,

                              By her attorneys,

                              BARRON & STADFELD, P.C.

                              /s/ Kevin F. Moloney_____
                              Kevin F. Moloney  BBO No. 351000

```
                              100 Cambridge Street, Suite 1310
                              Boston, Massachusetts  02114
                              Tel.: 617.723.9800/531.6569

                              and

                              /s/ John K. Weir_____
                              John K. Weir, Admitted PHV
                              John K. Weir Law Offices, LLC
                              300 Park Avenue, Suite 1700
                              New York, New York, 10022
                              Tel.: 212.572.5374
Dated: June 20, 2006
```

Certificate of Service.

This document is filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

```
                              /s/ Kevin F. Moloney
Dated: June 20, 2006.
```

[361634.1]

2