UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * *   *    Civil Action No. 04-12711-PBS
                        *
LISA SVENSSON           *
                        *    BBO No. 351000
     Plaintiff,         *
                        *
                        *    Memorandum of Plaintiff
                        *    Lisa Svensson in Support of her
                        *    Unopposed Motion for
                        *    Leave to File a Binder
                        *    Containing the Transcripts of
                        *    the June 8, 2006, Deposition of
PUTNAM INVESTMENTS,     *    Richard Tibbetts and the June
LLC and LAWRENCE        *    13, 2006, Deposition of Stephen
LASSER,                 *    Oristaglio

                        *
     Defendants.
                        *
* * * * * * * * * ** * * *
```

    Without opposition from defendants, plaintiff Lisa Svensson ("Svensson") has moved the court in connection with the motion hearing scheduled for June 21, 2006, for leave to file a binder containing the transcripts of the June 8, 2006, deposition of Richard Tibbetts and the June 13, 2006, deposition of Stephen Oristaglio.  The grounds for this motion are as follows.

    The hearing on Svensson's motion to compel answers to certain interrogatories and defendant Putnam Investments, LLC ("Putnam")'s motion to quash Svensson's Rule 30(b)(6) notice of the deposition of Putnam are scheduled for hearing by the court tomorrow, June 21, 2006.

Transcripts of the June 8, 2006, deposition of Richard Tibbetts (head of the Putnam Human Resources Department) and the June 13, 2006, deposition of Stephen Oristaglio (former co-head of the Putnam Investment Management Division) were not available prior to the time of the filing by the parties of their papers concerning the motions to be heard tomorrow, June 21, 2006.

Svensson believes that the transcripts of the Tibbetts and Oristaglio depositions contain testimony that is relevant to the issues to be heard by the court on the motions to be heard on June 21, 2006.

Accordingly, Svensson, without opposition from defendants, requests the court to grant leave for the filing of the binder containing the above referred to deposition transcripts.

    LISA SVENSSON, plaintiff,

    By her attorneys,

    BARRON & STADFELD, P.C.

    /s/ Kevin F. Moloney_____
    Kevin F. Moloney  BBO No. 351000
    100 Cambridge Street, Suite 1310
    Boston, Massachusetts  02114
    Tel.: 617.723.9800/531.6569

    and

    /s/ John K. Weir_____
    John K. Weir, Admitted PHV
    John K. Weir Law Offices, LLC
    300 Park Avenue, Suite 1700

```
                                    New York, New York, 10022
                                         Tel.: 212.572.6374
Dated: June 20, 2006
```

<u>Certificate of Service</u>.

    This document is filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

                                        <u>/s/ Kevin F. Moloney</u>
Dated: June 20, 2006.

[361597.1]