UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * *    Civil Action No. 04-12711-PBS
                        *
LISA SVENSSON           *
                        *    BBO No. 351000
        Plaintiff,      *
                        *
                        *    Unopposed Motion
v.                      *    of Plaintiff Svensson
                        *    to Impound
                        *    Binder Containing
PUTNAM INVESTMENTS,     *    Transcripts of the
LLC f/k/a PUTNAM INVEST-*    Depositions of Richard
MENTS, INC. and LAWRENCE*    Tibbetts and Stephen
J. LASSER,              *    Oristaglio
                        *
        Defendants.     *
                        *
* * * * * * * * * * * * *
```

Plaintiff Lisa Svensson, in light of the protective order concerning confidential information,[1] moves the court to impound the binder delivered by messenger containing the following deposition transcripts:

       Binder, § A: Transcript of the June 8, 2006,
           deposition of Richard Tibbets; and,

       Binder, § B:  Transcript of the June 13, 2006,
           deposition of Stephen Oristaglio.

                      LISA SVENSSON, plaintiff,

                      By her attorneys,

                      BARRON & STADFELD, P.C.

---

[1] By filing these documents with this motion to impound, Svensson does not concede that any of the information contained therein is confidential information within the meaning of the protective order.

/s/ Kevin F. Moloney_____
Kevin F. Moloney  BBO No. 351000
100 Cambridge Street, Suite 1310
Boston, Massachusetts  02114
Tel.: 617.723.9800/531.6569

and

/s/ John K. Weir_____
John K. Weir, Admitted PHV
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, New York, 10022
Tel.: 212.572.6374

Dated: June 20, 2006

### Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Copies of the binder with the transcripts to be impounded were delivered by messenger to counsel of record.

/s/ Kevin F. Moloney_____
Kevin F. Moloney BBO No. 351000
BARRON & STADFELD, P.C.
100 Cambridge Street, Suite 1310
Boston, Massachusetts 02114
Tel.: 617.723.9800/531.6569

Dated: June 20, 2006

[361622.1]

2