```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS
```

```
* * * * * * * * * * * *    *    Civil Action No. 04-12711-PBS
                           *
LISA SVENSSON              *
                           *    BBO No. 351000
       Plaintiff,          *
                           *
v.                         *    Plaintiff's Motion,
                           *    Pursuant to Fed. R. Civ. P.
                           *    37(a), for Orders Compelling
PUTNAM INVESTMENTS,        *    Deposition Witnesses Richard
LLC f/k/a PUTNAM INVEST-   *    Tibbetts and Stephen
MENTS, INC. and LAWRENCE   *    Oristaglio to Resume Their
J. LASSER,                 *    Deposition Testimony to
                           *    to Answer Questions that
       Defendants.         *    Their and Putnam's Counsel
                           *    Directed Them not to Answer and
* * * * * * * * * * * *    *    to Give Further Testimony
                                Concerning the Subject Matters
                                Thereof; and for Other Appropriate
                                Relief Including an Award of
                                Costs, Including Attorneys' Fees

                                and
                                Request for Hearing and Oral
                                Argument

                                and
                                Certificate as to Compliance
                                With Local Rule 37.1
```

MOTION.

Plaintiff Lisa Svensson ("Svensson") moves the court, pursuant to Fed. R. Civ. P. 37(a), to enter orders:

A. Compelling deposition witnesses Richard Tibbetts ("Tibbetts"), defendant Putnam's head of its Human Resources Department, and Stephen Oristaglio ("Oristaglio"), former co-head of Putnam's Investment Management Division, to resume their

depositions to answer questions their counsel (who also represents Putnam in this case) directed them not to answer, and to testify further concerning the subject matters thereof; and,

    B.  Entering sanctions against Putnam, Tibbetts, Oristaglio and their counsel, including, without limitation, an award of costs and attorneys' fees incurred in the obtaining of the orders.

The grounds for this motion are set forth in her supporting memorandum which accompanies this motion.

### REQUEST FOR HEARING AND ORAL ARGUMENT.

Svensson requests a Hearing and oral argument.

### CERTIFICATE AS TO COMPLIANCE WITH LOCAL RULE 37.1.

On June 28, 2006, counsel for Svensson (Messrs. Moloney and Weir) discussed the within motion by telephone with counsel for Tibbetts, Oristaglio and Putnam (Mr. Kociubes) but counsel were unable to agree.

                            LISA SVENSSON, plaintiff,

                            By her attorneys,

                            BARRON & STADFELD, P.C.

                            /s/ Kevin F. Moloney_____
                            Kevin F. Moloney BBO No. 351000
                            BARRON & STADFELD, P.C.
                            100 Cambridge Street, Suite 1310
                            Boston, Massachusetts 02114
                            Tel.: 617.723.9800/531.6569

                            and

                                      /s/ John K. Weir_____
                                      John K. Weir, Admitted PHV
                                      John K. Weir Law Offices, LLC
                                      300 Park Avenue, Suite 1700
                                      New York, New York, 10022
                                      Tel.: 212.572.5374

Dated: June 29, 2006

                            <u>Certificate of Service</u>.

    This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                      /s/ Kevin F. Moloney_____

Dated: June 29, 2006

[362770.1]

3