UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * *    *    Civil Action No. 04-12711-PBS
                           *
LISA SVENSSON              *
                           *    BBO No. 351000
        Plaintiff,         *
                           *    Assented to
v.                         *    Motion of Plaintiff Svensson
                           *    for Leave:
PUTNAM INVESTMENTS, LLC    *    (1) to Withdraw her
and LAWRENCE LASSER        *    "Memorandum in Support of her
                           *    Motion, Pursuant to Fed. R. Civ.
                           *    P.37(a), for Orders Compelling...",
* * * * * * * * * * * *    *    Filed June 29, 2006,
                           *    and
                           *    (2) to Substitute Therefor her
                           *    "Amended Memorandum in Support
.                          *    of her Motion Pursuant to Fed. R.
                           *    Civ P.37(a), for Orders Compelling...",
                           *    which Accompanies This Motion
```

ASSENTED TO MOTION.

Plaintiff Lisa Svensson ("Svensson"), with the assent of defendant Putnam Investments, LLC ("Putnam"), moves the court for leave: (1) to withdraw her "Memorandum in Support of her Motion Pursuant to Fed. R. Civ P.37(a), for Orders Compelling...", filed June 29, 2006, and (2) to file the accompanying "Amended Memorandum in Support of her Motion Pursuant to Fed. R. Civ P.37(a), for Orders Compelling..."

This motion is filed to correct a typographical error in the second last line on page 5 of the memorandum by striking out the words "Kamshad's counsel, Attorney Kociubes,... " and by substituting therefore the words, "Tibbetts' counsel, Attorney Kociubes,..."

LISA SVENSSON, plaintiff

        By her attorneys

        BARRON & STADFELD, P.C.

        /s/ Kevin F. Moloney
        Kevin F. Moloney    BBO No. 351000
        Roger T. Manwaring   BBO No. 548041
        100 Cambridge Street, Suite 1310
        Boston, Massachusetts 02114
        Tel.: 617.723.9800/531.6569

        and

        /s/ John K. Weir
        John K. Weir, admitted PHV
        JOHN K. WEIR LAW OFFICES, LLC
        300 Park Avenue, Suite 1700
        New York, New York 10022
        Tel.: 212.572.6374

Dated: June 29, 2006

Assented to:

PUTNAM INVESTMENTS, LLC, defendant,

By its attorneys,

BINGHAM MCCUTCHEN, LLP


/s/ Joseph L. kociubes
Joseph L. Kociubes BBO No. 276360
Louis A. Rodriques BBO No. 424720
150 Federal Street
Boston, Massachusetts 02110,
Tel.: 617.951.8000

Certificate of Service.

    This document is filed through the ECF system, and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        /s/ Kevin F. Moloney
Dated: June 29, 2006

[362788.1]