BARRON & STADFELD, P.C

        Attorneys                  100 Cambridge Street, Suite 1310
                                      Boston, Massachusetts 02114
                                      Tel.: 617.723.9800/531.6569
                                      e-mail: kfm@barronstad.com

July 12, 2006

Via ECF system

Marc Duffy, Courtroom Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02110

RE:    <u>Lisa Svensson</u> v. <u>Putnam Investments, LLC, et al.</u>,
        United States District Court, District of Massachusetts,
        Civil Action No. 04-12711-PBS

Dear Mr. Duffy:

    I write as counsel for plaintiff Svensson in this case, to request an amendment of entry No. 91, which was entered on the docket in this case Wednesday afternoon, July 12, as to what appears to be an error in the entry. As entered, the docket entry states:

> Judge Marianne B. Bowler: Electronic ORDER entered granting in part and denying in part 53 Motion to Compel, granting in part and denying in part 71 Motion for Protective Order <u>and granting in part and denying in part 87 Motion to Compel,</u> to the extent set forth on the record in open court. (Bowler, Marianne) (Entered: 07/12/2006)

 (Emphasis added.)

    Insofar as the order refers to No. 53, plaintiff Svenssons's motion to compel answers to certain interrogatories, and No. 71, Putnam's motion for a protective order concerning the Svensson Rule 30(b)(6) notice for a deposition of Putnam, the order as entered is correct

Marc Duffy, Courtroom Clerk
United States District Court
July 11, 2006
Page 2
_____

as those matters were heard by the court Tuesday afternoon, July 11.

    However, insofar as the order refers to No. 87, Svensson's motion to compel answers to deposition questions and for sanctions concerning directions to Putnam witnesses in depositions, the order appears to be incorrect as that motion, filed by Svensson on June 29, has not yet been set down for hearing, the time for the filing of Putnam's opposition has not yet expired, and it was not heard by the court yesterday.

    Accordingly, I request an amendment to docket entry No. 91 by deleting from it the words "and granting in part and denying in part 87 Motion to Compel."

                                                   Very truly yours,

                                                   BARRON & STADFELD, P.C.

                                                   /s/ Kevin  F. Moloney


cc:    Joseph L. Kociubes (via ECF system)
        Louis A. Rodriques (via ECF system)
        David S. Rosenthal (via ECF system)