UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * *   *   Civil Action No. 04-12711-PBS
                          *
LISA SVENSSON             *
        Plaintiff,        *   BBO No. 351000
                          *
                          *   Motion
v.                        *   of Plaintiff Lisa Svensson
                          *   for Leave to Take the
PUTNAM INVESTMENTS,       *   Depositions of Konstantin
LLC and LAWRENCE J.       *   Stoev, a Resident of
LASSER,                   *   Zurich, Switzerland, and of
                          *   Ellis Eckland, a Resident of
        Defendants        *   Chicago, Illinois, to Preserve
                          *   Their Testimony for
* * * * * * * * * * *     *   the Trial of This case

                              and
                              Request for Hearing and Oral
                              Argument

                              and
                              Certificate as to Compliance
                              with L.R. 37.1
```

For purposes of preserving their testimony for presentation at the trial of this case, plaintiff Lisa Svensson ("Svensson") moves the court for leave:

(1) To take the deposition in Boston, Massachusetts, during the period August 21-25, 2006, of Konstantin Stoev ("Stoev"), a resident of Zurich, Switzerland, who will be traveling from Zurich to Boston to attend his brother's graduation from Wentworth Institute in Boston in that period; and,

(2.) To take, in the week of September 19, 2006, in Chicago, Illinois, where he resides and is employed by an investment firm, the deposition of Ellis Eckland.

The grounds for this motion are set forth in the accompanying memorandum in support of this motion.

<u>REQUEST FOR HEARING AND ORAL ARGUMENT</u>.

Svensson requests a hearing and oral argument.

<u>CERTIFICATE AS TO COMPLIANCE WITH LOCAL RULE 37.1</u>.

On Monday, July 17, 2006, counsel for Svensson and counsel for Putnam conferred as to the within motion but were unable to agree.

>   LISA SVENSSON
>   plaintiff,
>
>   By her attorneys,
>
>   BARRON & STADFELD, P.C.
>
>   /s/ Kevin F. Moloney_____
>   Kevin F. Moloney BBO No. 351000
>   100 Cambridge Street, Suite 1310
>   Boston, Massachusetts 02114
>   Tel: 617.723.9800/531.6569
>
>   and
>
>   /s/ John K. Weir_____
>   John K. Weir, Admitted PHV
>   John K. Weir Law Offices, LLC
>   300 Park Avenue, Suite 1700
>   New York, New York, 10022
>   Tel.: 212.572.5374

Dated: July 17, 2006

<u>Certificate of Service</u>.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on

the Notice of Electronic Filing.

                                  /s/ Kevin F. Moloney_____

Dated: July 17, 2006

[364336.1]