BARRON & STADFELD, P.C
                Attorneys

100 Cambridge Street, Suite 1310
Boston, Massachusetts 02114
Tel.: 617.723.9800/531.6569
e-mail: kfm@barronstad.com

July 21, 2006

Via ECF system

Marc Duffy, Courtroom Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02110

Re: <u>Lisa Svensson</u> v. <u>Putnam Investments, LLC, et al.,</u> United States District Court,
    District of Massachusetts, Civil Action No. 04-12711-PBS

Dear Mr. Duffy:

    As co-counsel for plaintiff Svensson in this case, I write to request that as I will be on vacation from close of business this evening until Monday, August 7, 2006, that any hearings in this case be scheduled only for dates after my return on August 7, 2006.

    Thank you.

Very truly yours,

BARRON & STADFELD, P.C.

/s/ Kevin F. Moloney

cc:    Joseph L. Kociubes (via ECF system)
       Louis A. Rodriques (via ECF system)
       David S. Rosenthal (via ECF system)
       John K. Weir (via ECF system)