UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * *    *    Civil Action No. 04-12711-PBS
                           *
LISA SVENSSON              *
                           *    BBO No. 351000
        Plaintiff,         *
                           *    Assented to ¹
v.                         *
                           *    Motion of Plaintiff
PUTNAM INVESTMENTS,        *    Svensson for Leave to File
LLC f/k/a PUTNAM INVEST-   *    her Reply Memorandum
MENTS, INC. and LAWRENCE   *    to
J. LASSER,                 *    Defendant Putnam Investments,
                           *    LLC's Opposition to Svensson's
        Defendants.        *    "Motion Pursuant to Fed. R. Civ.
                           *    P. 37(a) For Orders Compelling
* * * * * * * * * * * *         ...Tibbetts and...Oristaglio to
                                Resume Their Depositions to Answer
                                Questions That Their Counsel
                                Directed them not to Answer...."
```

With the assent of defendant Putnam Investments, LLC ("Putnam"), plaintiff Lisa Svensson ("Svensson") moves the court for leave to file the a Reply Memorandum, copy annexed hereto as Exhibit "A," to Putnam's opposition to Svensson's "Motion, Pursuant to Fed. R. Civ. P. 37(a) For Orders Compelling ...Tibbetts and...Oristaglio to Resume Their Depositions to Answer Questions That Their Counsel Directed them not to Answer...."

Svensson seeks leave to file the reply memorandum because, in its opposition Putnam has omitted some and has misstated

---

[1] Putnam Investment, LLC's assent is to the granting of the relief sought, not to the stated reasons or the contents of the accompanying memorandum.

other material facts, has misstated Svensson's positions and has misconstrued applicable law.

Accordingly, in the interests of fairness and proper and full presentation of the issues, Svensson requests the court to grant leave for the filing of her Reply Memorandum.

                                    LISA SVENSSON, plaintiff,

                                    By her attorneys,

                                    BARRON & STADFELD, P.C.

s/ Kevin F. Moloney
Kevin F. Moloney BBO No. 351000
100 Cambridge Street, Suite 1310
Boston, Massachusetts 02114
Tel.: 617.723.9800/531.6569

Dated: July 21, 2006

## Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                    /s/ Kevin F. Moloney

Dated: July 21, 2006

[_____.1]