BARRON & STADFELD, P.C
      Attorneys        100 Cambridge Street, Suite 1310
                   Boston, Massachusetts 02114
                   Tel.: 617.723.9800/531.6569 e-mail: kfm@barronstad.com

July 21, 2006

Via ECF system

Marc Duffy, Courtroom Clerk
United States District Court
District of Massachusetts One
Courthouse Way
Boston, Massachusetts 02110

Re: Lisa Svensson v. Putnam Investments, LLC, et al., United States District Court,
  District of Massachusetts, Civil Action No. 04-12711-PBS

Dear Mr. Duffy:

  In filing via the ECF system this evening Svensson's reply memorandum to docket No. 94 ( Putnam's opposition), I mistakenly linked the Reply Memorandum to docket entry No. 99 rather than to docket entry No. 94.  I would appreciate your correcting this on the docket for me.

  Thank you.

                   Very truly yours,

                   BARRON & STADFELD, P.C.


                   /s/ Kevin F. Moloney

cc: Joseph L. Kociubes (via ECF system)
   Louis A. Rodriques (via ECF system)
   David S. Rosenthal (via ECF system)
   John K. Weir (via ECF system)