UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * *   *    Civil Action No. 04-12711-PBS
                        *
LISA SVENSSON           *
                        *    BBO No. 548614
        Plaintiff,      *
                        *    Appearance
v.                      *    of
                        *    Roger T. Manwaring,
PUTNAM INVESTMENTS,     *    for
LLC f/k/a PUTNAM INVEST-*    Plaintiff
MENTS, INC. and LAWRENCE*    Lisa Svensson
J. LASSER,              *
                        *
        Defendants.     *
                        *
* * * * * * * * * * *   *
```

To the Clerk of the Court:

Please take notice that Roger T. Manwaring, Barron & Stadfeld, P.C., 100 Cambridge Street, Suite 1310, Boston, Massachusetts 02114, appears for plaintiff Lisa Svensson.

        LISA SVENSSON, plaintiff,

        By her attorneys,

        BARRON & STADFELD, P.C.


        s/ Roger T. Manwaring
        Roger T. Manwaring   BBO No. 548614
        100 Cambridge Street, Suite 1310
        Boston, Massachusetts 02114
        Tel.: 617.723.9800/531.6569

Dated: July 28, 2006

### Certificate of Service

A copy of the within document was transmitted via the CM/ECF System to counsel of record: Joseph L. Kociubes, Louis A. Rodriques and Rachael Splaine Rollins, BINGHAM MCCUTCHEN, LLP, 150 Federal Street, Boston, Massachusetts 02110, and David S. Rosenthal and Carrie J. Campion, NIXON PEABODY, LLP, 100 Summer

Street, Boston, Massachusetts 02110; and, by mail, first class, postage prepaid, to John K. Weir, JOHN K. WEIR LAW OFFICES, LLC, 300 Park Avenue, Suite 1700, New York, New York 10022.

                                              s/ Roger T. Manwaring
                                              Roger T. Manwaring

Dated: July 28, 2006

[365463.1]