UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| * * * * * * * * * * * * | * | Civil Action No. 04-12711-PBS |
| | * | |
| LISA SVENSSON | * | BBO No. 351000 |
| | * | |
| Plaintiff, | * | Plaintiff Lisa Svensson's |
| | * | Assented to Motion to Reschedule |
| v. | * | the Hearing on Svensson's "Motion |
| | * | ... For Leave to Take the |
| PUTNAM INVESTMENTS, | * | Depositions of ... Stoev ... |
| LLC and LAWRENCE J. | * | and Eckland...," Docket Entry 95, |
| LASSER, | * | From August 9, 2006, to |
| | * | August 16, 2006, at 2:30 p.m., Due |
| Defendants. | * | to a Conflicting Hearing |
| | * | Previously Scheduled in Another |
| * * * * * * * * * * * * | * | Case. |

Plaintiff Lisa Svensson ("Svensson"), with the assent of defendants Putnam Investments, LLC ("Putnam") and Lawrence J. Lasser ("Lasser"), moves the court to reschedule the hearing on Svensson's "Motion ... For Leave to Take the Depositions of ... Stoev ... and Eckland...," Docket Entry 95, currently scheduled for August 9, 2006, at 2:30 p.m., to August 16, 2006, at 2:30 p.m.. As grounds for this motion, Svensson states as follows.

1.   The hearing is presently scheduled for August 9, 2006 at 2:30 p.m.

2.   As presently scheduled, the August 9 hearing directly conflicts with a previously scheduled hearing before Judge O'Toole of the United States District Court for the District of Massachusetts in the case of Sampson v. McDonough, Civil Action

No. 1:02-cv-11464, which is scheduled for the same day at 2:15 p.m..

3.   Kevin F. Moloney, who will be arguing in support of Svensson's motion at the hearing in this case, also is counsel for McDonough and his presence is necessary at the hearing in Sampson v. McDonough.

4.   Upon receiving notice of the scheduling of the hearing in the present case for August 9, Svensson's counsel acted promptly to seek a rescheduling of the hearing.

5.   Defendants Putnam and Lasser have assented to this motion.

>
> LISA SVENSSON
> plaintiff,
>
> By her attorneys,
>
> BARRON & STADFELD, P.C.
>
> /s/ Roger T. Manwaring
> _____
> Kevin F. Moloney BBO No. 351000
> Roger T, Manwaring BBO No. 548614
> 100 Cambridge Street, Suite 1310
> Boston, Massachusetts 02114
> Tel: 617.723.9800/531.6569

Dated: August 2, 2006.

### Certificate of Service

A copy of the within document was transmitted via the CM/ECF System to counsel of record: Joseph L. Kociubes, Louis A. Rodriques and Rachael Splaine Rollins, BINGHAM MCCUTCHEN, LLP, 150 Federal Street, Boston, Massachusetts 02110, and David S. Rosenthal and Carrie J. Campion, NIXON PEABODY, LLP, 100 Summer Street, Boston, Massachusetts 02110; John K. Weir, JOHN K. WEIR

2

LAW OFFICES, LLC, 300 Park Avenue, Suite 1700, New York, New York 10022.

                                        s/ Roger T. Manwaring
                                        Roger T. Manwaring

Dated: August 2, 2006.

[366024.]