UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA SVENSSON,<br><br>                        Plaintiff,<br><br>v.<br><br>PUTNAM INVESTMENTS LLC and<br>LAWRENCE J. LASSER,<br><br>                        Defendants. | CIVIL ACTION<br>NO. 04-12711-PBS |

**DEFENDANT PUTNAM INVESTMENTS LLC'S MOTION REQUESTING
A SCHEDULING AND STATUS CONFERENCE**

      Defendant, Putnam Investments LLC ("Putnam"), hereby requests this Court schedule a status conference to revise the Scheduling Order entered on May 2, 2005 (the "Scheduling Order").

      1.     The original Scheduling Order imposed the following deadlines: (a) February 1, 2006 to close fact discovery; (b) March 1, 2006 for Plaintiff's expert designation; (c) April 1, 2006, for Defendant's expert designation; (d) May 1, 2006 for expert discovery; (e) June 1, 2006 for the Defendant's Summary Judgment motion; (f) July 1, 2006 for the Plaintiff's Opposition to Summary Judgment Motions, and; (g) July 12, 2006 for a Hearing on Summary Judgment or Pretrial Conference.

      2.     On January 13, 2006, Plaintiff moved to extend discovery until July 1, 2006. Per this Court's order, discovery was extended to May 1, 2006. Discovery thereafter was extended for another month until June 1, 2006.

3. Between April 26 and 28, 2006, the Plaintiff served her Second Request for the Production of Documents and Things, seeking 76 categories of documents; noticed for deposition Putnam's former Head of Investments, Stephen Oristaglio, and current Head of Human Resources, Richard Tibbetts; and noticed a Fed. R. Civ. P. 30(b)(6) deposition, containing 34 topics upon which she sought to depose Putnam. The documents were due on the last day of the extended discovery period and these depositions were noticed for the end of the period.

4. On July 17, 2006 -- 47 days after discovery closed -- the Plaintiff filed a motion for leave to take additional depositions of Konstantin Stoev and Ellis Eckland. On August 16, this Court allowed the Plaintiff to depose Mr. Stoev, and that deposition took place on August 24, 2006.

5. Plaintiff filed several other discovery motions after the close of discovery.

6. Meanwhile, Plaintiff's expert disclosure was not made when due on July 1, 2006, since discovery matters remained pending. Based on the aforementioned, the original Scheduling Order deadlines are no longer viable. Accordingly, Putnam requests this Court hold a Scheduling Conference to revise the Scheduling Order with respect to the dates by which: (a) Plaintiff will file her expert report; (b) Defendant will file its expert report; (c) expert discovery will close; (d) Defendant will file its Summary Judgment Motion; (e) Plaintiff will file her Summary Judgment Opposition, and; (f) the Court will

hold a Hearing on Summary Judgment or Pretrial Conference.

                    **PUTNAM INVESTMENTS, LLC**
                    By its attorneys,

                    /s/ Joseph Kociubes
                    _____

                    Joseph L. Kociubes, BBO #276360
                    Louis A. Rodriques, BBO #424720
                    Allyson E. Kurker, BBO # 665231
                    **BINGHAM MCCUTCHEN LLP**
                    150 Federal Street
                    Boston, MA  02110-1726
                    (617) 951-8000

August 29, 2006

LITDOCS/651339.1

## **CERTIFICATE OF SERVICE**

I hereby certify that this document filed through the ECF System will be sent electronically to the registered participants as identified on the Notice of Electronic Filing on August 29, 2006.

                         /s/ Allyson E. Kurker
                         Allyson E. Kurker, BBO# 665231