```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * * *  *    Civil Action No. 04-12711-PBS
                             *
LISA SVENSSON,               *    BBO No. 351000
                             *
          Plaintiff,         *
                             *    Plaintiff Svensson's
v.                           *    Supplement to her
                             *    "Response to Putnam
PUTNAM INVESTMENTS, LLC, et  *    Investments, LLC's
al.,                         *    Motion Requesting a
                             *    Scheduling...Conference"
          Defendants.        *    Including her Recommendations
                             *    for a Schedule for the Events
* * * * * * * * * * * * * *  *    Designated Therein
*
```

Plaintiff Lisa Svensson submits this supplement to her "Response to Putnam Investments, LLC's Motion Requesting a Scheduling and Status Conference," Docket No. 108, in order to recommend the following schedule for the events designated therein:

1. A deadline for the serving by Putnam of its answers to interrogatories and the production of the above referred to unredacted documents to the extent not answered or produced as per the parties' agreement by August 31, 2006;

    <u>Svensson shall serve notice of any lack of compliance by Friday, September 29, 2006</u>.

2. A briefing and hearing schedule for Svensson's motion to compel production;

    <u>Svensson shall file her motion and memorandum by Monday, October 16, 2006;</u>

Putnam's opposition and memorandum shall be filed by Monday, October 30, 2006;

Hearing on the motion shall be held by the court on _____, 2006, at _____.
</blockquote>

3. A deadline for the production of any documents ordered by the court to be produced in response to Svensson's Second Request for Production;

> Putnam shall produce for inspection and copying any documents or tangible things ordered by the court to be produced, within two weeks of the order.

4. Sufficient time after the answering of interrogatories and the production of any documents ordered to be produced by the court, for Svensson to take the Rule 30(b)(6) deposition of Putnam and the prior resolution by the court of any dispute as to the scope of the topics for that deposition if not resolved by agreement;

> Svensson shall serve any Rule 30(b)96) deposition notice within two weeks of the later to occur of production by Putnam of documents and tangible things ordered by the court or the date of the hearing, with the deposition to take place within two weeks of the service of the notice or within two weeks of any order of the court if there is a dispute as to the scope of the notice, all subject to adjustment for scheduling issues due to holidays. Putnam shall serve any motion for a protective order concerning the Rule 30(b)(6) notice and memorandum within two weeks of the service of the notice and Svensson shall file any opposition within two weeks of the filing of the motion.

5. Sufficient time for plaintiff's disparate impact expert to review and analyze the documents, Putnam's Rule 30(b)(6) deposition testimony and other information produced or to be produced by Putnam in response to Svensson's discovery requests, agreements of the parties or orders of the court, and for the preparation and filing of any plaintiff's expert reports and defendants' expert reports;

>   <u>Svensson shall file any expert report(s) within 30 days of the receipt by counsel of the transcript of the Rule 30(b)(6) deposition of Putnam</u>.

6. A briefing and hearing schedule for any dispositive motions;

>   <u>A party moving for summary judgment shall file the motion and related papers within 30 days of the other party's filing of any expert report. The party opposing any motion for summary judgment shall file any opposition and related papers within 30 days of the service of the motion and related papers</u>.

and,

7. A schedule for the pretrial conference and the trial start date.

>   <u>To be determined by the court</u>.

>>   LISA SVENSSON, plaintiff,

>>   By her attorneys,

>>   BARRON & STADFELD, P.C.

3

/s/ Kevin F. Moloney_____
Kevin F. Moloney BBO No. 351000
100 Cambridge Street, Suite 1310
Boston, Massachusetts 02114
Tel.: 617.723.9800/531.6569

and

/s/ John K. Weir_____
John K. Weir, Admitted PHV
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, New York, 10022
Tel.: 212.572.5374

Dated: September 14, 2006

## Certificate of Service.

    This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kevin F. Moloney_____

Dated: September 14, 2006

[370778.1]

4