```
                    UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSSETTS


* * * * * * * * * * *   *    Civil Action No. 04-12711-PBS
                        *
LISA SVENSSON,          *
                        *    BBO No. 351000
        Plaintiff,      *
                        *    Motion of Plaintiff
v.                      *    Svensson for Orders
                        *    Compelling Production
                        *    of Documents and Things in her
                        *    Second Request for Documents
PUTNAM INVESTMENTS LLC, *    and Things and for Sanctions,
et al.,                 *    Including Attorneys' Fees and
                        *    for Other Relief as to
                        *    the Putnam Responses to
                        *    her First Interrogatories and
        Defendants      *    First Request for Production.
                        *    and
                        *    Request for Hearing and
* * * * * * * * * * *   *    Oral Argument

                             and
                             Certificate as to
                             Compliance with Local
                             Rule 37.1(a)
```

### MOTION.

Plaintiff Lisa Svensson ("Svensson") moves the court to enter orders compelling production of documents and things requested in the various categories of her Second Request for Production by defendant Putnam Investments, LLC ("Putnam"), for other relief s to the Putnam responses to Svensson's First Interrogatories and First Request for Production, and for sanctions against Putnam, including an award of attorneys' fees.

The categories that are subject to this motions and the

grounds therefor are set forth in her accompanying memorandum in support of this motion. The issues in regard to the First Interrogatories and the First Request for Production follow.

REQUEST FOR HEARING AND ORAL ARGUMENT.

Svensson requests a hearing and oral argument.

CERTIFICATE AS TO COMPLIANCE WITH LOCAL RULE 37.1(a).

As described by Svensson's counsel at the last hearing before the court in this matter, the parties have not agreed as to the relief sought in this motion.

> LISA SVENSSON, plaintiff,
>
> By her attorneys,
>
> BARRON & STADFELD, P.C.
>
> /s/ Kevin F. Moloney_____
> Kevin F. Moloney BBO No. 351000
> BARRON & STADFELD, P.C.
> 100 Cambridge Street, Suite 1310
> Boston, Massachusetts 02114
> Tel.: 617.723.9800/531.6569
>
> and
>
> /s/ John K. Weir_____
> John K. Weir, Admitted PHV
> John K. Weir Law Offices, LLC
> 300 Park Avenue, Suite 1700
> New York, New York, 10022
> Tel.: 212.572.5374

Dated: October 10, 2006

Certificate of Service.
This document, filed through the ECF system, will be sent electronically to the registered participants as identified on

the Notice of Electronic Filing.

/s/ Kevin F. Moloney

Dated: October 10, 2006
[_____.1]

[_____.1]