```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSSETTS
```

| | | |
|---|---|---|
| * * * * * * * * * * * * | * | Civil Action No. 04-12711-PBS |
| | * | |
| LISA SVENSSON, | * | |
| | * | BBO No. 351000 |
| Plaintiff, | * | |
| | * | |
| | * | Assented to Motion of Plaintiff |
| v. | * | Svensson for Leave to File |
| | * | Memorandum in Support of her |
| | * | Motion to Compel Production |
| | * | in Excess of the 20 Page Limit of |
| PUTNAM INVESTMENTS LLC, | * | Local Rule 7.1(b)(4) |
| et al., | * | |
| | * | |
| Defendants | * | |
| | * | |
| * * * * * * * * * * * | * | |

ASSENTED TO MOTION.

With the assent of defendant Putnam Investments, LLC ("Putnam"), plaintiff Lisa Svensson ("Svensson") moves the court to grant leave to her to file the accompanying memorandum in support of her motion to compel production of documents in excess of 20 pages.

The grounds for this motion are that the number of categories at issue on the motion combined with the requirements of Local Rule 37.1(b)(4) to set out each category of the request and the related response and arguments, mean that the memorandum must exceed 20 ages in length.

LISA SVENSSON, plaintiff,

By her attorneys,

        BARRON & STADFELD, P.C.

        /s/ Kevin F. Moloney_____
        Kevin F. Moloney BBO No. 351000
        BARRON & STADFELD, P.C.
        100 Cambridge Street, Suite 1310
        Boston, Massachusetts 02114
        Tel.: 617.723.9800/531.6569

        and

        /s/ John K. Weir_____
        John K. Weir, Admitted PHV
        John K. Weir Law Offices, LLC
        300 Park Avenue, Suite 1700
        New York, New York, 10022
        Tel.: 212.572.5374

Dated: October 10, 2006

<u>Certificate of Service</u>.

    This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        /s/ Kevin F. Moloney_____

Dated: October 10, 2006

[_____.1]