UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA SVENSSON,<br><br>                    Plaintiff,<br><br>v.<br><br>PUTNAM INVESTMENTS LLC, f/k/a PUTNAM INVESTMENTS, INC. and LAWRENCE J. LASSER,<br><br>                    Defendant. | )<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION<br>)   NO.  04-12711 PBS<br>)<br>)<br>)<br>)<br>) |

### ASSENTED TO MOTION OF DEFENDANT PUTNAM INVESTMENTS LLC FOR LEAVE TO FILE AN OPPOSITION TO THE PLAITIFF'S MOTION TO COMPEL HER SECOND REQUEST FOR THE PRODUCTION OF DOCUMENTS AND THINGS IN EXCESS OF THE 20 PAGE LIMIT OF LOCAL RULE 37.1(B)(4)

With the assent of plaintiff Lisa Svensson, defendant Putnam Investments LLC ("Putnam") moves the court to grant leave to it to file its opposition to the plaintiff's motion to compel her second request for the production of documents and things in excess of the 20 page limit.

The grounds for this motion are that the number of categories at issue on the motion, along with the requirements of Local Rule 37.1(b)(4) to set out each category of the request and the related response and arguments, mean that the opposition must exceed 20 pages in length.

                                                          **PUTNAM INVESTMENTS, LLC**
                                                           By its attorneys,

                                                           /s/ Joseph L. Kociubes
                                                           Joseph L. Kociubes, BBO #276360
                                                           Louis A. Rodriques, BBO #424720
                                                           Allyson E. Kurker, BBO #665231
                                                           **BINGHAM MCCUTCHEN LLP**

150 Federal Street, Boston, MA  02110
(617) 951-8000

October 19, 2006

LITDOCS/656696.1/0398860-0000312913

## Certificate of Service

  This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Allyson E. Kurker

October 19, 2006