Allyson E. Kurker
Direct Phone: (617) 951-8335
Direct Fax: (617) 951-8736
allyson.kurker@bingham.com

Mark Duffy, Courtroom Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02110

October 19, 2006

**Re: Svensson v. Putnam Investments, LLC, et al, Civil Action No. 04-12711**

Dear Mr. Duffy:

When filing on the EFC this afternoon, Exhibit A to Putnam's Opposition to the Plaintiff's Motion to Compel Documents was not uploaded. I am attaching it to this letter.

Sincerely yours,

/s/ Allyson E. Kurker

Allyson E. Kurker

# EXHIBIT A

SVENSSON - 91 COMPARA\ - BACKGROUND

| Name | Sex | Birthdate | Original Hire Date | Service Date | Termination Date 1 | Term. 1 Type | Replacement | Rehire Date 1 | Termination Date 2 | Term. 2 Type | Rehire Date 2 | Termination Date 3 | Term. 3 Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Block,Richard L. | M | 3/1/1957 | 6/1/1998 | 6/1/1998 | | | | | | | | | |
| Bloemker,Robert | M | 4/28/1966 | 9/7/1999 | 9/7/1999 | | | | | | | | | |
| Bogar,Mark A. | M | 9/3/1969 | 11/14/1994 | 1/10/1996 | 6/13/1997 | Educ | | 8/10/1998 | | | | | |
| Boselli,John A. | M | 4/26/1963 | 4/8/1996 | 4/8/1996 | 7/4/2002 | Vol | | | | | | | |
| Brooks,Joshua H. | M | 11/10/1967 | 4/7/2003 | 4/7/2003 | | | | | | | | | |
| Bukovac,R.J. | M | 12/1/1966 | 10/1/1997 | 10/1/1997 | | | | | | | | | |
| Byrne,Joshua L. | M | 7/21/1964 | 5/18/1992 | 6/10/1993 | 8/14/1992 | Educ | | 9/7/1993 | | | | | |
| Cervone,Richard P. | M | 1/15/1966 | 8/10/1998 | 8/10/1998 | | | | | | | | | |
| Clark,Dana F. | M | 7/17/1955 | 6/29/1987 | 6/29/1987 | 7/5/2003 | InVol | | | | | | | |
| Davis,Simon | M | 12/7/1965 | 9/11/2000 | 8/28/2000 | | | | | | | | | |
| DeChristopher,Brian M. | M | 4/10/1972 | 7/12/1999 | 7/12/1999 | | | | | | | | | |
| Dexter,Stephen P. | M | 3/17/1958 | 6/14/1999 | 6/14/1999 | | | | | | | | | |
| Divney,Kevin M. | M | 10/16/1964 | 7/7/1997 | 7/7/1997 | | | | | | | | | |
| Eigerman,Nathan W. | M | 12/28/1966 | 7/8/1996 | 7/8/1996 | 3/29/2003 | Vol | | | | | | | |
| Elavia,Tony H. | M | 1/11/1956 | 9/13/1999 | 9/13/1999 | 9/9/2004 | Vol | | | | | | | |
| England,Richard B. | M | 10/9/1958 | 12/31/1992 | 12/31/1992 | 7/24/2004 | Vol | | | | | | | |
| Geer,Bartlett R. | M | 6/10/1955 | 12/4/2000 | 12/4/2000 | | | | | | | | | |
| Gerber,David E. | M | 7/28/1970 | 10/16/1996 | 10/16/1996 | | | | | | | | | |
| Gillis,Roland W. | M | 9/25/1949 | 3/8/1995 | 3/8/1995 | 10/1/2004 | InVol | Weed, Rick | | | | | | |
| Gorman,Stephen A. | M | 7/15/1967 | 7/5/1994 | 7/5/1994 | 6/1/2004 | Tran | | | | | | | |
| Graham,Andrew | M | 2/9/1966 | 10/11/1999 | 10/11/1999 | 6/19/2004 | Vol | | | | | | | |
| Greenleaf,Bradford S. | M | 10/11/1956 | 12/30/2004 | 12/30/2004 | | | | | | | | | |
| Hadden,Peter J. | M | 3/20/1962 | 12/31/1992 | 12/31/1992 | 10/20/2005 | Vol | | | | | | | |
| Hamlin,David E. | M | 2/5/1958 | 8/3/1998 | 8/3/1998 | | | | | | | | | |
| Haslett,Thomas R. | M | 9/11/1961 | 12/2/1996 | 12/2/1996 | 10/1/2002 | Vol | | | | | | | |
| Joseph,Joseph P. | M | 6/4/1958 | 10/17/1994 | 10/17/1994 | | | | | | | | | |
| Kamshad,Omid | M | 9/12/1962 | 1/5/1996 | 1/5/1996 | 12/2/2003 | InVol | Byrne, Joshua | | | | | | |
| King,David | M | 12/8/1956 | 6/27/1983 | 6/27/1983 | | | | | | | | | |
| Knight,Jeffrey L. | M | 4/11/1965 | 3/29/1993 | 3/29/1993 | | | | | | | | | |
| Lannum,Coleman | M | 11/6/1964 | 6/1/1997 | 6/1/1997 | 11/18/2004 | InVol | | | | | | | |
| Lindsey,Jeffrey R. | M | 7/16/1962 | 4/25/1994 | 4/25/1994 | 8/31/2002 | Vol | | | | | | | |
| Lode,Geirulv | M | 2/16/1963 | 7/7/1997 | 7/7/1997 | 12/2/2003 | InVol | | | | | | | |
| Makino,Shigeki | M | 2/24/1966 | 8/28/2000 | 8/28/2000 | | | | | | | | | |
| Malak,Saba S. | M | 1/1/1966 | 10/1/1997 | 10/1/1997 | | | | | | | | | |
| Marrkand,Paul E. | M | 7/22/1959 | 1/12/1987 | 1/12/1987 | 7/16/2005 | Vol | | | | | | | |
| Matteis,Andrew S. | M | 3/5/1953 | 3/29/1993 | 3/29/1993 | | | | | | | | | |
| Mehta,Sandeep | M | 2/8/1966 | 5/6/1996 | 5/6/1996 | 8/1/2002 | Vol | | | | | | | |
| Melhuish,Nicholas J. A. | M | 3/2/1969 | 8/2/1999 | 8/2/1999 | 6/27/2003 | Vol | | | | | | | |
| Miller,Christopher G. | M | 10/26/1966 | 1/5/1998 | 1/5/1998 | 5/27/2006 | Vol | | | | | | | |
| Miller,Daniel L. | M | 8/17/1957 | 8/29/1983 | 8/29/1983 | 10/1/2004 | InVol | Weed, Rick | | | | | | |
| Moore,Colin | M | 6/9/1958 | 6/5/2000 | 6/5/2000 | 8/31/2002 | Vol | | | | | | | |
| Moore,Gerald I. | M | 3/22/1963 | 8/18/1997 | 8/18/1997 | | | | | | | | | |
| Morris,Dirk | M | 11/26/1958 | 7/26/1999 | 7/26/1999 | 4/1/2006 | InVol | King, Parker | | | | | | |
| Mufson,Michael J. | M | 1/24/1963 | 6/1/1993 | 6/1/1993 | 7/5/2003 | InVol | Frucci, Dick | | | | | | |
| Mullin,Hugh H. | M | 6/22/1962 | 5/21/1986 | 5/21/1986 | 7/31/2006 | InVol | Harthun, Eric | | | | | | |
| Nance,Michael E. | M | 6/2/1968 | 6/14/1993 | 2/12/1996 | 9/23/1993 | Vol | | 6/27/1994 | 6/11/1999 | Vol | 5/7/2001 | 8/21/2004 | Vol |
| Norchi,Terrance | M | 11/28/1964 | 4/8/2002 | 4/8/2002 | 9/17/2004 | InVol | Chen, Kelsey (*) | | | | | | |
| O'Malley,Christopher | M | 1/13/1972 | 8/20/2001 | 8/20/2001 | | | | | | | | | |
| Oler,Stephen S. | M | 4/8/1961 | 6/30/1997 | 6/30/1997 | 6/7/2005 | InVol | Grana, Daniel | | | | | | |
| Prusko,James M. | M | 2/12/1966 | 8/24/1992 | 8/24/1992 | 12/18/2003 | InVol | | | | | | | |
| Santos,David | M | 12/28/1957 | 10/20/1986 | 10/20/1986 | 3/3/2005 | InVol | | | | | | | |
| Scanlon,Paul D. | M | 8/23/1964 | 9/27/1999 | 9/27/1999 | | | | | | | | | |



PRM04133

| Name | Sex | Birthdate | Original Hire Date | Service Date | Termination Date 1 | Term. 1 Type | Replacement | Rehire Date 1 | Termination Date 2 | Term. 2 Type | Rehire Date 2 | Termination Date 3 | Term. 3 Type |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Scott,Justin M. | M | 9/16/1957 | 4/1/1988 | 4/1/1988 | 12/2/2003 | InVol | | | | | | | |
| Sellito,Tino | M | 10/19/1964 | 9/11/2000 | 9/11/2000 | 7/3/2004 | Vol | | | | | | | |
| Shadek,Edward | M | 10/5/1960 | 6/15/1987 | 1/23/1992 | 8/14/1992 | Vol | | 3/25/1997 | | | | | |
| Simon,Sheldon N. | M | 6/3/1957 | 9/10/1984 | 9/10/1984 | 8/14/2002 | InVol | | | | | | | |
| Smith,Leo | M | 6/20/1959 | 2/1/1984 | 2/1/1984 | 6/1/2004 | InVol | | | | | | | |
| Sorensen,Eric H. | M | 5/4/1947 | 8/23/2000 | 8/23/2000 | | | | | | | | | |
| Stack,Michael P. | M | 11/7/1958 | 11/3/1997 | 11/3/1997 | 8/14/2002 | InVol | | | | | | | |
| Stairs,George W. | M | 11/2/1949 | 7/18/1994 | 7/18/1994 | 6/7/2005 | InVol | Holding, Pam (*) | | | | | | |
| Sullivan,William J. | M | 12/28/1960 | 6/28/1999 | 6/28/1999 | | | | | | | | | |
| Swift,Robert | M | 5/15/1960 | 8/16/1995 | 8/16/1995 | 3/30/2002 | InVol | | | | | | | |
| Warren,Paul C. | M | 10/6/1960 | 8/4/1997 | 8/4/1997 | 1/10/2004 | Vol | | | | | | | |
| Weiss,Manuel | M | 1/18/1949 | 5/4/1987 | 5/4/1987 | 6/1/2004 | Tran | | | | | | | |
| Wetlaufer,Eric M. | M | 4/13/1962 | 11/3/1997 | 11/3/1997 | 10/10/2003 | InVol | Divney, Kevin | | | | | | |
| Wiess,James C. | M | 5/15/1960 | 4/10/2000 | 4/10/2000 | | | | | | | | | |
| Yogg,Michael. | M | 7/22/1946 | 4/30/1997 | 4/30/1997 | | | | | | | | | |
| Allansmith,Lauren L. | F | 12/7/1960 | 8/23/1999 | 8/23/1999 | 9/17/2004 | InVol | Sayana, Preeti (*) | | | | | | |
| Burke,Andrea | F | 2/19/1959 | 8/1/1994 | 8/1/1994 | | | | | | | | | |
| Cotner,C. Beth | F | 12/20/1952 | 9/25/1995 | 9/25/1995 | 1/16/2003 | InVol | | | | | | | |
| Drew,Maria Elena | F | 11/1/1973 | 9/26/2003 | 9/26/2003 | | | | | | | | | |
| Farrell,Deborah S. | F | 11/26/1956 | 5/5/1997 | 5/5/1997 | 4/2/2001 | Vol | | | | | | | |
| Holding,Pamela | F | 4/3/1964 | 5/1/1995 | 5/1/1995 | | | | | | | | | |
| Jones,Elizabeth | F | 11/20/1960 | 1/12/1998 | 1/12/1998 | 1/24/2004 | Vol | | | | | | | |
| Kalus-Bystrycky,Ivka | F | 3/26/1964 | 3/2/1998 | 3/2/1998 | 7/8/2000 | Vol | | | | | | | |
| Korn,Karen R. | F | 11/23/1962 | 6/20/1994 | 6/20/1994 | 9/28/2001 | Vol | | | | | | | |
| Kuenstner,Deborah F. | F | 7/9/1958 | 3/17/1997 | 3/17/1997 | 1/4/2005 | Vol | | | | | | | |
| Leichter,Jennifer E. | F | 11/26/1960 | 4/27/1987 | 4/27/1987 | 3/31/2001 | InVol | | | | | | | |
| McCormack,Susan A. | F | 7/4/1964 | 5/2/1994 | 5/2/1994 | | | | | | | | | |
| McMullen,Carol C. | F | 8/9/1955 | 6/1/1995 | 6/1/1995 | 1/1/2001 | InVol | | | | | | | |
| Mockard,Jeanne L. | F | 6/8/1963 | 12/9/1985 | 10/5/1987 | 7/29/1988 | Educ | | 6/6/1989 | 8/31/1989 | Educ | 8/20/1990 | | |
| Morgan,Kelly A. | F | 10/21/1962 | 12/2/1996 | 12/2/1996 | | | | | | | | | |
| Parker,Margery C. | F | 5/8/1950 | 12/29/1997 | 12/29/1997 | 3/8/2003 | InVol | | | | | | | |
| Peters,Carmel | F | 4/9/1951 | 4/1/1997 | 4/1/1997 | 12/2/2003 | InVol | | | | | | | |
| Sievert,Jean I. | F | 7/10/1959 | 10/1/1998 | 10/1/1998 | | | | | | | | | |
| Smith,Margaret D. | F | 10/3/1959 | 9/11/1995 | 9/11/1995 | 5/16/2002 | InVol | | | | | | | |
| Spatz,Erin J. | F | 7/15/1965 | 5/20/1996 | 5/20/1996 | 5/11/2002 | Vol | | | | | | | |
| Svensson,Lisa H. | F | 7/11/1962 | 7/18/1994 | 7/18/1994 | 9/16/2003 | InVol | Drew, Maria (*) | | | | | | |
| Thomsen,Rosemary H. | F | 11/18/1960 | 2/18/1986 | 2/18/1986 | 5/6/2005 | Vol | | | | | | | |
| Wheeler,Diane | F | 12/14/1960 | 6/13/1988 | 6/13/1988 | 1/15/2000 | Vol | | | | | | | |
| Williams,Fayval S. | F | 5/28/1958 | 3/5/1997 | 3/5/1997 | 8/30/2003 | Vol | | | | | | | |

**Service Date** is the date used in length of service calculations. For an employee with no interruption in service, Service Date and Original Hire Date are the same.

**Termination Types:**

Educ: Employee terminated to return to school

Invol: Involuntary Termination

Tran: Employee was transferred

Vol: Voluntary Termination

(*) Female



PRM 04134

**SVENSSON - 91 COMPARA... - 1999 EMPLOYMENT DETAILS**

| Name | 1999 Officer Title | 1999 Job Title | 1999 Department Name | YE 1999 Base Salary | PY 1999 Bonus Award |
|---|---|---|---|---|---|
| Block,Richard L. | SVP | Director, Derivatives Trading | Derivative Trading | $150,000.00 | $715,000.00 |
| Bloemker,Robert | SVP | Mortgage Specialist | Core MBS & ABS | $150,000.00 | $225,000.00 |
| Bogar,Mark A. | AVP | Analyst | Global Equity Research Boston | $84,000.00 | $60,000.00 |
| Boselli,John A. | SVP | Research Team Leader | Global Equity Research Boston | $120,000.00 | $850,000.00 |
| Brooks,Joshua H. | | | | | |
| Bukovac,R.J. | VP | Analyst | Global Equity Research Boston | $110,000.00 | $395,000.00 |
| Byrne,Joshua L. | SVP | Portfolio Manager | Global Equity - Int Small Cap | $130,000.00 | $900,000.00 |
| Cervone,Richard P. | VP | Analyst | Global Equity Research Boston | $90,000.00 | $200,000.00 |
| Clark,Dana F. | VP | Portfolio Manager | Mid Cap Growth | $112,400.00 | $225,000.00 |
| Davis,Simon | | | | | |
| DeChristopher,Brian M. | AVP | Analyst | Global Equity Research Boston | $85,000.00 | $25,000.00 |
| Dexter,Stephen P. | SVP | Senior Portfolio Manager | International Growth | $175,000.00 | $425,000.00 |
| Divney,Kevin M. | SVP | Senior Risk Manager | Risk | $150,000.00 | |
| Eigerman,Nathan W. | SVP | Quantitative Analyst | Strategic Initiatives | $95,000.00 | $350,000.00 |
| Elavia,Tony H. | SVP | Quantitative Analyst | Equity Quantitative Research | $160,000.00 | $240,000.00 |
| England,Richard B. | SVP | Senior Portfolio Manager | Large Cap Growth | $165,900.00 | $750,000.00 |
| Geer,Bartlett R. | | | | | |
| Gerber,David E. | AVP | Sr. Portfolio Associate | Global Equity Emerging Mrkt Re | $70,000.00 | $130,000.00 |
| Gillis,Roland W. | MD | Director, Specialty Growth | Specialty Growth | $205,000.00 | $4,000,000.00 |
| Gorman,Stephen A. | SVP | Dir., Quant Research/Portfolio Design | Portfolio Design | $120,000.00 | $950,000.00 |
| Graham,Andrew | SVP | Portfolio Manager | Global Core Small Cap | $150,000.00 | $100,000.00 |
| Greenleaf,Bradford S. | | | | | |
| Hadden,Peter J. | SVP | Senior Analyst | Specialty Growth | $115,600.00 | $485,000.00 |
| Hamlin,David E. | SVP | Dir., Tax Exempt, Invest Grade | Tax Exempt | $150,000.00 | $350,000.00 |
| Haslett,Thomas R. | MD | CIO, Emrg. Mrkts./Domest Core | US Core Diversified | $225,000.00 | $3,700,000.00 |
| Joseph,Joseph P. | MD | Dir., Global Core Small Cap | Global Core Small Cap | $150,000.00 | $1,650,000.00 |
| Kamshad,Omid | MD | CIO, International Core | International Core | $200,000.00 | $4,200,000.00 |
| King,David | MD | Senior Portfolio Manager | Large Cap Value | $200,000.00 | $1,200,000.00 |
| Knight,Jeffrey L. | SVP | Dir., Forecast & Sr. GAA Strat | Forecasting-Alpha Prediction | $120,000.00 | $1,250,000.00 |
| Lannum,Coleman | SVP | Analyst | Global Equity Research Boston | $140,000.00 | $270,000.00 |
| Lindsey,Jeffrey R. | SVP | Senior Portfolio Manager | Large Cap Growth | $150,000.00 | $1,550,000.00 |
| Lode,Geirulv | SVP | Team Leader, Applied Quant. Rsrch, Core | Equity Quantitative Research | $130,000.00 | $550,000.00 |
| Makino,Shigeki | | | | | |
| Malak,Saba S. | VP | Analyst | Global Equity Research Boston | $140,000.00 | $800,000.00 |
| Marrkand,Paul E. | SVP | Portfolio Manager | GARP | $123,000.00 | $690,000.00 |
| Matteis,Andrew S. | SVP | Team Leader, Tax Exempt Credit Research | Credit Research Tax Exempt | $150,000.00 | $400,000.00 |
| Mehta,Sandeep | SVP | Portfolio Manager | Global Equity - Int Small Cap | $135,000.00 | $500,000.00 |
| Melhuish,Nicholas J. A. | VP | Portfolio Manager | International Core | $120,000.00 | $175,000.00 |
| Miller,Christopher G. | VP | Analyst | Portfolio Design | $90,000.00 | $500,000.00 |
| Miller,Daniel L. | MD | CIO, Specialty Growth | Specialty Growth | $250,000.00 | $6,700,000.00 |
| Moore,Colin | | | | | |
| Moore,Gerald I. | VP | Senior Analyst | Specialty Growth | $130,000.00 | $620,000.00 |
| Morris,Dirk | MD | Director of Currency | Currency | $225,000.00 | $575,000.00 |
| Mufson,Michael J. | SVP | Senior Portfolio Manager | Specialty Growth | $155,000.00 | $1,925,000.00 |
| Mullin,Hugh H. | SVP | Senior Portfolio Manager | Large Cap Value | $165,000.00 | $950,000.00 |
| Nance,Michael E. | SVP | Portfolio Manager | GARP | $115,000.00 | |
| Norchi,Terrance | | | | | |
| O'Malley,Christopher | | | | | |
| Oler,Stephen S. | SVP | Senior Portfolio Manager | Emerging Markets | $200,000.00 | $825,000.00 |



PRM 04135

**SVENSSON - 91 COMPARA... S - 1999 EMPLOYMENT DETAILS**

| Name | 1999 Officer Title | 1999 Job Title | 1999 Department Name | YE 1999 Base Salary | PY 1999 Bonus Award |
|---|---|---|---|---|---|
| Prusko,James M. | SVP | Portfolio Manager | Core Multi-Sector | $106,000.00 | $700,000.00 |
| Santos,David | SVP | Portfolio Manager | Large Cap Growth | $140,000.00 | $800,000.00 |
| Scanlon,Paul D. | VP | Analyst | Credit Research High Yield | $140,000.00 | $175,000.00 |
| Scott,Justin M. | MD | CIO, Global Core | Global Equity Mid Cap Val Res | $250,000.00 | $8,250,000.00 |
| Sellito,Tino | | | | | |
| Shadek,Edward | MD | CIO, Small Cap Value | Small Cap Value | $200,000.00 | $1,000,000.00 |
| Simon,Sheldon N. | SVP | Senior Portfolio Manager | Large Cap Value | $155,000.00 | $1,200,000.00 |
| Smith,Leo | SVP | Director, Equity Trading | Equity Trading | $150,000.00 | $1,350,000.00 |
| Sorensen,Eric H. | | | | | |
| Stack,Michael P. | SVP | Portfolio Manager | GARP | $175,000.00 | $735,000.00 |
| Stairs,George W. | SVP | Portfolio Manager | International Value | $149,000.00 | $350,000.00 |
| Sullivan,William J. | SVP | Dir, Gbal Syndicate/FI Trading | Fixed Income Trading | $150,000.00 | $750,000.00 |
| Swift,Robert | MD | CIO, International Growth | International Growth | $200,000.00 | $4,350,000.00 |
| Warren,Paul C. | SVP | Director, Global Core | International Core | $200,000.00 | $2,000,000.00 |
| Weiss,Manuel | SVP | Senior Portfolio Manager | Large Cap Growth | $154,000.00 | $1,145,000.00 |
| Wetlaufer,Eric M. | MD | CIO, Mid Cap Growth | Mid Cap Growth | $250,000.00 | $3,230,000.00 |
| Wiess,James C. | | | | | |
| Yogg,Michael. | SVP | Team Leader, Utilities & Basic Material | Global Equity Research-Boston | $150,000.00 | $515,000.00 |
| Allansmith,Lauren L. | SVP | Head of European Research | Global Equity Research-Boston | $150,000.00 | $400,000.00 |
| Burke,Andrea | SVP | Portfolio Manager | Core Non US Gov | $135,000.00 | $140,000.00 |
| Cotner,C. Beth | MD | CIO, Large Cap Growth | Large Cap Growth | $250,000.00 | $4,200,000.00 |
| Drew,Maria Elena | | | | | |
| Farrell,Deborah S. | MD | Dir., Global Equity Research | Global Equity Research-Boston | $200,000.00 | $2,000,000.00 |
| Holding,Pamela | MD | Director, European Research | Credit Research High Yield | $160,000.00 | $975,000.00 |
| Jones,Elizabeth | SVP | Team Leader, Portfolio Analytics | Performance Analysis Group | $175,000.00 | $600,000.00 |
| Kalus-Bystrycky,Ivka | VP | Analyst | Global Equity Research Boston | $110,000.00 | $195,000.00 |
| Korn,Karen R. | SVP | Analyst | Global Equity Research Boston | $137,000.00 | $300,000.00 |
| Kuenstner,Deborah F. | MD | CIO, International Value | International Value | $200,000.00 | $2,000,000.00 |
| Leichter,Jennifer E. | MD | Senior Portfolio Manager | Core Credit | $150,000.00 | $1,350,000.00 |
| McCormack,Susan A. | VP | Portfolio Manager | Tax Exempt | $117,000.00 | $183,000.00 |
| McMullen,Carol C. | MD | Head, Global Investment Research | Global Research Administration | $250,000.00 | $5,200,000.00 |
| Mockard,Jeanne L. | SVP | Senior Portfolio Manager | Large Cap Value | $150,000.00 | $350,000.00 |
| Morgan,Kelly A. | MD | Senior Portfolio Manager | International Growth | $175,000.00 | $2,100,000.00 |
| Parker,Margery C. | SVP | Portfolio Manager | Mid Cap Growth | $150,000.00 | $305,000.00 |
| Peters,Carmel | SVP | Senior Portfolio Manager | International Core | $200,000.00 | $900,000.00 |
| Sievert,Jean I. | SVP | Team Leader, High Grade Credit Research | Credit Research High Grade | $150,000.00 | $600,000.00 |
| Smith,Margaret D. | SVP | Team Leader, Health Care | Global Equity Research-Boston | $150,000.00 | $600,000.00 |
| Spatz,Erin J. | SVP | Analyst | Global Equity Research-Boston | $135,000.00 | $465,000.00 |
| Svensson,Lisa H. | SVP | Portfolio Manager | International Growth | $140,500.00 | $991,000.00 |
| Thomsen,Rosemary H. | SVP | Senior Portfolio Manager | Core Credit | $141,750.00 | $1,400,000.00 |
| Wheeler,Diane | SVP | Mortgage Specialist | Core MBS & ABS | $131,500.00 | $156,250.00 |
| Williams,Fayval S. | VP | Analyst | Global Equity Research Boston | $145,000.00 | $375,000.00 |
| | | | | | |
| YE: Year End | | | | | |
| PY: Pay Year | | | | | |



PRM 041316

**SVENSSON - 91 COMPARATORS - EMPLOYMENT DETAILS**

| Name | 2000 Officer Title | 2000 Job Title | 2000 Department Name | YE 2000 Base Salary | PY 2000 Bonus Award |
|---|---|---|---|---|---|
| Block,Richard L. | SVP | Director, Derivatives Trading | Derivative Trading | $150,000.00 | $1,075,000.00 |
| Bloemker,Robert | SVP | Mortgage Specialist | Core MBS & ABS | $150,000.00 | $670,000.00 |
| Bogar,Mark A. | AVP | Analyst | Global Equity Research-Boston | $90,000.00 | $200,000.00 |
| Boselli,John A. | SVP | Analyst | Global Equity Research-Boston | $140,000.00 | $1,270,000.00 |
| Brooks,Joshua H. | | | | | |
| Bukovac,R.J. | SVP | Analyst | Global Equity Research-Boston | $125,000.00 | $750,000.00 |
| Byrne,Joshua L. | SVP | Senior Portfolio Manager | International Core | $140,000.00 | $1,775,000.00 |
| Cervone,Richard P. | VP | Analyst | Global Equity Research-Boston | $120,000.00 | $235,000.00 |
| Clark,Dana F. | VP | Portfolio Manager | Mid Cap Growth | $120,000.00 | $375,000.00 |
| Davis,Simon | SVP | Senior Portfolio Manager | International Core | $200,000.00 | $550,000.00 |
| DeChristopher,Brian M. | AVP | Analyst | Global Equity Research-Boston | $87,500.00 | $110,000.00 |
| Dexter,Stephen P. | SVP | Senior Portfolio Manager | International Growth | $175,000.00 | $690,000.00 |
| Divney,Kevin M. | SVP | Portfolio Manager | US Core Diversified | $150,000.00 | $490,000.00 |
| Eigerman,Nathan W. | SVP | Portfolio Manager | Equity Quantitative Research | $120,000.00 | $420,000.00 |
| Elavia,Tony H. | SVP | Head of Intl. Quant. Research | Equity Quantitative Research | $160,000.00 | $410,000.00 |
| England,Richard B. | SVP | Senior Portfolio Manager | Large Cap Growth | $165,900.00 | $775,000.00 |
| Geer,Bartlett R. | SVP | Senior Portfolio Manager | Large Cap Value | $200,000.00 | $1,000,000.00 |
| Gerber,David E. | VP | Sr. Portfolio Associate | Portfolio Associates | $80,000.00 | $140,000.00 |
| Gillis,Roland W. | MD | Director, Specialty Growth | Specialty Growth | $205,000.00 | $3,500,000.00 |
| Gorman,Stephen A. | SVP | Dir., Quant Research/Portfolio Design | Portfolio Design | $140,000.00 | $1,325,000.00 |
| Graham,Andrew | SVP | Portfolio Manager | Global Core Small Cap | $150,000.00 | $150,000.00 |
| Greenleaf,Bradford S. | | | | | |
| Hadden,Peter J. | SVP | Portfolio Manager | International Growth | $120,000.00 | $575,000.00 |
| Hamlin,David E. | SVP | Dir., Tax Exempt, Invest Grade | Tax Exempt | $150,000.00 | $975,000.00 |
| Haslett,Thomas R. | MD | CIO, Emrg. Mrkts./Domest Core | US Core Diversified | $225,000.00 | $4,700,000.00 |
| Joseph,Joseph P. | MD | Dir., Global Core Small Cap | Global Core Small Cap | $160,000.00 | $3,275,000.00 |
| Kamshad,Omid | MD | CIO, International Core | International Core | $200,000.00 | $6,500,000.00 |
| King,David | MD | Senior Portfolio Manager | Large Cap Value | $200,000.00 | $2,250,000.00 |
| Knight,Jeffrey L. | SVP | Dir., Forecast & Sr. GAA Strat | Forecasting-Alpha Prediction | $140,000.00 | $1,850,000.00 |
| Lannum,Coleman | SVP | Portfolio Manager | Large Cap Value | $140,000.00 | $350,000.00 |
| Lindsey,Jeffrey R. | MD | Director, Concentrated Growth | Large Cap Growth | $150,000.00 | $2,000,000.00 |
| Lode,Geirulv | SVP | Portfolio Manager | Equity Quantitative Research | $130,000.00 | $460,000.00 |
| Makino,Shigeki | MD | Senior Portfolio Manager | International Core | $250,000.00 | $2,250,000.00 |
| Malak,Saba S. | SVP | Analyst | Global Equity Research-Boston | $150,000.00 | $1,050,000.00 |
| Marrkand,Paul E. | SVP | Portfolio Manager | US Core Concentrated | $135,000.00 | $975,000.00 |
| Matteis,Andrew S. | SVP | Team Leader, Tax Exempt Credit Research | Credit Research Tax Exempt | $150,000.00 | $700,000.00 |
| Mehta,Sandeep | SVP | Portfolio Manager | Global Core Small Cap | $140,000.00 | $800,000.00 |
| Melhuish,Nicholas J. A. | VP | Portfolio Manager | International Core | $135,000.00 | $250,000.00 |
| Miller,Christopher G. | SVP | Portfolio Manager | Equity Quantitative Research | $120,000.00 | $425,000.00 |
| Miller,Daniel L. | MD | CIO, Specialty Growth | Specialty Growth | $250,000.00 | $6,000,000.00 |
| Moore,Colin | MD | CIO, International Value | International Value | $200,000.00 | $1,750,000.00 |
| Moore,Gerald I. | SVP | Portfolio Manager | Global Core Small Cap | $135,000.00 | $590,000.00 |
| Morris,Dirk | MD | Director of Currency | Currency | $225,000.00 | $1,040,000.00 |
| Mufson,Michael J. | MD | Director, Specialty Growth | Specialty Growth | $155,000.00 | $1,970,000.00 |
| Mullin,Hugh H. | SVP | Senior Portfolio Manager | Large Cap Value | $165,000.00 | $2,000,000.00 |
| Nance,Michael E. | SVP | Portfolio Manager | GARP | $115,000.00 | |
| Norchi,Terrance | | | | | |
| O'Malley,Christopher | | | | | |
| Oler,Stephen S. | SVP | Senior Portfolio Manager | Emerging Markets | $200,000.00 | $1,125,000.00 |



PRM 04137

**SVENSSON - 91 COMPARATORS ᐧ J EMPLOYMENT DETAILS**

| Name | 2000 Officer Title | 2000 Job Title | 2000 Department Name | YE 2000 Base Salary | PY 2000 Bonus Award |
|---|---|---|---|---|---|
| Prusko,James M. | SVP | Senior Portfolio Manager | Core Multi-Sector | $120,000.00 | $835,000.00 |
| Santos,David | SVP | Senior Portfolio Manager | Large Cap Growth | $145,000.00 | $985,000.00 |
| Scanlon,Paul D. | VP | Analyst | Credit Research High Yield | $140,000.00 | $240,000.00 |
| Scott,Justin M. | MD | CIO, Global Core | Global Equity Mid Cap Val Res | $250,000.00 | $11,500,000.00 |
| Sellito,Tino | SVP | Senior Portfolio Manager | Large Cap Growth | $150,000.00 | $600,000.00 |
| Shadek,Edward | MD | CIO, Small Cap Value | Small Cap Value | $200,000.00 | $2,225,000.00 |
| Simon,Sheldon N. | SVP | Senior Portfolio Manager | Small Cap Value | $155,000.00 | $1,600,000.00 |
| Smith,Leo | MD | Director, Equity Trading | Equity Trading | $175,000.00 | $1,470,000.00 |
| Sorensen,Eric H. | MD | Dir., Financial Engineering | Equity Quantitative Research | $225,000.00 | $3,500,000.00 |
| Stack,Michael P. | SVP | Senior Portfolio Manager | US Core Concentrated | $175,000.00 | $970,000.00 |
| Stairs,George W. | SVP | Senior Portfolio Manager | International Value | $155,000.00 | $650,000.00 |
| Sullivan,William J. | SVP | Dir, Gbal Syndicate/FI Trading | Fixed Income Trading | $150,000.00 | $1,075,000.00 |
| Swift,Robert | MD | CIO, International Growth | International Growth | $225,000.00 | $5,750,000.00 |
| Warren,Paul C. | MD | Director, Global Core | International Core | $200,000.00 | $3,800,000.00 |
| Weiss,Manuel | MD | Dir. Core Growth Institutional | Large Cap Growth | $154,000.00 | $1,460,000.00 |
| Wetlaufer,Eric M. | MD | CIO, Mid Cap Growth | Mid Cap Growth | $250,000.00 | $5,000,000.00 |
| Wiess,James C. | SVP | Senior Portfolio Manager | US Core Diversified | $175,000.00 | $1,350,000.00 |
| Yogg,Michael. | SVP | Team Leader, Utilities & Basic Material | Global Equity Research-Boston | $150,000.00 | $550,000.00 |
| Allansmith,Lauren L. | SVP | Team Leader, Consumers | Global Equity Research-Boston | $150,000.00 | $585,000.00 |
| Burke,Andrea | SVP | Portfolio Manager | Core Non US Gov | $140,000.00 | $250,000.00 |
| Cotner,C. Beth | MD | CIO, Large Cap Growth | Large Cap Growth | $250,000.00 | $4,650,000.00 |
| Drew,Maria Elena | | | | | |
| Farrell,Deborah S. | MD | Associate Director, Research | Global Equity Research-Boston | $200,000.00 | $2,000,000.00 |
| Holding,Pamela | MD | Director, European Research | Credit Research International | $160,000.00 | $1,450,000.00 |
| Jones,Elizabeth | MD | Team Leader, Portfolio Analytics | Performance Analysis Group | $175,000.00 | $1,100,000.00 |
| Kalus-Bystrycky,Ivka | VP | Analyst | Global Equity Research-Boston | $115,000.00 | |
| Korn,Karen R. | SVP | Mgr Global Fundamental Research | Global Equity Research-Boston | $140,000.00 | $550,000.00 |
| Kuenstner,Deborah F. | MD | CIO, Large Cap Value | Large Cap Value | $200,000.00 | $4,000,000.00 |
| Leichter,Jennifer E. | MD | Senior Portfolio Manager | Core Credit | $150,000.00 | $700,000.00 |
| McCormack,Susan A. | VP | Portfolio Manager | Tax Exempt | $125,000.00 | $275,000.00 |
| McMullen,Carol C. | MD | Head, Global Investment Research | Global Research Administration | $250,000.00 | $4,450,000.00 |
| Mockard,Jeanne L. | SVP | Senior Portfolio Manager | Large Cap Value | $150,000.00 | $700,000.00 |
| Morgan,Kelly A. | MD | Director, Global Growth | International Growth | $175,000.00 | $2,350,000.00 |
| Parker,Margery C. | SVP | Portfolio Manager | Mid Cap Growth | $150,000.00 | $485,000.00 |
| Peters,Carmel | SVP | Senior Portfolio Manager | International Core | $200,000.00 | $990,000.00 |
| Sievert,Jean I. | SVP | Analyst | Global Equity Research-Boston | $150,000.00 | $600,000.00 |
| Smith,Margaret D. | SVP | Team Leader, Health Care | Global Equity Research-Boston | $150,000.00 | $670,000.00 |
| Spatz,Erin J. | SVP | Analyst | Global Equity Research-Boston | $135,000.00 | $625,000.00 |
| Svensson,Lisa H. | SVP | Senior Portfolio Manager | International Growth | $145,500.00 | $1,350,000.00 |
| Thomsen,Rosemary H. | MD | Senior Portfolio Manager | Core Credit | $141,750.00 | $1,100,000.00 |
| Wheeler,Diane | SVP | Mortgage Specialist | Core MBS & ABS | $131,500.00 | |
| Williams,Fayval S. | SVP | Analyst | Global Equity Research-Boston | $145,000.00 | $330,000.00 |
| | | | | | |
| YE: Year End | | | | | |
| PY: Pay Year | | | | | |



PRM 04138

SVENSSON - 91 COMPARA… - 2001 EMPLOYMENT DETAILS

| Name | 2001 Officer Title | 2001 Job Title | 2001 Department Name | YE 2001 Base Salary | PY 2001 Bonus Award |
|---|---|---|---|---|---|
| Block,Richard L. | SVP | Director, Derivatives Trading | Derivative Trading | $150,000.00 | $660,000.00 |
| Bloemker,Robert | SVP | Mortgage Specialist | Core MBS & ABS | $150,000.00 | $525,000.00 |
| Bogar,Mark A. | VP | Analyst | Global Equity Research-Boston | $110,000.00 | $190,000.00 |
| Boselli,John A. | MD | Analyst | Global Equity Research-Boston | $150,000.00 | $650,000.00 |
| Brooks,Joshua H. | | | | | |
| Bukovac,R.J. | SVP | Analyst | Global Equity Research-Boston | $135,000.00 | $570,000.00 |
| Byrne,Joshua L. | MD | Senior Portfolio Manager | International Core | $175,000.00 | $2,025,000.00 |
| Cervone,Richard P. | VP | Analyst | Global Equity Research-Boston | $130,000.00 | $400,000.00 |
| Clark,Dana F. | SVP | Portfolio Manager | Mid Cap Growth | $130,000.00 | $240,000.00 |
| Davis,Simon | SVP | Senior Portfolio Manager | International Core | $200,000.00 | $275,000.00 |
| DeChristopher,Brian M. | AVP | Analyst | Global Equity Research-Boston | $97,500.00 | $120,000.00 |
| Dexter,Stephen P. | SVP | Senior Portfolio Manager | International Growth | $175,000.00 | $350,000.00 |
| Divney,Kevin M. | SVP | Portfolio Manager | Equity Quantitative Research | $150,000.00 | $380,000.00 |
| Eigerman,Nathan W. | SVP | Portfolio Manager | Equity Quantitative Research | $130,000.00 | $325,000.00 |
| Elavia,Tony H. | MD | Dir., Quant Equity Research | Equity Quantitative Research | $160,000.00 | $400,000.00 |
| England,Richard B. | SVP | Senior Portfolio Manager | Large Cap Growth | $175,000.00 | $350,000.00 |
| Geer,Bartlett R. | SVP | Senior Portfolio Manager | Large Cap Value | $200,000.00 | $375,000.00 |
| Gerber,David E. | VP | Portfolio Construction Special | Portfolio Construction | $86,000.00 | $100,000.00 |
| Gillis,Roland W. | MD | Director, Specialty Growth | Specialty Growth | $225,000.00 | $1,265,000.00 |
| Gorman,Stephen A. | MD | Associate Director, GER | Global Equity Research-Boston | $150,000.00 | $800,000.00 |
| Graham,Andrew | SVP | Portfolio Manager | Global Core Small Cap | $150,000.00 | $146,000.00 |
| Greenleaf,Bradford S. | | | | | |
| Hadden,Peter J. | SVP | Portfolio Manager | International Growth | $145,000.00 | $230,000.00 |
| Hamlin,David E. | SVP | Dir., Tax Exempt, Invest Grade | Tax Exempt | $150,000.00 | $600,000.00 |
| Haslett,Thomas R. | MD | CIO, Institutional | US Core Div/Concentrated | $225,000.00 | $2,250,000.00 |
| Joseph,Joseph P. | MD | Dir., Global Core Small Cap | Global Core Small Cap | $180,000.00 | $1,950,000.00 |
| Kamshad,Omid | MD | CIO, International Core | International Core | $225,000.00 | $7,500,000.00 |
| King,David | MD | Senior Portfolio Manager | Large Cap Value | $200,000.00 | $965,000.00 |
| Knight,Jeffrey L. | SVP | CIO, GAA | GAA | $150,000.00 | $625,000.00 |
| Lannum,Coleman | SVP | Portfolio Manager | Large Cap Value | $140,000.00 | $240,000.00 |
| Lindsey,Jeffrey R. | MD | Director, Concentrated Growth | Large Cap Growth | $165,000.00 | $500,000.00 |
| Lode,Geirulv | SVP | Portfolio Manager | US Core Div/Concentrated | $135,000.00 | $280,000.00 |
| Makino,Shigeki | MD | Senior Portfolio Manager | Global Core | $250,000.00 | $2,250,000.00 |
| Malak,Saba S. | SVP | Analyst | Global Equity Research-Boston | $150,000.00 | $650,000.00 |
| Marrkand,Paul E. | SVP | Portfolio Manager | US Core Concentrated | $150,000.00 | $550,000.00 |
| Matteis,Andrew S. | SVP | Team Leader, Tax Exempt Credit Research | Credit Research Tax Exempt | $150,000.00 | $335,000.00 |
| Mehta,Sandeep | SVP | Portfolio Manager | US Core Div/Concentrated | $150,000.00 | $480,000.00 |
| Melhuish,Nicholas J. A. | SVP | Portfolio Manager | International Core | $150,000.00 | $225,000.00 |
| Miller,Christopher G. | SVP | Portfolio Manager | Equity Quantitative Research | $130,000.00 | $325,000.00 |
| Miller,Daniel L. | MD | CIO, Specialty Growth | Specialty Growth | $250,000.00 | $2,525,000.00 |
| Moore,Colin | MD | CIO, International Value | International Value | $200,000.00 | $400,000.00 |
| Moore,Gerald I. | SVP | Portfolio Manager | Global Core Small Cap | $140,000.00 | $400,000.00 |
| Morris,Dirk | MD | Director of Currency | Currency | $225,000.00 | $265,000.00 |
| Mufson,Michael J. | MD | Director, Specialty Growth | Specialty Growth | $155,000.00 | $200,000.00 |
| Mullin,Hugh H. | MD | Senior Portfolio Manager | Large Cap Value | $175,000.00 | $965,000.00 |
| Nance,Michael E. | SVP | Senior Portfolio Manager | US Core Concentrated | $175,000.00 | $1,575,000.00 |
| Norchi,Terrance | | | | | |
| O'Malley,Christopher | AVP | Analyst | Global Equity Research-Boston | $90,000.00 | $30,000.00 |
| Oler,Stephen S. | SVP | Senior Portfolio Manager | International Core | $200,000.00 | $595,000.00 |



PRM 04139

**SVENSSON - 91 COMPARATORS - 2001 EMPLOYMENT DETAILS**

| Name | 2001 Officer Title | 2001 Job Title | 2001 Department Name | YE 2001 Base Salary | PY 2001 Bonus Award |
|---|---|---|---|---|---|
| Prusko,James M. | SVP | Senior Portfolio Manager | Core Multi-Sector | $125,000.00 | $370,000.00 |
| Santos,David | SVP | Senior Portfolio Manager | Large Cap Growth | $150,000.00 | $230,000.00 |
| Scanlon,Paul D. | SVP | Portfolio Manager | Core Credit | $140,000.00 | $300,000.00 |
| Scott,Justin M. | MD | CIO, Global Core | Global Equity Mid Cap Val Res | $250,000.00 | $8,500,000.00 |
| Sellito,Tino | SVP | Senior Portfolio Manager | Large Cap Growth | $150,000.00 | $220,000.00 |
| Shadek,Edward | MD | CIO, Small Cap Value | Small Cap Value | $200,000.00 | $1,600,000.00 |
| Simon,Sheldon N. | SVP | Senior Portfolio Manager | Small Cap Value | $155,000.00 | $625,000.00 |
| Smith,Leo | MD | Director, Equity Trading | Equity Trading | $175,000.00 | $450,000.00 |
| Sorensen,Eric H. | MD | CIO, GAA/Head Quant Research | Equity Quantitative Research | $225,000.00 | $3,000,000.00 |
| Stack,Michael P. | SVP | Senior Portfolio Manager | US Core Concentrated | $175,000.00 | |
| Stairs,George W. | SVP | Senior Portfolio Manager | International Core | $155,000.00 | $275,000.00 |
| Sullivan,William J. | MD | Dir, Gbal Syndicate/FI Trading | Fixed Income Trading | $150,000.00 | $600,000.00 |
| Swift,Robert | MD | CIO, International Growth | International Growth | $225,000.00 | $2,050,000.00 |
| Warren,Paul C. | MD | CIO US & Global Core | US Core Div/Concentrated | $200,000.00 | $2,250,000.00 |
| Weiss,Manuel | MD | Dir. Core Growth Institutional | Large Cap Growth | $160,000.00 | $450,000.00 |
| Wetlaufer,Eric M. | MD | CIO, Mid Cap Growth | Mid Cap Growth | $250,000.00 | $3,050,000.00 |
| Wiess,James C. | SVP | Senior Portfolio Manager | US Core Div/Concentrated | $175,000.00 | $1,200,000.00 |
| Yogg,Michael. | SVP | Analyst | Global Equity Research-Boston | $150,000.00 | $310,000.00 |
| Allansmith,Lauren L. | SVP | Associate Director, GER | Global Equity Research-Boston | $150,000.00 | $255,000.00 |
| Burke,Andrea | SVP | Portfolio Manager | Core Non US Gov | $140,000.00 | $100,000.00 |
| Cotner,C. Beth | MD | CIO, Large Cap Growth | Large Cap Growth | $250,000.00 | $1,515,000.00 |
| Drew,Maria Elena | | | | | |
| Farrell,Deborah S. | MD | Associate Director, GER | Global Equity Research-Boston | $200,000.00 | |
| Holding,Pamela | MD | Portfolio Manager | International Value | $160,000.00 | $385,000.00 |
| Jones,Elizabeth | MD | Team Leader, Portfolio Analytics | Performance Analysis Group | $175,000.00 | $550,000.00 |
| Kalus-Bystrycky,Ivka | VP | Analyst | Global Equity Research-Boston | $115,000.00 | |
| Korn,Karen R. | SVP | Mgr Global Fundamental Research | Global Equity Research-Boston | $145,000.00 | |
| Kuenstner,Deborah F. | MD | CIO, Large Cap Value | Large Cap Value | $200,000.00 | $2,625,000.00 |
| Leichter,Jennifer E. | MD | Senior Portfolio Manager | Core Credit | $150,000.00 | |
| McCormack,Susan A. | VP | Portfolio Manager | Tax Exempt | $130,000.00 | $210,000.00 |
| McMullen,Carol C. | MD | Head, Global Investment Research | Global Research Administration | $250,000.00 | |
| Mockard,Jeanne L. | SVP | Senior Portfolio Manager | Large Cap Value | $150,000.00 | $325,000.00 |
| Morgan,Kelly A. | MD | Director, Global Growth | International Growth | $175,000.00 | $825,000.00 |
| Parker,Margery C. | SVP | Portfolio Manager | Mid Cap Growth | $150,000.00 | $137,000.00 |
| Peters,Carmel | SVP | Senior Portfolio Manager | International Core | $200,000.00 | $380,000.00 |
| Sievert,Jean I. | SVP | Analyst | Global Equity Research-Boston | $150,000.00 | $450,000.00 |
| Smith,Margaret D. | MD | Analyst | Global Equity Research-Boston | $150,000.00 | |
| Spatz,Erin J. | SVP | Analyst | Global Equity Research-Boston | $140,000.00 | |
| Svensson,Lisa H. | SVP | Senior Portfolio Manager | International Growth | $155,000.00 | $500,000.00 |
| Thomsen,Rosemary H. | MD | Senior Portfolio Manager | Core Credit | $141,750.00 | $750,000.00 |
| Wheeler,Diane | SVP | Mortgage Specialist | Core MBS & ABS | $131,500.00 | |
| Williams,Fayval S. | SVP | Analyst | Global Equity Research-Boston | $145,000.00 | $390,000.00 |
| | | | | | |
| YE: Year End | | | | | |
| PY: Pay Year | | | | | |



PRM 04140

SVENSSON - 91 COMPARA... S - 2002 EMPLOYMENT DETAILS

| Name | 2002 Officer Title | 2002 Job Title | 2002 Department Name | YE 2002 Base Salary | PY 2002 Bonus Award |
|---|---|---|---|---|---|
| Block,Richard L. | MD | Director, Derivatives Trading | Derivative Trading | $150,000.00 | $840,000.00 |
| Bloemker,Robert | MD | Mortgage Specialist | Core MBS & ABS | $150,000.00 | $725,000.00 |
| Bogar,Mark A. | VP | Portfolio Manager | Global Core | $125,000.00 | $200,000.00 |
| Boselli,John A. | MD | Analyst | Global Equity Research-Boston | $150,000.00 | |
| Brooks,Joshua H. | | | | | |
| Bukovac,R.J. | SVP | Analyst | Global Equity Research-Boston | $135,000.00 | $600,000.00 |
| Byrne,Joshua L. | MD | Senior Portfolio Manager | International Core | $175,000.00 | $2,460,000.00 |
| Cervone,Richard P. | SVP | Portfolio Manager | Global Core | $130,000.00 | $370,000.00 |
| Clark,Dana F. | SVP | Senior Portfolio Manager | Specialty Growth | $130,000.00 | $170,000.00 |
| Davis,Simon | SVP | Director, International Equiti | International Core | $200,000.00 | $835,000.00 |
| DeChristopher,Brian M. | VP | Analyst | Global Equity Research-Boston | $110,000.00 | $80,000.00 |
| Dexter,Stephen P. | SVP | Director, International Equiti | International Growth | $175,000.00 | $660,000.00 |
| Divney,Kevin M. | SVP | Portfolio Manager | Equity Quantitative Research | $150,000.00 | $450,000.00 |
| Eigerman,Nathan W. | SVP | Portfolio Manager | Equity Quantitative Research | $130,000.00 | $270,000.00 |
| Elavia,Tony H. | MD | Dir, QER and Sr. Porfolio Mgr. | Equity Quantitative Research | $160,000.00 | $600,000.00 |
| England,Richard B. | SVP | Senior Portfolio Manager | US Core | $175,000.00 | $425,000.00 |
| Geer,Bartlett R. | SVP | Senior Portfolio Manager | Large Cap Value | $200,000.00 | $900,000.00 |
| Gerber,David E. | VP | Portfolio Manager | Global Core | $107,500.00 | $112,500.00 |
| Gillis,Roland W. | MD | Director, Specialty Growth | Specialty Growth | $225,000.00 | $650,000.00 |
| Gorman,Stephen A. | MD | Associate Director, GER | Global Equity Research-Boston | $150,000.00 | $1,000,000.00 |
| Graham,Andrew | SVP | Portfolio Manager | Global Core Small Cap | $150,000.00 | $150,000.00 |
| Greenleaf,Bradford S. | | | | | |
| Hadden,Peter J. | SVP | Senior Portfolio Manager | International Growth | $145,000.00 | $60,000.00 |
| Hamlin,David E. | MD | Dir., Tax Exempt, Invest Grade | Tax Exempt | $150,000.00 | $560,000.00 |
| Haslett,Thomas R. | MD | CIO, Institutional | | $225,000.00 | |
| Joseph,Joseph P. | MD | CIO, Global Core Small Cap | Global Core Small Cap | $180,000.00 | $1,150,000.00 |
| Kamshad,Omid | MD | CIO, International Equities | International Core | $225,000.00 | $5,050,000.00 |
| King,David | MD | Senior Portfolio Manager | Large Cap Value | $200,000.00 | $1,100,000.00 |
| Knight,Jeffrey L. | MD | CIO, GAA | GAA | $150,000.00 | $850,000.00 |
| Lannum,Coleman | SVP | Portfolio Manager | Large Cap Value | $140,000.00 | $350,000.00 |
| Lindsey,Jeffrey R. | MD | Director, Concentrated Growth | Large Cap Growth | $165,000.00 | |
| Lode,Geirulv | SVP | Portfolio Manager | US Core Div/Concentrated | $135,000.00 | $420,000.00 |
| Makino,Shigeki | MD | Senior Portfolio Manager | US Core Div/Concentrated | $250,000.00 | $1,850,000.00 |
| Malak,Saba S. | SVP | Analyst | Global Equity Research-Boston | $150,000.00 | $950,000.00 |
| Marrkand,Paul E. | SVP | Senior Portfolio Manager | US Core | $150,000.00 | $1,250,000.00 |
| Matteis,Andrew S. | MD | Director, Credit Research | Credit Research Tax Exempt | $150,000.00 | $500,000.00 |
| Mehta,Sandeep | SVP | Senior Portfolio Manager | Global Core | $150,000.00 | |
| Melhuish,Nicholas J. A. | SVP | Senior Portfolio Manager | International Core | $150,000.00 | $300,000.00 |
| Miller,Christopher G. | SVP | Senior Portfolio Manager | Equity Quantitative Research | $130,000.00 | $420,000.00 |
| Miller,Daniel L. | MD | CIO, Co-Head Specialty Growth | Specialty Growth | $250,000.00 | $1,300,000.00 |
| Moore,Colin | MD | Associate Director of Research | International Value | $200,000.00 | |
| Moore,Gerald I. | SVP | Senior Portfolio Manager | Global Core Small Cap | $140,000.00 | $435,000.00 |
| Morris,Dirk | MD | Director of Currency | Currency | $225,000.00 | $600,000.00 |
| Mufson,Michael J. | MD | Director, Specialty Growth | Specialty Growth | $155,000.00 | |
| Mullin,Hugh H. | MD | Senior Portfolio Manager | Large Cap Value | $175,000.00 | $1,025,000.00 |
| Nance,Michael E. | SVP | Senior Portfolio Manager | US Core Div/Concentrated | $175,000.00 | $1,450,000.00 |
| Norchi,Terrance | SVP | Analyst | Global Equity Research-Boston | $175,000.00 | $1,025,000.00 |
| O'Malley,Christopher | AVP | Analyst | Global Equity Research-Boston | $95,000.00 | $50,000.00 |
| Oler,Stephen S. | SVP | Senior Portfolio Manager | International Core | $200,000.00 | $760,000.00 |

SVENSSON - 91 COMPARA[illegible]S - 2002 EMPLOYMENT DETAILS

| Name | 2002 Officer Title | 2002 Job Title | 2002 Department Name | YE 2002 Base Salary | PY 2002 Bonus Award |
|---|---|---|---|---|---|
| Prusko,James M. | MD | Senior Portfolio Manager | Core Multi-Sector | $135,000.00 | $600,000.00 |
| Santos,David | SVP | Senior Portfolio Manager | Large Cap Growth | $165,000.00 | $585,000.00 |
| Scanlon,Paul D. | SVP | Portfolio Manager | Core Credit | $140,000.00 | $325,000.00 |
| Scott,Justin M. | MD | CIO, Global Core | Global Equity Mid Cap Val Res | $250,000.00 | $4,850,000.00 |
| Sellito,Tino | SVP | Senior Portfolio Manager | Specialty Growth | $150,000.00 | $220,000.00 |
| Shadek,Edward | MD | CIO, Small Cap Value | Small Cap Value | $200,000.00 | $1,200,000.00 |
| Simon,Sheldon N. | SVP | Senior Portfolio Manager | Small Cap Value | $155,000.00 | |
| Smith,Leo | MD | Director, Equity Trading | Equity Portfolio Associates | $175,000.00 | |
| Sorensen,Eric H. | MD | Director Quantitative Research | Equity Quantitative Research | $225,000.00 | $1,700,000.00 |
| Stack,Michael P. | SVP | Senior Portfolio Manager | US Core | $175,000.00 | |
| Stairs,George W. | SVP | Senior Portfolio Manager | International Core | $155,000.00 | $615,000.00 |
| Sullivan,William J. | MD | Dir, Gbal Syndicate/FI Trading | Trading Strategies | $150,000.00 | $670,000.00 |
| Swift,Robert | MD | CIO, International Growth | International Growth | $225,000.00 | |
| Warren,Paul C. | MD | CIO US & Global Core | US Core Div/Concentrated | $200,000.00 | $2,750,000.00 |
| Weiss,Manuel | MD | Dir. Core Growth Institutional | US Core | $160,000.00 | $750,000.00 |
| Wetlaufer,Eric M. | MD | CIO, Co-Head Specialty Growth | Specialty Growth | $250,000.00 | $1,250,000.00 |
| Wiess,James C. | SVP | Senior Portfolio Manager | US Core Div/Concentrated | $175,000.00 | $1,000,000.00 |
| Yogg,Michael. | SVP | Associate Director, GER | Global Equity Research-Boston | $150,000.00 | $475,000.00 |
| Allansmith,Lauren L. | SVP | Analyst | Global Equity Research-Boston | $150,000.00 | $200,000.00 |
| Burke,Andrea | SVP | Portfolio Manager | Core Non US Gov | $140,000.00 | $100,000.00 |
| Cotner,C. Beth | MD | CIO, Large Cap Growth/ADR | Global Equity Research-Boston | $250,000.00 | |
| Drew,Maria Elena | | | | | |
| Farrell,Deborah S. | MD | Associate Director, GER | Global Equity Research-Boston | $200,000.00 | |
| Holding,Pamela | MD | Associate Director of Research | International Value | $160,000.00 | $610,000.00 |
| Jones,Elizabeth | MD | Team Leader, Portfolio Analytics | Performance Analysis Group | $175,000.00 | $900,000.00 |
| Kalus-Bystrycky,Ivka | VP | Analyst | Global Equity Research-Boston | $115,000.00 | |
| Korn,Karen R. | SVP | Mgr Global Fundamental Research | Global Equity Research-Boston | $145,000.00 | |
| Kuenstner,Deborah F. | MD | CIO, Global Value | Large Cap Value | $200,000.00 | $1,750,000.00 |
| Leichter,Jennifer E. | MD | Senior Portfolio Manager | Core Credit | $150,000.00 | |
| McCormack,Susan A. | SVP | Portfolio Manager | Tax Exempt | $130,000.00 | $250,000.00 |
| McMullen,Carol C. | MD | Head, Global Investment Research | Global Research Administration | $250,000.00 | |
| Mockard,Jeanne L. | SVP | Senior Portfolio Manager | Large Cap Value | $150,000.00 | $670,000.00 |
| Morgan,Kelly A. | MD | Associate Director, GER | Global Equity Research-Boston | $175,000.00 | $1,000,000.00 |
| Parker,Margery C. | SVP | Portfolio Manager | Specialty Growth | $150,000.00 | |
| Peters,Carmel | SVP | Director, International Equiti | Emerging Markets | $200,000.00 | $615,000.00 |
| Sievert,Jean I. | SVP | Analyst | Global Equity Research-Boston | $150,000.00 | $400,000.00 |
| Smith,Margaret D. | MD | Analyst | Global Equity Research-Boston | $150,000.00 | |
| Spatz,Erin J. | SVP | Analyst | Global Equity Research-Boston | $140,000.00 | |
| Svensson,Lisa H. | SVP | Analyst | Global Equity Research-Boston | $155,000.00 | $500,000.00 |
| Thomsen,Rosemary H. | MD | Senior Portfolio Manager | Core Credit | $141,750.00 | $375,000.00 |
| Wheeler,Diane | SVP | Mortgage Specialist | Core MBS & ABS | $131,500.00 | |
| Williams,Fayval S. | SVP | Analyst | Global Equity Research-Boston | $145,000.00 | $140,000.00 |
| | | | | | |
| YE: Year End | | | | | |
| PY: Pay Year | | | | | |



PRM 0414

**SVENSSON - 91 COMPARA... .3 - 2003 EMPLOYMENT DETAILS**

| Name | 2003 Officer Title | 2003 Job Title | 2003 Department Name | YE 2003 Base Salary | PY 2003 Bonus Award |
|---|---|---|---|---|---|
| Block,Richard L. | MD | Director Global Equity Trading | US Equity Execution | $150,000.00 | $900,000.00 |
| Bloemker,Robert | MD | Team Leader, MBS and Goverment | Core MBS & ABS | $150,000.00 | $900,000.00 |
| Bogar,Mark A. | SVP | Portfolio Manager | Global Core | $125,000.00 | $300,000.00 |
| Boselli,John A. | MD | Analyst | Global Equity Research-Boston | $150,000.00 | |
| Brooks,Joshua H. | MD | Dir., Global Equity Research | Research Admin | $225,000.00 | $1,875,000.00 |
| Bukovac,R.J. | SVP | Analyst | Global Equity Research-Boston | $135,000.00 | $700,000.00 |
| Byrne,Joshua L. | MD | Co-CIO, International Core | International Core | $175,000.00 | $2,050,000.00 |
| Cervone,Richard P. | SVP | Portfolio Manager | US Core | $130,000.00 | $575,000.00 |
| Clark,Dana F. | SVP | Senior Portfolio Manager | Specialty Growth | $130,000.00 | |
| Davis,Simon | SVP | Co-CIO, International Core | International Core | $200,000.00 | $1,375,000.00 |
| DeChristopher,Brian M. | VP | Analyst | US Core | $110,000.00 | $125,000.00 |
| Dexter,Stephen P. | SVP | CIO, International Growth | International Growth | $175,000.00 | $975,000.00 |
| Divney,Kevin M. | SVP | Portfolio Manager | Mid Cap Growth | $150,000.00 | $850,000.00 |
| Eigerman,Nathan W. | SVP | Portfolio Manager | Equity Quantitative Research | $130,000.00 | |
| Elavia,Tony H. | MD | Senior Portfolio Manager | Large Cap Growth | $160,000.00 | $900,000.00 |
| England,Richard B. | SVP | Senior Portfolio Manager | US Core | $175,000.00 | $525,000.00 |
| Geer,Bartlett R. | SVP | Senior Portfolio Manager | Large Cap Value | $200,000.00 | $1,200,000.00 |
| Gerber,David E. | VP | Portfolio Manager | Global Core | $107,500.00 | $200,000.00 |
| Gillis,Roland W. | MD | Director, Specialty Growth | Specialty Growth | $225,000.00 | $1,050,000.00 |
| Gorman,Stephen A. | MD | Associate Director, GER | Global Equity Research-Boston | $150,000.00 | $1,000,000.00 |
| Graham,Andrew | SVP | Portfolio Manager | Global Core Small Cap | $150,000.00 | $300,000.00 |
| Greenleaf,Bradford S. | | | | | |
| Hadden,Peter J. | SVP | Portfolio Manager | International Growth | $145,000.00 | $125,000.00 |
| Hamlin,David E. | MD | Team Leader, Tax Exempt | Tax Exempt | $150,000.00 | $700,000.00 |
| Haslett,Thomas R. | MD | CIO, Institutional | | $225,000.00 | |
| Joseph,Joseph P. | MD | CIO, Global Core Small Cap | Global Core Small Cap | $180,000.00 | $1,375,000.00 |
| Kamshad,Omid | MD | CIO, International Equities | International Core | $225,000.00 | |
| King,David | MD | Senior Portfolio Manager | Large Cap Value | $200,000.00 | $1,575,000.00 |
| Knight,Jeffrey L. | MD | CIO, GAA | GAA | $150,000.00 | $975,000.00 |
| Lannum,Coleman | SVP | Portfolio Manager | Large Cap Value | $140,000.00 | $500,000.00 |
| Lindsey,Jeffrey R. | MD | Director, Concentrated Growth | Large Cap Growth | $165,000.00 | |
| Lode,Geirulv | SVP | Senior Portfolio Manager | Global Core | $135,000.00 | |
| Makino,Shigeki | MD | Senior Portfolio Manager | US Core Div/Concentrated | $250,000.00 | $1,500,000.00 |
| Malak,Saba S. | SVP | Analyst | Global Equity Research-Boston | $150,000.00 | $825,000.00 |
| Marrkand,Paul E. | SVP | Senior Portfolio Manager | Mid Cap Growth | $150,000.00 | $1,150,000.00 |
| Matteis,Andrew S. | MD | Director, Credit Research | Credit Research Tax Exempt | $150,000.00 | $550,000.00 |
| Mehta,Sandeep | SVP | Senior Portfolio Manager | Global Core | $150,000.00 | |
| Melhuish,Nicholas J. A. | SVP | Senior Portfolio Manager | International Core | $150,000.00 | |
| Miller,Christopher G. | SVP | Senior Portfolio Manager | Large Cap Value | $130,000.00 | $600,000.00 |
| Miller,Daniel L. | MD | CIO, Specialty Growth | Specialty Growth | $250,000.00 | $1,875,000.00 |
| Moore,Colin | MD | Associate Director of Research | International Value | $200,000.00 | |
| Moore,Gerald I. | SVP | Senior Portfolio Manager | Global Core Small Cap | $140,000.00 | $600,000.00 |
| Morris,Dirk | MD | Dir of Currency&Aust-Asia bus | Currency-Relationship Manager | AUD 400,000.00 | AUD 1,494,275.00 |
| Mufson,Michael J. | MD | Director, Specialty Growth | Specialty Growth | $155,000.00 | |
| Mullin,Hugh H. | MD | Senior Portfolio Manager | Large Cap Value | $175,000.00 | $1,025,000.00 |
| Nance,Michael E. | SVP | Senior Portfolio Manager | US Core Div/Concentrated | $175,000.00 | $1,325,000.00 |
| Norchi,Terrance | SVP | Analyst | Global Equity Research-Boston | $175,000.00 | $700,000.00 |
| O'Malley,Christopher | AVP | Analyst | Global Equity Research-Boston | $95,000.00 | $150,000.00 |
| Oler,Stephen S. | SVP | Senior Portfolio Manager | International Core | $200,000.00 | $860,000.00 |



PRM 04143

SVENSSON - 91 COMPARA .S - 2003 EMPLOYMENT DETAILS

| Name | 2003 Officer Title | 2003 Job Title | 2003 Department Name | YE 2003 Base Salary | PY 2003 Bonus Award |
|---|---|---|---|---|---|
| Prusko,James M. | MD | Team Leader, HG Corp/MM/Stable | HG Credit,Stable Value & MM | $135,000.00 | |
| Santos,David | SVP | Senior Portfolio Manager | Large Cap Growth | $165,000.00 | $900,000.00 |
| Scanlon,Paul D. | SVP | Portfolio Manager | Core Credit | $140,000.00 | $500,000.00 |
| Scott,Justin M. | MD | CIO, Global Core | Global Core Admin | $250,000.00 | |
| Sellito,Tino | SVP | Senior Portfolio Manager | Specialty Growth | $150,000.00 | $700,000.00 |
| Shadek,Edward | MD | CIO, Small Cap Value | Small Cap Value | $200,000.00 | $1,500,000.00 |
| Simon,Sheldon N. | SVP | Senior Portfolio Manager | Small Cap Value | $155,000.00 | |
| Smith,Leo | MD | Director, Equity Trading | Putnam Brokerage | $175,000.00 | |
| Sorensen,Eric H. | MD | Director Quantitative Research | Equity Quantitative Research | $225,000.00 | $1,875,000.00 |
| Stack,Michael P. | SVP | Senior Portfolio Manager | US Core | $175,000.00 | |
| Stairs,George W. | SVP | Senior Portfolio Manager | International Core | $155,000.00 | $715,000.00 |
| Sullivan,William J. | MD | Director of Trading Strategies | Trading Strategies | $150,000.00 | $900,000.00 |
| Swift,Robert | MD | CIO, International Growth | International Growth | $225,000.00 | |
| Warren,Paul C. | MD | CIO US & Global Core | Global Core | $200,000.00 | |
| Weiss,Manuel | MD | Dir. Core Growth Institutional | IPM | $160,000.00 | |
| Wetlaufer,Eric M. | MD | CIO, Mid Cap Growth | Mid Cap Growth | $250,000.00 | |
| Wiess,James C. | SVP | Senior Portfolio Manager | US Core Div/Concentrated | $175,000.00 | $1,000,000.00 |
| Yogg,Michael. | SVP | Associate Director, GER | Global Equity Research-Boston | $150,000.00 | $550,000.00 |
| Allansmith,Lauren L. | SVP | Analyst | Global Equity Research-Boston | $150,000.00 | $225,000.00 |
| Burke,Andrea | SVP | Portfolio Manager | Core MBS & ABS | $140,000.00 | $110,000.00 |
| Cotner,C. Beth | MD | CIO, Large Cap Growth/ADR | Global Equity Research-Boston | $250,000.00 | |
| Drew,Maria Elena | VP | Analyst | Global Equity Research-Boston | $150,000.00 | $250,000.00 |
| Farrell,Deborah S. | MD | Associate Director, GER | Global Equity Research-Boston | $200,000.00 | |
| Holding,Pamela | MD | Associate Director of Research | International Value | $160,000.00 | $800,000.00 |
| Jones,Elizabeth | MD | Team Leader, Portfolio Analytics | Performance Analysis Group | $175,000.00 | $930,000.00 |
| Kalus-Bystrycky,Ivka | VP | Analyst | Global Equity Research-Boston | $115,000.00 | |
| Korn,Karen R. | SVP | Mgr Global Fundamental Research | Global Equity Research-Boston | $145,000.00 | |
| Kuenstner,Deborah F. | MD | CIO, Global Value | Large Cap Value | $200,000.00 | $2,250,000.00 |
| Leichter,Jennifer E. | MD | Senior Portfolio Manager | Core Credit | $150,000.00 | |
| McCormack,Susan A. | SVP | Tax Exempt Specialist | Tax Exempt | $130,000.00 | $300,000.00 |
| McMullen,Carol C. | MD | Head, Global Investment Research | Global Research Administration | $250,000.00 | |
| Mockard,Jeanne L. | SVP | Senior Portfolio Manager | Large Cap Value | $150,000.00 | $800,000.00 |
| Morgan,Kelly A. | MD | Associate Director, GER | Global Equity Research-Boston | $175,000.00 | $975,000.00 |
| Parker,Margery C. | SVP | Portfolio Manager | Specialty Growth | $150,000.00 | |
| Peters,Carmel | SVP | Director, International Equiti | Emerging Markets | $200,000.00 | |
| Sievert,Jean I. | SVP | Analyst | Global Equity Research-Boston | $150,000.00 | $350,000.00 |
| Smith,Margaret D. | MD | Analyst | Global Equity Research-Boston | $150,000.00 | |
| Spatz,Erin J. | SVP | Analyst | Global Equity Research-Boston | $140,000.00 | |
| Svensson,Lisa H. | SVP | Analyst | Global Equity Research-Boston | $155,000.00 | |
| Thomsen,Rosemary H. | MD | Senior Portfolio Manager | Core Credit | $141,750.00 | $750,000.00 |
| Wheeler,Diane | SVP | Mortgage Specialist | Core MBS & ABS | $131,500.00 | |
| Williams,Fayval S. | SVP | Analyst | Global Equity Research-Boston | $145,000.00 | |
| | | | | | |
| YE: Year End | | | | | |
| PY: Pay Year | | | | | |



PRM 04144