UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * | | Civil Action No. 04-12711-PBS |
| LISA SVENSSON | * | |
| | * | BBO No. 351000 |
| Plaintiff, | * | |
| | * | <u>Assented to</u> |
| v. | * | |
| | * | Motion of Plaintiff Lisa |
| PUTNAM INVESTMENTS, | * | Svensson for Leave to |
| LLC f/k/a PUTNAM INVEST- | * | File Reply Memorandum |
| MENTS, INC. and LAWRENCE | * | to Putnam's Opposition to |
| J. LASSER, | * | her Motion to Compel Production |
| | * | of the Documents and Things |
| Defendants. | * | Requested in her Second |
| | * | Request for Production |
| * * * * * * * * * * * * * * * * | | |

    With the assent of defendant Putnam Investments LLC ("Putnam")[1] plaintiff Lisa Svensson ("Svensson") moves the court for leave to file a reply memorandum to Putnam's opposition to her motion to compel production of the document and things requested in her Second Request for Production ("Second RPOD") because in its opposition ("Opposition"), Putnam has asserted incorrect or improper objections; in some cases, has misstated the facts; in some cases, omitted other material facts; in some cases has mischaracterized Svensson positions and contentions; and in some cases has misstated applicable law.

    Svensson also seeks leave to file a memorandum in reply so as to set out in one document on a category by category basis of the Second RTPOD, the category of documents requested, the Putnam objections; the Svensson argument in support of her motion,

---

[1] Putnam assent is limited to the granting of the leave sought and not to the reasons stated or the contents of the memorandum.

the Putnam opposition to the motion and Svensson's reply.

Svensson's reply memorandum accompanies this motion for leave to file.

                              LISA SVENSSON, plaintiff,

                              By her attorneys,

                              BARRON & STADFELD, P.C.

                              s/Kevin F. Moloney
                              Kevin F. Moloney BBO No. 351000
                              100 Cambridge Street, Suite 1310
                              Boston, Massachusetts 02114
                              Tel.: 617.723.9800/531.6569

                              and

                              /s/ John K. Weir
                              John K. Weir, Admitted PHV
                              John K. Weir Law Offices, LLC
                              300 Park Avenue, Suite 1700
                              New York, New York, 10022
                              Tel.: 212.572.5374

Dated: October 25, 2006

Certificate of Service.

      This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                              /s/ Kevin F. Moloney

Dated: October 25, 2006

[375520.1]