UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * *    *    Civil Action No. 04-12711-PBS
                           *
LISA SVENSSON              *
                           *    BBO No. 351000
       Plaintiff,          *
                           *    Plaintiff Lisa Svensson's
                           *    Opposition to
PUTNAM INVESTMENTS,        *    Defendant Putnam's Motion
LLC, et al.,               *    a Protective Order...";
                           *
       Defendants.         *    and
                           *    (2) Her Cross Motion for
* * * * * * * * * * * *         Orders and Sanctions

                                and
                                Request for Hearing and Oral
                                Argument
```

plaintiff Lisa Svensson, for reasons set forth in detail in her memorandum in support of this opposition filed herewith, opposes Putnam's motion for a protective order to quash resumption of the 30(b)(6) deposition and cross moves for orders: (1) Directing the resumption of the deposition for the rest of the time remaining when the deposition was halted (two hours seven minutes) plus, as authorized by Rule 30(d)(2),[1] such additional time as the court finds warranted under the circumstances; and, (2) Entering sanctions, including attorneys'

---

[1] Fed. R. Civ. P. 30(d)(2) states, "Unless otherwise authorized by the court or stipulated by the parties, a deposition is limited to one day of seven hours. <u>The court must allow additional time</u> consistent with <u>Rule 26(b)(2) if needed for a fair examination of the deponent or if the deponent or another person, or other circumstance, impedes or delays the examination</u>. (Emphasis added.)

fees and costs, against Putnam and its attorneys for their conduct.

REQUEST FOR HEARING AND ORAL ARGUMENT.

Svensson requests a hearing and oral argument

           LISA SVENSSON, plaintiff,

           By her attorneys,

           BARRON & STADFELD, P.C.

           /s/ Kevin F. Moloney_____
           Kevin F. Moloney BBO No. 351000
           100 Cambridge Street, Suite 1310
           Boston, Massachusetts 02114
           Tel.: 617.723.9800/531.6569

           and

           /s/ John K. Weir_____
           John K. Weir, Admitted PHV
           John K. Weir Law Offices, LLC
           300 Park Avenue, Suite 1700
           New York, New York, 10022
           Tel.: 212.572.5374

Dated: December 18, 2006

Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

           /s/ Kevin F. Moloney_____

Dated: December 18, 2006
[381129.1]