UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * *    Civil Action No. 04-12711-PBS
                      *
LISA SVENSSON         *
                      *    BBO No. 351000
        Plaintiff,    *
                      *    Plaintiff Lisa Svensson's
                      *    Opposition to
PUTNAM INVESTMENTS,   *    Defendant Putnam's Motion
LLC, et al.,          *    a Protective Order...";
                      *
        Defendants.   *    and
                      *    (2) Her Cross Motion for
* * * * * * * * * * * *    Orders and Sanctions

                           and
                           Request for Hearing and Oral
                           Argument
```

plaintiff Lisa Svensson, for reasons set forth in detail in her memorandum in support of this opposition filed herewith, opposes Putnam's motion for a protective order to quash resumption of the 30(b)(6) deposition and cross moves for orders: (1) Directing the resumption of the deposition for the rest of the time remaining when the deposition was halted (two hours seven minutes) plus, as authorized by Rule 30(d)(2),[1] such additional time as the court finds warranted under the circumstances; and, (2) Entering sanctions, including attorneys'

---

[1] Fed. R. Civ. P. 30(d)(2) states, "Unless otherwise authorized by the court or stipulated by the parties, a deposition is limited to one day of seven hours. The court must allow additional time consistent with Rule 26(b)(2) if needed for a fair examination of the deponent or if the deponent or another person, or other circumstance, impedes or delays the examination. (Emphasis added.)

fees and costs, against Putnam and its attorneys for their conduct.

REQUEST FOR HEARING AND ORAL ARGUMENT.

Svensson requests a hearing and oral argument

> LISA SVENSSON, plaintiff,
>
> By her attorneys,
>
> BARRON & STADFELD, P.C.
>
> /s/ Kevin F. Moloney_____
> Kevin F. Moloney BBO No. 351000
> 100 Cambridge Street, Suite 1310
> Boston, Massachusetts 02114
> Tel.: 617.723.9800/531.6569
>
> and
>
> /s/ John K. Weir_____
> John K. Weir, Admitted PHV
> John K. Weir Law Offices, LLC
> 300 Park Avenue, Suite 1700
> New York, New York, 10022
> Tel.: 212.572.5374

Dated: December 18, 2006

Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

> /s/ Kevin F. Moloney_____

Dated: December 18, 2006
[381129.1]