**BARRON & STADFELD PC**
ATTORNEYS

100 CAMBRIDGE STREET SUITE 1310
BOSTON, MASSACHUSETTS 02114

DIRECT DIAL
(617) 531-6569

E-MAIL
kfm@barronstad.com

(617) 723-9800
FAX (617) 523-8359
WWW.BARRONSTAD.COM

December 19, 2006

Via the ECF System

Honorable Marianne B. Bowler, U.S.M.J.
United States District Court
District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02110

RE: Lisa Svensson v. Putnam Investments, LLC, et al.,
    United States District Court, District of Massachusetts,
    Civil Action No. 04-12711-PBS

Dear Judge Bowler:

On p. 6 of the memorandum I filed yesterday on behalf of plaintiff Svensson, "Plaintiff Lisa Svensson's Memorandum in Support of: (1) Her Opposition to Defendant Putnam's a Protective Order…"; and, (2) Her Cross Motion for Orders and Sanctions," there is on line 14 a mistaken exhibit reference.

As filed, line 14 on p. 6 states: "Svensson's October 10, 2006, notice for the 30(b)(6) deposition, a copy of which is filed herewith as Exhibit "E," listed...."

The sentence should be corrected to state: "Svensson's October 10, 2006, notice for the 30(b)(6) deposition, a copy of which is filed herewith as Exhibit "D," listed....

Very truly yours,

BARRON & STADFELD, P.C.

/s/ Kevin F. Moloney

KFM/sli
cc: Counsel of record via the ECF System

[381171.1]