Allyson E. Kurker
Direct Phone:  (617) 951-8335
Direct Fax:     (617) 951-8736
allyson.kurker@bingham.com

December 21, 2006

Mark Duffy, Courtroom Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Boston, MA 02110

**Re:   Svensson v. Putnam Investments, LLC et al, Civil Action No
         04-12711**

Dear Mr. Duffy:

This morning I inadvertently filed a motion for leave to reply to Ms. Svensson's Opposition to Putnam's motion for a protective order accompanying the Tucker affidavit that mischaracterized that motion as "assented to."  I am filing herewith a corrected version of that motion.

Sincerely yours,


/s/ Allyson E. Kurker
Allyson E. Kurker

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lisa Svensson,<br><br>　　　　　　　　　Plaintiff,<br><br>　v.<br><br>Putnam Investments, LLC,<br><br>　　　　　　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)　CIVIL ACTION<br>)　NO. 04-<br>)<br>)<br>)<br>)<br>)<br>) |

**MOTION OF PUTNAM INVESTMENTS LLC FOR LEAVE TO FILE AFFIDAVIT OF JASON TUCKER TO REPLY TO PLAINTIFF'S OPPOSITION TO PUTNAM'S MOTION FOR A PROTECTIVE ORDER TERMINATING ANY FURTHER DISCOVERY**

Putnam Investments LLC ("Putnam") moves for leave to file the affidavit of Jason Tucker to reply to Ms. Svensson's opposition to Putnam's motion for a protective order terminating any further discovery. As grounds for its motion, Putnam states that the affidavit, which is filed herewith, responds to statements contained in Ms. Svensson's Opposition to Putnam's motion for a protective order terminating discovery.

LITDOCS/665624.1/0398860-0000312913

- 2 -

Mr. Tucker's affidavit accompanies this motion.

          **Putnam Investments, LLC**
          By its attorneys,

          /s/ Joseph L. Kociubes, BBO #276360
          Joseph L. Kociubes, BBO #276360
          Louis A. Rodriques, BBO #424720
          Allyson E. Kurker, BBO #665231
          **BINGHAM MCCUTCHEN LLP**
          150 Federal Street
          Boston, MA  02110-1726
          (617) 951-8000

Dated: December 21, 2006

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 21, 2006.

          /s/ Joseph L. Kociubes, BBO #276360

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LISA SVENSSON,

            Plaintiff,

   v.

PUTNAM INVESTMENTS, LLC,

           Defendant.

CIVIL ACTION
NO. 04-12711-PBS

**AFFIDAVIT OF JASON TUCKER SUPPORTING PUTNAM'S REPLY TO ITS MOTION FOR A PROTECTIVE ORDER QUASHING ANY RESUMPTION OF THE RULE 30(B)(6)**

**JASON TUCKER**, being first duly sworn, deposes and says:

1. I am in-house counsel for Putnam Investments LLC, f/k/a Putnam Investments, Inc. ("Putnam").

2. I attended the Rule(30)(b)(6) deposition of Putnam at the law offices of Barron & Stadfeld, on November 29, 2006.

3. During the course of the deposition, I became increasingly frustrated at the Plaintiff's unwillingness to adhere to questions listed on the Rule 30(b)(6) notice; Plaintiff's co-counsel's interruptions of the deposition; the Plaintiff's insistence on asking questions about topics already explored at length and Plaintiff's counsel's inability to transfer a telephone call from the Magistrate Judge in to the conference room.

4. This frustration also stemmed from a discovery process that has been on-going for a year and a half, that has been twice-extended, and that has burdened the resources and time of me and my colleagues at Putnam.

5. It was from this backdrop that I made the unfortunate comment Plaintiff described in her Opposition to Putnam's motion for a protective order quashing any resumption of the Rule 30(b)(6) deposition.

6. Immediately after making this comment, I recognized that it was inappropriate and unprofessional.

7. As soon as I returned to my office after the deposition concluded, I telephoned Plaintiff's counsel, Jack Weir and Kevin Moloney, and offered my apologies for my inappropriate comment.

8. Plaintiff's characterization that my comment evidences any improper conduct by Putnam in the defense of this action is incorrect.

Signed under the pains and penalties of perjury this 21st day of December, 2006.

<u>/s/ Jason Tucker</u>

Jason Tucker

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 21, 2006.

                                      /s/ Allyson E. Kurker, BBO #665231

                                      Allyson E. Kurker