```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * *    *    Civil Action No. 04-12711-PBS
                           *
LISA SVENSSON              *
                           *    BBO No. 351000
         Plaintiff,        *
                           *    Plaintiff Lisa Svensson's
                           *    Motion to Strike
                           *    Defendant Putnam Investments,
PUTNAM INVESTMENTS,        *    LLC's "Assented to
LLC, et al.,               *    Motion for Leave to File
                           •    Affidavit of Jason
                           •    Tucker..." and for Sanctions
         Defendants.       *    and,
                           *    Memorandum in Support of
                           *    Motion to Strike
* * * * * * * * * * * *    *    and
                                Request for Hearing and Oral
                                Argument
```

## MOTION.

Plaintiff Lisa Svensson ("Svensson") moves the court to strike the "Assented to" motion of defendant Putnam Investments, LLC ("Putnam") "for Leave to File the Affidavit of Jason Tucker to Reply to Plaintiff's Opposition to Putnam's Motion for a Protective Order Terminating any Further Discovery," and for sanctions against Putnam and counsel. The grounds for this motion are set forth in the following memorandum.

## MEMORANDUM.

By filing the motion, Putnam and its counsel represented to the court as fact that Svensson and her counsel had assented to the allowance of the motion ("With the assent of plaintiff Lisa Svensson...Putnam...moves this Court for leave to file the

affidavit..."). This representation of fact to the court is false and thereby is a violation of Fed. R. Civ. P. 11. .

As set forth in the Affidavits of Kevin F. Moloney, John K Weir, Roger T. Manwaring and Nancie L. Edgren, which are filed herewith as Exhibits "A"-"D," at no time prior to the filing of Putnam's "Assented to" motion did Attorney Kociubes, the signatory to the motion, or any other attorney or other person acting on his or Putnam's behalf, ever contact any of Svensson's attorneys of record and request Svensson's assent to the motion; and no assent to the motion ever was given by any of Svensson's attorneys to him or to any other attorney or other representative of Putnam.

Accordingly, the "assented to" motion should be stricken and the court should impose sanctions against Putnam and its counsel, including an award of attorneys' fees incurred by Svensson because of their improper conduct.

Moreover, the motion and affidavit are improper as: (1) They improperly seek to add ("...to provide context...") to the only true record of the deposition, the transcript furnished by the court reporter; and, (2) The motion seeks "to reply to...Svensson's opposition to Putnam's motion for a protective order terminating any further discovery," when, of course, Svensson's memorandum in opposition to that motion has not been

filed as it not due until December 27, 2006.

For all of the above reasons, Svensson requests the court:

1. To Strike Putnam's "assented to" motion; and,

2. To enter sanctions against Putnam and its attorneys for its and their improper actions, including Svensson's costs and attorneys' fees incurred as the result of such conduct.

<u>REQUEST FOR HEARING AND ORAL ARGUMENT</u>.

Svensson requests a hearing and oral argument.

        LISA SVENSSON, plaintiff,

        By her attorneys,

        BARRON & STADFELD, P.C.

        /s/ Kevin F. Moloney_____
        Kevin F. Moloney BBO No. 351000
        100 Cambridge Street, Suite 1310
        Boston, Massachusetts 02114
        Tel.: 617.723.9800/531.6569

        and

        /s/ John K. Weir_____
        John K. Weir, Admitted PHV
        John K. Weir Law Offices, LLC
        300 Park Avenue, Suite 1700
        New York, New York, 10022
        Tel.: 212.572.5374

Dated: December 21, 2006

<u>Certificate of Service</u>.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        /s/ Kevin F. Moloney_____

Dated: December 21, 2006
[381498.1]

```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| * * * * * * * * * * * * | * | Civil Action No. 04-12711-PBS |
| | * | |
| LISA SVENSSON | * | |
| | * | BBO No. 351000 |
|         Plaintiff, | * | |
| | * | Affidavit |
| v. | * | of |
| | * | Kevin F. Moloney |
| PUTNAM INVESTMENTS, | * | |
| LLC, et al., | * | |
|         Defendants. | * | |
| | * | |
| * * * * * * * * * * * * | | |

    1.   My name is Kevin F. Moloney.  I am co-counsel of record for plaintiff Svensson in this case.  I have personal knowledge of the facts set forth herein.

    2.   At no time prior to the filing of Putnam Investments, LLC's "Assented to" motion for leave to file the Affidavit of Jason Tucker did Attorney Kociubes, the signatory to the motion, or any other attorney or other person acting on his or Putnam's behalf, ever contact me and request Svensson's assent to the motion; and no assent to the motion ever was given by me to him or any attorney or other representative of Putnam.

    Signed under the penalty for perjury this 21st day of December 2006.

                              /s/ Kevin F. Moloney_____

                         <u>Certificate of Service</u>.

    This document, filed through the ECF system, will be sent electronically to the registered participants as identified on

the Notice of Electronic Filing.

/s/ Kevin F. Moloney_____

Dated: December 21, 2006

[381499.1]

**EXHIBIT B**

```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * *  *    Civil Action No. 04-12711-PBS
                         *
LISA SVENSSON            *
                         *    BBO No. 351000
         Plaintiff,      *
                         *    Affidavit
v.                       *    of John K. Weir
PUTNAM INVESTMENTS,      *
LLC, et al.,             *
         Defendants.     *
                         *
* * * * * * * * * * * *
```

    1.    My name is John K. Weir.  I am co-counsel of record for plaintiff Svensson in this case.  I have personal knowledge of the facts set forth herein.

    2.    At no time prior to the filing of Putnam Investments, LLC's "Assented to" motion for leave to file the Affidavit of Jason Tucker did Attorney Kociubes, the signatory to the motion, or any other attorney or other person acting on his or Putnam's behalf, ever contact me and request Svensson's assent to the motion; and no assent to the motion ever was given by me to him or any attorney or other representative of Putnam.

    Signed under the penalty for perjury this 21st day of December 2006.

                                  /s/ John K. Weir

                              <u>Certificate of Service</u>.

    This document, filed through the ECF system, will be sent electronically to the registered participants as identified on

the Notice of Electronic Filing.

/s/ Kevin F. Moloney

Dated: December 21, 2006

[381500.1]

**EXHIBIT C**

```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * *  *   Civil Action No. 04-12711-PBS
                         *
LISA SVENSSON            *
                         *   BBO No. 351000
        Plaintiff,       *
                         *   Affidavit
v.                       *   of
                         *   Roger T. Manwaring
PUTNAM INVESTMENTS,      *
LLC, et al.,             *
        Defendants.      *
                         *
* * * * * * * * * * * *
```

    1.   My name is Roger T. Manwaring. I am co-counsel of record for plaintiff Svensson in this case. I have personal knowledge of the facts set forth herein.

    2.   At no time prior to the filing of Putnam Investments, LLC's "Assented to" motion for leave to file the Affidavit of Jason Tucker did Attorney Kociubes, the signatory to the motion, or any other attorney or other person acting on his or Putnam's behalf, ever contact me and request Svensson's assent to the motion; and no assent to the motion ever was given by me to him or any attorney or other representative of Putnam.

    Signed under the penalty for perjury this 21st day of December 2006.

                                      /s/ Roger T. Manwaring

<u>Certificate of Service</u>.

    This document, filed through the ECF system, will be sent electronically to the registered participants as identified on

the Notice of Electronic Filing.

/s/ Kevin F. Moloney

Dated: December 21, 2006

[381501.1]

**EXHIBIT D**

```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * *   *   Civil Action No. 04-12711-PBS
                          *
LISA SVENSSON             *
                          *   BBO No. 351000
          Plaintiff,      *
                          *   Affidavit
v.                        *   of Nancie L. Edgren
PUTNAM INVESTMENTS,       *
LLC, et al.,              *
          Defendants.     *
                          *
* * * * * * * * * * * *
```

    1.   My name is Nancie L. Edgren. I am co-counsel of record for plaintiff Svensson in this case. I have personal knowledge of the facts set forth herein.

    2.   At no time prior to the filing of Putnam Investments, LLC's "Assented to" motion for leave to file the Affidavit of Jason Tucker did Attorney Kociubes, the signatory to the motion, or any other attorney or other person acting on his or Putnam's behalf, ever contact me and request Svensson's assent to the motion; and no assent to the motion ever was given by me to him or any attorney or other representative of Putnam.

    Signed under the penalty for perjury this 21st day of December 2006.

                                          /s/ Nancie l. Edgren

<u>Certificate of Service</u>.

    This document, filed through the ECF system, will be sent electronically to the registered participants as identified on

the Notice of Electronic Filing.

/s/ Kevin F. Moloney

Dated: December 21, 2006

[381502.1]