UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lisa Svensson,<br><br>            Plaintiff,<br><br>v.<br><br>Putnam Investments LLC,<br><br>            Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 04-12711 PBS<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT PUTNAM INVESTMENTS' OPPOSITION TO PLAINTIFF LISA SVENSSON'S MOTION TO STRIKE PUTNAM'S "ASSENTED TO MOTION. . ."**

Defendant, Putnam Investments LLC ("Putnam"), hereby opposes Plaintiff Lisa Svensson's ("Ms. Svensson") motion to strike Putnam's assented to motion (the "motion to strike") on the following grounds:

1. As the docket reflects, the motion that Ms. Svensson is seeking to strike had been withdrawn prior to the filing of Ms. Svensson's motion to strike. Putnam's counsel inadvertently filed a draft which mischaracterized its original motion (which was filed at 9:16 am on December 21, 2006) as "assented to." By 12:45 PM, Putnam discovered its error and brought that error to the attention of Ms. Svensson's counsel. See email from Putnam's counsel to Ms. Svensson's counsel, sent at 12:50 PM., attached hereto as Exhibit A.

2. Putnam's counsel also promptly notified the Clerk's Office, and Magistrate Judge Bowler's courtroom clerk, Mark Duffy, by telephone of the error and asked that the mischaracterized motion be removed from the docket.

3. At 1:06 PM,, Putnam's counsel re-filed a correct version of the motion for leave, and withdrew the mischaracterized "assented to motion" -- an hour before Ms. Svensson filed her motion to strike.

4. Thereafter, at 2:05 PM. Ms. Svensson filed her Motion to Strike the pleading which Ms. Svensson's counsel previously had been told was being withdrawn.

**Putnam Investments LLC,**

By its attorneys,

/s/ Joseph L. Kociubes, BBO #276360
Joseph L. Kociubes, BBO #276360
Louis A. Rodriques, BBO #424720
Allyson E. Kurker, BBO #665231
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000

Dated: December 21, 2006

LITDOCS/665752.1/0398860-0000312913

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on December 21, 2006.

/s/ Joseph L. Kociubes, BBO #276360

LITDOCS/665752.1/0398860-0000312913

# EXHIBIT A

LITDOCS/665759.1

_____

**From:** Kurker, Allyson E.
**Sent:** Thursday, December 21, 2006 12:50 PM
**To:** 'kfm@barronstad.com'; 'johnkweir47@aol.com'
**Cc:** Kociubes, Joseph L.; Rodriques, Louis A.
**Subject:** Filing Error

Kevin and Jack,

I wanted to bring to your attention that the Tucker affidavit we filed this morning was accompanied by a motion for leave that was mischaracterized as "assented to." I am sorry for the error and am re-filing a correct version.

Allyson

Allyson Kurker
Litigation Associate
Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726

617-951-8335 (P)
617-951-8736 (F)
allyson.kurker@bingham.com

LITDOCS/665759.1