## Exhibit A: October Hearing Compliance-Status

**Defendant has not complied with the Court's orders at the October 26 hearing on the second document request.**

| Request Number | To Be Provided Per Court's Order: | Status as of 12/15/06 |
|---|---|---|
| 1 | Statement under oath | Not Produced |
| 2 | Emails negotiated under the new rules | Not Produced |
| 3 | Emails negotiated under the new rules | Not Produced |
| 4 | Emails negotiated under the new rules | Not Produced |
| 5 | Emails negotiated under the new rules | Not Produced |
| 6 | Emails negotiated under the new rules | Not Produced |
| 7 | To be produced for 28 comparators | Incomplete Production |
| 8 | Denied based on defendant's misrepresentation | Not Produced |
| 9 | Statement under oath | Not Produced |
| 10 | Statement under oath | Not Produced |
| 11 | Statement under oath | Not Produced |
| 12 | To be produced | Not Produced |
| 13 | Statement under oath | Not Produced |
| 55 | To be produced | Produced |