**Exhibit E**
**Putnam's Answers to Interrogatories Differ From Its Witnesses' Deposition Testimony.**

| Item | Employee Referenced | Deposition Testimony | Answers to Interrogatories |
|---|---|---|---|
| 1 | Paul Warren | "A: …and Steve [Oristaglio] and I concluded …probably be best if Paul [Warren] moved on, and I…decided I would talk to him." <br><br> Source: Charles Haldeman dep., p. 147, ll. 22-24 | But according to Putnam answers to interrogatories: Termination type: Voluntary <br><br> Source: Putnam answers to interrogatories |
| 2 | Beth Cotner | "Q: Was Beth Cotner terminated…? <br> A: No. She retired." <br><br> Source: Putnam 30(b)(6) dep; p. 56, ll. 23 - p. 57, l. 1 | But according to Putnam answers to interrogatories: Termination type: Involuntary <br><br> Source: Putnam answers to interrogatories |
| 3 | Deborah Kuenstner | "Q: "…[was] Debby Kuenstner['s]… departure initiated by Putnam or by her? <br> A: It was mutual." <br><br> Source: Putnam 30(b)(6) dep; p. 52, ll. 4-7 | But according to Putnam answers to interrogatories: Termination type: Voluntary <br><br> Source: Putnam answers to interrogatories |
| 4 | Lisa Svensson | "Q: "…it appears…it was your plan to yourself take over the managerial responsibility for Lisa's team and the organization of the portfolio management process…. <br> A: It certainly appears that way." <br><br> Source: Joshua Brooks dep., p. 235, l. 19 - p. 236, l. 1 | But according to Putnam answers to interrogatories: Svensson's replacement was Maria Drew <br><br> Source: Putnam Answers to Interrogatories |

1