**Exhibit G**
**Putnam ignored the Court's orders related to the 30(b)(6) Deposition.**

| Date | Elapsed Days | Plaintiff | Defendant | Court |
|---|---|---|---|---|
| 4/26/2006 | | Plaintiff serves first 30(b)(6) notice for 34 items to be taken on 5/31/06 | | |
| 5/24/2006 | 28 | | Defendant files motion to quash 30(b)(6) deposition | |
| 7/11/2006 | 76 | | | **Hearing on motion to quash**<br>• Court asks Plaintiff to "re-tailor" the request |
| 9/1/2006 | 128 | | After 52-day delay, Defendant produces unredacted versions of documents previously produced with respect to the 91 comparators (for discovery purposes), allowing plaintiff to narrow the initial request | |
| 10/10/2006 | 167 | Plaintiff serves second 30(b)(6) notice for 15 items to be taken on November 17 | | |
| 10/19/2006 | 176 | | Defendant files second motion to quash 30(b)(6) deposition | |
| 10/26/2006 | 183 | | | **Hearing on motion to quash**<br>▪ Court denies motion<br>▪ Specifies one witness for one day, in accordance with the rules requiring an educated witness |
| 11/10/2006 | 198 | | Defendant asks to delay the deposition by twelve days in order to prepare the witness | |
| 11/29/2006 | 217 | | **Deposition Taken**<br>▪ Witness admits he has not spoken with any person outside of Human Resources in preparation for the deposition<br>▪ Defense counsel instructs witness not to answer question related to Mitch Schultz<br>▪ Defendant leaves the deposition after approximately five hours, and before Plaintiff has finished questioning<br>▪ Defendant insults and threatens Plaintiff before leaving deposition | |
| 12/4/2006 | 222 | | Defendant files third motion to quash the 30(b)(6) deposition | |

**Exhibit G**
**Putnam ignored the Court's orders related to the 30(b)(6) Deposition.**