BARRON & STADFELD PC
ATTORNEYS

100 CAMBRIDGE STREET SUITE 1310
BOSTON, MASSACHUSETTS 02114

DIRECT DIAL
(617) 531-6569

E-MAIL
kfm@barronstad.com

(617) 723-9800
FAX (617) 523-8359
WWW.BARRONSTAD.COM

December 28, 2006

Via the ECF System

Honorable Marianne B. Bowler, U.S.M.J.
United States District Court
District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02110

RE:  Lisa Svensson v. Putnam Investments, LLC, et al., United
     States District Court, District of Massachusetts, Civil
     Action No. 04-12711-PBS

Dear Judge Bowler:

   On line 16 of p. 3 of the memorandum I filed yesterday on behalf of plaintiff Svensson, "Plaintiff Lisa Svensson's Memorandum in Support of: (1) Her Opposition to Defendant Putnam's Motion to Terminate Discovery..., Docket No. 142, there an error. As filed, line 16 on p. 3 states: "documents, but 89.7%...." The line should be corrected to state, "documents, but up to 89.7%...."

   Also, in Exhibit D to the above memorandum, Docket No. 147, there is an error on p. 5, in Item No. 12 (the last item discussed on that page) in lines 2 and 3 of the far right hand column for that item, which presently state, "the 360s; six statements under oath have not been produced" should be corrected to state, "the 360s; five statements under oath have not been produced."

                                    Very truly yours,

                                    BARRON & STADFELD, P.C.

                                    Kevin F. Moloney

KFM/sli
cc: Counsel of record via the ECF System

[381971.1]