```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

```
* * * * * * * * * * *  *    Civil Action No. 04-12711-PBS
                       *
LISA SVENSSON          *
                       *    BBO No. 351000
         Plaintiff,    *
                       *    Plaintiff Svensson's
v.                     *    Motion to Strike
                       *    Sub-paragraphs 5A-5G
PUTNAM INVESTMENTS,    *    of the Affidavit
LLC, et al.,           *    of Jeremy Breen
                       *
         Defendants.   *    and
                       *    Request for Hearing and
                       *    Oral Argument
* * * * * * * * * * *  *
```

Plaintiff Lisa Svensson moves the court to strike sub-paragraphs 5A-5G of the Affidavit of Jeremy Breen ("Breen"), which is Exhibit B (#3) to defendant Putnam Investments, LLC's motion for a protective order, Docket No. 130, because they are, within the meaning of Fed. R. Evid. 801(C), statements, other than statements made by Breen, which are offered to prove the truth of the matters asserted therein.  They therefore constitute impermissible hearsay within the meaning of Fed. R. Evid. 802 and may not be considered by the court.

Accordingly, Svensson requests the court to strike sub-paragraphs 5A- 5G of the Affidavit of Jeremy Breen.

<u>Request for Hearing and Oral Argument</u>.

Plaintiff Svensson requests a hearing and oral argument.

                              LISA SVENSSON, plaintiff,

        By her attorneys,

        BARRON & STADFELD, P.C.

        /s/ Kevin F. Moloney_____
        Kevin F. Moloney   BBO No. 351000
        100 Cambridge Street, Suite 1310
        Boston, Massachusetts 02114
        Tel.: 617.723.9800/531.6569

Dated: December 30, 2006

        and
        /s/ John K. Weir_____
        John K. Weir, Admitted PHV
        John K. Weir Law Offices, LLC
        300 Park Avenue, Suite 1700
        New York, New York, 10022
        Tel.: 212.572.5374

Dated: December 30, 2006

## Certificate of Service.

    This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        /s/ Kevin F. Moloney_____

Dated: December 30, 2006

[382111.1]

2