```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS


* * * * * * * * * * * * *   Civil Action No. 04-12711-PBS
                        *
LISA SVENSSON           *
                        *   BBO No. 351000
         Plaintiff,     *
                        *   Assented to
v.                      *
                        *   Motion of Plaintiff Lisa
PUTNAM INVESTMENTS,     *   Svensson for Leave to
LLC, et al.,            *   File the Affidavit
                        *   of
         Defendants.    *   Kevin F. Moloney
                        *
                        *
** * * * * * * * * * * *
```

With the assent of defendant Putnam Investments LLC ("Putnam"),[1] plaintiff Lisa Svensson ("Svensson") moves the court for leave to file the Affidavit of Kevin F. Moloney, which is Exhibit "A," hereto.  Svensson seeks leave in order to present a complete factual background to the filing of her motion to strike, filed December 21, 2006.

                                        LISA SVENSSON, plaintiff,

                                        By her attorneys,

                                        BARRON & STADFELD, P.C.

                                        s/Kevin F. Moloney
                                        Kevin F. Moloney BBO No. 351000
                                        100 Cambridge Street, Suite 1310
                                        Boston, Massachusetts 02114
                                        Tel.: 617.723.9800/531.6569

---

[1] Putnam assent is limited to the granting of the leave sought and not to the reasons stated or the contents of the memorandum.

        and

        /s/ John K. Weir
        John K. Weir, Admitted PHV
        John K. Weir Law Offices, LLC
        300 Park Avenue, Suite 1700
        New York, New York, 10022
        Tel.: 212.572.5374

Dated: January 2, 2007

## Certificate of Service.

    This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        /s/ Kevin F. Moloney

Dated: January 2, 2007

[382178.1]

```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS

* * * * * * * * * * *  *    Civil Action No. 04-12711-PBS
                       *
LISA SVENSSON          *
                       *    BBO No. 351000
        Plaintiff,     *
                       *    Affidavit
v.                     *    of
                       *    Kevin F. Moloney
PUTNAM INVESTMENTS,    *
LLC f/k/a PUTNAM INVEST- *  (Declaration pursuant
MENTS, INC. and LAWRENCE *  to 28 U.S.C. §1746)
J. LASSER,             *
                       *
        Defendants.    *
                       *
* * * * * * * * * * *  *
```

1. My name is Kevin F. Moloney. I am co-counsel for plaintiff Lisa Svensson ("Svensson") in this case. I have personal knowledge of the facts set forth herein.

2. On December 21, 2006, working from my home office and not from my office at my firm, I drafted and filed Svensson's motion to strike Putnam's motion for leave to file the Tucker affidavit, which the Putnam motion as filed had stated, incorrectly, had been "assented to" by Svensson counsel.

3. Prior to the filing of the motion to strike, I was not aware of, as I had not seen, Attorney Kurker's e-mail to me that day, which she had sent to only one of my two offices notwithstanding the facts that: (A) in my e-mail correspondence with the Putnam attorneys in this case,

including with Attorney Kurker, whether sent from my office at the firm or my home office, I sent (and send), as noticed on the copy list on the respective e-mails, a copy to my other office, as I use both offices for my work purposes. (See, for example, my e-mail to Attorney Kurker on November 16, 2006, a copy of which accompanies this affidavit as Exhibit "1") and, (B) the Notices of Electronic Filing that the ECF system sends out in this case to all counsel, including Ms. Kurker, which show to all counsel in this case that notices to me are sent to both e-mail addresses.

Signed under penalty for perjury on this 2d day of January 2006.

s/ Kevin F. Moloney
Kevin F. Moloney BBO No. 351000
BARRON & STADFELD, P.C.
100 Cambridge Street, Suite 1310
Boston, Massachusetts 02114
Tel.: 617.723.9800/531.6569

Dated: January 2, 2007

### Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kevin F. Moloney

Dated: January 2, 2007

[382136.1]

2