```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

* * * * * * * * * * *   *    Civil Action No. 04-12711-PBS
                        *
LISA SVENSSON           *
                        *    BBO No. 351000
        Plaintiff,      *
                        *    Plaintiff Lisa Svensson's
                        *    Memorandum in Opposition to
                        *    Defendant Putnam Investments,
PUTNAM INVESTMENTS,     *    LLC's Motion for Leave to
LLC, et al.,            *    File Affidavit of Jason
                        *    Tucker...
        Defendants.     *
                        *    and
* * * * * * * * * * *   *    Request for Hearing and Oral
                             Argument
```

Plaintiff Lisa Svensson ("Svensson") opposes the motion of defendant Putnam Investments, LLC ("Putnam") "for Leave to File the Affidavit of Jason Tucker. The grounds for this motion are as follows:

The motion and affidavit are improper as: (1) They improperly seek to add to the only true record of the 30(b)(6) deposition of Putnam, the transcript furnished by the court reporter; and, (2) The motion seeks "to reply to...Svensson's opposition to Putnam's motion for a protective order terminating any further discovery," when, of course, as of the filing of the Putnam motion, Svensson's memorandum in opposition to that motion had not been filed.

For all of the above reasons, Svensson requests the court to

deny the motion.

REQUEST FOR HEARING AND ORAL ARGUMENT.

Svensson requests a hearing and oral argument.

                                    LISA SVENSSON, plaintiff,

                                    By her attorneys,

                                    BARRON & STADFELD, P.C.

/s/ Kevin F. Moloney_____
Kevin F. Moloney BBO No. 351000
100 Cambridge Street, Suite 1310
Boston, Massachusetts 02114
Tel.: 617.723.9800/531.6569

and

/s/ John K. Weir_____
John K. Weir, Admitted PHV
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, New York, 10022
Tel.: 212.572.5374

Dated: January 3, 2007

Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                    /s/ Kevin F. Moloney_____
Dated: January 3, 2007