UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * *   *    Civil Action No. 04-12711-PBS
                        *
LISA SVENSSON           *
                        *    BBO No. 351000
        Plaintiff,      *
                        *    Motion of Plaintiff Lisa
v.                      *    Svensson for Orders
                        *    Amending the Schedule so as
                        *    to Require Plaintiff's
PUTNAM INVESTMENTS,     *    Expert Reports to be Filed
LLC et al.,             *    Within 30 days From the
                        *    Receipt of the Transcript
        Defendants.     *    of the Rule 30(b)(6)
                        *    Deposition of Defendant
                        *    Putnam Investments, LLC, and
* * * * * * * * * * *   *    Defendants' Expert Reports to
                             be Filed Within 30 days
                             of the Filing of Plaintiff's
                             Expert Reports, and Adjusting
                             the Dates Concerning Summary
                             Judgment motions .

                             and
                             Request for Hearing and Oral
                             Argument

                             and
                             Certificate as to Compliance
                             With Local Rule 37.1
```

MOTION.

Plaintiff Lisa Svensson ("Svensson") moves the court to enter an order amending the present schedule for the events of this case Plaintiff Lisa Svensson ("Svensson") has moved the court to enter orders amending the present schedule for the events of this case as follows:

1. In regard to the filing of expert reports by deleting therefrom the dates of February 1, 2007, and March 1, 2007, for the filing of Svensson's expert reports and for those of defendants, respectively, and by substituting therefor, for Svensson, within 30 days from the receipt of the transcript of the Rule 30(b)(6) deposition of Putnam, not yet completed, for defendants, within 30 days from the filing of Svensson's expert reports; and,

2. In regard to the filing of motions for summary judgment and oppositions thereto, by amending the dates therefor, presently April 1, 2007, and April 15, 2007, respectively, by requiring motions for summary judgment to be filed within 30 days of the filing of defendants' expert reports, and any oppositions thereto within 14 days thereafter.[1]

The grounds for this motion are set forth in Svensson's memorandum in support of this motion, which is filed herewith.

REQUEST FOR HEARING AND ORAL ARGUMENT.

Svensson requests a hearing and oral argument.

CERTIFICATE AS TO COMPLIANCE WITH LOCAL RULE 37.1.

On January 11, 2006, counsel for Svensson, Kevin F. Moloney, in a telephone conversation with Putnam's counsel,

---

[1] Svensson reserves her right to request additional time beyond 14 days for her to file an opposition to a motion for summary judgment upon receipt of such a motion, as suggested by the court at the September 15, 2006, hearing. See Transcript, p. 12.

Joseph Kociubes, requested Putnam's assent to the allowance of this motion.  On January 12, 2007, Svensson's counsel received an e-mail from Putnam's counsel that, "We will not agree to extend...."

                              LISA SVENSSON, plaintiff

                              By her attorneys

                              BARRON & STADFELD, P.C.

                              /s/ Kevin F. Moloney
                              Kevin F. Moloney    BBO No. 351000
                              100 Cambridge Street, Suite 1310
                              Boston, Massachusetts 02114
                              Tel.: 617.723.9800/531.6569

                              and

                              /s/ John K. Weir
                              John K. Weir, admitted PHV
                              JOHN K. WEIR LAW OFFICES, LLC
                              300 Park Avenue, Suite 1700
                              New York, New York 10022
                              Tel.: 212.572.6374
Dated: January 12, 2006

                        Certificate of Service.

    This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                              /s/ Kevin F. Moloney

Dated: January 12, 2006.