UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * *   *    Civil Action No. 04-12711-PBS
                          *
LISA SVENSSON             *
                          *    BBO No. 351000
          Plaintiff,      *
                          *    Emergency Motion of
v.                        *    Plaintiff Lisa Svensson
PUTNAM INVESTMENTS,       *    for Order Shortening to Noon,
LLC, et al.,              *    Monday, January 22, 2007, to
          Defendants.     *    File any opposition to her
                          *    Motion to Amend the Schedule
 * * * * * * * * * * * *   *   and for a Decision on
                               the Motion as Soon as Practicable
                               Thereafter

                               and
                               Memorandum in Support of Motion
```

Emergency Motion.

On an emergency basis, plaintiff Lisa Svensson ("Svensson")

moves the court to enter an order shortening the time to noon on

Monday, January 22, 2007, for defendants to file any oppositions

to Svensson's motion, filed January 12, 2007, to amend the

schedule in regard to, inter alia, the filing of expert reports,

and to enter a decision on the motion as soon as practicable

thereafter.  The grounds for this emergency motion are set forth

in the following memorandum.

MEMORANDUM.

In light of the facts: (1) That the applicable schedule

calls for the end of fact discovery on December 31, 2006, and the

filing of any expert report by plaintiff Svensson by February 1,

2007; (2) That on January 9, 2007, the court ordered the

resumption of the Svensson Rule 390(b)(6) deposition of defendant

Putnam Investments LLC ("Putnam"), which, despite efforts by

Svensson to obtain information from Putnam as to possible dates,

which Svensson is still awaiting, has not yet been scheduled;

and, (3) That throughout this case in all iterations of the

schedule, approximately 30 days has been allowed between the end

of fact discovery and the date for the filing of any expert

report by plaintiff, Svensson filed on Friday, January 12, 2007,

her motion for "Orders Amending the Schedule so as to Require

Plaintiff's Expert Reports to be Filed Within 30 days From the

Receipt of the Transcript Deposition of Defendant Putnam

Investments, LLC, and Defendants' Expert Reports to be Filed Within

30 days of the Filing of Plaintiff's Expert Reports,...."

　　　Under Local Rule 7.1(b)(2), unless the court shortens the

time, defendants' oppositions, if any, to the Svensson motion are

not due until Friday, January 26, 2007, a mere six calendar days

from the date that the expert report is due under present

circumstances, with the Rule 30(b)(6) deposition, which is

necessary for the completion of fact discovery, not yet

scheduled.

　　　Accordingly, for the reasons set forth above and in her

motion filed January 12, 2007, to amend the schedule, Svensson

requests the court to:

1.   Order defendants to file any oppositions to
     Svensson's motion to amend the schedule by noon
     on Monday, January 22, 2007; and,

2.   Enter a decision on Svensson's motion to amend
     the schedule as soon as practicable thereafter.

                              LISA SVENSSON, plaintiff,

                              By her attorneys,

                              BARRON & STADFELD, P.C.


                              s/Kevin F. Moloney
                              Kevin F. Moloney BBO No. 351000
                              100 Cambridge Street, Suite 1310
                              Boston, Massachusetts 02114
                              Tel.: 617.723.9800/531.6569
                              and


                              /s/ John K. Weir
                              John K. Weir, Admitted PHV
                              John K. Weir Law Offices, LLC
                              300 Park Avenue, Suite 1700
                              New York, New York, 10022
                              Tel.: 212.572.5374

Dated: January 18, 2007

                    Certificate of Service.

     This document, filed through the ECF system, will be sent
electronically to the registered participants as identified on
the Notice of Electronic Filing.

                              /s/ Kevin F. Moloney_____

Dated: January 18, 2007

[383888.1]