UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| Lisa Svensson,<br><br>              Plaintiff,<br><br>v.<br><br>Putnam Investments, LLC and<br>Lawrence Lasser,<br><br>              Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION<br>)   NO. 04-12711-PBS<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT PUTNAM INVESTMENTS' OPPOSITION TO PLAINTIFF'S MOTION TO EXTEND EXPERT REPORT AND SUMMARY JUDGMENT DEADLINES**

Defendant, Putnam Investments LLC ("Putnam"), opposes plaintiff Lisa Svensson's ("Ms. Svensson") motion to amend the scheduling order in this matter. As grounds for its opposition, Putnam states the following:

1. Discovery in this case began in May 2005 -- some 20 months ago.

2. During the discovery period, and at Ms. Svensson's request, the scheduling order has been amended on three occasions.

3. To date, Putnam has produced over 5000 documents responding to Ms. Svensson's interrogatories and documents requests, including spreadsheets containing data such as: name, department, officer title, job position, birth date, gender, length of service at Putnam, termination type (if any), replacement (if any) base salary, bonus award and equity award, for 91 present and former Putnam employees Ms. Svensson alleges are her comparators.

- 2 -

4. Putnam already has produced 11 witnesses for deposition.

5. Ms. Svensson's conclusory motion fails to explain what information she has not obtained which she expects to obtain in the remaining 2 hours and 8 minutes of deposition testimony.

6. Given the length and scope of discovery in this case, the number of documents produced, and the 11 depositions already taken, any further extension would be improper.

Based on the foregoing, Putnam respectfully requests this court deny Ms. Svensson's motion to extend expert report and summary judgment deadlines for a fourth time.

Request for Oral Argument,
**Putnam Investments, LLC,**

By its attorneys,

/s/ Joseph L. Kociubes, BBO #276360
Joseph L. Kociubes, BBO #276360
Louis A. Rodriques, BBO #424720
Allyson E. Kurker, BBO #665231
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA 02110-1726
(617) 951-8000

Dated: January 19 , 2007

- 3 -

## CERTIFICATE OF SERVICE

       I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 19 , 2006.

                                                      /s/ Joseph L. Kociubes, BBO #276360
Case 1:04-cv-12711-PBS    Document 159    Filed 01/19/2007    Page 3 of 3