UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * *   *    Civil Action No. 04-12711-PBS
                          *
LISA SVENSSON             *
                          *    BBO No. 351000
        Plaintiff,        *
                          *    Emergency Motion of
v.                        *    Plaintiff Lisa Svensson
PUTNAM INVESTMENTS,       *    for
LLC, et al.,              *    Leave to File
        Defendants.       *    her Reply Memorandum
                          *    to Defendant Putnam Investment's
                          *    Opposition to Svensson's Motion to
* * * * * * * * * * * *        Amend the Schedule
```

Due to the shortness of time involved concerning plaintiff Lisa Svensson's motion to amend the schedule, Svensson moves the court for leave to file her Reply Memorandum to the January 19, 2007, opposition of defendant Putnam Investments, LLC to Svensson's motion to amend the schedule, which accompanies this motion as Exhibit "A," in order to correct the misstatements and omissions of fact made by Putnam in that opposition.

        LISA SVENSSON, plaintiff,

        By her attorneys,

        BARRON & STADFELD, P.C.

        s/Kevin F. Moloney
        Kevin F. Moloney BBO No. 351000
        100 Cambridge Street, Suite 1310
        Boston, Massachusetts 02114
        Tel.: 617.723.9800/531.6569
        and

        /s/ John K. Weir
        John K. Weir, Admitted PHV

```
                                    John K. Weir Law Offices, LLC
                                    300 Park Avenue, Suite 1700
                                    New York, New York, 10022
                                    Tel.: 212.572.5374
```

Dated: January 19, 2007

<u>Certificate of Service</u>.

  This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

            /s/ Kevin F. Moloney_____

Dated: January 19, 2007

[3884047.1]

```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS

* * * * * * * * * * *   *   Civil Action No. 04-12711-PBS
                        *
LISA SVENSSON           *
                        *   BBO No. 351000
        Plaintiff,      *
                        *   Plaintiff Lisa Svensson's
v.                      *   Reply Memorandum
                        *   to
PUTNAM INVESTMENTS,     *   Defendant Putnam Investments,
LLC, et al.,            *   LLC's Opposition to Svensson's
                        *   "Motion for Orders Amending
     Defendants.        *   the Schedule...."
                        *
* * * * * * * * * * *   *
```

Plaintiff Lisa Svensson ("Svensson") submits this reply memorandum to correct certain misstatements and omissions in Putnam's January 119, 2006, opposition to her motion:

1. <u>It is not true that the scheduling order has been amended three times "at Ms. Svensson's request.</u>"

The Putnam opposition states, p. 1, that all three extensions of the fact discovery period din this case were requested only by Svensson ("During the discovery period, and at Ms. Svensson's request, the scheduling order has been amended on three occasions").  This is not correct.

The facts are that although the first request for an extension was filed by Svensson (and allowed by the court on January 20, 2006), the second extension was at the joint request of the parties but based solely upon the representation of Putnam counsel as to engagement in other litigation.  The third

extension, necessitated by the rulings of the court at hearings held in June, July and August 2006, and events in this case related to those hearings and rulings, was determined by the court at the September 15, 2006, scheduling conference, which was held in response to Putnam's motion for a conference.

Moreover, it was not until nine days after the December 31, 2006, date that the court (Bowler, M.J.) on January 9, 2007, ordered the resumption of the Svensson Rule 390(b)(6) deposition of Putnam, and that resumption, through no fault of Svensson has not even been scheduled yet.  See section 2 below.

2. Putnam's purported interest in expediting this case is disingenuous.

Putnam's purported interest in expediting this case is disingenuous as it appears that Putnam is more interested in who gets paid what at Putnam than in scheduling the resumption of the 30(b)(6) deposition that the court has ordered.  When reminded by a January 18, 2007, e-mail that they had not responded to Svensson's counsel's January 11 request for dates for the resumption of the deposition, Putnam's counsel on January 18, 2007, sent the following e-mail

> As Lisa knows, January is compensation season at Putnam, so it's pretty hectic there at the moment.  We hope to have some dates for you in the next couple of business days.  In the meantime, if you have some sense of which if your

    designated topics you plan to cover in the remaining two hours, <u>we might be able to line up a substitute witness</u>.

(Emphasis added.)

    Svensson's motion for an amendment of the schedule should be allowed

                          LISA SVENSSON, plaintiff,

                          By her attorneys,

                          BARRON & STADFELD, P.C.

                          s/ Kevin F. Moloney_____
                          Kevin F. Moloney BBO No. 351000
                          100 Cambridge Street, Suite 1310
                          Boston, Massachusetts 02114
                          Tel.: 617.723.9800/531.6569

                          and

                          /s/ John K. Weir_____
                          John K. Weir, Admitted PHV
                          John K. Weir Law Offices, LLC
                          300 Park Avenue, Suite 1700
                          New York, New York, 10022
                          Tel.: 212.572.5374

Dated: January 19, 2006

                        <u>Certificate of Service</u>.

    This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                          /s/ Kevin F. Moloney_____

Dated: January 19, 2006

[384046.1]