```
                    UNITED STATES DISTRICT COURT
                      DISTRICT OF MASSACHUSETTS


   * * * * * * * * * * *     *     Civil Action No. 04-12711-PBS
                             *
   LISA SVENSSON             *
                             *     BBO No. 351000
   Plaintiff,                *
                             *     Affidavit
   v.                        *     of
                             *     Kevin F. Moloney
   PUTNAM INVESTMENTS,    *
   LLC f/k/a PUTNAM INVEST-   *    (Declaration pursuant
   MENTS, INC. and LAWRENCE   *    to 28 U.S.C. §1746)
   J. LASSER,                *
                             *
   Defendants.               *
                             *
   * * * * * * * * * * *     *
```

1. My name is Kevin F. Moloney. I am co-counsel for plaintiff Lisa Svensson ("Svensson") in this case. I have personal knowledge of the facts set forth herein.

2. I have been advised several times by Ms. Young, the court reporter, that due to technical difficulties at the court, production of a transcript of the January 4, 2007, hearing is impossible. Her most recent e-mail (on January 22, 2007) states as follows:

> Just wanted to let you know that the Court has been unable to do anything with the recording's audibility of the date you are requesting; therefore, at this time, there is nothing for me to transcribe. If something changes, I will let you know.

For that reason, I submit this affidavit as to the hearing on January 4, 2007.

3.  At the hearing on January 4, 2007, I made, among others, and in addition to the points made in our motion papers, the following points to the court:

- That the court was entitled to have before it a proper factual basis upon which to make an informed judgment as to the e-mail issues, and that the way to obtain the proper factual basis would be to appoint from a list to be agreed upon of 3-5 "neutrals," an expert who would examine into the facts of the e-mail issues and report to the court and, on behalf of Svensson, I offered to pay one half of the cost for the neutral.
- That with the Breen affidavit filled with hearsay and the Bento affidavit filled with speculation and conjecture, and in light of the Panos affidavit that it would be impossible to determine the accuracy of he Putnam affidavits without the answers to the November 17, 2006, questionnaire, the court did not have an adequate factual basis for making an informed judgment on the e-mail issues.
- That the statements under oath from Putnam that certain requested documents do not exist, that were required by the orders from the bench at the

October 26, 2006, hearing had not been served as the "statement" received at noon the day before the hearing was so filled with conditions and provisos that it was not the statement under oath that the court had ordered.

Signed under penalty for perjury on this 24th day of January 2007.

> s/ Kevin F. Moloney
> Kevin F. Moloney BBO No. 351000
> BARRON & STADFELD, P.C.
> 100 Cambridge Street, Suite 1310
> Boston, Massachusetts 02114
> Tel.: 617.723.9800/531.6569
> Dated: January 24, 2007

Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

> /s/ Kevin F. Moloney

Dated: January 24, 2007

3