```
                  UNITED STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS


* * * * * * * * * * *   *    Civil Action No. 04-12711-PBS
                        *
                        *
LISA SVENSSON           *
                        *
        Plaintiff,      *    Joint Motion of
                        *    All Parties
v.                      *    to
                        *    Amend the Schedule
PUTNAM INVESTMENTS,     *
LLC, et al.,            *
                        *
Defendants.         *
                        *
                        *
* * * * * * * * * * *   *
```

All parties -- plaintiff Lisa Svensson ("Svensson") and defendants Putnam Investments, LLC ("Putnam") and Lawrence J. Lasser ("Lasser") -- move the court to amend the schedule for the events of this case as follows:.

By order of the court (Bowler, M.J.) entered on September 15, 2006, the date for the close of fact discovery was extended to December 31, 2006; the dates for the filing of expert reports for plaintiff were extended to February 1, 2007, and for defendants, to March 1, 2007; the date for the filing of any summary judgment motion was extended to April 1, 2007, and for filing of any opposition to such motion to April 15, 2007.

On January 9, 2007, the court entered an order requiring Putnam to resume its Rule 30(b)(6) deposition.  Svensson and

Putnam have agreed that that the 30(b)(6) deposition will resume on Friday, February 9, 2007.

The parties are in agreement and hereby move the court to amend the schedule set by the court on September 15, 2006, resulting in the following amended schedule:

1. Plaintiff's expert report(s) to be filed by Wednesday March 14, 2007;

2. Defendants expert reports to be filed by Friday, April 13, 2007;

3. Any summary judgment motion to be filed by Monday, May 15, 2007; and,

4. Any opposition to a summary judgment motion to be filed by Thursday, June 14, 2007.

> LISA SVENSSON
> plaintiff,
>
> By her attorneys,
>
> BARRON & STADFELD, P.C.
>
>
> /s/ Kevin F. Moloney_____
> Kevin F. Moloney BBO No. 351000
> 100 Cambridge Street, Suite 1310
> Boston, Massachusetts 02114
> Tel: 617.723.9800/531.6569
> PUTNAM INVESTMENTS, LLC,
> defendant,
>
> By its attorneys,
>
> BINGHAM MCCUTCHEN, LLP
>
>
> /s/ Joseph A. Kociubes_____
> Joseph L. Kociubes BBO No. 276360
> Louis A. Rodriques BBO No. 424720
> 150 Federal Street

2

        Boston, Massachusetts 02110,
        Tel.: 617.951.8000

        and,

        LAWRENCE K. LASSER, defendant,

        By his attorneys,

        NIXON PEABODY, LLP


        /s/ David S. Rosenthal_____
        David S. Rosenthal BBO No. 429260
        Carrie J. Campion BBO No.656451
        100 Summer Street
        Boston, Massachusetts 02110
        Tel: 617.345.6000


Dated: January 26, 2006

[384785.1]