BARRON & STADFELD PC
ATTORNEYS

100 CAMBRIDGE STREET SUITE 1310
BOSTON, MASSACHUSETTS 02114

DIRECT DIAL
(617) 531-6569

E-MAIL
kfm@barronstad.com

(617) 723-9800
FAX (617) 523-8359
WWW.BARRONSTAD.COM

February 21, 2007

Via messenger

Christine Patch, Docket Clerk
United States District Court
District of Massachusetts
One Courthouse Way
Boston, Massachusetts 02110

RE:   Lisa Svensson v. Putnam Investments, LLC, et al., United
      States District Court, District of Massachusetts, Civil
      Action No. 04-12711-PBS

Dear Ms. Patch:

   Enclosed please find a binder containing a courtesy copy of
"Memorandum of Plaintiff Svensson in Response to the Directions and
Questions of the Court (Saris, D.J.) at the February 15, 2007, Hearing
on Svensson's Objections to the Rulings of the Magistrate Judge," the
original of which was filed electronically today via the ECF system.

Very truly yours,

BARRON & STADFELD, P.C.

Kevin F. Moloney

KFM/sli

cc:   Joseph L. Kociubes (w/o enc., via e-mail)
      David S. Rosenthal (w/o enc., via e-mail)

[387591.1]