**BARRON & STADFELD PC**
ATTORNEYS

100 CAMBRIDGE STREET  SUITE 1310
BOSTON, MASSACHUSETTS 02114

DIRECT DIAL (617) 531-6569

E-MAIL kfm@barronstad.com

(617) 723-9800
FAX (617) 523-8359
WWW.BARRONSTAD.COM

March 1, 2007

The Honorable Patti B. Saris
United States District Court
District of Massachusetts
One Courthouse Way, Suite 8110
Boston, Massachusetts 02110

RE:  Lisa Svensson v. Putnam Investments, LLC, et al., United
     States District Court, District of Massachusetts, Civil
     Action No. 04-12711-PBS

Dear Judge Saris:

   Last night I filed electronically "Memorandum of Plaintiff Lisa Svensson in Reply to the February 26, 2007, Memorandum of Defendant Putnam Investments, LLC in Response to the February 15, 2006, Hearing on Svensson's Objections to the Rulings of the Magistrate Judge."

   A paper courtesy copy is being delivered this morning to the Court to the attention of Christine Patch, Docket Clerk.

Very truly yours,

BARRON & STADFELD, P.C.

Kevin F. Moloney

KFM/sli

cc:  Joseph L. Kociubes (via ECF System)
     David S. Rosenthal (via ECF System)
[388553.1]