UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * *   *    Civil Action No. 04-12711-PBS
                          *
LISA SVENSSON             *
                          *    BBO No. 351000
        Plaintiff,        *
                          *    Assented to
v.                        *
                          *    Motion to Reschedule
PUTNAM INVESTMENTS,       *    the Summary Judgment
LLC f/k/a PUTNAM INVEST-  *    Hearing Date of
MENTS, INC. and LAWRENCE  *    July 18, 2007, to a Date
J. LASSER,                *    and Time in the Week of
                          *    July 23, 2007
        Defendants.       *
                          *
* * * * * * * * * * * *   *
```

With the assent of the other parties, plaintiff Lisa Svensson ("Svensson") moves the court to reschedule the date and time for the hearing on summary judgment motions, presently July 18, 2007, at 2:00 p.m., to a date and time in the following week, the week of July 23, 2007.  Svensson makes this motion because her counsel is scheduled to start a jury trial on July 9, 2007, which is likely to conflict with the date of July 18, 2007.

Accordingly, with assent of the other parties, Svensson requests the court to reschedule the hearing date and time for motions for summary judgment from July 18, 2007, at 2:00 p.m. to a date and time in the week of July 23, 2007, to be determined

1

by the court.

                    LISA SVENSSON, plaintiff,

                    By her attorneys,

                    BARRON & STADFELD, P.C.

                    s/Kevin F. Moloney
                    Kevin F. Moloney BBO No. 351000
                    100 Cambridge Street, Suite 1310
                    Boston, Massachusetts 02114
                    Tel.: 617.723.9800/531.6569

                    and

                    /s/ John K. Weir
                    John K. Weir, Admitted PHV
                    John K. Weir Law Offices, LLC
                    300 Park Avenue, Suite 1700
                    New York, New York, 10022
                    Tel.: 212.572.5374

Assented to:

                    PUTNAM INVESTMENTS, LLC,
                    defendant,

                    By its attorneys,

                    BINGHAM McCUTCHEN, LLP

                    /s/ Joseph L. Kociubes
                    Joseph L. Kociubes BBO No. 276360
                    Louis A. Rodriques BBO No. 424720
                    150 Federal Street
                    Boston, Massachusetts 02110,
                    Tel.: 617.951.8000

                    and,

                    LAWRENCE K. LASSER, defendant,

                    By his attorneys,

```
                         NIXON PEABODY, LLP


                         /s/ David S. Rosenthal_____
                         David S. Rosenthal BBO No. 429260
                         Carrie J. Campion BBO No.656451
                         100 Summer Street
                         Boston, Massachusetts 02110
                         Tel: 617.345.6000
```

Dated: March 22, 2007

## Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kevin F. Moloney

Dated: March 22, 2007

[391045.1]