UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LISA SVENSSON, | ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-12711 PBS |
| PUTNAM INVESTMENTS LLC, f/k/a PUTNAM INVESTMENT, INC. and, LAWRENCE J. LASSER, | ) ) ) ) | |
| Defendants. | ) ) | |

NOTICE OF WITHDRAWAL OF APPEARANCE

Please take notice that Carrie C. Campion formally withdraws her appearance as counsel of record for Defendant, Lawrence J. Lasser. David S. Rosenthal, who previously filed a Notice of Appearance, will continue as attorney of record for Defendant Lasser. The Defendant and Plaintiff's counsel of record have been served with a copy of this Notice.

Respectfully submitted,

/s/ Carrie J. Campion
David S. Rosenthal (BBO #429260)
Carrie J. Campion (BBO #656451)
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110
Tel:  (617) 345-1000
Fax:  (866) 368-6635

Dated:  April 25, 2007

10531958.1