# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LISA SVENSSON, | ) | |
| Plaintiff, | ) ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-12711 PBS |
| PUTNAM INVESTMENTS LLC, f/k/a PUTNAM INVESTMENT, INC. and, LAWRENCE J. LASSER, | ) ) ) ) | |
| Defendants. | ) ) | |

## NOTICE OF CORRECTION OF ADDRESS

TO:   THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that, effective immediately, the address of David S. Rosenthal should be changed as follows:

> Nixon Peabody LLP
> 100 Summer Street
> Boston, MA  02110

The telephone number remains the same:  (617) 345-6183; and the facsimile remains the same: (617) 345-1300.

> /s/ David S. Rosenthal
> David S. Rosenthal,  BBO #429260
> Nixon Peabody LLP
> 100 Summer Street
> Boston, MA 02110-1832
> Phone: (617) 345-1319
> Fax: (617) 345-1300
>
> Attorney for Lawrence J. Lasser

Dated:  May 11, 2007

10573247.1