# UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LISA SVENSSON, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO. 04-12711 PBS |
| PUTNAM INVESTMENTS LLC, f/k/a | ) | |
| PUTNAM INVESTMENT, INC. and, | ) | |
| LAWRENCE J. LASSER, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Gilbreth, Esq. as attorney for the Defendant

Lawrence J. Lasser.  In addition, David S. Rosenthal will continue to represent Mr. Lasser.

**Respectfully submitted**,

LAWRENCE J. LASSER

**By his attorneys,**

  /s/ Jeffrey B. Gilbreth
David S. Rosenthal (BBO #429260)
Jeffrey B. Gilbreth (BBO No. 645172)
NIXON PEABODY LLP
100 Summer Street
Boston, Massachusetts 02110
(617) 345-1000
(617) 345-1300 (FAX)

Dated: May 11, 2007

10573321.1