UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * *   *    Civil Action No. 04-12711-PBS
                          *
LISA SVENSSON             *
                          *    BBO No. 351000
        Plaintiff,        *
                          *    Stipulation
v.                        *
                          *    Between Plaintiff
PUTNAM INVESTMENTS,       *    Svensson and Defendant
LLC f/k/a PUTNAM INVEST-  *    Putnam Investments LLC
MENTS, INC. and LAWRENCE  *    That the Putnam Motion to
J. LASSER,                *    Extend is Withdrawn
                          *    Without Prejudice
        Defendants.       *
                          *
* * * * * * * * * * *     *
```

Plaintiff Lisa Svensson ("Svensson") and defendant Putnam Investments LLC ("Putnam") stipulate that the Putnam motion to extend is withdrawn without prejudice to permit Putnam and Svensson to discuss changes in the schedule of the pretrial events.

        LISA SVENSSON, plaintiff,

        By her attorneys,

        BARRON & STADFELD, P.C.

        s/Kevin F. Moloney
        Kevin F. Moloney BBO No. 351000
        100 Cambridge Street, Suite 1310
        Boston, Massachusetts 02114
        Tel.: 617.723.9800/531.6569

        and

/s/ John K. Weir
John K. Weir, Admitted PHV
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, New York, 10022
Tel.: 212.572.5374

PUTNAM INVESTMENTS, LLC,
defendant,

By its attorneys,

BINGHAM McCUTCHEN, LLP


/s/ Louis A. Rodriques
Joseph L. Kociubes BBO No. 276360
Louis A. Rodriques BBO No. 424720
150 Federal Street
Boston, Massachusetts 02110,
Tel.: 617.951.8000

Dated: June 22, 2007

Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kevin F. Moloney

Dated: June 22, 2007