UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * *  *    Civil Action No. 04-12711-PBS
                       *
LISA SVENSSON,         *
                       *    BBO No. 351000
        Plaintiff,     *
                       *
v.                     *
                       *    Motion of all Parties
PUTNAM INVESTMENTS,    *    for Order Establishing
LLC et al.,            *    Revised Schedule for the
                       *    Events of This Case
        Defendants.    *
                       *
* * * * * * * * * * *  *
```

In response to the April 10, 2007, order of the court, the parties have conferred, reached agreement and hereby request the court to adopt the following as the revised schedule for the events of this case:

1. Production by Putnam of e-discovery by August 31, 2007;

2. Svensson Rule 30(b)(6) deposition of Putnam in the period October 1 - October 4, 2007;

3. Svensson may supplement her experts' reports by November 2, 2007;

4. Putnam may supplement its expert's report by December 3, 2007;

5. Depositions of experts by December 21, 2007;

6. Filing of motions for summary judgment by January 15, 2008;

7. Filing of oppositions to motions for summary judgment by February 15, 2008;

8. Hearing of summary judgment motions to be scheduled by the court;

9.  Pretrial conference to be scheduled by the court; and,

10. Trial start to be scheduled by the court.

          LISA SVENSSON, plaintiff,

          By her attorneys,

          BARRON & STADFELD, P.C.

          <u>s/Kevin F. Moloney</u>
          Kevin F. Moloney  BBO No. 351000
          100 Cambridge Street, Suite 1310
          Boston, Massachusetts 02114
          Tel.: 617.723.9800/531.6569

          and

          <u>/s/ John K. Weir</u>
          John K. Weir, Admitted PHV
          John K. Weir Law Offices, LLC
          300 Park Avenue, Suite 1700
          New York, New York, 10022
          Tel.: 212.572.5374

          PUTNAM INVESTMENTS, LLC, defendant,

          By its attorneys,

          BINGHAM McCUTCHEN, LLP

          <u>/s/ Joseph L. Kociubes</u>
          Joseph L. Kociubes BBO No. 276360
          Louis A. Rodriques BBO No. 424720
          150 Federal Street
          Boston, Massachusetts 02110,
          Tel.: 617.951.8000

          and,

          LAWRENCE K. LASSER, defendant,

        By his attorneys,

        NIXON PEABODY, LLP

        /s/ David S. Rosenthal_____
        David S. Rosenthal BBO No. 429260
        100 Summer Street
        Boston, Massachusetts 02110
        Tel: 617.345.6000

Dated: July 6, 2007

<u>Certificate of Service</u>.

    This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        /s/ Kevin F. Moloney

Dated: July 6, 2007

[404648.1]

3