```
                  UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

* * * * * * * * * * *  *    Civil Action No. 04-12711-PBS
                       *
LISA SVENSSON          *    BBO No. 351000
                       *
        Plaintiff,     *    EMERGENCY MOTION
                       *
v.                     *    of
                       *    Plaintiff Lisa Svensson
PUTNAM INVESTMENTS, LLC *   for Extension of Time
et al.,       .        *    to August 9, 2007,
                       *    Within Which Svensson
                       *    may File her Response to
        Defendants.    *    the Requirements of the
                       *    Order Entered July 23, 2007
* * * * * * * * * * *  *
                            and
                            Memorandum in Support of Motion

                            and
                            Certificate as to Compliance
                            With Local Rule 7.1(a)(2)
```

Emergency Motion.

On an emergency basis, plaintiff Lisa Svensson ("Svensson") moves the court to extend the time within which Svensson is to file her response to the requirements of the Order entered July 23, 2007, from within "seven days" from the entry of the order, to August 9, 2007. The grounds for this emergency motion are set forth in the following memorandum.

Memorandum.

Yesterday, Monday, July 23, 2007, defendant Putnam Investments, LLC ("Putnam"), without prior notice to counsel for

Svensson, filed an emergency motion concerning e-mail discovery. The same day the court entered the following order

> Putnam shall give Svensson an invoice of costs incurred to date.  Svensson shall confer with Putnam to narrow the search.  <u>Any response to this motion shall be filed in seven days</u>.  Failure to reach agreement means that the Court will determine reasonableness.  In addition, Svensson shall respond to any invoice submitted if there is any dispute of the reasonableness of costs.

(Emphasis added.)  As there is an intervening Saturday and intervening Sunday in the seven day period set out in the Order, Svensson's response, by operation of Fed. R. Civ. P. 6(a),[1] is due on Wednesday, August 1, 2007.

Months ago, counsel for Svensson, Kevin F. Moloney ("Svensson's counsel"), who has been primarily responsible for the briefing and oral argument at the hearings on the many motions in this matter both before the Magistrate Judge and this Court, including the e-mail related and other discovery issues, booked and has paid in full for airfare and hotel charges for a vacation outside the continental U.S. with his wife, leaving Boston on a 6:05 a.m. flight on Thursday, July 26, returning to the office on Monday, August 6.

It is impossible for Svensson's counsel, prior to leaving on the vacation trip Thursday morning, to have adequate discussion with Svensson's e-discovery consultant and Svensson,

---

[1] "... When the period of time prescribed or allowed is less than 11 days, intermediate Saturdays, Sundays, and legal holidays shall be excluded in the computation...."

related discussions with counsel for Putnam, and to prepare and file an appropriate brief responding to the requirements of the July 23 Order by close of business tomorrow, Wednesday, July 25 or to do so at any time prior to his return to the office on August 6.[2]

On Monday, July 23, Svensson's counsel requested the assent of Putnam counsel to a motion, based on the above, for an extension to August 10, 2007, but assent was refused.

Accordingly, Svensson, on an emergency basis, requests the court to extend the due date of the brief for Svensson from Wednesday August 1, to Thursday, August 9, 2007, which would allow Svensson's counsel four days upon his return (Monday, August 6 - Thursday, August 9) for the preparation and filing of the brief for Svensson.

<u>Certificate as to Compliance with
Local Rule 7.1(a)(2)</u>

On Monday, July 23, 2007, Svensson's counsel requested the assent of Putnam counsel to a motion, based on the above, for an extension to August 10, 2007, but assent was refused.

        LISA Svensson, plaintiff,

        By her attorneys,

        BARRON & STADFELD, P.C.

---

[2] Since before the filing of the Putnam motion, Svensson's counsel has been, is and will be through tomorrow, July 25, fully engaged in the preparation of two briefs in an arbitration matter, to be filed Wednesday, July 25.

3

/s/ Kevin F. Moloney
Kevin F. Moloney  BBO No. 351000
100 Cambridge Street, Suite 1310
Boston, Massachusetts 02114
Tel: 617.723.9800/531.6569

Dated: July 24, 2007

### Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kevin F. Moloney

Dated: July 24, 2007

[407216.1]