UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA SVENSSON, <br><br> Plaintiff, <br><br> v. <br><br> PUTNAM INVESTMENTS, LLC, <br> and LAWRENCE LASSER., <br><br> Defendants. | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) CIVIL ACTION <br> ) NO. 04-12711-PBS <br> ) <br> ) <br> ) <br> ) <br> ) |

**LIMITED OPPOSITION TO PLAINTIFF'S
EMERGENCY MOTION FOR AN EXTENSION OF TIME**

Defendant, Putnam Investments, LLC ("Putnam"), conditionally opposes Plaintiff, Lisa Svensson's ("Ms. Svensson"), emergency motion for an extension of time within which to file her opposition to Putnam's emergency motion for a protective order concerning Ms. Svensson's e-discovery requests.

Contrary to the assertion in Ms. Svensson's emergency motion, Putnam did not simply "refuse" to assent to Ms. Svensson's request for an extension of time due to counsel's vacation schedule. Putnam was willing to assent to the extension if Putnam were not thereby prejudiced. Specifically, a way needed to be found to address the fact that Putnam currently faces an e-discovery deadline of August 31, 2007, a problematic deadline (for reasons explained in Putnam's emergency motion filed yesterday) given that Ms. Svensson's search terms have yielded 126,551 records that need to be reviewed and produced. See Exhibit A. Putnam does not,

- 2 -

however, object to Ms. Svensson having until August 9, 2007 to submit appropriate Boolean searches or to file a response to Putnam's emergency motion, as long as the August 31, 2007 deadline is suspended pending further order of the Court.

Putnam states the following in support of its limited opposition:

1.     Putnam currently is engaged in a second round of e-discovery which must be completed by August 31, 2007.

2.     As detailed in Putnam's emergency motion for a protective order filed on July 23, 2007, Putnam confronts the task of reviewing 126,551 records resulting from the fact that Ms. Svensson propounded 127 overly broad and general search terms without providing for any Boolean searches, virtually ensuring that Putnam will be unable to comply with the August 31 deadline. For that reason (and as more fully explained in Putnam's emergency motion), Putnam requested that this Court order Ms. Svensson to narrow the scope of the searches or provide Boolean search terms.

3.     On July 23, 2007, this Court ordered Ms. Svensson to confer with Putnam concerning the scope of the searches and, failing agreement, to submit her opposition within seven days. See Exhibit B. Thereafter, rather than conferring about narrowing the search terms or providing Boolean terms, Ms. Svensson's counsel contacted Putnam's counsel and asked for an extension until August 10, 2007, within which to file her opposition to Putnam's emergency motion. Putnam responded, that it would not oppose the extension, but that Putnam faced practical problems given the August 31 deadline and, as a result, could not wait until after

August 10 to know what the search terms will be or even whether Ms. Svensson intended to narrow the scope of the search.  See Exhibit A.

4. Putnam also notes that, if Ms. Svensson wishes to confer about search terms or to oppose Putnam's emergency motion, John Weir is co-counsel for Ms. Svensson, and has conducted or defended every deposition in this case.

5. Putnam does not object to affording Ms. Svensson until August 9, 2007, to respond to Putnam's emergency motion or even to consult with Putnam about the scope of the search, but given the August 31 deadline for production, Putnam can not wait until on or after August 9 to know what changes, if any, may be made to the more than 100 search terms.  If Putnam is to suspend the e-search until August 9 or thereafter because it will not have the final search terms until then (or will not know what this Court's ruling may be after receiving Ms. Svensson's opposition), then Putnam proposes the following:

(a) Ms. Svensson have until August 9, 2007 (or such other date as this Court may order) to submit appropriate Boolean searches to Putnam or to file her opposition to Putnam's emergency motion;

(b) Putnam promptly evaluate the effect of those searches in the number of documents to be reviewed and propose an e-discovery schedule to the Court by August 17, 2007 (or such other date as this Court may order); and

- 3 -
A/72107853.2/0398860-0000312913

- 4 -

(c) the August 31, 2007 deadline for completing e-discovery be suspended pending further order of this Court.

**PUTNAM INVESTMENTS, LLC,**

By its attorneys,

/s/ Joseph L. Kociubes, BBO #276360
Joseph L. Kociubes, BBO #276360
Louis A. Rodriques, BBO #424720
Allyson E. Kurker, BBO #665231
Jennifer L. Holden, BBO #663467

BINGHAM MCCUTCHEN LLP
150 Federal Street
Boston, MA  02110-1726
617.951.8000

Dated: July 24, 2007

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on July 24, 2007.

/s/ Joseph L. Kociubes, BBO #276360

- 4 -

# EXHIBIT A

## Holden, Jennifer L.

| | |
|---|---|
| **From:** | Rodriques, Louis A. |
| **Sent:** | Monday, July 23, 2007 5:31 PM |
| **To:** | kevin f. moloney; Kociubes, Joseph L.; kfm @ h |
| **Cc:** | Jack Weir; Kurker, Allyson E.; Holden, Jennifer L. |
| **Subject:** | Extension request |

Kevin:

In response to your request for an extension until April 10 of the time for filing of your response to our protective order motion, as I explained in our call, we would be happy to accommodate you if it does not prejudice us. As it stands, due to the breadth of the existing search terms we cannot accomplish the review of 110,000+ documents prior to August 31 without throwing dozens of lawyers at the task of reviewing a large quantity of concededly irrelevant material swept in by the overbroad search terms. If we do not narrow the search terms or get a ruling from the judge until after you return from vacation, the task will be literally impossible.

Lou


Louis Rodriques
Bingham McCutchen LLP
150 Federal Street
Boston, MA  02110
Direct Dial: 617-951-8340
Direct Fax: 617-345-5050

*The information in this transmittal (including attachments, if any) is privileged and confidential and is intended only for the recipient(s) listed above. Any review, use, disclosure, distribution or copying of this transmittal is prohibited except by or on behalf of the intended recipient. If you have received this transmittal in error, please notify me immediately by reply email and destroy all copies of the transmittal. Thank you.*

*You should recognize that responses provided by means of this email are akin to ordinary telephone or face-to-face conversations and do not reflect the level of factual or legal inquiry or analysis which would be applied in the case of a formal legal opinion. A formal opinion could reach a different result. We would, of course, be happy to prepare such a definitive statement or formal opinion if you would like us to.*

# EXHIBIT B

**From:** ECFnotice@mad.uscourts.gov [mailto:ECFnotice@mad.uscourts.gov]
**Sent:** Monday, July 23, 2007 3:06 PM
**To:** CourtCopy@mad.uscourts.gov
**Cc:** zz calendar dept bos
**Subject:** Activity in Case 1:04-cv-12711-PBS Svensson v. Putnam Investments et al Order on Motion for Protective Order

This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.
***NOTE TO PUBLIC ACCESS USERS*** You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.

United States District Court

District of Massachusetts

## Notice of Electronic Filing

The following transaction was entered on 7/23/2007 at 3:05 PM EDT and filed on 7/23/2007
**Case Name:**         Svensson v. Putnam Investments et al
**Case Number:**       1:04-cv-12711
**Filer:**
**Document Number:** No document attached

**Docket Text:**
Judge Patti B. Saris : Electronic ORDER entered re [183] Emergency Motion for Protective Order and for Clarification of this Court's April 10, 2007 Order and Request for Oral Argument. "Putnam shall give Svensson an invoice of costs incurred to date. Svensson shall confer with Putnam to narrow the search. Any response to this motion shall be filed in seven days. Failure to reach agreement means that the Court will determine reasonableness. In addition, Svensson shall respond to any invoice submitted if there is any dispute of the reasonableness of costs." (Patch, Christine)


**1:04-cv-12711 Notice will be electronically mailed to:**
Kevin F. Moloney   kfm@barronstad.com, moloneys@verizon.net
Joseph L. Kociubes  joe.kociubes@bingham.com
David S. Rosenthal  drosenthal@nixonpeabody.com, dpower@nixonpeabody.com,


7/24/2007

jbranch@nixonpeabody.com, jsylvester@nixonpeabody.com, mrichman@nixonpeabody.com
Louis A. Rodriques louis.rodriques@bingham.com
Roger T. Manwaring rtm@barronstad.com
Christopher S. Fortier christopher_fortier@putnam.com
Nancie L. Edgren nle@barronstad.com
John K. Weir JohnKWeir47@aol.com
Jeffrey B. Gilbreth jgilbreth@nixonpeabody.com
Allyson E. Kurker allyson.kurker@bingham.com

**1:04-cv-12711 Notice will not be electronically mailed to:**

===============================================================================
This message for <louis.rodriques@bingham.com> has been cc'd to the local Bingham McCutchen LLP litigation docketing department per the Docketing - Bos email routing policy.
===============================================================================

7/24/2007