UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


* * * * * * * * * * * * * * * *    Civil Action No. 04-12711-PBS
                                *
LISA SVENSSON,                  *    BBO Bo. 351000
                                *
                                *    Plaintiff Svensson's
              Plaintiff,        *    Notice of Intent to File
                                *    an Opposition to Defendant
v.                              *    Putnam Investments, LLC's
                                *    Motion, Filed Friday
PUTNAM INVESTMENTS, LLC, et     *    August 17, 2007, That Putnam
al.,                            *    has Titled "Putnam's Status
                                *    Report and Recommenda-
              Defendants.       *    tion Regarding Plaintiff's
                                *    Search Terms and Proposal to
                                *    Revise Those Terms and the
                                *    Scheduling Order"
* * * * * * * * * * * * * * * *

      Plaintiff Lisa Svensson ("Svensson")'s notifies the court

and the other parties of her intent to file within the time

allowed by Local Rule 7.1(b)(2) an opposition to defendant

Putnam Investments, LLC ("Putnam")'s motion filed Friday, August

17, 2007, that Putnam has titled "Putnam's Status Report and

Recommendation Regarding Plaintiff's Search Terms and Proposal

to Revise Those Terms and the Scheduling Order."

                          LISA SVENSSON, plaintiff,

                          By her attorneys,

                          BARRON & STADFELD, P.C.


                          s/Kevin F. Moloney
                          Kevin F. Moloney BBO No. 351000
                          100 Cambridge Street, Suite 1310
                          Boston, Massachusetts 02114

Tel.: 617.723.9800/531.6569

and

/s/ John K. Weir
John K. Weir, Admitted PHV
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, New York, 10022
Tel.: 212.572.5374

Dated: August 20, 2007

Certificate of Service.

    This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kevin F. Moloney

Dated: August 20, 2007

[375563.1]