```
                    STATES DISTRICT COURT
                   DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * | * | Civil Action No. 04-12711-PBS |
| | * | |
| LISA SVENSSON, | * | BBO Bo. 351000 |
| Plaintiff, | * | Opposition of Plaintiff Lisa Svensson to Defendant |
| v. | * | Putnam Investments, LLC's Motion, Filed Friday, August |
| PUTNAM INVESTMENTS, LLC, et al., | * | 17, 2007, That Putnam has Titled "Putnam's Status Report and Recommendation |
| Defendants. | * | Regarding Plaintiff's Search Terms and Proposal to Revise Those Terms and |
| * * * * * * * * * * * * * * * | * | the Scheduling Order" |
| | | and Request for Hearing and Oral Argument |

OPPOSITION.

Plaintiff Lisa Svensson ("Svensson")'s opposes defendant Putnam Investments, LLC ("Putnam")'s motion, filed Friday, August 17, 2007, that Putnam has titled "Putnam's Status Report and Recommendation Regarding Plaintiff's Search Terms and Proposal to Revise Those Terms and the Scheduling Order."

The grounds for this opposition are set forth in the accompanying memorandum in support of Svensson's opposition.

REQUEST FOR HEARING AND ORAL ARGUMENT.

Svensson request a hearing and oral argument.

LISA SVENSSON, plaintiff,

By her attorneys

        BARRON & STADFELD, P.C.

        /s/ Kevin F. Moloney_____
        Kevin F. Moloney   BBO No. 351000
        Roger T. Manwaring BBO No.
        100 Cambridge Street, Suite 1310
        Boston, Massachusetts 02114
        Tel.: 617.723.9800/531.6569

        and

        /s/ John K. Weir_____
        John K. Weir, admitted PHV
        JOHN K. WEIR LAW OFFICES, LLC
        300 Park Avenue, Suite 1700
        New York, New York 10022
        Tel.: 212.572.6374

Dated: August 31, 2007


        Certificate of Service.

    This document is filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

        /s/ Kevin F. Moloney_____

Dated: August 31, 2007

[410919.1]

2