

100 **CAMBRIDGE STREET  SUITE 1310**
**BOSTON, MASSACHUSETTS 02114**
**(617) 723-9800**
**FAX (617) 523-8359**
**WWW.BARRONSTAD.COM**

**DIRECT DIAL**
(617) 531-6569

**E-MAIL**
kfm@barronstad.com

August 31, 2007

Filed via ECF system

Hon. Patti B. Saris, U.S.D.J.
United States District Court,
     District of Massachusetts
John J. Moakley Courthouse
Boston, Massachusetts

Re:  <u>Svensson</u> v. <u>Putnam Investments, LLC., et al</u>., United
     States District Court, District of Massachusetts,
     Civil Action No. 04-12711-PBS

Dear Judge Saris:

   Please note that Exhibit A to plaintiff Lisa Svensson's "Memorandum ... in Support of Her Opposition to Defendant Putnam['s] ... Motion ... Titled 'Putnam's Status Report and ... Proposal to Revise Those Terms and the Scheduling Order'" that I filed this afternoon, is included in the memorandum itself in the last three pages of the document and was not filed through the ECF system as a separate document.

                              Very truly yours,

                              BARRON & STADFELD, P.C.


                              /s/ Kevin F. Moloney