```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

* * * * * * * * * * *   *    Civil Action No. 04-12711-PBS
                        *
LISA SVENSSON           *    BBO No. 351000
                        *
         Plaintiff,     *    Motion
v.                      *    of
                        *    Plaintiff Lisa Svensson
PUTNAM INVESTMENTS, LLC *    for Clarification of the
et al.,          .      *    the Order Entered September 6,
                        *    2007, at 2:46 p.m.
                        *
                        *    and
         Defendants.    *    Request for Hearing
                        *    and Oral Argument
* * * * * * * * * * *   *
```

<u>Motion</u>.

Plaintiff Lisa Svensson ("Svensson") moves the court to enter an order clarifying three aspects of the order entered September 6, 2007, at 2:46 p.m.  The order states as follows:

> I allow Putnam's requests (a), (c), and (d).
> With respect to request (d), the parties
> shall use "Near10" or a search term for "same
> paragraph".  Plaintiff appropriately seeks
> first and last names.  However, if there are
> many people with the same last name (say,
> Michael), the search can be limited by
> requiring the last name as well.

The first aspect for which this motion seeks clarification concerns the reference to "request (d)" in the sentence, "With respect to request (d), the parties shall use 'Near10' or a

search term for 'same paragraph'."

The second aspect for which clarification is sought is in the same sentence as to the alternative "'NEAR10' or a search term for 'same paragraph.'"

The third aspect is the last sentence of the order that states "However, if there are many people with the same last name (say, Michael), the search can be limited by requiring the last name as well."

The grounds for this motion are set forth in the accompanying memorandum.

### REQUEST FOR HEARING AND ORAL ARGUMENT.

Svensson requests a Hearing and oral argument.

>LISA Svensson, plaintiff,
>
>By her attorneys,
>
>BARRON & STADFELD, P.C.
>
>/s/ Kevin F. Moloney_____
>Kevin F. Moloney  BBO No. 351000
>100 Cambridge Street, Suite 1310
>Boston, Massachusetts 02114
>Tel: 617.723.9800/531.6569

Dated: September 7, 2007

### Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

>/s/ Kevin F. Moloney

Dated: September 7, 2007
[411312.1]