```
                   UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * *   *    Civil Action No. 04-12711-PBS
                          *
LISA SVENSSON             *    BBO No. 351000
                          *
        Plaintiff,        *    Memorandum
v.                        *    in Support of
                          *    Plaintiff Lisa Svensson
PUTNAM INVESTMENTS, LLC   *    Motion for Clarification of the
et al.,         .         *    the Order Entered September 6,
                          *    2007, at 2:46 p.m.
                          *
                          *
        Defendants.       *
                          *
                          *
* * * * * * * * * * * *   *
```

Plaintiff Lisa Svensson ("Svensson") has moved the court to enter an order clarifying three aspects of the order entered September 6, 2007, at 2:46 p.m. The order states as follows:

> I allow Putnam's requests (a), (c), and (d). With respect to request (d), the parties shall use "Near10" or a search term for "same paragraph". Plaintiff appropriately seeks first and last names. However, if there are many people with the same last name (say, Michael), the search can be limited by requiring the last name as well.

The first aspect for which Svensson's motion seeks clarification concerns the reference to "request (d)" in the sentence, "With respect to request (d), the parties shall use 'Near10' or a search term for 'same paragraph'."

The second aspect for which clarification is sought is in the same sentence as to the alternative "'NEAR10' or a search

term for 'same paragraph.'"

The third aspect is the last sentence of the order that states "However, if there are many people with the same last name (say, Michael), the search can be limited by requiring the last name as well."

The grounds for this motion are as follows:

In its filing on August 17, 2007, Docket No. 186, Putnam requested the court to grant the following relief:

> Putnam hereby requests that this Court ... permit Putnam to run the search using Plaintiffs List 1 and List 2, but with (a) a NEAR5 connector, (b) first names removed, (c) the terms "change", "move", "recommend", and "issue" (and their variations) deleted, and (d) removal of the asterisk (*) in front of any name to avoid capturing è-mail addresses....

On September 6, 2007, at 2:46 p.m., the court (Saris. D.J.) entered the following order:

> <u>I allow</u> Putnam's requests <u>(a), (c), and (d)</u>. <u>With respect to request (d), the parties shall use "Near10" or a search term for "same paragraph"</u>. Plaintiff appropriately seeks first and last names. However, <u>if there are many people with the same last name (say, Michael), the search can be limited by requiring the last name as well</u>.

(Emphasis added.)

(1) There appears to be a typographical error in the first sentence of the order because it links the "Near10" to Putnam's "request (d)." The reference to (d) appears to be incorrect because in (d) Putnam requested the "removal of the asterisk (*)

2

in front of any name" and in that context a "Near" connector has no function or meaning, whereas it was in "(a)" and not in "(d)" that Putnam, in regard to Svensson's LIST 1 and LIST 2, requested permission to utilize a "Near" connector.[1]  Moreover, on p. 8 of the Putnam "report" at issue, Putnam states, "Putnam expressed a willingness to expand the search to include documents that are <u>within ten words of each other (NEAR10)</u>...." (Emphasis added.)

    Accordingly, Svensson requests the court to enter an order clarifying that the reference in the order to "(d)" is incorrect and that the link of the "'Near10' or a search term for 'same paragraph'" was and is intended to refer to Putnam's request "(a)" and not "(d)."

    (2) Svensson seeks clarification as to the alternative presented in the first sentence of the order, which states, "the parties shall use '<u>Near10</u>' <u>or</u> a search term for '<u>same paragraph</u>'." (Emphasis added.)  The intent of this part of the order appears to be that the search is to capture within ten words, whether or not within the same paragraph, and within the same paragraph, whether or not within ten words, or in other words, to be more productive than just within ten words.  There is, however, a technological problem.  Svensson's consultant advises that there is no way that Putnam using the designated

---

[1] "Near5."

3

software program for the search, "Concordance," can structure a search "for same paragraph."

    Accordingly, as the order was not to restrict the results to only within ten words but also to include the rest of the paragraph, which in many cases, especially with attachments, is likely to be far longer than ten words (this paragraph has 41 words to this point), Svensson requests the court to enter an order clarifying that the search is to use a near30 connector.

    (3) Svensson seeks clarification of the final sentence, which states, "However, <u>if</u> there are <u>many people</u> <u>with the same last name (say, Michael)</u>, the search can be limited by <u>requiring the last name as well</u>."  (Emphasis added.)  Typically, "Michael" is a first name and the court, in sentence two, found that "[Svensson] appropriately seeks first and last names." Moreover, the court did <u>not</u>
allow Putnam's request (b), which sought "first names removed."

    Accordingly, Svensson requests a clarification that the last sentence does not limit the search so as to exclude the first names that the court has noted are "appropriately" to be searched for.

              <u>REQUEST FOR HEARING AND ORAL ARGUMENT</u>.

    Svensson requests a Hearing and oral argument.

                               LISA Svensson, plaintiff,

4

By her attorneys,

BARRON & STADFELD, P.C.


/s/ Kevin F. Moloney\
Kevin F. Moloney  BBO No. 351000\
100 Cambridge Street, Suite 1310\
Boston, Massachusetts 02114\
Tel: 617.723.9800/531.6569

Dated: September 7, 2007

<u>Certificate of Service</u>.

 This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kevin F. Moloney

Dated: September 7, 2007

[411320.1]

5