UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____
                                            )
LISA SVENSSON,                              )
            Plaintiff,                      )
                                            )
         v.                                 )   CIVIL ACTION
                                            )   NO. 04-12711 PBS
PUTNAM INVESTMENTS LLC, f/k/a               )
PUTNAM INVESTMENTS, INC. and,               )
LAWRENCE J. LASSER                          )
            Defendants.                     )
_____)

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer L. Holden of Bingham McCutchen LLP as counsel for defendant Putnam Investments LLC in the above-captioned civil action.

                            BINGHAM McCUTCHEN,


                            _/s/ Jennifer L. Holden_____
                            Joseph L. Kociubes, BBO #276360
                            Louis A. Rodriques, BBO #424720
                            Allyson E. Kurker, BBO #665231
                            Jennifer L. Holden, BBO #663467
                            Bingham McCutchen LLP
                            150 Federal Street
                            Boston, MA  02110
                            (617) 951-8000

Dated: September 12, 2007

A/72207815.1

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) on September 12, 2007.

/s/ Jennifer L. Holden, BBO #663467
Jennifer L. Holden