Louis A. Rodriques
Direct Phone: 617.951.8340
Direct Fax:    617.951.8736
louis.rodriques@bingham.com

**By Electronic Submission**

September 17, 2007

The Honorable Judge Patti B. Saris
John Joseph Moakley
U.S. Courthouse
1 Courthouse Way
Boston, MA  02210

Re:   *Svensson v. Putnam Investments LLC, et al, CA 04-12711 PBS*

Dear Judge Saris:

On September 6, 2007, the Court ordered the parties in the above-referenced matter to "propose a scheduling order within 10 calendar days" - that is, by September 17, 2007. Since entry of that Order, Plaintiff filed an intervening motion for clarification, which delayed discussions among the parties concerning a proposed scheduling order. The parties have since commenced discussions concerning a revised scheduling order. The parties' discussions are ongoing, but are not yet complete.

Defendants' counsel has suggested to Plaintiff's counsel that the parties take an additional 48 hours to try to reach agreement on a proposed scheduling order, and Plaintiff's counsel does not oppose this request. We therefore request that the parties be permitted to submit a joint or separate proposed scheduling order(s) on or before Wednesday, September 19, 2007.

Sincerely,

*Louis A. Rodriques (JLH)*

Louis A. Rodriques

Hartford
Hong Kong
London
Los Angeles
New York
Orange County
San Francisco
Santa Monica
Silicon Valley
Tokyo
Walnut Creek
Washington

Bingham McCutchen LLP
150 Federal Street
Boston, MA 02110-1726

617.951.8000
617.951.8736
bingham.com

ACTIVE/72214113.1/0398860-0000312913