UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LISA SVENSSON, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>PUTNAM INVESTMENTS, LLC, )<br>and LAWRENCE LASSER., )<br>)<br>Defendants. )<br>)<br>)<br>) | CIVIL ACTION<br>NO. 04-12711 - PBS |

## JOINT PROPOSED REVISED SCHEDULING ORDER

In response to the Court's order dated September 6, 2007, the parties have conferred, reached agreement, and hereby request that the Court adopt the following revised schedule for the events of this case:

1. Production of Putnam e-discovery required by the Court's April 10 and September 10, 2007 orders to be completed by October 19, 2007, with any privilege log to be served by October 26, 2007;

2. Svensson Rule 30(b)(6) deposition of Putnam in the period November 13-15, 2007;

3. Svensson and Putnam may supplement their respective experts' reports by December 3, 2007, with the rights reserved to supplement further in regard to the December 3, 2007 supplemented reports, if any, by December 13, 2007;

4. Motion to compel concerning the 30(b)(6) deposition shall be filed by December 14, 2007;

5. Depositions of experts shall be completed by December 21, 2007;

6. Motions to compel concerning the expert depositions shall be filed by January 4, 2008;

- 2 -

7.   Motions for summary judgment shall be filed by January 15, 2008;

8.   Oppositions to motions for summary judgment shall be filed by February 15, 2008;

9.   Hearing on motions for summary judgment on February 26, 2008, as previously scheduled, or a date convenient to the Court; and

10.  Pretrial conference and trial to be scheduled by the Court.

| | |
|---|---|
| **LISA SVENSSON** | **PUTNAM INVESTMENTS, LLC,** |
| By her attorneys, | By its attorneys, |
| /s/ Kevin F. Moloney<br>Kevin F. Moloney BBO No. #351000<br>Barron & Stadfeld, P.C.<br>100 Cambridge St., Suite 1310<br>Boston, MA 02114<br>617.723.9800/531.6569 | /s/ Joseph L. Kociubes<br>Joseph L. Kociubes, BBO #276360<br>Louis A. Rodriques, BBO #424720<br>Allyson E. Kurker, BBO #665231<br>Jennifer L. Holden, BBO #663467<br><br>BINGHAM MCCUTCHEN LLP<br>150 Federal Street<br>Boston, MA  02110-1726<br>617.951.8000 |
| and | and |
| /s/ John K. Wier<br>John K. Wier, Admitted PHV<br>John K. Wier Law Offices, LLC<br>300 Park Avenue, Suite 1700<br>New York, New York, 10022<br>212.572.5374 | **LAWRENCE K. LASSER,**<br><br>By his attorneys,<br><br>/s/ David S. Rosenthal<br>David S. Rosenthal BBO No. 429260<br>NIXON PEABODY LLP<br>100 Summer Street<br>Boston, MA 02110<br>617.345.6000 |

Dated: September 20, 2007

ACTIVE/72210412.1/0398860-0000312913

- 3 -

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

/s/ Jennifer L. Holden BBO #663467