```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| * * * * * * * * * * * * | * | Civil Action No. 04-12711-PBS |
| LISA SVENSSON | * | BBO No. 351000 |
| Plaintiff, | * | UNOPPOSED EMERGENCY MOTION |
| v. | * | of |
| | * | Plaintiff Lisa Svensson |
| PUTNAM INVESTMENTS, LLC et al., | * | for Extension of Time From January 4, 2008, |
| | * | to January 18, 2008, Within |
| | * | Which Svensson may File |
| Defendants. | * | a Motion to Compel Concerning |
| | * | Expert Deposition from January 4, |
| | * | 2008, to January 18, 2008 |
| * * * * * * * * * * * * | * | |
| | | and |
| | | Memorandum in Support of Motion |
| | | and |
| | | Certificate as to Compliance With Local Rule 7.1(a)(2) |

Unopposed Emergency Motion.

On an unopposed emergency basis, plaintiff Lisa Svensson ("Svensson") moves the court to extend the time within which she may file a motion "concerning expert depositions" from January 4, 2008, to January 18, 2008. The grounds for this motion are as follows:

In the order entered September 24, 2007, the court ordered that expert depositions be completed by December 21, 2007, and that "motions to compel concerning expert depositions" be filed by "January 4, 2008." Expert depositions were conducted in the

week of December 18, 2007.  Svensson's deposition of Putnam's expert took place on December 19, 2007.

Svensson seeks the additional time requested because the Christmas and New Year's holidays intervene and due to related staffing and production issues.

### Certificate as to Compliance with Local Rule 7.1(a)(2)

Svensson's counsel and Putnam's counsel have exchanged e-mails regarding this motion and Putnam foes not oppose.

                        LISA Svensson, plaintiff,

                        By her attorneys,

                        BARRON & STADFELD, P.C.


                        /s/ Kevin F. Moloney_____
                        Kevin F. Moloney   BBO No. 351000
                        100 Cambridge Street, Suite 1310
                        Boston, Massachusetts 02114
                        Tel: 617.723.9800/531.6569
Dated: December 26, 2007

### Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                        /s/ Kevin F. Moloney

Dated: December 26, 2007




[419210.1]

2