UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA SVENSSON,<br><br>          Plaintiff,<br><br>          v.<br><br>PUTNAM INVESTMENTS LLC, f/k/a<br>PUTNAM INVESTMENT, INC. and,<br>LAWRENCE J. LASSER,<br><br>          Defendants. | CIVIL ACTION<br>NO. 04-12711 PBS |

## NOTICE OF APPEARANCE

Please enter the appearance of Erika M. Collins, Esq. as attorney for the Defendant Lawrence J. Lasser. In addition, David S. Rosenthal and Jeffrey B. Gilbreth will continue to represent Mr. Lasser.

        **Respectfully submitted,**

        LAWRENCE J. LASSER

        **By his attorneys,**

        /s/ Erika M. Collins
        David S. Rosenthal (BBO No. 429260)
        Erika M. Collins (BBO No. 657243)
        Jeffrey B. Gilbreth (BBO No. 661496)
        NIXON PEABODY LLP
        100 Summer Street
        Boston, Massachusetts 02110
        (617) 345-1000
        (617) 345-1300 (FAX)

Dated: December 27, 2007

10853307.1