UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LISA SVENSSON,<br><br>                    Plaintiff,<br><br>      v.<br><br>PUTNAM INVESTMENTS LLC, f/k/a PUTNAM INVESTMENTS, INC. and LAWRENCE J. LASSER,<br><br>                    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 04-12711 PBS<br>)<br>)<br>)<br>)<br>) |

## JOINT MOTION FOR LEAVE TO FILE MEMORANDA OF LAW IN SUPPORT OF, AND IN OPPOSITION TO, THE MOTIONS FOR SUMMARY JUDGMENT IN EXCESS OF TWENTY PAGES

Defendants, Putnam Investments LLC and Lawrence J. Lasser, and plaintiff, Lisa Svensson, move for leave to file memoranda of law supporting and opposing the motions for summary judgment in excess of the 20 page limit. Putnam and Lasser each seek leave to submit memoranda of law not to exceed 30 pages. Svensson seeks leave to file a memorandum of law in opposition to Putnam's motion not to exceed 30 pages, and a memorandum of law in opposition to Lasser's motion not to exceed 30 pages length.

The grounds for this motion are that the Amended Complaint asserts twelve separate claims, involving several different alleged adverse actions that occurred in multiple years. Many of the claims have differing legal elements and burdens of proof. Pursuant to this Court's Order of September 24, 2007, the motions for summary judgment are to be filed by January 15, 2008, and the oppositions to the motions for summary judgment are to be filed by February 15, 2008.

**WHEREFORE**, the Parties respectfully request that the Court grant their motion to file memoranda of law supporting and opposing the motions for summary judgment exceeding 20, but not to exceed 30, pages.

| | |
|---|---|
| **LISA SVENSSON**<br>By her attorneys, | **PUTNAM INVESTMENTS, LLC**<br>By its attorneys, |
| /s/ Kevin F. Moloney<br>Kevin F. Moloney, BBO # 351000 | /s/ Joseph L. Kociubes<br>Joseph L. Kociubes, BBO #276360<br>Louis A. Rodriques, BBO #424720<br>Allyson E. Kurker, BBO #665231<br>Jennifer H. Holden, BBO # 663467 |
| **BARRON & STADFELD, P.C.**<br>100 Cambridge Street, Suite 1310<br>Boston, MA 021114<br>(617) 723-9800 | **BINGHAM MCCUTCHEN LLP**<br>150 Federal Street, Boston, MA 02110<br>(617) 951-8000 |
| | **LAWRENCE J. LASSER,**<br>by his attorneys, |
| | /s/ Erika M. Collins<br>David S. Rosenthal, BBO# 429260<br>Erika M. Collins, BBO# 657243 |
| | **NIXON PEABODY LLP**<br>100 Summer Street<br>Boston, MA 02110-2131<br>(617) 345-1000 |

January 8, 2008

## Certificate of Service

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Allyson E. Kurker

January 8, 2008

A/72371286.1/0398860-0000312913