UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

Lisa Svensson,

        Plaintiff(s),        CIVIL ACTION
                               NO. 04-12711-PBS

    v.

Putman Investments, et al,

        Defendant(s).

## PRETRIAL ORDER

SARIS, D.J.                                          January 14, 2008

The above action has been set down for a JURY TRIAL on 3/24/08, at 9:00 a.m.

A FINAL PRETRIAL CONFERENCE has been scheduled for 3/17/08, at 3:00 p.m.

By 2/23/08, the parties shall make pretrial disclosures as required by Fed. R. Civ. P. 26(a)(3).

Objections to the pretrial disclosures shall be served and filed by 3/9/08.

By 3/3/08, the parties shall file a joint pretrial memorandum in accordance with L.R. 16.5(d). Counsel are required to confer thirty days before the final pretrial conference for the purpose of preparing the joint pretrial memorandum.

By 3/3/08, the parties shall file/serve proposed jury instructions, proposed voir dire questions, motions in limine, witness/exhibit lists[1], and any designations[2] of deposition testimony.

By 3/10/08, the parties shall file/serve opposition to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony.

---

[1] Exhibits shall be premarked with one set of exhibit numbers. There should be no duplicative exhibit numbers. For example, if plaintiff's exhibits are premarked ## 1 - 100, the defendant's exhibits should be premarked ## 101, 102, etc... The case number is also to appear on each exhibit sticker. Counsel shall file with the Court an original and two (2) copies of the exhibit and witness lists.

[2] It is helpful if designations and counter-designations are submitted on the same copy, with designations highlighted in one color and counter-designations highlighted in another.

Trial briefs shall be filed/served by 3/17/08.

**NOTE**: **IF THIS COURT RESCHEDULES THE TRIAL AND FINAL PRETRIAL CONFERENCE DATES, COUNSEL ARE TO CONFER AND ADJUST ALL OTHER DATES IN THIS ORDER COMMENSURATE WITH THE NEW TRIAL DATE.**

By the Court,

/s/ Robert C. Alba
Deputy Clerk