UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA SVENSSON,<br>     Plaintiff,<br><br>     v.<br><br>PUTNAM INVESTMENTS LLC, f/k/a<br>PUTNAM INVESTMENTS, INC. and,<br>LAWRENCE J. LASSER,<br><br>     Defendants. | CIVIL ACTION NO. 04-12711 PBS |

## LAWRENCE J. LASSER'S MOTION FOR SUMMARY JUDGMENT ON COUNT XII OF LISA SVENSSON'S AMENDED COMPLAINT

Defendant Lawrence J. Lasser ("Lasser"), respectfully requests that this Honorable Court enter summary judgment in his favor and against Plaintiff Lisa Svensson ("Svensson") on Count XII of Svensson's Amended Complaint. Svensson's Amended Complaint purports to assert a single count against Putnam Investment, LLC's f/k/a Putnam Investment, Inc.'s ("Putnam") former President and Chief Executive Officer, Lasser. More specifically, in Count XII of her Amended Complaint, Svensson brings federal law and state law aiding and abetting claims under Title VII and M.G.L. c. 151B, §4(5), respectively, asserting that Lasser conspired with Putnam to treat her in a discriminatory manner due to her gender by: (1) depriving her of equivalent compensation compared to her male colleagues in 2002 and 2003; (2) demoting her in 2002; (3) depriving her of promotions to managing director between 2000 and 2003; and (4) terminating her employment in 2003 (the "Alleged Adverse Employment Actions").

As grounds for this Motion, Lasser states that three of the Alleged Adverse Employment Actions about which Svensson's complains are time barred, Svensson's federal law aiding and abetting claim is dismissible on its face because individuals cannot be held liable under Title VII,

and Svensson's state law aiding and abetting claim is fatally flawed because Svensson has proffered no evidence whatsoever that Lasser played any role in the Alleged Adverse Employment Actions.  Further, to the extent that this Court grants summary judgment for Putnam on Counts I and/or II of Svensson's Amended Complaint (Svensson's discrimination claim in main against Putnam), this Court must also necessarily enter judgment in Lasser's favor on Svensson's aiding and abetting claims, as the latter claims are entirely derivative of the former claim.

In further support of this Motion, Lasser relies upon his supporting Memorandum of Law and Concise Statement of Material Facts, both of which are submitted concurrently with this Motion.

WHEREFORE, Lasser respectfully requests that this Honorable Court enter summary judgment in his favor and against Svensson on Count XII of Svensson's Amended Complaint.

**LAWRENCE J. LASSER**
By his attorneys,


/s/ Erika M. Collins_____
David S. Rosenthal (BBO #429260)
Erika M. Collins (BBO# 657243)
Nixon Peabody LLP
100 Summer Street
Boston, MA  02110
Tel:  (617) 345-1000

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing document was filed through the ECF system and will be sent electronically to the registered participants as identified on the Notice of Electronic Filing ("NEF").

/s/ Erika M. Collins_____
Erika M. Collins