UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LISA SVENSSON,<br><br>                Plaintiff,<br><br>   v.<br><br>PUTNAM INVESTMENTS LLC, f/k/a PUTNAM INVESTMENTS, INC. and LAWRENCE J. LASSER,<br><br>                Defendants. | CIVIL ACTION<br>NO. 04-12711 PBS |

**PUTNAM INVESTMENTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to Fed. R. Civ. P. 56, Defendant Putnam Investments LLC ("Putnam") respectfully moves for summary judgment dismissing the Amended Complaint against Putnam in its entirety. In summary, all but one of Plaintiff Lisa Svensson's ("Svensson") sex discrimination claims are time-barred, and all are deficient because there is no evidence that gender played a role in any of Putnam's decisions regarding Svensson. Svensson's ancillary claims are time-barred, preempted by Mass. Gen. Laws ch. 151B, or deficient factually and/or legally deficient.

In support hereof, Defendant submits a Memorandum of Law in Support of Putnam Investments' Motion for Summary Judgment, Defendant's Local Rule 56.1 Statement of Undisputed Facts, and Defendant's Summary Judgment Appendix, which contains the Affidavits of Richard B. Tibbetts and Allyson E. Kurker.

WHEREFORE, Putnam respectfully requests that the Court dismiss the Amended Complaint against Putnam in its entirety, and grant such other relief as is just.

        **PUTNAM INVESTMENTS, LLC,**

        By its attorneys,

        /s/ Joseph L. Kociubes, BBO #276360
        joe.kociubes@bingham.com
        Joseph L. Kociubes, BBO #276360
        Louis A. Rodriques, BBO #424720
        Allyson E. Kurker, BBO #665231
        Jennifer L. Holden, BBO #663467

        BINGHAM MCCUTCHEN LLP
        150 Federal Street
        Boston, MA  02110-1726
        617.951.8000

Dated: January 15, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on January 15, 2008.

        /s/ Allyson E. Kurker, BBO# 665231
        allyson.kurker@bingham.com