UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA SVENSSON,<br><br>                       Plaintiff,<br><br>v.<br><br>PUTNAM INVESTMENTS LLC, f/k/a PUTNAM INVESTMENTS, INC. and LAWRENCE J. LASSER,<br><br>                       Defendants | ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>CIVIL ACTION<br>NO. 04-12711 PBS |

## JOINT MOTION FOR LEAVE TO CONTINUE THE TRIAL DATE

      The parties hereto jointly move to continue the trial date, scheduled for March 24, 2008, to May 12, 2008, without prejudice to any pending or subsequent motions.

      As grounds for this motion, the parties state that counsel for Putnam Investments has a long-scheduled, out of the country vacation in mid-March, and Lisa Svensson's counsel has conflicts in April. The parties have conferred and move that the trial date be continued to May 12, 2008.

A/72371286.2

**WHEREFORE**, the Parties respectfully request that the Court grant their motion to continue the trial date to May 12, 2008, without prejudice to any pending or subsequent motions.

| | |
|---|---|
| **LISA SVENSSON**<br>By her attorneys, | **PUTNAM INVESTMENTS, LLC**<br>By its attorneys, |
| /s/ Kevin F. Moloney<br>Kevin F. Moloney, BBO # 351000 | /s/ Joseph L. Kociubes<br>Joseph L. Kociubes, BBO #276360<br>Louis A. Rodriques, BBO #424720<br>Allyson E. Kurker, BBO #665231<br>Jennifer L. Holden, BBO # 663467 |
| **BARRON & STADFELD, P.C.**<br>100 Cambridge Street, Suite 1310<br>Boston, MA 021114<br>(617) 723-9800 | **BINGHAM MCCUTCHEN LLP**<br>150 Federal Street, Boston, MA 02110<br>(617) 951-8000 |
| | **LAWRENCE J. LASSER,**<br>by his attorneys, |
| | /s/ David S. Rosenthal<br>David S. Rosenthal, BBO# 429260<br>Erika M. Collins, BBO# 657243 |
| | **NIXON PEABODY LLP**<br>100 Summer Street<br>Boston, MA 02110-2131<br>(617) 345-1000 |

January 18, 2008

A/72371286.2

## Certificate of Service

  This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                          /s/ Allyson E. Kurker

January 18, 2008

A/72371286.2