UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * | | Civil Action No. 04-12711-PBS |
| LISA SVENSSON | * | BBO No. 351000 |
| Plaintiff, | * | Motion |
| v. | * | of |
| | * | Plaintiff Lisa Svensson |
| PUTNAM INVESTMENTS, LLC | * | for Sanctions, Pursuant |
| et al., | * | to 28 U.S.C. § 1927 |
| Defendants. | * | and |
| | * | Request for Hearing |
| * * * * * * * * * * * * * * * * * | * | and Oral Argument |
| | | and |
| | | Certificate as to Compliance with |
| | | Local Rule 7.1(a) |

Because defendant Putnam Investments, LLC ("Putnam"), through the strategy and tactics of its counsel, has violated its duties under the rules to supplement and correct its initial disclosures and its responses to interrogatories and requests for documents, and has failed and refused to comply with the rules regarding disclosure and production of information and data considered by its expert, thus multiplying the proceedings in this case unreasonably and vexatiously, plaintiff Lisa Svensson ("Svensson") moves the court to enter sanctions, pursuant to 28 U.S.C. § 1927, as follows:

1. The entry of an order imposing monetary sanctions in the full amount of Svensson's costs, including reasonable attorneys' fees, occasioned by Putnam's repeated failures and refusals to have provided relevant and necessary discovery to Svensson, including, without limitation, the costs and fees incurred by Svensson in excessive and burdensome motion practice, futile negotiations, depositions based upon limited information, and renewal of such depositions based upon Putnam's unilateral decisions to terminate depositions or to instruct witnesses not to answer relevant questions, and the cost incurred by Svensson for her expert's January 2007 Report, all of which were directly associated with, and caused by, the failures and refusals to comply with Putnam's obligations under the discovery rules between November 2005 and the date of the filing of Svensson's motion for § 1927 sanctions; and,

3. The entry of an order granting such other and further relief as may be appropriate in the circumstances.

The grounds for this motion are set forth in Svensson's memorandum in support of this motion filed herewith.

<u>Request for Hearing and Oral Argument</u>.

Svensson requests a hearing and oral argument.

<u>Certificate as to Compliance with Local Rule 7.1(a)</u>.

Counsel for Svensson conferred on January 18, 2008, with Putnam's counsel but no agreement was reached.

LISA SVENSSON, plaintiff,

By her attorneys,

BARRON & STADFELD, P.C.

/s/ Kevin F. Moloney
Kevin F. Moloney   BBO No. 351000
100 Cambridge Street, Suite 1310
Boston, Massachusetts 02114

Tel: 617.723.9800/531.6569

and

/s/ John K. Weir
John K. Weir, admitted PHV
JOHN K. WEIR LAW OFFICES, LLC
300 Park Avenue, Suite 1700
New York, New York 10022
Tel.: 212.572.6374

Dated: January 18, 2008

<u>Certificate of Service</u>.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kevin F. Moloney
Dated: January 18, 2008

[420966.1]

2