UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| * * * * * * * * * * * * * * * *<br>*<br>LISA SVENSSON,                         *<br>                                       *<br>                                       *<br>            Plaintiff,       *<br>                                       *<br>v.                                    *<br>                                       *<br>                                       *<br>                                       *<br>PUTNAM INVESTMENTS, LLC, et   *<br>al.,                                  *<br>                                       *<br>            Defendants.      *<br>                                       *<br>* * * * * * * * * * * * * * * | Civil Action No. 04-12711-PBS<br><br>BBO Bo. 351000<br><br>Plaintiff Svensson's<br>Notice of Intent to File<br>a Motion for Leave to<br>File a Reply to Putnam's<br>Opposition, Filed February<br>1, 2008, to Svensson's<br>Motion to Compel Concerning<br>Expert Deposition and<br>for Sanctions |

   Plaintiff Lisa Svensson ("Svensson")'s notifies the court and the other parties of her intent to file a motion for leave to file a reply to the Putnam opposition, filed Friday, February 1, 2008, to Svensson's motion to compel concerning expert deposition and for sanctions.

   The grounds for the motion for leave, to be stated in more detail in the reply, will include that the Putnam opposition misrepresents relevant facts, omits relevant facts, misstates and misrepresents Svensson's positions and misstates the law.

                              LISA SVENSSON, plaintiff,

                              By her attorneys,

                              BARRON & STADFELD, P.C.

/s/ Kevin F. Moloney
Kevin F. Moloney BBO No. 351000
100 Cambridge Street, Suite 1310
Boston, Massachusetts 02114
Tel.: 617.723.9800/531.6569

and

/s/ John K. Weir
John K. Weir, Admitted PHV
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, New York, 10022
Tel.: 212.572.5374

Dated: February 4, 2008

### Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kevin F. Moloney

Dated: February 4, 2008

[422068.1]