**BARRON & STADFELD** PC
ATTORNEYS

100 CAMBRIDGE STREET SUITE 1310
BOSTON, MASSACHUSETTS 02114
(617) 723-9800
FAX (617) 523-8359
WWW.BARRONSTAD.COM

DIRECT DIAL
(617) 531-6569

E-MAIL
kfm@barronstad.com

February 8, 2008

Hon. Patti B. Saris, U.S.D.J.
United States District Court
District of Massachusetts
One Courthouse Way, Suite 8110
Boston, Massachusetts 02110

Via: ECF system

Re: Lisa Svensson v. Putnam Investments, LLC, et al., United
    States District Court, District of Massachusetts, Civil
    Action No. 04-12711-PBS

Dear Judge Saris:

It has come to my attention since the filing of the Svensson reply brief yesterday afternoon, that the statement in the reply brief that copies of certain "termination lists" were not included in the November 26, 2007, production by defendant Putnam Investments, LLC as documents actually reviewed by its expert, David Bloom, but were produced at the Bloom deposition on December 18, 2007, is incorrect. Copies of the "termination lists" were included among the documents furnished on November 26, 2007.

Very truly yours,

BARRON & STADFELD, P.C.

Kevin F. Moloney

KFM/dsg
cc: Joseph L. Kociubes
    David S. Rosenthal
    John K. Weir
    Lisa Svensson