UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| * * * * * * * * * * * * * | * | Civil Action No. 04-12711-PBS |
| | * | |
| LISA SVENSSON, | * | BBO No. 351000 |
| | * | |
| Plaintiff, | * | |
| | * | Plaintiff Svensson's |
| | * | Opposition to Putnam's |
| v. | * | Motion for Summary Judgment |
| | * | |
| | * | |
| PUTNAM INVESTMENTS, LLC, et al., | * | |
| | * | |
| | * | |
| Defendants. | * | |
| | * | |
| * * * * * * * * * * * * * | * | |

Plaintiff Lisa Svensson ("Svensson") opposes the motion of defendant Putnam Investments, LLC ("Putnam") for summary judgment because there exist genuine issues of material fact and Putnam is not entitled to judgment as a matter of law. The grounds for this opposition are more fully set forth in "Plaintiff Svensson's Memorandum in Support of Her Opposition to Putnam's Motion for Summary Judgment," filed herewith.

LISA SVENSSON, plaintiff,
By her attorneys,
BARRON & STADFELD, P.C.

/s/ Kevin F. Moloney
Kevin F. Moloney    BBO No. 351000
Roger T. Manwaring BBO No. 548614
100 Cambridge Street, Suite 1310
Boston, Massachusetts 02114
Tel.: 617.723.9800/531.6569

and

/s/ John K. Weir
John K. Weir, Admitted PHV
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, New York, 10022
Tel.: 212.572.5374

Dated: February 15, 2008

Certificate of Service.

    This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                             /s/ Kevin F. Moloney_____

Dated: February 15, 2008

[422958.1]