UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * *<br>*<br>LISA SVENSSON,                                            *<br>                                                                       *<br>           Plaintiff,                                       *<br>                                                                       *<br>v.                                                                  *<br>                                                                       *<br>                                                                       *<br>PUTNAM INVESTMENTS, LLC and       *<br>LAWRENCE LASSER,                            *<br>                                                                       *<br>           Defendants.                                  *<br>                                                                       *<br>* * * * * * * * * * * * * * * * * * * * * * * * * * * * | | Civil Action No. 04-12711-PBS<br><br>BBO No. 351000<br><br><br><br>Affidavit (February 15, 2008)<br>of<br>Kevin F. Moloney<br>(Declaration pursuant to<br>28 U.S.C. § 1746 |

1.  My name is Kevin F. Moloney. I am a member of the bar of this court and co-counsel of record to plaintiff Lisa Svensson ("Svensson") in this case. I have personal knowledge of the facts set forth herein.

2.  Filed herewith as Exhibit "A," hereto, is a copy of the report of Paul F. White, PhD., Svensson's expert. His conclusion as to gender discrimination is set out on p. 13.

3.  Exhibit "B," hereto is a list of the of the documents that were produced in discovery to Svensson and which are referred to by Putnam Bates No. references, PRM_____, etc., in Svensson's memoranda in opposition to the motions for summary judgment, in her responses to the Putnam and Lasser statements of fact, and in her Fifth and Sixth Affidavits. As one or more of these PRM documents may be covered by the confidentiality order the electronic filing of this affidavit includes references to the page numbers without including the actual copies of the referred to pages. The actual

4.  document copies will be filed with a motion requesting an order that they be sealed.

5.  Filed herewith as Exhibit "C," are copies of the pages of the various depositions transcripts that are referred to in Svensson's memoranda in opposition to the Putnam and Lasser motions for summary judgment, her responses to the Putnam and Lasser statements of fact and her Fifth and Sixth Affidavits

Signed under the penalty for perjury this 15th day of February 2008

/s/ Kevin F. Moloney

Lisa Svensson, plaintiff,

By her attorneys,

BARRON & STADFELD, P.C.

/s/ Kevin F. Moloney_____
Kevin F. Moloney  BBO No. 351000
100 Cambridge Street, Suite 1310
Boston, Massachusetts  02114
Tel.: 617.723.9800/531.6569

and

/s/ John K. Weir_____
John K. Weir, Admitted PHV
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, New York, 10022
Tel.: 212.572.5374

Date: February 15, 2007

Certificate of Service.
This document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kevin F. Moloney

Dated: February 15, 2007
[423011.1]