**Exhibit B**
**to**
**Affidavit of Kevin F. Moloney,**
**February 15, 2008**

Exhibit B
to
Affidavit of Kevin F. Moloney,
February 15, 2008

PRM - 49-51

PRM - 347-348

PRM - 349-52

PRM - 356

PRM - 658

PRM - 661

PRM - 738-85

PRM - 814

PRM - 894

PRM - 969

PRM - 1365-1395

PRM – 1372

PRM – 1485

PRM - 1507-09

PRM - 1518

PRM - 1659-1660

PRM – 1792-94

PRM - 1895

PRM - 1896

PRM – 1897

PRM – 1970-71

PRM – 1972-74

PRM - 2727-2729

PRM - 2892

PRM - 2990-2991

PRM – 3034

PRM – 3058

PRM - 3246-49

PRM - 3312-3328

PRM - 3548

PRM - 3567-3574

PRM - 4031

PRM - 5728-5739

PRM - 5729

PRM - 5734-5737

PRM - 5735

PRM - 5736-37

PRM - 5740-5745

PRM - 5743-5745

PRM - 5741

PRM - 5743

PRM - 5746

PRM - 7096

PRM - 7108

PRM - 7112

PRM - 7105

PRM - 7108

PRM - 7457-7458

PRM - 7463-7470

PRM - 7466

PRM - 8586

PRM - 8589

PRM - 8599

PRM - 8610

PRM - 8615

PRM - 8617-18

PRM - 8627

PRM - 8629

PRM - 8630

PRM - 8636

PRM - 8654

PRM - 8657

PRM - 9514-9516

PRM – 9540

PRM – 9681-84

PRM – 9755

PRM – 9782-83

PRM - 9834-9836

PRM - 10093

PRM - 10098

PRM – 12415

PRM – 12595-97

PRM - 12669

PRM - 14236-14237

PRM - 14438

PRM - 14512

PRM - 14855

PRM - 14856

PRM - 14869-14874

[422993]