**Exhibit C 2**
**to**
**Affidavit of Kevin F. Moloney,**
**February 15, 2008**

**Excerpt(s)**
**Brooks deposition**

Joshua Brooks                           November 17, 2005

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NUMBER:  04-CV-12711(PBS)


LISA SVENSSON,

          Plaintiff,
VS.

PUTNAM INVESTMENTS LLC,
f/k/a PUTNAM INVESTMENTS,
INC, and LAWRENCE J. LASSER

          Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~


DEPOSITION OF

JOSHUA HUNTINGTON BROOKS


November 17, 2005
11:44 a.m.


Barron & Stadfeld, P.C.

100 Cambridge Street

Boston, Massachusetts






Amanda Stevens, Notary Public and

Professional Shorthand Reporter within and

for the Commonwealth of Massachusetts

Joshua Brooks                                    November 17, 2005

|  | Page 2 |
|---|---|
| 1 | APPEARANCES: |
| 2 | . |
| 3 | ON BEHALF OF PLAINTIFF: |
| 4 | JOHN K. WEIR, ESQ. |
| 5 | John K. Weir Law Offices |
| 6 | 300 Park Avenue, Suite 1700 |
| 7 | New York, New York 10022 |
| 8 | 212.572.6374 |
| 9 | johnkweir47@AOL.com |
| 10 | . |
| 11 | ON BEHALF OF PUTNAM INVESTMENTS, LLC |
| 12 | JOSEPH L. KOCIUBES, ESQ. |
| 13 | LOUIS A. RODRIGUES, ESQ. |
| 14 | Bingham McCutchen LLP |
| 15 | 150 Federal Street |
| 16 | Boston, Massachusetts 02110 |
| 17 | 617.951.8337 |
| 18 | joe.kociubes@bingham.com |
| 19 | louis.rodrigues@bingham.com |
| 20 | . |
| 21 | . |
| 22 | . |
| 23 | . |
| 24 | . |

|  | Page 4 |
|---|---|
| 1 | EXAMINATION INDEX OF |
| 2 | JOSHUA HUNTINGTON BROOKS |
| 3 | NOVEMBER 17, 2005 |
| 4 | . |
| 5 | EXAMINATION OF                    PAGE |
| 6 | . |
| 7 | JOSHUA HUNTINGTON BROOKS: |
| 8 | EXAMINATION BY MR. WEIR              5 |
| 9 | . |
| 10 | . |
| 11 | . |
| 12 | . |
| 13 | . |
| 14 | . |
| 15 | . |
| 16 | . |
| 17 | . |
| 18 | . |
| 19 | . |
| 20 | . |
| 21 | . |
| 22 | . |
| 23 | . |
| 24 | . |

|  | Page 3 |
|---|---|
| 1 | APPEARANCES CONTINUED: |
| 2 | . |
| 3 | ON BEHALF OF PUTNAM INVESTMENTS, LLC |
| 4 | CHRISTOPHER S. FORTIER, ESQ. |
| 5 | PUTNAM INVESTMENTS |
| 6 | One Post Office Square |
| 7 | Boston, Massachusetts 02109 |
| 8 | 617.760.4613 |
| 9 | christopher_fortier@putnam.com |
| 10 | . |
| 11 | ON BEHALF OF LAWRENCE LASSER: |
| 12 | CARRIE CAMPION, ESQ. |
| 13 | Nixon Peabody LLP |
| 14 | 100 Summer Street |
| 15 | Boston, Massachusetts 02110 |
| 16 | 617.345.1000 |
| 17 | ccampion@nixonpeabody.com |
| 18 | . |
| 19 | . |
| 20 | . |
| 21 | . |
| 22 | . |
| 23 | . |
| 24 | . |

|  | Page 5 |
|---|---|
| 1 | DEPOSITION OF JOSHUA HUNTINGTON BROOKS |
| 2 | NOVEMBER 17, 2005 |
| 3 | PROCEEDINGS: |
| 4 | JOSHUA HUNTINGTON BROOKS, the |
| 5 | deponent, having been satisfactorily |
| 6 | identified and duly sworn, by the Notary |
| 7 | Public, was examined and testified as |
| 8 | follows: |
| 9 | EXAMINATION |
| 10 | BY MR. WEIR: |
| 11 | Q. Could you state your full name for |
| 12 | the record, sir? |
| 13 | A. Joshua Huntington Brooks. |
| 14 | Q. And your present residence address? |
| 15 | A. Five Arlington Street, Apartment 7, |
| 16 | Boston, Mass. 02116. |
| 17 | Q. And for what period of time have |
| 18 | you resided at that location? |
| 19 | A. Since August of 2003. |
| 20 | Q. And do you reside with anyone? |
| 21 | A. My wife. |
| 22 | Q. And for how long have you been |
| 23 | married? |
| 24 | A. For just about a year. |

Joshua Brooks                                    November 17, 2005

| | Page 6 |
|---|---|
| 1 | Q.  And your wife's maiden name? |
| 2 | A.  Schrodel, S-C-H-R-O-D-E-L. |
| 3 | Q.  And what is your date of birth, |
| 4 | sir? |
| 5 | A.  Tenth of November, 1967. |
| 6 | Q.  Have you ever had your deposition |
| 7 | taken before? |
| 8 | A.  No. |
| 9 | Q.  Has your counsel had an opportunity |
| 10 | to explain to you what this process is? |
| 11 | A.  Yes. |
| 12 | Q.  That I will be asking you a series |
| 13 | of questions and that you're under oath |
| 14 | and obligated to give truthful answers to |
| 15 | those questions? |
| 16 | A.  Yes. |
| 17 | Q.  And if at any time don't understand |
| 18 | a question, just let me know and I'll try |
| 19 | to rephrase it. |
| 20 | A.  Yeah. |
| 21 | Q.  Have you reviewed any documents in |
| 22 | connection with your preparation for this |
| 23 | deposition? |
| 24 | A.  I've looked at only a couple, yes. |

| | Page 7 |
|---|---|
| 1 | Q.  Do you know what those documents |
| 2 | were? |
| 3 | A.  If I remember, they were a couple |
| 4 | of pages from Lisa's diary and I believe a |
| 5 | couple of notes of e-mail that I sent to |
| 6 | Lisa during the period in question. |
| 7 | Q.  Let me show you some notes that |
| 8 | were previously produced in this litigation |
| 9 | bearing Numbers LS 0101 through LS 0119, |
| 10 | and ask you if those are the notes that |
| 11 | you reviewed in connection with your |
| 12 | preparation for today? |
| 13 | A.  (Witness viewing documents).  No, I |
| 14 | don't believe I've seen these before. |
| 15 | Q.  Who showed you the notes that you |
| 16 | referenced in your testimony that you |
| 17 | looked at? |
| 18 | A.  Counsel. |
| 19 | Q.  And when did that occur? |
| 20 | A.  Forgive me, I don't remember the |
| 21 | exact date, but within the least three |
| 22 | weeks or so. |
| 23 | Q.  Are you currently employed? |
| 24 | A.  Yes. |

| | Page 8 |
|---|---|
| 1 | Q.  And by whom are you employed? |
| 2 | A.  Putnam Investments. |
| 3 | Q.  And in what capacity are you |
| 4 | employed? |
| 5 | A.  I am head of large cap equities. |
| 6 | Q.  Do you have a job title? |
| 7 | A.  I do.  I have several, if you'll |
| 8 | forgive me.  My officer title is Senior |
| 9 | Managing Director and my operating titles |
| 10 | are Deputy Head of Investments and Chief |
| 11 | Investment Officer of Large Cap Equities. |
| 12 | Q.  For how long have you been employed |
| 13 | by Putnam? |
| 14 | A.  Since March of 2003 or April of |
| 15 | 2003, one of the two. |
| 16 | Q.  And when you were hired, what |
| 17 | positions were you hired for? |
| 18 | A.  I was hired as Director of Global |
| 19 | Equity Research. |
| 20 | Q.  Did you also have a job title at |
| 21 | the time you were hired? |
| 22 | A.  An officer title, is that what you |
| 23 | are asking? |
| 24 | Q.  Yes, any title. |

| | Page 9 |
|---|---|
| 1 | A.  Managing director. |
| 2 | Q.  At the time you were hired, did you |
| 3 | become a partner? |
| 4 | A.  I did. |
| 5 | Q.  What did that mean -- What does it |
| 6 | mean to become a partner at Putnam |
| 7 | Investments? |
| 8 | A.  At this point, it means nothing. |
| 9 | There are no partners. |
| 10 | Q.  I'm speaking as of the time of |
| 11 | hiring. |
| 12 | A.  At that point, near as I could |
| 13 | figure out, it didn't mean very much. |
| 14 | Their -- Prior to my arrival, it had meant |
| 15 | more in that there was a specific bonus |
| 16 | pool for partners.  That did exist. |
| 17 | Q.  So there was, at some point in |
| 18 | time, discovered a bonus pool that was |
| 19 | allocated amongst only the partners? |
| 20 | A.  Prior to my arrival, I believe |
| 21 | there was, yes, sir. |
| 22 | Q.  By the time you arrived, that bonus |
| 23 | pool had been done away with? |
| 24 | A.  Yes. |

Joshua Brooks                                      November 17, 2005

---

Page 130

1  at the outset, with respect to the awards
2  prior to 2005, who made the determination
3  as to whether you would or would not
4  receive stock or stock options?
5     A.  Sure.  Anything prior to 2005,
6  which is to say 2004, was paid -- that
7  was paid as a portion of my bonus.  At
8  that point, Steve Oristaglio was the head
9  of the investment division.  Ed Haldeman
10 was the CEO of the firm.  Mike Trakasky
11 (phonetic) had CEO of MMC, et cetera.  And
12 so to say awarded, I was given a bonus
13 that was larger than the original
14 guarantee I had been given, given that I
15 was at that point still under my guarantee
16 and received a little but more than that
17 guarantee, and that came in the form of
18 stock.
19    Q.  So then prior to 2005, you hadn't
20 received any stock or stock option awards
21 that were not part of your guarantee.
22    A.  That were not part of the bonus,
23 because my guarantee was for a base salary
24 and any cash bonus, and then I received a

---

Page 131

1  little bit extra that was in the form of
2  stock.  That was not guaranteed, that
3  was...
4     Q.  I see.  And what was the amount of
5  that little bit extra?
6     A.  I don't know, but let's say in the
7  zone of a couple of hundred thousand
8  dollars in 2004, and more than that in
9  2005, more like $750,000 in 2005.  Not all
10 of that that 750 was in stock, though.
11    Q.  How about in 2003?
12    A.  No, I didn't receive -- I joined
13 Putnam after bonuses were paid in 2003.
14    Q.  Okay.  Do you recall having any
15 discussions with Lisa Svensson in which
16 you expressed the view that she had really
17 knocked around a lot in the industry?
18    A.  No.
19    Q.  Do you recall have discussions with
20 Lisa Svensson concerning the possibility of
21 her being promoted to managing director?
22    A.  Yes.
23    Q.  When did you have those discussions
24 in the context to your arrival at Putnam?

---

Page 132

1     A.  I don't remember specifically, but
2  certainly within the first couple of
3  months of my arrival, Lisa came to me and
4  told me she needed to be promoted.
5     Q.  Is that what she said, she needed
6  to be promoted?
7     A.  Words to that effect.  It could
8  have been those word specifically, but I
9  don't remember.
10    Q.  Did she say she wanted to be
11 promoted to managing director?  Is that
12 the promotion she was seeking?
13    A.  Yeah, I imagine it was.
14    Q.  Did she indicate that she had been
15 up for managing director on prior
16 occasions?
17    A.  She may well have.
18    Q.  And what did you say in response?
19    A.  I don't recall, but -- in specific,
20 but in a more general direction, I would
21 have said it wasn't my highest priority
22 within my first few months of employment
23 and that I wasn't sure how the system
24 worked.

---

Page 133

1     Q.  Did you try to find out?
2     A.  I believe I did.
3     Q.  What did you do?
4     A.  I would -- I don't recall
5  specifically, but I believe I would have
6  asked most probably Steve Oristaglio,
7  although possibly Rick Tibbets (phonetic)
8  or Mary McNamee from the HR department or
9  potentially Kelly Morgan.
10    Q.  You don't have a specific
11 recollection as to which of those
12 individuals you talked to on the subject?
13    A.  No, I don't.
14    Q.  Do you have a specific recollection
15 as to the nature of the response?
16    A.  No, actually I don't.
17    Q.  Did you ever report back to Lisa
18 the status of her being promoted to
19 managing director?
20    A.  I would imagine I would have.  And
21 if I'm remembering correctly, I believe in
22 that year, 2003, remember, I had arrived
23 in April so by the time we would have
24 talked about it, it would have been May or

---

ea02c044-a4e1-4f02-8977-221b2161c5a7

Joshua Brooks                                   November 17, 2005

Page 166

1    K-A-M?
2    A.  K-A-M-S-H-A-T.
3    Q.  What was Omad Kamshat's position at
4    that time?
5    A.  Chief investment officer
6    international core equities or
7    international equities or something.  And
8    again, I made the reference I just
9    discussed, and Omad said, No, Lisa never
10   talked to me about Chris, I actually think
11   he is doing okay.  Which struck me as odd
12   given that what Mary and Lisa had been
13   talking about was an extensive survey of
14   portfolio managers relative to Chris's
15   effort level, ability level, communication.
16       And given what had occurred with
17   Darren in terms of his feedback relative
18   to Lisa, I become concerned that I might
19   be seeing a pattern of someone who wasn't
20   working in the best interests of the
21   employees they were managing.  So in
22   conjunction with Kelly Morgan and Eric
23   Hutcherson, who I have already mentioned,
24   given that Chris O'Malley also fell into

Page 167

1    that group of people who were recently out
2    of business school, I endeavored to, as
3    quietly as I could, ask around amongst the
4    portfolio managers who Lisa might logically
5    have spoken to, to find out whether or not
6    Lisa had actually spoken to them about
7    Chris.
8        And again, when I say quietly
9    endeavoring, to make it as offhand as
10   possible so that if my concerns were
11   unfounded, I wouldn't do any damage.  I
12   found pretty quickly that there weren't
13   that many portfolio managers who recalled
14   speaking with Lisa about Chris.
15   Q.  Who did recall it?
16   A.  I think I remember specifically
17   Bart Gear recalled it, but I don't recall
18   -- I believe there was one other person
19   and I don't remember who that was.  But I
20   also heard in that -- in those informal
21   discussions about Chris asking the
22   question, had you and Lisa talked about
23   Chris at all lately, how is he doing, no,
24   I haven't talked to Lisa, but he's doing

Page 168

1    pretty well, actually.  He's really coming
2    along great.
3        So I got some feedback that made it
4    appear that not only had Lisa perhaps not
5    investigated in the manner in which she
6    suggested, but furthermore, than a decent
7    amount of feedback was, in fact, the
8    opposite of what she had suggested.  That
9    furthered my concern that there might be
10   an issue relative to Lisa and the
11   management people, and at that point I
12   asked members of her team, the other
13   members, whether or not things were going
14   well on the team.  And other members of
15   the team being two other analysts, Ellis
16   Eckland (phonetic) and Constantine Stoya,
17   and two investment associates who were in
18   their first couple of years out of
19   undergraduate school whose sort of, as I
20   remember it, opinions I didn't seek, but
21   both of whom came to me with opinions.
22   Q.  Who were those --
23   A.  Krista Chihorek.
24   Q.  Krista?

Page 169

1    A.  Yup.
2    Q.  Chihorek?
3    A.  C-H-I-H-O-R-E-K.  And Leah, and
4    forgive me, I've forgotten Leah's last
5    name.
6    Q.  Graham?
7    A.  Yeah, I think.  Thank you.  Graham.
8    And in those discussions, Constantine felt
9    like things were going okay, he liked Lisa
10   a lot.  He felt like Lisa had, in his
11   words, saved him from being fired and that
12   owed her a debt of loyalty.  Ellis, on
13   other hand, felt that the team was wholly
14   dysfunctional and that it was about to
15   fall apart, and that in keeping with this
16   discussion of fear that we've been having
17   already, that it was a very difficult
18   environment in which to hold opinions and
19   have opinions that were counter to the
20   majority of the marketplace.  And that and
21   as well as some more specific
22   understanding from Darren in this time
23   period, and I don't recall how Chris
24   O'Malley had also understood that Lisa had

Joshua Brooks                                    November 17, 2005

| Page 182 |
|---|
| 1    of August, early September of 2003, did |
| 2    you ever have any discussions concerning |
| 3    Lisa Svensson? |
| 4      A.  I don't believe Kelly Morgan would |
| 5    have been present in a meeting between |
| 6    myself and someone from HR to talk about |
| 7    Lisa. It's possible. Certainly, I did |
| 8    have discussions with Kelly and with |
| 9    people from HR, but again, I don't recall |
| 10   any of it in which both parties were |
| 11   present, but I suppose it is possible. |
| 12     Q.  What was your purpose in having a |
| 13   discussion with Kelly Morgan about Lisa |
| 14   Svensson? |
| 15     A.  Kelly was the person who, |
| 16   relatively immediately upon my arrival at |
| 17   Putnam, I came to view as my partner in |
| 18   running research, and any decision of that |
| 19   magnitude I was going to talking about |
| 20   with Kelly. |
| 21     Q.  How did you come to that |
| 22   perception? |
| 23     A.  By my conversations with Kelly, by |
| 24   my perception that out of the associate |

| Page 183 |
|---|
| 1    directors of research, she was the one who |
| 2    was truly the leader, and furthermore, by |
| 3    my perception that she understand what we |
| 4    needed do together in order to improve the |
| 5    place. |
| 6      Q.  She was on a par with Lisa Svensson |
| 7    at that point in time? |
| 8      A.  In title, yeah. |
| 9      Q.  So what was it then that led you |
| 10   to believe that she was really the leader? |
| 11     A.  I guess I would say discussions |
| 12   with her. And in those discussions, it |
| 13   was -- it was clear that there was a |
| 14   pretty significant difference in terms of |
| 15   the level of responsibility that had been |
| 16   given to the people in the past. And |
| 17   furthermore, which -- that may or may not |
| 18   have been relevant, but that in terms of |
| 19   professionalism, maturity, ability, Kelly |
| 20   was, out of that group of associate |
| 21   directors of research, the person I would |
| 22   -- I was going to rely on. |
| 23     Q.  Prior to making your determination |
| 24   to deprive Lisa Svensson of her management |

| Page 184 |
|---|
| 1    responsibilities, did you prepare any |
| 2    written documentation concerning that |
| 3    decision? |
| 4      A.  Certainly seems both likely and |
| 5    possible, but I don't remember anything |
| 6    specific. |
| 7      Q.  Were you ever told by anyone at |
| 8    human resources that you were required to |
| 9    do such? |
| 10     A.  I don't remember. |
| 11     Q.  Was the idea to offer Lisa the |
| 12   opportunity to depart the firm in lieu of |
| 13   accepting this deprivation of her |
| 14   management responsibilities, was that your |
| 15   idea alone? |
| 16     A.  I remember it as -- I don't know |
| 17   whether it was my idea alone, but I |
| 18   certainly remember it as a part of my |
| 19   thinking to try and endeavor to give Lisa |
| 20   as many options in trying to resolve the |
| 21   situation as I could. |
| 22     Q.  Okay.  Do you recall anyone else |
| 23   having input into that idea? |
| 24     A.  Certainly, I think I would have |

| Page 185 |
|---|
| 1    discussed it with Kelly and Mary McNamee, |
| 2    but I don't recall.  I would imagine I |
| 3    also would have discussed it with Steve |
| 4    Oristaglio and potentially Ed Haldeman. |
| 5      Q.  Do you recall ever having a |
| 6    discussion with Larry Lasser? |
| 7      A.  I remember once the decision had |
| 8    been made that we were going to offer Lisa |
| 9    these alternatives, I do remember that |
| 10   Larry mentioned to me he had heard about |
| 11   that.  I assumed at the time he had heard |
| 12   from HR, but I wasn't certain and I didn't |
| 13   ask. |
| 14     Q.  Was this a face-to-face meeting or |
| 15   a telephone discussion? |
| 16     A.  No, it would have been face to |
| 17   face. |
| 18     Q.  Do you remember the context? |
| 19     A.  It was, I believe, at the end of a |
| 20   regular meeting I would have had with Ed, |
| 21   Steve and Larry, the purpose of which was |
| 22   to discuss progress on research, how |
| 23   things were going, et cetera. |
| 24     Q.  Was this a regular meeting? |

ea02c044-a4e1-4f02-8977-221b2161c5a7