**Exhibit C 3**
**to**
**Affidavit of Kevin F. Moloney,**
**February 15, 2008**

**Excerpt(s)**
**Lasser deposition**

FILE

RECEIVED
MAY 2 2 2006
K.F.M.

Svensson

vs.

Putnam Investments, et al.

Lawrence J. Lasser

Volume 1

May 17, 2006
pp 1-175

**Jones Reporting**
*COMPANY*

Two Oliver Street, Suite 804
Boston, MA 02109
617-451-8900
info@jonesreporters.com
www.jonesreporters.com

```
 1                          Volume:  I
 2                          Pages:   1-175
 3                          Exhibits: 1-10
 4          UNITED STATES DISTRICT COURT
 5             DISTRICT OF MASSACHUSETTS
 6   Civil Action No. 04-12711-PBS
 7   - - - - - - - - - - - - - - - - - - - -
 8   LISA SVENSSON,
 9              Plaintiff,
10       v.
11   PUTNAM INVESTMENTS, LLC, f/k/a PUTNAM
12   INVESTMENTS, INC., and LAWRENCE J. LASSER,
13              Defendants.
14   - - - - - - - - - - - - - - - - - - - -
15         Deposition of Lawrence J. Lasser
16             Wednesday, May 17, 2006
17             10:10 a.m. to 3:24 p.m.
18             Barron & Stadfeld, P.C.
19              100 Cambridge Street
20              Boston, Massachusetts
21
22       Reporter:  Daria L. Romano, RPR/CRR
23
24
```

Lawrence J. Lasser

Page 2

```
1   APPEARANCES:
2
3   BARRON & STADFELD, P.C.
4   (by Kevin F. Moloney, Esq.)
5   100 Cambridge Street
6   Boston, Massachusetts 02114
7   (617) 723-9800
8   for the Plaintiff.
9
10  JOHN K. WEIR LAW OFFICES, LLC
11  (by John K. Weir, Esq.)
12  300 Park Avenue, Suite 1700
13  New York, New York 10022
14  (212) 572-6374
15  johnweir47@aol.com
16  for the Plaintiff.
17
18
19
20
21
22
23
24
```

Page 3

```
1   BINGHAM McCUTCHEN, LLP
2   (by Joseph Kociubes, Esq.)
3   150 Federal Street
4   Boston, Massachusetts 02110
5   joe.kociubes@bingham.com
6   (617) 951-8000
7   for Putnam Investments, LLC.
8
9   NIXON PEABODY, LLP
10  (by David S. Rosenthal, Esq.)
11  100 Summer Street
12  Boston, Massachusetts 02110
13  (617) 345-1000
14  drosenthal@nixonpeabody.com
15  for Lawrence J. Lasser.
16
17  ALSO PRESENT:
18    Lisa Svensson
19    Jason A. Tucker
20
21
22
23
24
```

Page 4

```
1                INDEX
2   Deposition of:           Page
3   LAWRENCE J. LASSER
4   By Mr. Weir              5
5
6
7
8
9              EXHIBITS
10  No.                      Page
11  1 Letter dated May 15, 2006         8
12  2 Multi page document bearing
13    document numbers PRM 01936 to
14    PRM 01992                         9
15  3 Letter dated April 17, 1995       163
16  4 Memorandum dated September 26, 2000  164
17  5 Exploring For Oil Stocks: The Total
18    Story                             165
19  6 Multi page document bearing document
20    numbers LS 1533 through LS 154    166
21  7 Multi page document bearing document
22    numbers LS 1547 to 1556           168
23  8 Multi page document bearing document
24    numbers LS 1561 to 1570           168
```

Page 5

```
1   9  Multi page document bearing document
2      numbers LS 1575 to 1584          168
3   10 Multi page document bearing document
4      numbers LS 1590 to 1999          168
5
6
7   *Original exhibits returned to Mr. Moloney
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

2 (Pages 2 to 5)

Lawrence J. Lasser

Page 14

1   Q.  And under the column division, when it
2   says investments, that refers to the investment
3   division?
4   A.  Correct.
5   Q.  And when it says human resources, that
6   refers to the human resources people?
7   A.  Yes.
8   Q.  And when it refers to global
9   distribution, that's also a separate division?
10  A.  Correct.
11  Q.  And was there one bonus pool for all
12  of the different divisions?
13         MR. ROSENTHAL:  In 1999, you mean?
14         MR. WEIR:  In 1999.
15  A.  The incentive compensation allocation
16  process began with a fixed single pool that was
17  then subdivided.
18  Q.  Okay.  And who made the determination
19  as to how much money would go into the fixed
20  single pool that you refer to?
21  A.  The parent company.
22  Q.  That being Marsh McLennan?
23  A.  Correct.
24  Q.  Did you have any role in the

Page 15

1   determination of that amount?
2   A.  It was formula-driven without much
3   judgment laid on top of it.
4   Q.  What do you mean by formula driven?
5   What kind of formula was used?
6   A.  It was a mathematical formula that
7   determined the size of the pool.
8   Q.  Based upon financial performance?
9   A.  Correct.
10  Q.  Okay.  If you would take a look at the
11  third page.  That's 1938.  Do you see the name
12  Lisa Svensson?
13  A.  Yes.
14  Q.  If I understand your testimony, this
15  means that in 1999 she was paid -- out of the
16  top 100 people receiving bonuses, she received
17  the 74th highest bonus?
18  A.  Yes, for 1999.  She was paid in 2000.
19  Q.  And she worked in the investment
20  division?
21  A.  Correct.
22  Q.  And she was a senior vice president?
23  That's the reference to SVP?
24  A.  Yes.

Page 16

1   Q.  And what is the reference 1999 Plan A
2   and P?
3   A.  That refers to the associates and
4   principals bonus plan, of which she was a part.
5   Q.  Was there a separate bonus plan apart
6   from the associates and principals bonus plan?
7   A.  There were several other plans.
8   Q.  What other plans were there?
9   A.  There was a partners plan, and I don't
10  remember the other titles, but there was a plan
11  for nonprofessionals.  There was a plan for
12  investor service, and there was a plan for
13  retail distribution.
14  Q.  Okay.  And how was the allocation
15  amongst the different plans determined?  Was
16  that also the function of Marsh McLennan?
17  A.  No.  The senior management made that
18  division.
19  Q.  And when you say senior management,
20  who do you refer to in the time frame of 1999?
21  A.  It would have been myself and the
22  operating heads, which would have included the
23  head of HR, the chief financial officer, the
24  head of investments, the head of distribution,

Page 17

1   the head of investor service, with assistance
2   from the human resources professional staff.
3   Q.  And was that also the situation in
4   later years, 2000, 2001, 2002, and 2003?
5   A.  Yes.
6   Q.  Now, what about the partners plan, how
7   was the allocation to the partners plan divided
8   amongst the different partners?  Who made the
9   decision?
10  A.  Partners were awarded points which
11  represented a mathematical percentage of the
12  plan.  So whatever the total pool was, somebody
13  earned a percentage that they had been awarded
14  in the prior year.
15  Q.  Who made the award of points?
16  A.  It was negotiated, but I was the
17  primary decision maker, the ultimate decision
18  maker.
19  Q.  Did you meet or consult with other
20  people in connection with making the award of
21  points?
22  A.  Yes.
23  Q.  And with whom would you typically have
24  consulted?

Lawrence J. Lasser

Page 18

1    A.   The operating head in charge of each
2  area in terms of new entrants to the plan and in
3  terms of continuing participants in the plan.
4    Q.   Okay. And when you say operating
5  heads of each area, are you referring to the
6  different portfolio management teams?
7    A.   No, of the head of investments, the
8  head of distribution, the same reference I just
9  made.
10   Q.   And in the time frame of 2002 or 2003,
11 who was the -- who were those decision makers or
12 those people that you consulted with?
13         MR. ROSENTHAL:  Objection.
14 BY MR. WEIR:
15   Q.   Let me rephrase it.
16         In the time frame of 2002, 2003, who
17 were the individuals that you consulted with
18 concerning the award of partners points?
19   A.   Well, it was a time of some change,
20 and this is all a matter of record, but to the
21 best of my recollection, in distribution it was
22 Steven Spiegel, John Brown, Rich Monaghan and
23 John Bonaparth. In investments it was for part
24 of that time Tim Ferguson, then Ed Haldeman and

Page 19

1  Steve Oristaglio. In investor service it was
2  Karnig Durgarian.
3    Q.   Okay. And then if you look at the
4  01938, in the column next to Lisa Svensson's
5  name, the 1999 total incentives, that would
6  represent the amount of the bonus that was paid
7  to Lisa Svensson during that year?
8    A.   Evidently.
9    Q.   And I take it that the document that
10 you would -- that would be maintained in the
11 files at Putnam contains similar information for
12 all of the 100 individuals who are identified by
13 rank and division?
14   A.   Evidently so.
15   Q.   Okay. If you could take a look at the
16 next set of documents, which is PRM 1940 to
17 1963.
18         (Pause)
19 BY MR. WEIR:
20   Q.   Can you tell us what those documents
21 are, sir?
22   A.   It appears to be the same compilation
23 going deeper than 100 for the year 2001.
24   Q.   Do you know any reason why it goes

Page 20

1  deeper than 100 in 2001 than it did in 1999?
2    A.   No.
3    Q.   Do you know whether there was a
4  compilation undertaken for the year 2000?
5    A.   I don't know one way or another.
6    Q.   Do you know who prepared these
7  documents?
8    A.   Mitch Schultz's staff.
9    Q.   And what was Mr. Schultz's position?
10   A.   Head of compensation and benefits.
11   Q.   And to whom did Mr. Schultz report?
12   A.   The head of HR.
13   Q.   And in the time frame of 2001, who was
14 that?
15   A.   It was probably Kathy Collman.
16   Q.   And, again, with respect to these
17 documents, the column under division, the
18 reference to investments would be to individuals
19 in the investment division?
20   A.   Yes.
21   Q.   And if we had an unredacted document,
22 we would be able to determine the names of the
23 individuals being referred to and the amount of
24 the incentive compensation paid to those

Page 21

1  individuals during that year?
2    A.   Correct.
3    Q.   If you take a look at the next one,
4  PRM 01964 to 01969. Can you tell us what that
5  is?
6    A.   It appears to be the same document
7  limited to the top hundred.
8    Q.   Okay. That's for the year 2002?
9    A.   Correct.
10   Q.   And do you understand the reference to
11 2002 top 100 total incentive recipients without
12 operating heads?
13   A.   It appears that the operating heads
14 were excluded from this compilation.
15   Q.   Was that because they were paid out of
16 a different pool?
17   A.   I don't know.
18   Q.   And there's also an indication that it
19 includes value of Putnam and MMC options. What
20 does that mean, sir?
21   A.   The determination of the total was not
22 limited to the cash bonus but included awards of
23 stock options.
24   Q.   Okay. In this time frame, which is

Lawrence J. Lasser

Page 130

1  to respond to them or to deal with them?
2      A.  Of course.  It was my job.
3      Q.  And typically what would you do?
4      A.  I would sit with the head of HR, who
5  was wise and experienced, and often the
6  department head, and we'd figure out together
7  the best resolution we could.
8      Q.  Okay.  Did you ever receive any
9  complaints or have any problems identified to
10 you concerning Lisa Svensson?
11     A.  No.
12     Q.  And that question relates to any time
13 between 1994, July '94 and 2003.
14     A.  I never recall anything about Lisa.  I
15 was told that Lisa's job was being changed, this
16 was an after-the-fact conversation, which may --
17 you may have meant to include in your question.
18     Q.  Let me see if I understand.
19         When did this take place?
20     A.  I don't remember the date, but it was
21 after Darren Peers had left.
22     Q.  So after Darren Peers had left, you
23 had you a discussion with someone concerning
24 Lisa Svensson?

Page 131

1      A.  Somebody told me that Lisa's job was
2  being changed because it had come out in an exit
3  interview with Darren Peers that her management
4  style was abrasive and had caused this
5  outstanding young man to leave Putnam.  So it
6  had already been handled, but I was told about
7  it.
8      Q.  Do you recall who the someone who told
9  you was?
10     A.  I think it was Josh.
11     Q.  Okay.  So just so I understand, Josh
12 Brooks came to you and said that Lisa's job was
13 being changed because Darren Peers had left the
14 company?
15         MR. KOCIUBES:  That's not what he
16 said.
17         MR. ROSENTHAL:  That's not what he
18 said.
19     A.  That's not what I meant to say.
20     Q.  Okay.
21     A.  First of all, when you begin by saying
22 Josh came to me, I don't recall that Josh came
23 to me to tell me that.  I think Josh had a
24 periodic meeting with me, and on his list of

Page 132

1  things to tell me about was that Darren Peers
2  had left, that he learned in his conversation
3  with Darren what I just described about Lisa's
4  management style, and that he had taken that and
5  had other confidential conversations and learned
6  that Darren's opinion was widely held, and he
7  felt that Lisa was not suitable to manage people
8  and that they were going to change that
9  arrangement.
10     Q.  Did you respond in any way?
11     A.  No.  I mean, I responded really
12 focusing on Darren because he was one of the
13 young people that I actually knew and thought
14 very, very highly of.  I was quite disappointed.
15     Q.  How did you come to know Darren Peers?
16     A.  He was what was called a post-college
17 pre-business school intern.  I've forgotten the
18 name we gave to it.
19         And there would be a competition.  The
20 most outstanding of those people would receive
21 MBA tuition paid by Putnam.  And I interviewed
22 the finalists, and I came to know him in that
23 way.
24         So when he came back to Putnam after

Page 133

1  Dartmouth, I renewed my acquaintanceship with
2  him.
3      Q.  How did you renew your
4  acquaintanceship with him after he came back?
5      A.  When I saw him, I knew who he was and
6  welcomed him back in contrast to others who I
7  didn't know when I passed him in the hall and
8  saw him at lunch, I'd ask him how things were
9  going.
10     Q.  How did you determine that he was an
11 outstanding performer?
12     A.  The recommendations of his supervisors
13 and the portfolio managers and my own judgment
14 of his character and motivation that came from
15 my interview on the basis of 30 years
16 supervisory experience in the business.
17     Q.  Had you made any similar determination
18 with respect to Lisa Svensson?
19     A.  No, because I didn't have that kind of
20 opportunity, as you previously asked.  Lisa was
21 hired by Patrick.
22         In this case I was asked to sit in in
23 a role where I actually found myself making a
24 judgment, which turned out to be in Darren's

34 (Pages 130 to 133)

Lawrence J. Lasser

### Page 170

1  MR. ROSENTHAL: Come on.
2  MR. WEIR: Are you going to
3  instruct him not to answer that question?
4  MR. ROSENTHAL: It's personal
5  information. Do you really need it?
6  MR. WEIR: Yes.
7  MR. ROSENTHAL: Do you mind
8  answering basic background information?
9  THE WITNESS: No.
10  A. I was married in 1967 -- no, 1968.
11  And what do you want to know?
12  Q. For how long did you remain married?
13  A. Until about 1981.
14  Q. And did you have any children during
15  that period of time?
16  A. One child.
17  Q. And then for a period of time you were
18  not married?
19  A. Correct.
20  Q. And for how long did that last?
21  A. About eight years.
22  Q. So then you remarried in approximately
23  1989?
24  A. Yes.

### Page 171

1  Q. Did you have any children by the
2  second marriage?
3  A. No.
4  Q. Can you briefly describe your
5  educational background?
6  A. I went to college. I went to graduate
7  school. I have an MBA.
8  Q. Where did you get your MBA?
9  A. Harvard.
10  Q. And where did you go to college?
11  A. Antioch College.
12  Q. Do you have a BA degree?
13  A. Yes.
14  Q. During that did you take any courses
15  concerning human resources issues, either at
16  Antioch or Harvard Business School?
17  A. At business school, yes.
18  Q. And did you take any courses
19  specifically related to people management?
20  A. The required first year course was
21  called organizational behavior, and it
22  encompassed all those issues, or human behavior
23  in organizations I think it was called.
24  Q. After you got to Putnam, did you ever

### Page 172

1  take any -- have any seminars or kind of
2  training in people management?
3  A. I participated in one or more
4  diversity seminars that we engaged professionals
5  to do.
6  Q. Who did you engage?
7  A. I can't remember. It was done by HR,
8  but it was a Harvard Business School professor.
9  Q. Do you recall when you --
10  A. No.
11  Q. Do you recall what was taught at the
12  diversity seminars?
13  A. I don't recall the specific syllabus.
14  I certainly know the general subject was to
15  assure that in our hiring and management and
16  workplace culture we had an environment that was
17  conducive to a diverse organization that we
18  hoped would over time become more diverse,
19  expected to become more diverse.
20  Q. And do you as you sit here today
21  believe that you did implement the policies
22  which created the more diverse environment at
23  Putnam?
24  A. Yes.

### Page 173

1  Q. Anything other than what you've
2  already testified to that leads you to that
3  conclusion?
4  A. Nothing that I feel that I need to
5  add, no.
6  MR. WEIR: I don't think I have
7  anything further, subject to cross-examination.
8  MR. ROSENTHAL: Great.
9  MR. KOCIUBES: No questions.
10  MR. ROSENTHAL: No questions.
11  MR. WEIR: Thank you, Mr. Lasser.
12  (Whereupon the deposition was
13  concluded at 3:24 p.m.)