**Exhibit C 5
to
Affidavit of Kevin F. Moloney,
February 15, 2008**

**Excerpt(s)
Morgan deposition**

📁 FILE

RECEIVED
APR 2 0 2006
K.F.M.

# Svensson
## vs.
## Putnam Investments, et al.

### Kelly A. Morgan

Volume 1

April 6, 2006
pp 1-197

**JonesReporting**
*COMPANY*

Two Oliver Street, Suite 804
Boston, MA 02109
617-451-8900
info@jonesreporters.com
www.jonesreporters.com

Kelly A. Morgan

```
                                                Page 1
 1                              Volume:   I

 2                              Pages:    1-197

 3                              Exhibits: 1-32

 4

 5          UNITED STATES DISTRICT COURT

 6        FOR THE DISTRICT OF MASSACHUSETTS

 7   Civil Action No. 04-12711-PBS

 8   - - - - - - - - - - - - - - - - - - - - - x

 9   LISA SVENSSON,

10                 Plaintiff,

11        v.

12   PUTNAM INVESTMENTS LLC, f/k/a

13   PUTNAM INVESTMENTS, INC., and LAWRENCE J. LASSER,

14                 Defendants.

15   - - - - - - - - - - - - - - - - - - - - - x

16

17           DEPOSITION OF KELLY A. MORGAN

18              Thursday, April 6, 2006

19              10:05 a.m. to 3:33 p.m.

20              BARRON & STADFELD, P.C.

21               100 Cambridge Street

22               Boston, Massachusetts

23

24      Reporter:  Marianne R. Wharram, CSR/RPR
```

Kelly A. Morgan

Page 2

```
 1  APPEARANCES
 2
 3      JOHN K. WEIR LAW OFFICES LLC
 4      (BY JOHN K. WEIR, ESQ.)
 5      300 Park Avenue, Suite 1700
 6      New York, NY  10022
 7      (212) 572-6374
 8      johnkweir47@aol.com
 9      Co-Counsel for the Plaintiff
10
11      BARRON & STADFELD, P.C.
12      (BY KEVIN F. MOLONEY, ESQ.)
13      100 Cambridge Street, Suite 1310
14      Boston, MA  02114
15      (617) 723-9800
16      Co-Counsel for the Plaintiff
17
18
19
20
21
22  Continued.
23
24
```

Page 3

```
 1  APPEARANCES, continued.
 2
 3      BINGHAM McCUTCHEN, LLP
 4      (BY JOSEPH KOCIUBES, ESQ.
 5       And LOUIS A. RODRIGUES, ESQ.)
 6      150 Federal Street
 7      Boston, MA  02110-1726
 8      (617) 951-8000
 9      joe.kociubes@bingham.com
10      Counsel for the Defendant
11      Putnam Investments, LLC
12
13      NIXON PEABODY, LLP
14      (BY CARRIE CAMPION, ESQ.)
15      100 Summer Street
16      Boston, MA  02110-2131
17      (617) 345-1000
18      ccampion@nixonpeabody.com
19      Counsel for the Defendant Lawrence Lasser
20
21  ALSO PRESENT:
22
23      Lisa Svensson
24
```

Page 4

```
 1                 I N D E X
 2  DEPONENT      DIRECT CROSS REDIRECT RECROSS
 3  KELLY A. MORGAN
 4  (BY MR. WEIR)      8
 5  (BY MR. KOCIUBES)
 6  (BY MS. CAMPION)
 7
 8              E X H I B I T S
 9  NO.       DESCRIPTION              PAGE
10   1   1-pg. Handwritten Notes Dated 5/29/98   112
11   2   1-pg. Handwritten Notes Dated 8/31/98   112
12   3   1-pg. Handwritten Notes Dated 2/1/99    113
13   4   2-pg. Handwritten Notes Dated 6/3/99    117
14   5   1-pg. Handwritten Notes Dated 9/21/00   118
15   6   1-pg. Handwritten Notes Dated 9/18/00   119
16   7   14-page Recommendation for Promotion   120
17       Of Lisa Svensson to Senior Portfolio
18       Manager and Other Documents Bates
19       Stamped PRM 01333 through 01346
20   8   3-page Handwritten Notes Bates         130
21       Stamped PRM 01789 through 01791
22   9   1-page e-mail from Christine Scordato  134
23       To Sherrie Holder-Watts Dated 2/26/01
24  Continued.
```

Page 5

```
 1          E X H I B I T S, continued
 2  NO.       DESCRIPTION              PAGE
 3  10   1-page e-mail from Lisa Svensson       136
 4       To Kelly Morgan Dated 3/15/2001
 5  11   1-page e-mail from Kelly Morgan to     137
 6       Lisa Svensson Dated 4/12/2001
 7  12   1-page e-mail from Kelly Morgan        138
 8       To Lisa Svensson Dated 5/3/2001
 9  13   4-page e-mail from Christine           140
10       Scordato to Sherrie Holder et al.
11       Dated 3/28/2001
12  14   2-page e-mail from Kelly Morgan to     144
13       Lisa Svensson Dated 5/8/2002
14  15   1-page e-mail from Kelly Morgan        146
15       To Lisa Svensson Dated 9/6/02
16  16   1-page e-mail from Kelly Morgan        148
17       To William Landes Dated 7/17/02
18  17   5-page Handwritten Notes Dated         149
19       7/24/02
20  18   1-page e-mail from Kelly Morgan        154
21       To Lisa Svensson Dated 9/9/2002
22  19   1-page e-mail from Kelly Morgan        156
23       To Lisa Svensson Dated 10/18/02
24  Continued.
```

2 (Pages 2 to 5)

JONES REPORTING COMPANY
617-451-8900

Kelly A. Morgan

Page 58
1  evaluation models, and that was my main job, and
2  also, just to understand the whole sector in
3  general of why we had gotten too optimistic and
4  putting it in the context of entire economy. It
5  was just a big deep dive in technology. That's
6  what I did the first year.
7      Q. And thereafter?
8      A. When then I picked up health care and did
9  the exact same thing the next year in health care.
10 We had a little problems there -- yeah, no, we did
11 have problems there, too, but not to the extent of
12 technology, and I was also getting more involved in
13 the management of the department, the people, that
14 kind of stuff, review processes. I was involved in
15 compensation in my area. And that was a first for
16 me. I had never done that kind of stuff before.
17     Q. So that was the people management part of
18 the job that you talked about earlier?
19     A. Yeah, I had never done that before, which
20 is unusual, I think, in a career that you could go
21 15 years and hadn't really done that, and it was
22 interesting to understand how all that worked.
23     Q. For how many people did you have management
24 responsibilities?

Page 59
1      A. It was a lot. Well, for the technology
2  team, when I first inherited it, it was big. There
3  must have been 15 people there. And then, as I
4  went to health care, there was probably another
5  five, and consumer was probably another eight. So
6  it got bigger and bigger as I took on more teams.
7  At one point, I had about half the department, and
8  that was when Josh came.
9      Q. Mm-hmm. And when you say you had
10 compensation responsibilities, can you describe
11 what you did in terms of compensation?
12     A. When we came to the compensation process, I
13 would make recommendations to Bill Landes on what I
14 thought we needed to pay people, and -- but I never
15 -- I never sat at that table. There was a very
16 strange black box process at Putnam for -- well,
17 strange; I just didn't know what it was -- where
18 Bill came to the table with the other chief
19 investment officers and they haggled out
20 compensation. So I would just make initial
21 recommendation, then he'd come back to me and say
22 you need to cut. At least my experience during
23 that time with Bill was usually having to cut
24 numbers.

Page 60
1      Q. Cut numbers and cut compensation as well?
2      A. Yeah. Well, I always came out with the
3  numbers I'd want to pay people, and then I'd have
4  to -- at least in those years, when I was involved
5  in 2001 to 2004, Putnam had a bad time and we were
6  constantly, the years that I -- we all were cutting
7  compensation.
8      Q. Who were the other CIO's who interacted
9  with Mr. Landes at that time concerning these
10 compensation and cutting issues?
11     A. Um, well, clearly -- well, the big chief
12 was Tim Ferguson, not a CIO, but he was in charge
13 of the division, obviously. And then you'd have
14 like Paul Warren would be there, Justin Scott would
15 be there, Omid Kamshad. I don't know who was there
16 from growth and value. Dan Miller probably was at
17 one point, but then -- oh, no. It was Eric
18 Wetlaufer. Eric Wetlaufer I think took over that
19 area. And then in value -- it was Debby, Debby
20 Kuenstner, yeah. And then you'd have Kevin Cronin
21 there from fixed income.
22     Q. Were you present for any of these meetings?
23     A. No.
24     Q. This was a -- do you know the process by

Page 61
1  which someone got to be on this particular --
2  particular group?
3      A. No idea.
4      Q. Do you know who was responsible for
5  designating the individuals who would participate
6  in the group?
7      A. I could make a good guess that it was the
8  chief investment officer, who was Tim Ferguson,
9  until Ed Haldeman came in.
10     Q. How about an individual by the name of
11 Brett Brawchuck?
12     A. I don't know if he was in there. He could
13 have been. He was Tim -- Tim's guy.
14     Q. Tim's guy, Tim's right hand person?
15     A. Yeah. He could have been.
16     Q. Is he still at Putnam?
17     A. He is. I never see him. He's in the
18 operations area.
19     Q. Did Mr. Tibbets have any responsibilities?
20     A. Yes, he must have. Yes, he was there.
21     Q. I've got ten names. Anybody else that you
22 recall?
23     A. And I -- I'm guessing. This is who I
24 assume was there.

16 (Pages 58 to 61)