**Exhibit C 9
to
Affidavit of Kevin F. Moloney,
February 15, 2008**

**Excerpt(s)
Putnam Rule 30(b)(6) deposition
(Tibbetts)**



**FILE**

RECEIVED
DEC 0 4 2006
K.F.M.

# Svensson
## vs.
# Putnam Investments

# Putnam Investments by Richard Tibbetts

Volume 1

November 29, 2006
pp 1-210

**JonesReporting**
*COMPANY*

Two Oliver Street, Suite 804
Boston, MA  02109
617-451-8900
info@jonesreporters.com
www.jonesreporters.com

Putnam Investments by Richard Tibbetts

Page 2

```
1    APPEARANCES:
2       BARRON & STADFELD, P.C.
3       (by Kevin F. Moloney, Esq.)
4       100 Cambridge Street
5       Boston, Massachusetts 02114
6       (617) 723-9800
7       kfm@barronstad.com
8       for the Plaintiff.
9
10      JOHN K. WEIR LAW OFFICES, LLC
11      (by John K. Weir, Esq.)
12      300 Park Avenue, Suite 1700
13      New York, New York 10022
14      (212) 572-6374
15      johnweir47@aol.com
16      for the Plaintiff.
17
18      PUTNAM INVESTMENTS
19      (by Jason A. Tucker, Esq.)
20      One Post Office Square
21      Boston, Massachusetts 02109
22      (617) 760-1977
23      jason_tucker@putnam.com
24      for Putnam Investments, LLC.
```

Page 3

```
1       BINGHAM McCUTCHEN, LLP
2       (by Louis A. Rodriques, Esq.
3       and Allyson Kurker, Esq.)
4       150 Federal Street
5       Boston, Massachusetts 02110
6       louis.rodriques@bingham.com
7       (617) 951-8000
8       for Putnam Investments, LLC.
9
10      NIXON PEABODY, LLP
11      (by Carrie Campion, Esq.)
12      100 Summer Street
13      Boston, Massachusetts 02110
14      (617) 345-1000
15      ccampion@nixonpeabody.com
16      for Lawrence J. Lasser.
17
18   ALSO PRESENT:
19      Lisa Svensson
20
21
22
23
24
```

Page 4

```
1              INDEX
2    Deposition of:            Page
3    RICHARD TIBBETTS
4    By Mr. Weir                 5
5
6
7
8
9           EXHIBITS
10   No.                       Page
11   1  Documents Bates stamped PRM 5729
12      to PRM 5732              14
13   2  Partners 1999-2003       47
14   3  Performance ratings of 91 Comparators
15      1992-2004                62
16   4  Documents bearing document numbers
17      PRM 00846 to PRM 00853   109
18   5  Document capturing the guarantees
19      from the years 1999 through 2004
20      for the 91 people        128
21
22   *Original exhibits retained by Mr. Moloney
23
24
```

Page 5

```
1           PROCEEDINGS
2
3           RICHARD TIBBETTS
4
5    a witness called for examination by counsel for
6    the Plaintiff, being first duly sworn, was
7    examined and testified as follows:
8
9           DIRECT EXAMINATION
10   BY MR. WEIR:
11      Q.  State your full name for the record.
12      A.  Richard Bowen Tibbetts. And Bowen is
13   spelled B-O-W-E-N.
14      Q.  And, Mr. Tibbetts, you are the witness
15   that has been designated by Putnam for the
16   purpose of the 30(b)(6) notice of deposition?
17      A.  I am.
18      Q.  And do you understand what a 30(b)(6)
19   deposition is? Has that been explained to you?
20      A.  Yes.
21      Q.  Okay. I'd like to just read into the
22   record just so that there's no ambiguity the
23   provisions of Rule 30(b)(6) of the Federal Rules
24   of Civil Procedure: "A party may in the party's
```

JONES REPORTING COMPANY
617-451-8900

Page 150

1  Q. Anybody else that I've missed?
2  A. That appears to be everybody on this
3  list, yes.
4  Q. And do you know as a result of the
5  discussions which took place in early 2003
6  whether each of those individuals actually
7  retained -- at the end of the discussion
8  retained their designation as franchise players?
9  A. I don't recall the specific
10 conversation.
11      In preparation for today, I looked to
12 this document as the list of who was the
13 franchise players.
14 Q. What were the implications of an
15 individual being named a franchise player?
16 A. What happened in early 2003 for the
17 2002 performance year was not dissimilar from
18 other years in that we would use our standard
19 performance rating process and then some kind of
20 other criteria in 2001, I think we referred to
21 them as a core tile ranking, and then in the
22 2002 performance year we identified franchise
23 players or key players.
24      There were different ways and

Page 151

1  mechanisms to try to identify who were the key
2  people within the organization, investment
3  division, and more broadly that would be
4  considered for other compensation.
5  Q. What compensation?
6  A. It ranged from some years being
7  incremental cash, other years deferred cash
8  compensation and in other years equity or
9  combinations of all of those.
10 Q. And was there a set level of
11 incremental increase for a franchise player?
12 A. Not that I'm aware of.
13 Q. What occasioned the transfer from the
14 core tile system to the franchise player key
15 player system?
16 A. Larry's arbitrary discussion about how
17 he wanted to try to identify people.
18 Q. Who did he give his instructions to?
19 A. I don't recall specifically.
20 Generically it was to the human resources staff
21 and to the senior executive group, which was
22 known as the operating committee.
23 Q. That would have been, as of this time
24 frame, Mr. Oristaglio and Mr. Haldeman?

Page 152

1  A. Within the investment division, yes.
2  Q. And who would make the determination
3  as to the magnitude of the incremental increase
4  in compensation if you were designated a
5  franchise player?
6  A. It differed by group, but ultimately
7  it was the senior most person in the group, the
8  senior managing directors of each of the
9  different business units, and that was driven
10 off of how much Larry had allocated to each of
11 those groups.
12      So after these individuals were
13 identified, Larry allocated money or equity, as
14 the case may be, to each of those senior
15 managing directors, and then those senior
16 managing directors worked with their human
17 resources representatives and their managers to
18 distribute those awards.
19 Q. Okay. And can you explain the
20 difference conceptually between a franchise
21 player and a key player?
22 A. Incrementally I guess is the way to
23 describe it, and that is that a franchise player
24 was truly someone should they leave the firm

Page 153

1  would have an impact on the business.
2       The key players, on the other hand,
3  were very important to, in this case, for
4  example, within the investment division,
5  investment processes that would impact the
6  investment process but not necessarily have a,
7  you know, really devastating impact on those
8  product niches or those product areas where they
9  were working.
10 Q. What about somebody that was not
11 designated either a franchise player or a key
12 player, what were the implications in terms of
13 their compensation or career advancement?
14 A. Again, this is really more around a
15 specific compensation process, so it was
16 compensation related, and it was that they would
17 not receive any incremental compensation beyond
18 what they had already been nominated for.
19 Q. Did there come a time when the
20 designation of franchise players and key players
21 ceased?
22 A. Yes.
23 Q. And when was that?
24 A. It was just used for this one year in