**Exhibit C 10
to
Affidavit of Kevin F. Moloney,
February 15, 2008**

**Excerpt(s)
Stoev deposition**



RECEIVED
AUG 28 2006
K.F.M.

# Svensson
## vs.
# Putnam Investments, et al.

## Konstantin S. Stoev

Volume 1

August 24, 2006
pp. 1-152

**Jones Reporting**
*COMPANY*

Two Oliver Street, Suite 804
Boston, MA 02109
617-451-8900
info@jonesreporters.com
www.jonesreporters.com

Page 1

```
 1                   VOL. 1, PAGES 1 - 152
 2             UNITED STATES DISTRICT COURT
 3           FOR THE DISTRICT OF MASSACHUSETTS
 4   Civil Action No. 04-12711-PBS
 5   -------------------------------------
 6   LISA SVENSSON,                        )
 7             Plaintiff                   )
 8   v.                                    )
 9   PUTNAM INVESTMENTS LLC, f/k/a PUTNAM  )
10   INVESTMENTS, INC., and LAWRENCE J.    )
11   LASSER,                               )
12             Defendants                  )
13   -------------------------------------
14
15        DEPOSITION OF KONSTANTIN S. STOEV
16            Thursday, August 24, 2006
17              1:48 p.m. to 6:01 p.m.
18               Barron & Stadfeld, P.C.
19               100 Cambridge Street
20            Boston, Massachusetts 02114
21
22                   ********
23
24     Reporter: Lauren M. Mitchell, CSR, RPR, CRR
```

Page 2

```
 1  APPEARANCES:
 2      John K. Weir Law Offices, LLC
 3      John K. Weir, Esq.
 4      300 Park Avenue, Suite 1700
 5      New York, New York 10022
 6      (212) 572-6374
 7      johnkweir47@aol.com
 8      -and-
 9      Barron & Stadfeld, P.C.
10      Kevin F. Moloney, Esq.
11      100 Cambridge Street, Suite 1310
12      Boston, Massachusetts 02114
13      kfm@barronstad.com
14      Counsel for the Plaintiff
15
16      Bingham McCutchen, LLP
17      Joseph L. Kociubes, Esq.
18      150 Federal Street
19      Boston, Massachusetts 02110-1726
20      (617) 951-8000
21      joe.kociubes@bingham.com
22      Counsel for Putnam Investments, LLC
23
24
```

Page 3

```
 1  APPEARANCES (continued):
 2      Nixon Peabody, LLP
 3      Carrie Campion, Esq.
 4      100 Summer Street
 5      Boston, Massachusetts 02110-2131
 6      (617) 345-1000
 7      Counsel for Lawrence Lasser
 8  ALSO PRESENT: Lisa Svensson
```

Page 4

```
 1                  I N D E X
 2
 3  WITNESS                               PAGE
 4  KONSTANTIN S. STOEV
 5  BY MR. WEIR:
 6  BY MR. KOCIUBES:
 7
 8                  E X H I B I T S
 9
10  Exhibit 1, deposition subpoena          6
11  Exhibit 2, signature page               6
12  Exhibit 3, E-mail dated 10/27/2003, to  70
13  Stoev from Lasser
14  Exhibit 4, E-mail, dated 9/19/2003, to  82
15  Stoev from Brooks
16  Exhibit 5, separation agreement        140
17  Exhibit 6, E-mail string, dated 9/17/2004  149
18
19
20
21  ***EXHIBITS MARKED DURING THIS DEPOSITION
22     ARE ATTACHED TO THE DEPOSITION TRANSCRIPT.
```

Page 5

```
 1              PROCEEDINGS
 2           KONSTANTIN S. STOEV,
 3  a witness called for examination by counsel for the
 4  Plaintiff, LISA SVENSSON, and having been
 5  satisfactorily identified by the production of his
 6  Massachusetts driver's license, was duly sworn by
 7  the Notary Public and testified as follows:
 8       MR. KOCIUBES: Actually, before we get
 9  started, since I gather this is intended to be a
10  trial deposition, I just want to make clear -- I'll
11  do it either way -- are we reserving objections as
12  to form, or do you want me to make them as we go
13  along?
14       MR. WEIR: I think, since this is a
15  trial deposition, maybe you better make them as you
16  go along.
17       MR. KOCIUBES: Okay.
18  EXAMINATION BY MR. WEIR:
19    Q. Good afternoon, Mr. Stoev.
20    A. Good afternoon.
21    Q. My name is Jack Weir, and I'm the attorney
22  for Lisa Svensson in a legal action which she has
23  brought here in Boston against Putnam Investments.
24       I'm going to be asking you a series of
```

Page 30

1   Q. Can you identify your comments by page
2   number and paragraph number?
3   A. Yes.
4       My comments are on Page 29 and Paragraph
5   2.
6   Q. Okay. And Page 29 is Bates No. LS-1751,
7   down in the lower right-hand corner?
8   A. Yes. The number is LS-1751.
9   Q. Okay. Could you read your comments into the
10  record, sir?
11  A. Yes.
12      Lisa's appointment to manage our KM --
13  KM is knowledge management -- was the best thing
14  that happened to the team this year. Drawing on her
15  talent and initiative, she reversed the degenerative
16  processes that had set in, inspired the members to
17  show excellent work and attracted new members. Lisa
18  has been very important to my development as an
19  investor, in other ways, too. She helped me frame
20  investment thesis succinctly but exhaustively. She
21  treated me as an equal in the management of a couple
22  of sleeves, and she encouraged me to do work of
23  broader significance to the team and the investment
24  division. As a manager and person, Lisa stands for

Page 31

1   the values that make Putnam different and special,
2   focus on performance, teamwork, openness to new
3   ideas and willingness to challenge respectfully.
4   Q. Do you have a recollection, sir, as to what
5   you meant by, quote, She reversed the degenerative
6   processes that had set in, close quote?
7   A. Yes.
8       Prior to Lisa joining the Energy and
9   Basic Materials team, the team had begun to
10  disintegrate under the management of Jim Falvey.
11      Jim Falvey had a peculiar way of dealing
12  with people that was not very constructive. He did
13  not listen. He had preconceived notions about what
14  works in investments, and not much could sway his
15  view.
16      And that, over time, alienated people
17  from the team.
18      And the specific dynamic that I
19  described as degenerative was that people who had
20  been on the team dropped out because they didn't
21  find it useful any more. They just stopped
22  attending meetings. Meetings got rarer.
23      So, occasionally, meetings that were
24  supposed to happen did not happen.

Page 32

1       And the, at least in my perception, the
2   quality of work that was created in the team was
3   deteriorating.
4   Q. And how did Lisa reverse these processes?
5   A. As I had stated here, by coming to the team,
6   she brought a lot of talent and great initiative.
7       Her talents were in covering the sectors
8   that she had covered for many years. She had great
9   experience in the coverage of energy equities and a
10  talent for knowing how to deal with people in a way
11  that encourages them to do their best.
12      The initiative consisted of just doing
13  what was necessary to fix the team, get us up and
14  running, and then making sure that the targets that
15  we set for ourselves are met and that the targets
16  that we set for ourselves are challenging and that
17  we produce great work that is of value to the whole
18  of Putnam.
19      And during Lisa's leadership of the team
20  -- I can speak about myself, and I describe it
21  here -- even in several brief months that she led
22  the team, and at least from my perspective, led the
23  team, and was my direct manager, she helped me
24  develop as an analyst, as an investor, something

Page 33

1   that before that had been -- you know, other
2   managers were not that concerned about.
3       I did not perceive, for example, that
4   Jim Falvey was very interested in how my investment
5   knowledge develops over time.
6       He would be interested to hear what I
7   think about, for example, PPG, which is a stock,
8   that I covered, but that would be it. He will not
9   be concerned about how I frame that, if that is, you
10  know, if that is a sound investment framework to
11  approach a stock, if I could then present it well,
12  and if my presentation would get traction with the
13  portfolio teams.
14      On the contrary, Lisa was very
15  interested in all of this.
16      So, initially, when she joined, she
17  scheduled meetings with all of us, the three
18  analysts who covered basic materials stocks.
19      And in my meetings, she would help me
20  work through an investment recommendation that I was
21  working on at the time.
22      For example, I had a couple of stocks
23  that I was bringing up on the coverage, which means
24  these are stocks that I am now, I have published