**Exhibit C 13**
**to**
**Affidavit of Kevin F. Moloney,**
**February 15, 2008**

**Excerpt(s)**
**Tibbetts deposition**



RECEIVED
JUN 14 2006
K.F.M.

# Svensson
## vs.
## Putnam Investments, et al.

### Richard B. Tibbetts

Volume 1

June 8, 2006
pp. 1-228

**Jones Reporting**
*COMPANY*

Two Oliver Street, Suite 804
Boston, MA  02109
617-451-8900
info@jonesreporters.com
www.jonesreporters.com

Page 14

1   MR. WEIR: On the record. Note the
2 time, please.
3       (10:10 o'clock a.m.)
4   MR. WEIR: Would you swear the
5 witness, please.
6 Whereupon,
7       RICHARD B. TIBBETTS
8 having been first satisfactorily identified by the
9 production of his Massachusetts driver's license
10 and duly sworn by the Notary Public, was examined
11 and testified as follows:
12       DIRECT EXAMINATION
13   BY MR. WEIR:
14   Q. Good morning, Mr. Tibbetts. Would you
15 state your full name for the record, please.
16   A. Richard Bowen, B-o-w-e-n, Tibbetts.
17   Q. What is your present residential address?
18   A. 61 Stoneymeade, S-t-o-n-e-y-m-e-a-d-e Way
19 in Acton, Massachusetts.
20   Q. Are you currently employed?
21   A. Yes.
22   Q. By whom?
23   A. Putnam Investments.
24   Q. You are presently the head of the Human

Page 15

1 Resources Department at Putnam?
2   A. Yes.
3       MR. WEIR: Let me mark as Exhibit
4 Number 1 for identification a four-page document
5 entitled Affidavit of Richard B. Tibbetts.
6       (The document was marked Deposition
7 Ex. No. 1.)
8   Q. Let me show you what has been marked as
9 Exhibit Number 1 for identification, sir.
10       Is that your signature on the third
11 page of the document?
12   A. Yes, it is.
13   Q. It was prepared on or about May 10th of
14 2006?
15   A. Yes, it was.
16   Q. Do paragraphs 1 and 2 of the affidavit
17 accurately state your past experience at Putnam?
18   A. Yes.
19   Q. So is it fair to state that since
20 September of 1996 you have general familiarity with
21 human resources matters within the Putnam
22 Investment Division?
23   A. Yes.
24   Q. You have been involved in terminations of

Page 16

1 employees during that period of time?
2   A. Yes.
3   Q. You have been involved in officer
4 promotions within that period of time?
5   A. Yes.
6   Q. You have been involved in annual
7 compensation decisions with respect to investment
8 professionals?
9   A. Yes.
10   Q. Do you maintain within the Human
11 Resources Department files with respect to each of
12 those types of decisions?
13   A. Yes.
14   Q. What files do you maintain with respect
15 to terminations?
16   A. The files that would cover termination
17 information would pretty much be in the individual
18 employee personnel files that we are responsible
19 for keeping.
20   Q. Okay. Is there any general file that is
21 related to investment professionals that have been
22 terminated from Putnam?
23   A. No, not that I am aware of.
24   Q. So if one were seeking information with

Page 17

1 respect to the manner or reason for a particular
2 termination one would have to go to the individual
3 professional's personnel file?
4   A. Yes.
5   Q. How about with respect to officer
6 promotions? Is there a file that is designated
7 promotions or would one have to go to the
8 individual personal files?
9   A. We have a set of central files within the
10 Human Resources Group dedicated to the Investment
11 area and there are files for officer titles.
12   Q. What is the designation of that file or
13 files?
14   A. I don't know specifically.
15   Q. Who maintains custody of that particular
16 file or files?
17   A. Well, there is a team of people that
18 support the Investment Division and there are
19 shared files by all of those people in HR that
20 support the Investment Division.
21   Q. As of the period 2002 and 2003 who would
22 have been the persons who would have had custody of
23 those files?
24   A. I guess myself, Mary McNamee, Sheri Webb

Page 26

1  Q. When did the meetings regarding
2  compensation take place?
3  A. I don't remember exactly but they would
4  have been in the first quarter of 2003.
5  Q. Who attended -- was there more than one
6  meeting?
7      MR. KOCIUBES: Which subject are you
8  asking about?
9      MR. WEIR: Compensation.
10  A. I think there were two.
11  Q. Who attended the meetings on
12  compensation?
13  A. I don't recall exactly any list but it
14  was basically the direct reports to Steve and Ed.
15  Q. Did that still include Mr. Landes?
16  A. I believe in early 2003, yes.
17  Q. Did it still include Mr. Browchuck?
18  A. Yes.
19  Q. Did it still include Mr. Leibovitch?
20  A. I don't think so.
21  Q. Did it still include Justin Scott?
22  A. Yes.
23  Q. Did it still include Debbie Cotner?
24  A. I believe so. I have forgotten when

Page 27

1  Debbie left the organization.
2  Q. Do you have a recollection of anybody new
3  that participated in those meetings respecting
4  compensation?
5  A. I believe Rich Block was there in fact
6  replacing Richard Leibovitch.
7  Q. I'm sorry?
8  A. Replacing Richard Leibovitch.
9  Q. Anybody else?
10  A. I don't remember anyone else.
11  Q. I take it that you participated from
12  Human Resources?
13  A. Yes.
14  Q. Were any other representatives of Human
15  Resources present?
16  A. I don't remember.
17  Q. Do you recall the subject or subjects
18  that were discussed at the meetings?
19  A. Compensation was discussed.
20  Q. What specifically with respect to
21  compensation?
22  A. The allocation of the bonus pools, there
23  was some discussion about individual awards in
24  terms of just sort of sharing information about

Page 28

1  others recommendations.
2  Q. That is all that you recall?
3  A. Yes.
4  Q. What specifically was discussed
5  concerning allocation of the bonus pools?
6  A. How the pools had been allocated.
7  Q. This was the bonus for the 2002 year?
8  A. Correct.
9  Q. Was there some dispute or disagreement
10  with respect to how they had been allocated?
11  A. Not that I recall.
12  Q. You said bonus pools. Was there more
13  than one bonus pool?
14  A. No. There was one bonus pool and there
15  were multiple pools created by the allocation.
16  Q. What were the multiple pools that were
17  created by the allocation?
18  A. I don't remember exactly but there was a
19  pool allocated to each of the investment style or
20  class of investment teams and there was a pool for
21  each team.
22  Q. Was there also a pool for partners?
23      MR. KOCIUBES: Are you asking was
24  that discussed at these meetings or are you asking

Page 29

1  was there a pool for partners independent of these
2  meetings?
3      MR. WEIR: I am trying to explore
4  what bonus pools he is referring to here and so I
5  am asking him was there a bonus pool for partners?
6  A. In the 2002-2003 time period there were
7  some different bonus pools that created funding for
8  the overall firm. Partners Plan was one,
9  Associates & Principals Plan was another. There
10  was a total pool in terms of funding from our
11  profits but then those pools were commingled into
12  one large pool for allocation to the divisions, so
13  by the time the Investment Division got it it was
14  one pool that was allocated to the teams.
15  Q. You refer in paragraph 9 of your
16  affidavit to a separate incentive bonus plan
17  referred to as the Partners Incentive Compensation
18  Plan. Do you see that, sir?
19  A. I do.
20  Q. What is that reference to Partners
21  Incentive Compensation Plan? What was that?
22  A. I am not sure that I understand the
23  question.
24  Q. What is it?

Page 138

1    A.  I believe so.  It would appear that
2 either 7 and 8 or 8 and 9 are referring to this
3 item in parentheses called 2 year watch.
4    Q.  What does 2 year watch mean?
5    A.  I don't know specifically.  I am trying
6 to interpret my notes.  I would assume that is an
7 indication that maybe they weren't ready but maybe
8 in a couple years they might be ready.  Underneath
9 this 2 year watch note is a check mark and a
10 squiggle line and I don't know what that means.
11 Number 10 is redacted with male next to it.  Number
12 11 is circled, redacted and has male next to it.
13 In parentheses it says 2 year performance.
14    Q.  Do you understand what that is in
15 reference to?
16    A.  I assume that that along with the 2 year
17 watch would reference that we would watch this
18 person's performance for a two-year period before
19 that person would be nominated to Managing
20 Director.  Number 12 is redacted with male next to
21 it.  Number 13 has a question mark and is redacted
22 with male next to it.  I will come to that other
23 section.  Number 14 is redacted with male next to
24 it.  Number 15 is redacted with male next to it.

Page 139

1 Number 16 is redacted with male next to it and
2 number 17 is redacted with male next to it.
3    Q.  Do I correctly infer that there were now
4 seventeen potential candidates for Managing
5 Director?
6    A.  Interpreting my notes I would say there
7 were seventeen possible nominations, yes.
8    Q.  Still two females and now fifteen males?
9    A.  Two females and fifteen males, yes.  Then
10 above the 14 through 17 the note says Value none,
11 Mid-Cap G - I assume that means Mid-Cap Growth -
12 none and Administration none.  Then it has P&A
13 which I would assume means performance and
14 analytics and there is nothing written next to
15 that.  I would interpret that as other departments
16 that did not have any representation on this list.
17 Then there is a bottom section that is boxed off
18 and it says criteria to RBT one week.
19    Q.  Is that you?
20    A.  I assume that is correct.  The second
21 note is names to Brett.
22    Q.  Brett being Brett Browchuck?
23    A.  That is what I would assume, yes.
24    Q.  With respect to the reference to criteria

Page 140

1 to RBT do you have a recollection of whether you
2 prepared any criteria for Managing Director?
3    A.  I don't.  Other than these documents I
4 don't remember this process.
5    Q.  Okay.  I believe you testified earlier
6 that it was your understanding that Lisa Svensson
7 was not nominated for a Managing Director position
8 in 2002, is that correct?
9    A.  No, I don't think it is.  My memory of
10 what I said before was I didn't think she got
11 nominated in 2003.
12    Q.  Do you have a recollection that she was
13 considered in the time frame of 2002 for Managing
14 Director?
15    A.  I do not.
16    Q.  Do you have a recollection as to what the
17 process for selecting Managing Directors was in
18 2002?
19    A.  Not specifically.  I remember it was the
20 same process that we have talked about before.
21    Q.  You talked about several processes.  I
22 believe you said there was a vote at one point and
23 then there was sort of a discussion amongst
24 individuals.  Do you know which of those processes

Page 141

1 were involved in 2002?
2    A.  My memory was that there was no voting or
3 ranking kind of process in 2002.  That did not
4 occur.
5    Q.  What is your recollection as to what did
6 occur?
7    A.  Really only that general process of
8 managers identifying nominees, that being reviewed
9 by peers, colleagues if you will, and then
10 individual managers making the final decisions and
11 communication.
12    Q.  Do you recall who made Managing Director
13 in 2002?
14    A.  No, I do not.
15    Q.  Do you recall whether any female made
16 Managing Director in 2002?
17    A.  I do not.
18    Q.  Were you involved at all in the
19 disbanding of something called the Global Growth
20 Team?
21    A.  Well, I am not sure what you mean by
22 disbanding.  There was a reorganization, if that is
23 what you are referring to.
24    Q.  Were you involved in that reorganization?

Page 142

1  A. I was involved as a Human Resources
2  professional in that process, yes.
3  Q. What occurred?
4  A. Well, a decision had been made to
5  restructure that group based on weak investment
6  performance and to change the leadership of that
7  group, to terminate that leader, and to move some
8  people out of that group.
9  Q. Who made that decision?
10 A. Steve Oristaglio.
11 Q. What input from HR did you provide in
12 connection with that decision?
13 A. I don't recall specifically. My memory
14 is that I had conversations with Steve Oristaglio
15 about that process and I remember participating in
16 the communication and follow-up with that.
17 Q. Were you involved from an HR standpoint
18 in the decision to send Lisa Svensson back into the
19 Resource Department?
20     MR. ROSENTHAL: Objection.
21 A. The role that I played was really after
22 Steve Oristaglio's decision about how to structure
23 the group and it was to work with Bill Landes from
24 the Human Resources standpoint and in that process

Page 143

1  Lisa was offered a role with the Global Equity
2  Resource team as part of Bill Landes'
3  organization.
4  Q. Who else was part of the Global Growth
5  team at the time of the reorganization?
6  A. Well,, I don't remember all of the
7  names. Robert Swift was the Chief Investment
8  Officer.
9  Q. Was he the one terminated?
10 A. He was terminated. There was Lisa, I
11 believe Steve Dexter and I believe Nathan
12 Eigerman. There were other people involved in the
13 team but I don't remember their names specifically.
14 Q. How about Kelly Morgan, was she involved
15 in that team?
16     MR. KOCIUBES: As of that time?
17     MR. WEIR: Yes.
18 A. My memory is that she was no longer a
19 member of that team at the time of that disbanding
20 or reorganization.
21 Q. She had moved entirely back to Research?
22 A. That is my memory.
23 Q. How about an individual by the name of
24 Peter Hadden?

Page 144

1  A. I am familiar with that name but I don't
2  remember whether he was in the group or not.
3  Q. At the time of the reorganization what
4  happened to Mr. Dexter?
5  A. Well, my memory was that he continued to
6  be part of that team and continued to have a
7  management role for, I believe, both Retail and
8  Institutional Portfolio.
9  Q. Who made that decision?
10 A. Steve Oristaglio.
11 Q. What happened to Nathan Eigerman?
12 A. He also remained as Portfolio Manager in
13 the team.
14 Q. If Peter Hadden was part of that team
15 would he also have remained as Portfolio Manager?
16 A. I don't remember what role he was in. I
17 don't know if he was Analyst or Portfolio Manager.
18 Q. Do you know who Mr. Dexter and Mr.
19 Eigerman reported to after the reorganization?
20 A. I don't remember.
21 Q. Would it have been Omid Kamshad?
22 A. I don't believe so. I thought that group
23 was still separate from the other international
24 teams and I just don't remember.

Page 145

1  Q. Do you recall if there was ever a time
2  after the reorganization in which Mr. Dexter and
3  Mr. Eigerman commenced to report to Omid Kamshad?
4  A. My memory is that they didn't ever report
5  to him but I don't know that for certain.
6  Q. At the time of the reorganization did you
7  have any discussions with Lisa Svensson?
8  A. I don't recall.
9  Q. Do you recall whether she was happy with
10 the move to the Research Department?
11 A. I don't.
12 Q. Do you recall whether there were other
13 opportunities or potential opportunities presented
14 to Lisa Svensson other than going back to the
15 Research Department?
16 A. No. My memory was that the decision to
17 reorganize the team was made and in fact rather
18 than being terminated like Robert it was to in fact
19 create an opportunity in the research organization.
20 Q. Do you whether Mr. Oristaglio consulted
21 with anyone else concerning that decision or those
22 decisions?
23 A. I know that he talked with Bill Landes
24 the head of Research at the time and he may have