UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| * * * * * * * * * * * * * * * * * * * * * * * * * * * *<br>* | Civil Action No. 04-12711-PBS |
| LISA SVENSSON,  * | BBO No. 351000 |
| * | |
| Plaintiff,  * | |
| * | Second |
| v.  * | Affidavit (February 15, 2008) |
| * | of |
| * | Kevin F. Moloney |
| PUTNAM INVESTMENTS, LLC and  * | (Declaration pursuant to |
| LAWRENCE LASSER,  * | 28 U.S.C. § 1746 |
| * | |
| Defendants.  * | |
| * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * * * | |

1.     My name is Kevin F. Moloney.  I am a member of the bar of this court and co-counsel of

record to plaintiff Lisa Svensson ("Svensson") in this case.  I have personal knowledge of

the facts set forth herein.

2.     The facts set forth in Svensson's memorandum in support of her motion to compel

concerning expert depositions and for Rule 37(c) sanctions and in her memorandum in

support of her motion for sanctions, pursuant to 28 U.S.C. 1927, both as modified by

counsel's letter, dated February 8, 2008, to the court, are true.

Signed under the penalty for perjury this 15th day of February 2008

/s/ Kevin F. Moloney

Lisa Svensson, plaintiff,

By her attorneys,

BARRON & STADFELD, P.C.

/s/ Kevin F. Moloney_____
Kevin F. Moloney  BBO No. 351000
100 Cambridge Street, Suite 1310

Boston, Massachusetts  02114
Tel.: 617.723.9800/531.6569

and

/s/ John K. Weir_____
John K. Weir, Admitted PHV
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, New York, 10022
Tel.: 212.572.5374

Date: February 15, 2007

Certificate of Service.
    This document, filed through the ECF System, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


/s/ Kevin F. Moloney


Dated: February 15, 2007

[423033.1]

2