UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| * * * * * * * * * * * * * * | Civil Action No. 04-12711-PBS |
| LISA SVENSSON | |
| | BBO No. 351000 |
|     Plaintiff, | |
| | Plaintiff Svensson's |
| v. | Motion to Impound the |
| | Putnam Produced |
| PUTNAM INVESTMENTS, | Documents That are |
| LLC f/k/a PUTNAM INVEST- | Listed in Exhibit B |
| MENTS, INC. and LAWRENCE | to the Affidavit of |
| J. LASSER, | of Kevin F. Moloney, |
| | Filed February 15, 2008 |
|     Defendants. | |
| * * * * * * * * * * * * * * | |

    Plaintiff Lisa Svensson ("Svensson"), in light of the protective order concerning confidential information, moves the court to impound the Putnam produced documents that are listed in Exhibit B to the Affidavit of Kevin F. Moloney, filed February 15, 2008,[1] and which are being filed sealed and in paper format

                                    LISA SVENSSON, plaintiff,

                                    By her attorneys,

                                    BARRON & STADFELD, P.C.

                                    /s/ Kevin F. Moloney_____
                                    Kevin F. Moloney   BBO No. 351000

---

[1] By filing the copies of the documents listed in Exhibit B to the Affidavit of Kevin F. Moloney, February 15, 2008, in paper format and sealed, Svensson does not concede that any of the information contained therein is confidential information within the meaning of the protective order.

```
                                    100 Cambridge Street, Suite 1310
                                    Boston, Massachusetts  02114
                                    Tel.: 617.723.9800/531.6569
Dated: February 20, 2008
```

<u>Certificate of Service</u>.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Copies of the documents to be impounded were delivered by messenger to the court clerk and counsel of record:

/s/ Kevin F. Moloney

Dated: February 20, 2008

[423309.1]

2