```
              UNITED STATES DISTRICT COURT
                DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| * * * * * * * * * * * * * <br> \* <br> LISA SVENSSON    \* <br> \* <br>     Plaintiff,  \* <br> \* <br> v.    \* <br> \* <br> PUTNAM INVESTMENTS, LLC,  \* <br> et al.,    \* <br> \* <br>     Defendants.  \* <br> \* <br> * * * * * * * * * * * * * | Civil Action No. 04-12711-PBS <br><br> BBO No. 351000 <br><br> <u>Emergency Motion</u> <br> of Plaintiff Svensson <br> for Order Postponing <br> the Tuesday, February <br> 26, 2008, Hearing on <br> Defendants' Summary <br> Judgment Motions <br><br> and <br> Memorandum in Support <br><br> and <br> Request for Hearing and <br> Oral argument <br><br> and <br> Certificate as to Compliance <br> With Local Rule 7.1(a(2) |

<u>MOTION</u>.

On an emergency basis, plaintiff Lisa Svensson ("Svensson") moves the court to enter an order postponing, to a date to be determined by the court, the presently scheduled Tuesday, February 26, 2008, hearing on the defendants' summary judgment motions. The grounds for this motion are set forth in the memorandum section that follows.

<u>MEMORANDUM</u>.

1. <u>The Magistrate Judge has not issued decisions on Svensson's Motion to Compel Concerning Expert Depositions and for Sanctions, Pursuant to Fed. R. Civ. P. 37(c) and on Svensson's Motion for Sanctions,</u>

<u>Pursuant to 28 U.S.C. § 1927, which were referred to the Magistrate Judge by this court's order of February 11, 2008</u>.

By order entered February 11, 2008, this court (Saris, D.J.) referred Svensson's Motion to Compel Concerning Expert Depositions and for Sanctions, Pursuant to Fed. R. Civ. P. 37(c), Docket Nos. 210, 211 and 214 (the "motion to compel and for Rule 37(c) sanctions") and Svensson's Motion for Sanctions, Pursuant to 28 U.S.C. § 1927, Docket Nos. 212 and 213 (the "§ 1927 motion") to Magistrate Judge Bowler.  Svensson's motions request sanctions and other relief due to Putnam's improper conduct throughout the discovery and expert witness stages of this case.  The motion to compel and for Rule 37(c) sanctions requests the granting of, among other relief requested, an order staying this case, including the summary judgment motions.

At 3:00 p.m. in the afternoon of February 11, the day of the entry of the referral order, Magistrate Judge Bowler heard oral argument on both motions.  At the conclusion of the hearing, the Magistrate Judge advised counsel for the parties that she was taking the motions under advisement.

As of the time of the filing of this motion on February 22, 2008, no decisions on the motions have been issued by the Magistrate Judge.

2. <u>Local Rule 7.1(b)(2) allows Svensson 14 days or until March 7, 2008, to file her memorandum in opposition to Putnam's February 22, 2008, motion to strike Exhibit B</u>

> to the Affidavit of Kevin F. Moloney and portions of
> the Svensson affidavits, which Svensson filed in
> support of her oppositions to the summary judgment
> motions.

On Friday, February 22, 2008, four days before the presently scheduled Tuesday, February 26, 2008, hearing of the summary judgment motions, Putnam filed a motion to strike Exhibit B of the Affidavit of Kevin F. Moloney ("Moloney affidavit"), Docket Nos. 230, 232, and portions of the Affidavits of Lisa Svensson (the "Svensson affidavits"), Docket Nos. 227, 228, which were filed in support of Svensson's oppositions to the summary judgment motions. Putnam's purpose is to prevent the court from considering numerous Putnam authored documents that it produced in compliance with orders of the court and in response to Svensson's requests for production of documents in this case. Exhibit B to the Moloney affidavit contains copies of the numerous Putnam authored documents at issue.[1] Local Rule 7.1(b)(2) allows Svensson 14 days or, as applied to the present case, to Friday March 4, 2008, within which to file her memorandum in opposition to the Putnam motion.

3. > Svensson should be granted at least as much time as
>    Putnam took to prepare its reply, filed Friday,
>    February 22, 2008, within which to prepare and file
>    her sur-reply.

---

[1] A five page list of the documents, each stamped by Putnam with its Bates Number code, "PRM-____", was filed electronically via the ECF system. Because of the confidentiality order, Svensson filed the actual documents, sealed, with a motion to impound.

At 7:26 p.m. on Thursday, February 21, 2008, Putnam filed a reply memorandum to Svensson's opposition to the Putnam motion for summary judgment.[2] Putnam took virtually a week from the filing of Svensson's February 15, 2008, opposition, to prepare and file its reply memorandum.[3] Svensson should be allowed at least the same time within which to file her sur-reply.

4. Conclusion and relief requested.

Each of these three matters has a substantial and material adverse effect on the ability of Svensson to compete fairly at the presently scheduled February 26, 2008, summary judgment hearing.

Accordingly, Svensson requests the court to enter an order postponing the hearing of the summary judgment motions.

REQUEST FOR HEARING AND ORAL ARGUMENT.

Svensson requests a hearing and oral argument.

CERTIFICATE AS TO COMPLIANCE WITH LOCAL RULE 7.1(B)(2).

On February 22, 2008, counsel for Svensson and counsel for Putnam discussed the relief sought by this motion but no agreement was reached.

LISA SVENSSON, plaintiff,

---

[2] In the absence of a provision for the filing of a reply and a sur-reply in the court approved schedule, *Putnam* apparently relied upon the language of the court's January 8, 2008, order allowing additional pages for the initial summary judgment memoranda ("Any replies and sur-replies shall be limited to 20 pages....") to file the memorandum without first seeking leave to do so.
[3] There is no time period established by court order within which a reply or sur-reply must be filed.

        By her attorneys,

        BARRON & STADFELD, P.C.

        /s/ Kevin F. Moloney_____
        Kevin F. Moloney   BBO No. 351000
        100 Cambridge Street, Suite 1310
        Boston, Massachusetts  02114
        Tel.: 617.723.9800/531.6569

        and

        /s/ John K. Weir_____
        John K. Weir, Admitted PHV
        John K. Weir Law Offices, LLC
        300 Park Avenue, Suite 1700
        New York, New York, 10022
        Tel.: 212.572.6374

Dated: February 22, 2008

<u>Certificate of Service</u>.

    This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

        /s/ Kevin F. Moloney_____

Dated: February 22, 2008

[_____.1]