```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS


* * * * * * * * * * * * *    Civil Action No. 04-12711-PBS
                         *
LISA SVENSSON            *
                         *   BBO No. 351000
         Plaintiff,      *
                         *   Plaintiff's Emergency Motion
v.                       *   for Relief, Pursuant to
                         *   Fed. R. Civ. P. 56(f),
PUTNAM INVESTMENTS,      *   Concerning Putnam Authored
LLC et al.,              *   Documents
                         *
         Defendants.     *
                         *   and
* * * * * * * * * * * * *    Verification
```

On an emergency basis, but without requesting the court to change the May 12, 2008, trial date, plaintiff Lisa Svensson ("Svensson") moves the court in connection with the defendants' motions for summary judgment, to grant her relief, pursuant to Fed. R. Civ. P. 56(f), for the following reasons and purposes in connections with the defendants' motions for summary judgment:

    1.   Svensson supported her oppositions, filed February 15, 2008, to the motions for summary judgment of defendants Lasser and Putnam Investments, LLC ("Putnam") by her responses to the defendants respective Rule 56.1 Statements of Fact and in her Fifth and Sixth Affidavits.  She did so by, among other things, numerous citations, by transcript, page and line numbers, to deposition testimony of various witnesses, and by citations to specifically identified pages of Putnam authored documents that

are identified by the Putnam Bates number code, "PRM \_\_\_\_," which Putnam produced in response to requests for production and in compliance with court orders. The "PRM" document pages to which specific reference in Svensson's opposition papers are made are included in Exhibit B to the Affidavit of Kevin F. Moloney, filed February 15, 2008.

    2.  On Friday, February 22, 2008, defendant Putnam Investments, LLC filed a motion to strike the entirety of Exhibit B contending that all of such Putnam authored documents included in Exhibit B should not be considered on summary judgment claiming that they are not shown to be authentic and that all of them are improper hearsay.[1]

    3.  If the court decides that for purposes of dealing with the Putnam and Lasser motions for summary judgment, it is necessary to consider Putnam's arguments, Svensson, without requesting a change in the May 12, 2008, trial date, requests the court to enter the following relief:

> Granting a continuance so as to allow with leave of court a prompt Rule 30(b)(6) deposition of Putnam to obtain from Putnam its testimony that, despite Putnam's claims to the contrary, the Putnam authored PRM documents to which reference is made in Svensson's

---

[1] Svensson does not waive, and specifically relies upon, her right under the Local Rules to file an opposition to the motion to strike within 14 days of the service that motion.

Fifth Affidavit, her Sixth Affidavit or in her responses to the respective Rule 56.1 statements, in fact are authentic and that, assuming, <u>arguendo</u>, that any of them otherwise would be inadmissible as hearsay, that, in fact, they come within exceptions to the hearsay rules as, for example, admissions or business records.

Signed under the penalty for perjury this 25th day of February 2008.

>LISA SVENSSON, plaintiff,
>
>By her attorneys,
>
>BARRON & STADFELD, P.C.
>
>/s/ Kevin F. Moloney_____
>Kevin F. Moloney   BBO No. 351000
>100 Cambridge Street, Suite 1310
>Boston, Massachusetts  02114
>Tel.: 617.723.9800/531.6569
>
>and
>
>/s/ John K. Weir_____
>John K. Weir, Admitted PHV
>John K. Weir Law Offices, LLC
>300 Park Avenue, Suite 1700
>New York, New York, 10022
>Tel.: 212.572.5374

Dated: February 25, 2008

Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on

the Notice of Electronic Filing.

          /s/ Kevin F. Moloney_____
          Kevin F. Moloney BBO No. 351000
          BARRON & STADFELD, P.C.
          100 Cambridge Street, Suite 1310
          Boston, Massachusetts 02114
          Tel.: 617.723.9800/531.6569

Dated: February 25, 2008

5

[423627.1]

5