```
            UNITED STATES DISTRICT COURT
             DISTRICT OF MASSACHUSETTS
```

| | |
|---|---|
| * * * * * * * * * * * * * * | Civil Action No. 04-12711-PBS |
| LISA SVENSSON | |
| | BBO No. 351000 |
| Plaintiff, | |
| | Seventh Affidavit |
| v. | of |
| | Lisa Svensson |
| PUTNAM INVESTMENTS, | |
| LLC f/k/a PUTNAM INVEST- | (Declaration pursuant |
| MENTS, INC. and LAWRENCE | to 28 U.S.C. §1746) |
| J. LASSER, | |
| | |
| Defendants. | |
| * * * * * * * * * * * * * * | |

1.  My name is Lisa Svensson. I am the plaintiff in this case. I was employed as an investment professional in the Investment Management Division of defendant Putnam Investments, LLC ("Putnam") from July 1994 through September 15, 2003. A copy of my resume is annexed to the Second Affidavit of Lisa Svensson, filed April 20, 2006, as Exhibit 1. I have personal knowledge of the facts set forth herein.

2.  Accompanying this affidavit as Exhibit "A," are copies of the resumes of various investment professionals in the Putnam IMD, that I obtained from time to time from he Putnam website, which are submitted in support of, among

others, the failure to promote claims and the equal pay claims.

3. Accompanying this affidavit as Exhibit "B," are excerpts from the Putnam filings with the SEC from the SEC website that I obtained for the Putnam funds affected by the "re-building" of the growth team in 2002, which are submitted in support of, among others, the demotion and failure to promote claims.

4. Accompanying this affidavit as Exhibit "C," is a copy of Exhibit 2 to the Putnam 30(b)(6) deposition, November 29, 2006 (list of partners 1999-2003) as produced by Putnam.

5. Accompanying this affidavit as Exhibit "D," are excerpts from Morningstar reports re: performance of Putnam funds that I obtained from Morningstar.

6. Accompanying this affidavit as Exhibit "E," is a chart entitled "Promotion to MD Claim Facts."

7. Accompanying this affidavit as Exhibit "F," is a chart entitled "Compensation Claim Facts."

8. Accompanying this affidavit as Exhibit "G," is a chart entitled "Failure to Promote to PM Claim Facts."

9. Accompanying this affidavit as Exhibit "H," is a chart entitled "Affirmative Duty Claim Facts."

10. Accompanying this affidavit as Exhibit "I," is a chart showing a comparison of Brooks' experience and qualification with mine.

11. Accompanying this affidavit as Exhibit "J," is a chart as to Growth Fund Performance Facts - 2000 submitted in relation to the 2002 "re-building" and in support of the demotion/transfer claim.

12. Accompanying this affidavit as Exhibit "K," is a chart, "Demotion Claim Facts."

13. The facts set out in the above referred to charts, as indicated respectively therein, are taken from Putnam produced documents ("PRM ____") and the above referred to SEC filings, Putnam website, Morningstar reports, resumes, the above referred to Exhibit 2, and the report of Paul White, PhD., previously filed.

14. In the ADR position, approximately 30% of my time was required as Manager of Putnam's Energy Team and as Manager of its Basic Materials team.  Approximately 30% of my time was service as portfolio manager of Putnam's Global Natural Resources Fund, a $250,000,000 investment fund. Approximately 30% of my time was required to analyze, recommend, and maintain detailed financial models on stocks of approximately 12 non-U.S. integrated oil companies (France, Russia, Norway, United Kingdom, etc.).  Management

of Putnam's Knowledge Management team for energy and basic materials required 10% of my time.

Signed under penalty for perjury this 4th day of March 2008.

_____
Lisa Svensson, plaintiff

<u>Certificate of Service</u>.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/Kevin F. Moloney
Kevin F. Moloney BBO No. 351000
BARRON & STADFELD, P.C.
100 Cambridge Street, Suite 1310
Boston, Massachusetts 02114
Tel.: 617.723.9800/531.6569

Dated: March 4, 2008