**Exhibit A**

**Resumes
Part 1 of 7**

manager and chief investment officer for Prudential and five years as head of Japanese equities sales for Salomon Brothers.

Warren holds a degree in economics from Cambridge University in the United Kingdom.

Putnam Investments is one of the nation's oldest and largest money management firms, with 60 years of experience in equity and fixed-income mutual fund investing and a 30-year record in institutional management. Putnam manages assets exceeding $180 billion for more than 8 million individual investors and 575 institutional clients. Putnam has offices in Boston, London and Tokyo.

 

BACK TO MENU

For more information about the Putnam Family of Funds, including investment policies, charges, and expenses, ask your financial advisor for a free prospectus or call Putnam Investments toll free at 1-888-4-PUTNAM (1-888-478-8626). Please read the prospectus carefully before you invest or send money.

Copyright 1998, Putnam Mutual Funds Corp.

Member, NASD, Inc.

**PUTNAM INVESTMENTS**

Funds & Performance
FUND INFORMATION

## PUTNAM Investors FUND

▶ Management Team          Back to Fund Information ▲

## Manuel Herrero Weiss CFA

### Assignments

| Funds | Managed Fund Since |
|---|---|
| Investors Fund | June 1, 1996 |

### Biography

Mr. Weiss is Senior Vice President and Portfolio Manager in the Core Growth Equity team responsible for major institutional and Taft-Hartley clients, and co-manager of Putnam Investors Fund. He joined Putnam in 1987 to head the quantitative effort in the development of the Core Growth Equity product. Since that time, he has overseen the systematic aspects of the Core Growth Equity investment process. Mr. Weiss is a Chartered Financial Analyst and has 10 years of investment experience.

### Education

| | |
|---|---|
| Massachusetts Institute of Technology | B.S. |
| Northeastern University | M.B.A. |

### History

| Company | Title | Period |
|---|---|---|
| Boston Financial Data Systems | Manager of Financial Planning | 1981-1984 |
| Pride Systems | Account Executive | 1984-1987 |



For more information about the Putnam Family of Funds and variable annuity products, including investment policies, charges, and expenses, ask your financial advisor for a free prospectus or click on the prospectus section to view or download a prospectus. Please read the prospectus carefully before you invest or send money.

Copyright 1996, Putnam Mutual Funds Corp., Distributor

Member, NASD, Inc.



**Funds & Performance**
**FUND INFORMATION**

**PUTNAM INVESTMENTS**

## PUTNAM Vista FUND

▶ Management Team          Back to Fund Information ▲

### Eric M Wetlaufer CFA

#### Assignments

| Funds | Managed Fund Since |
|---|---|
| PCM Vista | December 1, 1997 |
| Vista Fund | December 1, 1997 |

#### Biography

Mr. Wetlaufer joined Putnam in 1997 as Team Leader of MidCap Growth Equity, and heads the management team for institutional mid-cap portfolios. He is a Chartered Financial Analyst and has 12 years of investment industry experience.

#### Education

Wesleyan University                                              B.A.

#### History

| Company | Title | Period |
|---|---|---|
| The Boston Company | Portfolio Manager/Analyst | 1985-1990 |
| Northfield Information Services | Vice President, Marketing & Product Development | 1990-1991 |
| Cadence Capital Management | Managing Director, Portfolio Manager/Analyst | 1991-1997 |



For more information about the Putnam Family of Funds and variable annuity products, including investment policies, charges, and expenses, ask your financial advisor for a free prospectus or click on the prospectus section to view or download a prospectus. Please read the prospectus carefully before you invest or send money.

Copyright 1996, Putnam Mutual Funds Corp., Distributor

Member, NASD, Inc.




News & Outlook
**PRESS RELEASE**

**PUTNAM INVESTMENTS**

# Press RELEASE ARCHIVE

## Eric Wetlaufer to lead Putnam's mid-cap team

November 11, 1997 -- Eric M. Wetlaufer has been named managing director, senior portfolio manager at Putnam Investments. He will head the mid-cap investment team within Putnam's core growth equity group.

"Eric's investment management expertise in a team environment, his knowledge of fundamental and quantitative research tools, and his experience in client service will immediately enhance our mid-cap capability," said managing director Carol McMullen, chief investment officer of the core growth equity group.

"He will have the opportunity to apply his senior-level experience at a firm with our depth of resources."

Wetlaufer's team manages more than $6.3 billion in mid-cap equity investments for retail and institutional investors. Wetlaufer will be the lead manager of the $4.4 billion Putnam Vista Fund.

Wetlaufer joins Putnam from Cadence Capital Management in Boston, where he managed $4.7 billion as a senior member of the investment team. He had been managing director, portfolio manager/analyst at Cadence since 1991.

Previously, he was vice president for Northfield Information Services in Boston, with responsibility for the development of quantitative security selection and attribution modeling. Wetlaufer also was a portfolio manager/analyst at The Boston Company.

Wetlaufer graduated from Wesleyan University and is a chartered financial analyst. He is president of the Boston Security Analysts Society.

         
                              BACK TO MENU

For more information about the Putnam family of funds, including investment policies, charges, and expenses, ask your financial advisor for a free prospectus or click on the prospectus section to view or download a prospectus or call Putnam Investments toll free at 1-888-4-PUTNAM (1-888-478-8626). Please read the prospectus carefully before you invest or send money.

Edward Jones: Mutual Fund Families                                                                Page 1 of 2

# Portfolio Managers

**PUTNAM** INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

## James C. Wiess

*Back to Management Team*

### Biography

Mr. Wiess is Managing Director and Chief Investment Officer of the U.S. Core team. He is a portfolio leader on the Investors Fund, Capital Appreciation Fund and Tax Smart Equity Fund. Mr. Wiess joined Putnam in 2000. Mr. Wiess is a CFA charterholder with 19 years of investment experience.

### Education

| School | Degree |
|---|---|
| University of Pennsylvania, Wharton School | B.S., Finance, Economics |

### Funds Managed

| Fund | Managed Since |
|---|---|
| Capital Appreciation Fund | |
| Investors Fund | |
| Putnam Capital Appreciation Subaccount | |
| Putnam Investors Subaccount | |
| Tax Smart Equity Fund | |

### History

| Company | Title | Period |
|---|---|---|
| Data Resources/McGraw-Hill Inc. | Consultant | 1982-84 |
| Oppenheimer & Company, Inc. | Head of Stock Index Arbitrage Department | 1984-1991 |

Edward J[...]s: Mutual Fund Families

age 2 of

Senior Portfolio Manager, Structured Equity Group

1992-2000

J.P. Morgan Investment Management

*Back to Management Team*

Copyright 2006, Putnam Retail Management

US Home | Site Map | Feedback | Canada Home | UK Home | Privacy | Disclosure

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

http://www.putnam.com/HTML/edwardjones/manager_2302.html

3/27/200

Edward Jones: Mutual Fund Families                                                                Page 1 of 2

# Portfolio Managers

**PUTNAM** INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

*Back to Management Team*

## Michael R. Yogg Ph.D.

### Biography

Dr. Yogg is a Managing Director and Sector Team Leader in the Global Equity Research team. Dr. Yogg is portfolio leader on the Utilities Growth and Income Fund. Dr. Yogg joined Putnam in 1997 and is a CFA charterholder with 24 years of investment experience.

### Education

| School | Degree |
|---|---|
| Yale University | B.A. |
| Harvard University | Ph.D., M.A. |

### Funds Managed

| Fund | Managed Since |
|---|---|
| Global Natural Resources Fund | |
| Putnam Research Subaccount | |
| Putnam Utilities Growth and Income Subaccount | |
| Research Fund | |
| Utilities Growth and Income Fund | |

### History

| Company | Title | Period |
|---|---|---|
| U.S. Navy | Lieutenant, j.g. | 1969-1972 |
| Harvard University | Teaching Fellow | 1974-1978 |

http://putnam.com/HTML/edwardjones/manager_2401.html                                              3/26/2006