**Exhibit A**

**Resumes**
**Part 2 of 7**

Edward J__'s: Mutual Fund Families

# Portfolio Managers

PUTNAM INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

*Back to Management Team*

## Paul D. Scanlon

### Biography

Mr. Scanlon is Managing Director and Team Leader in the Core Fixed Income High Yield team. Mr. Scanlon is a portfolio leader on the High Yield Trust, High Yield Advantage Fund, Floating Rate Income Fund and Managed High Yield Trust and a portfolio member on the Diversified Income Trust, Premier Income Trust and Master Intermediate Income Trust. Mr. Scanlon joined Putnam in 1999. Mr. Scanlon is a CFA charterholder with 18 years of investment experience.

### Education

| School | Degree |
|---|---|
| Colgate University | B.A., Economics |
| University of Chicago | M.B.A., Economics |

### Funds Managed

| Fund | Managed Since |
|---|---|
| Convertible Income-Growth Trust | |
| Diversified Income Trust | |
| Floating Rate Income Fund | |
| High Income Securities Fund | |
| High Yield Advantage Fund | |
| High Yield Trust | |
| Managed High Yield Trust | |
| Master Intermediate Income Trust | |
| Premier Income Trust | |

Edward Jones: Mutual Fund Families

Putnam High Yield Subaccount

**History**

| Company | Title | Period |
|---|---|---|
| National Westminster Bank | Asst. Treasurer, Corporate Finance | 1986-1990 |
| Fidelity Investments | Senior Analyst, Fixed Income | 1992-1997 |
| Olympus Health Care Group | Senior Vice President | 1997-1999 |

*Back to Management Team*

Copyright 2006, Putnam Retail Management

US Home | Site Map | Feedback | Canada Home | UK Home | Privacy | Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

**Funds & Performance**
**FUND INFORMATION**
**PUTNAM INVESTMENTS**

## PUTNAM

## International VOYAGER

▶ Management Team        Back to Fund Information ▲

## Justin M. Scott

### Assignments

| Funds | Managed Fund Since |
|---|---|
| International Growth and Income Fund | August 1, 1996 |
| International Growth Fund | February 1, 1991 |
| International Voyager Fund | January 1, 1996 |
| PCM International Growth and Income | January 1, 1997 |
| PCM International Growth | January 1, 1997 |
| Europe Growth Fund | September 1, 1990 |

### Biography

Mr. Scott joined Putnam in 1988 as an International Equity Group Portfolio Manager. He has a strong background in quantitative investment techniques and has been instrumental in developing the International Equity Group's stock selection process. Mr. Scott manages several of Putnam's International Equity Institutional Accounts, along with Putnam's International Trust, and Putnam's European Equity regional accounts. He has 15 years of investment experience.

### Education

Durham University, England                      B.A. (Combined Honors)

### History

| Company | Title | Period |
|---|---|---|
| Lazard Investors Ltd., London | Executive Director, Portfolio Manager | 1981-1988 |



For more information about the Putnam Family of Funds and variable annuity products, including investment policies, charges, and expenses, ask your financial advisor for a free prospectus or click on the prospectus section to view or download a prospectus. Please read the prospectus carefully before you invest or send money.

Copyright 1996, Putnam Mutual Funds Corp., Distributor

Member, NASD, Inc.

http://www.putnam.com/dcpademo/shareweb/HTML/frames/107manager83.html            12/5/2005

Edward Jones: Mutual Fund Families

# Portfolio Managers

Mutual Funds

Putnam Investments

Why Putnam Investments?

*Back to Management Team*

**PUTNAM** INVESTMENTS

page 1 of 2

## Edward T. Shadek Jr.

### Biography

Mr. Shadek is Managing Director, Deputy Head of Investments and Chief Investment Officer of the Small Cap Equities and Small and Mid Cap Value teams. He is the portfolio leader for the Small Cap Value and Mid Cap Value Funds. Mr. Shadek rejoined Putnam in 1997 after having begun his career here in 1987. Mr. Shadek is a Certified Public Accountant with 17 years of investment experience.

### Education

| School | Degree |
|---|---|
| Pomona College | B.A., Mathematics |
| Harvard University Graduate School of Business | M.B.A. |

### Funds Managed

| Fund | Managed Since |
|---|---|
| Mid Cap Value Fund | |
| Putnam Mid Cap Value Subaccount | |
| Putnam Small Cap Value Subaccount | |
| Small Cap Value Fund | |

### History

| Company | Title | Period |
|---|---|---|
| Steinhardt Partners | Analyst, Portfolio Manager | 1992 |
| Newbold's Asset Management | Director of Portfolio Strategy | 1993-1997 |

Edward J      s: Mutual Fund Families                                                                                      age 2 of

*Back to Management Team*

Copyright 2006, Putnam Retail Management

US Home    Site Map    Feedback    Canada Home    UK Home    Privacy    Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

Edward T. Shadek Jr., CPA

[Back to Management]

## Edward T. Shadek Jr., CPA

### Assignments

| Product | Start |
|---|---|
| Putnam Small Cap Value Subaccount (Cap Acc) | |
| Putnam Small Cap Value Subaccount (Allstate) | |
| Putnam Small Cap Value Subaccount | |
| Small Cap Value Fund | April 13, 1999 |
| Putnam Small Cap Value Subaccount (A Plus) | March 1, 2000 |

### Biography

Mr. Shadek is Managing Director and Chief Investment Officer of the Small Cap Value Equity Group. In this role he oversees day-to-day operation. Mr. Shadek rejoined Putnam in 1997 as Senior Vice President and Senior Portfolio Manager in the Value Equity Group after having begun his career here in 1987. He was formerly a member of the Large Cap Value team. Mr. Shadek is a Certified Public Accountant and has 12 years of investment experience.

### Education

Pomona College, B.A., Mathematics  
Harvard University Graduate School of Business, M.B.A.

### History

| Company | Title | Period |
|---|---|---|
| Steinhardt Partners | Analyst, Portfolio Manager | 1992 |
| Newbold's Asset Management | Director of Portfolio Strategy | 1993-1997 |

If you are having difficulty using this Web site, please call Putnam Investments at 1.800.362.6061. For m ore information about Putnam products, click the Contact Us button.

Copyright 2000, Putnam Retail Management, Inc

# Portfolio Managers

**PUTNAM** INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

## Christopher J. O'Malley

*Back to Management Team*

**Biography**

Mr. O'Malley is Vice President and Analyst in the Global Equity Research team. Mr. O'Malley is co-portfolio leader on the Global Natural Resource Fund. Mr. O'Malley, who joined Putnam in 2001, is a CFA charterholder with six years of investment industry experience.

**Education**

| School | Degree |
|---|---|
| Providence College | B.A. |
| University of Chicago | M.B.A. |

**Funds Managed**

| Fund | Managed Since |
|---|---|
| Global Natural Resources Fund | |
| Putnam Research Subaccount | |
| Putnam Utilities Growth and Income Subaccount | |
| Research Fund | |
| Utilities Growth and Income Fund | |

**History**

| Company | Title | Period |
|---|---|---|
| Eaton Vance Management | Research Associate | 1996-1998 |
| Eaton Vance Management | Equity Analyst | 1998-1999 |

Edward J[...]: Mutual Fund Families

J.P. Morgan

Summer Associate

*Back to Management Team*

Copyright 2006, Putnam Retail Management

U.S. Home | Site Map | Feedback | Canada Home | UK Home | Privacy | Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

age 2 of 2000

http://putnam.com/HTML/edwardjones/manager_4953.html

3/26/200



**PUTNAM INVESTMENTS**

# Press RELEASE

## Putnam adds Ted Finch and Margery Parker to core growth equities team

January 8, 1998 -- Ted Finch and Margery Parker have been named senior vice presidents and portfolio managers on Putnam Investment's domestic core growth equities team.

*VISTA —*

Finch is co-manager of Putnam Capital Appreciation Fund and Parker will be co-manager of Putnam Vista Fund.

Finch came to Putnam in December 1997. He began his investment career in 1984 as an analyst at State Street Research and Management in Boston. In 10 years with State Street, Finch followed large- and mid-cap value and growth stocks. Finch became a senior vice president and portfolio manager, overseeing a market-neutral fund for two years.

Most recently, Finch worked at M.A. Weatherbie and Company in Boston as a managing director. He focused on small- and mid-cap growth stocks, especially those of business service, health-care, and consumer-related companies.

Finch received a master's degree from Massachusetts Institute of Technology's Sloan School of Management and a bachelor's degree from Hampshire College.

Parker came to Putnam in December 1997. She began her investment career in 1984 as a research associate with State Street Research and Management, where she followed the software and microcomputer industries for two years. Parker was a research analyst/assistant portfolio manager with Mosley Capital before joining the Keystone Funds as an equity analyst in 1988.

In nine years with the company, she followed health, insurance, publishing, cable television, and broadcasting stocks. Parker also managed Evergreen Keystone's MidCap Growth Fund beginning in 1995 and was involved in the management of the Omega Growth Fund.

Parker earned a bachelor's degree from Wellesley College and a master's degree in business administration from Babson College.



News & Outlook
**PRESS RELEASE**

**PUTNAM INVESTMENTS**

# Press RELEASE ARCHIVE

## Putnam Investments Names Managers to Emerging Markets Equity Group

BOSTON, Massachusetts (May 8, 1997) -- Putnam Investments has appointed Debbie Farrell and Carmel Peters senior portfolio managers in its emerging markets equity group.



Farrell and Peters will share oversight of the emerging markets team's investments in Asia, with Peters managing holdings in China, Korea, Indonesia and Thailand and Farrell those in India, Malaysia, Taiwan and the Philippines. Each will hold the title of senior vice president, senior portfolio manager.

"Carmel and Debbie bring an enormous amount of knowledge and experienced judgment to our emerging markets team," said Thomas Haslett, chief investment officer for Putnam's emerging markets equity team. "And because their expertise includes developed markets in Asia, their contributions will be felt by Putnam's overall international equity program."

Putnam's emerging markets equity unit manages more than $1 billion in assets, including $55 million in the Putnam Emerging Markets Fund.

For the last three years, Farrell was a senior portfolio manager with Emerging Markets Investors Corp. in Washington, where she oversaw the Asian portion of the Emerging Markets Investors Fund and Emerging Markets Strategic Fund. She spent the prior 10 years with the World Bank/IFC, where her responsibilities included investing in Asian private equity and debt as well as structuring derivative transactions for the bank's treasury department. Farrell has a bachelor's degree from Georgetown University and an MBA from the Wharton School.



For the last 13 years, Peters was a fund manager in Asia with Rothschild Asset Management and Wheelock NatWest

Investment Management. Peters holds a bachelor's degree in economics and a master's degree in mathematics and computer science from the University of Geneva, Switzerland.


**BACK TO MENU**

For more information about the Putnam Family of Funds, including investment policies, charges, and expenses, ask your financial advisor for a free prospectus or call Putnam Investments toll free at 1-888-4-PUTNAM (1-888-478-8626). Please read the prospectus carefully before you invest or send money.

Copyright 1998, Putnam Mutual Funds Corp.

Member, NASD, Inc.

**Funds & Performance**  **PUTNAM INVESTMENTS**
**FUND INFORMATION**

## PUTNAM

Vista FUND

▶ Management Team          Back to Fund Information ▲

# David J. Santos

### Assignments

| Funds | Managed Fund Since |
|---|---|
| Vista Fund | December 1, 1996 |
| PCM Vista | January 1, 1997 |

### Biography

Mr. Santos joined Putnam in 1986 as Pricing Operations Manager and subsequently worked as Manager of Statistical Analysis. In 1991, Mr. Santos became a Diversified Growth Group Asset Allocation Analyst, and, in 1992, joined Core Growth Equity. Mr. Santos is now a Portfolio Manager serving institutional and Taft-Hartley clients, with additional management responsibilities for Putnam Investors Fund and Putnam Balanced Growth Fund. Mr. Santos has 10 years of investment industry experience.

### Education

| | |
|---|---|
| Salem State College | B.S. |
| Suffolk University | M.B.A. |

### History

| Company | Title | Period |
|---|---|---|
| State of Massachusetts Public Employee Retirement Admin | Investment Analyst | 1985-1986 |



For more information about the Putnam Family of Funds and variable annuity products, including investment policies, charges, and expenses, ask your financial advisor for a free prospectus or click on the prospectus section to view or download a prospectus. Please read the prospectus carefully before you invest or send money.

Copyright 1996, Putnam Mutual Funds Corp., Distributor

Member, NASD, Inc.

PUTNAM INVESTMENTS

Portfolio Managers

Mutual Funds

Putnam Investments

Why Putnam Investments?

*Back to Management Team*

## Hugh H. Mullin

**Biography**

Mr. Mullin is Managing Director and Senior Portfolio Manager in the Large Cap Value. He is portfolio leader for the Putnam Fund for Growth and Income. Mr. Mullin joined Putnam in 1986. Mr. Mullin is a CFA charterholder with 18 years of investment experience.

**Education**

| School | Degree |
|---|---|
| University of Massachusetts | B.A. (summa cum laude) |

**Funds Managed**

| Fund | Managed Since |
|---|---|
| Classic Equity Fund | |
| Convertible Income-Growth Trust | |
| Equity Income Fund | |
| Fund for Growth and Income | |
| George Putnam Fund of Boston | |
| High Income Securities Fund | |
| New Value Fund | |
| Putnam Equity Income Subaccount | |
| Putnam Growth and Income Subaccount | |
| Putnam New Value Subaccount | |
| The George Putnam Fund Subaccount | |

## History

| Company | Title | Period |
|---|---|---|
| Honeywell Company | Financial Analyst | 1985-1986 |

*Back to Management Team*

Copyright 2006, Putnam Retail Management

USA Home | Site Map | Feedback | Canada Home | UK Home | Privacy | Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

# Portfolio Managers

Mutual Funds

Putnam Investments

Why Putnam Investments?

**PUTNAM** INVESTMENTS

*Back to Management Team*

## Stephen S. Oler

**Biography**

Mr. Oler is Senior Vice President and Senior Portfolio Manager in the International Core team. He is a portfolio member on the International Equity Fund. Mr. Oler joined Putnam in 1997. Mr. Oler is a CFA charterholder with 17 years of investment experience.

**Education**

| School | Degree |
|---|---|
| University of Pennsylvania | B.A. |
| Cambridge University (U.K.) | Masters in Philosophy |

**Funds Managed**

| Fund | Managed Since |
|---|---|

**History**

| Company | Title | Period |
|---|---|---|
| Baring Asset Management | Senior Vice President, Latin American Equities | 1985-1996 |

*Back to Management Team*

Copyright 2006, Putnam Retail Management

Edward Jones Mutual Fund Families

| US Home | Site Map | Feedback | Canada Home | UK Home | Privacy | Disclosures |

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC. This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.



RELEASE ARCHIVE

## Putnam Investments Names Stephen Oler to Emerging Markets Group

BOSTON, Massachusetts (June 13, 1997) -- Putnam Investments announced that Stephen Oler will join the firm as senior vice president and senior portfolio manager for its emerging markets equities group. Oler will be directly involved in the team's investments in Latin America.

"Steve brings an enormous amount of experience and judgment to our emerging markets efforts," said Thomas Haslett, chief investment officer for Putnam's emerging markets team. "His specific knowledge of Latin America, together with his global perspective, ensures that Steve's contributions will extend to other parts of Putnam's international equity program."

The emerging markets team manages more than $1 billion for Putnam's institutional and retail clients. The total includes more than $55 million in the Putnam Emerging Markets Fund.

Mr. Oler joins Putnam from Templeton Investment Counsel in Fort Lauderdale, Florida, where he was an analyst and portfolio manager for the Templeton Latin America Fund. For the prior seven years, he was with Baring Asset Management in Boston and London. He served as a Latin American equity specialist, analyst and portfolio manager.

Oler has a bachelor's degree in American history from the University of Pennsylvania and a master's degree in international relations from Cambridge University in the United Kingdom. He is a chartered financial analyst.



BACK TO MENU

For more information about the Putnam Family of Funds, including investment policies, charges, and expenses, ask your financial advisor for a free prospectus or call Putnam Investments toll free at 1-888-4-PUTNAM (1-888-478-8626). Please read the prospectus carefully before you invest or send money.

Copyright 1998, Putnam Mutual Funds Corp.

Member, NASD, Inc.