**Exhibit A**

**Resumes**
**Part 3 of 7**

Columbia ...agement Group

# Columbia Management

> Home   > Contact Us   > Privacy

Quick Links

## Press Releases

For further information, please contact:
Charles G. Salmans
Corporate Communications
(212) 893-7280

### COLUMBIA MANAGEMENT GROUP RECRUITS COLIN MOORE
### TO HEAD ACTIVE U.S. EQUITY MANAGEMENT

Former Putnam Executive
to Head Team Managing $70 billion in Equity Portfolios

BOSTON, September 4, 2002 - Colin Moore, CFA, has joined Columbia Management Group, Inc., the asset management arm of FleetBoston Financial (NYSE: FBF), as Managing Director and Head of Active Equity Management. Mr. Moore will be based in Boston and will direct portfolio managers responsible for some $70 billion in active equity assets under management. He will report to Roger A. Sayler, Managing Director in charge of equities, said Keith Banks, Chief Investment Officer and Chief Executive of Columbia Management Group.

"Colin Moore is well known and respected in the investment community, and we are very pleased that he has joined our senior management team as we continue to build our capabilities across all investment specialties," said Mr. Banks. "In his role at Columbia Management Group, Colin will help insure that our active U.S. equity portfolio managers adhere to well-defined investment objectives related to risk, return, and asset class. This consistency of investment process is important in an organization as large as ours, which ranks among the world's 30 largest in assets under management, and among the top 20 mutual fund managers in the United States."

"We are focused upon the opportunity to build our overall equity business, and Colin will play a key role as we insure that Columbia is known for high quality portfolio management along with excellent research, trading capabilities, and innovative structured equity products," said Mr. Sayler.

"Columbia Management Group is clearly determined to build upon its strong team of portfolio managers," said Mr. Moore. "The current investment climate has underscored the value of active equity management, and this is a firm with an asset management culture, in which successful portfolio managers are recognized and rewarded. The ability to retain, recruit and reward portfolio management talent is an important factor as clients select money managers to add value to the investment process. I was attracted by the opportunity to contribute to this growth strategy based on commitment to investment excellence."

"The asset management business continues to be a core growth business and a high priority for Fleet," said Brian Moynihan, Executive Vice President in charge of Brokerage and Wealth Management at FleetBoston Financial. "Recruiting Colin Moore is another indication of our stated corporate commitment to investing in this attractive business, under Columbia Management Group, our asset management arm."

http://www.columbiamanagement.com/pr_moore.asp

Mr. Moore joins Columbia Management Group from Putnam Investments, where he was Chief Investment Officer for Global/International Equities and Associate Director of Research, personally managing $3 billion and also managing 29 analysts and a portfolio management team of five. Prior to joining Putnam in 2000, Mr. Moore was Director of Research and Chief Investment Officer for Rockefeller & Co. in New York and London, which he joined in 1993. Between 1987 and 1993, Mr. Moore held portfolio manager positions with three London-based asset management firms, Touche Remnant, Lincoln National, and Municipal Life Assurance. Previously, for eight years he was with Commercial Union in Scotland and Belfast where he was a member of a newly established investment team to develop products for the high net worth market. Mr. Moore graduated from Belfast College of Business, Belfast, Ireland.

Columbia Management Group has $160 billion in investment assets under management, ranking it among the world's 30 largest asset managers. This includes more than $50 billion in mutual fund assets under management, ranking the Columbia Management Group among the top 20 U.S. mutual fund managers. Columbia's investment portfolio is diversified by asset classes, with approximately 50 percent in equity, 30 percent in fixed income, and 20 percent in money market funds. Its asset management businesses comprise such well-known names as Liberty Funds, Stein Roe & Farnham, Columbia Management, Galaxy Funds, Liberty Wanger Asset Management, and Newport Pacific Management.

FleetBoston Financial is the seventh-largest financial holding company in the United States. A $191 billion diversified financial services company, it offers a comprehensive array of innovative financial solutions to 20 million customers.

Back to Top ◄

Privacy | Security | Accessibility | Terms of Use

Edward J[...]s: Mutual Fund Families

# Portfolio Managers

PUTNAM INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

## Gerald I. Moore

*Back to Management Team*

### Biography

Mr. Moore is Senior Vice President and Senior Portfolio Manager in the US Small and Mid Cap Core team. He is a portfolio member on the Capital Opportunities Fund. Mr. Moore joined Putnam in 1997. Mr Moore is a charterholder with 10 years of investment experience.

### Education

| School | Degree |
|---|---|
| University of Wisconsin | B.S. |
| The Amos Tuck School of Business, Dartmouth Coll. | M.B.A. |

### Funds Managed

| Fund | Managed Since |
|---|---|
| Capital Appreciation Fund | |
| Capital Opportunities Fund | |
| Putnam Capital Appreciation Subaccount | |
| Putnam Capital Opportunities Subaccount | |

### History

| Company | Title | Period |
|---|---|---|
| Sena, Weller, Rohs, Williams Investment Counsel | Assistant Portfolio Manager | 1991 |
| Cowen and Company | Vice President, Equity Analyst | 1992-1995 |

Edward Jones: Mutual Fund Families                                                                 age 2 of

The Boston Company Asset Management        Vice President, Equity Analyst        1995-1997

*Back to Management Team*

Copyright 2006, Putnam Retail Management

| U.S. Home | Site Map | Feedback | Canada Home | U.K. Home | Privacy | Disclosures |

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

Edward Jones: Mutual Fund Families

Page 1 of 2

# Portfolio Managers

**PUTNAM** INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

*Back to Management Team*

## Kelly A Morgan

### Biography

Ms. Morgan is Managing Director, Chief Investment Officer of Putnam's Large Cap Growth team and Director of Global Equity Research team. Ms. Morgan is portfolio leader on the Research Fund, Voyager Fund and Growth Opportunities Fund. She has 17 years of investment experience.

### Education

| School | Degree |
|---|---|
| Middlebury College | B.A., Mathematics |
| Harvard University Graduate School of Business | M.B.A. |

### Funds Managed

| Fund | Managed Since |
|---|---|
| Discovery Growth Fund | |
| Global Natural Resources Fund | |
| Growth Opportunities Fund | |
| Putnam Discovery Growth Subaccount | |
| Putnam Growth Opportunities Subaccount | |
| Putnam Research Subaccount | |
| Putnam Utilities Growth and Income Subaccount | |
| Putnam Voyager Subaccount | |
| Research Fund | |
| Utilities Growth and Income Fund | |

Edward Jones: Mutual Fund Families

Voyager Fund

**History**

| Company | Title | Period |
|---|---|---|
| Morgan Stanley | Analyst, Portfolio Management Group, Fiduciary Grp | 1984-1986 |
| Alliance Capital Management | Senior Vice President, Global Equity Portfolio Mgr | 1986-1996 |

*Back to Management Team*

Copyright 2006, Putnam Retail Management

US Home | Site Map | Feedback | Canada Home | UK Home | Privacy | Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

# Portfolio Managers

PUTNAM INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

*Back to Management Team*

## Christopher G. Miller

### Biography

Mr. Miller is Managing Director and Senior Portfolio Manager in the Large Cap Value team. He is a portfolio member on the Fund for Growth & Income. Mr. Miller is a CFA charterholder with 13 years of investment experience.

### Education

| School | Degree |
|---|---|
| University of Pennsylvania | B.A. |
| Duke University | M.B.A. |

### Funds Managed

| Fund | Managed Since |
|---|---|
| Classic Equity Fund | |
| Convertible Income-Growth Trust | |
| Equity Income Fund | |
| Fund for Growth and Income | |
| George Putnam Fund of Boston | |
| High Income Securities Fund | |
| New Value Fund | |
| Putnam Equity Income Subaccount | |
| Putnam Growth and Income Subaccount | |
| Putnam New Value Subaccount | |

Edward Jones: Mutual Fund Families

Page 2 of

The George Putnam Fund Subaccount

**History**

| Company | Title | Period |
|---|---|---|
| Analytic TSA Global Asset Management | Portfolio Manager | 1993-1997 |

*Back to Management Team*

Copyright 2006, Putnam Retail Management

| USA Home | Site Map | Feedback | Canada Home | UK Home | Privacy | Disclosures |

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

**Funds & Performance**      **PUTNAM INVESTMENTS**
**FUND INFORMATION**

## PUTNAM

**New OPPORTUNITIES FUND**

▶ Management Team      Back to Fund Information ▲

### Daniel L. Miller CFA

#### Assignments

| Funds | Managed Fund Since |
|---|---|
| New Opportunities Fund | August 1, 1990 |
| PCM New Opportunities | May 1, 1994 |

#### Biography

Mr. Miller joined Putnam in 1983 as a Securities Analyst. He is Director of the Specialty Growth Equity group, and he also currently manages Putnam New Opportunities Fund. Mr. Miller also researches restaurant, gaming, and lodging stocks for the Specialty Growth Equity Group. He is a member of Putnam's Executive Committee and the Boston Security Analysts Society. Mr. Miller is a Chartered Financial Analyst with 14 years of investment experience.

#### Education

| | |
|---|---|
| University of California, Berkeley | B.S. (highest honors) |
| Stanford University | M.B.A. |

#### History

| Company | Title | Period |
|---|---|---|
| Morgan Stanley | Corporate Finance Analyst | 1979-1981 |



For more information about the Putnam Family of Funds and variable annuity products, including investment policies, charges, and expenses, ask your financial advisor for a free prospectus or click on the prospectus section to view or download a prospectus. Please read the prospectus carefully before you invest or send money.

Copyright 1996, Putnam Mutual Funds Corp., Distributor

Member, NASD, Inc.



Edward Jones: Mutual Fund Families

Page 1 of 2

# Portfolio Managers

PUTNAM INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

## Jeanne L. Mockard

*Back to Management Team*

### Biography

Ms. Mockard is Managing Director and Senior Portfolio Manager in the Large Cap Value team. She is portfolio leader for the George Putnam Fund of Boston and a portfolio member on the Equity Income Fund. Ms. Mockard joined Putnam in 1985. Ms. Mockard is a CFA charterholder with 20 years of investment experience.

### Education

| School | Degree |
|---|---|
| Tufts University | B.A., Latin (cum laude) |
| University of Virginia | M.B.A. |

### Funds Managed

| Fund | Managed Since |
|---|---|
| Classic Equity Fund | |
| Convertible Income-Growth Trust | |
| Equity Income Fund | |
| Fund for Growth and Income | |
| George Putnam Fund of Boston | |
| High Income Securities Fund | |
| New Value Fund | |
| Putnam Equity Income Subaccount | |
| Putnam Growth and Income Subaccount | |
| Putnam New Value Subaccount | |

Edward Jones: Mutual Fund Families

age 2 of

The George Putnam Fund Subaccount

*Back to Management Team*

Copyright 2006, Putnam Retail Management

US Home    SiteMap    Feedback    Canada Home    UK Home    Privacy    Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

Edward ... es: Mutual Fund Families

Page 1 of 2

# Portfolio Managers

**PUTNAM** INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

## Christopher G. Miller

*Back to Management Team*

### Biography

Mr. Miller is Managing Director and Senior Portfolio Manager in the Large Cap Value team. He is a portfolio member on the Fund for Growth & Income. Mr. Miller is a CFA charterholder with 13 years of investment experience.

### Education

| School | Degree |
|---|---|
| University of Pennsylvania | B.A. |
| Duke University | M.B.A. |

### Funds Managed

| Fund | Managed Since |
|---|---|
| Classic Equity Fund | |
| Convertible Income-Growth Trust | |
| Equity Income Fund | |
| Fund for Growth and Income | |
| George Putnam Fund of Boston | |
| High Income Securities Fund | |
| New Value Fund | |
| Putnam Equity Income Subaccount | |
| Putnam Growth and Income Subaccount | |
| Putnam New Value Subaccount | |

Edward J[...]'s Mutual Fund Families

Page 2 of [...]

The George Putnam Fund Subaccount

**History**

| **Company** | **Title** | **Period** |
|---|---|---|
| Analytic TSA Global Asset Management | Portfolio Manager | 1993-1997 |

*Back to Management Team*

Copyright 2006, Putnam Retail Management

USA Home   Site Map   Feedback   Canada Home   UK Home   Privacy   Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

**Funds & Performance**  **PUTNAM INVESTMENTS**
**FUND INFORMATION**

## PUTNAM

**New OPPORTUNITIES FUND**

---

▶ Management Team    Back to Fund Information ▲

# Daniel L. Miller CFA

### Assignments

| Funds | Managed Fund Since |
|---|---|
| New Opportunities Fund | August 1, 1990 |
| PCM New Opportunities | May 1, 1994 |

### Biography

Mr. Miller joined Putnam in 1983 as a Securities Analyst. He is Director of the Specialty Growth Equity group, and he also currently manages Putnam New Opportunities Fund. Mr. Miller also researches restaurant, gaming, and lodging stocks for the Specialty Growth Equity Group. He is a member of Putnam's Executive Committee and the Boston Security Analysts Society. Mr. Miller is a Chartered Financial Analyst with 14 years of investment experience.

### Education

| | |
|---|---|
| University of California, Berkeley | B.S. (highest honors) |
| Stanford University | M.B.A. |

### History

| Company | Title | Period |
|---|---|---|
| Morgan Stanley | Corporate Finance Analyst | 1979-1981 |



For more information about the Putnam Family of Funds and variable annuity products, including investment policies, charges, and expenses, ask your financial advisor for a free prospectus or click on the prospectus section to view or download a prospectus. Please read the prospectus carefully before you invest or send money.

Copyright 1996, Putnam Mutual Funds Corp., Distributor

Member, NASD, Inc.



Edward Jones: Mutual Fund Families

Page 1 of 2

# Portfolio Managers

**PUTNAM** INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

*Back to Management Team*

## Jeanne L. Mockard

### Biography

Ms. Mockard is Managing Director and Senior Portfolio Manager in the Large Cap Value team. She is portfolio leader for the George Putnam Fund of Boston and a portfolio member on the Equity Income Fund. Ms. Mockard joined Putnam in 1985. Ms. Mockard is a CFA charterholder with 20 years of investment experience.

### Education

| School | Degree |
|---|---|
| Tufts University | B.A., Latin (cum laude) |
| University of Virginia | M.B.A. |

### Funds Managed

| Fund | Managed Since |
|---|---|
| Classic Equity Fund | |
| Convertible Income-Growth Trust | |
| Equity Income Fund | |
| Fund for Growth and Income | |
| George Putnam Fund of Boston | |
| High Income Securities Fund | |
| New Value Fund | |
| Putnam Equity Income Subaccount | |
| Putnam Growth and Income Subaccount | |
| Putnam New Value Subaccount | |

http://www.putnam.com/HTML/edwardjones/manager_74.html    3/26/2006

Edward Jones: Mutual Fund Families

Page 2 of

The George Putnam Fund Subaccount

*Back to Management Team*

Copyright 2006, Putnam Retail Management

US Home | SiteMap | Feedback | Canada Home | UK Home | Privacy | Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.