# Exhibit A

**Resumes**
**Part 4 of 7**

Funds & Performance
FUND INFORMATION

PUTNAM INVESTMENTS

PUTNAM Global GROWTH AND INCOME FUND

Management Team    Back to Fund Information

# Debby F. Kuenstner

## Assignments

| Funds | Managed Fund Since |
| --- | --- |
| Global Growth and Income Fund | June 1, 1997 |

## Biography

Ms. Kuenstner joined Putnam in 1997 as Senior Vice President and Senior Portfolio Manager in the International Equity Group and has responsibility for both institutional and mutual fund portfolios. A Chartered Financial Analyst, Ms. Kuenstner has 17 years of investment experience.

## Education

| | |
| --- | --- |
| Wellesley College | B.A., Economics |
| NYU School of Business | M.B.A., Finance |

## History

| Company | Title | Period |
| --- | --- | --- |
| Federal Reserve Bank of New York | Economist | 1980-1982 |
| Merrill Lynch Securities Research | Senior International Strategist | 1982-1989 |
| DuPont Pension Fund Investment | Senior Portfolio Manager, International Equities | 1989-1997 |

Back to Management

**Jeffrey R. Lindsey CFA**

**Assignments**

| Product | Start |
|---|---|
| Putnam New Opportunities Subaccount (Cap Acc) | |
| Putnam New Opportunities Subaccount (Allstate) | |
| Voyager Fund II | |
| Putnam Growth Opportunities Subaccount (Allstate) | February 1, 2000 |
| Putnam Growth Opportunities Subaccount (Cap Acc) | February 1, 2000 |
| Putnam Growth Opportunities Subaccount | February 1, 2000 |
| Putnam New Opportunities Subaccount | February 4, 1999 |
| Putnam New Opportunities Subaccount (A Plus) | March 1, 2000 |
| Growth Opportunities Fund | October 2, 1995 |
| New Opportunities Fund | September 10, 1998 |

**Biography**

Mr. Lindsey is Senior Vice President and Senior Portfolio Manager in the Large Cap Growth Equity Group. He is responsible for Core Growth Equity and is lead manager of Putnam Growth Opportunities Fund and co-manager of Voyager II and New Opportunities Funds. Mr. Lindsey joined Putnam in 1994 as an analyst in the Global Equity Research Group. In 1996, he was promoted to Senior Analyst and Senior Vice President. A Chartered Financial Analyst, Mr. Lindsey has 15 years of investment experience

**Education**

University of Virginia, B.S.
Emory University, M.B.A.

**History**

| Company | Title | Period |
|---|---|---|
| State Street Boston Corp. | Account Manager | 1984-1987 |
| Strategic Portfolio Management, Inc. | Director of Equity Research | 1992-1994 |

If you are having difficulty using this Web site, please call Putnam Investments at 1-800-362-6061. For m ore information about Putnam products, click the Contact Us button.

# Portfolio Managers

PUTNAM INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

## Shigeki Makino

Back to Management Team

### Biography

Mr. Makino is Managing Director and Chief Investment Officer of the Global Core team. He is a portfolio leader for the Global Equity Fund. Mr. Makino joined Putnam in 2000. Mr. Makino has 14 years of investment experience.

### Education

| School | Degree |
|---|---|
| University of Illinois | B.S., Computer Science |
| University of Chicago, Graduate School of Business | M.B.A. |

### Funds Managed

| Fund | Managed Since |
|---|---|
| Global Equity Fund | |
| Putnam Global Core Equity Managed Account Portfolio | |
| Putnam Global Equity Subaccount | |

### History

| Company | Title | Period |
|---|---|---|
| Machtel Financial Advisory | President | 1987-1989 |
| Fidelity Management and Research | Equity Research Analyst | 1989-1992 |
| Fidelity Management and Research | Director of Research, Japanese | 1992 |
| Fidelity Management and Research | Portfolio Manager, Asia Specialist | 1993-1998 |

| Fidelity Management and Research | Director of Research, European Equities | 1999-2000 |
|---|---|---|

Back to Management Team

Copyright 2006, Putnam Retail Management

US Home | Site Map | Feedback | Canada Home | UK Home | Privacy | Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

Edward Jo[illegible] Mutual Fund Families ge 1 of 2

# Portfolio Managers

PUTNAM INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

## Saba S. Malak

*Back to Management Team*

### Biography

Mr. Malak is a Managing Director and Portfolio Manager on the Large Cap Growth team. He is a Portfolio Member on the Voyager and Growth Opportunities Funds. Mr. Malak, who joined Putnam in 1997, has eight years of investment industry experience.

### Education

| School | Degree |
|---|---|
| Tufts University | B.S. |
| Harvard Business School | M.B.A. |
| University of Pennsylvania | M.S.E. |

### Funds Managed

| Fund | Managed Since |
|---|---|
| Discovery Growth Fund | |
| Growth Opportunities Fund | |
| Putnam Discovery Growth Subaccount | |
| Putnam Growth Opportunities Subaccount | |
| Putnam Voyager Subaccount | |
| Voyager Fund | |

### History

| Company | Title | Period |
|---|---|---|

http://www.putnam.com/HTML/edwardjones/manager_5603.html 3/24/2006

| | | |
|---|---|---|
| Mercer Management Consulting | Consultant | 1988-1990 |
| The Boston Consulting Group | Manager | 1992-1997 |

*Back to Management Team*

Copyright 2006, Putnam Retail Management

US Home Site Map Feedback Canada Home UK Home Privacy Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

# Portfolio Managers

PUTNAM INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

## Jeffrey L. Knight

*Back to Management Team*

### Biography

Mr. Knight is Managing Director and Chief Investment Officer of the Global Asset Allocation team. He is the portfolio leader for the Asset Allocation: Balanced, Growth, and Conservative portfolios, CollegeAdvantage portfolios, RetirementReady portfolios, and the Income Strategies Fund. He is a portfolio member on the George Putnam Fund of Boston. Mr. Knight joined Putnam in 1993. Mr. Knight is a CFA charterholder with 12 years of investment experience.

### Education

| School | Degree |
|---|---|
| Colgate University | B.A. |
| Amos Tuck School of Business, Dartmouth College | M.B.A. |

### Funds Managed

| Fund | Managed Since |
|---|---|
| Asset Allocation: Balanced Portfolio | |
| Asset Allocation: Conservative Portfolio | |
| Asset Allocation: Growth Portfolio | |
| CollegeAdvantage Balanced: George Putnam Option | |
| CollegeAdvantage Capital Preservation: Money Market Opt | |
| CollegeAdvantage Capital Preservation: Stable Value Opt | |
| CollegeAdvantage High Yield Bond: High Yield Trust Opt | |
| CollegeAdvantage Intl LCB: Intl Equity Opt | |
| CollegeAdvantage Intl SCB: Intl Capital Opportunites Opt | |

CollegeAdvantage Investment Grade Bond: Income Opt

CollegeAdvantage US ACG: New Opportunities Opt

CollegeAdvantage US ACV: New Value Opt

CollegeAdvantage US Eq Inc: Equity Income Opt

CollegeAdvantage US LCB: Investors Opt

CollegeAdvantage US LCG: Voyager Opt

CollegeAdvantage US LCV: Growth & Income Opt

CollegeAdvantage US SCB: Capital Opportunities Opt

CollegeAdvantage Aggressive - Graduate

CollegeAdvantage Aggressive - 1985

CollegeAdvantage Aggressive - 1986

CollegeAdvantage Aggressive - 1987

CollegeAdvantage Aggressive - 1988

CollegeAdvantage Aggressive - 1989

CollegeAdvantage Aggressive - 1990

CollegeAdvantage Aggressive - 1991

CollegeAdvantage Aggressive - 1992

CollegeAdvantage Aggressive - 1993

CollegeAdvantage Aggressive - 1994

CollegeAdvantage Aggressive - 1995

CollegeAdvantage Aggressive - 1996

CollegeAdvantage Aggressive - 1997

CollegeAdvantage Aggressive - 1998

CollegeAdvantage Aggressive - 1999

CollegeAdvantage Aggressive - 2000

CollegeAdvantage Aggressive - 2001

CollegeAdvantage Aggressive - 2002

CollegeAdvantage Aggressive - 2003

CollegeAdvantage Aggressive - 2004

CollegeAdvantage Aggressive - 2005

CollegeAdvantage Aggressive - 2006

CollegeAdvantage Conservative - Graduate

CollegeAdvantage Conservative - 1985

CollegeAdvantage Conservative - 1986

CollegeAdvantage Conservative - 1987

CollegeAdvantage Conservative - 1988

CollegeAdvantage Conservative - 1989

CollegeAdvantage Conservative - 1990

CollegeAdvantage Conservative - 1991

CollegeAdvantage Conservative - 1992

CollegeAdvantage Conservative - 1993

CollegeAdvantage Conservative - 1994

CollegeAdvantage Conservative - 1995

CollegeAdvantage Conservative - 1996

CollegeAdvantage Conservative - 1997

CollegeAdvantage Conservative - 1998

CollegeAdvantage Conservative - 1999

CollegeAdvantage Conservative - 2000

CollegeAdvantage Conservative - 2001

CollegeAdvantage Conservative - 2002

CollegeAdvantage Conservative - 2003

CollegeAdvantage Conservative - 2004

CollegeAdvantage Conservative - 2005

CollegeAdvantage Conservative - 2006

CollegeAdvantage Moderate - Graduate

CollegeAdvantage Moderate - 1985

CollegeAdvantage Moderate - 1986

CollegeAdvantage Moderate - 1987

CollegeAdvantage Moderate - 1988

CollegeAdvantage Moderate - 1989

CollegeAdvantage Moderate - 1990

CollegeAdvantage Moderate - 1991

CollegeAdvantage Moderate - 1992

CollegeAdvantage Moderate - 1993

CollegeAdvantage Moderate - 1994

CollegeAdvantage Moderate - 1995

CollegeAdvantage Moderate - 1996

CollegeAdvantage Moderate - 1997

CollegeAdvantage Moderate - 1998

CollegeAdvantage Moderate - 1999

CollegeAdvantage Moderate - 2000

CollegeAdvantage Moderate - 2001

CollegeAdvantage Moderate - 2002

CollegeAdvantage Moderate - 2003

CollegeAdvantage Moderate - 2004

CollegeAdvantage Moderate - 2005

CollegeAdvantage Moderate - 2006

CollegeAdvantage Aggressive Growth

CollegeAdvantage Balanced

CollegeAdvantage Growth

George Putnam Fund of Boston

Income Strategies Fund

Putnam Global Asset Allocation Subaccount

Putnam Global Equity Multi-Style Managed Account Portfolio

RetirementReady 2010 Fund

RetirementReady 2015 Fund

RetirementReady 2020 Fund

RetirementReady 2025 Fund

RetirementReady 2030 Fund

RetirementReady 2035 Fund

RetirementReady 2040 Fund

RetirementReady 2045 Fund

RetirementReady 2050 Fund

RetirementReady Maturity Fund

The George Putnam Fund Subaccount

**History**

| Company | Title | Period |
| --- | --- | --- |
| Economic Consulting Services, Inc. | Staff Economist | 1987-1990 |
| IBM Corporation | Financial Analyst | 1991-1991 |
| Coopers and Lybrand | Senior Associate, Tax Services | 1992-1993 |

*Back to Management Team*

Copyright 2006, Putnam Retail Management

US Home Site Map Feedback Canada Home UK Home Privacy Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.

This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

# Portfolio Managers

PUTNAM INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

## Joseph P. Joseph

Back to Management Team

### Biography

Mr. Joseph is Managing Director and Chief Investment Officer of the US Small and Mid Cap Core and International Small and Mid Cap Core teams. He is the portfolio leader for the Capital Opportunities Fund and International Capital Opportunities Fund and is a portfolio member on the Capital Appreciation Fund. Mr. Joseph joined Putnam in 1994. Mr. Joseph has 13 years of investment experience.

### Education

| School | Degree |
|---|---|
| Loyola College | B.A. |
| New York University | M.B.A. |

### Funds Managed

| Fund | Managed Since |
|---|---|
| Capital Appreciation Fund | |
| Capital Opportunities Fund | |
| International Capital Opportunities Fund | |
| Putnam Capital Appreciation Subaccount | |
| Putnam Capital Opportunities Subaccount | |

### History

| Company | Title | Period |
|---|---|---|
| Bramayya & Co. | Articled Clerk | 1979-1984 |

| | | |
|---|---|---|
| Price Waterhouse | Manager | 1987-1993 |
| Vert Independent Capital | Managing Director | 1993-1994 |

*Back to Management Team*

Copyright 2006, Putnam Retail Management

US Home Site Map Feedback Canada Home UK Home Privacy Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

Funds & Performance PUTNAM INVESTMENTS
FUND INFORMATION

PUTNAM
# International VOYAGER

Management Team Back to Fund Information

## Omid Kamshad CFA

### Assignments

| Funds | Managed Fund Since |
|---|---|
| Europe Growth Fund | January 1, 1996 |
| International Growth Fund | January 1, 1996 |
| International Voyager Fund | January 1, 1997 |
| PCM International Growth | January 1, 1997 |
| Diversified Equity Trust | March 1, 1997 |

### Biography

Mr. Kamshad joined Putnam in 1996 as Senior Vice President and Portfolio Manager, responsible for managing International Equity portfolios with European Equity mandates and supporting European investments. He brings extensive expertise in global developed and emerging markets investing to Putnam's international Equity team, specifically within Europe. A Chartered Financial Analyst, Mr. Kamshad has 11 years of investment experience. He is fluent in French and Spanish.

### Education

| | |
|---|---|
| McGill University, Canada | B.A., Economics |
| Cambridge University, England | M.A., Economics |
| INSEAD, France | M.B.A. |

### History

| Company | Title | Period |
|---|---|---|
| Swiss Bank Corporation, Portfolio Management International | European Pension Fund Manager | 1986-1988 |
| Enskilda Asset Management | European Unit Trust Portfolio Manager | 1989-1991 |
| Baring International Investment Ltd. | Director of European Equities | 1991-1995 |
| Lombard Odier International Investment Managers | Group Leader - European Investments | 1995-1996 |

For more information about the Putnam Family of Funds and variable annuity products, including investment policies, charges, and expenses, ask your financial advisor for a free prospectus or click on the prospectus section to view or download a prospectus. Please read the prospectus carefully before you invest or send money.

# Portfolio Managers

PUTNAM INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

## David L. King

Back to Management Team

### Biography

Mr. King is Managing Director and Senior Portfolio Manager in the Large Cap Value team. He is the portfolio leader for the New Value Fund, Convertible Growth & Income Trust and the High Income Securities Fund. He is a portfolio member on the Fund for Growth & Income. He joined Putnam in 1983. Mr. King is a CFA charterholder with 21 years of investment experience.

### Education

| School | Degree |
|---|---|
| University of New Hampshire | B.S. (summa cum laude) |
| Harvard Business School | M.B.A. |

### Funds Managed

| Fund | Managed Since |
|---|---|
| Classic Equity Fund | |
| Convertible Income-Growth Trust | |
| Equity Income Fund | |
| Fund for Growth and Income | |
| George Putnam Fund of Boston | |
| High Income Securities Fund | |
| New Value Fund | |
| Putnam Equity Income Subaccount | |
| Putnam Growth and Income Subaccount | |

Putnam Large-Cap Value Equity Managed Account Portfolio

Putnam New Value Subaccount

The George Putnam Fund Subaccount

**History**

| Company | Title | Period |
|---|---|---|
| Manufacturers Hanover Trust | Credit Analyst | 1978-1980 |
| Citibank, N.A. | Lending Officer | 1980-1981 |

*Back to Management Team*

Copyright 2006, Putnam Retail Management

US Home Site Map Feedback Canada Home UK Home Privacy Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.