Exhibit A

Resumes
Part 5 of 7

Case 1:04-cv-12711-PBS    Document 268    Filed 03/04/2008    Page 1 of 19

# Portfolio Managers

PUTNAM INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

*Back to Management Team*

## Bradford S. Greenleaf

### Biography

Mr. Greenleaf is a Managing Director and Portfolio Manager on the Global Core Equity team. He is a member of the team responsible for managing Global Core Equity institutional portfolios and is also a portfolio member of the Putnam Global Equity Fund. A CFA charterholder, Mr. Greenleaf joined Putnam in 2004 and has 19 years of investment industry experience.

### Education

| School | Degree |
|---|---|
| Bowdoin College | B.A. |
| Sloan School of Management, MIT | M.B.A. |

### Funds Managed

| Fund | Managed Since |
|---|---|
| Global Equity Fund | |
| Putnam Global Equity Subaccount | |

### History

| Company | Title | Period |
|---|---|---|
| Franklin Portfolio Associates | Investment Officer and Vice President | 1986-1994 |
| Independence Investment Associates | International Equities, Vice President | 1994-1996 |
| Independence Investment Associates | International Equities, Senior Vice President | 1996-1998 |

Edward ... es: Mutual Fund Families

Page 2 of

Director of Int'l Equities, Managing Director

1998-2004

Independence Investment Associates

*Back to Management Team*

Copyright 2006, Putnam Retail Management

US Home | SiteMap | Feedback | Canada Home | UK Home | Privacy | Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

# Portfolio Managers

PUTNAM INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

*Back to Management Team*

## David E. Hamlin

**Biography**

Mr. Hamlin is Managing Director and Team Leader in the Tax Exempt Fixed Income team. He is portfolio leader for all Tax exempt Fixed Income funds. Mr. Hamlin joined Putnam in 1998. Mr. Hamlin is a CFA charterholder with 20 years of investment experience.

**Education**

| School | Degree |
|---|---|
| Emory University | B.A., Economics |
| University of Delaware | M.A., Economics |

**Funds Managed**

| Fund | Managed Since |
|---|---|
| AMT-Free Insured Municipal Fund | |
| Arizona Tax Exempt Income Fund | |
| California Investment Grade Municipal Trust | |
| California Tax Exempt Income Fund | |
| Florida Tax Exempt Income Fund | |
| High Yield Municipal Trust | |
| Investment Grade Municipal Trust | |
| Managed Municipal Income Trust | |
| Massachusetts Tax Exempt Income Fund | |
| Michigan Tax Exempt Income Fund | |

Edward Jones: Mutual Fund Families

age 2 of

- Minnesota Tax Exempt Income Fund
- Municipal Bond Fund
- Municipal Opportunities Trust
- New Jersey Tax Exempt Income Fund
- New York Investment Grade Municipal Trust
- New York Tax Exempt Income Fund
- Ohio Tax Exempt Income Fund
- Pennsylvania Tax Exempt Income Fund
- Tax Exempt Income Fund
- Tax-Free Health Care Fund
- Tax-Free High Yield Fund

### History

| Company | Title | Period |
|---|---|---|
| Provident Bank | Investment Officer | 1982-1984 |
| Provident Institutional Management Corporation | Assistant Vice President, Portfolio Manager | 1984-1986 |
| The Vanguard Group | Principal | 1986-1998 |

*Back to Management Team*

Copyright 2006, Putnam Retail Management

US Home | Site Map | Feedback | Canada Home | UK Home | Privacy | Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

http://www.putnam.com/HTML/edwardjones/manager_1402.html

3/30/200

# Portfolio Managers

**PUTNAM** INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

*Back to Management Team*

## Pamela R. Holding

### Biography

Ms. Holding is Managing Director and Senior Portfolio Manager in the International Value team. She is portfolio leader for the International Growth & Income Fund. Ms. Holding joined Putnam in 1995. Ms. Holding is a CFA charterholder with 18 years of investment experience.

### Education

| School | Degree |
|---|---|
| Princeton University | A.B. |
| Harvard Graduate School of Business | M.B.A. |

### Funds Managed

| Fund | Managed Since |
|---|---|
| International Growth and Income Fund | |
| Putnam International Growth and Income Subaccount | |

### History

| Company | Title | Period |
|---|---|---|
| Bankers Trust Company | Financial Analyst | 1986-1988 |
| Franklin Resources | High Yield Analyst | 1988-1990 |
| Kemper Financial Services | Senior Analyst, High Yield | 1992-1995 |

*Back to Management Team*

Edward Jones: Mutual Fund Families

Page 2 of

Copyright 2006; Putnam Retail Management

| US Home | Site Map | Feedback | Canada Home | UK Home | Privacy | Disclosures |

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

▶ Management Team          Back to Fund Information ▲

# Roland W. Gillis CFA

### Assignments

| Funds | Managed Fund Since |
|---|---|
| Voyager Fund II | April 1, 1993 |
| Health Sciences Trust | June 1, 1997 |
| Voyager Fund | May 1, 1995 |
| PCM Voyager | May 1, 1995 |

### Biography

Mr. Gillis joined Putnam in 1995 as a Senior Vice President and Senior Portfolio Manager. He is one of Putnam Voyager Fund's three co-portfolio managers and is responsible for the Fund's investments in small- and mid-cap, high-quality, rapidly growing companies within Putnam's Specialty Growth Equity Group. Mr. Gillis is a Chartered Financial Analyst with 20 years of investment experience.

### Education

| | |
|---|---|
| Northeastern University | B.A. |
| American Graduate School of International Business | M.I.M. |

### History

| Company | Title | Period |
|---|---|---|
| Loomis Sayles & Company, Inc. | Research Analyst | 1980-1982 |
| Keystone Custodian Funds | Vice President, Analyst | 1982-1986 |
| Keystone Custodian Funds | Vice President, Portfolio Manager | 1986-1994 |



For more information about the Putnam Family of Funds and variable annuity products, including investment policies, charges, and expenses, ask your financial advisor for a free prospectus or click on the prospectus section to view or download a prospectus. Please read the prospectus carefully before you invest or send money.

Copyright 1996, Putnam Mutual Funds Corp., Distributor

Member, NASD, Inc.

http://www.putnam.com/dcpademo/shareweb/HTML/frames/39manager1.html          12/5/2005

Manager B... Roland W. Gillis CFA

ge 1 of 1

Back to Management

# Roland W. Gillis CFA

## Assignments

| Product | Start |
|---|---|
| Putnam Voyager Subaccount (Cap Acc) | April 1, 1993 |
| Putnam Voyager Subaccount (Allstate) | February 18, 1998 |
| Voyager Fund II | |
| New Century Growth Fund | March 1, 2000 |
| Putnam Voyager Subaccount (A Plus) | May 1, 1995 |
| Putnam Voyager Subaccount | May 1, 1995 |
| Voyager Fund | |

## Biography

Mr. Gillis is Managing Director and Director of Specialty Growth Equities. He is responsible for investments in high-quality, rapidly growing small and mid-cap companies and is a co-manager of Putnam Voyager Fund and Putnam Voyager Fund II. Mr. Gillis joined Putnam in 1995 and has 24 years of investment experience. He is a Chartered Financial Analyst and he holds Series 7, 65, and 63 registrations with the NASD.

## Education

Northeastern University, B.A.
American Graduate School of International Business, M.I.M.

## History

| Company | Title | Period |
|---|---|---|
| Loomis Sayles & Company, Inc. | Research Analyst | 1980–1982 |
| Keystone Custodian Funds | Vice President, Analyst | 1982–1986 |
| Keystone Custodian Funds | Vice President, Portfolio Manager | 1986–1994 |

If you are having difficulty using this Web site, please call Putnam Investments at 1-800-362-6061. For m ore information about Putnam products, click the Contact Us button.

Copyright 2000, Putnam Retail Management, Inc.

Edward Jo : Mutual Fund Families

# Portfolio Managers

PUTNAM INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

*Back to Management Team*

## Robert E. Ginsberg

**Biography**

Mr. Ginsberg is a Managing Director and Co-Leader of Voyager Fund and Growth Opportunities Fund. He is a member of the Large Cap Growth team, a Portfolio Leader on the Voyager and Growth Opportunities Funds and a Portfolio Member on the Putnam Discovery Growth fund. A CFA charterholder, Mr. Ginsberg joined Putnam in 2004 and has eight years of investment industry experience.

**Education**

| School | Degree |
|---|---|
| University of Pennsylvania | B.S. |
| Wharton School, University of Pennsylvania | M.B.A. |

**Funds Managed**

| Fund | Managed Since |
|---|---|
| Discovery Growth Fund | |
| Growth Opportunities Fund | |
| Putnam Discovery Growth Subaccount | |
| Putnam Growth Opportunities Subaccount | |
| Putnam Voyager Subaccount | |
| Voyager Fund | |

**History**

| Company | Title | Period |
|---|---|---|

Edward J... Mutual Fund Families                                                                                     ...ge 2 of

| | | |
|---|---|---|
| Andersen Consulting | Consultant | 1995-1997 |
| Delaware Investments | Portfolio Manager and Senior Equity Analyst | 1997-2004 |

*Back to Management Team*

Copyright 2006, Putnam Retail Management

**US Home**  **Site Map**  **Feedback**  **Canada Home**  **UK Home**  **Privacy**  **Disclosures**

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

Old Mutual Asset Management Establishes 2100 Capital

Page 1 of 2

3/23/2006

# Old Mutual Asset Management Establishes 2100 Capital

April 19, 2005

## New Diversified Alternative Investments Company Will Provide Fund of Hedge Funds and Range of Multi-Strategy and Single Strategy Hedge Funds

BOSTON--April 19, 2005--Old Mutual Asset Management, the U.S. asset management group of Old Mutual plc (LSE: OML), today announced the establishment of 2100 Capital, a new firm formed by the group in conjunction with company founders William Landes, PhD, chief executive officer and chief investment officer; Joe Demmler, chief operating officer; and Steve Gorman, CFA, director of research. A diversified alternative investments company, 2100 Capital will serve both the institutional and retail marketplace, and provide a range of investments including a fund of hedge funds, multi-strategy proprietary hedge fund portfolios, a variety of single strategy hedge funds, a hedge fund seeding capability, and in the longer term, private equity capabilities. The company's product offerings will draw from strategies offered by other Old Mutual Asset Management member firms, from 2100 Capital's in-house investment teams, as well as from external managers not affiliated with Old Mutual.

"Demand from large-scale institutional investors is transforming the hedge fund industry," said Scott Powers, chief executive of Old Mutual Asset Management. "The entrance of institutions as major investors in hedge funds has brought with it an increasing requirement for greater investment process and holdings transparency on behalf of managers, as well as institutional-caliber risk management and trading platforms. In combination with the increased institutional acceptance of hedge funds, the growing scope and complexity of the alternative investments market calls for a specialist team dedicated to understanding the unique needs of investors in this area."

Mr. Powers continued: "The outstanding team leading 2100 Capital has all the characteristics that we seek in the leadership of our member firms: a passion for investment excellence in their chosen area of focus, exceptional experience and expertise in that specialized area, and a focus on innovation to address the evolving needs of clients. We expect the contributions of the 2100 Capital team to benefit both our member firms and the clients they serve as this market develops."

The founders of 2100 Capital, who previously worked together at Putnam Investments, have extensive experience in all aspects of traditional and hedge fund asset management, including portfolio management, asset allocation, risk management, and marketing and client service. Prior to establishing 2001 Capital, Mr. Landes was involved in the start-up and incubation of Putnam's hedge fund program beginning in 2000, and was responsible with Mr. Demmler beginning in 2003 for developing the overall hedge fund business strategy for Putnam and parent Marsh & McLennan Companies. Prior to his hedge fund role, Mr. Landes held several senior positions with Putnam, including head of global investment research, chief investment officer and portfolio manager of global asset allocation and currency, and chief investment officer and portfolio manager of domestic fixed income. He served with Putnam for 19 of his 24 years in the asset management industry.

"The 2100 Capital platform has been developed through a long process of studying the market to envision the ideal structure of a diversified alternative investments company, from the point of view of the investor," said Mr. Landes. "By launching the firm within Old Mutual Asset Management, we achieve several of our key objectives: partnership with a range of asset managers with existing hedge fund offerings and expertise in all asset classes and investment styles, affiliation with a strong

financial parent, access to capital for additional investment in our businesses, and operating support from a partner who understands the needs of an entrepreneurial enterprise. Joe, Steve, and I also accomplish what has been a goal for us: to continue working together and enjoy what has been a terrific working relationship while in the pursuit of offering great investment products for clients."

Mr. Demmler's 25 years of investment experience have spanned roles in proprietary trading, traditional asset management and hedge funds management. He served as a key contributor to Putnam's alternative investment business beginning in 1999, after managing Putnam's institutional product management group since 1996. Prior to joining Putnam, Mr. Demmler headed the mutual fund business for Bankers Trust, and has extensive sell-side fixed income trading and sales experience.

Mr. Gorman's 14-year investment career has focused on asset allocation, quantitative and fundamental research, risk management, and portfolio construction. At Putnam, Mr. Gorman was associate director of global equity research, associate director of quantitative research, and co-head of global asset allocation, in which role he was responsible for portfolio management as well as research. Mr. Gorman is a recognized industry thought leader and has been published in the Financial Analysts Journal and The Journal of Investing, and is a contributor to the research foundation of the CFA Institute.

2100 Capital, based in Boston, will initially focus on offering two types of absolute return products. One will be a set of proprietary multi-strategy funds, for which the underlying funds will be managed either by 2100 Capital managers or by investment teams of other Old Mutual Asset Management member firms. The other will be a fund of hedge funds investing in 30 to 35 independent hedge fund managers and providing exposure to all major hedge fund investment strategies. The proprietary and non-proprietary funds will also be differentiated by their having different expected-return/volatility characteristics. In addition, 2100 Capital will make available its state-of-the-art risk and trading platforms to other Old Mutual Asset Management member firms wishing to outsource certain functions in hedge fund management, as well as advising and providing assistance as needed in product development, marketing, distribution and other areas relating to the hedge fund and alternative investments market.

### About Old Mutual Asset Management

The member firms of Old Mutual Asset Management provide high-quality, actively managed investment products in all major asset classes and investment styles, with each firm focusing on its own specialized area of expertise. The group managed in aggregate $184.6 billion as of December 31, 2004. More information on member firms, and their investment teams and strategies, is available from the group's Web site at www.oldmutualus.com. The group's parent is Old Mutual plc, an international financial services company based in London, with operations in asset management, life assurance, banking and general insurance. More information on Old Mutual is available at www.oldmutual.com.

**Contact:**
Media: Tucker Hewes, (212) 207-9451, tucker@hewescomm.com

Close Window

▶ Management Team          Back to Fund Information ▲

# Roland W. Gillis CFA

### Assignments

| Funds | Managed Fund Since |
|---|---|
| Voyager Fund II | April 1, 1993 |
| Health Sciences Trust | June 1, 1997 |
| Voyager Fund | May 1, 1995 |
| PCM Voyager | May 1, 1995 |

### Biography

Mr. Gillis joined Putnam in 1995 as a Senior Vice President and Senior Portfolio Manager. He is one of Putnam Voyager Fund's three co-portfolio managers and is responsible for the Fund's investments in small- and mid-cap, high-quality, rapidly growing companies within Putnam's Specialty Growth Equity Group. Mr. Gillis is a Chartered Financial Analyst with 20 years of investment experience.

### Education

| | |
|---|---|
| Northeastern University | B.A. |
| American Graduate School of International Business | M.I.M. |

### History

| Company | Title | Period |
|---|---|---|
| Loomis Sayles & Company, Inc. | Research Analyst | 1980-1982 |
| Keystone Custodian Funds | Vice President, Analyst | 1982-1986 |
| Keystone Custodian Funds | Vice President, Portfolio Manager | 1986-1994 |



For more information about the Putnam Family of Funds and variable annuity products, including investment policies, charges, and expenses, ask your financial advisor for a free prospectus or click on the prospectus section to view or download a prospectus. Please read the prospectus carefully before you invest or send money.

Copyright 1996, Putnam Mutual Funds Corp., Distributor

Member, NASD, Inc.

http://www.putnam.com/dcpademo/shareweb/HTML/frames/39manager1.html          12/5/2005

Manager B: Roland W. Gillis CFA

[Back to Management]

# Roland W. Gillis CFA

## Assignments

| Product | Start |
|---|---|
| Putnam Voyager Subaccount (Cap Acc) | April 1, 1993 |
| Putnam Voyager Subaccount (Allstate) | February 18, 1998 |
| Voyager Fund II | |
| New Century Growth Fund | March 1, 2000 |
| Putnam Voyager Subaccount (A Plus) | May 1, 1995 |
| Putnam Voyager Subaccount | May 1, 1995 |
| Voyager Fund | |

## Biography

Mr. Gillis is Managing Director and Director of Specialty Growth Equities. He is responsible for investments in high-quality, rapidly growing small and mid-cap companies and is a co-manager of Putnam Voyager Fund and Putnam Voyager Fund II. Mr. Gillis joined Putnam in 1995 and has 24 years of investment experience. He is a Chartered Financial Analyst and he holds Series 7, 65, and 63 registrations with the NASD.

## Education

Northeastern University, B.A.
American Graduate School of International Business, M.I.M.

## History

| Company | Title | Period |
|---|---|---|
| Loomis Sayles & Company, Inc. | Research Analyst | 1980–1982 |
| Keystone Custodian Funds | Vice President, Analyst | 1982–1986 |
| Keystone Custodian Funds | Vice President, Portfolio Manager | 1986–1994 |

If you are having difficulty using this Web site, please call Putnam Investments at 1-800-362-6061. For more information about Putnam products, click the Contact Us button.

Copyright 2000, Putnam Retail Management, Inc.

# Portfolio Managers

**PUTNAM** INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

## Robert E. Ginsberg

*Back to Management Team*

### Biography

Mr. Ginsberg is a Managing Director and Co-Leader of Voyager Fund and Growth Opportunities Fund. He is a member of the Large Cap Growth team, a Portfolio Leader on the Voyager and Growth Opportunities Funds and a Portfolio Member on the Putnam Discovery Growth fund. A CFA charterholder, Mr. Ginsberg joined Putnam in 2004 and has eight years of investment industry experience.

### Education

| School | Degree |
|---|---|
| University of Pennsylvania | B.S. |
| Wharton School, University of Pennsylvania | M.B.A. |

### Funds Managed

| Fund | Managed Since |
|---|---|
| Discovery Growth Fund | |
| Growth Opportunities Fund | |
| Putnam Discovery Growth Subaccount | |
| Putnam Growth Opportunities Subaccount | |
| Putnam Voyager Subaccount | |
| Voyager Fund | |

### History

| Company | Title | Period |
|---|---|---|

Edward Jones: Mutual Fund Families ... age 2 of

| | |
|---|---|
| Andersen Consulting Consultant | 1995-1997 |
| Delaware Investments Portfolio Manager and Senior Equity Analyst | 1997-2004 |

*Back to Management Team*

Copyright 2006, Putnam Retail Management

US Home | Site Map | Feedback | Canada Home | UK Home | Privacy | Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

# Old Mutual Asset Management Establishes 2100 Capital

April 19, 2005

## New Diversified Alternative Investments Company Will Provide Fund of Hedge Funds and Range of Multi-Strategy and Single Strategy Hedge Funds

BOSTON--April 19, 2005--Old Mutual Asset Management, the U.S. asset management group of Old Mutual plc (LSE: OML), today announced the establishment of 2100 Capital, a new firm formed by the group in conjunction with company founders William Landes, PhD, chief executive officer and chief investment officer; Joe Demmler, chief operating officer; and Steve Gorman, CFA, director of research. A diversified alternative investments company, 2100 Capital will serve both the institutional and retail marketplace, and provide a range of investments including a fund of hedge funds, multi-strategy proprietary hedge fund portfolios, a variety of single strategy hedge funds, a hedge fund seeding capability, and in the longer term, private equity capabilities. The company's product offerings will draw from strategies offered by other Old Mutual Asset Management member firms, from 2100 Capital's in-house investment teams, as well as from external managers not affiliated with Old Mutual.

"Demand from large-scale institutional investors is transforming the hedge fund industry," said Scott Powers, chief executive of Old Mutual Asset Management. "The entrance of institutions as major investors in hedge funds has brought with it an increasing requirement for greater investment process and holdings transparency on behalf of managers, as well as institutional-caliber risk management and trading platforms. In combination with the increased institutional acceptance of hedge funds, the growing scope and complexity of the alternative investments market calls for a specialist team dedicated to understanding the unique needs of investors in this area."

Mr. Powers continued: "The outstanding team leading 2100 Capital has all the characteristics that we seek in the leadership of our member firms: a passion for investment excellence in their chosen area of focus, exceptional experience and expertise in that specialized area, and a focus on innovation to address the evolving needs of clients. We expect the contributions of the 2100 Capital team to benefit both our member firms and the clients they serve as this market develops."

The founders of 2100 Capital, who previously worked together at Putnam Investments, have extensive experience in all aspects of traditional and hedge fund asset management, including portfolio management, asset allocation, risk management, and marketing and client service. Prior to establishing 2001 Capital, Mr. Landes was involved in the start-up and incubation of Putnam's hedge fund program beginning in 2000, and was responsible with Mr. Demmler beginning in 2003 for developing the overall hedge fund business strategy for Putnam and parent Marsh & McLennan Companies. Prior to his hedge fund role, Mr. Landes held several senior positions with Putnam, including head of global investment research, chief investment officer and portfolio manager of global asset allocation and currency, and chief investment officer and portfolio manager of domestic fixed income. He served with Putnam for 19 of his 24 years in the asset management industry.

"The 2100 Capital platform has been developed through a long process of studying the market to envision the ideal structure of a diversified alternative investments company, from the point of view of the investor," said Mr. Landes. "By launching the firm within Old Mutual Asset Management, we achieve several of our key objectives: partnership with a range of asset managers with existing hedge fund offerings and expertise in all asset classes and investment styles, affiliation with a strong

financial parent, access to capital for additional investment in our businesses, and operating support from a partner who understands the needs of an entrepreneurial enterprise. Joe, Steve, and I also accomplish what has been a goal for us: to continue working together and enjoy what has been a terrific working relationship while in the pursuit of offering great investment products for clients."

Mr. Demmler's 25 years of investment experience have spanned roles in proprietary trading, traditional asset management and hedge funds management. He served as a key contributor to Putnam's alternative investment business beginning in 1999, after managing Putnam's institutional product management group since 1996. Prior to joining Putnam, Mr. Demmler headed the mutual fund business for Bankers Trust, and has extensive sell-side fixed income trading and sales experience.

Mr. Gorman's 14-year investment career has focused on asset allocation, quantitative and fundamental research, risk management, and portfolio construction. At Putnam, Mr. Gorman was associate director of global equity research, associate director of quantitative research, and co-head of global asset allocation, in which role he was responsible for portfolio management as well as research. Mr. Gorman is a recognized industry thought leader and has been published in the Financial Analysts Journal and The Journal of Investing, and is a contributor to the research foundation of the CFA Institute.

2100 Capital, based in Boston, will initially focus on offering two types of absolute return products. One will be a set of proprietary multi-strategy funds, for which the underlying funds will be managed either by 2100 Capital managers or by investment teams of other Old Mutual Asset Management member firms. The other will be a fund of hedge funds investing in 30 to 35 independent hedge fund managers and providing exposure to all major hedge fund investment strategies. The proprietary and non-proprietary funds will also be differentiated by their having different expected-return/volatility characteristics. In addition, 2100 Capital will make available its state-of-the-art risk and trading platforms to other Old Mutual Asset Management member firms wishing to outsource certain functions in hedge fund management, as well as advising and providing assistance as needed in product development, marketing, distribution and other areas relating to the hedge fund and alternative investments market.

### About Old Mutual Asset Management

The member firms of Old Mutual Asset Management provide high-quality, actively managed investment products in all major asset classes and investment styles, with each firm focusing on its own specialized area of expertise. The group managed in aggregate $184.6 billion as of December 31, 2004. More information on member firms, and their investment teams and strategies, is available from the group's Web site at www.oldmutualus.com. The group's parent is Old Mutual plc, an international financial services company based in London, with operations in asset management, life assurance, banking and general insurance. More information on Old Mutual is available at www.oldmutual.com.

**Contact:**
Media: Tucker Hewes, (212) 207-9451, tucker@hewescomm.com

Close Window