# Exhibit A

# Resumes
# Part 6 of 7

# Portfolio Managers

PUTNAM INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

## Kevin M. Divney

Back to Management Team

### Biography

Mr. Divney is Managing Director and Co-Chief Investment Officer of the Mid-Cap Growth team. He is portfolio leader for the New Opportunities fund and Vista Fund. Mr. Divney joined Putnam in 1997. Mr. Divney is a CFA charterholder with 15 years of investment experience.

### Education

| School | Degree |
|---|---|
| Boston University | B.A., Economics |
| Northeastern University | M.B.A. |

### Funds Managed

| Fund | Managed Since |
|---|---|
| New Opportunities Fund | |
| Putnam New Opportunities Subaccount | |
| Putnam Vista Subaccount | |
| Vista Fund | |

### History

| Company | Title | Period |
|---|---|---|
| State Street Bank and Trust Company | Senior Analyst | 1988-1993 |
| Franklin Portfolio Associates | Investment Officer/Portfolio Manager - Quantitativ | 1993-1997 |

# Portfolio Managers

PUTNAM INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

Back to Management Team

## Simon Davis

### Biography

Mr. Davis is Managing Director and Co-CIO in the International Core team. He is a portfolio leader on International Equity Fund. Mr. Davis joined Putnam in 2000. Mr. Davis has 15 years of investment experience.

### Education

| School | Degree |
|---|---|
| Oxford University | B.A., Japanese Studies |

### Funds Managed

| Fund | Managed Since |
|---|---|
| Europe Equity Fund | |
| International Equity Fund | |
| Putnam International Core Equity Managed Account Portfolio | |
| Putnam International Equity Subaccount | |

### History

| Company | Title | Period |
|---|---|---|
| Morgan Grenfell & Co., Ltd. | Executive, Investment Banking | 1988-1991 |
| Morgan Grenfell Japan Limited | Senior Executive, Investment Banking | 1991-1993 |
| Morgan Grenfell & Co., Ltd. | Assistant Director, Investment Banking | 1993-1996 |
| Deutsche Asset Management, Inc. | Vice President, Investment Management | 1996-2000 |

*Back to Management Team*

Copyright 2006, Putnam Retail Management

US Home | Site Map | Feedback | Canada Home | UK Home | Privacy | Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

# Portfolio Managers

PUTNAM INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

## Brian DeChristopher

*Back to Management Team*

### Biography

Mr. DeChristopher is Senior Vice President and Portfolio Manager on the Mid Cap Growth team. He is portfolio member for the New Opportunities Fund and Vista Fund. Mr. DeChristopher joined Putnam in 1999. Mr. DeChristopher is a Chartered Financial Analyst with 7 years of investment experience.

### Education

| School | Degree |
|---|---|
| Middlebury College | B.A. |
| MIT Sloan School of Management | M.B.A |

### Funds Managed

| Fund | Managed Since |
|---|---|
| New Opportunities Fund | |
| Putnam New Opportunities Subaccount | |
| Putnam Vista Subaccount | |
| Vista Fund | |

### History

| Company | Title | Period |
|---|---|---|
| Arthur D. Little, Inc. | Analyst | 1994-1997 |
| Credit Suisse First Boston | Summer Associate | 1998 |

*Back to Management Team*

Copyright 2006, Putnam Retail Management

US Home | Site Map | Feedback | Canada Home | UK Home | Privacy | Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.

This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

# Portfolio Managers

PUTNAM INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

## Stephen P. Dexter

Back to Management Team

### Biography

Mr. Dexter is Managing Director and Chief Investment Officer in the International Growth team. He is portfolio leader for the International New Opportunities Fund. Mr. Dexter joined Putnam in 1999. Mr. Dexter has 22 years of investment experience.

### Education

| School | Degree |
|---|---|
| University of Wisconsin, Madison | B.A., M.B.A. |

### Funds Managed

| Fund | Managed Since |
|---|---|
| International New Opportunities Fund | |
| Putnam International New Opportunities Subaccount | |

### History

| Company | Title | Period |
|---|---|---|
| Sears Investment Management | Investment Analyst | 1983-1986 |
| Kemper Financial Services | Portfolio Manager/Investment Analyst | 1986-1998 |
| Scudder Kemper Investments | Senior Vice President, Senior Portfolio Manager | 1998-1999 |

Back to Management Team

Copyright 2006, Putnam Retail Management

US Home | Site Map | Feedback | Canada Home | UK Home | Privacy | Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.

This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

Back to Management Team

Copyright 2006, Putnam Retail Management

US Home Site Map Feedback Canada Home UK Home Privacy Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

# Portfolio Managers

PUTNAM INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

## Maria Drew

Back to Management Team

### Biography

Ms. Drew is Senior Vice President and Sector Team Leader in the Global Equity Research team. Ms. Drew is co-portfolio leader on the Global Natural Resources Fund. Ms. Drew, who joined Putnam in 2003, has seven years of investment industry experience.

### Education

| School | Degree |
| --- | --- |
| Smith College | B.A. |

### Funds Managed

| Fund | Managed Since |
| --- | --- |
| Global Natural Resources Fund | |
| Putnam Research Subaccount | |
| Putnam Utilities Growth and Income Subaccount | |
| Research Fund | |
| Utilities Growth and Income Fund | |

### History

| Company | Title | Period |
| --- | --- | --- |
| Rodman & Renshaw | Associate Analyst | 1997-1998 |
| Brean Murray & Company | Associate Analyst | 1998-1999 |
| Donaldson, Lufkin & Jenrette | Associate Analyst | 1999-2000 |

| Delaware Investments | Assistant Vice President, Analyst/Portfolio Manage | 2000-2003 |
|---|---|---|

Back to Management Team

Copyright 2006, Putnam Retail Management

US Home | Site Map | Feedback | Canada Home | UK Home | Privacy | Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

Funds & Performance
FUND INFORMATION

PUTNAM INVESTMENTS

PUTNAM
Investors FUND

▶ Management Team   Back to Fund Information ▲

# Richard B. England CFA

## Assignments

| Funds | Managed Fund Since |
|---|---|
| Investors Fund | December 1, 1995 |
| Health Sciences Trust | June 1, 1997 |

## Biography

Mr. England is Senior Vice President and Portfolio Manager in the Core Growth Equity Group with responsibility for institutional clients. He is a co-manager of Putnam Investors Fund and lead manager of Putnam Health Sciences Trust. Mr. England joined Putnam in 1992 as an Analyst on the Equity Research team, where he concentrated on the automotive, tire, and tobacco industries. In 1994, he was promoted to Associate Director of Research before joining the Core Growth Equity team in 1996.

## Education

| | |
|---|---|
| University of Florida | B.S. |
| Wharton School - University of Pennsylvania | M.B.A. |

## History

| Company | Title | Period |
|---|---|---|
| Burdines/Federated Department Stores | Group Manager, Accounts Payable | 1981-1985 |
| Aetna Equity Investors | Investment Officer | 1987-1982 |

For more information about the Putnam Family of Funds and variable annuity products, including investment policies, charges, and expenses, ask your financial advisor for a free prospectus or click on the prospectus section to view or download a prospectus. Please read the prospectus carefully before you invest or send money.

Copyright 1996, Putnam Mutual Funds Corp., Distributor

Member, NASD, Inc.

Funds & Performance
FUND INFORMATION

PUTNAM INVESTMENTS

▶ Management Team    Back to Fund Information ▲

# Joshua L. Byrne

## Assignments

| Funds | Managed Fund Since |
|---|---|
| International Voyager Fund | November 1, 1997 |

## Biography

Mr. Byrne joined Putnam in 1992 as an equity analyst in the Global Equity Research Group through Putnam's MBA summer internship program. From September 1994 through 1996, Mr. Byrne relocated to London to serve as an Equity Analyst in Putnam's International Equity Group. In January 1997, Mr. Byrne returned to Boston to assume responsibility for the global chemicals sector in the Global Equity Research Group. He has eight years of investment experience.

## Education

| | |
|---|---|
| University of Virginia | B.A. |
| University of Pennsylvania, Wharton School | M.B.A. |

## History

| Company | Title | Period |
|---|---|---|
| H.C. Wainwright & Co., Inc. | Associate, Pharmaceutical Research | 1987-1991 |

For more information about the Putnam Family of Funds and variable annuity products, including investment policies, charges, and expenses, ask your financial advisor for a free prospectus or click on the prospectus section to view or download a prospectus. Please read the prospectus carefully before you invest or send money.

Copyright 1996, Putnam Mutual Funds Corp., Distributor

Member, NASD, Inc.

News & Outlook
PRESS RELEASE

PUTNAM INVESTMENTS

# Nigel Hart, Joshua Byrne named to manage Putnam International Voyager Fund

November 11, 1997 -- Putnam Investments has named Nigel Hart and Joshua Byrne vice presidents and portfolio managers in its international equities group.

Hart and Byrne will take on responsibilities for managing investments in smaller international companies for Putnam's international core and value equities group. They join a team that manages Putnam International Voyager Fund, which primarily invests in smaller non-U.S. companies.

"Smaller companies are increasingly important for us," said managing director Justin Scott, chief investment officer of the core and value unit. "Nigel's and Joshua's experience and depth of knowledge make them strong additions to our smaller company team."

The international core and value unit invests in undervalued companies of all sizes outside the United States. The group has more than $14 billion under management. Overall, Putnam manages more than $20 billion in international and global equities.

Hart joined Putnam from Minneapolis-based IAI International, where for six years he was a Latin America and Europe specialist. He was a member of the IAI emerging markets group, manager of the IAI Developing Countries Mutual Fund, and co-manager of the IAI International Fund. In 1996, he launched IAI's Latin American Equity Fund.

Hart, a chartered financial analyst, holds a degree in economics from the University of East Anglia in Norwich, England.

Byrne has been with Putnam since 1994, most recently serving in the global equity research group as a chemical sector analyst. He also served as an equity analyst in Putnam's London office for two years. Previously, he worked for four years at H.C. Wainwright and Co., where he was an associate in the pharmaceutical research group.

Byrne holds a bachelor's degree from the University of Virginia and an MBA from the Wharton School at the University of Pennsylvania.

 

For more information about the Putnam family of funds, including investment policies, charges, and expenses, ask your financial advisor for a free prospectus or click on the prospectus section to view or download a prospectus or call Putnam Investments toll free at 1-888-4-PUTNAM (1-888-478-8626). Please read the prospectus carefully before you invest or send money.

Copyright 1998, Putnam Mutual Funds Corp.

Member, NASD, Inc.



# Portfolio Managers

PUTNAM INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

## Richard P. Cervone

Back to Management Team

### Biography

Mr. Cervone is Managing Director and Portfolio Manager in the US Core team. He is a portfolio member on the Investors Fund, Tax Smart Equity Fund and Capital Appreciation Fund. Mr. Cervone joined Putnam in 1998 and has 7 years of investment experience.

### Education

| School | Degree |
| --- | --- |
| University of Florida | Bachelor of Design, Architect |
| Columbia University | M.B.A |
| University of Florida | Master of Architecture |

### Funds Managed

| Fund | Managed Since |
| --- | --- |
| Capital Appreciation Fund | |
| Investors Fund | |
| Putnam Capital Appreciation Subaccount | |
| Putnam Investors Subaccount | |
| Tax Smart Equity Fund | |

### History

| Company | Title | Period |
| --- | --- | --- |
| Artec Consultants Inc. | Senior Consultant | 1992-1995 |

| Loomis Sayles & Company, Inc. | Equity Analyst | 1997-1998 |
| --- | --- | --- |

Back to Management Team

Copyright 2006, Putnam Retail Management

US Home Site Map Feedback Canada Home UK Home Privacy Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

PUTNAM INVESTMENTS

Funds & Performance
FUND INFORMATION

PUTNAM Investors FUND

Management Team    Back to Fund Information

# C. Beth Cotner CFA

## Assignments

| Funds | Managed Fund Since |
|---|---|
| Investors Fund | July 1, 1995 |

## Biography

Ms. Cotner joined Putnam in 1995 as a Senior Vice President and Senior Portfolio Manager with responsibility for institutional Core Equity clients. She is also the lead Portfolio Manager for Putnam Investors Fund and a Portfolio Manager for Putnam Global Growth Growth Fund and Putnam American Renaissance Fund. With 20 years of investment management experience, Ms. Cotner has a strong background in research analysis and portfolio management.

## Education

| | |
|---|---|
| Ohio State University | B.A. |
| George Washington University | M.B.A. |

## History

| Company | Title | Period |
|---|---|---|
| American Security Bank | Equity Analyst | 1976-1977 |
| Kemper Financial Services | Consumer Equity Analyst | 1977-1980 |
| Sears Investment Management | Equity Analyst/Portfolio Manager | 1980-1985 |
| Kemper Financial Services | Assistant Director Equity Research | 1985-1988 |
| Kemper Financial Services | Growth Portfolio Manager | 1985-1995 |
| Kemper Financial Services | EVP, Head of Domestic Equity Mutual Funds | 1994-1995 |

For more information about the Putnam Family of Funds and variable annuity products, including investment policies, charges, and expenses, ask your financial advisor for a free prospectus or click on the prospectus section to view or download a prospectus. Please read the prospectus carefully before you invest or send money.

Copyright 1996, Putnam Mutual Funds Corp., Distributor

Member, NASD, Inc.