**Exhibit A**

**Resumes
Part 7 of 7**

# Portfolio Managers

**PUTNAM** INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

## Joshua H. Brooks

*Back to Management Team*

### Biography

Mr. Brooks is Managing Director, Deputy Head of Investments and Chief Investment Officer of Large-Cap Equities. He is a member of the Large-Cap Value team and Global Equity Research team. Mr. Brooks is co-portfolio leader of the Research Fund and portfolio member for the Fund for Growth & Income. Mr. Brooks joined Putnam in 2003 and has 14 years of investment industry experience.

### Education

| School | Degree |
|---|---|
| Yale University | B.A. |
| University of London, London Business School | M.B.A. |

### Funds Managed

| Fund | Managed Since |
|---|---|
| Classic Equity Fund | |
| Convertible Income-Growth Trust | |
| Equity Income Fund | |
| Fund for Growth and Income | |
| George Putnam Fund of Boston | |
| Global Natural Resources Fund | |
| Health Sciences Trust | |
| High Income Securities Fund | |
| New Value Fund | |

Edward Jones: Mutual Fund Families

**Putnam Mutual Fund Families**

- Putnam Equity Income Subaccount
- Putnam Growth and Income Subaccount
- Putnam Health Sciences Subaccount
- Putnam New Value Subaccount
- Putnam Research Subaccount
- Putnam Utilities Growth and Income Subaccount
- Research Fund
- The George Putnam Fund Subaccount
- Utilities Growth and Income Fund

**History**

| Company | Title | Period |
|---|---|---|
| Delaware Investment Advisors | Senior Portfolio Manager | 1995-2000 |
| Delaware Investment Advisors | CIO, Value Investing | 2000-2003 |

*Back to Management Team*

Copyright 2006, Putnam Retail Management

US Home    Site Map    Feedback    Canada Home    UK Home    Privacy    Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

Edward Jones: Mutual Fund Families

age 1 of 2

Portfolio Managers

PUTNAM INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

*Back to Management Team*

### Ronald J. Bukovac

**Biography**

Mr. Bukovac is a Managing Director in the Large Cap Value team. He is a co-portfolio leader on the Classic Equity Fund. Mr. Bukovac, who joined Putnam in 1997, with 18 years of investment industry experience.

**Education**

| School | Degree |
|---|---|
| Cornell University | B.S. |
| DePaul University | M.S.A |

**Funds Managed**

| Fund | Managed Since |
|---|---|
| Classic Equity Fund | |
| Convertible Income-Growth Trust | |
| Equity Income Fund | |
| Fund for Growth and Income | |
| George Putnam Fund of Boston | |
| High Income Securities Fund | |
| New Value Fund | |
| Putnam Equity Income Subaccount | |
| Putnam Growth and Income Subaccount | |
| Putnam New Value Subaccount | |

Edward Jones Mutual Fund Families

Page 2 of

The George Putnam Fund Subaccount

### History

| Company | Title | Period |
|---|---|---|
| Price Waterhouse | Staff Auditor | 1988-1989 |
| Price Waterhouse | Senior Manager | 1990-1997 |

*Back to Management Team*

Copyright 2006, Putnam Retail Management

US Home   Site Map   Feedback   Canada Home   UK Home   Privacy   Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

PRINT    CLOSE WINDOW

## Management Biography
Andrea Burke

Ms. Burke is Senior Vice President and Portfolio Manager in the Core Fixed Income team. Ms. Burke joined Putnam in 1994. Ms. Burke has 20 years of investment experience.

**Education**
Vanderbilt University, B..A., Mathematics
Northeastern University, M.B.A.

**Experience**

| Company | Title | Period |
|---|---|---|
| Merrill Lynch Pierce Fenner & Smith, Ltd., London | Credit Analyst | 1985 |
| Merrill Lynch Pierce Fenner & Smith, Ltd., London | Asst, Vice Pesident, Institutional Fixed Income | 1986-1990 |
| Back Bay Advisors | Institutional Fixed Income Portfolio Manager | 1990-1994 |



# Portfolio Managers

PUTNAM INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

*Back to Management Team*

## Joshua L. Byrne

### Biography

Mr. Byrne is Managing Director and Co-CIO in the International Equity Fund and a portfolio member on Europe Equity Fund. Mr. Byrne joined Putnam in 1992. Mr. Byrne has 13 years of investment experience. He is a portfolio leader on the International Core team.

### Education

| School | Degree |
|---|---|
| University of Virginia | B.A. |
| University of Pennsylvania, Wharton School | M.B.A. |

### Funds Managed

| Fund | Managed Since |
|---|---|
| Europe Equity Fund | |
| International Equity Fund | |
| Putnam International Core Equity Managed Account Portfolio | |
| Putnam International Equity Subaccount | |

### History

| Company | Title | Period |
|---|---|---|
| H.C. Wainwright & Co., Inc. | Associate, Pharmaceutical Research | 1987-1991 |

*Back to Management Team*

Edward Jones: Mutual Fund Families

Page 2 of

Copyright 2006, Putnam Retail Management

US Home  SiteMap  Feedback  Canada Home  UK Home  Privacy  Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

Resumes of Comparators from www.Putnam.com (except in a couple of cases, such as Sorensen, which are from Press releases)

Alphabetical

# Portfolio Managers

## PUTNAM INVESTMENTS

Mutual Funds

Putnam Investments

Why Putnam Investments?

### Rob A. Bloemker

*Back to Management Team*

**Biography**

Mr. Bloemker is Managing Director and Mortgage Specialist in the Core Fixed Income team. Mr. Bloemker is a portfolio member on the U.S. Government Income Fund, Income Fund, American Government Income Fund, Diversified Income Trust, Premier Income Trust, Master Intermediate Income Trust and Limited Duration Government Income Fund. Mr. Bloemker joined Putnam in 1999. Mr. Bloemker has 16 years of investment experience.

**Education**

| School | Degree |
|---|---|
| Washington University | B.S.B.A., Finance |

**Funds Managed**

| Fund | Managed Since |
|---|---|
| American Government Income Fund | |
| Diversified Income Trust | |
| Equity Income Fund | |
| George Putnam Fund of Boston | |
| Global Income Trust | |
| Income Fund | |
| Limited Duration Government Income Fund | |
| Master Intermediate Income Trust | |
| Premier Income Trust | |
| Putnam American Government Subaccount | |

Putnam Diversified Income Subaccount
Putnam Equity Income Subaccount
Putnam Income Subaccount
Putnam Utilities Growth and Income Subaccount
The George Putnam Fund Subaccount
U.S. Government Income Trust
Utilities Growth and Income Fund

**History**

| Company | Title | Period |
|---|---|---|
| Salomon Brothers | Vice President, Mortgage Pass Through/Options | 1988-1993 |
| Salomon Brothers | Vice President, Mortgage Sales/Trading | 1994-1997 |
| Lehman Brothers | Managing Director, Mortgage Sales/Trading | 1997-1999 |

*Back to Management Team*

Copyright 2006, Putnam Retail Management

US Home | Site Map | Feedback | Canada Home | UK Home | Privacy | Disclosures

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.

# Portfolio Managers

**PUTNAM INVESTMENTS**

Mutual Funds

Putnam Investments

Why Putnam Investments?

*Back to Management Team*

## Mark A. Bogar

**Biography**

Mr. Bogar is Senior Vice President and Portfolio Manager in the Global Core team. He is a portfolio member on the Global Equity Fund and Research Fund. Mr. Bogar is a CFA charterholder with 12 years of investment industry experience.

**Education**

| School | Degree |
|---|---|
| Pennsylvania State University | B.S. |
| Northwestern University, Kellogg GSM | M.M. |

**Funds Managed**

| Fund | Managed Since |
|---|---|
| Global Equity Fund | |
| Putnam Global Core Equity Managed Account Portfolio | |
| Putnam Global Core Equity Managed Account Portfolio | |
| Putnam Global Equity Subaccount | |
| Putnam Research Subaccount | |
| Research Fund | |

**History**

| Company | Title | Period |
|---|---|---|
| State Street Bank and Trust Company | Mutual Fund Accountant | 1992 |

Edward Jc : Mutual Fund Families

.ge 2 of

| | |
|---|---|
| State Street Bank and Trust Company | Mutual Fund Accounting Assistant Supervisor |
| State Street Bank and Trust Company | Mutual Fund Accounting Supervisor |

| | 1992-1993 |
| | 1993-1994 |

*Back to Management Team*

Copyright 2006, Putnam Retail Management

**US Home**  **Site Map**  **Canada Home**  **Feedback**  **UK Home**  **Privacy**  **Disclosures**

Copyright © 2005 Edward Jones. All rights reserved. Member SIPC.
This site is designed for U.S. residents only. The services offered within this site are available exclusively through our U.S. investment representatives. Edward Jones' U.S. investment representatives may only conduct business with residents of the states for which they are properly registered. Please note that not all of the investments and services mentioned are available in every state.