**Exhibit B**

**SEC Documents**
**Part 1 of 5**



```
<DOCUMENT>
<TYPE>485BPOS
<SEQUENCE>1
<FILENAME>vf1.txt
<DESCRIPTION>PUTNAM VOYAGER FUND
<TEXT>
```

As filed with the Securities and Exchange Commission on

November 25, 2003

Registration No. 2-29546
811-1682

--------------------------------------------------------------------------

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

---------------

FORM N-1A

| | |
|---|---|
| REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933 | / X / |
| Pre-Effective Amendment No. | / / |
| Post-Effective Amendment No. 57 | / X / |
| and/or | |
| REGISTRATION STATEMENT UNDER THE INVESTMENT COMPANY ACT OF 1940 | / X / |
| Amendment No. 35 | / X / |
| (Check appropriate box or boxes) | |

-----------------
PUTNAM VOYAGER FUND

(Exact Name of Registrant as Specified in Charter)

One Post Office Square, Boston, Massachusetts 02109
(Address of Principal Executive Offices) (Zip Code)

Registrant's Telephone Number, including Area Code
(617) 292-1000

It is proposed that this filing will become effective
(check appropriate box)

/ / immediately upon filing pursuant to paragraph (b)

/ X / on November 30, 2003 pursuant to paragraph (b)

/ / 60 days after filing pursuant to paragraph (a)(1)

/ / on (date) pursuant to paragraph (a)(1)

/ / 75 days after filing pursuant to paragraph (a)(2)

investments involve certain special risks. For example, their values may
decline in response to changes in currency exchange rates, unfavorable
political and legal developments, unreliable or untimely information, and
economic and financial instability. In addition, the liquidity of these
investments may be more limited than for most U.S. investments, which means
we may at times be unable to sell them at desirable prices. Foreign
settlement procedures may also involve additional risks. These risks are
generally greater in the case of developing (also known as emerging)
markets with less developed legal and financial systems.

Certain of these risks may also apply to some extent to U.S.-traded
investments that are denominated in foreign currencies, investments in U.S.
companies that are traded in foreign markets or investments in U.S.
companies that have significant foreign operations. Special U.S. tax
considerations may apply to the fund's foreign investments.

* Derivatives. We may engage in a variety of transactions involving
  derivatives, such as futures, options, warrants and swap contracts.
  Derivatives are financial instruments whose value depends upon, or is
  derived from, the value of something else, such as one or more underlying
  investments, pools of investments, indexes or currencies. We may use
  derivatives both for hedging and non-hedging purposes. However, we may also
  choose not to use derivatives, based on our evaluation of market conditions
  or the availability of suitable derivatives. Investments in derivatives may
  be applied toward meeting a requirement to invest in a particular kind of
  investment if the derivatives have economic characteristics similar to that
  investment.

Derivatives involve special risks and may result in losses. The successful
use of derivatives depends on our ability to manage these sophisticated
instruments. The prices of derivatives may move in unexpected ways due to
the use of leverage or other factors, especially in unusual market
conditions, and may result in increased volatility. The use of derivatives
may also increase the amount of taxes payable by shareholders.

Other risks arise from our potential inability to terminate or sell
derivatives positions. A liquid secondary market may not always exist for
the fund's derivatives positions at any time. In fact, many
over-the-counter instruments (investments not traded on an exchange) will
not be liquid. Over-the-counter instruments also involve the risk that the
other party to the derivative transaction will not meet its obligations.
For further information about the risks of derivatives, see the statement
of additional information (SAI).

* Other investments. In addition to the main investment strategies
  described above, we may make other investments, such as investments in
  preferred stocks, convertible securities, and debt instruments, which may
  be subject to other risks, as described in the SAI.

* Alternative strategies. Under normal market conditions, we keep the
  fund's portfolio fully invested, with minimal cash holdings. However, at
  times we may judge that market conditions make pursuing the fund's usual
  investment strategies inconsistent with the best interests of its
  shareholders. We then may temporarily use alternative strategies that are
  mainly designed to limit losses. However, we may choose not to use these
  strategies for a variety of reasons, even in very volatile market
  conditions. These strategies may cause the fund to miss out on investment
  opportunities, and may prevent the fund from achieving its goal.

* Changes in policies. The Trustees may change the fund's goal, investment
  strategies and other policies without shareholder approval, except as
  otherwise indicated.

Who manages the fund?

The fund's Trustees oversee the general conduct of the fund's business. The
Trustees have retained Putnam Management to be the fund's investment
manager, responsible for making investment decisions for the fund and
managing the fund's other affairs and business. The fund pays Putnam
Management a quarterly management fee for these services based on the
fund's average net assets. The fund paid Putnam Management a management fee
of 0.49% of average net assets for the fund's last fiscal year. Putnam
Management's address is One Post Office Square, Boston, MA 02109.

Putnam Management's investment professionals are organized into investment
management teams, with a particular team dedicated to a specific asset
class. The members of the Large-Cap Growth Team are responsible for the
day-to-day management of the fund. The names of all team members can be
found at www.putnaminvestments.com.

The following team members coordinate the team's management of the fund's

portfolio. Their experience as investment professionals over at least the
last five years is shown.

| Portfolio leader | Since | Experience | |
|---|---|---|---|
| Brian P. O'Toole | 2002 | 2002 – Present | Putnam Management |
| | | Prior to June 2002 | Citigroup Asset Management |
| Portfolio members | Since | Experience | |
| Tony H. Elavia | 2002 | 1999 – Present | Putnam Management |
| | | Prior to Sept. 1999 | TES Partners |
| Walton D. Pearson | 2003 | 2003 – Present | Putnam Management |
| | | Prior to Feb. 2003 | Alliance Capital Management |
| David J. Santos | 2003 | 1986 – Present | Putnam Management |

Consistent with the Conduct Rules of the National Association of Securities
Dealers, Inc., and subject to seeking the most favorable price and
execution available and such other policies as the Trustees may determine,
Putnam Management may consider sales of shares of the fund (and, if
permitted by law, of the other Putnam funds) as a factor in the selection
of broker-dealers to execute portfolio transactions for the fund.

How does the fund price its shares?

The price of the fund's shares is based on its net asset value (NAV). The
NAV per share of each class equals the total value of its assets, less its
liabilities, divided by the number of its outstanding shares. Shares are
only valued as of the close of regular trading on the New York Stock
Exchange each day the exchange is open.

The fund values its investments for which market quotations are readily
available at market value. It values short-term investments that will
mature within 60 days at amortized cost, which approximates market value.
It values all other investments and assets at their fair value.

The fund translates prices for its investments quoted in foreign currencies
into U.S. dollars at current exchange rates. As a result, changes in the
value of those currencies in relation to the U.S. dollar may affect the
fund's NAV. Because foreign markets may be open at different times than the
New York Stock Exchange, the value of the fund's shares may change on days
when shareholders are not able to buy or sell them. If events materially
affecting the values of the fund's foreign investments occur between the
close of foreign markets and the close of regular trading on the New York
Stock Exchange, these investments will be valued at their fair value.

How do I buy fund shares?

You can open a fund account with as little as $500 and make additional
investments at any time with as little as $50 ($25 through systematic
investing). The fund sells its shares at the offering price, which is the
NAV plus any applicable sales charge. Your financial advisor or Putnam
Investor Services generally must receive your completed buy order before
the close of regular trading on the New York Stock Exchange for your shares
to be bought at that day's offering price.

You can buy shares:

* Through a financial advisor. Your advisor will be responsible for
  furnishing all necessary documents to Putnam Investor Services, and may
  charge you for his or her services.

* Through systematic investing. You can make regular investments of $25 or
  more weekly, semi-monthly or monthly through automatic deductions from your
  bank checking or savings account. Application forms are available through
  your advisor or Putnam Investor Services at 1-800-225-1581.

* Subsequent investments via the Internet. If you have an existing Putnam
  fund account and you have completed and returned an Electronic Investment
  Authorization Form, you can buy additional shares online at
  www.putnaminvestments.com. For more information, contact your advisor or
  Putnam Investor Services at 1-800-225-1581.

You may also complete an order form and write a check for the amount you
wish to invest, payable to the fund. Return the check and completed form to
Putnam Investor Services.

Growth Opps
485
11/30/01

```
<DOCUMENT>
<TYPE>485BPOS
<SEQUENCE>1
<FILENAME>pif1.txt
<DESCRIPTION>PUTNAM INVESTMENT FUNDS
<TEXT>
```

As filed with the Securities and Exchange Commission on November 30, 2001

Registration No. 33-56339
811-7237

------------------------------------------------------------------------

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

---------------

FORM N-1A

REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933            / X /
                                                                  ----

Pre-Effective Amendment No.                                       /   /
                                                                  ----
                                                                  ----

Post-Effective Amendment No. 48                                   / X /

                     and                                          ----
                                                                  ----

REGISTRATION STATEMENT UNDER THE INVESTMENT COMPANY               / X /
              ACT OF 1940                                         ----
                                                                  ----

Amendment No. 46                                                  / X /

     (Check appropriate box or boxes)                             ----

PUTNAM INVESTMENT FUNDS
(Exact name of registrant as specified in charter)

One Post Office Square, Boston, Massachusetts 02109
   (Address of principal executive offices)

Registrant's Telephone Number, including Area Code
            (617) 292-1000

-----------------

It is proposed that this filing will become effective
           (check appropriate box)

/   / immediately upon filing pursuant to paragraph (b)

/ X / on November 30, 2001 pursuant to paragraph (b)

/   / 60 days after filing pursuant to paragraph (a) (1)

/   / on (date) pursuant to paragraph (a) (1)

/   / 75 days after filing pursuant to paragraph (a) (2)

/   / on (date) pursuant to paragraph (a) (2) of Rule 485.

If appropriate, check the following box:

/   / this post-effective amendment designates a new
      effective date for a previously filed post-effective amendment.

--------------------

JOHN R. VERANI, Vice President
PUTNAM INVESTMENT FUNDS
One Post Office Square
Boston, Massachusetts 02109
(Name and address of agent for service)

--------------------

Copy to:
JOHN W. GERSTMAYR, Esquire
ROPES & GRAY
One International Place
Boston, Massachusetts 02110

--------------------

This Post-Effective Amendment relates solely to the Registrant's
Putnam Growth Opportunities Fund and Putnam Research Fund series.
Information contained in the Registrant's Registration Statement
relating to any other series of the Registrant is neither amended nor
superseded hereby.

Prospectus

November 30, 2001

Putnam Growth Opportunities Fund

Class A, B, C and M shares
Investment Category: Growth

This prospectus explains what you should know about this mutual fund
before you invest. Please read it carefully.

Putnam Investment Management, LLC (Putnam Management), which has managed
mutual funds since 1937, manages the fund.

These securities have not been approved or disapproved by the Securities
and Exchange Commission nor has the Commission passed upon the accuracy or
adequacy of this prospectus. Any statement to the contrary is a crime.

CONTENTS

2  Fund summary

2  Goal

2  Main investment strategies

2  Main risks

3  Performance information

4  Fees and expenses

5  What are the fund's main investment strategies and related risks?

8  Who manages the fund?

8  How does the fund price its shares?

9  How do I buy fund shares?

The following officers of Putnam Management have had primary responsibility
for the day-to-day management of the fund's portfolio since the years shown
below. Their experience as portfolio managers or investment analysts over
at least the last five years is also shown.

| Manager | Since | Experience | |
| --- | --- | --- | --- |
| Jeffrey R. Lindsey<br>Managing Director | 1996 | 1994 - Present | Putnam Management |
| Richard B. England<br>Senior Vice President | 2001 | 1992 - Present | Putnam Management |

How does the fund price its shares?

The price of the fund's shares is based on its net asset value (NAV). The
NAV per share of each class equals the total value of its assets, less its
liabilities, divided by the number of its outstanding shares. Shares are
only valued as of the close of regular trading on the New York Stock
Exchange each day the exchange is open.

The fund values its investments for which market quotations are readily
available at market value. It values short-term investments that will
mature within 60 days at amortized cost, which approximates market value.
It values all other investments and assets at their fair value.

The fund translates prices for its investments quoted in foreign currencies
into U.S. dollars at current exchange rates. As a result, changes in the
value of those currencies in relation to the U.S. dollar may affect the
fund's NAV. Because foreign markets may be open at different times than the
New York Stock Exchange, the value of the fund's shares may change on days
when shareholders are not able to buy or sell them. If events materially
affecting the values of the fund's foreign investments occur between the
close of foreign markets and the close of regular trading on the New York
Stock Exchange, these investments will be valued at their fair value.

How do I buy fund shares?

You can open a fund account with as little as $500 and make additional
investments at any time with as little as $50 ($15 through systematic
investing). The fund sells its shares at the offering price, which is the
NAV plus any applicable sales charge. Your financial advisor or Putnam
Investor Services generally must receive your completed buy order before
the close of regular trading on the New York Stock Exchange for your shares
to be bought at that day's offering price.

You can buy shares:

* Through a financial advisor. Your advisor will be responsible for
  furnishing all necessary documents to Putnam Investor Services, and may
  charge you for his or her services.

* Through systematic investing. You can make regular investments of $15 or
  more per month through automatic deductions from your bank checking or
  savings account. Application forms are available through your advisor or
  Putnam Investor Services at 1-800-225-1581.

* Subsequent investments via the Internet. If you have an existing Putnam
  fund account and you have completed and returned an Electronic Investment
  Authorization Form, you can buy additional shares online at
  www.putnaminvestments.com. For more information, contact your advisor or
  Putnam Investor Services at 1-800-225-1581.

You may also complete an order form and write a check for the amount you
wish to invest, payable to the fund. Return the check and completed form to
Putnam Investor Services.

The fund may periodically close to new purchases of shares or refuse any



http://www.sec.gov/Archives/edgar/data/932101/000092881602000...

```
<DOCUMENT>
<TYPE>497
<SEQUENCE>1
<FILENAME>pif1.txt
<DESCRIPTION>PUTNAM INVESTMENT FUNDS
<TEXT>
```

Prospectus Supplement                                    86682 9/02
dated September 30, 2002 to:
------------------------------------------------------------------------

PUTNAM GROWTH OPPORTUNITIES FUND
Prospectuses dated November 30, 2001

The second paragraph under the heading "Who manages the fund?" is
replaced with the following:

Putnam Management's investment professionals are organized into
investment management teams, with a particular team dedicated to each
specific asset class. The members of the Large-Cap Growth Team are
responsible for the day-to-day management of the fund. The names of all
team members can be found at www.putnaminvestments.com.

The following team members coordinate the team's management of the
fund's portfolio. Their experience as investment professionals over at
least the last five years is shown.

| Portfolio leader | Since | Experience | |
|---|---|---|---|
| Brian O'Toole | 2002 | 2002-Present | Putnam Management |
| | | Prior to 2002 | Citigroup Asset Management |

| Portfolio members | Since | Experience | |
|---|---|---|---|
| David J. Santos | 1999 | 1986-Present | Putnam Management |

```
</TEXT>
</DOCUMENT>
```

Growth
OppS
Prosp.
11/27/02

```
<DOCUMENT>
<TYPE>485BPOS
<SEQUENCE>1
<FILENAME>pif1.txt
<DESCRIPTION>PUTNAM INVESTMENT FUNDS TRUST
<TEXT>
```

As filed with the Securities and Exchange Commission on
November 27, 2002

Registration No. 33-56339
811-7237

--------------------------------------------------------------------------------
SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

-----------------

FORM N-1A

                                                                        ----
REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933                 / X /
                                                                        ----

                                                                        ----
Pre-Effective Amendment No.                                             /   /
                                                                        ----

                                                                        ----
Post-Effective Amendment No. 54                                        / X /

                           and                                          ----

                                                                        ----
REGISTRATION STATEMENT UNDER THE INVESTMENT COMPANY                    / X /
                      ACT OF 1940                                        ----

                                                                        ----
Amendment No. 52                                                       / X /

(Check appropriate box or boxes)                                        ----

PUTNAM INVESTMENT FUNDS
(Exact name of registrant as specified in charter)

One Post Office Square, Boston, Massachusetts 02109
(Address of principal executive offices)

Registrant's Telephone Number, including Area Code
·(617) 292-1000

-----------------

It is proposed that this filing will become effective
(check appropriate box)

/   /  immediately upon filing pursuant to paragraph (b)

/ X /  on November 30, 2002 pursuant to paragraph (b)

/   /  60 days after filing pursuant to paragraph (a) (1)

/   /  on (date) pursuant to paragraph (a) (1)

/   /  75 days after filing pursuant to paragraph (a) (2)

/   /  on (date) pursuant to paragraph (a) (2) of Rule 485.

If appropriate, check the following box:

/   /  this post-effective amendment designates a new effective date for a
       previously filed post-effective amendment.

-----------------

BETH S. MAZOR, Vice President

PUTNAM INVESTMENT FUNDS
One Post Office Square
Boston, Massachusetts 02109
(Name and address of agent for service)

```
-------------------
      Copy to:
JOHN W. GERSTMAYR, Esquire
      ROPES & GRAY
  One International Place
Boston, Massachusetts 02110

-------------------
```

This Post-Effective Amendment relates solely to the Registrant's Putnam Growth Opportunities Fund and Putnam Research Fund series. Information contained in the Registrant's Registration Statement relating to any other series of the Registrant is neither amended nor superseded hereby.


Prospectus

November 30, 2002

Putnam Growth Opportunities Fund

Class A, B, C and M shares
Investment Category: Growth

This prospectus explains what you should know about this mutual fund before you invest. Please read it carefully.

Putnam Investment Management, LLC (Putnam Management), which has managed mutual funds since 1937, manages the fund.

These securities have not been approved or disapproved by the Securities and Exchange Commission nor has the Commission passed upon the accuracy or adequacy of this prospectus. Any statement to the contrary is a crime.

## CONTENTS

2   Fund summary

2   Goal

2   Main investment strategies

2   Main risks

3   Performance information

4   Fees and expenses

6   What are the fund's main investment strategies and related risks?

8   Who manages the fund?

9   How does the fund price its shares?

9   How do I buy fund shares?

13   How do I sell fund shares?

14   How do I exchange fund shares?

15   Fund distributions and taxes

16   Financial highlights

[SCALE LOGO OMITTED]


Fund summary

GOAL

The fund seeks capital appreciation.

MAIN INVESTMENT STRATEGIES -- GROWTH STOCKS

Derivatives involve special risks and may result in losses. The successful use of derivatives depends on our ability to manage these sophisticated instruments. The prices of derivatives may move in unexpected ways due to the use of leverage or other factors, especially in unusual market conditions, and may result in increased volatility. The use of derivatives may also increase the amount of taxes payable by shareholders.

Other risks arise from our potential inability to terminate or sell derivatives positions. A liquid secondary market may not always exist for the fund's derivatives positions at any time. In fact, many over-the-counter instruments (investments not traded on an exchange) will not be liquid. Over-the-counter instruments also involve the risk that the other party to the derivative transaction will not meet its obligations. For further information about the risks of derivatives, see the fund's statement of additional information (SAI).

* Other investments. In addition to the main investment strategies described above, we may make other investments, such as investments in preferred stocks, convertible securities, and debt instruments, which may be subject to other risks, as described in the SAI.

* Alternative strategies. Under normal market conditions, we keep the fund's portfolio fully invested, with minimal cash holdings. However, at times we may judge that market conditions make pursuing the fund's usual investment strategies inconsistent with the best interests of its shareholders. We then may temporarily use alternative strategies that are mainly designed to limit losses. However, we may choose not to use these strategies for a variety of reasons, even in very volatile market conditions. These strategies may cause the fund to miss out on investment opportunities, and may prevent the fund from achieving its goal.

* Changes in policies. The Trustees may change the fund's goal, investment strategies and other policies without shareholder approval, except as otherwise indicated.

Who manages the fund?

The fund's Trustees oversee the general conduct of the fund's business. The Trustees have retained Putnam Management to be the fund's investment manager, responsible for making investment decisions for the fund and managing the fund's other affairs and business. The fund pays Putnam Management a quarterly management fee for these services based on the fund's average net assets. The fund paid Putnam Management a management fee of 0.55% of average net assets for the fund's last fiscal year. Putnam Management's address is One Post Office Square, Boston, MA 02109.

Putnam Management's investment professionals are organized into investment management teams, with a particular team dedicated to each specific asset class. The members of the Large-Cap Growth Team are responsible for the day-to-day management of the fund. The names of all team members can be found at www.putnaminvestments.com.

The following team members coordinate the team's management of the fund's portfolio. Their experience as investment professionals over at least the last five years is shown.

| Portfolio leader | Since | Experience | |
|---|---|---|---|
| Brian O'Toole | 2002 | 2002 - Present | Putnam Management |
| | | Prior to June 2002 | Citigroup Asset Management |

| Portfolio member | Since | Experience | |
|---|---|---|---|
| David J. Santos | 1999 | 1986 - Present | Putnam Management |

How does the fund price its shares?

The price of the fund's shares is based on its net asset value (NAV). The NAV per share of each class equals the total value of its assets, less its liabilities, divided by the number of its outstanding shares. Shares are only valued as of the close of regular trading on the New York Stock Exchange each day the exchange is open.

The fund values its investments for which market quotations are readily available at market value. It values short-term investments that will mature within 60 days at amortized cost, which approximates market value. It values all other investments and assets at their fair value.

The fund translates prices for its investments quoted in foreign currencies



http://www.sec.gov/Archives/edgar/data/932101/000092881603000...

```
<DOCUMENT>
<TYPE>497
<SEQUENCE>1
<FILENAME>pif1.txt
<DESCRIPTION>PUTNAM INVESTMENT FUNDS
<TEXT>
```

Prospectus Supplement                                        205452 6/03
dated June 30, 2003 to:
------------------------------------------------------------------------
PUTNAM GROWTH OPPORTUNITIES FUND
Prospectuses dated November 30, 2002

The third paragraph and table under the heading "Who manages the fund?"
are replaced with the following:

The following team members coordinate the team's management of the
fund's portfolio.  Their experience as investment professionals over at
least the last five years is shown.

| Portfolio leader | Since | Experience | |
|---|---|---|---|
| Brian P. O'Toole | 2002 | 2002-Present | Putnam Management |
| | | Prior to June 2002 | Citigroup Asset Management |
| Portfolio members | Since | Experience | |
| Tony H. Elavia | 2003 | 1999-Present | Putnam Management |
| | | Prior to Sept. 1999 | TES Partners |
| | | Prior to Sept. 1998 | Voyageur Asset Management |
| Walton D. Pearson | 2003 | 2003-Present | Putnam Management |
| | | Prior to Feb. 2003 | Alliance Capital Management |
| David J. Santos | 1999 | 1986-Present | Putnam Management |

PUTNAM INVESTMENTS

[SCALE LOGO OMITTED]

```
</TEXT>
</DOCUMENT>
```



```
<DOCUMENT>
<TYPE>485BPOS
<SEQUENCE>1
<FILENAME>pif1.txt
<DESCRIPTION>PUTNAM INVESTMENT FUNDS
<TEXT>
```

As filed with the Securities and Exchange Commission on November 26, 2003

Registration No. 33-56339
811-7237

---

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

----------------

FORM N-1A

----------------

| | |
|---|---|
| REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933 | / X / |
| Pre-Effective Amendment No. | / / |
| Post-Effective Amendment No. 59 | / X / |
| and | |
| REGISTRATION STATEMENT UNDER THE INVESTMENT COMPANY ACT OF 1940 | / X / |
| Amendment No. 57 | / X / |

(Check appropriate box or boxes)

PUTNAM INVESTMENT FUNDS
(Exact name of registrant as specified in charter)

One Post Office Square, Boston, Massachusetts 02109
(Address of principal executive offices)

Registrant's Telephone Number, including Area Code
(617) 292-1000

----------------

It is proposed that this filing will become effective
(check appropriate box)

/ /  immediately upon filing pursuant to paragraph (b)

/ X /  on November 30, 2003 pursuant to paragraph (b)

/ /  60 days after filing pursuant to paragraph (a) (1)

/ /  on (date) pursuant to paragraph (a) (1)

/ /  75 days after filing pursuant to paragraph (a) (2)

/ /  on (date) pursuant to paragraph (a) (2) of Rule 485.

If appropriate, check the following box:

/ /  this post-effective amendment designates a new
     effective date for a previously filed post-effective amendment.

------------------
BETH S. MAZOR, Vice President
PUTNAM INVESTMENT FUNDS

One Post Office Square
Boston, Massachusetts 02109
(Name and address of agent for service)
-------------------

Copy to:
JOHN W. GERSTMAYR, Esquire
ROPES & GRAY LLP
One International Place
Boston, Massachusetts 02110
-------------------

This Post-Effective Amendment relates solely to the Registrant's Putnam
Growth Opportunities Fund and PutnamResearch Fund series. Information
contained in the Registrant's Registration Statement relating to any
other series of the Registrant is neither amended nor superseded hereby.

Prospectus

November 30, 2003

Putnam Growth Opportunities Fund

Class A, B, C, M and R shares
Investment Category: Growth

This prospectus explains what you should know about this mutual fund
before you invest. Please read it carefully.

Putnam Investment Management, LLC (Putnam Management), which has managed
mutual funds since 1937, manages the fund.

These securities have not been approved or disapproved by the Securities
and Exchange Commission nor has the Commission passed upon the accuracy or
adequacy of this prospectus. Any statement to the contrary is a crime.

CONTENTS

2   Fund summary

2   Goal

2   Main investment strategies

2   Main risks

3   Performance information

4   Fees and expenses

6   What are the fund's main investment strategies and related risks?

8   Who manages the fund?

9   How does the fund price its shares?

10  How do I buy fund shares?

14  How do I sell fund shares?

15  How do I exchange fund shares?

16  Fund distributions and taxes

17  Financial highlights

[SCALE LOGO OMITTED]

Fund summary

GOAL

The fund seeks capital appreciation.

MAIN INVESTMENT STRATEGIES -- GROWTH STOCKS

instruments. The prices of derivatives may move in unexpected ways due to the use of leverage or other factors, especially in unusual market conditions, and may result in increased volatility. The use of derivatives may also increase the amount of taxes payable by shareholders.

Other risks arise from our potential inability to terminate or sell derivatives positions. A liquid secondary market may not always exist for the fund's derivatives positions at any time. In fact, many over-the-counter instruments (investments not traded on an exchange) will not be liquid. Over-the-counter instruments also involve the risk that the other party to the derivative transaction will not meet its obligations. For further information about the risks of derivatives, see the statement of additional information (SAI).

* Other investments. In addition to the main investment strategies described above, we may make other investments, such as investments in preferred stocks, convertible securities, and debt instruments, which may be subject to other risks, as described in the SAI.

* Alternative strategies. Under normal market conditions, we keep the fund's portfolio fully invested, with minimal cash holdings. However, at times we may judge that market conditions make pursuing the fund's usual investment strategies inconsistent with the best interests of its shareholders. We then may temporarily use alternative strategies that are mainly designed to limit losses. However, we may choose not to use these strategies for a variety of reasons, even in very volatile market conditions. These strategies may cause the fund to miss out on investment opportunities, and may prevent the fund from achieving its goal.

* Changes in policies. The Trustees may change the fund's goal, investment strategies and other policies without shareholder approval, except as otherwise indicated.

Who manages the fund?

The fund's Trustees oversee the general conduct of the fund's business. The Trustees have retained Putnam Management to be the fund's investment manager, responsible for making investment decisions for the fund and managing the fund's other affairs and business. The fund pays Putnam Management a quarterly management fee for these services based on the fund's average net assets. The fund paid Putnam Management a management fee of 0.59% of average net assets for the fund's last fiscal year. Putnam Management's address is One Post Office Square, Boston, MA 02109.

Putnam Management's investment professionals are organized into investment management teams, with a particular team dedicated to a specific asset class. The members of the Large-Cap Growth Team are responsible for the day-to-day management of the fund. The names of all team members can be found at www.putnaminvestments.com.

The following team members coordinate the team's management of the fund's portfolio. Their experience as investment professionals over at least the last five years is shown.

| Portfolio leader | Since | Experience | |
| --- | --- | --- | --- |
| Brian P. O'Toole | 2002 | 2002 - Present<br>Prior to June 2002 | Putnam Management<br>Citigroup Asset Management |

| Portfolio members | Since | Experience | |
| --- | --- | --- | --- |
| Tony H. Elavia | 2003 | 1999 - Present<br>Prior to Sept. 1999 | Putnam Management<br>TES Partners |
| Walton D. Pearson | 2003 | 2003 - Present<br>Prior to Feb. 2003 | Putnam Management<br>Alliance Capital<br>Management |
| David J. Santos | 1999 | 1986 - Present | Putnam Management |

Consistent with the Conduct Rules of the National Association of Securities Dealers, Inc., and subject to seeking the most favorable price and execution available and such other policies as the Trustees may determine, Putnam Management may consider sales of shares of the fund (and, if permitted by law, of the other Putnam funds) as a factor in the selection of broker-dealers to execute portfolio transactions for the fund.

How does the fund price its shares?