**Exhibit B**

**SEC Documents
Part 1 of 5**

Vista
Prosp
11/27/02

```
<DOCUMENT>
<TYPE>485BPOS
<SEQUENCE>1
<FILENAME>pvf1.txt
<DESCRIPTION>PUTNAM VISTA FUND
<TEXT>
```

As filed with the Securities and Exchange Commission on

November 27, 2002

Registration No. 2-27664
811-1561

--------------------------------------------------------------------------

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

---------------

FORM N-1A

|                                                                      |   ----    |
| REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933              |   / X /   |
|                                                                      |   ----    |
|                                                                      |   ----    |
| Pre-Effective Amendment No.                                          |   /   /   |
|                                                                      |   ----    |
|                                                                      |   ----    |
| Post-Effective Amendment No. 52                                      |   / X /   |
|                                                                      |           |
| and/or                                                               |   ----    |
|                                                                      |   ----    |
| REGISTRATION STATEMENT UNDER THE INVESTMENT COMPANY ACT OF 1940      |   / X /   |
|                                                                      |   ----    |
|                                                                      |   ----    |
| Amendment No. 34                                                     |   / X /   |
|                                                                      |           |
| (Check appropriate box or boxes)                                     |   ----    |

---------------
PUTNAM VISTA FUND
(Exact Name of Registrant as Specified in Charter)

One Post Office Square, Boston, Massachusetts 02109
(Address of Principal Executive Offices)

Registrant's Telephone Number, including Area Code
(617) 292-1000
---------------
It is proposed that this filing will become effective
(check appropriate box)

----
/   / immediately upon filing pursuant to paragraph (b)
----
----


/ X / on November 30, 2002 pursuant to paragraph (b)


----
----
/   / 60 days after filing pursuant to paragraph (a)(1)
----
----
/   / on (date) pursuant to paragraph (a)(1)
----
----
/   / 75 days after filing pursuant to paragraph (a)(2)
----
----
/   / on (date) pursuant to paragraph (a)(2) of Rule 485.
----
If appropriate, check the following box:

derivatives both for hedging and non-hedging purposes. However, we may also choose not to use derivatives, based on our evaluation of market conditions or the availability of suitable derivatives. Investments in derivatives may be applied toward meeting a requirement to invest in a particular kind of investment if the derivatives have economic characteristics similar to that investment.

Derivatives involve special risks and may result in losses. The successful use of derivatives depends on our ability to manage these sophisticated instruments. The prices of derivatives may move in unexpected ways due to the use of leverage or other factors, especially in unusual market conditions, and may result in increased volatility. The use of derivatives may also increase the amount of taxes payable by shareholders.

Other risks arise from our potential inability to terminate or sell derivatives positions. A liquid secondary market may not always exist for the fund's derivatives positions at any time. In fact, many over-the-counter instruments (instruments not traded on an exchange) will not be liquid. Over-the-counter instruments also involve the risk that the other party to the derivative transaction will not meet its obligations. For further information about the risks of derivatives, see the fund's statement of additional information (SAI).

* Other investments. In addition to the main investment strategies described above, we may make other investments, such as investments in preferred stocks, convertible securities, and debt instruments, which may be subject to other risks, as described in the SAI.

* Alternative strategies. Under normal market conditions, we keep the fund's portfolio fully invested, with minimal cash holdings. However, at times we may judge that market conditions make pursuing the fund's usual investment strategies inconsistent with the best interests of its shareholders. We then may temporarily use alternative strategies that are mainly designed to limit losses. However, we may choose not to use these strategies for a variety of reasons, even in very volatile market conditions. These strategies may cause the fund to miss out on investment opportunities, and may prevent the fund from achieving its goal.

* Changes in policies. The Trustees may change the fund's goal, investment strategies and other policies without shareholder approval, except as otherwise indicated.

Who manages the fund?

The fund's Trustees oversee the general conduct of the fund's business. The Trustees have retained Putnam Management to be the fund's investment manager, responsible for making investment decisions for the fund and managing the fund's other affairs and business. The fund pays Putnam Management a quarterly management fee for these services based on the fund's average net assets. The fund paid Putnam Management a management fee of 0.48% of average net assets for the fund's last fiscal year. Putnam Management's address is One Post Office Square, Boston, MA 02109.

Putnam Management's investment professionals are organized into investment management teams, with a particular team dedicated to each specific asset class. The members of the Specialty Growth Team are responsible for the day-to-day management of the fund. The names of all team members can be found at www.putnaminvestments.com.

The following team members coordinate the team's management of the fund's portfolio. Their experience as investment professionals over at least the last five years is shown.

| Portfolio leader | Since | Experience | |
|---|---|---|---|
| Eric M. Wetlaufer | 1997 | 1997 - Present | Putnam Management |
| Portfolio members | Since | Experience | |
| Dana F. Clark | 1999 | 1987 - Present | Putnam Management |
| Kenneth J. Doerr | 2001 | 2000 - Present | Putnam Management |
| | | Prior to Nov. 2000 | Equinox Capital Management |
| Margery C. Parker | 1998 | 1997 - Present | Putnam Management |
| | | Prior to Dec. 1997 | Keystone Investments |



```
<DOCUMENT>
<TYPE>N-30D
<SEQUENCE>1
<FILENAME>pvf.txt
<DESCRIPTION>PUTNAM VISTA FUND
<TEXT>
Putnam
Vista Fund
```

SEMIANNUAL REPORT ON PERFORMANCE AND OUTLOOK

1-31-03

[GRAPHIC OMITTED: BINOCULARS]

[SCALE LOGO OMITTED]


FROM THE TRUSTEES

[GRAPHIC OMITTED: PHOTO OF JOHN A. HILL AND GEORGE PUTNAM III]


Dear Fellow Shareholder:

It gives us little pleasure to report another decline for Putnam Vista
Fund. The task is made no easier by having to add that for the six
months ended January 31, 2003, the fund lagged both its benchmark index
and the Lipper average for its peer group. Details are on page 7.

In assessing the fund's results during the period, however, it is
important for you to keep in mind that most of the negative performance
can be attributed to the ongoing lackluster performance of both the
economy and the stock market and to remember that such challenging
circumstances do not last forever. In its report on the following
pages, the management team provides a discussion of the strategies they
pursued  during the period and offers their view of prospects for the
fiscal year's second half.

Meanwhile, we would like you to know how much we appreciate your
continued confidence in Putnam, especially as we look back on one of the
most challenging periods in recent investment history.  We believe those
who maintain a long-term focus and a diversified approach to investing
should eventually be rewarded for their patience.

Respectfully yours,

/S/JOHN A. HILL                  /S/GEORGE PUTNAM, III

John A. Hill                     George Putnam, III
Chairman of the Trustees         President of the Funds
March 19, 2003


REPORT FROM FUND MANAGEMENT

This fund is managed by the
Putnam Specialty Growth Team

During the first half of its fiscal year, which ended January 31, 2003,
Putnam Vista Fund posted negative returns. The fund's six-month
performance at net asset value also underperformed both the average
return for its Lipper category and its benchmark, the Russell Midcap
Growth Index. Please refer to page 7 for additional performance
information.

These performance results should be considered in light of the
increasing geopolitical tensions and economic uncertainty that have
shaped the investment environment over the period. Many sectors of the
economy in which your fund invests reflected these pressures, turning in
disappointing returns for the six months ended January 31. For example,

The fund invests all or a portion of its assets in small to midsize companies. Such investments increase the risk of greater price fluctuations.

The fund is managed by the Putnam Specialty Growth Team. The members of the team are Eric Wetlaufer (Portfolio Leader), Dana Clark (Portfolio Member), Kenneth Doerr (Portfolio Member), Margery Parker (Portfolio Member), Daniel Miller, Roland Gillis, Michael Mufson, Anthony Sellitto, and Richard Weed.

A NOTE ABOUT DUPLICATE MAILINGS

In response to investors' requests, the SEC has modified mailing regulations for proxy statements, semiannual and annual reports, and prospectuses. Putnam is now able to send a single copy of these materials to customers who share the same address. This change will automatically apply to all shareholders except those who notify us. If you would prefer to receive your own copy, please call Putnam at 1-800-225-1581.

PERFORMANCE SUMMARY

This section provides information about your fund's performance during its semiannual period, which ended January 31, 2003. In accordance with NASD requirements, we also include performance for the most current calendar quarter-end. Performance should always be considered in light of a fund's investment strategy.

<TABLE>
<CAPTION>

TOTAL RETURN FOR PERIODS ENDED 1/31/03

| (inception dates) | Class A (6/3/68) | | Class B (3/1/93) | | Class C (7/26/99) | | Class M (12/8/94) | | Class (1/21, |
|---|---|---|---|---|---|---|---|---|---|
| | NAV | POP | NAV | CDSC | NAV | CDSC | NAV | POP | NAV |
| <S> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> | <C> |
| 6 months | -5.71% | -11.08% | -6.04% | -10.74% | -6.03% | -6.97% | -6.05% | -9.40% | -5.8 |
| 1 year | -28.86 | -32.96 | -29.37 | -32.90 | -29.38 | -30.08 | -29.24 | -31.75 | -29.0 |
| 5 years | -17.21 | -21.96 | -20.25 | -21.21 | -20.21 | -20.21 | -19.29 | -22.12 | -18.1 |
| Annual average | -3.71 | -4.84 | -4.43 | -4.66 | -4.42 | -4.42 | -4.20 | -4.88 | -3.9 |
| 10 years | 85.20 | 74.50 | 72.01 | 72.01 | 71.77 | 71.77 | 76.08 | 69.87 | 80.0 |
| Annual average | 6.36 | 5.73 | 5.57 | 5.57 | 5.56 | 5.56 | 5.82 | 5.44 | 6.0 |
| Annual average (life of fund) | 8.98 | 8.80 | 7.99 | 7.99 | 8.16 | 8.16 | 8.26 | 8.15 | 8.7 |

</TABLE>

COMPARATIVE INDEX RETURNS FOR PERIODS ENDED 1/31/03

| | Russell Midcap Growth Index | Lipper Mid-Cap Growth Funds category* |
|---|---|---|
| 6 months | -0.85% | -5.02% |
| 1 year | -25.71 | -27.04 |
| 5 years | -8.02 | -5.53 |
| Annual average | -1.66 | -1.88 |
| 10 years | 87.31 | 84.82 |
| Annual average | 6.48 | 5.61 |

```
<DOCUMENT>
<TYPE>497
<SEQUENCE>1
<FILENAME>vf1.txt
<DESCRIPTION>PUTNAM VISTA FUND
<TEXT>
```

Prospectus Supplement                              205351  6/03
dated June 30, 2003 to:

PUTNAM VISTA FUND
Prospectuses dated November 30, 2002

The second and third paragraphs and table under the heading "Who manages
the fund?" are replaced with the following:

Putnam Management's investment professionals are organized into
investment management teams, with a particular team dedicated to a
specific asset class. The members of the Mid Cap Growth Team are
responsible for the day-to-day management of the fund. The names of all
team members can be found at www.putnaminvestments.com.

The following team members coordinate the team's management of the
fund's portfolio.  Their experience as investment professionals over at
least the last five years is shown.

| Portfolio leader | Since | Experience | |
|---|---|---|---|
| Eric M. Wetlaufer | 1997 | 1997-Present | Putnam Management |

| Portfolio members | Since | Experience | |
|---|---|---|---|
| Kevin M. Divney | 2003 | 1997-Present | Putnam Management |
| Kenneth J. Doerr | 2001 | 2000-Present<br>Prior to Nov. 2000 | Putnam Management<br>Equinox Capital Management |
| Paul E. Marrkand | 2003 | 1987-Present | Putnam Management |
| Justin M. Scott | 2003 | 1988-Present | Putnam Management |

```
</TEXT>
</DOCUMENT>
```

```
<DOCUMENT>
<TYPE>497
<SEQUENCE>1
<FILENAME>pv1.txt
<DESCRIPTION>PUTNAM VISTA FUND
<TEXT>
```

Prospectus Supplement                                    207808 10/03
dated October 6, 2003 to:
------------------------------------------------------------------------
PUTNAM VISTA FUND
Prospectuses dated November 30, 2002

Effective September 30, 2003, the third paragraph and table under the
heading "Who manages the fund?" are replaced with the following:

The following team members coordinate the team's management of the
fund's portfolio.  Their experience as investment professionals over at
least the last five years is shown.

| Portfolio members | Since | Experience | |
|---|---|---|---|
| Kevin M. Divney | 2003 | 1997 - Present | Putnam Management |
| Kenneth J. Doerr | 2001 | 2000 - Present | Putnam Management |
| | | Prior to Nov. 2000 | Equinox Capital Management |
| Paul E. Marrkand | 2003 | 1987 - Present | Putnam Management |
| Justin M. Scott | 2003 | 1988 - Present | Putnam Management |

```
</TEXT>
</DOCUMENT>
```

International
New Opportunities
Prospectus
Form 485-BPOS

```
<DOCUMENT>
<TYPE>485BPOS
<SEQUENCE>1
<FILENAME>pif1.txt
<DESCRIPTION>PUTNAM INVESTMENT FUNDS
<TEXT>
```

As filed with the Securities and Exchange Commission on January 30, 2003

Registration No. 33-56339
811-7237

--------------------------------------------------------------------

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

----------------

FORM N-1A

                                                           ----

REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933    / X /

   ----
   ----

Pre-Effective Amendment No.    /   /

   ----
   ----

Post-Effective Amendment No. 56    / X /

   ----
and       ----

REGISTRATION STATEMENT UNDER THE INVESTMENT COMPANY    / X /
ACT OF 1940    ----

   ----

Amendment No. 54    / X /

   ----

(Check appropriate box or boxes)

PUTNAM INVESTMENT FUNDS
(Exact name of registrant as specified in charter)

One Post Office Square, Boston, Massachusetts 02109
(Address of principal executive offices)

Registrant's Telephone Number, including Area Code
(617) 292-1000

----------------

It is proposed that this filing will become effective
(check appropriate box)

/   / immediately upon filing pursuant to paragraph (b)

/ X / on January 30, 2003 pursuant to paragraph (b)

/   / 60 days after filing pursuant to paragraph (a) (1)

/   / on (date) pursuant to paragraph (a) (1)

/   / 75 days after filing pursuant to paragraph (a) (2)

/   / on (date) pursuant to paragraph (a) (2) of Rule 485.

If appropriate, check the following box:

/   / this post-effective amendment designates a new
effective date for a previously filed post-effective amendment.

------------------

BETH S. MAZOR, Vice President
PUTNAM INVESTMENT FUNDS
One Post Office Square
Boston, Massachusetts 02109
(Name and address of agent for service)
------------------

* Changes in policies. The Trustees may change the fund's goal, investment
  strategies and other policies without shareholder approval, except as
  otherwise indicated.

Who manages the fund?

The fund's Trustees oversee the general conduct of the fund's business. The
Trustees have retained Putnam Management to be the fund's investment
manager, responsible for making investment decisions for the fund and
managing the fund's other affairs and business. The fund pays Putnam
Management a quarterly management fee for these services based on the
fund's average net assets. The fund paid Putnam Management a management fee
of 0.93% of average net assets for the fund's last fiscal year. Putnam
Management's address is One Post Office Square, Boston, MA 02109.

Putnam Management's investment professionals are organized into investment
management teams, with a particular team dedicated to each specific asset
class. The members of the International Growth Team are responsible for the
day-to-day management of the fund. The names of all team members can be
found at www.putnaminvestments.com.

The following team members coordinate the team's management of the fund's
portfolio. Their experience as investment professionals over at least the
last five years is shown.

| Portfolio leader | Since | Experience | |
|---|---|---|---|
| Stephen P. Dexter | 1999 | 1999 - Present | Putnam Management |
| | | Prior to June 1999 | Scudder Kemper Inc. |

| Portfolio members | Since | Experience | |
|---|---|---|---|
| Nathan W. Eigerman | 2002 | 1996 - Present | Putnam Management |
| Peter J. Hadden | 2000 | 1992 - Present | Putnam Management |

How does the fund price its shares?

The price of the fund's shares is based on its net asset value (NAV). The
NAV per share of each class equals the total value of its assets, less its
liabilities, divided by the number of its outstanding shares. Shares are
only valued as of the close of regular trading on the New York Stock
Exchange each day the exchange is open.

The fund values its investments for which market quotations are readily
available at market value. It values short-term investments that will
mature within 60 days at amortized cost, which approximates market value.
It values all other investments and assets at their fair value.

The fund translates prices for its investments quoted in foreign currencies
into U.S. dollars at current exchange rates. As a result, changes in the
value of those currencies in relation to the U.S. dollar may affect the
fund's NAV. Because foreign markets may be open at different times than the
New York Stock Exchange, the value of the fund's shares may change on days
when shareholders are not able to buy or sell them. If events materially
affecting the values of the fund's foreign investments occur between the
close of foreign markets and the close of regular trading on the New York
Stock Exchange, these investments will be valued at their fair value.

How do I buy fund shares?

You can open a fund account with as little as $500 and make additional
investments at any time with as little as $50 ($25 through systematic
investing). The fund sells its shares at the offering price, which is the
NAV plus any applicable sales charge. Your financial advisor or Putnam
Investor Services generally must receive your completed buy order before
the close of regular trading on the New York Stock Exchange for your shares
to be bought at that day's offering price.

You can buy shares

* Through a financial advisor. Your advisor will be responsible for
  furnishing all necessary documents to Putnam Investor Services, and may
  charge you for his or her services.

* Through systematic investing. You can make regular investments of $25 or
  more per month through automatic deductions from your bank checking or
  savings account. Application forms are available through your advisor or
  Putnam Investor Services at 1-800-225-1581.



```
<DOCUMENT>
<TYPE>485BPOS
<SEQUENCE>1
<FILENAME>pvf1.txt
<DESCRIPTION>PUTNAM VOYAGER FUND
<TEXT>
```

As filed with the Securities and Exchange Commission on
November 29, 2001

Registration No. 2-29546
811-1682

---

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

----------------

FORM N-1A

REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933          / X /
                                                                 ----
                                                                 ----
Pre-Effective Amendment No.                                      /   /
                                                                 ----
                                                                 ----
Post-Effective Amendment No. 55                                  / X /
                and/or                                           ----
                                                                 ----
REGISTRATION STATEMENT UNDER THE INVESTMENT COMPANY              / X /
                ACT OF 1940                                      ----
                                                                 ----
Amendment No.  33                                                / X /
(Check appropriate box or boxes)                                 ----
----------------

PUTNAM VOYAGER FUND
(Exact Name of Registrant as Specified in Charter)

One Post Office Square, Boston, Massachusetts 02109
(Address of Principal Executive Offices) (Zip Code)

Registrant's Telephone Number, including Area Code
(617) 292-1000
----------------
It is proposed that this filing will become effective
(check appropriate box)
----
/   /  immediately upon filing pursuant to paragraph (b)
----
----
/ X /  on November 30, 2001 pursuant to paragraph (b)
----
----
/   /  60 days after filing pursuant to paragraph (a)(1)
----
----
/   /  on (date) pursuant to paragraph (a)(1)
----
----
/   /  75 days after filing pursuant to paragraph (a)(2)
----
----
/   /  on (date) pursuant to paragraph (a)(2) of Rule 485.
----
If appropriate, check the following box:
----
/   /  this post-effective amendment designates a new
----   effective date for a previously filed post-effective amendment.

------------------

investment strategies inconsistent with the best interests of its
shareholders. We then may temporarily use alternative strategies that are
mainly designed to limit losses. However, we may choose not to use these
strategies for a variety of reasons, even in very volatile market
conditions. These strategies may cause the fund to miss out on investment
opportunities, and may prevent the fund from achieving its goal.

* Changes in policies. The Trustees may change the fund's goal, investment
  strategies and other policies without shareholder approval, except as
  otherwise indicated.

Who manages the fund?

The fund's Trustees oversee the general conduct of the fund's business. The
Trustees have retained Putnam Management to be the fund's investment
manager, responsible for making investment decisions for the fund and
managing the fund's other affairs and business. The fund pays Putnam
Management a quarterly management fee for these services based on the
fund's average net assets. The fund paid Putnam Management a management fee
of 0.45% of average net assets for the fund's last fiscal year. Putnam
Management's address is One Post Office Square, Boston, MA 02109.

The following officers of Putnam Management have had primary responsibility
for the day-to-day management of the fund's portfolio since the years shown
below. Their experience as portfolio managers or investment analysts over
at least the last five years is also shown.

| Manager | Since | Experience | |
|---|---|---|---|
| Paul C. Warren Managing Director | 2001 | 1997 - Present Prior to May 1997 | Putnam Management IDS Fund Management |
| Kevin M. Divney Senior Vice President | 2000 | 1997 - Present Prior to July 1997 | Putnam Management Franklin Portfolio Associates |
| Paul E. Marrkand Senior Vice President | 1999 | 1987 - Present | Putnam Management |
| Michael E. Nance Senior Vice President | 2001 | 2001 - Present Prior to May 2001 | Putnam Management Kobrick Funds LLC |
| Michael P. Stack Senior Vice President | 1997 | 1997 - Present Prior to Nov. 1997 | Putnam Management Independence Investment Associates Inc. |
| James C. Wiess Senior Vice President | 2000 | 2000 - Present Prior to April 2000 | Putnam Management JP Morgan Company |

How does the fund price its shares?

The price of the fund's shares is based on its net asset value (NAV). The
NAV per share of each class equals the total value of its assets, less its
liabilities, divided by the number of its outstanding shares. Shares are
only valued as of the close of regular trading on the New York Stock
Exchange each day the exchange is open.

The fund values its investments for which market quotations are readily
available at market value. It values short-term investments that will
mature within 60 days at amortized cost, which approximates market value.
It values all other investments and assets at their fair value.

The fund translates prices for its investments quoted in foreign currencies
into U.S. dollars at current exchange rates. As a result, changes in the
value of those currencies in relation to the U.S. dollar may affect the



http://www.sec.gov/Archives/edgar/data/81280/0000928816020002...

```
<DOCUMENT>
<TYPE>497
<SEQUENCE>1
<FILENAME>vf1.txt
<DESCRIPTION>PUTNAM VOYAGER FUND
<TEXT>
```

Prospectus Supplement                          82230   4/02

dated April 1, 2002 to:

Putnam Voyager Fund (the "fund")
Prospectuses dated November 30, 2001

The second paragraph and subsequent table under the heading "Who manages
the fund?" are replaced with the following:

Putnam Management's Large-Cap Growth and Specialty Growth Teams have
primary responsibility, and their members have joint responsibility, for
the day-to-day management of the fund's portfolio.

```
</TEXT>
</DOCUMENT>
```



```
<DOCUMENT>
<TYPE>485BPOS
<SEQUENCE>1
<FILENAME>pvf1.txt
<DESCRIPTION>PUTNAM VOYAGER FUND
<TEXT>
```

As filed with the Securities and Exchange Commission on

November 27, 2002

Registration No. 2-29546
811-1682

--------------------------------------------------------------------------

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

---------------

FORM N-1A

----
REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933     / X /
----

----
Pre-Effective Amendment No.                                 /   /
----

----
Post-Effective Amendment No. 56                             / X /

and/or                                                      ----

----
REGISTRATION STATEMENT UNDER THE INVESTMENT COMPANY         / X /
ACT OF 1940                                                 ----

----
Amendment No. 34                                            / X /

(Check appropriate box or boxes)                            ----

---------------
PUTNAM VOYAGER FUND
(Exact Name of Registrant as Specified in Charter)

One Post Office Square, Boston, Massachusetts 02109
(Address of Principal Executive Offices) (Zip Code)

Registrant's Telephone Number, including Area Code
(617) 292-1000
---------------
It is proposed that this filing will become effective
(check appropriate box)

----
/   / immediately upon filing pursuant to paragraph (b)
----

----
/ X / on November 30, 2002 pursuant to paragraph (b)
----

----
/   / 60 days after filing pursuant to paragraph (a)(1)
----

----
/   / on (date) pursuant to paragraph (a)(1)
----

----
/   / 75 days after filing pursuant to paragraph (a)(2)
----

----
/   / on (date) pursuant to paragraph (a)(2) of Rule 485.
----

If appropriate, check the following box:
----
/   / this post-effective amendment designates a new
----   effective date for a previously filed post-effective amendment.

------------------

BETH S. MAZOR, Vice President

the fund's derivatives positions at any time. In fact, many over-the-counter instruments (investments not traded on an exchange) will not be liquid. Over-the-counter instruments also involve the risk that the other party to the derivative transaction will not meet its obligations. For further information about the risks of derivatives, see the fund's statement of additional information (SAI).

* Other investments. In addition to the main investment strategies described above, we may make other investments, such as investments in preferred stocks, convertible securities, and debt instruments, which may be subject to other risks, as described in the SAI.

* Alternative strategies. Under normal market conditions, we keep the fund's portfolio fully invested, with minimal cash holdings. However, at times we may judge that market conditions make pursuing the fund's usual investment strategies inconsistent with the best interests of its shareholders. We then may temporarily use alternative strategies that are mainly designed to limit losses. However, we may choose not to use these strategies for a variety of reasons, even in very volatile market conditions. These strategies may cause the fund to miss out on investment opportunities, and may prevent the fund from achieving its goal.

* Changes in policies. The Trustees may change the fund's goal, investment strategies and other policies without shareholder approval, except as otherwise indicated.

Who manages the fund?

The fund's Trustees oversee the general conduct of the fund's business. The Trustees have retained Putnam Management to be the fund's investment manager, responsible for making investment decisions for the fund and managing the fund's other affairs and business. The fund pays Putnam Management a quarterly management fee for these services based on the fund's average net assets. The fund paid Putnam Management a management fee of 0.47% of average net assets for the fund's last fiscal year. Putnam Management's address is One Post Office Square, Boston, MA 02109.

Putnam Management's investment professionals are organized into investment management teams, with a particular team dedicated to each specific asset class. The members of the Large-Cap Growth and Specialty Growth Teams are responsible for the day-to-day management of the fund. The names of all team members can be found at www.putnaminvestments.com.

The following team members coordinate the team's management of the fund's portfolio. Their experience as investment professionals over at least the last five years is shown.

| Portfolio leader | Since | Experience | |
|---|---|---|---|
| Brian P. O'Toole | 2002 | 2002 - Present | Putnam Management |
| | | Prior to June 2002 | Citigroup Asset Management |

| Portfolio members | Since | Experience | |
|---|---|---|---|
| Tony H. Elavia | 2002 | 1999 - Present | Putnam Management |
| | | Prior to Sept. 1999 | TES Partners |
| | | Prior to Sept. 1998 | Voyageur Asset Management |
| Eric M. Wetlaufer | 2002 | 1997 - Present | Putnam Management |

How does the fund price its shares?

The price of the fund's shares is based on its net asset value (NAV). The NAV per share of each class equals the total value of its assets, less its liabilities, divided by the number of its outstanding shares. Shares are only valued as of the close of regular trading on the New York Stock Exchange each day the exchange is open.

The fund values its investments for which market quotations are readily available at market value. It values short-term investments that will mature within 60 days at amortized cost, which approximates market value. It values all other investments and assets at their fair value.

The fund translates prices for its investments quoted in foreign currencies into U.S. dollars at current exchange rates. As a result, changes in the value of those currencies in relation to the U.S. dollar may affect the fund's NAV. Because foreign markets may be open at different times than the New York Stock Exchange, the value of the fund's shares may change on days when shareholders are not able to buy or sell them. If events materially

```
<DOCUMENT>
<TYPE>497
<SEQUENCE>1
<FILENAME>vof1.txt
<DESCRIPTION>PUTNAM VOYAGER FUND
<TEXT>
```

Prospectus Supplement                                    205348  6/03
dated June 30, 2003 to:
------------------------------------------------------------------------

PUTNAM VOYAGER FUND
Prospectuses dated November 30, 2002

The second and third paragraphs and table under the heading "Who manages
the fund?" are replaced with the following:

Putnam Management's investment professionals are organized into
investment management teams, with a particular team dedicated to each
specific asset class. The members of the Large Cap Growth and Mid Cap
Growth Teams are responsible for the day-to-day management of the fund.
The names of all team members can be found at www.putnaminvestments.com.

The following team members coordinate the team's management of the
fund's portfolio. Their experience as investment professionals over at
least the last five years is shown.

| Portfolio leader | Since | Experience | |
|---|---|---|---|
| Brian P. O'Toole | 2002 | 2002-Present | Putnam Management |
| | | Prior to June 2002 | Citigroup Asset Management |
| Portfolio members | Since | Experience | |
| Tony H. Elavia | 2002 | 1999-Present | Putnam Management |
| | | Prior to Sept. 1999 | TES Partners |
| | | Prior to Sept. 1998 | Voyageur Asset Management |
| Walton D. Pearson | 2003 | 2003-Present | Putnam Management |
| | | Prior to Feb. 2003 | Alliance Capital Management |
| David J. Santos | 2003 | 1986-Present | Putnam Management |
| Eric M. Wetlaufer | 2002 | 1997-Present | Putnam Management |

PUTNAM INVESTMENTS

[SCALE LOGO OMITTED]

```
</TEXT>
</DOCUMENT>
```