**Exhibit B**

**SEC Documents
Part 3 of 5**



OTC & Em Growth
11/29/02

```
<DOCUMENT>
<TYPE>485BPOS
<SEQUENCE>1
<FILENAME>oeg1.txt
<DESCRIPTION>PUTNAM OTC & EMERGING GROWTH FUND
<TEXT>
```

As filed with the Securities and Exchange Commission on

November 29, 2002

Registration No. 2-78369
811-3512

---

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

----------------

FORM N-1A

| | |
|---|---|
| REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933 | / X / |
| Pre-Effective Amendment No. | /   / |
| Post-Effective Amendment No. 25 | / X / |
| and/or | |
| REGISTRATION STATEMENT UNDER THE INVESTMENT COMPANY ACT OF 1940 | / X / |
| Amendment No. 26 | / X / |
| (Check appropriate box or boxes) | |

----------------

PUTNAM OTC & EMERGING GROWTH FUND
(Exact Name of Registrant as Specified in Charter)

One Post Office Square, Boston, Massachusetts 02109
(Address of Principal Executive Offices) (Zip Code)

Registrant's Telephone Number, including Area Code
(617) 292-1000
----------------

It is proposed that this filing will become effective
(check appropriate box)

/   / immediately upon filing pursuant to paragraph (b)

/ X / on November 30, 2002 pursuant to paragraph (b)

/   / 60 days after filing pursuant to paragraph (a)(1)

/   / on (date) pursuant to paragraph (a)(1)

/   / 75 days after filing pursuant to paragraph (a)(2)

/   / on (date) pursuant to paragraph (a)(2) of Rule 485.

If appropriate, check the following box:

/   / this post-effective amendment designates a new
     effective date for a previously filed post-effective amendment.

----------------

BETH S. MAZOR, Vice President

Derivatives involve special risks and may result in losses. The successful use of derivatives depends on our ability to manage these sophisticated instruments. The prices of derivatives may move in unexpected ways due to the use of leverage or other factors, especially in unusual market conditions, and may result in increased volatility. The use of derivatives may also increase the amount of taxes payable by shareholders.

Other risks arise from our potential inability to terminate or sell derivatives positions. A liquid secondary market may not always exist for the fund's derivatives positions at any time. In fact, many over-the-counter instruments (investments not traded on an exchange) will not be liquid. Over-the-counter instruments also involve the risk that the other party to the derivative transaction will not meet its obligations. For further information about the risks of derivatives, see the fund's statement of additional information (SAI).

* Other investments. In addition to the main investment strategies described above, we may make other investments, such as investments in preferred stocks, convertible securities, and debt instruments, which may be subject to other risks, as described in the SAI.

* Alternative strategies. Under normal market conditions, we keep the fund's portfolio fully invested, with minimal cash holdings. However, at times we may judge that market conditions make pursuing the fund's usual investment strategies inconsistent with the best interests of its shareholders. We then may temporarily use alternative strategies that are mainly designed to limit losses. However, we may choose not to use these strategies for a variety of reasons, even in very volatile market conditions. These strategies may cause the fund to miss out on investment opportunities, and may prevent the fund from achieving its goal.

* Changes in policies. The Trustees may change the fund's goal, investment strategies and other policies without shareholder approval, except as otherwise indicated.

Who manages the fund?

The fund's Trustees oversee the general conduct of the fund's business. The Trustees have retained Putnam Management to be the fund's investment manager, responsible for making investment decisions for the fund and managing the fund's other affairs and business. The fund pays Putnam Management a monthly management fee for these services based on the fund's average net assets. The fund paid Putnam Management a management fee of 0.56% of average net assets for the fund's last fiscal year. Putnam Management's address is One Post Office Square, Boston, MA 02109.

Putnam Management's investment professionals are organized into investment management teams, with a particular team dedicated to a specific asset class. The members of the Specialty Growth Team are responsible for the day-to-day management of the fund. The names of all team members can be found at www.putnaminvestments.com.

The following team members coordinate the team's management of the fund's portfolio. Their experience as investment professionals over at least the last five years is shown.

| Portfolio leader | Since | Experience | |
|---|---|---|---|
| Roland C. Gillis | 2001 | 1995 - Present | Putnam Management |

| Portfolio member | Since | Experience | |
|---|---|---|---|
| Michael J. Mufson | 1996 | 1993 - Present | Putnam Management |

How does the fund price its shares?

The price of the fund's shares is based on its net asset value (NAV). The NAV per share of each class equals the total value of its assets, less its liabilities, divided by the number of its outstanding shares. Shares are only valued as of the close of regular trading on the New York Stock Exchange each day the exchange is open.

The fund values its investments for which market quotations are readily available at market value. It values short-term investments that will mature within 60 days at amortized cost, which approximates market value. It values all other investments and assets at their fair value.

From time to time, the fund may buy securities in private transactions



OTC + EmGr
7/1/03
Amended

```
<DOCUMENT>
<TYPE>497
<SEQUENCE>1
<FILENAME>otc1.txt
<DESCRIPTION>PUTNAM OTC & EMERGING GROWTH FUND
<TEXT>
```

Prospectus Supplement                                      205424   6/30
dated June 30, 2003 to:

PUTNAM OTC & EMERGING GROWTH FUND
Prospectuses dated November 30, 2002

The third paragraph and table under the heading "Who manages the fund?"
are replaced with the following:

The following team members coordinate the team's management of the
fund's portfolio.  Their experience as investment professionals over at
least the last five years is shown.

---

| Portfolio leader | Since | Experience | |
|---|---|---|---|
| Roland W. Gillis | 2001 | 1995-Present | Putnam Management |

| Portfolio member | Since | Experience | |
|---|---|---|---|
| Daniel L. Miller | 2003 | 1983-Present | Putnam Management |

```
</TEXT>
</DOCUMENT>
```



```
<DOCUMENT>
<TYPE>485BPOS
<SEQUENCE>1
<FILENAME>egf1.txt
<DESCRIPTION>PUTNAM EUROPE GROWTH FUND
<TEXT>
```

As filed with the Securities and Exchange Commission on

October 30, 2002

Registration No. 33-25658
811-5693

---

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

---

FORM N-1A

| | |
|---|---|
| REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933 | / X / |
| Pre-Effective Amendment No. | /   / |
| Post-Effective Amendment No. 13 | / X / |
| and/or | |
| REGISTRATION STATEMENT UNDER THE INVESTMENT COMPANY ACT OF 1940 | / X / |
| Amendment No. 15 | / X / |
| (Check appropriate box or boxes) | |

---

PUTNAM EUROPE GROWTH FUND
(Exact Name of Registrant as Specified in Charter)

One Post Office Square, Boston, Massachusetts 02109
(Address of Principal Executive Offices) (Zip Code)

Registrant's Telephone Number, including Area Code
(617) 292-1000

---

It is proposed that this filing will become effective
(check appropriate box)

/   /  immediately upon filing pursuant to paragraph (b)

/ X /  on October 30, 2002 pursuant to paragraph (b)

/   /  60 days after filing pursuant to paragraph (a)(1)

/   /  on (date) pursuant to paragraph (a)(1)

/   /  75 days after filing pursuant to paragraph (a)(2)

/   /  on (date) pursuant to paragraph (a)(2) of Rule 485.

If appropriate, check the following box:

last five years is shown.

| Portfolio leader | Since | Experience | |
|---|---|---|---|
| Omid Kamshad | 1996 | 1996 - Present | Putnam Management |

| Portfolio members | Since | Experience | |
|---|---|---|---|
| Joshua L. Byrne | 2000 | 1992 - Present | Putnam Management |
| Pamela Holding | 2002 | 1995 - Present | Putnam Management |
| Nicholas J.A. Melhuish | 1999 | 1999 - Present<br>Prior to 1999 | Putnam Management<br>Schroder Capital Management International |

How does the fund price its shares?

The price of the fund's shares is based on its net asset value (NAV). The NAV per share of each class equals the total value of its assets, less its liabilities, divided by the number of its outstanding shares. Shares are only valued as of the close of regular trading on the New York Stock Exchange each day the exchange is open.

The fund values its investments for which market quotations are readily available at market value. It values short-term investments that will mature within 60 days at amortized cost, which approximates market value. It values all other investments and assets at their fair value.

The fund translates prices for its investments quoted in foreign currencies into U.S. dollars at current exchange rates. As a result, changes in the value of those currencies in relation to the U.S. dollar may affect the fund's NAV. Because foreign markets may be open at different times than the New York Stock Exchange, the value of the fund's shares may change on days when shareholders are not able to buy or sell them. If events materially affecting the values of the fund's foreign investments occur between the close of foreign markets and the close of regular trading on the New York Stock Exchange, these investments will be valued at their fair value.

How do I buy fund shares?

You can open a fund account with as little as $500 and make additional investments at any time with as little as $50 ($25 through systematic investing). The fund sells its shares at the offering price, which is the NAV plus any applicable sales charge. Your financial advisor or Putnam Investor Services generally must receive your completed buy order before the close of regular trading on the New York Stock Exchange for your shares to be bought at that day's offering price.

You can buy shares:

* Through a financial advisor. Your advisor will be responsible for furnishing all necessary documents to Putnam Investor Services, and may charge you for his or her services.

* Through systematic investing. You can make regular investments of $25 or more per month through automatic deductions from your bank checking or savings account. Application forms are available through your advisor or Putnam Investor Services at 1-800-225-1581.

* Subsequent investments via the Internet. If you have an existing Putnam fund account and you have completed and returned an Electronic Investment Authorization Form, you can buy additional shares online at www.putnaminvestments.com. For more information, contact your advisor or Putnam Investor Services at 1-800-225-1581.

You may also complete an order form and write a check for the amount you wish to invest, payable to the fund. Return the check and completed form to Putnam Investor Services.

The fund may periodically close to new purchases of shares or refuse any order to buy shares if the fund determines that doing so would be in the



4/30/03
Revision
To Eur Gv
Prosp
Adds
Melissa Rielly

```
<DOCUMENT>
<TYPE>497
<SEQUENCE>1
<FILENAME>ee1.txt
<DESCRIPTION>PUTNAM EUROPE GROWTH FUND
<TEXT>
```

Prospectus

October 30, 2002,
as revised April 30, 2003

Putnam Europe Equity Fund*

Class A, B, C and M shares
Investment Category: Blend

This prospectus explains what you should know about this mutual fund before you invest. Please read it carefully.

Putnam Investment Management, LLC (Putnam Management), which has managed mutual funds since 1937, manages the fund.

These securities have not been approved or disapproved by the Securities and Exchange Commission nor has the Commission passed upon the accuracy or adequacy of this prospectus. Any statement to the contrary is a crime.

*Prior to April 30, 2003, the fund was known as Putnam Europe Growth Fund.

CONTENTS

2   Fund summary

2   Goal

2   Main investment strategies

2   Main risks

3   Performance information

4   Fees and expenses

6   What are the fund's main investment strategies and related risks?

10  Who manages the fund?

11  How does the fund price its shares?

11  How do I buy fund shares?

15  How do I sell fund shares?

16  How do I exchange fund shares?

17  Fund distributions and taxes

18  Financial highlights

[SCALE LOGO OMITTED]

Fund summary

GOAL

The fund seeks capital appreciation.

MAIN INVESTMENT STRATEGIES -- EUROPEAN STOCKS

We invest mainly in common stocks of European companies. Under normal circumstances, we invest at least 85% of the fund's net assets in European companies. Under normal circumstances, we invest at least 80% of the fund's net assets in equity investments. We first select the countries and industries we believe are attractive, then we look for companies that we believe have favorable investment potential. For example, we may purchase stocks of companies with stock prices that reflect a value lower than that which we place on the company. We also consider other factors we believe will cause the stock price to rise. We invest mainly in midsized and large companies, although we can invest in companies of any size. Although we emphasize investments in developed countries, we may also invest in companies located in developing (also known as emerging) markets, such as those in Eastern Europe.

Management's address is One Post Office Square, Boston, MA 02109.

Putnam Management's investment professionals are organized into investment management teams, with a particular team dedicated to a specific asset class. The members of the International Core Team are responsible for the day-to-day management of the fund. The names of all team members can be found at www.putnaminvestments.com.

The following team members coordinate the team's management of the fund's portfolio. Their experience as investment professionals over at least the last five years is shown.

| Portfolio leader | Since | Experience | |
|---|---|---|---|
| Omid Kamshad | 1996 | 1996 - Present | Putnam Management |

| Portfolio members | Since | Experience | |
|---|---|---|---|
| Joshua L. Byrne | 2000 | 1993 - Present | Putnam Management |
| Melissa M. Reilly | 2002 | 1999 - Present | Putnam Management |
| | | Prior to Aug. 1997 | Morgan Stanley Dean Witter |
| Nicholas J.A. Melhuish | 1999 | 1999 - Present | Putnam Management |
| | | Prior to Aug. 1997 | Schroder Capital Management International |

Consistent with the Conduct Rules of the National Association of Securities Dealers, Inc. and subject to seeking the most favorable price and execution available and such other policies as the Trustees may determine, Putnam Management may consider sales of shares of the fund (and, if permitted by law, of the other Putnam funds) as a factor in the selection of broker-dealers to execute portfolio transactions for the fund.

How does the fund price its shares?

The price of the fund's shares is based on its net asset value (NAV). The NAV per share of each class equals the total value of its assets, less its liabilities, divided by the number of its outstanding shares. Shares are only valued as of the close of regular trading on the New York Stock Exchange each day the exchange is open.

The fund values its investments for which market quotations are readily available at market value. It values short-term investments that will mature within 60 days at amortized cost, which approximates market value. It values all other investments and assets at their fair value.

The fund translates prices for its investments quoted in foreign currencies into U.S. dollars at current exchange rates. As a result, changes in the value of those currencies in relation to the U.S. dollar may affect the fund's NAV. Because foreign markets may be open at different times than the New York Stock Exchange, the value of the fund's shares may change on days when shareholders are not able to buy or sell them. If events materially affecting the values of the fund's foreign investments occur between the close of foreign markets and the close of regular trading on the New York Stock Exchange, these investments will be valued at their fair value.

How do I buy fund shares?

You can open a fund account with as little as $500 and make additional investments at any time with as little as $50 ($25 through systematic investing). The fund sells its shares at the offering price, which is the NAV plus any applicable sales charge. Your financial advisor or Putnam Investor Services generally must receive your completed buy order before the close of regular trading on the New York Stock Exchange for your shares to be bought at that day's offering price.

You can buy shares:

* Through a financial advisor. Your advisor will be responsible for furnishing all necessary documents to Putnam Investor Services, and may charge you for his or her services.

* Through systematic investing. You can make regular investments of $25 or more weekly, semi-monthly or monthly through automatic deductions from your bank checking or savings account. Application forms are available through your advisor or Putnam Investor Services at 1-800-225-1581.

* Subsequent investments via the Internet. If you have an existing Putnam fund account and you have completed and returned an Electronic Investment Authorization Form, you can buy additional shares online at

Europe Equity
6/30/03
Annual Report
to Shldrs
Form N-CSR

```
<DOCUMENT>
<TYPE>N-CSR
<SEQUENCE>1
<FILENAME>eurequity1.txt
<DESCRIPTION>PUTNAM EUROPE EQUITY FUND
<TEXT>
```
Putnam
Europe
Equity
Fund*


Item 1. Report to Stockholders:
--------------------------------
The following is a copy of the report transmitted to stockholders pursuant
to Rule 30e-1 under the Investment Company Act of 1940:

ANNUAL REPORT ON PERFORMANCE AND OUTLOOK

6-30-03

[GRAPHIC OMITTED: CURRENCY]

*Formerly Putnam Europe Growth Fund

[SCALE LOGO OMITTED]


From the Trustees

[GRAPHIC OMITTED: PHOTO OF JOHN A. HILL AND GEORGE PUTNAM, III]

John A. Hill and
George Putnam, III

Dear Fellow Shareholder:

The continuing global unrest that has kept the world's stock markets in
turmoil over the past three years is reflected in the negative results
posted by Putnam Europe Equity Fund for the fiscal year ended June 30,
2003. The fund also lagged its benchmark index and its Lipper peer group
category average. You will find the details on page 7.

In this uncertain environment, some comfort can be taken in the knowledge
that the fund's management team, rather than positioning its holdings to
achieve immediate but possibly fleeting gains, instead has selected
holdings they believe have greater potential for more enduring growth over
the long term. The management team discusses its strategy in detail in the
following report and also offers its views of prospects for the fiscal year
that has just begun.

The past three years have represented one of the most challenging periods
on record for equity investors and it is heartening now to see signs that
this negative cycle may at last be ending. What we told you at the
beginning of this fiscal year bears repeating here. We deeply appreciate
your continued confidence in Putnam and we firmly believe that over the
long haul your patience will be rewarded.

Respectfully yours,

/S/ JOHN A. HILL              /S/ GEORGE PUTNAM, III

John A. Hill                  George Putnam, III
Chairman of the Trustees      President of the Funds

August 20, 2003


Report from Fund Management

The fund's management team

The fund is managed by the Putnam International Core Team. The members of the team are Omid Kamshad (Portfolio Leader), Joshua Byrne (Portfolio Member), Melissa Reilly (Portfolio Member), Daniel Grana, Pamela Holding, Steve Oler, Carmel Peters, and George Stairs.

The outlook for your fund

The following commentary reflects anticipated developments that could affect your fund over the next six months, as well as your management team's plans for responding to them.

Our outlook for European markets combines reasons for optimism and caution. Particularly in the near term, we think stock prices are vulnerable to a pullback after the recent rally. Stock prices rose extremely fast, much faster, in our view, than improvement in corporate earnings could justify, especially since many of the leaders in the rally lack strong earnings growth potential. In addition, the strength of the euro is a mixed blessing. It is a sign that Europe is attracting investment capital, but it also makes European exports more expensive in world markets and causes revenues of European companies in other regions to have less impact on bottom-line earnings.

At the same time, there are justifiable reasons for optimism. That is because the global economy is experiencing massive and unprecedented stimulus that can help Europe escape its economic doldrums. The European Central Bank cut short-term interest rates in June and the Bank of England cut short-term rates in early July (after the end of the fund's fiscal period). European markets stand to benefit from stronger demand from the United States as new tax cuts and the Federal Reserve Board's interest-rate cuts take effect. Also, deficit spending by Germany and France, though in violation of Europe's stability pact, is also providing stimulus. Germany has also undertaken structural reforms to reduce unemployment pay and health-care costs and to speed up tax reductions in order to encourage growth and make the German economy more competitive internationally. Last, the uncertainty generated by the Iraq crisis and the SARS epidemic -- uncertainty that had spooked financial markets -- has largely been resolved.

As the new fiscal year begins, we continue to focus on stock selection and let that guide our minor overweights and underweights to markets and sectors. Our fundamental research on companies indicates that many of our holdings are managing themselves with strategies to take advantage of improved economic conditions and achieve higher levels of earnings growth. Also, our global industry comparisons indicate that European stocks still have more favorable valuations than their U.S. counterparts. So while we remain cautious about the near-term prospects for stocks, especially those that led in the recent rally, we believe that the fund's holdings are attractive long-term investments.

The views expressed in this report are exclusively those of Putnam Management. They are not meant as investment advice. International investing involves certain risks, such as currency fluctuations, economic instability, and political developments. Funds investing in a single region may be subject to more volatility than funds investing in a diverse group of regions.

Performance summary

This section provides information about your fund's performance during its fiscal year, which ended June 30, 2003. Performance should always be considered in light of a fund's investment strategy. Past performance does not indicate future results. More recent returns may be less or more than those shown. Investment return and principal value will fluctuate and you may have a gain or a loss when you sell your shares. A profile of your fund's strategy appears on the first page of this report. See page 8 for