**Exhibit B**

**SEC Documents**
**Part 3 of 5**

Investors
485 BPOS
11/29/01

```
<DOCUMENT>
<TYPE>485BPOS
<SEQUENCE>1
<FILENAME>pif1.txt
<DESCRIPTION>PUTNAM INVESTORS FUND
<TEXT>
```

As filed with the Securities and Exchange Commission on

November 29, 2001

Registration No. 2-10783
811-159

---

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

---

FORM N-1A

| | |
|---|---|
| REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933 | / X / |
| Pre-Effective Amendment No. | /   / |
| Post-Effective Amendment No. 82 | / X / |
| and/or | |
| REGISTRATION STATEMENT UNDER THE INVESTMENT COMPANY ACT OF 1940 | / X / |
| Amendment No. 29 | / X / |
| (Check appropriate box or boxes) | |

---

PUTNAM INVESTORS FUND
(Exact Name of Registrant as Specified in Charter)

One Post Office Square, Boston, Massachusetts 02109
(Address of Principal Executive Offices) (Zip Code)

Registrant's Telephone Number, including Area Code
(617) 292-1000

---

It is proposed that this filing will become effective
(check appropriate box)

/   / immediately upon filing pursuant to paragraph (b)

/ X / on November 30, 2001 pursuant to paragraph (b)

/   / 60 days after filing pursuant to paragraph (a)(1)

/   / on (date) pursuant to paragraph (a)(1)

/   / 75 days after filing pursuant to paragraph (a)(2)

desirable prices. Foreign settlement procedures may also involve additional risks. These risks are generally greater in the case of developing (also known as emerging) markets with less developed legal and financial systems.

Certain of these risks may also apply to some extent to U.S.-traded investments that are denominated in foreign currencies, investments in U.S. companies that are traded in foreign markets or investments in U.S. companies that have significant foreign operations. Special U.S. tax considerations may apply to the fund's foreign investments.

* Derivatives. We may engage in a variety of transactions involving derivatives, such as futures, options, warrants and swap contracts. Derivatives are financial instruments whose value depends upon, or is derived from, the value of something else, such as one or more underlying investments, pools of investments, indexes or currencies. We may use derivatives both for hedging and non-hedging purposes. However, we may also choose not to use derivatives, based on our evaluation of market conditions or the availability of suitable derivatives.

Derivatives involve special risks and may result in losses. The successful use of derivatives depends on our ability to manage these sophisticated instruments. The prices of derivatives may move in unexpected ways due to the use of leverage or other factors, especially in unusual market conditions, and may result in increased volatility. The use of derivatives may also increase the amount of taxes payable by shareholders.

Other risks arise from our potential inability to terminate or sell derivatives positions. A liquid secondary market may not always exist for the fund's derivatives positions at any time. In fact, many over-the-counter instruments (investments not traded on an exchange) will not be liquid. Over-the-counter instruments also involve the risk that the other party to the derivative transaction will not meet its obligations. For further information about the risks of derivatives, see the statement of additional information (SAI).

* Other investments. In addition to the main investment strategies described above, we may make other investments, such as investments in preferred stocks, convertible securities, and debt instruments, which may be subject to other risks, as described in the SAI.

* Alternative strategies. Under normal market conditions, we keep the fund's portfolio fully invested, with minimal cash holdings. However, at times we may judge that market conditions make pursuing the fund's usual investment strategies inconsistent with the best interests of its shareholders. We then may temporarily use alternative strategies that are mainly designed to limit losses. However, we may choose not to use these strategies for a variety of reasons, even in very volatile market conditions. These strategies may cause the fund to miss out on investment opportunities, and may prevent the fund from achieving its goal.

* Changes in policies. The Trustees may change the fund's goal, investment strategies and other policies without shareholder approval, except as otherwise indicated.

Who manages the fund?

The fund's Trustees oversee the general conduct of the fund's business. The Trustees have retained Putnam Management to be the fund's investment manager, responsible for making investment decisions for the fund and managing the fund's other affairs and business. The fund pays Putnam Management a quarterly management fee for these services based on the fund's average net assets. The fund paid Putnam Management a management fee of 0.45% of average net assets for the fund's last fiscal year. Putnam Management's address is One Post Office Square, Boston, MA 02109.

The following officers of Putnam Management have had primary responsibility for the day-to-day management of the fund's portfolio since the years shown below. Their experience as portfolio managers or investment analysts over at least the last five years is also shown.

--------------------------------------------------------------------------

| Manager | Since | Experience | |
|---|---|---|---|
| C. Beth Cotner<br>Managing Director | 1995 | 1995 - Present | Putnam Management |
| Manuel Weiss<br>Managing Director | 1996 | 1987 - Present | Putnam Management |
| Richard B. England<br>Senior Vice President | 1997 | 1992 - Present | Putnam Management |
| David J. Santos<br>Senior Vice President | 2001 | 1986 - Present | Putnam Management |

How does the fund price its shares?

The price of the fund's shares is based on its net asset value (NAV). The NAV per share of each class equals the total value of its assets, less its liabilities, divided by the number of its outstanding shares. Shares are only valued as of the close of regular trading on the New York Stock Exchange each day the exchange is open.

The fund values its investments for which market quotations are readily available at market value. It values short-term investments that will mature within 60 days at amortized cost, which approximates market value. It values all other investments and assets at their fair value.

The fund translates prices for its investments quoted in foreign currencies into U.S. dollars at current exchange rates. As a result, changes in the value of those currencies in relation to the U.S. dollar may affect the fund's NAV. Because foreign markets may be open at different times than the New York Stock Exchange, the value of the fund's shares may change on days when shareholders are not able to buy or sell them. If events materially affecting the values of the fund's foreign investments occur between the close of foreign markets and the close of regular trading on the New York Stock Exchange, these investments will be valued at their fair value.

How do I buy fund shares?

You can open a fund account with as little as $500 and make additional investments at any time with as little as $50 ($15 through systematic investing). The fund sells its shares at the offering price, which is the NAV plus any applicable sales charge. Your financial advisor or Putnam Investor Services generally must receive your completed buy order before the close of regular trading on the New York Stock Exchange for your shares to be bought at that day's offering price.

You can buy shares:

* Through a financial advisor. Your advisor will be responsible for furnishing all necessary documents to Putnam Investor Services, and may charge you for his or her services.

* Through systematic investing. You can make regular investments of $15 or more per month through automatic deductions from your bank checking or savings account. Application forms are available through your advisor or Putnam Investor Services at 1-800-225-1581.

* Subsequent investments via the Internet. If you have an existing Putnam fund account and you have completed and returned an Electronic Investment Authorization Form, you can buy additional shares online at www.putnaminvestments.com. For more information, contact your advisor or Putnam Investor Services at 1-800-225-1581.

You may also complete an order form and write a check for the amount you wish to invest, payable to the fund. Return the check and completed form to Putnam Investor Services.

The fund may periodically close to new purchases of shares or refuse any order to buy shares if the fund determines that doing so would be in the

Investors
Sec A97

3/18/02

```
<DOCUMENT>
<TYPE>497
<SEQUENCE>1
<FILENAME>pif1.txt
<DESCRIPTION>PUTNAM INVESTORS FUND 497
<TEXT>
```

Prospectus Supplement                                   81842 3/02
dated March 18, 2002 to:

PUTNAM INVESTORS FUND
Prospectuses dated November 30, 2001

The fund's Trustees have approved a change in the fund's investment
policies to adopt a "blend" investment style, targeting companies
believed to be worth more than their current stock prices indicate, with
no predetermined bias toward growth- or value-style stocks.  The
transitioning of current portfolio holdings to conform to this new
investment approach will occur over the next several months and will
involve certain transaction costs.  Thus, the prospectus is revised as
follows.

The "Investment Category" designated on the front cover is changed to "Blend."

The description of main investment strategies under "Fund summary" is
revised to read:

MAIN INVESTMENT STRATEGIES GROWTH STOCKS

We invest mainly in common stocks of U.S. companies that we believe have
favorable investment potential.  For example, we may purchase stocks of
companies with stock prices that reflect a value lower than that which
we place on the company.  We may also consider other factors we believe
will cause the stock price to rise.  We invest mainly in large
companies.

"What are the fund's main investment strategies and related risks?" is
revised by

(a) replacing the second and third sentences with "We pursue the fund's
goal by investing mainly in stocks.  We will consider, among other
factors, a company's valuation, financial strength, competitive position
in its industry, projected future earnings, cash flows and dividends
when deciding whether to buy or sell investments."

(b) adding the following paragraph at the end of "Common stocks":

Companies we believe are undergoing positive change and whose stock we
believe is undervalued by the market may have experienced adverse
business developments or may be subject to special risks that have
caused their stocks to be out of favor.  If our assessment of a
company's prospects is wrong, or if other investors do not similarly
recognize the value of the company, then the price of the company's
stock may fall or may not approach the value that we have placed on it.

The second paragraph of "Who manages the fund?" is revised to read:

Putnam Management's U.S. Large Cap Core Team has primary responsibility,
and its members have joint responsibility, for the day-to-day management
of the fund's portfolio.

```
</TEXT>
</DOCUMENT>
```

Annual Rept
N-30D

7/31/02

```
<DOCUMENT>
<TYPE>N-30D
<SEQUENCE>1
<FILENAME>if.txt
<DESCRIPTION>PUTNAM INVESTORS FUND
<TEXT>
```

Putnam
Investors
Fund

ANNUAL REPORT ON PERFORMANCE AND OUTLOOK

7-31-02

[GRAPHIC OMITTED: WATERING CAN]

[SCALE LOGO OMITTED]

FROM THE TRUSTEES

[GRAPHIC OMITTED: PHOTO OF JOHN A. HILL AND GEORGE PUTNAM III]

Dear Fellow Shareholder:

In this persistently challenging environment, many investors have sought to cut their losses by getting out of the stock market entirely. It is our view that for those who still have several years before they need to make withdrawals, this may have been the wrong move to make, for history has been on the side of investors who have dared to weather even sustained periods of market retreat.

If you had what you believed was an effective investment program before the markets began their decline and thus far have resisted the temptation to veer off that course, we strongly urge you to remain patient. As always, however, it is a good idea to consult your financial advisor for specific counsel in regard to your own situation.

Quite naturally, we are disappointed at having to report the negative results posted by Putnam Investors Fund during the fiscal year ended July 31, 2002. However, we believe that the fund remains positioned to benefit once investors begin to recognize the economy's positive fundamentals. On the following pages, you will find a full explanation of the reasons for the fund's decline during the period, as well as a view of prospects for the months ahead.

Respectfully yours,

/S/ JOHN A. HILL            /S/ GEORGE PUTNAM, III

John A. Hill                George Putnam, III
Chairman of the Trustees    President of the Funds
September 18, 2002

REPORT FROM FUND MANAGEMENT

This fund is managed by the
Putnam U.S. Core Team

It would be difficult to find a time period that provided more obstacles for U.S. equity investors than the fiscal year ended July 31, 2002. During this period, the focal point of market apprehension shifted from the incredible tragedy of September 11, 2001, in the first half, to the reliability of corporate bookkeeping in the second half. For disciplined investors, the market's behavior was particularly vexing, as it seemed to ignore fundamentals, preferring to follow the vicissitudes of investor sentiment.

However, shareholders in Putnam Investors Fund don't have far to look for perspective on the year's events. Over its nearly 78-year history, your fund has endured bouts of negative market, economic, and political conditions, including the market crash of 1929, the Great Depression of the early 1930s, and World War II. The fund's record clearly demonstrates that over the long term, fundamental forces have eventually prevailed, and that stocks have advanced more than competing asset categories. In fact, studies have shown that when investor sentiment is most negative about an asset class, it is often time to take a closer look.

Total return for 12 months ended 7/31/02

         Class A          Class B          Class C          Class M

http://www.sec.gov/Archives/edgar/data/81269/000092881602000 73...

* MARKET VOLATILITY PRESENTED OPPORTUNITIES

Since the fund's management team focuses on a company's longer-term intrinsic value rather than shorter-term market sentiment, we took advantage of market volatility to increase our exposure to companies we favored or to initiate new positions at attractive prices. For example, we took advantage of aggressive selling to add to the fund's position in Citigroup, Inc. and to initiate a new position in JP Morgan, believing that the stocks of these financial services giants had been oversold on concerns about their relationships with Enron.

"We have found some innovative companies that have increased both their top and bottom lines through larger market share, expansion into new product areas, and increased productivity."

-- James C. Wiess, Portfolio Member, Putnam Investors Fund

In technology, we continue to affirm the long-term prospects of market leaders such as software developer Siebel Systems, Inc. -- a maker of customer relationship management software -- despite recent underperformance of its stock. Siebel's profits, like those of many well-positioned technology firms, suffered during the period as business technology spending did not rebound as quickly as investors had hoped.

Our confidence reflects our optimism that Siebel retains its strong competitive position and that enterprises will continue to spend on technology to reduce costs, improve customer and supplier relationships, and enhance revenues.

* FUND TARGETS SUCCESSFUL COMPANIES THAT ARE GROWING PROFITS

In today's low-inflation environment, few companies are able to grow earnings by increasing the price of their goods and services. We have found some innovative companies, however, that have increased both their top and bottom lines through larger market share, expansion into new product areas, and increased productivity. One example is technology giant Dell Computer, which has successfully executed its business strategy to commoditize hardware (e.g., personal computers, servers, data storage, and switches). Dell has continued to cut manufacturing costs, enabling it to expand its market share by cutting price, which, in turn, has allowed even more price cutting as increased volume has more than made up for lower per-unit profit. Using this strategy, Dell has recorded growing profits in a year when many technology firms have struggled to make any profit.

Some health-care services companies, such as UnitedHealth Group, one of the country's largest health maintenance organizations (HMOs), also fall into this category. Its profits continued to benefit from improving fundamentals. In line with our sell discipline, we took profits opportunistically on this successful holding, as its stock price fluctuated around our valuation target. Elsewhere in health care, we are maintaining our emphasis on Pfizer, a large pharmaceutical, which is overweighted relative to the fund's benchmark index.

Our expectations for continued economic recovery have been moderated somewhat in light of weaker-than-expected second-quarter growth and declining consumer sentiment. At the same time, the slump in equity markets has pushed valuations down to a point where they are now as far below fair value as they were in the immediate aftermath of September 11, creating opportunities for disciplined, long-term investors.

Whatever environmental factors prevail, the fund's management team will continue to target companies whose business worth is believed to be more than their current market values indicate, whether the stock is considered growth or value. These companies should also demonstrate strong management, solid fundamentals, a favorable operating environment, and a competitive advantage. We believe this long-term, disciplined approach will serve shareholders well.

The views expressed here are exclusively those of Putnam Management. They are not meant as investment advice. Although the described holdings were viewed favorably as of 7/31/02, there is no guarantee the fund will continue to hold these securities in the future.

The fund is managed by the Putnam U.S. Core Team. The members of the team are Paul Warren (Portfolio Leader), Richard Cervone (Portfolio Member), Kevin Divney (Portfolio Member), Paul Marrkand, (Portfolio Member), James Wiess (Portfolio Member), Richard England, Michael Nance, Justin Scott, and Manuel Weiss.

PUTNAM'S POLICY ON CONFIDENTIALITY

In order to conduct business with our shareholders, we must obtain certain personal information such as account holders' addresses, telephone numbers, Social Security numbers, and the names of their financial

Investors
11/27/02

```
<DOCUMENT>
<TYPE>485BPOS
<SEQUENCE>1
<FILENAME>pif1.txt
<DESCRIPTION>PUTNAM INVESTORS FUND
<TEXT>
```

As filed with the Securities and Exchange Commission on

November 27, 2002

```
                                     Registration No. 2-10783
                                                     811-159
```
-------------------------------------------------------------------------

```
              SECURITIES AND EXCHANGE COMMISSION
                    WASHINGTON, D.C. 20549

                          ---------------

                           FORM N-1A                            ----

   REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933     / X /
                                                                ----

                                                                ----
              Pre-Effective Amendment No.                      /   /
                                                                ----
                                                                ----

            Post-Effective Amendment No. 83                    / X /

                            and/or                              ----
                                                                ----
   REGISTRATION STATEMENT UNDER THE INVESTMENT COMPANY         / X /
                       ACT OF 1940                              ----
                                                                ----

                     Amendment No. 30                          / X /

              (Check appropriate box or boxes)                  ----

                        ---------------
                    PUTNAM INVESTORS FUND
         (Exact Name of Registrant as Specified in Charter)

       One Post Office Square, Boston, Massachusetts 02109
       (Address of Principal Executive Offices) (Zip Code)

        Registrant's Telephone Number, including Area Code
                        (617) 292-1000
                        ---------------
         It is proposed that this filing will become effective
                   (check appropriate box)
```
----
/   /   immediately upon filing pursuant to paragraph (b)
----
----

/ X /   on November 30, 2002 pursuant to paragraph (b)

----
----
/   /   60 days after filing pursuant to paragraph (a)(1)
----
----
/   /   on (date) pursuant to paragraph (a)(1)
----
----
/   /   75 days after filing pursuant to paragraph (a)(2)
----
----
/   /   on (date) pursuant to paragraph (a)(2) of Rule 485.
----
If appropriate, check the following box:
----
/   /   this post-effective amendment designates a new
----    effective date for a previously filed post-effective amendment.

                        ------------------

                   BETH S. MAZOR, Vice President

* Frequent trading. We may buy and sell investments relatively often, which involves higher brokerage commissions and other expenses, and may increase the amount of taxes payable by shareholders.

* Other investments. In addition to the main investment strategies described above, we may make other investments, such as investments in preferred stocks, convertible securities, and debt instruments, which may be subject to other risks, as described in the SAI.

* Alternative strategies. Under normal market conditions, we keep the fund's portfolio fully invested, with minimal cash holdings. However, at times we may judge that market conditions make pursuing the fund's usual investment strategies inconsistent with the best interests of its shareholders. We then may temporarily use alternative strategies that are mainly designed to limit losses. However, we may choose not to use these strategies for a variety of reasons, even in very volatile market conditions. These strategies may cause the fund to miss out on investment opportunities, and may prevent the fund from achieving its goal.

* Changes in policies. The Trustees may change the fund's goal, investment strategies and other policies without shareholder approval, except as otherwise indicated.

Who manages the fund?

The fund's Trustees oversee the general conduct of the fund's business. The Trustees have retained Putnam Management to be the fund's investment manager, responsible for making investment decisions for the fund and managing the fund's other affairs and business. The fund pays Putnam Management a quarterly management fee for these services based on the fund's average net assets. The fund paid Putnam Management a management fee of 0.47% of average net assets for the fund's last fiscal year. Putnam Management's address is One Post Office Square, Boston, MA 02109.

Putnam Management's investment professionals are organized into investment management teams, with a particular team dedicated to each specific asset class. The members of the U.S. Core Team are responsible for the day-to-day management of the fund. The names of all team members can be found at www.putnaminvestments.com.

The following team members coordinate the team's management of the fund's portfolio. Their experience as investment professionals over at least the last five years is shown.

| Portfolio leader | Since | Experience | |
|---|---|---|---|
| Paul C. Warren | 2002 | 1997 - Present | Putnam Management |

| Portfolio members | Since | Experience | |
|---|---|---|---|
| Richard P. Cervone | 2002 | 1998 - Present<br>Prior to July 1998 | Putnam Management<br>Loomis, Sayles and Co. |
| Kevin M. Divney | 2002 | 1997 - Present | Putnam Management |
| Paul E. Marrkand | 2002 | 1987 - Present | Putnam Management |
| James C. Wiess | 2002 | 2000 - Present<br>Prior to April 2000 | Putnam Management<br>JP Morgan Company |

How does the fund price its shares?

The price of the fund's shares is based on its net asset value (NAV). The NAV per share of each class equals the total value of its assets, less its liabilities, divided by the number of its outstanding shares. Shares are only valued as of the close of regular trading on the New York Stock Exchange each day the exchange is open.

The fund values its investments for which market quotations are readily available at market value. It values short-term investments that will mature within 60 days at amortized cost, which approximates market value. It values all other investments and assets at their fair value.

The fund translates prices for its investments quoted in foreign currencies into U.S. dollars at current exchange rates. As a result, changes in the value of those currencies in relation to the U.S. dollar may affect the fund's NAV. Because foreign markets may be open at different times than the New York Stock Exchange, the value of the fund's shares may change on days when shareholders are not able to buy or sell them. If events materially

> Divney off
> Investors
> 5/19/03
> form 497
> Prosp Suppl

```
<DOCUMENT>
<TYPE>497
<SEQUENCE>1
<FILENAME>pif1.txt
<DESCRIPTION>PUTNAM INVESTORS FUND
<TEXT>
```

Prospectus Supplement                                          204210 5/03
dated May 19, 2003 to:

PUTNAM INVESTORS FUND
Prospectuses dated November 30, 2002

The third paragraph and table under the heading "Who manages the fund?"
are replaced with the following:

The following team members coordinate the team's management of the
fund's portfolio.  Their experience as investment professionals over at
least the last five years is shown.

| Portfolio leader | Since | Experience | |
|---|---|---|---|
| Paul C. Warren | 2002 | 1997 - Present | Putnam Management |

| Portfolio members | Since | Experience | |
|---|---|---|---|
| Richard P. Cervone | 2002 | 1998 - Present<br>Prior to July 1998 | Putnam Management<br>Loomis, Sayles and Co. |
| Paul E. Marrkand | 2002 | 1987 - Present | Putnam Management |
| James C. Wiess | 2002 | 2000 - Present<br>Prior to April 2000 | Putnam Management<br>JP Morgan Company |
| James Yu | 2003 | 2002 - Present<br>Prior to October 2002<br>Prior to 2000 | Putnam Management<br>John Hancock Funds<br>Merrill Lynch Investment Management |

```
</TEXT>
</DOCUMENT>
```

Investors

11/26/03

```
<DOCUMENT>
<TYPE>485BPOS
<SEQUENCE>1
<FILENAME>if1.txt
<DESCRIPTION>PUTNAM INVESTORS FUND
<TEXT>
```

As filed with the Securities and Exchange Commission on
November 26, 2003

Registration No. 2-10783
811-159

--------------------------------------------------------------------------------

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

---------------

FORM N-1A

|  |  |
|---|---|
| REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933 | / X / |
| Pre-Effective Amendment No. | /   / |
| Post-Effective Amendment No.84 | / X / |
| and/or |  |
| REGISTRATION STATEMENT UNDER THE INVESTMENT COMPANY ACT OF 1940 | / X / |
| Amendment No.31 | / X / |
| (Check appropriate box or boxes) |  |

---------------
PUTNAM INVESTORS FUND
(Exact Name of Registrant as Specified in Charter)

One Post Office Square, Boston, Massachusetts 02109
(Address of Principal Executive Offices) (Zip Code)

Registrant's Telephone Number, including Area Code
(617) 292-1000
---------------

It is proposed that this filing will become effective
(check appropriate box)

/   /  immediately upon filing pursuant to paragraph (b)

/ X /  on November 30,2003 pursuant to paragraph (b)

/   /  60 days after filing pursuant to paragraph (a)(1)

/   /  on (date) pursuant to paragraph (a)(1)

/   /  75 days after filing pursuant to paragraph (a)(2)

http://www.sec.gov/Archives/edgar/data/81269/000092881603000076...

* Derivatives. We may engage in a variety of transactions involving derivatives, such as futures, options, warrants and swap contracts. Derivatives are financial instruments whose value depends upon, or is derived from, the value of something else, such as one or more underlying investments, pools of investments, indexes or currencies. We may use derivatives both for hedging and non-hedging purposes. However, we may also choose not to use derivatives, based on our evaluation of market conditions or the availability of suitable derivatives. Investments in derivatives may be applied toward meeting a requirement to invest in a particular kind of investment if the derivatives have economic characteristics similar to that investment.

Derivatives involve special risks and may result in losses. The successful use of derivatives depends on our ability to manage these sophisticated instruments. The prices of derivatives may move in unexpected ways due to the use of leverage or other factors, especially in unusual market conditions, and may result in increased volatility. The use of derivatives may also increase the amount of taxes payable by shareholders.

Other risks arise from our potential inability to terminate or sell derivatives positions. A liquid secondary market may not always exist for the fund's derivatives positions at any time. In fact, many over-the-counter instruments (investments not traded on an exchange) will not be liquid. Over-the-counter instruments also involve the risk that the other party to the derivative transaction will not meet its obligations. For further information about the risks of derivatives, see the statement of additional information (SAI).

* Other investments. In addition to the main investment strategies described above, we may make other investments, such as investments in preferred stocks, convertible securities, and debt instruments, which may be subject to other risks, as described in the SAI.

* Alternative strategies. Under normal market conditions, we keep the fund's portfolio fully invested, with minimal cash holdings. However, at times we may judge that market conditions make pursuing the fund's usual investment strategies inconsistent with the best interests of its shareholders. We then may temporarily use alternative strategies that are mainly designed to limit losses. However, we may choose not to use these strategies for a variety of reasons, even in very volatile market conditions. These strategies may cause the fund to miss out on investment opportunities, and may prevent the fund from achieving its goal.

* Changes in policies. The Trustees may change the fund's goal, investment strategies and other policies without shareholder approval, except as otherwise indicated.

Who manages the fund?

The fund's Trustees oversee the general conduct of the fund's business. The Trustees have retained Putnam Management to be the fund's investment manager, responsible for making investment decisions for the fund and managing the fund's other affairs and business. The fund pays Putnam Management a quarterly management fee for these services based on the fund's average net assets. The fund paid Putnam Management a management fee of 0.48% of average net assets for the fund's last fiscal year. Putnam Management's address is One Post Office Square, Boston, MA 02109.

Putnam Management's investment professionals are organized into investment management teams, with a particular team dedicated to a specific asset class. The members of the U.S. Core Team are responsible for the day-to-day management of the fund. The names of all team members can be found at www.putnaminvestments.com.

The following team members coordinate the team's management of the fund's portfolio. Their experience as investment professionals over at least the last five years is shown.

| Portfolio leader | Since | Experience | |
|---|---|---|---|
| Paul C. Warren | 2002 | 1997 - Present | Putnam Management |

| Portfolio members | Since | Experience | |
|---|---|---|---|
| Richard P. Cervone | 2002 | 1998 - Present | Putnam Management |
| Paul E. Marrkand | 2002 | 1987 - Present | Putnam Management |
| James C. Wiess | 2002 | 2000 - Present | Putnam Management |
| | | Prior to April 2000 | JP Morgan Company |

```
-------------------------------------------------------------------------
James Yu              2003   2002 - Present          Putnam Management
                             Prior to October 2002   John Hancock Funds
                             Prior to 2000           Merrill Lynch Investment
                                                     Management
-------------------------------------------------------------------------
```

Consistent with the Conduct Rules of the National Association of Securities Dealers, Inc., and subject to seeking the most favorable price and execution available and such other policies as the Trustees may determine, Putnam Management may consider sales of shares of the fund (and, if permitted by law, of the other Putnam funds) as a factor in the selection of broker-dealers to execute portfolio transactions for the fund.

How does the fund price its shares?

The price of the fund's shares is based on its net asset value (NAV). The NAV per share of each class equals the total value of its assets, less its liabilities, divided by the number of its outstanding shares. Shares are only valued as of the close of regular trading on the New York Stock Exchange each day the exchange is open.

The fund values its investments for which market quotations are readily available at market value. It values short-term investments that will mature within 60 days at amortized cost, which approximates market value. It values all other investments and assets at their fair value.

The fund translates prices for its investments quoted in foreign currencies into U.S. dollars at current exchange rates. As a result, changes in the value of those currencies in relation to the U.S. dollar may affect the fund's NAV. Because foreign markets may be open at different times than the New York Stock Exchange, the value of the fund's shares may change on days when shareholders are not able to buy or sell them. If events materially affecting the values of the fund's foreign investments occur between the close of foreign markets and the close of regular trading on the New York Stock Exchange, these investments will be valued at their fair value.

How do I buy fund shares?

You can open a fund account with as little as $500 and make additional investments at any time with as little as $50 ($25 through systematic investing). The fund sells its shares at the offering price, which is the NAV plus any applicable sales charge. Your financial advisor or Putnam Investor Services generally must receive your completed buy order before the close of regular trading on the New York Stock Exchange for your shares to be bought at that day's offering price.

You can buy shares:

* Through a financial advisor. Your advisor will be responsible for furnishing all necessary documents to Putnam Investor Services, and may charge you for his or her services.

* Through systematic investing. You can make regular investments of $25 or more weekly, semi-monthly or monthly through automatic deductions from your bank checking or savings account. Application forms are available through your advisor or Putnam Investor Services at 1-800-225-1581.

* Subsequent investments via the Internet. If you have an existing Putnam fund account and you have completed and returned an Electronic Investment Authorization Form, you can buy additional shares online at www.putnaminvestments.com. For more information, contact your advisor or Putnam Investor Services at 1-800-225-1581.

You may also complete an order form and write a check for the amount you wish to invest, payable to the fund. Return the check and completed form to Putnam Investor Services.

Mutual funds must obtain and verify information that identifies investors opening new accounts. If the fund is unable to collect the required information, Putnam Investor Services may not be able to open your fund account. Investors must provide their full name, residential or business address, Social Security or tax identification number, and date of birth. Entities, such as trusts, estates, corporations and partnerships must also provide other identifying information. Putnam Investor Services may share identifying information with third parties for the purpose of verification. If Putnam Investor Services cannot verify identifying information after opening your account, the fund reserves the right to close your account.

The fund may periodically close to new purchases of shares or refuse any order to buy shares if the fund determines that doing so would be in the