**Exhibit B**

**SEC Documents
Part 5 of 5**

SEC Form 485BPOS
Fund Prospectus
Dated 2/27/02
Global Growth
Fund

```
<DOCUMENT>
<TYPE>485BPOS
<SEQUENCE>1
<FILENAME>pgg1.txt
<DESCRIPTION>PUTNAM GLOBAL GROWTH FUND
<TEXT>
```

As filed with the Securities and Exchange Commission on

February 27, 2002

Registration No. 2-25258
811-1403

---

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

----------------

FORM N-1A

| | ---- |
| REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933 | / X / |
| | ---- |
| | ---- |
| Pre-Effective Amendment No. | / / |
| | ---- |
| | ---- |
| Post-Effective Amendment No. 53 | / X / |
| and/or | ---- |
| | ---- |
| REGISTRATION STATEMENT UNDER THE INVESTMENT COMPANY ACT OF 1940 | / X / |
| | ---- |
| | ---- |
| Amendment No. 29 | / X / |
| (Check appropriate box or boxes) | ----- |

----------------

PUTNAM GLOBAL GROWTH FUND
(Exact Name of Registrant as Specified in Charter)

One Post Office Square, Boston, Massachusetts 02109
(Address of Principal Executive Offices) (Zip Code)

Registrant's Telephone Number, including Area Code
(617) 292-1000
----------------
It is proposed that this filing will become effective
(check appropriate box)

----
/  /  immediately upon filing pursuant to paragraph (b)
----
----

/ X /  on February 28, 2002 pursuant to paragraph (b)

----
----
/  /  60 days after filing pursuant to paragraph (a)(1)
----
----
/  /  on (date) pursuant to paragraph (a)(1)

http://www.sec.gov/Archives/edgar/data/81251/000092881602001...

## Who manages the fund?

The fund's Trustees oversee the general conduct of the fund's business. The Trustees have retained Putnam Management to be the fund's investment manager, responsible for making investment decisions for the fund and managing the fund's other affairs and business. The fund pays Putnam Management a quarterly management fee for these services based on the fund's average net assets. The fund paid Putnam Management a management fee of 0.63% of average net assets for the fund's last fiscal year. Putnam Management's address is One Post Office Square, Boston, MA 02109.

Putnam Management's Global Growth Team has primary responsibility, and its members have joint responsibility, for the day-to-day management of the fund's portfolio.

## How does the fund price its shares?

The price of the fund's shares is based on its net asset value (NAV). The NAV per share of each class equals the total value of its assets, less its liabilities, divided by the number of its outstanding shares. Shares are only valued as of the close of regular trading on the New York Stock Exchange each day the exchange is open.

The fund values its investments for which market quotations are readily available at market value. It values short-term investments that will mature within 60 days at amortized cost, which approximates market value. It values all other investments and assets at their fair value.

The fund translates prices for its investments quoted in foreign currencies into U.S. dollars at current exchange rates. As a result, changes in the value of those currencies in relation to the U.S. dollar may affect the fund's NAV. Because foreign markets may be open at different times than the New York Stock Exchange, the value of the fund's shares may change on days when shareholders are not able to buy or sell them. If events materially affecting the values of the fund's foreign investments occur between the close of foreign markets and the close of regular trading on the New York Stock Exchange, these investments will be valued at their fair value.

## How do I buy fund shares?

You can open a fund account with as little as $500 and make additional investments at any time with as little as $50 ($25 through systematic investing). The fund sells its shares at the offering price, which is the NAV plus any applicable sales charge. Your financial advisor or Putnam Investor Services generally must receive your completed buy order before the close of regular trading on the New York Stock Exchange for your shares to be bought at that day's offering price.

You can buy shares:

* Through a financial advisor. Your advisor will be responsible for furnishing all necessary documents to Putnam Investor Services, and may charge you for his or her services.

* Through systematic investing. You can make regular investments of $25 or more per month through automatic deductions from your bank checking or savings account. Application forms are available through your advisor or Putnam Investor Services at 1-800-225-1581.

* Subsequent investments via the Internet. If you have an existing Putnam fund account and you have completed and returned an Electronic Investment Authorization Form, you can buy additional shares online at www.putnaminvestments.com. For more information, contact your advisor or Putnam Investor Services at 1-800-225-1581.

You may also complete an order form and write a check for the amount you

http://www.sec.gov/Archives/edgar/data/$1251/0000928816010000...

managing the fund's other affairs and business. The fund pays Putnam Management a quarterly management fee for these services based on the fund's average net assets. The fund paid Putnam Management a management fee of 0.62% of average net assets for the fund's last fiscal year. Putnam Management's address is One Post Office Square, Boston, MA 02109.

The following officers of Putnam Management have had primary responsibility for the day-to-day management of the fund's portfolio since the years shown below. Their experience as portfolio managers or investment analysts over at least the last five years is also shown.

| Manager | Since | Experience | |
|---------|-------|------------|---|
| Robert Swift Managing Director | 1996 | 1995 - Present | Putnam Management |
| Stephen Dexter Senior Vice President | 1999 | June 1999 - Present Prior to June 1999 | Putnam Management Scudder Kemper Inc. |
| Kelly A. Morgan Managing Director | 1997 | 1996 - Present Prior to Dec. 1996 | Putnam Management Alliance Capital Management L.P. |
| Lisa Svensson Senior Vice President | 1998 | 1994 - Present | Putnam Management |
| Manuel Weiss Managing Director | 1998 | 1987 - Present | Putnam Management |

How does the fund price its shares?

The price of the fund's shares is based on its net asset value (NAV). The NAV per share of each class equals the total value of its assets, less its liabilities, divided by the number of its outstanding shares. Shares are only valued as of the close of regular trading on the New York Stock Exchange each day the exchange is open.

The fund values its investments for which market quotations are readily available at market value. It values short-term investments that will mature within 60 days at amortized cost, which approximates market value. It values all other investments and assets at their fair value.

The fund translates prices for its investments quoted in foreign currencies into U.S. dollars at current exchange rates. As a result, changes in the value of those currencies in relation to the U.S. dollar may affect the fund's NAV. Because foreign markets may be open at different times than the New York Stock Exchange, the value of the fund's shares may change on days when shareholders are not able to buy or sell them. If events materially affecting the values of the fund's foreign investments occur between the close of foreign markets and the close of regular trading on the New York Stock Exchange, these investments will be valued at their fair value.

How do I buy fund shares?

You can open a fund account with as little as $500 and make additional investments at any time with as little as $50 ($25 through systematic investing). The fund sells its shares at the offering price, which is the NAV plus any applicable sales charge. Your financial advisor or Putnam Investor Services generally must receive your completed buy order before the close of regular trading on the New York Stock Exchange for your shares to be bought at that day's offering price.

You can buy shares:

* Through a financial advisor. Your advisor will be responsible for furnishing all necessary documents to Putnam Investor Services, and may

3/18/02
SEC form 497

Prospectus
Supplement

Global Growth to be
managed by
Global Core team

```
<DOCUMENT>
<TYPE>497
<SEQUENCE>1
<FILENAME>pgg1.txt
<DESCRIPTION>PUTNAM GLOBAL GROWTH FUND
<TEXT>
```

Prospectus Supplement                              81766 3/02
dated March 18, 2002 to:

PUTNAM GLOBAL GROWTH FUND
Prospectuses dated February 28, 2002

The fund's Trustees have approved a change in the fund's investment
policies to adopt a "blend" investment style, targeting companies
believed to be worth more than their current stock prices indicate, with
no predetermined bias toward growth- or value-style stocks.  The
transitioning of current portolio holdings to conform to this new
investment approach will occur over the next several months and will
involve certain transaction costs.  Thus, the prospectus is revised as
follows.

The "Investment Category" designated on the front cover is changed to
"Blend."

The description of main investment strategies under "Fund summary" is
revised to read:

MAIN INVESTMENT STRATEGIES GLOBAL STOCKS

We invest mainly in common stocks of companies worldwide.  We first
select the countries and industries we believe are attractive, then we
look for companies with stock prices that reflect a value lower than
that which we place on the company or whose earnings we believe are
likely to grow over time.  We also look for the presence of facts that
we believe will cause the stock price to rise.  We invest mainly in
midsized and large companies, although we can invest in companies of any
size.  Although we emphasize investments in developed countries, we may
also invest in companies located in developing (also known as emerging)
markets.

"What are the fund's main investment strategies and related risks?" is
revised by

(a) replacing the second and third sentences with "We pursue the fund's
goal by investing mainly in stocks issued by companies worldwide.  We
will consider, among other factors, a company's valuation, financial
strength, competitive position in its industry, projected future
earnings, cash flows and dividends when deciding whether to buy or sell
investments."

(b) adding the following paragraph at the end of "Common stocks":

Companies we believe are undergoing positive change and whose stock we
believe is undervalued by the market may have experienced adverse
business developments or may be subject to special risks that have
caused their stocks to be out of favor.  If our assessment of a
company's prospects is wrong, or if other investors do not similarly
recognize the value of the company, then the price of the company's
stock may fall or may not approach the value that we have placed on it.

The second paragraph of "Who manages the fund?" is revised to read:

Putnam Management's Global Core Team has primary responsibility, and its
members have joint responsibility, for the day-to-day management of the
fund's portfolio.

SEC Form 497
10/11/02
Prospectus
Supplement
Global Equity
Fund Showing
Core Team managers
and Fund name change

```
<DOCUMENT>
<TYPE>497
<SEQUENCE>1
<FILENAME>ggf1.txt
<DESCRIPTION>PUTNAM GLOBAL GROWTH FUND
<TEXT>
```

Prospectus

February 28, 2002,
as revised October 1, 2002


Putnam Global Equity Fund*


Class A, B, C and M shares
Investment Category: Blend

This prospectus explains what you should know about this mutual fund
before you invest. Please read it carefully.

Putnam Investment Management, LLC (Putnam Management), which has managed
mutual funds since 1937, manages the fund.

These securities have not been approved or disapproved by the Securities
and Exchange Commission nor has the Commission passed upon the accuracy or
adequacy of this prospectus. Any statement to the contrary is a crime.

 *Prior to October 1, 2002, the fund was known as Putnam Global Growth
  Fund.

    CONTENTS

 2  Fund summary

 2  Goal

 2  Main investment strategies

 2  Main risks

 3  Performance information

 4  Fees and expenses

 6  What are the fund's main investment strategies and related risks?

10  Who manages the fund?

10  How does the fund price its shares?

11  How do I buy fund shares?

14  How do I sell fund shares?

16  How do I exchange fund shares?

17  Fund distributions and taxes

18  Financial highlights

[SCALE LOGO OMITTED]

preferred stocks, convertible securities and debt instruments, which may be subject to other risks, as described in the SAI.

* Alternative strategies. Under normal market conditions, we keep the fund's portfolio fully invested, with minimal cash holdings. However, at times we may judge that market conditions make pursuing the fund's usual investment strategies inconsistent with the best interests of its shareholders. We then may temporarily use alternative strategies that are mainly designed to limit losses, including investing solely in the United States. We may choose, however, not to use these strategies for a variety of reasons, even in very volatile market conditions. These strategies may cause the fund to miss out on investment opportunities, and may prevent the fund from achieving its goal.

* Changes in policies. The Trustees may change the fund's goal, investment strategies and other policies without shareholder approval, except as otherwise indicated.

Who manages the fund?

The fund's Trustees oversee the general conduct of the fund's business. The Trustees have retained Putnam Management to be the fund's investment manager, responsible for making investment decisions for the fund and managing the fund's other affairs and business. The fund pays Putnam Management a quarterly management fee for these services based on the fund's average net assets. The fund paid Putnam Management a management fee of 0.73% of average net assets for the fund's last fiscal year. Putnam Management's address is One Post Office Square, Boston, MA 02109.

Putnam Management's investment professionals are organized into investment management teams, with a particular team dedicated to each specific asset class. The members of the Global Core Team are responsible for the day-to-day management of the fund. The names of all team members can be found at www.putnaminvestments.com.

The following team members coordinate the team's management of the fund's portfolio. Their experience as investment professionals over at least the last five years is shown.

| Portfolio leader | Since | Experience | |
|---|---|---|---|
| Paul C. Warren | 2002 | 1997 - Present | Putnam Management |

| Portfolio members | Since | Experience | |
|---|---|---|---|
| Mark A. Bogar | 2002 | 1994 - Present | Putnam Management |
| Geirulv Lode | 2002 | 1997 - Present | Putnam Management |
| Shigeki Makino | 2002 | 2000 - Present | Putnam Management |
| | | Prior to Aug. 2000 | Fidelity Management |
| Stephen S. Oler | 2000 | 1997 - Present | Putnam Management |

How does the fund price its shares?

The price of the fund's shares is based on its net asset value (NAV). The NAV per share of each class equals the total value of its assets, less its liabilities, divided by the number of its outstanding shares. Shares are only valued as of the close of regular trading on the New York Stock Exchange each day the exchange is open.

The fund values its investments for which market quotations are readily available at market value. It values short-term investments that will

SEC Form 485BPOS
Global Growth
Fund
Prospectus
2/27/01

```
<DOCUMENT>
<TYPE>485BPOS
<SEQUENCE>1
<FILENAME>0001.txt
<DESCRIPTION>PUTNAM GLOBAL GROWTH FUND
<TEXT>
```

As filed with the Securities and Exchange Commission on

February 27, 2001

Registration No. 2-25258
811-1403

------------------------------------------------------------------------

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549

----------------------

FORM N-1A

|  |  |
|---|---|
| REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933 | / X / |
| Pre-Effective Amendment No. | /   / |
| Post-Effective Amendment No. 52 | / X / |
| and/or |  |
| REGISTRATION STATEMENT UNDER THE INVESTMENT COMPANY ACT OF 1940 | / X / |
| Amendment No. 28 | / X / |

(Check appropriate box or boxes)
----------------------
PUTNAM GLOBAL GROWTH FUND
(Exact Name of Registrant as Specified in Charter)

One Post Office Square, Boston, Massachusetts 02109
(Address of Principal Executive Offices) (Zip Code)

Registrant's Telephone Number, including Area Code
(617) 292-1000
----------------------

It is proposed that this filing will become effective
(check appropriate box)

|  |  |
|---|---|
| /   / | immediately upon filing pursuant to paragraph (b) |
| / X / | on February 28, 2001 pursuant to paragraph (b) |
| /   / | 60 days after filing pursuant to paragraph (a)(1) |
| /   / | on (date) pursuant to paragraph (a)(1) |

```
----
----
/  /    75 days after filing pursuant to paragraph (a)(2)
----
----
/  /    on (date) pursuant to paragraph (a)(2) of rule 485.
----
```

If appropriate, check the following box:
```
----
/  /    this post-effective amendment designates a new
----    effective date for a previously filed post-effective amendment.
```

---------------------
JOHN R. VERANI, Vice President
PUTNAM GLOBAL GROWTH FUND
One Post Office Square
Boston, Massachusetts 02109
(Name and address of agent for service)
---------------------

Copy to:
JOHN W. GERSTMAYR, Esquire
ROPES & GRAY
One International Place
Boston, Massachusetts 02110

Prospectus

February 28, 2001

Putnam Global Growth Fund

Class A, B, C and M shares
Investment Category: Growth

This prospectus explains what you should know about this mutual fund
before you invest. Please read it carefully.

Putnam Investment Management, LLC (Putnam Management), which has managed
mutual funds since 1937, manages the fund.

These securities have not been approved or disapproved by the Securities
and Exchange Commission nor has the Commission passed upon the accuracy or
adequacy of this prospectus. Any statement to the contrary is a crime.

CONTENTS

2  Fund summary

2  Goal

2  Main investment strategies

2  Main risks

3  Performance information

4  Fees and expenses

5  What are the fund's main investment strategies and related risks?

9  Who manages the fund?

9  How does the fund price its shares?

countries, which are sometimes referred to as emerging markets. For example, political and economic structures in these countries may be changing rapidly, which can cause instability. These countries are also more likely to experience high levels of inflation, deflation or currency devaluation, which could hurt their economies and securities markets. For these and other reasons, investments in emerging markets are often considered speculative.

Certain of these risks may also apply to some extent to U.S.-traded investments that are denominated in foreign currencies, investments in U.S. companies that are traded in foreign markets or investments in U.S. companies that have significant foreign operations. Special U.S. tax considerations may apply to the fund's foreign investments.

* Derivatives. We may engage in a variety of transactions involving derivatives, such as futures, options, warrants and swap contracts. Derivatives are financial instruments whose value depends upon, or is derived from, the value of something else, such as one or more underlying investments, pools of investments, indexes or currencies. We may use derivatives both for hedging and non-hedging purposes. However, we may also choose not to use derivatives, based on our evaluation of market conditions or the availability of suitable derivatives.

Derivatives involve special risks and may result in losses. The successful use of derivatives depends on our ability to manage these sophisticated instruments. The prices of derivatives may move in unexpected ways due to the use of leverage or other factors especially in unusual market conditions, and may result in increased volatility. The use of derivatives may also increase the amount of taxes payable by shareholders.

Other risks arise from our potential inability to terminate or sell derivatives positions. A liquid secondary market may not always exist for the fund's derivatives positions at any time. In fact, many over-the-counter instruments (investments not traded on an exchange) will not be liquid. Over-the-counter instruments also involve the risk that the other party to the derivative transaction will not meet its obligations. For further information about the risks of derivatives, see the statement of additional information (SAI).

* Frequent trading. We may buy and sell investments relatively often, which involves higher brokerage commissions and other expenses, and may increase the amount of taxes payable by shareholder.

* Other investments. In addition to the main investment strategies described above, we may make other investments, such as investments in preferred stocks, convertible securities and debt securities, which may be subject to other risks, as described in the SAI.

* Alternative strategies. Under normal market conditions, we keep the fund's portfolio fully invested, with minimal cash holdings. However, at times we may judge that market conditions make pursuing the fund's usual investment strategies inconsistent with the best interests of its shareholders. We then may temporarily use alternative strategies that are mainly designed to limit losses, including investing solely in the United States. We may choose, however, not to use these strategies for a variety of reasons, even in very volatile market conditions. These strategies may cause the fund to miss out on investment opportunities, and may prevent the fund from achieving its goal.

* Changes in policies. The fund's Trustees may change the fund's goal, investment strategies and other policies without shareholder approval, except as otherwise indicated.

Who manages the fund?

The fund's Trustees oversee the general conduct of the fund's business. The Trustees have retained Putnam Management to be the fund's investment manager, responsible for making investment decisions for the fund and

managing the fund's other affairs and business. The fund pays Putnam Management a quarterly management fee for these services based on the fund's average net assets. The fund paid Putnam Management a management fee of 0.62% of average net assets for the fund's last fiscal year. Putnam Management's address is One Post Office Square, Boston, MA 02109.

The following officers of Putnam Management have had primary responsibility for the day-to-day management of the fund's portfolio since the years shown below. Their experience as portfolio managers or investment analysts over at least the last five years is also shown.

| Manager | Since | Experience | |
| --- | --- | --- | --- |
| Robert Swift Managing Director | 1996 | 1995 - Present | Putnam Management |
| Stephen Dexter Senior Vice President | 1999 | June 1999 - Present Prior to June 1999 | Putnam Management Scudder Kemper Inc. |
| Kelly A. Morgan Managing Director | 1997 | 1996 - Present Prior to Dec. 1996 | Putnam Management Alliance Capital Management L.P. |
| Lisa Svensson Senior Vice President | 1998 | 1994 - Present | Putnam Management |
| Manuel Weiss Managing Director | 1998 | 1987 - Present | Putnam Management |

How does the fund price its shares?

The price of the fund's shares is based on its net asset value (NAV). The NAV per share of each class equals the total value of its assets, less its liabilities, divided by the number of its outstanding shares. Shares are only valued as of the close of regular trading on the New York Stock Exchange each day the exchange is open.

The fund values its investments for which market quotations are readily available at market value. It values short-term investments that will mature within 60 days at amortized cost, which approximates market value. It values all other investments and assets at their fair value.

The fund translates prices for its investments quoted in foreign currencies into U.S. dollars at current exchange rates. As a result, changes in the value of those currencies in relation to the U.S. dollar may affect the fund's NAV. Because foreign markets may be open at different times than the New York Stock Exchange, the value of the fund's shares may change on days when shareholders are not able to buy or sell them. If events materially affecting the values of the fund's foreign investments occur between the close of foreign markets and the close of regular trading on the New York Stock Exchange, these investments will be valued at their fair value.

How do I buy fund shares?

You can open a fund account with as little as $500 and make additional investments at any time with as little as $50 ($25 through systematic investing). The fund sells its shares at the offering price, which is the NAV plus any applicable sales charge. Your financial advisor or Putnam Investor Services generally must receive your completed buy order before the close of regular trading on the New York Stock Exchange for your shares to be bought at that day's offering price.

You can buy shares:

* Through a financial advisor. Your advisor will be responsible for furnishing all necessary documents to Putnam Investor Services, and may

SEC Form 485 BPos

Global Equity
Fund Prospectus

2/28/03

```
<DOCUMENT>
<TYPE>485BPOS
<SEQUENCE>1
<FILENAME>gef1.txt
<DESCRIPTION>PUTNAM GLOBAL EQUITY FUND
<TEXT>
```

As filed with the Securities and Exchange Commission on

February 27, 2003

Registration No. 2-25258
811-1403

--------------------------------------------------------------------------

SECURITIES AND EXCHANGE COMMISSION
WASHINGTON, D.C. 20549
----------------------

FORM N-1A

                                                            ----
REGISTRATION STATEMENT UNDER THE SECURITIES ACT OF 1933     / X /
                                                            ----

                                                            ----
            Pre-Effective Amendment No.                     /   /
                                                            ----
                                                            ----

         Post-Effective Amendment No. 54                    / X /


                        and/or                              ----
                                                            ----
REGISTRATION STATEMENT UNDER THE INVESTMENT COMPANY         / X /
                 ACT OF 1940                                ----
                                                            ----


             Amendment No. 30                               / X /


         (Check appropriate box or boxes)                   ----
         ------------------------


             PUTNAM GLOBAL EQUITY FUND


      (Exact Name of Registrant as Specified in Charter)

      One Post Office Square, Boston, Massachusetts 02109
      (Address of Principal Executive Offices) (Zip Code)

       Registrant's Telephone Number, including Area Code
                      (617) 292-1000
                      --------------

      It is proposed that this filing will become effective
                   (check appropriate box)
----
/   /          immediately upon filing pursuant to paragraph (b)
----
----


/ X /          on February 28, 2003 pursuant to paragraph (b)


----
----
/   /          60 days after filing pursuant to paragraph (a)(1)
----
----
/   /          on (date) pursuant to paragraph (a)(1)
----
----
/   /          75 days after filing pursuant to paragraph (a)(2)
```

http://www.sec.gov/Archives/edgar/data/81251/000092881603001...

Putnam Management's investment professionals are organized into investment management teams, with a particular team dedicated to a specific asset class. The members of the Global Core Team are responsible for the day-to-day management of the fund. The names of all team members can be found at www.putnaminvestments.com.

The following team members coordinate the team's management of the fund's portfolio. Their experience as investment professionals over at least the last five years is shown.

| Portfolio leader | Since | Experience | |
|---|---|---|---|
| Paul C. Warren | 2002 | 1997 - Present | Putnam Management |

| Portfolio members | Since | Experience | |
|---|---|---|---|
| Mark A. Bogar | 2002 | 1994 - Present | Putnam Management |
| Geirulv Lode | 2002 | 1997 - Present | Putnam Management |
| Shigeki Makino | 2002 | 2000 - Present<br>Prior to Aug. 2000 | Putnam Management<br>Fidelity Management |
| Stephen S. Oler | 2000 | 1997 - Present | Putnam Management |

How does the fund price its shares?

The price of the fund's shares is based on its net asset value (NAV). The NAV per share of each class equals the total value of its assets, less its liabilities, divided by the number of its outstanding shares. Shares are only valued as of the close of regular trading on the New York Stock Exchange each day the exchange is open.

The fund values its investments for which market quotations are readily available at market value. It values short-term investments that will mature within 60 days at amortized cost, which approximates market value. It values all other investments and at their fair value.

The fund translates prices for its investments quoted in foreign currencies into U.S. dollars at current exchange rates. As a result, changes in the value of those currencies in relation to the U.S. dollar may affect the fund's NAV. Because foreign markets may be open at different times than the New York Stock Exchange, the value of the fund's shares may change on days when shareholders are not able to buy or sell them. If events materially affecting the values of the fund's foreign investments occur between the close of foreign markets and the close of regular trading on the New York Stock Exchange, these investments will be valued at their fair value.

How do I buy fund shares?

All orders to purchase shares must be made through your employer's retirement plan. For more information about how to purchase shares of the fund through your employer's plan or limitations on the amount that may be purchased, please consult your employer.

Putnam Retail Management generally must receive your plan's completed buy order before the close of regular trading on the New York Stock Exchange for shares to be bought at that day's offering price.

To eliminate the need for safekeeping, the fund will not issue certificates for shares.

The fund may periodically close to new purchases of shares or refuse any order to buy shares if Putnam Management determines that doing so would be in the best interests of the fund and its shareholders.

* Distribution (12b-1) plan. The fund has adopted a distribution plan to pay for the marketing of class A shares and for services provided to shareholders. The plan provides for payments at an annual rate (based on average net assets) of up to 0.35%. The Trustees currently limit payments on class A shares to 0.25% of average net assets. Because the fees are paid out of the fund's assets on an ongoing basis, they will increase the cost of your investment.

* Eligible retirement plans. An employer-sponsored retirement plan is eligible to purchase class A shares without an initial sales charge through this prospectus if it invests at least $1 million in class A shares. A deferred sales charge of up to 0.75% may apply if the plan redeems 90% or more of its cumulative purchases within two years of the plan's initial purchase of class A shares and if Putnam Retail Management paid a

SEC Form 497, Prospectus
Supplement
Global
Natural
Resources
2/14/03
& 9/30/03

http://www.sec.gov/Archives/edgar/data/317031/000092881603000...

```
<DOCUMENT>
<TYPE>497
<SEQUENCE>1
<FILENAME>gnf1.txt
<DESCRIPTION>PUTNAM GLOBAL NATURAL RESOURCES FUND
<TEXT>
```

Prospectus Supplement                                    201606  02/03
dated February 14, 2003 to:

PUTNAM GLOBAL NATURAL RESOURCES FUND
Prospectus dated December 30, 2002

The third paragraph and table under the heading "Who manages the fund?"
is replaced with the following:

The following team member coordinates the team's management of the
fund's portfolio.  Her experience as an investment professional over at
least the last five years is shown.

| Portfolio leader | Since | Experience | |
|---|---|---|---|
| Lisa H. Svensson | 2003 | 1994 - Present | Putnam Management |

```
</TEXT>
</DOCUMENT>
```

http://www.sec.gov/Archives/edgar/data/317031/000092881603000...

```
<DOCUMENT>
<TYPE>497
<SEQUENCE>1
<FILENAME>gn1.txt
<DESCRIPTION>PUTNAM GLOBAL NATURAL RESOURCES FUND
<TEXT>
```

Prospectus Supplement                                207563 9/03
dated September 30, 2003 to:
-------------------------------------------------------------------

PUTNAM GLOBAL NATURAL RESOURCES FUND
Prospectus dated December 30, 2002

The third paragraph and table under the heading "Who manages the fund?"
are replaced with the following:

The following team members coordinate the team's management of the
fund's portfolio.  Their experience as investment professionals over at
least the last five years is shown.

```
<TABLE>
<CAPTION>
```

| Portfolio leader | Since | Experience | |
|---|---|---|---|
| Josh H. Brooks | 2003 | 2003 - Present | Putnam Management |
| | | Prior to Apr. 2003 | Delaware Investments |
| Portfolio members | Since | Experience | |
| Maria Elena Drew | 2003 | 2003 - Present | Putnam Management |
| | | Prior to Sept. 2003 | Delaware Investments |
| | | Prior to Oct. 2000 | Donaldson Lufkin & Jenrette |
| | | Prior to Mar. 1999 | Brean Murray & Co. |
| Ellis A. Eckland | 2003 | 2001 - Present | Putnam Management |
| Christopher J. O'Malley | 2003 | 2001 - Present | Putnam Management |
| | | Prior to Nov. 1999 | Eaton Vance Management |
| Konstantin Stoev | 2003 | 2000 - Present | Putnam Management |

```
</TABLE>

</TEXT>
</DOCUMENT>
```