# Exhibit C

# Partners 1999-2003

Putnam
EXHIBIT NO. 2
11-29-06

## Partners
### 1999-2003

| | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|
| Bibi,Philippe | | | X | X | X |
| Boneparth,John F. | X | X | X | X | X |
| Bradford Jr.,Linwood E. | | | X | X | X |
| Brooks,Joshua H. | | | | | X |
| Browchuk,Brett C. | X | X | X | X | X |
| Brown,John M. | X | X | X | X | X |
| Burke,Robert W. | X | | | | |
| Coburn,Gary N. | | | | | |
| Collman,Kathleen M. | X | X | | | |
| Connolly,William T. | X | X | X | X | X |
| Cotner,C. Beth | X | X | X | | |
| Cronin,Kevin M. | | | X | X | X |
| Curtin,William J. | | | | | |
| D'Alelio,Edward H. | X | X | | | |
| DeTore,John A. | X | | | | |
| Durgarian,Karnig H. | X | X | X | X | X |
| Esposito,Vincent | X | X | X | | |
| Esteves,Irene M. | X | X | X | X | X |
| Ferguson,Tim | X | X | X | X | |
| Forrester,Gordon M. | | | | X | X |
| Gallary,Peter H. | X | X | X | X | X |
| Gillis,Roland W. | | X | X | X | X |
| Goodman,Robert | | X | X | X | X |
| Habakus,Louise Kuo | X | X | | | |
| Haldeman Jr.,Charles E. | | | | X | X |
| Haslett,Thomas R. | X | X | X | X | |
| Hoffman,Theron S. | | | X | | |
| Jacobs,Jerome J. | X | X | X | X | X |
| Joseph,Joseph P. | | | | X | X |
| Kamshad,Omid | | X | X | X | |
| Kanwal,Amrit | | | | X | X |
| King,David L. | | | | X | X |
| Kohli,D. William | | | | | |
| Kreisel,Anthony I. | X | | | | |
| Krichmar,Steven D. | | | X | X | X |
| Kuenstner,Deborah F. | | | X | X | X |
| Landes,William J. | X | X | X | X | X |
| Leibovitch,Richard G. | X | X | X | X | |
| Lucey,Robert F. | X | X | | | |
| Lucey,Thomas J. | X | X | X | | |
| Maxwell,Scott M. | X | | | | |
| McCracken,Donald F. | X | X | | | |
| McMullen,Carol C. | X | X | | | |
| Miller,Daniel L. | X | X | X | X | X |
| Miller,Janis E. | | | | | |
| Monaghan,Richard A. | X | X | X | X | X |
| Morgan Jr.,John J. | X | | | | |

|  | 1999 | 2000 | 2001 | 2002 | 2003 |
|---|---|---|---|---|---|
| O'Donnell,Patrick |  |  |  |  |  |
| Oristaglio,Stephen M. | X | X | X | X | X |
| O'Toole,Brian P. |  |  |  | X | X |
| Palombo,Joseph R. |  |  |  |  |  |
| Papa,Virginia A. |  | X | X | X | X |
| Peacher,Stephen C. |  |  |  | X | X |
| Peters,Jeffrey F. |  |  |  | X | X |
| Porcelli,Francis M. |  |  |  | X | X |
| Price,Quintin | X | X | X |  |  |
| Regan,Anthony W. |  |  |  |  |  |
| Reilly,Thomas V. | X | X | X |  |  |
| Scott,Justin M. | X | X | X | X |  |
| Shadek Jr.,Edward T. |  |  |  | X | X |
| Shiebler,William N. |  |  |  |  |  |
| Silver,Gordon H. | X | X | X | X | X |
| Sorensen,Eric H. |  | X | X | X | X |
| Spiegel,Steven | X | X | X | X | X |
| Swift,Robert | X | X | X |  |  |
| Taylor,Gavan A. | X | X |  |  |  |
| Turpin,Thomas M. |  | X | X |  |  |
| Waldman,David L. |  |  |  |  |  |
| Warren,Paul C. |  |  | X | X |  |
| Wetlaufer,Eric M. |  | X | X | X |  |
| Whiston,Sandra C. |  |  |  | X | X |
| Woolverton,William H. | X | X | X | X | X |
| Zieff,William E. |  |  |  |  |  |
|  | 37 | 39 | 39 | 42 | 36 |