**Exhibit E**

**Promotion to MD Claim Facts**

## SVENSSON V PUTNAM ET AL
### Chronology of Events

**2000**

1. Robert Swift nominates Lisa Svensson to title of Managing Director [PRM 50].
2. List of nominees includes Svensson [PRM 1793].
3. List titled "MD Nominations" at PRM 1793 shows Svensson's manager score at 3.0 (5.0 = best), even though her performance review shows manager score of 4.78 [PRM 328]. Rule 30(b)(6), Day One deposition testimony indicates this reduction was the idea of Jack Morgan, Swift's superior, at p. 91, ll. 5-6.
4. Two male PMs, Lindsey and Mufson, also from the Growth Team, with similar investment performance show performance review scores of 5.0, even though Lindsay's manager rating in his review was 4.5 [PRM 6947]. Neither had their score reduced on the nomination form, and Lindsey's appeared to be raised.
5. IDMC vote [PRM 1792] shows Svensson received no votes, not even from Jack Morgan, who passed along Swift's nomination of her. Morgan votes yes on the two males from the Growth Team who were rated 5.0.

**2001**

1. Svensson is not elected MD. It is not clear whether she was nominated. When she asks her manager Robert Swift about it, he attributes it to the fact that she was out on maternity leave. His comment: "Out of sight, out of mind." [Svensson Sixth Affidavit, ¶ 9]
2. Svensson's 2000 manager rating in the performance review is 4.0

**2002**

1. Svensson goes to top management and HR to express interest in being made MD and to ask what she can do to improve her chances (summer 2001).
2. August 2001: Rick Tibbetts of HR makes notes to himself [PRM 1888] to remember to add Lisa to the list of potential MDs, and Svensson is added to the list [PRM 1922-1923].
3. Svensson receives a 2001 manager rating of 3.5 [PRM 263]. Robert Swift tells Svensson in her review that he gave her a 4.0, but that top management wrote it down to 3.5. He apologizes to her. [Svensson dep., Day One, p. 114, ll. 13-19]
4. January 2002: Sherrie Holder-Watts suggests to Robert Swift that he let Steve Oristaglio know in advance who he will nominate for MD in case Oristaglio "does not wish [him] to make [the nomination]." Oristaglio apparently kills Svensson's nomination [PRM 1897].
5. Although a male from the Growth Team with similar qualifications is considered for demotion to research, it is Svensson who is demoted [PRM 9755]. Oristaglio [at LS-520] promises her the opportunity to compete for PM jobs as they come available.

**2003**

1. Bill Landes writes a memo to Ed Haldeman and Steve Oristaglio saying he plans to nominate Lisa Svensson for MD (PRM 2876).
2. Svensson's 2002 manager review is 3.5 [PRM 283].
3. Promotions to titles below MD are made on May 29, 2003. The MD decision is put "on hold" while Larry Lasser considers the subject of "title inflation." After a long delay throughout the summer of 2003, a decision is apparently made by Larry Lasser not to make any MD promotions for 2003. Svensson has missed her chance.
4. On September 15, 2003, she is involuntarily terminated from the firm.

2

# SVENSSON V PUTNAM ET AL

2000
2001
2002
2003

**1. Claim: Failure to Promote Svensson to MD – 2000**
Promotions to MD announced in 2000 for 1999 performance

In the year 2000, 9 Portfolio Managers and Research Analysts were nominated for promotion to Managing Director – 6 males and 3 females, including Lisa Svensson. Svensson had earned a performance rating from her direct supervisor, Robert Swift, of 4.8 out of 5.0. She had experience as both a Research Analyst and a Portfolio Manager. Her Global Growth Fund was up 59.6% over the previous year, a performance that put her in the top quartile relative to her competitive universe. She had been a Senior Vice President for over two years. In addition to her duties as a PM, she was also deeply involved in recruiting and developing MBAs hired into International Growth Equity. According to Human Resources, she was "a 'model' for what an MBA manager should embody."

Discovery has shown that Svensson's performance rating was written down from 4.8 to 3.0 by Jack Morgan, an executive senior to Swift. She was one of 3 nominees not to receive promotion to MD, and the only one of the 3 with a manager rating exceeding 4.0.

The total number of MDs in the Investment Division was 42. Nine, or 21%, were female. An additional three males were hired from outside at the level of MD, and one male was promoted "off-cycle" after an appeal directly to Larry Lasser.

| Nominees | Manager Rating (as altered) | Nominators | Decision Maker(s) | Date Announced |
|---|---|---|---|---|
| [PRM 1786, 1793] | [PRM 1793] (5.0 = best) | [PRM 1786,1796] | [PRM 1972, 4031] | [PRM 1972] |
| **Male** | | | L. Lasser/IDMC ** | 4/12/2000 |
| 1 Boselli, John* | 4.0 | Carol McMullen | | |
| 2 Lindsey, Jeff | 5.0 | Jack Morgan | Brett Browchuk | |
| 3 Mufson, Michael | 5.0 | Daniel Miller | Carol McMullen | |
| 4 Smith, Leo | 4.0 | Steve Oristaglio | Ed D'Alelio | |
| 5 Weiss, Manny | 4.0 | Jack Morgan | Jack Morgan | |
| 6 Yogg, Michael* | 3.0 | Carol McMullen | Joe Cassaro | |
| | | | Justin Scott | |
| | | | Kathleen Collman | |
| **Female** | | | Steve Oristigalio | |
| 1 MacElwee Jones, Eliz. | 3.5 | Carol McMullen | | |
| 2 Svensson, Lisa* | 3.0 | Jack Morgan | Tim Ferguson | |
| 3 Thomsen, Rosemary | 4.0 | Steve Peacher | Tom Reilly | |
| | | | | |
| Paul Warren (off-cycle) [PRM 8657] | 5.0 | Justin Scott | L. Lasser [PRM 9514-9516] | 1/3/2000 |
| | | | | |
| Makino, Shigeki [PRM 8615] | | Outside Hire | P. Warren/L. Lasser | 8/28/2000 |
| Moore, Colin [PRM 8627] | | Outside Hire | D. Kuenster/L.Lasser | 6/5/2000 |
| Sorensen, Eric [PRM 8649] | | Outside Hire | B. Landes/L. Lasser | 8/29/2000 |

\* Not Promoted
\*\* Investment Division Management Committee (Tim Ferguson, Head of Investments, and his direct reports). F Larry Lasser.

3



# SVENSSON V PUTNAM ET AL

**Information relevant to the 2000 employment action:**

| Putnam Criteria (PRM 1334-1335): | Fact (PRM 1334-1335, unless otherwise noted): |
|---|---|
| Current role is such that it significantly impacts support or infrastructure areas. | ▪ Svensson was cited for her success in marketing, shepherding Putnam's investment reputation in Japan, successful implementation of the Global style base as reflected in her contribution to the team's top decile performance (PRM 326), and management of the MBAs. |
| Contributes to the company in roles outside his/her direct responsibility. | ▪ "She has hired and mentored many analysts at Putnam"<br>▪ "…she has contributed vocally at investment meetings…"<br>▪ "…she has made more money and sense than many other people…" |
| Recognized and admired by a broad cross-section of senior management as making an important contribution to the organizations' success outside his/her functional job responsibilities. | ▪ "…she ranks amongst the highest in the investment division for her experienced insight and devotion to making money for clients…"<br>▪ "Her wide and longstanding contribution to Putnam is recognized, by senior investment and marketing people." |
| 10 years in professional capacity. | ▪ "…13 year career…"<br>▪ "…one of the more experienced individuals at Putnam." |
| Perceived as "peer leader" | ▪ "Her reputation in the broking community and amongst the 'captains of industry' is exemplary."<br>▪ "She has enormous credibility in the investment industry, and is widely respected at Putnam for her knowledge, her focus on investment issues, and her willingness to help out." |
| Professional presence and credibility in his/her technical field | ▪ "She deserves the recognition and due to her investment and management abilities, ranks equally amongst those who already carry the title [of MD] at Putnam." |
| MD Nomination form used by decision makers in "roundtable" discussions (PRM 1793) | ▪ Svensson earned one of the highest performance scores in the nomination pool, but was not promoted.<br>▪ The score of 4.8 Svensson received from Robert Swift, her CIO, was changed to 3.0 by Jack Morgan, an executive senior to Robert Swift, for reasons that were never communicated to her. This 1.8 point reduction was 3 times as large as changes to other nominees' scores.<br>▪ Paul Warren received his promotion to MD off-cycle. He was promoted on 1/3/2000 by Larry Lasser. Three existing managing director positions were filled off-cycle by males from outside the firm.<br>▪ Putnam contends that Svensson received no votes for promotion. Since none of the decision-makers ever had responsibility for managing her, nor had significant exposure to her, it is reasonable to assume their decisions were substantially influenced by the altered performance score. |



# SVENSSON V PUTNAM ET AL

**Other Notable Facts**

- Jeff Lindsey [PRM 8612], Michael Mufson [PRM 8631], and Lisa Svensson [PRM 8654] had experience as both Analyst and PM.  Lindsey and Mufson were promoted.  Svensson was not.
- Jeff Lindsey [PRM 8612], Michael Mufson [PRM 8631], and Lisa Svensson [PRM 8654] were all nominated from the high-performing Growth Team.  Lindsey, Mufson, and Weiss were all promoted.  Svensson was not.
- Jeff Lindsey, Michael Mufson, and Lisa Svensson had the highest ratings in the promotion pool [PRM 1793].  Svensson's score was written down; Lindsey's and Mufson's were not.  They were promoted; Svensson was not.



# SVENSSON V PUTNAM ET AL

### 1. Claim: Failure to Promote Svensson to MD – 2001
Promotions to MD announced in 2001 for 2000 performance

It is not clear if Svensson was considered for MD during this cycle since no promotion pool was produced in discovery, only promotions. Seven promotions to MD were made, including 6 males and one female. When Svensson questioned Robert Swift about the process, he told her it was not a good year for her to be considered since she'd been out on maternity leave. His comment was "out of sight, out of mind." [Svensson Sixth Affidavit, ¶ 9]

John Boselli, one of the two males passed over the previous year, received his promotion this year with a manager rating of 3.7. Svensson's comparable manager rating was 4.0.

The total number of MDs in the Investment Division was 43. Six, or 14%, were female, representing a decline from the previous year. [Source: Paul White]

| Promotions | Manager Rating | Nominators | Decision Maker(s) | Date Announced | Female Representation of Invest. Div. MDs |
|---|---|---|---|---|---|
| [PRM 12676] | [Citations Below] (5.0 = best) | | [PRM 12594] | [PRM 12676] | [Source: Paul White] |
| **Male** | | | L. Lasser*/IDMC** | 5/10/2001 | 2000: 21% |
| 1  Boselli, John | 3.7 | | | | 2001: 14% |
| 2  Byrne, Josh | 5.0 | | Brett Browchuk | | |
| 3  Elavia, Tony | 4.0 | | Ed D'Alelio | | |
| 4  Gorman, Steve | 4.6 | | Tim Ferguson | | |
| 5  Mullin, Hugh | 4.0 | | Jerry Jacobs | | |
| 6  Sullivan, William | 4.0 | | Bill Landes | | |
| | | | Richard Liebovitch | | |
| **Female** | | | Steve Oristigalio | | |
| 1  Smith, Margaret | 3.5 | | Quintin Price | | |
| | | | Justin Scott | | |

> Nominees, nominators, and ratings never produced by the defendant in discovery. Names shown are successful promotions only.

  \*  "Lasser received a book. "I know the book existed for Larry, and it was ultimately the final book. [[30(b)(6) deposition, p. 88, ll. 12-13]
 \*\* Investment Division Management Committee (Tim Ferguson, Head of Investments, and his direct reports). Ferguson reported to Larry Lasser.

Manager Rating Citations

| | Begins at Bates No. | Ends at Bates No. |
|---|---|---|
| Boselli | 6163 | 6168 |
| Byrne | 6206 | 6212 |
| Elavia | 6489 | 6494 |
| Gorman | 6571 | 6576 |
| Mullin | 7377 | 7382 |
| Sullivan | 7797 | 7805 |
| Smith | 8463 | 8468 |



# SVENSSON V PUTNAM ET AL

**Information relevant to the 2001 employment action:**

| Putnam Criteria (PRM 1334-1335): | Fact (PRM 1567-1575) : |
|---|---|
| Current role is such that it significantly impacts support or infrastructure areas. | <ul><li>"She makes the analysts feel part of the whole process."</li><li>"Lisa is responsible for developing my group's MBAs and does a spectacular job."</li><li>"She also works hard to attract talent to Putnam, working with the major business school programs."</li></ul> |
| Contributes to the company in roles outside his/her direct responsibility. | <ul><li>"Lisa has contributed across a number of fronts; Equity Product Line Review, Business school recruiting from Columbia, management of MBAs…"</li><li>"She helped win the Global ex-Australia mandate by presenting several times to InTech, a notoriously tough consultant."</li></ul> |
| Recognized and admired by a broad cross-section of senior management as making an important contribution to the organizations' success outside his/her functional job responsibilities. | <ul><li>"Her skill and reputation in differentiating among stocks stands out in the peer reviews."</li></ul> |
| 10 years in professional capacity. | <ul><li>Qualified in the prior year's recommendation at PRM 1335.</li></ul> |
| Perceived as "peer leader" | <ul><li>"She cares about investing successfully and has inspired other people who share her drive and opinions."</li></ul> |
| Professional presence and credibility in his/her technical field | <ul><li>"Lisa is a key member of many Putnam Growth strategies, and is a pillar of the investment franchise."</li></ul> |

**Other Notable Facts**

- It is not clear whether Svensson was nominated for promotion in 2001. When she asked her manager, Robert Swift, who had nominated her the year before, whether she'd been in the 2001 promotion pool, he told her it was not a good year for her because **she'd been out on maternity leave** and because of that she was ***"out of sight, out of mind."*** [Svensson Sixth Affidavit, ¶ 9]
- Margaret Smith, the only woman of 7 promoted, was removed as Team Leader of Health Care within 3 weeks of her promotion (6/1/01). This was a reduction in responsibility. On 5/16/02, one year after her promotion, she was terminated involuntarily. [PRM 8648. 5729]
- The percentage of female MDs in the Investment Division declined from the previous year (from 21% to 14%). [Source: Paul White]
- When Svensson asked Oristaglio in the summer of 2001 why she was not promoted to MD, he said she lacked "that certain something." [Svensson Sixth Affidavit, ¶ 9] No definition of "that certain something" was ever provided.
- Oristaglio also said that Svensson had made progress on the issue of "volatility," and that "volatility in and of itself isn't a problem; In fact, I'm highly volatile and so is Larry Lasser, but you need to keep working on it, but you've made massive progress in this subject." [Svensson dep. Day One, P 112, ll. 21-24]. These two males were not therefore hindered by their volatility. Svensson's year end manager review did not mention volatility. [PRM 1567-1575]

7



# SVENSSON V PUTNAM ET AL

## 1. Claim: Failure to Promote Svensson to MD – 2002
Promotions to MD announced in 2002 for 2001 performance

The promotions to MD in 2002 resulted from yet another process. A promotion pool was developed [provided in discovery at PRM 1922-23], which contained 17 names, two of them female. Svensson was among them. An undocumented process reduced the pool of names to 11 names, all male[PRM 9703]. Svensson was excluded from the list of nominees. After the pool was narrowed to the 11 names, the Investment Division partners, all of whom were chosen by Lasser and only out of 21 was female, the "ordinally ranked" all of the male nominees [PRM 9694].

Six males were promoted. Michael Yogg, the second male passed over from the 2000 pool, was nominated, but not promoted [PRM 1793 and PRM 8663]. Svensson's manager rating for the year was 3.5 [PRM 263], the same score earned by Jim Prusko[PRM 7497], who was made an MD.

The total number of MDs in the Investment Division was 47. Six, or 13%, were female.

| Promotion Pool (Q201) | Nominees (1/23/02) | Manager Rating | Nominators | Decision Maker(s) | Date Announced | Female Representation of Invest. Div. MDs |
|---|---|---|---|---|---|---|
| [PRM 1922-23] | [PRM 9703] | (5.0 = best) | | [Putnam Exhibit 2] Rule 30(b)(6) dep. | Uknown | |
| **Male** | | | Not provided through discovery. | Lasser and 21 Partners*** | | 2000: 21% |
| 1 Block, Rich | Block, Rich | 4.5 | | | | 2001: 14% |
| 2 Bloemker, Rob | Bloemker, Rob | 4.0 | | Brett Browchuk | | 2002: 13% |
| 3 Dexter, Steve | | | | Kevin Cronin | | |
| 4 England, Richard | | | | Tim Ferguson | | |
| 5 Halperin, Matt | | | | Roland Gillis | | |
| 6 Hamlin, David | Hamlin, David | 5.0 | | Tom Haslett | | |
| 7 Kaufmann, Jeff * | Kaufmann, Jeff* | 4.0 | | Jerome Jacobs | | |
| 8 Knight, Jeff | Knight, Jeff | 4.0 | | Joe Joseph | | |
| 9 Malak, Saba* | Malak, Saba* | 4.0 | | Omid Kamshad | | |
| 10 Marrkand, Paul* | Marrkand, Paul* | 4.0 | | David L. King | | |
| 11 Matteis, Andy | Matteis, Andy | 4.5 | | Debby Kuenstner | | |
| 12 Oler, Steve" | Oler, Steve* | 4.0 | | Bill Landes | | |
| 13 Prusko, Jim | Prusko, Jim | 3.5 | | Richard Liebovitch | | |
| 14 Quistberg, Paul | | | | Dan Miller | | |
| 15 Wiess, Jim | | | | Steve Oristaglio | | |
| | Yogg, Michael* ** | 4.0 | | Brian O'Toole | | |
| **Female** | | | | Steve Peacher | | |
| 1 Allensmith, Lauren | | | | Justin Scott | | |
| 2 Svensson, Lisa | | | | Edward Shadek | | |
| | | | | Eric Sorensen | | |
| | | | | Paul Warren | | |
| | | | | Eric Wetlaufer | | |

Process to get from larger pool to nominee pool is unclear and undocumented.

\* Not Promoted
\*\* Michael Yogg was not included in the original promotion pool.
\*\*\* Investment Division Partners, all of whom were chosen by Lasser and only one of whom was female, "ordinally ranked" the nominees

Source for Manager Ratings: PRM 1922-23, PRM 7113, and PRM 8023

# SVENSSON V PUTNAM ET AL

**Timeline:** 2000, 2001, **2002**, 2003

**Information relevant to the 2002 employment action:**

| Putnam Criteria (PRM 12552-12553): | Fact (PRM 12552-12553. PRM 258-266): |
|---|---|
| Manages large numbers of people or complex processes | ▪ "She manages five analysts/MBAs/secondees and has made them into effective Putnam team players." |
| Holds senior level authority and decision making in his/her area | ▪ "Lisa is responsible for managing the Global Growth retail portfolio and leads a team of PMs drawn from US Large Cap growth and International growth." |
| Operates with a great deal of autonomy and little oversight | ▪ "She needs no oversight, having been in the industry for 15 years in a variety of roles, including a supervisory senior analyst position within Putnam." |
| Current role is such that it significantly impacts support or infrastructure areas. | ▪ "She is an active member of the Telecom KM team and is probably the participant with the most Telecom experience."<br>▪ "She has a strong record in mentoring investment professionals at Putnam and has successfully trained many present and former GER analysts." |
| Contributes to the company in roles outside his/her direct responsibility. | ▪ "Such is the success of [Svensson's mentoring] that the analysts are increasingly working within the GER organization… Their opinions are highly regarded by their GER colleagues." |
| Recognized and admired by a broad cross-section of senior management as making an important contribution to the organization's success outside his/her functional job responsibilities | ▪ "She has an excellent reputation inside the cadre of Putnam investment professionals, and within the industry." |
| 10 years in professional capacity. | ▪ Qualified in the 2000 MD Nomination recommendation at PRM 1335. |
| Established above average track record at Putnam | ▪ "For various reason the outstanding track record of 18 months ago has somewhat dissipated, but she has proved that she can manage money better than the best in the business, having produced outstanding 3 and 5 year numbers." |
| Perceived as "peer leader" | ▪ "What is outstanding is her desire to learn new investing tricks in the face of adverse performance. Many of these tricks are held up as 'best practice' within Putnam." |
| Professional presence and credibility in his/her technical field | ▪ "She has worked in the industry for 15 years and is a recognized expert on the telecoms and oil sectors." |

9



# SVENSSON V PUTNAM ET AL

**Other Notable Facts**

- Those who were promoted were all male [Putnam's Answers to Interrogatories, Response No. 9]. The only two women considered, including Svensson, were eliminated between the larger promotion pool and the list of nominees. The reason for the elimination has not been disclosed.
- Oristaglio may have removed Svensson from the nomination pool based on the note from HR representative Sherrie Holder-Watts [PRM 1897], dated January 2002, which stated that [Swift] should let Steve Oristaglio know in advance who [he] would nominate for MD in case Oristaglio "does not wish [him] to make [the nomination]." [PRM 1897].
- The percentage of female MDs in the Investment Division continued to decline.



# SVENSSON V PUTNAM ET AL

1. **Claim: Failure to Promote Svensson to MD – 2003**
   Promotions to MD announced in 2003 for 2002 performance

By 2003, the Growth Team had been reorganized. Svensson's fund had been reassigned to the all-male Global Core team, headed by Paul Warren [PRM 10463]. Paul Warren was named the new portfolio manager of the Global Growth fund, now renamed Global Equity [PRM 10476]. The remaining assets were left with the males from her original group, headed by Stephen Dexter. She and Kelly Morgan, the other female on the fund, were both demoted to Research, which was where Svensson had worked for the first three and a half years of her employment at Putnam. After asking to remain as a portfolio manager, she was assured by Stephen Oristaglio that she would be able to compete for any PM jobs that came available [LS-520].

Landes wrote in an e-mail dated February 24, 2003 to Tibbetts [PRM 14237] that he would be nominating Svensson "this year." After a long period of uncertainty that went on through the summer, a decision was made, at Larry Lasser's direction, and after May 6, 2003, not to make any promotions to MD [PRM 14438-14440 shows the September 4, 2003 result of the study of "Titles of Governance" requested by Lasser in a memorandum dated August 11, 2003 that was not produced in discovery]. This was despite that fact that Lasser had an affirmative duty to rectify the imbalance between male and female MDs that had developed over the prior three years. Having been passed over the three previous years, including 2000, the year of her best performance, Svensson was exposed to a process in 2003 that resulted in no promotions.

Michael Yogg, was also nominated and not promoted. Svensson was involuntarily terminated in September 2003. Michael Yogg was promoted to MD in 2004, where he remains today [PRM 8663].

The total number of MDs in the Investment Division was 41. Five, or 12%, were female.

| Nominees | Manager Rating | Nominators | Decision Maker(s) | Date Announced | Female Representation of Invest. Div. MDs |
|---|---|---|---|---|---|
| [PRM 1895, 14237] | Citations Below (5.0 = best) | [PRM 1895, 14237] | [PRM 14236, 14237] | [PRM 14512] | [Source: Paul White] |
| **Male** | | | Larry Lasser | 5/29/2003 | 2000: 21% |
| 1  Davis, Simon* | 5.0 | Justin Scott | | | 2001: 14% |
| 2  Dexter, Steve* | 4.0 | Justin Scott | ". . . now that the compensation process is slowing down we will be focusing on officer titles with Larry." | Announcement of all promotions except MDs | 2002: 13% |
| 3  Nance, Mike* | 4.5 | Justin Scott | | | 2003: 12% |
| 4  Marrkand, Paul* | 4.0 | Justin Scott | | | |
| 5  Wiess, Jim* | 5.0 | Justin Scott | | | |
| 6  Yogg, Michael* | 3.0 | Bill Landes | | | |
| 7  Malek, Saba* | 4.5 | Bill Landes | | No formal announcement on MDs | |
| 8  Sullivan, Roger* | 4.0 | Bill Landes | E-mail from Rick Tibbetts to Bill Landes, 2/24/2003 | | |
| 9  Bukovac, R.J.* | 4.5 | Bill Landes | | | |
| **Female** | | | | | |
| 1  Svensson, Lisa* | 3.5 | Bill Landes | | | |

\*   Not Promoted

# SVENSSON V PUTNAM ET AL

Manager Rating Citations

| | Begins at Bates No. | Ends at Bates No. | | Begins at Bates No. | Ends at Bates No. |
|---|---|---|---|---|---|
| Davis, Simon | 6344 | 6350 | Yogg, Michael | 7996 | 8002 |
| Dexter, Steve | 6419 | 6425 | Malek, Saba | 7030 | 7039 |
| Nance, Mike | 7389 | 7395 | Sullivan, Roger | 7783 | 7790 |
| Marrkand, Paul | 7102 | 7108 | Bukovac, R.J. | 6214 | 6222 |
| Wiess, Jim | 7974 | 7980 | Svensson, Lisa | 279 | 284 |

Timeline: 2000, 2001, 2002, **2003** (highlighted)



2000
2001
2002
2003

# SVENSSON V PUTNAM ET AL

**Information relevant to the 2003 employment action:**

| Putnam Criteria (PRM 12552-12553): | Fact (PRM 12552-12553. PRM 258-266): |
|---|---|
| **Position scope**: Oversees a significant segment of business, staff, and/or complex processes. Establishes operating policies for respective business unit, supporting Putnam's overall strategic objectives. Executive has senior level authority and decision making for area and operates with a high degree of autonomy. | ▪ "Lisa's many yeas of experience within the energy sector, experience as a portfolio manager, intelligence and drive provide her with a very strong equity analyst foundation." |
| **Position impact**: Recognized and respected by a broad cross-section of senior management as making contributions to the organization's success around his/her functional area. | ▪ "The team-oriented doctrine espoused by Lisa is critical to the cultural and professional development of GER." |
| **Visionary thinking**: Has a clear vision for the future of the business or organization; innovative ideas; maintains a long-term, big picture view. | |
| **Shaping strategy**: Develops and implements distinctive strategies to achieve competitive advantage | |
| **Empowering others**: Fosters excellence; nurtures commitment to business goals; provides people opportunity and latitude to grow | ▪ "To quote one of her 360 respondents, 'Lisa stands for the values that make Putnam different and special: focus on performance teamwork, openness to new ideas, and willingness to challenge respectfully.'" |
| **Inspiring trust**: Establishes open, candid relationships; treats all individuals with respect; fully maintains a high standard of integrity | ▪ "Builds strong working relationships with all colleagues in the company. Demonstrates respect for each person's contribution to the company." |

**Other Notable Facts**

- Females were declining as a percent of MDs at Putnam for the prior three years. Between 2000 and 2003, they had declined 44% (from 9 to 5). Meanwhile, males had risen from 33 in 2000 to 41 in 2003, an increase of 24%. [Source: Paul White]
- Lasser had an affirmative duty to remedy the discrimination that existed as a result of the prior years' promotion decisions. He made the decision not to promote Svensson or any women in 2003 [PRM 14236-37].