**Exhibit F**

**Compensation Claim Facts Part 1 of 2**

**SVENSSON V PUTNAM ET AL**

## Lisa Svensson vs. Male Comparators Sorted by Putnam Functional Titles - 2002

Svensson was demoted from Senior Portfolio Manager to Analyst in May, 2002. At the time, her qualifications, experience, and performance compared favorably with comparator males functioning as CIOs, Directors, and SPMs.



Svensson's years of investment experience placed her at a level between Director and CIO.



Her tenure at the firm placed her between CIO and SPM.



Her manager rating was the same as the average CIO who received a rating.



Yet, she was demoted to Analyst, a change that was reflected in her compensation for 2002.

Males included in the "91" comparators that were present on March 15, 2003.

**SVENSSON V PUTNAM ET AL**

## Lisa Svensson vs. Male Comparators Sorted by Putnam Functional Titles - 2002

Another way to view it is that after her demotion, Svensson was paid as the average male Analyst from her comparator group, but had almost twice the investment experience and Putnam tenure.









Svensson also has both a CFA and an MBA. 25% of male CIOs, 33% of male Directors, and 45% of male SPMs from the comparator group have both qualifications.

Males included in the "91" comparators that were present on March 15, 2003.