**Exhibit F**

**Compensation Claim Facts Part 2 of 2**

**Manager Ratings by Functional Title for 2002 Performance**
**Citations**

| Last Name | First Name | Officer Title | Functional Title | Manager Rating 2002 | Begins at Bates Number | Ends at Bates Number | PDPR Rating | Date Received | |
|---|---|---|---|---|---|---|---|---|---|
| Bogar | Mark | VP | Analyst | 4.0 | 6104 | 6110 | 4.0 | 2/15/2005 | |
| Bukovac | Ronald | SVP | Analyst | 4.5 | 6214 | 6222 | 4.5 | 3/12/2003 | PRM 6217 praises RJ for covering Allansmith's stocks while she was on maternity leave |
| Cervone | Richard | SVP | Analyst | 3.0 | 6258 | 6264 | 3.0 | 4/14/2003 | PRM 6261 says "his efforts to improve team work have been hurt by his temperament which is sometimes volatile." |
| DeChristopher | Brian | VP | Analyst | 2.5 | 6363 | 6371 | 2.5 | 4/14/2003 | PRM 6364 says one issue for Brian is "emotional volatility and anger" as it relates to his investment performance. It continues: "overall, Brian needs to control his emotions and volatility." |
| Malak | Saba | SVP | Analyst | 4.5 | 7030 | 7039 | 4.50 | 3/12/2003 | PRM 7035 rounds from 4.43 to 4.5 |
| Norchi | Terrence | SVP | Analyst | 3.5 | 7407 | 7415 | 3.50 | 3/12/2003 | PRM 7412 rounds down from 3.58 to 3.5 |
| O'Malley | Christopher | AVP | Analyst | 3.5 | 7463 | 7470 | 3.50 | | PRM 7468 rounds up from 3.3 to 3.5 |
| Yogg | Michael | SVP | Analyst | 3.0 | 7996 | 8002 | 3.00 | | PRM 7997: "Michael has had trouble adjusting to the people management side of his job…" This is the review for 2002, when Michael was repromoted to be and Associate Director of Research even after they had taken the leadership role away from him in 2000. |
| Miller | Daniel | MD | CIO, Co-Head Specialty Growth | not produced | | | | | |
| Wetlaufer | Eric | MD | CIO, Co-Head Specialty Growth | not produced | | | | | |
| Knight | Jeffrey | MD | CIO, GAA | 4.0 | 6892 | 6898 | 4.00 | 2/15/2005 | PRM 6893 refers in para 3 to Jeff's 2001 review, which was not produced |
| Scott | Justin | MD | CIO, Global Core | not produced | | | | | |
| Joseph | Joseph | MD | CIO, Global Core Small Cap | not produced | | | | | |
| Kamshad | Omid | MD | CIO, International Equities | not produced | | | | | |
| Shadek | Edward | MD | CIO, Small Cap Value | 3.0 | 7647 | 7652 | 3.00 | 2/16/2005 | PRM 7650 rounds up to 3.0 from 2.9 |
| Warren | Paul | MD | CIO, US and Global Core | not produced | | | | | |
| Morris | Dirk | MD | Director of Currency | 3.5 | 7331 | 7336 | 3.50 | 2/15/2005 | |
| Weiss | Manuel | MD | Director, Core Growth Institutional | 3.5 | 7862 | 7867 | 3.50 | | PRM 7865 rounds down from 3.6 to 3.5 |
| Block | Richard | MD | Director, Derivatives Trading | 4.5 | 6080 | 6087 | 4.5 | | |
| Smith | Leo | MD | Director, Equity Trading | not produced | | | | | |
| Sullivan | William | MD | Director, Global Syndicate/FI Trading | 4.0 | 7783 | 7790 | 4.00 | 2/15/2005 | PRM 7788 rounds down from 4.07 to 4.0 |
| Elavia | Tony | MD | Director, Quantitative Equity Research | 4.5 | 6495 | 6501 | 4.50 | 2/15/2005 | PRM 6499 shows the 2002 score was rounded up from 4.31 to 4.5 |
| Gillis | Roland | MD | Director, Specialty Growth | 3.5 | 6652 | 6657 | 3.50 | 3/12/2003 | PRM 6653 says that Roland's "mixed" performance led to a 3 rating on investment process for 2002 |
| Mufson | Michael | MD | Director, Specialty Growth | 3.5 | 7359 | 7364 | 3.50 | | PRM 7362 rounds down from 3.58 to 3.5 |
| Hamlin | David | MD | Director, Tax Exempt, Investment Grade | 3.0 | 6752 | 6759 | 3.00 | 3/12/2003 | PRM 6754 states: "Sue McCormack's exceptional development is partially due to David's inspirational coaching." |
| Divney | Kevin | SVP | PM | 4.5 | 6432 | 6437 | 4.5 | 3/12/2006 | |
| Eigerman | Nathan | SVP | PM | 3.5 | 6462 | 6467 | 3.50 | 3/13/2003 | PRM 6465 shows 3.5 score for 2002 that was rounded up from 3.375 |
| Graham | Andrew | SVP | PM | 2.5 | 6689 | 6695 | 2.50 | 3/12/2003 | |
| Lannum | Coleman | SVP | PM | 3.5 | 6910 | 6917 | 3.50 | 1/6/2005 | PRM 6916 shows the final 2002 score was rounded down from 3.68 to 3.5 |
| Lode | Geirulv | SVP | PM | 4.0 | 7001 | 7007 | 4.00 | 4/14/2003 | |
| Miller | Christopher | SVP | PM | 3.5 | 7214 | 7219 | 3.50 | | PRM 7217 rounds down from 3.63 to 3.5 |
| Scanlon | Paul | SVP | PM | 4.0 | 7565 | 7572 | 4.00 | | |
| Byrne | Joshua | MD | SPM | 4.5 | 6192 | 6198 | 4.5 | 3/12/2003 | PRM 6196 rounds the score down from 4.7 to 4.5 |
| Clark | Dana | SVP | SPM | 3.5 | 6319 | 6324 | 3.5 | 3/12/2003 | |
| Davis | Simon | SVP | SPM | 5.0 | 6344 | 6350 | 5.0 | 3/13/2003 | PRM 6348 rounds score up from 4.8 to 5.0 |
| Dexter | Stephen | SVP | SPM | 4.0 | 6419 | 6425 | 4.0 | 3/12/2003 | PRM 6423 rounds 2002 score down from 4.2 to 4.0 |
| England | Richard | SVP | SPM | 3.5 | 6538 | 6544 | 3.50 | 4/14/2003 | |
| Geer | Bart | SVP | SPM | 4.1 | 6563 | 6568 | 5.00 | 2/16/2005 | PRM 6566 rounds 2002 score up from 4.86 |
| Hadden | Peter | SVP | SPM | 3.0 | 6739 | 6744 | 3.00 | 3/12/2003 | |
| King | David L. | MD | SPM | 4.0 | 6873 | 6878 | 4.00 | 2/16/2005 | PRM 6876: "As a new Partner, Dave had made a number of thoughtful contributions that have been remarked upon by Partners inside and outside of the Investment Division." PRM 6876 rounds 2002 up to 4 from 3.9. |
| Makino | Shigeki | MD | SPM | 4.5 | 7061 | 7067 | 4.50 | 4/14/2003 | PRM 7065 rounds 2002 score up from 4.45 to 4.5 |
| Marrkand | Paul | SVP | SPM | 4.0 | 7102 | 7108 | 4.00 | 3/12/2003 | PRM 7106 rounds up from 3.9 to 4 |
| Melhuish | Nicholas | SVP | SPM | not produced | | | | | |
| Moore | Gerald | SVP | SPM | 3.0 | 7295 | 7301 | 3.00 | 2/15/2005 | |
| Mullin | Hugh | MD | SPM | 3.0 | 7371 | 7376 | 3.00 | 2/16/2005 | PRM 7374 rounds up from 2.93 to 3.0 |
| Nance | Michael | SVP | SPM | 4.5 | 7389 | 7395 | 4.50 | 4/14/2003 | |
| Oler | Stephen | SVP | SPM | 3.5 | 7450 | 7456 | 3.50 | 3/12/2003 | PRM 7454 rounds up from 3.375 to 3.5 |
| Prusko | James | MD | SPM | 3.8 | 7500 | 7505 | 3.75 | | |
| Santos | David | SVP | SPM | 3.5 | 7514 | 7518 | 3.50 | | PRM 7516 rounds down fron 3.63 to 3.5 |
| Sellitto | Anthony | SVP | SPM | 3.0 | 7612 | 7617 | 3.00 | | PRM 7615 rounds down to 3.0 from 3.14 |
| Stairs | George | SVP | SPM | 4.0 | 7755 | 7761 | 4.00 | 3/12/2003 | PRM 7759 rounds down from 4.1 to 4.0 |
| Wiess | James | SVP | SPM | 5.0 | 7974 | 7980 | 5.00 | | PRM 7978 rounds up from 4.75 to 5.0 |
| Matteis | Andrew | MD | Team Leader, Tax Exempt Credit Research | 4.0 | 7171 | 7176 | 4.00 | 2/15/2005 | PRM 7174: Can't tell what the final score was. 3.5 is the typed score, but that is crossed out by hand with a handwritten 4 below it. Also, the 30(b)(6) Exhibit 3 states that there is no score or review for Matteis for 2002 |
| Gorman | Stephen | MD | Associate Director, GER | 3.8 | 6577 | 6583 | 3.75 | 2/15/2005 | PRM 6578 states: "The Lisa/Jim and the Balter problems caused him more angst than needed." |
| Gerber | David | VP | Portfolio Construction Specialist | 3.5 | 6622 | 6628 | 3.50 | 3/12/2003 | PRM 6626 rounds the final score for 2002 down from 3.75 to 3.5 |
| Sorensen | Eric | MD | Head, Global Investment Research GAA & Currency | 4.5 | 7695 | 7701 | 4.50 | | PRM 7699 crosses out the typed 4.25 by hand and writes in 4.5. Exh 3 to the 30(b)(6) confirms that the score was changed to 4.5 |
| Bloemker | Robert | MD | Mortgage Specialist | 3.7 | 6094 | 6100 | 3.7 | 2/15/2005 | PRM 6096 says that "one of the goals from last year was effectively integrating Check into the group, that did not happen as he left the firm" |