**Exhibit G**

**Failure to Promote to PM Claim Facts**

**SVENSSON V PUTNAM ET AL**

**Failure to Promote to PM Claim Facts: Portfolio manager Positions Available Between May 6, 2003 and September 15, 2003 for Which Svensson Was Qualified**

| # | Date Position Came Open | Name of PM Vacating Position | Fund Where Job Was Open | Source | Replaced in SEC Filings By: | Date Position Filled | Source | For Replacement PM: | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Years of Investment Experience as of 2003* | Putnam Tenure as of 2003** | 2002 Manager Rating | 2003 Compensation |
| 1 | 8/14/2002 [PRM 8651] | Michael Stack | Voyager (fund was subsequently moved to Large Cap Growth team) | SEC Form 497 Prospectus Supplement 5/19/2003 | James Yu | 5/19/2003 | SEC Form 497 Prospectus Supplement 5/19/2003 | Part of "344;" not part of "91" | Part of "344;" not part of "91" | Part of "344;" not part of "91" | Part of "344;" not part of "91" |
| 2 | 8/31/2002 [PRM 8612] | Jeff Lindsey | Growth Opportunities | SEC Form 485BPOS Prospectus 11/27/2002 | Walton Pearson | 6/30/2003 | SEC Form 497 Prospectus Supplement 6/30/2003 | Part of "344;" not part of "91" | Part of "344;" not part of "91" | Part of "344;" not part of "91" | Part of "344;" not part of "91" |
| 3 | 6/27/2003 | NicholasMelhuish | Europe Growth | SEC Form N-CSR Annual Report to Shareholders 6/30/2003 | Open as of 9/15/2003 | Open as of 9/15/2003 | | | | | |
| 4 | 6/30/2003 | Dana Clark | Vista | SEC Form 497 Prospectus Supplement 6/30/2003 | Kevin Divney | 6/30/2003 | SEC Form 497 Prospectus Supplement 6/30/2003 | 16 | 3 | 5.0 ** | $2,225,053 |
| 5 | 6/30/2003 | Margery Parker | Vista | SEC Form 497 Prospectus Supplement 6/30/2003 | Paul Marrkand | 6/30/2003 | SEC Form 497 Prospectus Statement 6/30/2003 | 13 | 16 | 4.0 | $2,200,041 |
| 6 | 6/30/2003 | Michael Mufson | OTC & Emerging Growth | SEC form 497 Prospectus Supplement 6/30/2003 | Daniel Miller | 6/30/2003 | SEC Form 497 Prospectus Statement 6/30/2003 | 20 | 20 | not produced in discovery | $2,750,029 |
| | | | | | **Svensson** | | | **16** | **9** | **3.5*** | **$655,000** |

\* Source is resumes posted at Putnam's website, www.putnam.com

\*\* From Human Resources Update (9/19/2003): "Gina Szymanski, Quant Analyst working in Mid-Cap Growth came to Human Resources complaining of an uncomfortable work situation with Kevin Divney, which seems to be a combination of work product, style and potential ER issue...Sherrie and Mary are working on this together to come up with an appropriate resolution." [PRM8890]

\*\*\* From Manager Review (2002): "Lisa's many years of experience within the energy sector, experience as a portfolio manager, intelligence and drive provide her with a very strong equity analyst foundation…Generally, Lisa deserves high marks for her team orientation. To quote one of her 360 respondents, 'Lisa stands for the values that make Putnam different and special: focus on performance, teamwork, openness to new ideas, and willingness to challenge respectfully.' She manages the three materials analysts in an attentive, team oriented fashion." [PRM 280-281]