**Exhibit H**

**Affirmative Duty Claim Facts**

# Putnam Investments
## Investment Division by Gender (2000 - 2002)

### Total Officers

**Year 2000**

201 Males
 49 Females
250 Total

4.1 males for every 1 female.

**80%** Males    **20%** Females

Source: Analysis of Investment Division Workforce at Putnam Investments, 1998-2003 by Paul F. White, PhD., ERS Group, Washington, D.C.

# Putnam Investments
## Investment Division by Gender (2000 - 2002)

### Total Officers

**Between 2000 and 2002, the number of male officers increased while the number of female officers declined.**

**Year 2002**

236 Males
38 Females
―――――
274 Total

6.2 males for every 1 female.

+ 35 Males

− 11 Females

86% Males    14% Females

Source: Analysis of Investment Division Workforce at Putnam Investments, 1998-2003 by Paul F. White, PhD., ERS Group, Washington, D.C.

# Putnam Investments
## Investment Division by Gender (2000 - 2002)

**Managing Directors**

**Year 2000**

33   Males
 9   Females
42   Total MDs

3.7 males for every 1 female

**79% Males**   **21% Females**

Source: Analysis of Investment Division Workforce at Putnam Investments, 1998-2003 by Paul F. White, PhD., ERS Group, Washington, D.C.

# Putnam Investments
## Investment Division by Gender (2000 - 2002)

### Managing Directors

**Between 2000 and 2002, the number of male MDs increased while the number of female MDs declined.**



**Year 2002**

41 Males
 6 Females
47 Total MDs

6.8 males for every 1 female

2 of the 3 females were fired. A 4th was fired on Jan. 16, 2003.

+ 8 Males

- 3 Females

87% Males    13% Females

Source: Analysis of Investment Division Workforce at Putnam Investments, 1998-2003 by Paul F. White, PhD., ERS Group, Washington, D.C.