**Exhibit I**

**Brooks v.
Svensson
Comparison**

**Comparison of Svensson's Qualifications to Replacement Brooks' for Portfolio and Team Management (August 2003)**

| Svensson Responsibilities Before Demotion | |
|---|---|
| 30% Portfolio Management | |
| 30% Team Management | Svensson Replaced by Joshua Brooks |
| 10% Knowledge Management | |
| 30% Covering Stocks | |

| Skill/Experience | Brooks | Svensson | Sources |
|---|---|---|---|
| **Portfolio Management:  Global Natural Resources Trust (30%)** | | | |
| Undergraduate Degree | B.A. | B.S. Petroluem Engineering | Brooks:  Brooks dep., p. 25, ll. 18-22<br>Svensson:  Svenson resume |
| Undergraduate School | Yale University | Texas A&M University | |
| Graduate Degree | MBA | MBA | Brooks:  Brooks dep., p. 25, ll. 22-24<br>Svensson:  Svensson resume |
| Graduate School | London Business School | Cornell University | |
| Chartered Financial Analyst | No | Yes | Both:  CFA Institute website members directory, www.cfainstitute.org |
| Years of Investment Experience | 12 | 16 | Brooks:  Brooks dep., p. 14, l. 18 and p. 25, ll. 18-22<br>Svensson:  Svensson resume |
| Years of Dedicated Energy Investment Experience | ? | 11 | Svensson:  Svensson resume |
| Years of Experience as an Analyst | 5 or 6 | 12 | Brooks:  Brooks dep., p. 16, ll. 3-6<br>Svensson:  Svensson resume |
| Years of international investing experience | 4 | 6 | Brooks:  Brooks dep., p. 16, ll. 11-13, and p. 15, ll. 23 through p. 16, l. 1<br>Svensson:  Svensson resume |
| Alpha per recommendation in Energy stocks | na | Top quartile 2002<br>Number one in 2003 | Svensson:  Putnam's Appendix to its Motion for Summary Judgment, A.9., PRM 9540,  and performance attribution sheet at LS 501 titled "Svensson, Lisa Period from:  12/31/02 To: 08/29/03" |
| Oil and Gas Industry Experience | none | Worked in several engineering capacities for Conoco, Mobil, Halliburton and Transco, including work in the oilfield | |
| **Team Management:  Energy and Materials Team Management (30%)** | | | |
| Years of experience managing people | 3 | 8 | Brooks:  Brooks dep., p. 15 l. 23 through p. 16, l. 3<br>Svensson:  Svensson resume |
| Years of Putnam experience as a manager of people | 5 months | 8 | Brooks:  Brooks dep., p. 133, ll. 22-23<br>Svensson:  Svensson resume |
| Years of experience writing Putnam performance reviews, providing feedback and direction | none | 8 | Brooks:  Brooks thought that giving formal, written reviews was "bureaucratic" (McNamee dep., P 97 l. 22 through P 98 l. 11)<br>Svensson:  Svensson resume |
| Positive feedback on management capabilities | unknown | Considered by HR to be "a model for what an MBA manager should embody" | Svensson:  Note in Svensson personnel file from HR representative Kim Nauen at PRM 322 |