**Exhibit J**

**Growth Fund Performance Facts**

# Putnam Investments
### Performance of Growth Funds Among All Funds in 2001
### 1-Year, as of 11/30/01



Involuntary Transfer Claim: All portfolio managers on the Putnam Growth Team had poor performance in 2001 as the market for growth stocks imploded.

**PERFORMANCE QUARTILE (All Funds)**

| Quartile | Investors | Growth Opportunities | New Opportunities | Vista | OTC & Emerging Growth | Voyager II (renamed Discovery Growth) | Global Growth (renamed Global Equity) | International New Opportunities |
|---|---|---|---|---|---|---|---|---|
| 1st | | | | | | | | |
| 2nd | | | | | | | | |
| 3rd | | | | | | | | |
| 4th | 88% Beth Cotner, Manny Weiss, Richard England | 95% Jeff Lindsey, Richard England | 93% Dan Miller, Jeff Lindsey, Rick Weed | 94% Eric Wetlaufer, Margery Parker, Dana Clark, Kenneth Doerr | 99% Steve Kirson, Michael Mufson | 93% Roland Gillis, Jeffrey Lindsey | 93% Robert Swift, Kelly Morgan, Lisa Svensson, Manny Weiss, Stephen Dexter | 93% Robert Swift, Stephen Dexter, Pater Hadden |

**FUND**

### Comments From 2001 Management Reviews

**Richard England:** Although Richard had portfolios that did poorly, he was again a "highly valued member of the Large Cap Growth team." [PRM 6554]

**Jeff Lindsey:** "Growth Opportunities has lagged its benchmark this year by 1100 basis points. The fund falls into the fourth quartile on the competitive lists this year. The long term records have also been adversely impacted." [PRM 6983]

**Margery Parker:** "Tough year performance-wise." [PRM 8360]; "Excellent teamwork this year…good mentoring of younger analysts…" [PRM 8361]

**Dana Clark:** "2001 was a very tough year. You worked hard, but didn't prove as independent and critical of the work of others and of companies earnings durability as you could have…" [PRM 6332]

**Michael Mufson:** "Our initial investments in private equities have been poor, however, the investment process behind it has improved substantially during the year." [PRM 7338]

**Roland Gillis:** "Unfortunately, 2001 was another bad year for [Specialty Growth] and Roland in performance." [PRM 6671]

**Kelly Morgan:** "Kelly did tolerably in 2001 with performance in the growth accounts that lagged the benchmark by six hundred basis points." [PRM 8336]

**Lisa Svensson:** "Lisa made the transition in 2002 to a truly accomplished portfolio manager, using a combination of diverse models, and judgement. Lisa did tolerably in 2001 with performance in the growth accounts that lagged the benchmark by six hundred basis points." [PRM 259]

**Stephen Dexter:** "Steve did creditably in 2001 with performance in the aggressive growth accounts that lagged the benchmarks by a couple of hundred basis points." [PRM 6401]

**Peter Hadden:** "Peter flourished during 2001 and is now an accomplished portfolio manager." [PRM 6725]

**Anthony Sellitto:** "Performance for the USGrowth portfolios have significantly lagged their benchmarks this year (1000+basis points). The results for the longer term have also been impacted. The portfolios rank in the bottom quartiles of their Lipper institutional categories." [PRM 7619]; "...Tino sometimes takes action in the portfolio without communicating with the rest of the team. Team members find this disruptive." [PRM 7619]

Source: Morningstar