**Exhibit K**

**Demotion Claim Facts**

# Putnam Investments

## Growth Team After Reorganization (April 2002)

| CHANGES | |
|---|---|
| Beth Cotner | Assigned to "transition" position with $0 bonus. Terminated involuntarily and left the firm on Jan 16, 2003 [PRM 5729]. |
| Margery Parker | Does not appear on reorganization plan. Received $0 bonus for 2002 [PRM 5737] and was terminated involuntarily on Mar 8, 2003 [PRM 5729] |
| Kelly Morgan | Transferred to full-time GER on April 16,2002 [PRM 8629] |
| Lisa Svensson | Demoted to Analyst on May 16, 2002 [PRM 8654] |
| David Santos | Received a compensation guarantee of $750k [PRM 14245] |
| Richard England | Took PM position with US Core team on Mar 16, 2002 [PRM 8591] |
| Manny Weiss | Took PM position with US Core team on Mar 16, 2002 [PRM 8658]. Received a compensation guarantee of $910k to move [PRM 14245] |
| Steve Kirson | Shown as PM before the reorganization. Does not appear after. Part of the "344"; not part of the "91" |
| Craig Lewis | Shown as SVP, Analyst prior to reorganization [PRM 2728]. Shown in Kirson's position after. Part of the "344"; not part of the "91" |
| Robert Swift | Terminated on Mar 30, 2002 [PRM 8655] |
| Steve Dexter | Promotions: Oct 2, 2002: to Director; Aug 1, 2003: to CIO; April 1, 2004: to MD [PRM 8586] |

**After the reorganization, all females were either demoted, terminated, or transitioning off the team.**

* Shared resource between Large Cap and Global Growth

Male Female

**Source:** PRM 14125, 2727, 2728, 2729 unless otherwise noted.



