**Exhibit A - Part 1 of 8**

**Brooks dep. excerpt(s)**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NUMBER: 04-CV-12711(PBS)

LISA SVENSSON,

    Plaintiff,
VS.

PUTNAM INVESTMENTS LLC,
f/k/a PUTNAM INVESTMENTS,
INC, and LAWRENCE J. LASSER

    Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF

JOSHUA HUNTINGTON BROOKS

November 17, 2005
11:44 a.m.

Barron & Stadfeld, P.C.

100 Cambridge Street

Boston, Massachusetts

Amanda Stevens, Notary Public and

Professional Shorthand Reporter within and

for the Commonwealth of Massachusetts

Joshua Brooks                                                    November 17, 2005

Page 2

```
 1              APPEARANCES:
 2   .
 3   ON BEHALF OF PLAINTIFF:
 4   JOHN K. WEIR, ESQ.
 5     John K. Weir Law Offices
 6     300 Park Avenue, Suite 1700
 7     New York, New York 10022
 8     212.572.6374
 9     johnkweir47@AOL.com
10   .
11   ON BEHALF OF PUTNAM INVESTMENTS, LLC
12   JOSEPH L. KOCIUBES, ESQ.
13   LOUIS A. RODRIGUES, ESQ.
14     Bingham McCutchen LLP
15     150 Federal Street
16     Boston, Massachusetts 02110
17     617.951.8337
18     joe.kociubes@bingham.com
19     louis.rodrigues@bingham.com
20   .
21   .
22   .
23   .
24   .
```

Page 4

```
 1         EXAMINATION INDEX OF
 2         JOSHUA HUNTINGTON BROOKS
 3         NOVEMBER 17, 2005
 4   .
 5   EXAMINATION OF                    PAGE
 6   .
 7   JOSHUA HUNTINGTON BROOKS:
 8   EXAMINATION BY MR. WEIR             5
 9   .
10   .
11   .
12   .
13   .
14   .
15   .
16   .
17   .
18   .
19   .
20   .
21   .
22   .
23   .
24   .
```

Page 3

```
 1         APPEARANCES CONTINUED:
 2   .
 3   ON BEHALF OF PUTNAM INVESTMENTS, LLC
 4   CHRISTOPHER S. FORTIER, ESQ.
 5     PUTNAM INVESTMENTS
 6     One Post Office Square
 7     Boston, Massachusetts 02109
 8     617.760.4613
 9     christopher_fortier@putnam.com
10   .
11   ON BEHALF OF LAWRENCE LASSER:
12   CARRIE CAMPION, ESQ.
13     Nixon Peabody LLP
14     100 Summer Street
15     Boston, Massachusetts 02110
16     617.345.1000
17     ccampion@nixonpeabody.com
18   .
19   .
20   .
21   .
22   .
23   .
24   .
```

Page 5

```
 1   DEPOSITION OF JOSHUA HUNTINGTON BROOKS
 2         NOVEMBER 17, 2005
 3         PROCEEDINGS:
 4     JOSHUA HUNTINGTON BROOKS, the
 5   deponent, having been satisfactorily
 6   identified and duly sworn, by the Notary
 7   Public, was examined and testified as
 8   follows:
 9         EXAMINATION
10         BY MR. WEIR:
11     Q.  Could you state your full name for
12   the record, sir?
13     A.  Joshua Huntington Brooks.
14     Q.  And your present residence address?
15     A.  Five Arlington Street, Apartment 7,
16   Boston, Mass. 02116.
17     Q.  And for what period of time have
18   you resided at that location?
19     A.  Since August of 2003.
20     Q.  And do you reside with anyone?
21     A.  My wife.
22     Q.  And for how long have you been
23   married?
24     A.  For just about a year.
```

Page 14

1  pool for the partners?
2      A.  It was collapsed into a single
3  bonus pool for the entire company.
4      Q.  Who negotiated with you when you
5  were considering coming to Putnam?
6      A.  Several people, so if you don't
7  mind, if you could be more specific in
8  terms of what part.
9      Q.  Let's back up then.  Prior to
10 Putnam, were you employed?
11     A.  Yeah.
12     Q.  By whom?
13     A.  Delaware Investments.
14     Q.  For what period time were you
15 employed by Delaware Investments?
16     A.  Approximately 13 years.
17     Q.  So from roughly --
18     A.  Roughly 1990 to 2003.
19     Q.  And at the time you joined Delaware
20 Investments, in what capacity did you
21 join?
22     A.  I joined as an analyst.
23     Q.  Did you later receive a promotion?
24     A.  Yes.

Page 15

1      Q.  To what?
2      A.  Ultimately, my title was Chief
3  Investment Officer Value Investment.
4      Q.  Were there steps along the way?
5      A.  Yes.
6      Q.  What were the steps?  Take us
7  through those steps.
8      A.  The first step was to -- sorry.
9  Delaware Investments is based in
10 Philadelphia.  That's where I joined the
11 company.  The first step was to move from
12 Philadelphia to London and join their
13 subsidiary, Delaware International
14 Advisors, which had a different title
15 structure.
16     Q.  Okay.
17     A.  The title structure in that company
18 was assistant portfolio manager, portfolio
19 manager, senior portfolio manager.  As
20 such, I started as an assistant portfolio
21 manager and graduated through those levels
22 to senior portfolio manager, at which
23 point -- or after a little while, I moved
24 back to Philadelphia in 2000 and became

Page 16

1  chief investment officer of value investing
2  in the firm's Philadelphia office.
3      Q.  How long did it take you to get
4  from analyst to assistant portfolio
5  manager?
6      A.  I'd say five years, six years.
7  Although I would clarify that the main
8  difference between analyst and assistant
9  portfolio manager was simply one
10 organization to the other, it wasn't -- it
11 wasn't -- I arrived in London, had a new
12 business card that said Delaware
13 International Advisors Limited and it said
14 Assistant Portfolio Manager.
15     Q.  So you continued to perform an
16 analyst's responsibilities; is that what
17 you are saying?
18     A.  Yes.
19     Q.  And then, when did you become a
20 portfolio manager?
21     A.  I don't remember, but hypo -- not
22 hypothetically, but let's say broad brush,
23 three years later.
24     Q.  When you became a portfolio

Page 17

1  manager, did your duties and
2  responsibilities change at that time?
3      A.  No.
4      Q.  You continued to perform the
5  functions of an analyst?
6      A.  Yeah.  Although, in that -- I
7  should say -- and forgive me for being
8  technical -- in that investment process,
9  the distinction between analyst and
10 portfolio manager didn't exist, so -- the
11 way stocks were owned in portfolios was
12 through an analytical process and we all
13 worked as a team.  So to draw a
14 distinction between analyst and portfolio
15 manager in the way you might in some other
16 organizations isn't relevant to that one.
17     Q.  Is the same true when you became a
18 senior portfolio manager?
19     A.  Yes.
20     Q.  What occasioned your considering
21 leaving Delaware Management to go to
22 Putnam?
23     A.  I guess I would say a few things
24 simultaneously.  One, my position at

Page 22

1  Q. Who were the two other people?
2  A. Larry Lasser and Steve Oristaglio.
3  Q. When did these conversation take
4  place with Mr. Haldeman, what period of
5  time?
6       MR. KOCIUBES: By "these,"
7  you mean all of them or the particular
8  ones about coming to Putnam?
9       BY MR. WEIR:
10 Q. The particular ones about coming to
11 Putnam, about the opportunities at Putnam.
12 A. I would say the first, let's say,
13 serious conversation about that possibility
14 took place in the fall of 2002. The
15 exact date, I can't recall.
16 Q. I gather from your earlier
17 testimony, it was sometime shortly after
18 Mr. Haldeman had himself joined Putnam.
19 A. I believe yes.
20 Q. Backing up to your situation at
21 Delaware, was Delaware at that time in a
22 cost-cutting mode?
23 A. No.
24 Q. Were they involved in any

Page 23

1  reductions in personnel?
2  A. No.
3  Q. Had any reductions in personnel
4  occurred during the period of time that
5  you were at Delaware?
6  A. Not due to cost pressure, but there
7  had been changes in staff certainly.
8  Q. And I'm not sure I took you all
9  the way through your career at Delaware.
10 Was there a time when you came back from
11 this London position as senior portfolio
12 manager and came back to Philadelphia?
13 A. Yeah, I came back to Philadelphia
14 and that's where I become chief investment
15 officer for value investing. That was a
16 Philadelphia-based job.
17 Q. When did that occur?
18 A. In March of 2000.
19 Q. After you came back to Philadelphia
20 as chief investment officer of value
21 investing, were you involved in
22 terminations or involuntary departures of
23 personnel?
24 A. Yes.

Page 24

1  Q. Do you recall how many?
2  A. One comes immediately to mind.
3  Q. This was someone on your -- under
4  your supervision?
5  A. Yes.
6  Q. And who that was, sir?
7  A. It was portfolio manager on the
8  value team.
9  Q. Do you remember the name?
10 A. Sure. Chris Hilldol.
11 Q. Other than that one, had you,
12 during the time you were at Delaware, been
13 involved in terminations of personnel?
14 A. Directly responsible for, no, not
15 that I can remember.
16 Q. Or that you had some involvement in
17 the decision-making process.
18 A. Yeah, involvement in the
19 decision-making process. I can't think of
20 a specific instance, but I'm sure that I
21 did.
22 Q. During the time that you were at
23 Delaware, did you receive any training in
24 the process of how to go about terminating

Page 25

1  personnel?
2  A. Training would be an overstatement,
3  but I had discussions with -- relative to
4  Mr. Hilldol, discussions with our human
5  resource department at Delaware.
6  Q. Had you been employed at all prior
7  to Delaware?
8  A. No. Well, Delaware was my first
9  job out of undergraduate university. I
10 had certainly held jobs along the way, but
11 nothing of professional note.
12 Q. Can you briefly describe your
13 educational background?
14 A. Sure. To what extent?
15 Q. Including -- Starting with
16 undergraduate to whether you have any
17 graduate degrees.
18 A. Sure. I went to Yale University
19 for undergraduate. I have a bachelor of
20 arts and --
21 Q. What year?
22 A. -- I have an MBA -- Sorry, 1991.
23 And I have an MBA from the University of
24 London, London Business School.

Page 130

1  at the outset, with respect to the awards
2  prior to 2005, who made the determination
3  as to whether you would or would not
4  receive stock or stock options?
5     A.  Sure.  Anything prior to 2005,
6  which is to say 2004, was paid -- that
7  was paid as a portion of my bonus.  At
8  that point, Steve Oristaglio was the head
9  of the investment division.  Ed Haldeman
10 was the CEO of the firm.  Mike Trakasky
11 (phonetic) had CEO of MMC, et cetera.  And
12 so to say awarded, I was given a bonus
13 that was larger than the original
14 guarantee I had been given, given that I
15 was at that point still under my guarantee
16 and received a little but more than that
17 guarantee, and that came in the form of
18 stock.
19    Q.  So then prior to 2005, you hadn't
20 received any stock or stock option awards
21 that were not part of your guarantee.
22    A.  That were not part of the bonus,
23 because my guarantee was for a base salary
24 and any cash bonus, and then I received a

Page 131

1  little bit extra that was in the form of
2  stock.  That was not guaranteed, that
3  was...
4     Q.  I see.  And what was the amount of
5  that little bit extra?
6     A.  I don't know, but let's say in the
7  zone of a couple of hundred thousand
8  dollars in 2004, and more than that in
9  2005, more like $750,000 in 2005.  Not all
10 of that that 750 was in stock, though.
11    Q.  How about in 2003?
12    A.  No, I didn't receive -- I joined
13 Putnam after bonuses were paid in 2003.
14    Q.  Okay.  Do you recall having any
15 discussions with Lisa Svensson in which
16 you expressed the view that she had really
17 knocked around a lot in the industry?
18    A.  No.
19    Q.  Do you recall have discussions with
20 Lisa Svensson concerning the possibility of
21 her being promoted to managing director?
22    A.  Yes.
23    Q.  When did you have those discussions
24 in the context to your arrival at Putnam?

Page 132

1     A.  I don't remember specifically, but
2  certainly within the first couple of
3  months of my arrival, Lisa came to me and
4  told me she needed to be promoted.
5     Q.  Is that what she said, she needed
6  to be promoted?
7     A.  Words to that effect.  It could
8  have been those word specifically, but I
9  don't remember.
10    Q.  Did she say she wanted to be
11 promoted to managing director?  Is that
12 the promotion she was seeking?
13    A.  Yeah, I imagine it was.
14    Q.  Did she indicate that she had been
15 up for managing director on prior
16 occasions?
17    A.  She may well have.
18    Q.  And what did you say in response?
19    A.  I don't recall, but -- in specific,
20 but in a more general direction, I would
21 have said it wasn't my highest priority
22 within my first few months of employment
23 and that I wasn't sure how the system
24 worked.

Page 133

1     Q.  Did you try to find out?
2     A.  I believe I did.
3     Q.  What did you do?
4     A.  I would -- I don't recall
5  specifically, but I believe I would have
6  asked most probably Steve Oristaglio,
7  although possibly Rick Tibbets (phonetic)
8  or Mary McNamee from the HR department or
9  potentially Kelly Morgan.
10    Q.  You don't have a specific
11 recollection as to which of those
12 individuals you talked to on the subject?
13    A.  No, I don't.
14    Q.  Do you have a specific recollection
15 as to the nature of the response?
16    A.  No, actually I don't.
17    Q.  Did you ever report back to Lisa
18 the status of her being promoted to
19 managing director?
20    A.  I would imagine I would have.  And
21 if I'm remembering correctly, I believe in
22 that year, 2003, remember, I had arrived
23 in April so by the time we would have
24 talked about it, it would have been May or

Page 158

1  he was unhappy with what he was doing.
2  Q. During that six-month period when
3  you sat side by side, did you ever discuss
4  Lisa Svensson?
5  A. Yeah, I imagine we did.
6  Q. Do you recall anything that you
7  discussed with Mr. Landers?
8  A. I don't.
9  Q. Did you ever ask Mr. Landers for
10  his evaluation of Lisa Svensson's
11  performance.
12  A. No, I don't think so, but it's
13  possible.
14  Q. I suppose anything is possible, but
15  do you have a recollection today as you
16  sit here, as to whether or not you ever
17  asked?
18  A. I don't recall it specifically, but
19  again, in terms of anything is possible,
20  that seems like it would be in the
21  more-likely-than-not half of the
22  distribution. But it isn't something I
23  recall specifically.
24  Q. And you don't recall whether the

Page 159

1  feedback that you got, assuming that you
2  did have such a discussion, was positive
3  or negative?
4  A. I don't particularly.
5  Q. I asked you earlier whether you had
6  ever reviewed Lisa Svensson's personnel
7  file and you said you did not.
8  A. Yeah.
9  Q. Did you ever see any of her
10  performance evaluations?
11  A. I don't think I ever did, no.
12  It's possible I did, but I don't recall.
13  My perception when I arrived in the
14  organization was that there was need for
15  improvement and I, therefore, wasn't -- I
16  tried not to base any decisions about any
17  people based on anything prior. I tried
18  to base it on my own personnel experience
19  as well as the empirical evidence that we
20  talked about.
21  Q. Let's fast forward then to -- Did
22  there come a time when you decided that
23  you wanted to terminate or demote Lisa
24  Svensson?

Page 160

1  A. Yes.
2  Q. And when did you come to that
3  decision?
4  A. In terms of terminate?
5  Q. No, let's start with demotion
6  first.
7  A. Then the answer would be no. If I
8  could be more clear and say that I decided
9  that I needed to ask Lisa to give up her
10  management responsibilities, then the
11  answer is yes.
12  Q. Okay. When did you come to that
13  conclusion?
14  A. I don't remember specifically, but
15  let's say August of 2003.
16  Q. What led you to that conclusion?
17  A. Several events, the first of which
18  was that Darren Peters came to me to say
19  he had had -- or rather to say he was
20  strongly considering the possibility of
21  leaving the firm. That occurred, I'm not
22  sure when, but I believe approximately
23  July. I didn't -- At that point, I had
24  worked at the firm, you know,

Page 161

1  two-and-a-half months, three months,
2  something like that, so I didn't know
3  Darren well. My perception of him was
4  that he was a smart and eager person who
5  sounded like he was pretty interested in
6  investing so it seemed to me like loosing
7  him wouldn't be a positive thing.
8     So asked him to talk to me about
9  why he was thinking about leaving, and he
10  asked me to go out after work with him
11  because he preferred not to talk about it
12  in the office, which I did. Again, I
13  don't remember the exact sort of time
14  frame of this, but let's say July. I can
15  remember sitting outside with him at a
16  cafe in Boston so that means it has to be
17  late June or July or August, but I believe
18  July. And I asked him why he was
19  thinking about leaving and he said that --
20  he sort of was relatively straightforward
21  about it, that he was leaving because of
22  Lisa.
23  Q. Do you recall what he said in that
24  regard?

Page 182

1  of August, early September of 2003, did
2  you ever have any discussions concerning
3  Lisa Svensson?
4     A.  I don't believe Kelly Morgan would
5  have been present in a meeting between
6  myself and someone from HR to talk about
7  Lisa. It's possible. Certainly, I did
8  have discussions with Kelly and with
9  people from HR, but again, I don't recall
10 any of it in which both parties were
11 present, but I suppose it is possible.
12    Q.  What was your purpose in having a
13 discussion with Kelly Morgan about Lisa
14 Svensson?
15    A.  Kelly was the person who,
16 relatively immediately upon my arrival at
17 Putnam, I came to view as my partner in
18 running research, and any decision of that
19 magnitude I was going to talking about
20 with Kelly.
21    Q.  How did you come to that
22 perception?
23    A.  By my conversations with Kelly, by
24 my perception that out of the associate

Page 183

1  directors of research, she was the one who
2  was truly the leader, and furthermore, by
3  my perception that she understand what we
4  needed do together in order to improve the
5  place.
6     Q.  She was on a par with Lisa Svensson
7  at that point in time?
8     A.  In title, yeah.
9     Q.  So what was it then that led you
10 to believe that she was really the leader?
11    A.  I guess I would say discussions
12 with her. And in those discussions, it
13 was -- it was clear that there was a
14 pretty significant difference in terms of
15 the level of responsibility that had been
16 given to the people in the past. And
17 furthermore, which -- that may or may not
18 have been relevant, but that in terms of
19 professionalism, maturity, ability, Kelly
20 was, out of that group of associate
21 directors of research, the person I would
22 -- I was going to rely on.
23    Q.  Prior to making your determination
24 to deprive Lisa Svensson of her management

Page 184

1  responsibilities, did you prepare any
2  written documentation concerning that
3  decision?
4     A.  Certainly seems both likely and
5  possible, but I don't remember anything
6  specific.
7     Q.  Were you ever told by anyone at
8  human resources that you were required to
9  do such?
10    A.  I don't remember.
11    Q.  Was the idea to offer Lisa the
12 opportunity to depart the firm in lieu of
13 accepting this deprivation of her
14 management responsibilities, was that your
15 idea alone?
16    A.  I remember it as -- I don't know
17 whether it was my idea alone, but I
18 certainly remember it as a part of my
19 thinking to try and endeavor to give Lisa
20 as many options in trying to resolve the
21 situation as I could.
22    Q.  Okay. Do you recall anyone else
23 having input into that idea?
24    A.  Certainly, I think I would have

Page 185

1  discussed it with Kelly and Mary McNamee,
2  but I don't recall. I would imagine I
3  also would have discussed it with Steve
4  Oristaglio and potentially Ed Haldeman.
5     Q.  Do you recall ever having a
6  discussion with Larry Lasser?
7     A.  I remember once the decision had
8  been made that we were going to offer Lisa
9  these alternatives, I do remember that
10 Larry mentioned to me he had heard about
11 that. I assumed at the time he had heard
12 from HR, but I wasn't certain and I didn't
13 ask.
14    Q.  Was this a face-to-face meeting or
15 a telephone discussion?
16    A.  No, it would have been face to
17 face.
18    Q.  Do you remember the context?
19    A.  It was, I believe, at the end of a
20 regular meeting I would have had with Ed,
21 Steve and Larry, the purpose of which was
22 to discuss progress on research, how
23 things were going, et cetera.
24    Q.  Was this a regular meeting?