**Exhibit A - Part 2 of 8**

**McNamee dep. excerpt(s)**

Page 1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS
CIVIL ACTION NUMBER:  04-12711 PBS


LISA SVENSSON,

              Plaintiff,

      VS.

PUTNAM INVESTMENTS, LLC,
F/K/A PUTNAM INVESTMENT,
INC. AND LAWRENCE J. LASSER,

              Defendants.
~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~

DEPOSITION OF

MARY McNAMEE


November 29, 2005
10:13 a.m.



Barron & Stadfeld, P.C.
100 Cambridge Street

Boston, Massachusetts




Ayako Odanaka, Notary Public, Certified Shorthand Reporter

and Registered Professional Reporter within

and for the Commonwealth of Massachusetts

Mary McNamee                          November 29, 2005

|  | Page 2 |
|---|---|
| | APPEARANCES: |
| 1 | |
| 2 | . |
| 3 | ON BEHALF OF PLAINTIFF: |
| 4 | JOHN K. WEIR, ESQ. |
| 5 | John K. Weir Law Offices, LLC |
| 6 | 300 Park Avenue, Suite 1700 |
| 7 | New York, New York 10022 |
| 8 | 212.572.6374 |
| 9 | johnkweir47@aol.com |
| 10 | |
| 11 | ON BEHALF OF LAWRENCE J. LASSER: |
| 12 | CARRIE J. CAMPION, ESQ. |
| 13 | Nixon Peabody, LLP |
| 14 | 100 Summer Street |
| 15 | Boston, Massachusetts 02110 |
| 16 | 617.345.1000 |
| 17 | . |
| 18 | . |
| 19 | . |
| 20 | . |
| 21 | . |
| 22 | . |
| 23 | . |
| 24 | . |

|  | Page 4 |
|---|---|
| 1 | EXAMINATION INDEX OF MARY McNAMEE |
| 2 | NOVEMBER 29, 2005 |
| 3 | . |
| 4 | EXAMINATION OF                    PAGE |
| 5 | . |
| 6 | MARY McNAMEE: |
| 7 | EXAMINATION BY MR. WEIR            5 |
| 8 | . |
| 9 | . |
| 10 | . |
| 11 | . |
| 12 | . |
| 13 | . |
| 14 | . |
| 15 | . |
| 16 | . |
| 17 | . |
| 18 | . |
| 19 | . |
| 20 | . |
| 21 | . |
| 22 | . |
| 23 | . |
| 24 | . |

|  | Page 3 |
|---|---|
| 1 | APPEARANCES CONTINUED: |
| 2 | . |
| 3 | ON BEHALF OF PUTNAM INVESTMENTS, LLC: |
| 4 | JOSEPH L. KOCIUBES, ESQ. |
| 5 | LOUIS A. RODRIQUES, ESQ. |
| 6 | Bingham McCutchen, LLP |
| 7 | 150 Federal Street |
| 8 | Boston, Massachusetts 02110 |
| 9 | 617.951.8000 |
| 10 | joe.kociubes@bingham.com |
| 11 | louis.rodriques@bingham.com |
| 12 | AND |
| 13 | CHRISTOPHER S. FORTIER, ESQ. |
| 14 | Putnam Investments |
| 15 | One Post Office Square |
| 16 | Boston, Massachusetts 02109 |
| 17 | 617.760.4613 |
| 18 | christopher_fortier@putnam.com |
| 19 | . |
| 20 | . |
| 21 | ALSO PRESENT: |
| 22 | LISA SVENSSON |
| 23 | . |
| 24 | . |

|  | Page 5 |
|---|---|
| 1 | DEPOSITION OF MARY McNAMEE |
| 2 | NOVEMBER 29, 2005 |
| 3 | PROCEEDINGS: |
| 4 | MARY McNAMEE, the deponent, having |
| 5 | been satisfactorily identified and duly |
| 6 | sworn by the Notary Public, was examined |
| 7 | and testified as follows: |
| 8 | EXAMINATION |
| 9 | BY MR. WEIR: |
| 10 | Q.  Would you state your full name for |
| 11 | the record, please? |
| 12 | A.  Mary McNamee. |
| 13 | Q.  Okay.  And that's McNamee with an |
| 14 | M-C, capital N-A-M-E-E? |
| 15 | A.  N-A-M-E-E. |
| 16 | Q.  And your present residence address? |
| 17 | A.  31 Dix Street, D-I-X, in |
| 18 | Winchester, Massachusetts. |
| 19 | Q.  And are you presently employed? |
| 20 | A.  Yes. |
| 21 | Q.  By Putnam Investments? |
| 22 | A.  Yes. |
| 23 | Q.  And I see from your business card |
| 24 | that you're the senior human resources |

Mary McNamee                                    November 29, 2005

| Page 94 |
|---|
| 1    that meeting? |
| 2    A.  I was just getting just a general |
| 3    -- I wanted to get a general sense on how |
| 4    he thought things were going.  I did not |
| 5    -- this was not an investigative meeting |
| 6    or let me ask you these questions.  It |
| 7    was more of let me just get a feel for, |
| 8    you know, where he was, where his head |
| 9    was. |
| 10    Q.  Did this meeting take place before |
| 11    you made your -- |
| 12    A.  Yes. |
| 13    Q.  -- suggestion to Mr. Landes that he |
| 14    could -- |
| 15    A.  Yes. |
| 16    Q.  -- take further action if |
| 17    necessary? |
| 18    A.  Yes.  Yes. |
| 19    Q.  So is it fair to say that you were |
| 20    simply trying to get the facts of the |
| 21    situation? |
| 22    A.  Yes. |
| 23    Q.  Trying to get his views on what had |
| 24    occurred and why his actions he felt may |

| Page 95 |
|---|
| 1    have been appropriate? |
| 2    A.  Yes. |
| 3    Q.  Did Mr. Falvey defend himself? |
| 4    A.  No. |
| 5    Q.  Did he indicate that his actions |
| 6    were inappropriate? |
| 7    A.  No. |
| 8    Q.  Did he have anything to say in this |
| 9    meeting? |
| 10    A.  Just rather arrogant. |
| 11    Q.  Just rather arrogant? |
| 12    A.  Yeah. |
| 13    Q.  Do you recall what he did say? |
| 14    A.  I don't remember specifically, but |
| 15    it was clear that he had an opinion of |
| 16    himself and how he was going to behave, |
| 17    and he didn't care what other people |
| 18    thought. |
| 19    Q.  What was his opinion of himself? |
| 20    A.  He thought he was a star. |
| 21    Q.  Did you review any of his |
| 22    performance evaluations to determine |
| 23    whether his opinion of himself was |
| 24    accurate or inaccurate? |

| Page 96 |
|---|
| 1    A.  He had a very good performance |
| 2    record. |
| 3    Q.  Is that financial performance? |
| 4    A.  Yes. |
| 5    Q.  How about prior issues with respect |
| 6    to his job attitude or his ability to work |
| 7    with team members? |
| 8    A.  I don't recall anything specific |
| 9    prior to.  It mostly centered around his |
| 10    interaction with Lisa Svensson. |
| 11    Q.  Had the issues with Lisa Svensson |
| 12    been discussed in the performance |
| 13    evaluation which took place at the year |
| 14    end 2002? |
| 15    A.  It may have.  I don't remember. |
| 16    Q.  Now, typically when you did the |
| 17    midyear performance evaluations -- I'm not |
| 18    talking at the time frame of 2003 -- would |
| 19    you undertake to communicate the results |
| 20    of the performance evaluation to the |
| 21    employees? |
| 22    A.  Midyear performance reviews ideally |
| 23    and how it was supposed to work would be |
| 24    that the manager would write up a |

| Page 97 |
|---|
| 1    performance review using the performance |
| 2    review form that they also would use at |
| 3    year end, and it would be a running |
| 4    dialogue. |
| 5    So midyear, they would have the |
| 6    goals, they would give midyear opinions, |
| 7    sometimes rating, sometimes not, and then |
| 8    using that same document, they would give |
| 9    the year end review. |
| 10    Ideally, human resources was to |
| 11    receive copies signed by the employee and |
| 12    the manager for imaging it to the employee |
| 13    file for midyear and year end. |
| 14    Many times we did not receive |
| 15    signed copies, many times we did not |
| 16    receive copies at all, sometimes they were |
| 17    never conducted.  So it was very haphazard |
| 18    depending upon the manager. |
| 19    We tried to encourage them, but we |
| 20    were not going to dictate that they |
| 21    absolutely had to be done. |
| 22    Q.  Now, you said earlier that Mr. |
| 23    Brooks didn't like this process very much; |
| 24    is that correct? |

Mary McNamee                                    November 29, 2005

| Page 98 |
|---|
| 1     A.  He thought it was bureaucratic. |
| 2     Q.  And did he direct that there be |
| 3  some changes made to the performance |
| 4  evaluation process? |
| 5     A.  He thought performance messages, |
| 6  performance discussions should happen, and |
| 7  they should happen midyear and year end, |
| 8  but it was up to the manager if they |
| 9  wanted to put something in writing |
| 10  specifically.  But at the very least, he |
| 11  wanted them to have the conversation. |
| 12     Q.  And did he indicate anything with |
| 13  respect to the midyear evaluation process |
| 14  for team leaders or for associate |
| 15  directors in the research department? |
| 16     A.  What was the first part of that |
| 17  question? |
| 18     Q.  Did he indicate any changes with |
| 19  respect to the process for team leaders |
| 20  or -- |
| 21     A.  Well, since -- |
| 22     Q.  -- or -- |
| 23     A.  Since it was -- |
| 24     Q.  -- associate directors of research? |

| Page 99 |
|---|
| 1     A.  Since he was the one that was going |
| 2  to be conducting such reviews, he wanted |
| 3  to have ongoing performance discussions. |
| 4  He did not -- I believe he did anything |
| 5  in writing at that time. |
| 6     Q.  Okay.  Did there come a time when |
| 7  the performance reviews were -- evaluation |
| 8  process was either terminated or modified? |
| 9     A.  Ever since Ed Haldeman arrived, |
| 10  including his role as co-head of |
| 11  investments, he had been suspect, if you |
| 12  will, of performance reviews and the |
| 13  necessity to do them.  He thought they |
| 14  were bureaucratic and took time away from |
| 15  investors' investing. |
| 16     Q.  Did anyone in human resources have |
| 17  a different view? |
| 18     A.  We all did. |
| 19     Q.  Okay.  And what was the view? |
| 20     A.  That performance reviews should be |
| 21  conducted. |
| 22     Q.  On a midyear and end-of-year basis? |
| 23     A.  Midyear and end-of-year basis. |
| 24     Q.  And that they should be in |

| Page 100 |
|---|
| 1  writing -- |
| 2     A.  Yes. |
| 3     Q.  -- rather than verbal?  And did you |
| 4  communicate your opinion to -- |
| 5     A.  Yes. |
| 6     Q.  -- anyone -- |
| 7     A.  Everyone. |
| 8     Q.  -- in the management? |
| 9     A.  Always. |
| 10     Q.  Okay.  And to whom did you speak |
| 11  on that subject? |
| 12     A.  Every single manager within my |
| 13  group. |
| 14     Q.  So you spoke to Mr. Brooks? |
| 15     A.  Yes. |
| 16     Q.  Did you speak to Mr. Haldeman |
| 17  himself? |
| 18     A.  There was a meeting at one point |
| 19  with Mr. Haldeman and several of us on the |
| 20  topic. |
| 21     Q.  And who were the several of us that |
| 22  participated in that meeting? |
| 23     A.  Rick Tibbetts, Eric Hutcherson, |
| 24  myself, Jen Rodts, R-O-D-T-S, and Linda |

| Page 101 |
|---|
| 1  Grace.  And we were all the HR |
| 2  professionals that touched the investment |
| 3  division. |
| 4     Q.  And then Mr. Haldeman was also |
| 5  present in that meeting? |
| 6     A.  Yes. |
| 7     Q.  Was anybody else from the |
| 8  management present at that meeting? |
| 9     A.  Steve Oristaglio and Chip Robie. |
| 10     Q.  And do you remember when that, |
| 11  approximately, that meeting took place? |
| 12     A.  Sometime when I first arrived to |
| 13  the group to sometime early 2003.  So late |
| 14  2002, early 2003.  I don't recall the |
| 15  exact date. |
| 16     Q.  Okay. |
| 17     A.  And that was not the only topic of |
| 18  the meeting.  That was one of the topics. |
| 19     Q.  Mm-hmm.  Was any decision taken as |
| 20  a result of that meeting? |
| 21     A.  That we were not to enforce |
| 22  performance reviews in writing -- |
| 23     Q.  Okay. |
| 24     A.  -- of the managers.  We could |