**Exhibit A - Part 3 of 8**

**Peers dep. excerpt(s)**

310-372-1111 SOUSA COURT REPORTERS 714-571-0111

UNITED STATES DISTRICT COURT

DISTRICT OF MASSACHUSETTS

☐ FILE          TRAVEL TRANSCRIPT

LISA SVENSSON,                          )
                                        )          RECEIVED
              PLAINTIFF,                )
                                        )          MAY 0 5 2006
       VS.                              )
                                        )  CASE NO. CIVIL ACTION
PUTNAM INVESTMENTS, LLC, F/K/A          )          K.F.M.
PUTNAM INVESTMENTS, INC. AND            )              04-12711 PBS
LAWRENCE J. LASSER                      )
                                        )
              DEFENDANTS.               )
                                        )

DEPOSITION OF DARREN PEERS

LOS ANGELES, CALIFORNIA

THURSDAY, APRIL 20, 2006

REPORTED BY:
PATRICIA E. NAKANO
C.S.R. NO. 5624
JOB NO. 1-546085

1

Page 2

1  THE DEPOSITION OF DARREN PEERS, TAKEN ON BEHALF OF
2  PLAINTIFF, AT 1925 CENTURY PARK EAST, SUITE 1150, LOS
3  ANGELES, CALIFORNIA, AT 11:18 A.M., THURSDAY, APRIL 20,
4  2006, BEFORE PATRICIA E. NAKANO, C.S.R. NO. 5624, A
5  SHORTHAND REPORTER FOR THE STATE OF CALIFORNIA, PURSUANT TO
6  SUBPOENA.
7           * * *
8  APPEARANCES OF COUNSEL:
9
10   FOR PLAINTIFF:
11       JOHN K. WEIR LAW OFFICES
12       BY: JOHN K. WEIR, ESQ.
13       300 PARK AVENUE
14       SUITE 1700
15       NEW YORK, NEW YORK 10022
16
17
18   FOR DEFENDANTS PUTNAM AND THE WITNESS:
19       BINGHAM MC CUTCHEN
20       BY: LOUIS A. RODRIGUES, ESQ.
21       150 FEDERAL STREET
22       BOSTON, MASSACHUSETTS 02110-1726
23
24
25

Page 3

1  APPEARANCES OF COUNSEL: (CONT.)
2
3   FOR DEFENDANT LASSER:
4       NIXON PEABODY, LLP
5       BY: CARRIE J. CAMPION, ESQ.
6       100 SUMMER STREET
7       BOSTON, MASSACHUSETTS 02110-2131
8       (PRESENT VIA SPEAKERPHONE)
9
10
11  ALSO PRESENT:
12      LISA SVENSSON
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 4

1                I N D E X
2  WITNESS:
3  DARREN PEERS
4
5      EXAMINATION BY:              PAGE:
6
7      MR. WEIR                     5, 161
8      MR. RODRIGUEZ                156, 168
9
10
11              E X H I B I T S
12
   PLAINTIFF'S                        PAGE:
13
   1 - HANDWRITTEN DOCUMENTS, BATES NO. PRM 00358    63
14     THROUGH PRM 00367, 10 PAGES
15  2 - VARIOUS DOCUMENTS, BATES NO. LS-1722 THROUGH  130
       LS-1751, 30 PAGES
16
17
18           UNANSWERED QUESTIONS
19             PAGE  LINE
20             134   5
21             141   25
22             165   15
23
24
25

Page 5

1       LOS ANGELES, CALIFORNIA; THURSDAY, APRIL 20, 2006
2                     11:18 A.M.
3
4              DARREN PEERS,
5       THE WITNESS HEREIN, HAVING BEEN FIRST
6       DULY ADMINISTERED THE OATH, WAS EXAMINED
7       AND TESTIFIED AS FOLLOWS:
8
9              EXAMINATION
10  BY MR. WEIR:
11    Q.  GOOD MORNING, MR. PEERS.
12    A.  GOOD MORNING.
13    Q.  WOULD YOU PLEASE STATE YOUR FULL NAME FOR THE
14  RECORD.
15    A.  IT'S DARREN THOMAS PEERS.
16    Q.  AND YOUR PRESENT RESIDENCE ADDRESS?
17    A.  575 11TH STREET, HERMOSA BEACH, CALIFORNIA.
18    Q.  AND ARE YOU PRESENTLY MARRIED?
19    A.  YES.
20    Q.  AND FOR HOW LONG HAVE YOU BEEN MARRIED?
21    A.  SINCE JULY, 2001.
22    Q.  DO YOU HAVE ANY CHILDREN?
23    A.  YES, TEN AND A HALF MONTHS, ONE.
24    Q.  ONE CHILD.  OKAY.  AND HOW OLD ARE YOU, SIR?
25    A.  33.

Page 10

1  SUMMER, AND THE OTHER ONE WAS -- WELL, THE OTHER ONE WAS
2  THE DAY LISA WAS LET GO, ACTUALLY, WHATEVER DAY THAT
3  WAS.
4    Q.  IF I TOLD YOU THAT SHE WAS LET GO ON
5  SEPTEMBER 15, 2003 --
6    A.  THAT WOULD HAVE BEEN IT.
7    Q.  THAT WOULD HAVE BEEN THE DAY?
8    A.  YES.
9    Q.  SO YOU WERE ACTUALLY NOT PRESENT AT PUTNAM ON
10 THAT DAY?
11   A.  NO.
12   Q.  WHEN YOU SAY "THE MIDDLE OF THE SUMMER," DO YOU
13 RECALL -- JULY? AUGUST?
14   A.  IT WAS EITHER LATE JULY OR EARLY AUGUST.
15   Q.  DID THAT INTERVIEW OCCUR IN CONNECTION WITH A
16 TRIP TO EXXON/MOBIL FOR PUTNAM? DO YOU RECALL WHETHER
17 YOU COORDINATED INTERVIEWING?
18   A.  I DON'T BELIEVE SO. IT WAS A VACATION. I WAS
19 ON VACATION HERE WITH MY WIFE.
20   Q.  OKAY. BY THE WAY, WHAT IS YOUR WIFE'S NAME?
21   A.  KELLY PEERS, K-E-L-L-Y.
22   Q.  AND IS SHE FROM THE LOS ANGELES AREA?
23   A.  SHE IS.
24   Q.  AND SHE HAS RELATIVES LIVING HERE?
25   A.  YES.

Page 11

1    Q.  DID THAT IN ANY WAY AFFECT YOUR DECISION TO
2  TAKE THE NWQ POSITION?
3    A.  IT AFFECTED THE DECISION -- IT AFFECTED THE
4  ULTIMATE DECISION. IT DIDN'T AFFECT -- IT WASN'T THE
5  REASON WHY I WAS LOOKING.
6    Q.  OKAY. IF I UNDERSTAND THAT QUESTION, ONCE YOU
7  GOT AN OFFER FROM NWQ, IT WAS A FACTOR THAT FAVORED YOUR
8  TAKING THAT OFFER; IS THAT CORRECT?
9    A.  YES. I WAS PURSUING TWO OTHER OPPORTUNITIES,
10 PLUSES AND MINUSES FOR BOTH. SO ULTIMATELY THE LOCATION
11 DID WEIGH INTO WHETHER -- ONE OPPORTUNITY WAS IN BOSTON,
12 ONE WAS IN CHICAGO.
13   Q.  DID THERE COME A TIME WHEN YOU DECIDED TO
14 ACCEPT THE NWQ POSITION?
15   A.  YES.
16   Q.  AND WHEN WAS THAT? WHEN DID YOU REACH THAT
17 FINAL DECISION?
18   A.  WELL, IF WE SAY -- IF SEPTEMBER 15 WAS THE DAY
19 THAT LISA WAS LET GO, IT WAS WITHIN -- A WEEKEND WOULD
20 HAVE PASSED, AND THEN SOMETIME EARLY IN THE FOLLOWING
21 WEEK I MADE THE DECISION TO ACCEPT THE NWQ POSITION.
22   Q.  EITHER AT THE TWO INTERVIEWS HERE IN LOS
23 ANGELES OR THEREAFTER, DID THEY COMMUNICATE A
24 COMPENSATION PACKAGE TO YOU?
25   A.  THEY DID ON THE SEPTEMBER 15 MEETING.

Page 12

1    Q.  DO YOU RECALL WHAT THAT COMPENSATION PACKAGE
2  INCLUDED?
3    A.  IT WAS 150,000 BASE SALARY AND $150,000 BONUS
4  AFTER ONE YEAR, GUARANTEED FOR THAT ONE YEAR.
5    Q.  NOW, YOU SAID YOU WERE PURSUING A COUPLE OF
6  OTHER OPPORTUNITIES AS WELL?
7    A.  YES.
8    Q.  WHERE?
9    A.  WELLINGTON. WELLINGTON -- THE FULL NAME IS
10 WELLINGTON INVESTMENT MANAGEMENT -- AND CITADEL, WHICH
11 IS A HEDGE FUND IN CHICAGO.
12   Q.  AND WHEN DID YOU COMMENCE -- PURSUE THOSE
13 OPPORTUNITIES?
14   A.  SHORTLY AFTER I SUBMITTED A RESUME TO NWQ.
15   Q.  SO IT'S FAIR TO SAY THAT IN THAT TIME FRAME OF
16 JUNE, YOU HAD, BASICALLY, DECIDED THAT YOU WERE GOING TO
17 PURSUE NOT ONLY THE NWQ OPPORTUNITY BUT OTHER
18 OPPORTUNITIES THAT CAME ALONG?
19   A.  YES.
20   Q.  AND HOW DID YOU BECOME AWARE OF THE WELLINGTON
21 AND CITADEL POSITIONS?
22   A.  THROUGH HEADHUNTERS, TWO SEPARATE HEADHUNTERS.
23   Q.  BOSTON HEADHUNTERS?
24   A.  ONE WAS IN BOSTON, AND ONE WAS IN NEW YORK.
25   Q.  DID YOU MEET WITH THE HEADHUNTERS?

Page 13

1    A.  THE NEW YORK ONE WAS CERTAINLY ONLY OVER THE
2  PHONE, AND I MUST HAVE MET WITH THE BOSTON WOMAN AT SOME
3  POINT, BUT I DON'T REMEMBER WHEN AND PROBABLY NOT PRIOR
4  TO ACTUALLY INTERVIEWING MY FIRST INTERVIEW AT
5  WELLINGTON.
6    Q.  HOW MANY INTERVIEWS DID YOU HAVE AT WELLINGTON?
7    A.  I WENT IN THERE TWO SEPARATE OCCASIONS, I
8  BELIEVE.
9    Q.  AND WHERE IS WELLINGTON LOCATED?
10   A.  ROUGHLY, WITHIN A COUPLE BLOCKS OF PUTNAM.
11   Q.  IT'S IN BOSTON?
12   A.  YES, BOSTON.
13   Q.  AND YOU SAID CITADEL IS LOCATED IN CHICAGO.
14       DID YOU HAVE INTERVIEWS WITH THEM?
15   A.  YES, ONE.
16   Q.  ONE INTERVIEW?
17   A.  YES.
18   Q.  CAN YOU TELL US THE FACTORS THAT LED YOU TO
19 ACCEPT THE NWQ POSITION IN PREFERENCE TO EITHER
20 WELLINGTON OR CITADEL?
21   A.  CITADEL IS PROBABLY THE EASIER TO TALK ABOUT
22 FIRST. I DIDN'T SEE A VERY GOOD INVESTMENT FIT THERE.
23 THEIR HEDGE FUND, THEY'RE VERY AGGRESSIVE. THAT'S NOT
24 MY INVESTMENT STYLE OR PHILOSOPHY. I DIDN'T THINK IT
25 WOULD BE A GOOD FIT.