# Exhibit B

Putnam produced documents with the code "PRM ____":

50
258-266
322
322
326
328
356
661
969
1334
1335
1567-1575
1659-1660
1786
1792
1793
1888
1895
1897
1922
1923
1972
1897
2727-2730
2730
2759
2876
3548
5729
5736-5757
6080-6087
6094-6100
6104-6110
6166
6192-6198
6214-6222
6258-6264
6319-6324
6344-6350
6363-6371
6419-6425
6432-6437
6495-6501

```
6538-6544
6563-6568
6577-6583
6652-6657
6689-6695
6739-6744
6752-6759
6873-6878
6892-6898
6910-6917
6947
7001-7007
7030-7039
7061-7067
7102-7108
7113
7171-7176
7214-7219
7295-7301
7331-7336
7359-7364
7371-7376
7389-7395
7407-7415
7450-7456
7463-7470
7497
7500-7505
7514-7518
7565-7572
7612-7617
7647-7652
7695-7701
7755-7761
7783-7790
7862-7867
7974-7980
7996-8002
8023
8577
8610
8612
8615
8627
8629
8631
8648
```

```
8649
8654
8657
8658
8663
9514
9516
9540
8023
8577
8610
8612
8615
8627
8629
8631
8648
8649
8654
8657
8658
8663
9514
9516
14125-14126
14236-14237
14438-14440
14512
14855
```

[424308]