UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| * * * * * * * * * * * * * * <br> LISA SVENSSON <br><br> Plaintiff, <br><br> v. <br><br> PUTNAM INVESTMENTS, <br> LLC f/k/a PUTNAM INVEST-<br> MENTS, INC. and LAWRENCE <br> J. LASSER, <br><br> Defendants. <br><br> * * * * * * * * * * * * * | Civil Action No. 04-12711-PBS <br><br> BBO No. 351000 <br><br> Plaintiff Svensson's <br> Motion to Impound the <br> Putnam Produced <br> Documents That are <br> Listed in Exhibit B <br> to the Affidavit of <br> of Kevin F. Moloney, <br> Filed March 5, 2008. |

Plaintiff Lisa Svensson ("Svensson"), in light of the protective order concerning confidential information, moves the court to impound the Putnam produced documents that are listed in Exhibit B to the Affidavit of Kevin F. Moloney, filed March 5, 2008,[1] and which are being filed sealed and in paper format

LISA SVENSSON, plaintiff,

By her attorneys,

BARRON & STADFELD, P.C.

/s/ Kevin F. Moloney
Kevin F. Moloney  BBO No. 351000
100 Cambridge Street, Suite 1310
Boston, Massachusetts   02114

---

[1] By filing the copies of the documents listed in Exhibit B to the Affidavit of Kevin F. Moloney, March 5, 2008, in paper format and sealed, Svensson does not concede that any of the information contained therein is confidential information within the meaning of the protective order.

```
                                      Tel.: 617.723.9800/531.6569
Dated: March 5, 2008.
```

### Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

Copies of the documents to be impounded were delivered by messenger to the court clerk and counsel of record:

```
                            /s/ Kevin F. Moloney
```

Dated: March 5, 2008

[424401.1]