UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| * * * * * * * * * * * | * | Civil Action No. 04-12711-PBS |
| | * | |
| LISA SVENSSON | * | |
| | * | BBO No. 351000 |
| Plaintiff, | * | |
| | * | Affidavit |
| v. | * | of |
| | * | Paul F. White, PhD. |
| PUTNAM INVESTMENTS, LLC, | * | |
| et al., | * | (Declaration pursuant |
| | * | to 28 U.S.C. § 1746) |
| Defendants. | * | |
| | * | |
| * * * * * * * * * * * | * | |

1.  My name is Paul F. White. I am Director of ERS Group, 2100 M Street, NW, Suite 810. Washington, DC 20037, where I engage in statistical analyses of alleged employment discrimination and the valuation of economic loss, with emphasis in the area of labor economics. I also present expert testimony regarding statistical analysis of employment practices and estimates of economic loss before federal and state courts and in other judicial settings; develop and implement systems to monitor employment practices; and plan, organize and present seminars on the use of economics and statistics in employment discrimination cases. A copy of my resume and testimony list is set forth in Exhibit "A," hereto. I have personal knowledge of the facts set forth herein.

2.  I am serving as an expert for plaintiff Lisa Svensson ("Svensson") in this case. A copy of my report ("report") in this matter, served March 14, 2007, is Exhibit "B," hereto.

3.  In order to do my analyses, the results of which are set forth in my report, during the period May, 2006, through March, 2007, my assistants at ERS Group, working under my

direct and close supervision, and I first reviewed documents and information obtained in discovery by Svensson from defendant Putnam Investments, LLC ("Putnam"), which was limited to 91 identified investment professionals who were employed in Putnam's Investment Management Division ("IMD") at some point during the period 1998-2003. This information for these 91 persons, in addition to name, officer title and functional title, consisted of the respective total compensation (paid and deferred); base salary; value of equity; total incentive payments (bonuses and equity payments); bonus; final performance rating (given by senior management team); manager rating (given by direct manager); and number of years of tenure at Putnam. I obtained the number of years of investment experience for these persons from Svensson and their respective resumes for those that Svensson was able to locate.

4. It is my understanding that Putnam did not produce documents or information concerning any of the investment professionals in the IMD during that period other than the 91 identified investment professionals. As such, in order to obtain any data as to the others, my assistants and I next reviewed the only other sources of relevant information available to us, which were the Officer Directories published by Putnam for the years 1998-2002. The information in those directories was limited to name, officer and functional titles and contact information (address, telephone number, etc.).

5. In order to make the information and data from the above sources usable for computer analyses through various computer programs, it was necessary that we input the data into the ERS Group computer system by performing the following tasks: (a) reviewing the paper documents to determine whether the information was pertinent to our analyses, (b)

for those documents that were formatted cleanly, we scanned their images and converted them into electronic files – followed by a verification process to make sure the scanning was complete and correct, (c) for those documents that were not able to be scanned because of the condition of the underlying document, we manually entered them into a database – again followed by a verification process to ensure the data entry was complete and correct, (d) converting the data into formats that can be read by our statistical software (SAS), (e) writing computer programs to combine the different file types into analysis files that would be used in our statistical tests, (f) constructing key variables used for the analyses, and (g) loading, converting, and verifying electronic data files provided to us directly by the plaintiff.

6. This work of formatting, inputting, and verifying the available data was a time-consuming, labor intensive process, requiring, in the period May, 2006, to March, 2007, the efforts of primarily five different persons for an aggregate of approximately 760 hours of work at a cost to the client of approximately $200,000.

7. According to the deposition testimony of Putnam's expert in this case, Dr. David E. Bloom ("Bloom"), his participation in this case, which began in "July 2006,"[1] included meeting with Putnam counsel and Richard Tibbetts and Mary McNamee of the Putnam Human Resources department, follow-up conversations with Tibbetts and McNamee and obtaining data and information from Putnam "quite early"[2] in the process.

---

[1] Bloom dep., p. 24, ll. 16-18, Exhibit "C," hereto.
[2] Bloom dep., p. 179, ll. 12-16, Exhibit "D," hereto.

8.  In contrast to the data and information available to me, according to Bloom's deposition testimony in this case, Putnam made "appropriate data"[3] concerning the investment professionals in the IMD for the years 1998-2003 available to Bloom for his consideration.

9.  From the universe of available Putnam data, Bloom, according to his deposition testimony,[4] decided to select from that available universe, and review for purposes of his report, the following data: (1) compensation, including bonus, information, for 195 of the 302 officers in the IMD as of December 31, 2002, and for 193 of the 296 officers in the IMD as of December 31, 2003[5]; (2) basic information about all of the officers in the IMD for the years 1998-2003, which included name, hire date, sex, date of birth, status, job title and officer code[6]; and, (3) a list of all of the IMD officers in the at risk population of what he determined to be the 344 IMD officers at risk for termination during 2003, identifying those terminated between January 1 and December 31, 2003.[7]

10. According to Bloom's deposition testimony, Putnam furnished Bloom with the data that he decided to review in electronic format such that he was able to load the data into his computer in a "matter of minutes or less."[8]

11. Had the data that Bloom selected for his review been available to me even in paper and not the electronic format actually provided to Bloom, the number of hours of inputting

---

[3] Bloom dep., p. 100, ll. 5-10, Exhibit "E," hereto.
[4] Bloom dep., starting on p. 176, ll. 24, Exhibit "F," hereto.
[5] Bloom dep., Exhibit 2A, Exhibit "G," hereto.
[6] Bloom dep., Exhibits 2B-2G, collectively, Exhibit "H," hereto.
[7] Bloom dep., Exhibit 2H, Exhibit "I," hereto.
[8] Bloom dep., p. 178, ll. 14-15, Exhibit "J," hereto.

work would have been reduced by approximately 476 hours and at a cost savings to the client of approximately $119,000.

Signed under penalty of perjury this 25th day of March 2008.

*Paul F. White*

Paul F. White, Ph.D.

Certificate of Service

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kevin F. Moloney
Kevin F. Moloney BBO No. 351000

Dated: March 25, 2008

Exhibit A



Washington, DC
2100 M. Street NW
Suite 810
Washington, DC 20037
(202) 328-1515
(202) 462-0594 FAX
http://www.ersgroup.com

# PAUL F. WHITE

2100 M Street, NW, Suite 810 • Washington, DC 20037 • (202) 328-1515
pwhite@ersgroup.com

## PROFESSIONAL EXPERIENCE:

**ERS GROUP**
- Managing Director - Washington, DC Office (2002 - present)

Design and conduct statistical analyses of alleged employment discrimination and the valuation of economic losses with emphasis in the area of labor economics. Present expert testimony regarding statistical analysis of employment practices and estimates of economic losses before federal and state courts and in other judicial settings. Develop and implement systems to monitor employment practices. Plan, organize and present seminars on the use of economics and statistics in employment discrimination cases.

- Vice-President (1998 - 2002)

- Research Economist (1993 - 1998)

**Florida State University**
- Adjunct Professor (1996 - 2002)

Member of the graduate faculty for the Executive Management program. Taught courses in Economics and Analytic Research Methods.

**National Institute of Health**
- Research Fellow (1990 - 1993)

Awarded fellowship to study the economics of aging.

**Womble, Carlyle, Sandridge, and Rice, Winston-Salem, NC**
- Consultant (1992)

Researched and analyzed health insurance statistics to be used as evidence in a medical malpractice case.

**North Carolina State University**
- Research Assistant (1990)

Provided computer programming assistance on several research projects for the Department of Economics and Business.

**North Carolina State University**
- Teaching Assistant (1989 - 1990)

Taught "Principles of Economics" labs; prepared lectures, assignments, and examinations for the Department of Economics and Business.

Revised August 20, 2007

Professional Experience (Cont.)

**EDUCATION:**

    Ph.D., North Carolina State University, Labor/Health Economics, 1993 (Minor in Statistics)

    M.E., North Carolina State University, Economics, 1992

    B.S., James Madison University, Economics, 1989

**HONORS AND AWARDS:**

    National Institute of Health Fellowship, 1990 to 1993

**SPECIALIZATION:**

    Labor Economics, Health Economics, Economics of Aging

## PUBLICATIONS AND RESEARCH PAPERS:

Reply to "Comments on 'The Use of Attrition Rates for Economic Loss Calculations in Employment Discrimination Cases: A Hypothetical Case Study,'" (with Josefina V. Tranfa-Abboud and Fredrick M. Holt) Journal of Forensic Economics, Vol. XVIII, No. 1.

"Recent Developments in the Analysis of Employment Practices," (with Joan Haworth and Janet Thornton), Development in Litigation Economics, Vol. 87. Eds. Patrick Gaughan and Robert Thornton, Contemporary Studies in Economic and Financial Analysis. New York: Elsevier, 2005.

"The Use of Attrition Rates for Economic Loss Calculations in Employment Discrimination Cases: A Hypothetical Case Study," (with Josefina V. Tranfa-Abboud and Fredrick M. Holt) Journal of Forensic Economics, Vol. XVI, No. 2, Spring/Summer 2003 (Published September 2004).

"The Numbers Game: Statistics offered to show discrimination may promise more than they prove," (with Leslie Turner), Legal Times, Volume XXVII, No. 16, April 2004.

"Cost-Efficient Use of Your Expert Witness – From the Expert Witness' Point of View," Bar Bulletin, Maryland State Bar Association, October 2002.

"The Use of an Economist in Labor and Employment Disputes: Legal and Practical Considerations," (with James Garrity), The Florida Bar Journal, Vol. LXXIV, No. 11, December 2000.

"Approaches for Dealing With Small Sample Sizes in Employment Discrimination Litigation," (with Michael J. Piette), Journal of Forensic Economics, Vol. XII, No. 1, Winter 1999.

"Use of 'Reverse Regression' in Employment Discrimination Analysis," (with Michael J. Piette), Journal of Forensic Economics, Vol. XI, No. 2, Spring/Summer 1998.

Review of "Tenure, Discrimination, and the Courts" by Terry L. Leap, Journal of Forensic Economics, Vol. IX, No. 2, Spring/Summer 1996.

"Allocating Time to Caring and Working: Evidence from the National Long-Term Care Survey," working paper with Dr. Ann A. McDermed and Dr. Alvin E. Headen.



Publications and Research Papers (Cont.)

Long-Term Care of the Disabled Elderly, "Working vs. Helping - A Caregiver's Dilemma," Ph.D. Dissertation, Department of Economics, North Carolina State University, August, 1993.

"The Proposed Virginia Coal Slurry Pipeline and Its Employment Effects on the Railroad Industry," (with Ehsan Ahmed), <u>Journal of Applied Business Research</u>, Fall, 1990.

## PRESENTATIONS/PROFESSIONAL MEETINGS:

"Employment Discrimination: Economic and Statistical Evidence," ERS Group seminar, various dates and locations.

"Crafting Effective and OFCCP Compliant Affirmative Action Plans," ERS Group seminar, various dates and locations.

"Analyzing and Monitoring Compensation in Today's Regulatory Environment," ERS Group seminar, various dates and locations.

"Use of Statistics in Employment Litigation," presented as part of a seminar entitled "Federal Aviation Administration Personnel and Labor Law Conference," Atlanta, GA, 2005.

"Economic Damages: The Effects of Explicit and Implicit Methodological Decisions," paper presented as part of a seminar entitled "Current Developments in Labor & Employment Law," The Center of Continuing Professional Development, Louisiana State University, Baton Rouge, LA, 2005.

"Employment Class Actions: Case Law Developments, Statistical Issues and Practical Suggestions," (with Alison B. Marshall). Sponsored by the Bar Association of the District of Columbia, Washington, D.C., 2004.

"The Use of Statistics in Employment Litigation: The Importance of Assumptions," Employment Law Seminar, Sponsored by: Federal Bar Association, Broward County Chapter, Broward County Bar Association - Employment Law Section, Broward County Women Lawyers Association, Fort Lauderdale, Florida, 2003.

"What Happens When We Assume: Don't Let It Happen to Your Economic and Statistical Expert," paper presented as part of a seminar entitled "Current Developments in Labor & Employment Law," The Center of Continuing Professional Development, Louisiana State University, Baton Rouge, LA, 2003.

"The Use (and Misuse) of Economics and Statistics in Employment Litigation," paper presented as part of a seminar entitled "Employment Law 2000: The Right Mix," Louisiana State Bar Association, New Orleans, LA, 2000.

"Analyzing Allegations of Discrimination in Termination Cases," paper presented as part of a seminar entitled "Employee Discharge and Documentation," Tallahassee, Florida, 1995-2000.

"Private Sector Employment Opportunities for Economics Majors," presentation for Omicron Delta Epsilon, Florida State University's economics honor society, Tallahassee, FL, 1998.

"Approaches for Dealing With Small Sample Sizes in Employment Discrimination Litigation," (with Michael J. Piette) paper presented at the Southern Economic Association Annual Meetings, Atlanta, GA, 1997.


ERSGroup
Litigation Consulting • Economics • Analysis • Support
A SOURCECORP COMPANY

Presentations/Professional Meetings (Cont.)

"The Use of 'Reverse Regression' in Employment Discrimination Analysis" (with Michael J. Piette), paper presented at the Allied Social Science Association Annual Meetings, New Orleans, Louisiana, 1997.

"Employment Discrimination," presentation for Alpha Kappa Psi, Florida State University's professional business fraternity, Tallahassee, FL, 1996.

"Informal Caregivers of the Disabled: Applications for the Forensic Economist," paper presented at the Southern Economic Association Annual Meetings, New Orleans, Louisiana, 1995.

"Allocating Time to Caring and Working: Evidence from the National Long-Term Care Survey," paper presented at the Southern Economic Association Annual Meetings, Orlando, Florida, 1994.

"Estimating the Shadow Price of Informal Care," paper presented at the Allied Social Science Association Annual Meetings, Boston, Massachusetts, 1994.

"What President Clinton's Health Care Plan Will Mean to You," lecture presented as part of the Valencia Community College Notable Speaker Series, Orlando, Florida, 1994.

## PROFESSIONAL ASSOCIATION AND MEMBERSHIPS:

American Economics Association

National Association of Forensic Economics

## PROFESSIONAL JOURNAL REFEREE:

Contemporary Economic Policy, Western Economic Association

Journal of Forensic Economics, National Association of Forensic Economics

Litigation Economics Review, National Association of Forensic Economics

## PROFESSIONAL JOURNAL BOARD OF EDITORS:

Journal of Business Valuation and Economic Loss Analysis, National Association of Certified Valuation Analysts.





Washington, DC
2100 M. Street NW
Suite 810
Washington, DC  20037
(202) 328-1515
(202) 462-0594 FAX
http://www.ersgroup.com

**PAUL F. WHITE**
2100 M. Street, NW, Suite 810 • Washington, DC  20037 • (202) 328-1515
pwhite@ersgroup.com

## TESTIMONY

Everette Prince v. Barnes Group, Inc. and Bowman Distribution; No. 5:94-CV-483-F(3), U.S. District Court, Eastern District of North Carolina, Western Division. (Declaration)

Kenneth Causey v. City of Gretna, Florida, et al.; No. 94-40586-WS, U.S. District Court, Northern District of Florida, Tallahassee Division. (Deposition)

Joseph C. Mulé, et al. v. Larry Alton Carr, et al.; No. 93-7395 Division "O" Civil Division, Circuit Court, 13th Judicial Circuit, in and for Hillsborough County, Florida. (Deposition)

Stuart N. Robins v. Flagship Airlines and AMR Corporation; No. 94-C3589, Circuit Court, Davidson County, Tennessee. (Declaration)

Louise L. Wilson, Beowulf L. Snell, et al. v. Macon Telegraph Publishing Company, Inc.; No. 5:95-CV-522-2 (DF), U.S. District Court, Middle District of Georgia, Macon Division. (Affidavit)

David Hipp, Harry W. McKown, Jr., et al. v. Liberty National Life Insurance Company; No. 95-1332-CIV-T-17A, U.S. District Court, Middle District of Florida, Tampa Division. (Deposition)

Margaret H. Daniel v. University of Southwestern Louisiana; No. 95-2170, U.S. District Court, Western District of Louisiana, Lafayette-Opelousas Division. (Trial)

Lois Gordon, et al. v. Columbia Gas & Electric, et al., No. 95-CI-0095, Court of Common Pleas, Civil Division, Marion County, Ohio. (Deposition)

Connie Yon and Delores Bryant v. Department of Corrections and Steve Comeford; No. 93-4635, Second Judicial Circuit, Leon County, Florida. (Hearing)

Sergio Bonich, et al. v. Herman Miller, Inc., No. 95-3455/CA21, Circuit, Court, 11th Judicial Circuit, Dade County, Florida. (Deposition)

Caroline Burney v. Rheem Manufacturing Company, Inc., No. CV-97-D-1300-N, U.S. District Court, Middle District of Alabama, Northern Division. (Affidavit)

Pamela L. Biggs v. State of Florida, Board of Regents, No. 1:96-CV-185-MMP, U.S. District Court, Northern District of Florida, Gainesville Division. (Deposition)

Faith D. McKnight v. State of Florida, Department of Health and Rehabilitative Services, et al., No. 96-1167-CIV-J99(S), U.S. District Court, Middle District of Florida, Jacksonville Division. (Deposition)

Grant H. Danskine, et al. v. Metro Dade County, No. 97-2068-CIV-HIGHSMITH, U.S. District Court, Southern District of Florida, Miami Division. (Affidavit & Deposition)

Revised February 18, 2008

P. White Testimony (Cont.)

<u>Michael Corlett v. Fine Air Services, Inc.</u>, No. 97-3906-CIV-UNGARO-BENAGES, U.S. District Court, Southern District of Florida, Miami Division. (Affidavit)

<u>Gina Edwards v. University of Central Florida, Florida Board of Regents</u>, et. al, No. CI 97-3420(32), Circuit Court, 9th Judicial Circuit, Orange County, Florida. (Deposition)

<u>Garry Joe Tawney v. The Bolles School</u>, No. 97-03038 CA, Circuit Court, 4th Judicial Circuit, Duval County, Florida. (Deposition)

<u>Waymond Pollocks, et al., v. Sunland Training Center at Marianna, Florida, et al.</u>, No. TCA 87-40103-RH, U.S. District Court, Northern District of Florida, Tallahassee Division. (Trial)

<u>Jeanette Robinson Ward v. Florida State Hospital</u>, Department of Labor and Employment Security, Division of Workers' Compensation, District "A East". (Affidavit)

<u>Craig H. Hull v. Cash America International, Inc.</u>, No.98-607-CIV-ORL-19A, U.S. District Court, Middle District of Florida, Orlando Division. (Deposition)

<u>Robert Schanzer, and Robert R. Madison v. United Technologies Corporation, Pratt & Whitney Aircraft Division</u>, No. 3:98CV00834, U.S. District Court, District of Connecticut. (Deposition and Trial)

<u>Donna Aldret v. State of Florida Department of Labor and Employment Security Division of Workers' Compensation</u>, Claim No. 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. (Deposition and Hearing)

<u>Wilma Nicole Stout v. Baxter Healthcare Corporation</u>, No. 4:99 CV 129-EMB, U.S. District Court, Northern District of Mississippi, Greenville Division. (Affidavit)

<u>Theodore R. Perin v. County of Nassau, Nassau County Department of General Services and R.A. Augisiewicz</u>, No. 95-024094, Supreme Court of the State of New York, County of Nassau. (Affidavit)

<u>National Association for the Advancement of Colored People, et al. v. State of Florida Department of Corrections, et al.</u>, No. 5:00-CV-100-OC-10, U.S. District Court, Middle District of Florida, Ocala Division. (Affidavits, Hearings, Depositions and Trial Testimony)

<u>Kenneth Epperson, et al. v. Pennzoil Products Company</u>, No. CV97-1797, U.S. District Court, Western District of Louisiana, Shreveport Division. (Affidavits)

<u>American Federation of Government Employees, Local 1617, Kelly Air Force Base, San Antonio, Texas v. San Antonio Air Logistics Center, Kelly Air Force Base, San Antonio, Texas</u>, FMCS No. 990929-17655-3. (Arbitration Testimony)

<u>Birmingham Airport Authority v. Alabama State Licensing Board for General Contractors</u>, No. CV-99-G-1504-S, U.S. District Court, Northern District of Alabama, Southern Division. (Deposition)

<u>Linda Rice Chapman v. Florida Department of Health and Rehabilitative Services</u>, No. 96-23274-CA-09, Circuit Court for the Eleventh Judicial Circuit, Dade County, Florida. (Trial)

P. White Testimony (Cont.)

Dunkin' Donuts/Third Dunkin' Donuts Realty, Inc. v. Al-Karim Kassam, et al., No. CIV00-1428 LH, U.S. District Court, District of New Mexico. (Affidavit)

Jerry R. Pike and Patrick A. Thomas v. Lucent Technologies, Inc., No. 1 00-CV-1406 RWS, U.S. District Court, District of Georgia, Atlanta Division. (Deposition)

Mary E. O'Shea v. Summit Bancorp, Jill Christians, Antoinette Foti, Kevin Gillen, and Mary Przybyla, No. L-9865-98, Superior Court of New Jersey, Law Division: Bergen County. (Affidavit)

Michelle Iliadis and Angela Nelson-Croxton v. Wal-Mart Stores, Inc., et al., No. L-5498-02, Superior Court of New Jersey, Middlesex County. (Deposition)

John Kohlbek, William Schrack, and Michael Pritchard v. The City of Omaha, Nebraska, a Municipal Corporation, No. 8:03CV68, U.S. District Court, District of Nebraska. (Deposition)

Shelley Hnot, et al. v. Willis Group Holdings Ltd., et al., No. 01-CV-6558 (GEL), U.S. District Court, Southern District of New York. (Declaration)

International Association of Machinists and Aerospace Workers, et al. v. U-Haul International, Inc., et al., No. 28-CA-18783, National Labor Relations Board, Region 28. (Hearing)

Rosa Scott v. Eastman Chemical Company, No. 2:03-CV-311, U.S. District Court, Eastern District of Tennessee, Greenville Division. (Deposition and Affidavit)

Jacqueline McCoy v. Alberto Gonzales, No. 1:05 CV 371, U.S. District Court, Eastern District of Virginia, Alexandria Division. (Deposition)

Lewis v. City of Chicago, No. 1:98 CV 05596, U.S. District Court, Northern District of Illinois, Eastern Division. (Deposition and Trial)

Barkley, et al. v. Kmart Corporation and Melinda Hart, Civil Action 06-C-69, Circuit Court of Randolph County, West Virginia. (Deposition)

Hillmann v. City of Chicago, No. 04 C 6671, U.S. District Court, Northern District of Illinois, Eastern Division. (Deposition)

King v. ISG Weirton, Inc., Mittal Steel USA, Inc., et al., No. 5:06-CV-74, U.S. District Court, Northern District of West Virginia. (Affidavits)

C. Westbrook Murphy and Harold Schuler v. PricewaterhouseCoopers, LLP, et al., No. 1:02cv982 (RJL)(DAR), U.S. District Court, District of Columbia. (Deposition)

Shiloh, et al. v. New Cingular Wireless Services, Inc., et al., Case No. 05AS00372, Superior Court of the State of California, County of Sacramento. (Declaration)

Vernon Walton v. Bluefield Regional Medical Center, Inc., No. 05-C-768-F, Circuit Court of Mercer County, West Virginia. (Deposition)

Corline Allen, et al. v. McWane, Inc., No. 2-06CV-158, U.S. District Court, Eastern District of Texas, Marshall Division. (Affidavit)

Lisa Svensson v. Putnam Investments LLC, et al., Case No. 04-12711-PBS,. (Deposition)

P. White Testimony (Cont.)

<u>Sharon Dye, et al. v. Kmart Corporation, et al.</u>, No. 06-C-121, Circuit Court of Wood County, West Virginia.  (Affidavit)

<u>Keith Sharick v. Southeastern University of the Health Sciences, et al.</u>, No. 93-15077 (32), Circuit Court of the Eleventh Judicial Circuit, Dade County, Florida.  (Deposition and Trial)

<u>Reginald Moore, et al. v. Chertoff</u>, No. 00-953 (RWR)(DAR), U.S. District Court, District of Columbia.  (Deposition)