Exhibit B

# Analysis of the Investment Division Workforce
## at
## Putnam Investments
## 1998-2003

*In the Matter of*

Lisa Svensson vs. Putnam Investments, LLC, et al.

United States District Court
District of Massachusetts

*Prepared for*

Barron & Stadfeld, P.C.
Boston, Massachusetts

and

John K. Weir Law Offices, LLC
New York, NY

*Prepared by*

Paul F. White, Ph.D.
ERS Group
Washington, D.C.

March 14, 2007

Analysis of the Investment Division Workforce
at
Putnam Investments
1998-2003

## I.    Introduction

This report was undertaken at the request of Mrs. Lisa Svensson as part of a lawsuit she filed against the defendant, Putnam Investments, LLC (hereafter "Putnam"). ERS Group was asked by counsel for Mrs. Svensson to review data for the Investment Division at Putnam and to determine whether or not there is statistical evidence to support the plaintiff's allegation that there is a "glass ceiling" affecting females with respect to their promotion among the officer positions for the time period 1998 through 2002. We were also asked to examine data on the comparators named by the plaintiff to determine their characteristics, namely (a) whether female comparators had higher or lower levels of compensation, ratings, and years of experience compared to their male counterparts, and (b) how the plaintiff compared to her named comparators with respect to compensation, ratings, and years of experience.

This report is organized as follows: Section II provides the sources of information used in forming our opinions. Section III provides the research methodology. Section IV contains the results of the statistical analyses. Section V provides concluding statements. ERS Group charges $400 per hour for my services. My resume and testimony experience are attached as Appendix A to this report.

1

**II.    Data Sources**

The documents and data sources utilized for the preparation of this report are the following:

- <u>First Amended Complaint and Jury Demand</u>, filed by Mrs. Lisa Svensson, dated January 5, 2005.

- Depositions of Lisa Svensson, dated November 30, 2005 and February 1, 2006.

- Deposition of Lauren Allansmith, dated August 31, 2005.

- Deposition of Johsua Brooks, dated November 17, 2005.

- Deposition of Charles Haldeman, dated April 11, 2006.

- Deposition of Lawrence Lasser, dated May 17, 2006.

- Deposition of Mary McNamee, dated November 29, 2005.

- Deposition of Kelly Morgan, dated April 6, 2006.

- Deposition of Stephen Oristaglio, dated June 6, 2006.

- Deposition of Darren Peers, dated April 20, 2006.

- Deposition of Konstantin Stoev, dated August 24, 2006.

- Deposition of Richard Tibbetts, dated June 8, 2006; November 29, 2006; and February 9, 2007.

- Affidavits of Lisa Svensson, dated April 20, 2006 (first through third affidavits) and June 8, 2006 (fourth affidavit).

- Discovery documents produced by the defendant, Bates numbers PRM 0001 through PRM 04042.

- Putnam Officer Directories for the years 1998 through 2002 (the officer directory for 2003, the year of the plaintiff's termination, is not yet available).

- Compensation, Job, and Department data for the plaintiff's named comparators, Bates numbers 5728-5739.

- Equity data for the plaintiff's named comparators, Bates numbers 5734-5747.

- Other sources, as mentioned in the below text.

III.    **Methodology**

This section describes the methodology behind the following analyses contained in this report:

1. Female Representation Among Investment Division Officers
2. Disparate Impact Analyses: Male vs. Female Comparators
3. Disparate Treatment Analyses: Plaintiff vs. Male Comparators

Female Representation among Investment Division Officers: 1998-2002

For the analysis of female representation among officers in the Investment Division, we first worked with the plaintiff to identify the Investment Division officers using information from Putnam's officer directories for the years 1998 (the year in which the plaintiff claims her employment situation at Putnam began to deteriorate) through 2002.[1] The analysis covers Investment Division employees in the Boston office with the following officer titles: Associate Vice-President (AVP), Vice-President (VP), Senior Vice-President (SVP), Managing Director (MD), and Senior Managing Director (SMD).

We then compare the representation of females among officers in 1998 to their representation in 2002 and we use a test of proportions to determine whether there is a statistically significant change between the two years.

---

[1]    At this time, the Putnam officer directory for 2003 is not available. This analysis may be updated if we obtain this additional data.

3

<u>Named Comparators</u>

For the disparate impact and disparate treatment comparator analyses, we examine the following employee characteristics for each year that the plaintiff alleges gender discrimination:

1. Total Compensation
2. Base Salary
3. Value of Equity
4. Total Incentive Payments (Bonuses + Equity Payments)
5. Bonus
6. Final Performance Rating (given by senior management team)
7. Manager Rating (given by direct manager)
8. Years of Investment Experience
9. Years of Putnam Tenure

The plaintiff's fourth affidavit lists the comparators and the time frame for each employment decision at issue. The tables below provide the number of comparators in the Investment Division and the time period at issue for each alleged discriminatory employment decision:

**Disparate Impact Claims**

| Employment Issues | Number of Investment Division Comparators | | | |
|---|---|---|---|---|
| | 2000 | 2001 | 2002 | 2003 |
| Compensation | -- | -- | 80 | 70 |
| Promotion to Managing Director | 35 | 36 | 35 | 31 |
| Demotion from Portfolio Manager | -- | -- | 41 | -- |
| Termination | -- | -- | -- | 66 |

-- Not applicable

**Disparate Treatment Claims**

| Employment Issues | Number of Investment Division Male Comparators | | | |
|---|---|---|---|---|
| | 2000 | 2001 | 2002 | 2003 |
| Compensation | -- | -- | 63 | 55 |
| Promotion to Managing Director | 20 | 20 | 19 | 16 |
| Demotion from Portfolio Manager | -- | -- | 34 | -- |
| Termination | -- | -- | -- | 54 |

-- Not applicable

4

It is my understanding that performance evaluations, equity grants, and bonus amounts are determined after the end of each calendar year – for those who are actively employed at the end of the calendar year.    Thus, when we assess the plaintiff's performance evaluations relative to those of her named comparators in a given year, we analyze them in the context of the performance evaluations that were in effect at the time the promotion, demotion, and termination decisions were made - namely the evaluations from the previous year.

It should also be noted that the number of comparators for any given analysis may be different from the numbers in the above tables due to the fact that the analyses cover those for whom we have data.  If, for example, we do not have data for the manager rating for some people, then the comparator counts for the manager rating analysis will be lower than what is found in the above tables.

### Disparate Impact Analyses:  Male vs. Female Comparators

For the employment issues, years, and comparators mentioned in the above table, we compared the average compensation, performance rating, and experience levels for males to the corresponding average values for females.  We then determine whether the difference in averages is statistically significant (using a t-test of averages).[2]

---

[2]    For an employment outcome (advancement, compensation level, etc.) to be considered "statistically significant," it must be unlikely to have occurred by random chance.  In the context of a compensation analysis, in a gender-neutral decision-making process, we would expect the average compensation levels of female employees to be somewhat similar to the average compensation levels of male employees.  The courts do not mandate that the compensation levels between males are females to be exactly the same.  Rather, the courts recognize that random chance will create a range of acceptable differences.  The statistical tests assist the court in deciding whether the observed outcomes fall within the acceptable range.

The statistical tests utilized in this report calculate the probability that an observed outcome could have occurred by random chance.  This probability is then converted into units called "standard deviations."  While courts have often referred to a standard deviation of "greater than two or three standard deviations," as being statistically significant (Hazelwood School District vs. United States, 433 U.S. 299, 308 n.14 (1977)), the courts have also cautioned that there is no "particular number of 'standard deviations' [which] can determine whether a plaintiff has made out a *prima facie* case in the complex area of employment discrimination" and have generally adopted a case-by-case approach.  See, for example, Watson vs. Fort Worth Bank and Trust, 487 U.S. 977, 995 n. 3 (1988).  In practice, for an outcome to be statistically significant, it will have a standard deviation measure *greater than or equal to* 2.00 in absolute value.  An outcome that has a standard deviation measure *less than* 2.00 in absolute value is considered to be not statistically significant.

5

Disparate Treatment Analyses: Plaintiff vs. Named Comparators

For the disparate treatment analyses, we examined how the plaintiff compared to her named male comparators with respect to compensation levels, ratings, and years of experience. For each employment issue and year, we assigned a rank to each of the named comparators, we report the plaintiff's rank, and finally we report the percentage of employees who are ranked higher than the plaintiff in each category.

## IV.    Results of Statistical Analyses

Female Representation among Investment Division Officers: 1998-2002

Using the available Putnam officer directories, the below table shows the gender composition of Associate Vice-Presidents, Vice-Presidents, Senior Vice-Presidents, Managing Directors, and Senior Managing Directors in the Investment Division. Again, note that the 2003 data is not available at this time.

**Female Representation of
Investment Division Officers
1998-2002
By Year and Officer Level**

| Year | Officer Title | Total Officers | Number Male | Number Female | Percent Female |
|---|---|---|---|---|---|
| 1998 | AVP | 19 | 12 | 7 | 37% |
| 1999 | AVP | 42 | 31 | 11 | 26% |
| 2000 | AVP | 44 | 34 | 10 | 23% |
| 2001 | AVP | 39 | 32 | 7 | 18% |
| 2002 | AVP | 42 | 35 | 7 | 17% |
| Change 1998-2002 | | +23 | +23 | 0 | -20 pts. |
| | | | | | |
| 1998 | VP | 71 | 58 | 13 | 18% |
| 1999 | VP | 67 | 54 | 13 | 19% |
| 2000 | VP | 63 | 51 | 12 | 19% |
| 2001 | VP | 73 | 61 | 12 | 16% |
| 2002 | VP | 82 | 69 | 13 | 16% |
| Change 1998-2002 | | +11 | +11 | 0 | -2 pts. |
| | | | | | |
| 1998 | SVP | 95 | 70 | 25 | 26% |
| 1999 | SVP | 91 | 72 | 19 | 21% |
| 2000 | SVP | 99 | 81 | 18 | 18% |
| 2001 | SVP | 98 | 83 | 15 | 15% |
| 2002 | SVP | 101 | 89 | 12 | 12% |
| Change 1998-2002 | | +6 | +19 | -13 | -14 pts. |
| | | | | | |
| 1998 | MD | 31 | 29 | 2 | 6% |
| 1999 | MD | 38 | 31 | 7 | 18% |
| 2000 | MD | 42 | 33 | 9 | 21% |
| 2001 | MD | 43 | 37 | 6 | 14% |
| 2002 | MD | 47 | 41 | 6 | 13% |
| Change 1998-2002 | | +16 | +12 | +4 | +7 pts. |
| | | | | | |
| 1998 | SMD | 2 | 2 | 0 | 0% |
| 1999 | SMD | 2 | 2 | 0 | 0% |
| 2000 | SMD | 2 | 2 | 0 | 0% |
| 2001 | SMD | 2 | 2 | 0 | 0% |
| 2002 | SMD | 2 | 2 | 0 | 0% |
| Change 1998-2002 | | 0 | 0 | 0 | 0 pts. |

7

As can be seen in the above table, there has been a decrease in the representation of female Investment Division officers at the AVP, VP and SVP levels (by 20 percentage points, 2 percentage points, and 14 percentage points respectively). There has been an increase in the female representation at the MD level. At the SMD level, there continues to be no females holding that officer title in the Investment Division during this time frame.

With respect to the change in the number of male and female officers from 1998 to 2002, the number of male AVPs increased by 23, but there was no overall change in the number of female AVPs. The number of male VPs increased by 11 but again there was no overall increase in the number of female VPs. The number of male SVPs increased by 19 but there was a decrease of 13 female VPs from 1998 to 2002. Only the MD officer title had an increase in the number of female officers from 1998 to 2002 (an increase of 4 female MDs, compared to an increase of 12 male MDs).

Of the changes in representation rates from 1998-2002, the decrease in the SVP representation is statistically significant at -2.58 standard deviations. The changes in the other officer levels are not statistically significant, although it should be noted that the representation of female MDs decreased from 21% to 13% during the 2000-2002 time period raised by the plaintiff in her promotion to MD claims.

The below table shows the female representation among all Investment Division officers for the same time period:

8

### Female Representation of
### Investment Division Officers
### 1998-2002
### By Year

| Year | Total Officers | Number Male | Number Female | Percent Female |
|------|------|------|------|------|
| 1998 | 218 | 171 | 47 | 22% |
| 1999 | 240 | 190 | 50 | 21% |
| 2000 | 250 | 201 | 49 | 20% |
| 2001 | 255 | 215 | 40 | 16% |
| 2002 | 274 | 236 | 38 | 14% |
| Change 1998-2002 | +56 | +65 | -9 | -8 pts. |

As can be seen from the above table, the female representation of all Investment Division officers has decreased from 22% in 1998 to 14% in 2002. Although the number of male officers has increased by 65 during this time period, the number of females has decreased by 9. Using a test of proportions, the difference in female representation among all Investment Division officers between 1998 and 2002 is statistically significant at -2.24 standard deviations.

It should be noted that the representation rates of females are the combined effects of various employment decisions made by both management and the employee - such as hires, promotions, demotions (both voluntary and involuntary), terminations (both voluntary and involuntary), and lateral transfers. In fact, when we focus our analysis on the promotion and demotion rates of female Investment Division officers, we see that the promotion rates are neutral with respect to gender but the demotion rates are significantly

adverse to females.[3]  Nevertheless, the fact that the representation of female officers in the Investment Division has decreased at a statistically significant rate from 1998 to 2002 indicates that there should be further investigation into the causes of this pattern so that one can determine which of the employment decisions is causing this outcome.  At this time, we do not have sufficient work history information on the employees to investigate all of the other employment decisions.

### Disparate Impact Analyses:  Male vs. Female Comparators

*Compensation 2002-2003*:   Appendix B of this report provides the detailed calculations for the comparison between male and female named comparators for the plaintiff's compensation claims.  As can be seen from the table, in general, females received on average lower compensation levels, but had similar performance evaluation measures,[4] more years of investment experience and similar years of Putnam tenure. The results that are statistically significant are: females had a significantly lower bonus payment in 2002 and females had significantly more years of investment experience.

*Promotion to Managing Director 2000-2003*:  Appendix C of this report provides the detailed calculations for the comparison between male and female named comparators for the plaintiff's promotion claims.  As can be seen from the table, in general, females received on average lower compensation levels and performance

---

[3]     The last three appendices of this report provide the detailed results of the promotion and demotion analyses.  Appendix J provides the promotion analysis using officer titles.  Appendix K provides the promotion analyses using functional titles.  Appendix L provides the demotion analyses using functional titles (There is no demotion analysis using officer titles because there were no downward movements of officer titles found in the data).  Each analysis is a "pools" analysis that uses the Fisher's Exact Test to determine the statistical significance for each year/title combination, and then uses the Common Odds Ratio Test to tell whether there is statistical significance either at the year, title, or overall levels, after controlling for differences in the representation of females and the number of promotions/demotions at the year/title level.  The pool of employees is based upon the employees in the "feeder" titles in the previous year, and the female representation of the pool is then compared to the female representation of those who are promoted/demoted in the current year.

[4]     In 2002, there are various ratings that contained letters as well as numbers (e.g., 3a, 3b, etc.).  For purposes of the statistical analyses, we have given these employees ratings consistent with the numerical part of the rating (e.g., 3a is given a value of 3.0).

evaluations, but had more years of investment experience and Putnam tenure. The results that are statistically significant are: total compensation 2000-2003, total incentive payments 2000-2002, bonus payments 2000-2002, equity in 2003, previous year final rating in 2000, and previous year manager rating in 2001.

*Demotion 2002*:  Appendix D of this report provides the detailed calculations for the comparison between male and female named comparators for the plaintiff's demotion claim.  As can be seen from the table, in general, females received on average lower compensation levels and a slightly lower final performance evaluation, but had a slightly higher manager performance rating and more years of investment experience.  Females also had slightly fewer years of Putnam tenure.   The results that are statistically significant are: total compensation, total incentive payments, bonus payments, and equity payments.

*Termination 2003*:   Appendix E of this report provides the detailed calculations for the comparison between male and female named comparators for the plaintiff's termination claim.  As can be seen from the table, in general, females received lower compensation levels and a slightly lower final performance evaluation, but had a slightly higher manager performance rating and more years of investment experience.  Females also had more years of Putnam tenure.  Note that none of these results are statistically significant.

Disparate Treatment Analyses:  Plaintiff vs. Named Comparators

*Compensation 2002-2003*:    Appendix F of this report provides the detailed calculations for the comparison between the plaintiff and her male named comparators for the plaintiff's compensation claims.  The table lists the category of comparison, the year, the number of named comparators (named male comparators plus the plaintiff), the

11

plaintiff's rank among the male comparators, and the percent of male named comparators who are above the plaintiff.[5] As can be seen from the table, most of the male named comparators are above the plaintiff with respect to total compensation. Most of the male named comparators are below the plaintiff with respect to the final ratings. The plaintiff is in the middle with respect to manager ratings. Finally, most of the male named comparators are below the plaintiff with respect to investment experience and Putnam tenure.

*Promotion to Managing Director 2000-2003*: Appendix G of this report provides the detailed calculations for the comparison between the plaintiff and her male named comparators for the plaintiff's promotion claims. As can be seen from the table, most of the male named comparators are above the plaintiff with respect to total compensation. For the final ratings, most of the male comparators are above the plaintiff in three of the four years. For manager ratings, the male comparators are above the plaintiff in two of the four years. Most of the male named comparators are below the plaintiff with respect to investment experience and Putnam tenure.

*Demotion 2002*: Appendix H of this report provides the detailed calculations for the comparison between the plaintiff and her male named comparators for the plaintiff's demotion claim. As can be seen from the table, most of the male named comparators are above the plaintiff with respect to total compensation, although this is a borderline result in that the percent of males above the plaintiff is 51.43%. Most males are above the plaintiff with respect to the final rating, but below the plaintiff with respect to the

---

[5]    A percentage in the final column of the table that is above 50% means that more than half of the male named comparators are above the plaintiff in the respective category. Likewise, a percentage below 50% means that more than half of the male named comparators are below the plaintiff in the respective category. Note that there are no results for 2003 in some lines of the tables because the plaintiff did not receive bonuses, equity payments, or performance ratings prior to her termination. This fact should also be considered when interpreting the total compensation results for 2003 in both the treatment and the impact analyses.

manager rating, and most of the male named comparators are below the plaintiff with respect to investment experience and Putnam tenure.

*Termination 2003*:  Appendix I of this report provides the detailed calculations for the comparison between the plaintiff and her male named comparators for the plaintiff's termination claim.  As can be seen from the table, most of the male named comparators are above the plaintiff with respect to total compensation, but below the plaintiff with respect to base salary.  Most male named comparators are below the plaintiff for the final ratings but slightly more than half are above the plaintiff for the manager rating.  Most of the male named comparators are below the plaintiff with respect to investment experience and Putnam tenure.

**V.    Summary and Conclusions**

I was asked to examine the data provided by Putnam on the named comparators' characteristics for each of the plaintiff's claims (disparate impact and disparate treatment with respect to compensation, promotion to Managing Director, demotion, and termination). I was also asked to examine data from Putnam's officer directories to determine whether there was statistical evidence to suggest that females were disadvantaged in the assignment of officer titles in the Investment Division from 1998 through 2002.

Based upon the data and information reviewed in conducting my analysis, my general conclusions are the following:

- Although there is no statistically significant pattern of promotions adverse to females who hold officer titles, there has been a statistically significant decrease in the representation of females among officers (AVP to SMD) in the Investment Division between 1998 and 2002. There is also a statistically significant pattern of demotions adverse to females during this same time period.

- There has been a statistically significant decrease in the representation of females among Senior Vice-Presidents in the Investment Division from 1998 to 2002.

- Although there are a small number of exceptions, the general finding from the data is that among the disparate impact comparators named by the plaintiff, females tend to have lower levels of compensation, but comparable levels of performance ratings and more years of investment experience and Putnam experience.

- Although there are a small number of exceptions, the general finding from the data is that the plaintiff had lower levels of compensation, comparable performance reviews, and more years of investment and Putnam-specific experience than her male named comparators for her disparate treatment claims.

14

The opinions set forth in this report are based upon the information available to me at this time. If additional information becomes available that substantially impacts my conclusions, then this report is subject to update.

Paul F. White, Ph.D.

**Appendix A**

**Resume and Testimony
Of
Paul F. White, Ph.D.**



ERSGroup
Litigation Consulting • Economics • Analysis • Support
A HURON CONSULTING COMPANY

Washington, DC
2100 M. Street NW
Suite 810
Washington, DC 20037
(202) 328-1515
(202) 462-0594 FAX
http://www.ersgroup.com

### PAUL F. WHITE
2100 M Street, NW, Suite 810 • Washington, DC 20037 • (202) 328-1515
pwhite@ersgroup.com

## PROFESSIONAL EXPERIENCE:

**ERS GROUP**
- Director (2002 – present)

Design and conduct statistical analyses of alleged employment discrimination and the valuation of economic losses with emphasis in the area of labor economics. Present expert testimony regarding statistical analysis of employment practices and estimates of economic losses before federal and state courts and in other judicial settings. Develop and implement systems to monitor employment practices. Plan, organize and present seminars on the use of economics and statistics in employment discrimination cases.

- Vice-President ERS Group (1998 - present)

- Research Economist (1993-1998)

**Florida State University**
- Adjunct Professor (1996-2002)

Member of the graduate faculty for the Executive Management program. Taught courses in Economics and Analytic Research Methods.

**National Institute of Health**
- Research Fellow (1990-1993)

Awarded fellowship to study the economics of aging.

**Womble, Carlyle, Sandridge, and Rice, Winston-Salem, NC**
- Consultant (1992)

Researched and analyzed health insurance statistics to be used as evidence in a medical malpractice case.

**North Carolina State University**
- Research Assistant (1990)

Provided computer programming assistance on several research projects for the Department of Economics and Business.

**North Carolina State University**
- Teaching Assistant (1989-1990)

Taught "Principles of Economics" labs; prepared lectures, assignments, and examinations for the Department of Economics and Business.

Revised February 6, 2006

Professional Experience (Cont.)

### EDUCATION:

Ph.D., North Carolina State University, Labor/Health Economics, 1993 (Minor in Statistics)

M.E., North Carolina State University, Economics, 1992

B.S., James Madison University, Economics, 1989

### HONORS AND AWARDS:

National Institute of Health Fellowship, 1990 to 1993

### SPECIALIZATION:

Labor Economics, Health Economics, Economics of Aging

## PUBLICATIONS AND RESEARCH PAPERS:

Reply to "Comments on 'The Use of Attrition Rates for Economic Loss Calculations in Employment Discrimination Cases: A Hypothetical Case Study,'" (with Josefina V. Tranfa-Abboud and Fredrick M. Holt) Journal of Forensic Economics, Vol. XVIII, No. 1.

"Recent Developments in the Analysis of Employment Practices," (with Joan Haworth and Janet Thornton), Development in Litigation Economics, Vol. 87. Eds. Patrick Gaughan and Robert Thornton, Contemporary Studies in Economic and Financial Analysis. New York: Elsevier, 2005.

"The Use of Attrition Rates for Economic Loss Calculations in Employment Discrimination Cases: A Hypothetical Case Study," (with Josefina V. Tranfa-Abboud and Fredrick M. Holt) Journal of Forensic Economics, Vol. XVI, No. 2, Spring/Summer 2003 (Published September 2004).

"The Numbers Game: Statistics offered to show discrimination may promise more than they prove," (with Leslie Turner), Legal Times, Volume XXVII, No. 16, April 2004.

"Cost-Efficient Use of Your Expert Witness – From the Expert Witness' Point of View," Bar Bulletin, Maryland State Bar Association, October 2002.

"The Use of an Economist in Labor and Employment Disputes: Legal and Practical Considerations," (with James Garrity), The Florida Bar Journal, Vol. LXXIV, No. 11, December 2000.

"Approaches for Dealing With Small Sample Sizes in Employment Discrimination Litigation," (with Michael J. Piette), Journal of Forensic Economics, Vol. XII, No. 1, Winter 1999.

"Use of 'Reverse Regression' in Employment Discrimination Analysis," (with Michael J. Piette), Journal of Forensic Economics, Vol. XI, No. 2, Spring/Summer 1998.

Review of "Tenure, Discrimination, and the Courts" by Terry L. Leap, Journal of Forensic Economics, Vol. IX, No. 2, Spring/Summer 1996.

"Allocating Time to Caring and Working: Evidence from the National Long-Term Care Survey," working paper with Dr. Ann A. McDermed and Dr. Alvin E. Headen.



ERSGroup
Litigation Consulting • Economics • Analysis • Support
A SOURCECORP COMPANY

Publications and Research Papers (Cont.)

Long-Term Care of the Disabled Elderly, "Working vs. Helping - A Caregiver's Dilemma," Ph.D. Dissertation, Department of Economics, North Carolina State University, August, 1993.

"The Proposed Virginia Coal Slurry Pipeline and Its Employment Effects on the Railroad Industry," (with Ehsan Ahmed), Journal of Applied Business Research, Fall, 1990.

## PRESENTATIONS/PROFESSIONAL MEETINGS:

"Employment Discrimination:  Economic and Statistical Evidence," ERS Group seminar, various dates and locations.

"Crafting Effective and OFCCP Compliant Affirmative Action Plans," ERS Group seminar, various dates and locations.

"Analyzing and Monitoring Compensation in Today's Regulatory Environment," ERS Group seminar, various dates and locations.

"Use of Statistics in Employment Litigation," presented as part of a seminar entitled "Federal Aviation Administration Personnel and Labor Law Conference," Atlanta, GA, 2005.

"Economic Damages:  The Effects of Explicit and Implicit Methodological Decisions," paper presented as part of a seminar entitled "Current Developments in Labor & Employment Law," The Center of Continuing Professional Development, Louisiana State University, Baton Rouge, LA, 2005.

"Employment Class Actions:  Case Law Developments, Statistical Issues and Practical Suggestions," (with Alison B. Marshall).   Sponsored by the Bar Association of the District of Columbia, Washington, D.C., 2004.

"The Use of Statistics in Employment Litigation:  The Importance of Assumptions," Employment Law Seminar, Sponsored by:  Federal Bar Association, Broward County Chapter, Broward County Bar Association - Employment Law Section, Broward County Women Lawyers Association, Fort Lauderdale, Florida, 2003.

"What Happens When We Assume:  Don't Let It Happen to Your Economic and Statistical Expert," paper presented as part of a seminar entitled "Current Developments in Labor & Employment Law," The Center of Continuing Professional Development, Louisiana State University, Baton Rouge, LA, 2003.

"The Use (and Misuse) of Economics and Statistics in Employment Litigation," paper presented as part of a seminar entitled "Employment Law 2000: The Right Mix," Louisiana State Bar Association, New Orleans, LA, 2000.

"Analyzing Allegations of Discrimination in Termination Cases," paper presented as part of a seminar entitled "Employee Discharge and Documentation," Tallahassee, Florida, 1995-2000.

"Private Sector Employment Opportunities for Economics Majors," presentation for Omicron Delta Epsilon, Florida State University's economics honor society, Tallahassee, FL, 1998.

"Approaches for Dealing With Small Sample Sizes in Employment Discrimination Litigation," (with Michael J. Piette) paper presented at the Southern Economic Association Annual Meetings, Atlanta, GA, 1997.



Presentations/Professional Meetings (Cont.)

"The Use of 'Reverse Regression' in Employment Discrimination Analysis" (with Michael J. Piette), paper presented at the Allied Social Science Association Annual Meetings, New Orleans, Louisiana, 1997.

"Employment Discrimination," presentation for Alpha Kappa Psi, Florida State University's professional business fraternity, Tallahassee, FL, 1996.

"Informal Caregivers of the Disabled: Applications for the Forensic Economist," paper presented at the Southern Economic Association Annual Meetings, New Orleans, Louisiana, 1995.

"Allocating Time to Caring and Working: Evidence from the National Long-Term Care Survey," paper presented at the Southern Economic Association Annual Meetings, Orlando, Florida, 1994.

"Estimating the Shadow Price of Informal Care," paper presented at the Allied Social Science Association Annual Meetings, Boston, Massachusetts, 1994.

"What President Clinton's Health Care Plan Will Mean to You," lecture presented as part of the Valencia Community College Notable Speaker Series, Orlando, Florida, 1994.

## PROFESSIONAL ASSOCIATION AND MEMBERSHIPS:

American Economics Association

National Association of Forensic Economics

## PROFESSIONAL JOURNAL REFEREE:

Contemporary Economic Policy, Western Economic Association

Journal of Forensic Economics, National Association of Forensic Economics

Litigation Economics Review, National Association of Forensic Economics

## PROFESSIONAL JOURNAL BOARD OF EDITORS:

Journal of Business Valuation and Economic Loss Analysis, National Association of Certified Valuation Analysts.



ERSGroup

Litigation Consulting • Economics • Analysis • Support

A SOURCECORP COMPANY



**Washington, DC**
2100 M. Street NW
Suite 810
Washington, DC 20037
(202) 328-1515
(202) 462-0594 FAX
http://www.ersgroup.com

## PAUL F. WHITE

2100 M. Street, NW, Suite 810 • Washington, DC 20037 • (202) 328-1515
pwhite@ersgroup.com

## TESTIMONY

Everette Prince v. Barnes Group, Inc. and Bowman Distribution; No. 5:94-CV-483-F(3), U.S. District Court, Eastern District of North Carolina, Western Division. (Declaration)

Kenneth Causey v. City of Gretna, Florida, et al.; No. 94-40586-WS, U.S. District Court, Northern District of Florida, Tallahassee Division. (Deposition)

Joseph C. Mulé, et al. v. Larry Alton Carr, et al.; No. 93-7395 Division "O" Civil Division, Circuit Court, 13th Judicial Circuit, In and for Hillsborough County, Florida. (Deposition)

Stuart N. Robins v. Flagship Airlines and AMR Corporation; No. 94-C3589, Circuit Court, Davidson County, Tennessee. (Declaration)

Louise L. Wilson, Beowulf L. Snell, et al. v. Macon Telegraph Publishing Company, Inc.; No. 5:95-CV-522-2 (DF), U.S. District Court, Middle District of Georgia, Macon Division. (Affidavit)

David Hipp, Harry W. McKown, Jr., et al. v. Liberty National Life Insurance Company; No. 95-1332-CIV-T-17A, U.S. District Court, Middle District of Florida, Tampa Division. (Deposition)

Margaret H. Daniel v. University of Southwestern Louisiana; No. 95-2170, U.S. District Court, Western District of Louisiana, Lafayette-Opelousas Division. (Trial)

Lois Gordon, et al. v. Columbia Gas & Electric, et al., No. 95-CI-0095, Court of Common Pleas, Civil Division, Marion County, Ohio. (Deposition)

Connie Yon and Delores Bryant v. Department of Corrections and Steve Comeford; No. 93-4635, Second Judicial Circuit, Leon County, Florida. (Hearing)

Sergio Bonich, et al. v. Herman Miller, Inc., No. 95-3455/CA21, Circuit, Court, 11th Judicial Circuit, Dade County, Florida. (Deposition)

Caroline Burney v. Rheem Manufacturing Company, Inc., No. CV-97-D-1300-N, U.S. District Court, Middle District of Alabama, Northern Division. (Affidavit)

Pamela L. Biggs v. State of Florida, Board of Regents, No. 1:96-CV-185-MMP, U.S. District Court, Northern District of Florida, Gainesville Division. (Deposition)

Faith D. McKnight v. State of Florida, Department of Health and Rehabilitative Services, et al., No. 96-1167-CIV-J99(S), U.S. District Court, Middle District of Florida, Jacksonville Division. (Deposition)

Grant H. Danskine, et al. v. Metro Dade County, No. 97-2068-CIV-HIGHSMITH, U.S. District Court, Southern District of Florida, Miami Division. (Affidavit & Deposition)

Revised February 27, 2007

P. White Testimony (Cont.)

Michael Corlett v. Fine Air Services, Inc., No. 97-3906-CIV-UNGARO-BENAGES, U.S. District Court, Southern District of Florida, Miami Division. (Affidavit)

Gina Edwards v. University of Central Florida, Florida Board of Regents, et. al, No. CI 97-3420(32), Circuit Court, 9th Judicial Circuit, Orange County, Florida. (Deposition)

Garry Joe Tawney v. The Bolles School, No. 97-03038 CA, Circuit Court, 4th Judicial Circuit, Duval County, Florida. (Deposition)

Waymond Pollocks, et al., v. Sunland Training Center at Marianna, Florida, et al., No. TCA 87-40103-RH, U.S. District Court, Northern District of Florida, Tallahassee Division. (Trial)

Jeanette Robinson Ward v. Florida State Hospital, Department of Labor and Employment Security, Division of Workers' Compensation, District "A East". (Affidavit)

Craig H. Hull v. Cash America International, Inc., No.98-607-CIV-ORL-19A, U.S. District Court, Middle District of Florida, Orlando Division. (Deposition)

Robert Schanzer, and Robert R. Madison v. United Technologies Corporation, Pratt & Whitney Aircraft Division, No. 3:98CV00834, U.S. District Court, District of Connecticut. (Deposition and Trial)

Donna Aldret v. State of Florida Department of Labor and Employment Security Division of Workers' Compensation, Claim No. 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. (Deposition and Hearing)

Wilma Nicole Stout v. Baxter Healthcare Corporation, No. 4:99 CV 129-EMB, U.S. District Court, Northern District of Mississippi, Greenville Division. (Affidavit)

Theodore R. Perin v. County of Nassau, Nassau County Department of General Services and R.A. Augisiewicz, No. 95-024094, Supreme Court of the State of New York, County of Nassau. (Affidavit)

National Association for the Advancement of Colored People, et al. v. State of Florida Department of Corrections, et al., No. 5:00-CV-100-OC-10, U.S. District Court, Middle District of Florida, Ocala Division. (Affidavits, Hearings, Depositions and Trial Testimony)

Kenneth Epperson, et al. v. Pennzoil Products Company, No. CV97-1797, U.S. District Court, Western District of Louisiana, Shreveport Division. (Affidavits)

American Federation of Government Employees, Local 1617, Kelly Air Force Base, San Antonio, Texas v. San Antonio Air Logistics Center, Kelly Air Force Base, San Antonio, Texas, FMCS No. 990929-17655-3. (Arbitration Testimony)

Birmingham Airport Authority v. Alabama State Licensing Board for General Contractors, No. CV-99-G-1504-S, U.S. District Court, Northern District of Alabama, Southern Division. (Deposition)

Linda Rice Chapman v. Florida Department of Health and Rehabilitative Services, No. 96-23274-CA-09, Circuit Court for the Eleventh Judicial Circuit, Dade County, Florida. (Trial)

P. White Testimony (Cont.)

Dunkin' Donuts/Third Dunkin' Donuts Realty, Inc. v. Al-Karim Kassam, et al., No. CIV00-1428 LH, U.S. District Court, District of New Mexico. (Affidavit)

Jerry R. Pike and Patrick A. Thomas v. Lucent Technologies, Inc., No. 1 00-CV-1406 RWS, U.S. District Court, District of Georgia, Atlanta Division. (Deposition)

Mary E. O'Shea v. Summit Bancorp, Jill Christians, Antoinette Foti, Kevin Gillen, and Mary Przybyla, No. L-9865-98, Superior Court of New Jersey, Law Division: Bergen County. (Affidavit)

Michelle Iliadis and Angela Nelson-Croxton v. Wal-Mart Stores, Inc., et al., No. L-5498-02, Superior Court of New Jersey, Middlesex County. (Deposition)

John Kohlbek, William Schrack, and Michael Pritchard v. The City of Omaha, Nebraska, a Municipal Corporation, No. 8:03CV68, U.S. District Court, District of Nebraska. (Deposition)

Shelley Hnot, et al. v. Willis Group Holdings Ltd., et al., No. 01-CV-6558 (GEL), U.S. District Court, Southern District of New York. (Declaration)

International Association of Machinists and Aerospace Workers, et al. v. U-Haul International, Inc., et al., No. 28-CA-18783, National Labor Relations Board, Region 28. (Hearing)

Rosa Scott v. Eastman Chemical Company, No. 2:03-CV-311, U.S. District Court, Eastern District of Tennessee, Greenville Division. (Deposition and Affidavit)

Jacqueline McCoy v. Alberto Gonzales, No. 1:05 CV 371, U.S. District Court, Eastern District of Virginia, Alexandria Division. (Deposition)

Lewis v. City of Chicago, No. 1:98 CV 05596, U.S. District Court, Northern District of Illinois, Eastern Division. (Deposition and Trial)

Barkley, et al. v. Kmart Corporation and Melinda Hart, Civil Action 06-C-69, Circuit Court of Randolph County, West Virginia. (Deposition)

**Appendix B**

**Disparate Impact Analysis
Compensation
2002-2003**

## Disparate Impact Analysis
## Compensation
## 2002-2003

| Category | Year | Number of Females | Number of Males | Female Average | Male Average | Female Average Minus Male Average | T-Value | Significance |
|---|---|---|---|---|---|---|---|---|
| Total Compensation | 2002 | 17 | 63 | $663,045 | $1,068,893 | -$405,848 | -1.80 | none |
| Total Compensation | 2003 | 15 | 55 | $835,792 | $1,278,974 | -$443,183 | -1.65 | none |
| Total Incentives | 2002 | 15 | 56 | $567,334 | $1,014,156 | -$446,822 | -1.85 | none |
| Total Incentives | 2003 | 10 | 46 | $1,006,512 | $1,329,915 | -$323,402 | -1.08 | none |
| Base Salary | 2002 | 17 | 63 | $162,456 | $167,421 | -$4,965 | -0.51 | none |
| Base Salary | 2003 | 15 | 55 | $164,783 | $166,682 | -$1,898 | -0.18 | none |
| Bonus | 2002 | 15 | 56 | $500,667 | $891,830 | -$391,164 | -2.23 | negative |
| Bonus | 2003 | 10 | 46 | $749,000 | $888,043 | -$139,043 | -0.77 | none |
| Equity | 2002 | 15 | 56 | $66,667 | $122,326 | -$55,658 | -0.63 | none |
| Equity | 2003 | 10 | 46 | $257,512 | $441,871 | -$184,359 | -1.29 | none |
| Investment Experience | 2002 | 11 | 48 | 16.27 | 12.29 | 3.98 | 2.39 | positive |
| Investment Experience | 2003 | 10 | 42 | 16.30 | 13.12 | 3.18 | 2.67 | positive |
| Putnam Tenure | 2002 | 17 | 63 | 7.43 | 7.17 | 0.26 | 0.21 | none |
| Putnam Tenure | 2003 | 15 | 55 | 8.41 | 7.86 | 0.55 | 0.42 | none |
| Final Rating | 2002 | 11 | 43 | 2.91 | 2.81 | 0.10 | 0.29 | none |
| Final Rating | 2003 | 0 | 0 | . | . | . | . | . |
| Manager Rating* | 2002 | 11 | 49 | 3.72 | 3.75 | -0.03 | -0.15 | none |
| Manager Rating* | 2003 | 1 | 0 | 3.00 | . | . | . | . |

*Exhibit 3 of Nov 30(b)6 deposition of Tibbetts
Note: Final and managerial rankings are from the previous year.

**Appendix C**

**Disparate Impact Analysis**
**Promotion to Managing Director**
**2000-2003**

Disparate Impact Analysis
Promotion to Managing Director
2000-2003

| Category | Year | Number of Females | Number of Males | Female Average | Male Average | Female Average Minus Male Average | T-Value | Significance |
|---|---|---|---|---|---|---|---|---|
| Total Compensation | 2000 | 7 | 28 | $1,246,155 | $1,884,079 | -$637,924 | -3.19 | negative |
| Total Compensation | 2001 | 7 | 29 | $703,676 | $1,314,157 | -$610,481 | -2.95 | negative |
| Total Compensation | 2002 | 7 | 28 | $625,964 | $1,081,965 | -$456,001 | -2.37 | negative |
| Total Compensation | 2003 | 6 | 25 | $696,130 | $1,667,827 | -$971,697 | -2.41 | negative |
| Total Incentives | 2000 | 7 | 28 | $1,087,262 | $1,721,046 | -$633,784 | -3.20 | negative |
| Total Incentives | 2001 | 7 | 29 | $543,426 | $1,146,053 | -$602,628 | -2.97 | negative |
| Total Incentives | 2002 | 6 | 25 | $543,333 | $1,023,401 | -$480,068 | -2.64 | negative |
| Total Incentives | 2003 | 4 | 23 | $801,258 | $1,627,638 | -$826,381 | -1.88 | none |
| Base Salary | 2000 | 7 | 28 | $158,893 | $163,032 | -$4,139 | -0.34 | none |
| Base Salary | 2001 | 7 | 29 | $160,250 | $168,103 | -$7,853 | -0.71 | none |
| Base Salary | 2002 | 7 | 28 | $160,250 | $168,214 | -$7,964 | -0.72 | none |
| Base Salary | 2003 | 6 | 25 | $161,958 | $170,400 | -$8,442 | -0.64 | none |
| Bonus | 2000 | 7 | 28 | $927,857 | $1,379,464 | -$451,607 | -2.40 | negative |
| Bonus | 2001 | 7 | 29 | $394,286 | $802,759 | -$408,473 | -2.57 | negative |
| Bonus | 2002 | 6 | 25 | $543,333 | $971,400 | -$428,067 | -2.65 | negative |
| Bonus | 2003 | 4 | 23 | $676,250 | $1,018,913 | -$342,663 | -1.37 | none |
| Equity | 2000 | 7 | 28 | $159,405 | $341,582 | -$182,177 | -1.44 | none |
| Equity | 2001 | 7 | 29 | $149,140 | $343,295 | -$194,155 | -1.67 | none |
| Equity | 2002 | 6 | 25 | $0 | $52,001 | -$52,001 | -1.43 | none |
| Equity | 2003 | 4 | 23 | $125,008 | $608,725 | -$483,718 | -2.07 | negative |
| Investment Experience | 2000 | 4 | 21 | 12.75 | 10.76 | 1.99 | 0.95 | none |
| Investment Experience | 2001 | 4 | 22 | 13.75 | 11.55 | 2.20 | 1.05 | none |
| Investment Experience | 2002 | 4 | 22 | 14.75 | 12.55 | 2.20 | 1.05 | none |
| Investment Experience | 2003 | 4 | 19 | 15.75 | 13.79 | 1.96 | 0.95 | none |

Disparate Impact Analysis
Promotion to Managing Director
2000-2003
(continued)

| Category | Year | Number of Females | Number of Males | Female Average | Male Average | Female Average Minus Male Average | T-Value | Significance |
|---|---|---|---|---|---|---|---|---|
| Putnam Tenure | 2000 | 7 | 28 | 6.85 | 5.48 | 1.37 | 0.67 | none |
| Putnam Tenure | 2001 | 7 | 29 | 7.85 | 6.46 | 1.39 | 0.70 | none |
| Putnam Tenure | 2002 | 7 | 28 | 8.76 | 7.01 | 1.75 | 0.95 | none |
| Putnam Tenure | 2003 | 6 | 25 | 10.04 | 7.52 | 2.53 | 1.25 | none |
| Final Rating | 2000 | 7 | 24 | 3.14 | 3.96 | -0.82 | -2.57 | negative |
| Final Rating | 2001 | 7 | 27 | 3.33 | 3.74 | -0.42 | -1.91 | none |
| Final Rating | 2002 | 7 | 26 | 3.05 | 3.48 | -0.43 | -1.44 | none |
| Final Rating | 2003 | 6 | 21 | 2.67 | 2.67 | 0.00 | 0.00 | none |
| Manager Rating* | 2000 | 5 | 21 | 4.32 | 4.15 | 0.17 | 0.75 | none |
| Manager Rating* | 2001 | 7 | 24 | 3.47 | 3.97 | -0.50 | -2.74 | negative |
| Manager Rating* | 2002 | 4 | 23 | 3.75 | 3.84 | -0.09 | -0.29 | none |
| Manager Rating* | 2003 | 5 | 23 | 3.80 | 3.98 | -0.18 | -0.63 | none |

*Exhibit 3 of Nov 30(b)6 deposition of Tibbetts
Note: Final and managerial rankings are from the previous year.

**Appendix D**

**Disparate Impact Analysis**
**Demotion**
**2002**

## Disparate Impact Analysis
### Demotion
### 2002

| Category | Year | Number of Females | Number of Males | Female Average | Male Average | Female Average Minus Male Average | T-Value | Significance |
|---|---|---|---|---|---|---|---|---|
| Total Compensation | 2002 | 6 | 35 | $636,667 | $1,298,150 | -$661,483 | -2.16 | negative |
| Total Incentives | 2002 | 6 | 31 | $463,333 | $1,270,169 | -$806,836 | -2.48 | negative |
| Base Salary | 2002 | 6 | 35 | $173,333 | $173,143 | $190 | 0.01 | none |
| Bonus | 2002 | 6 | 31 | $463,333 | $1,066,935 | -$603,602 | -2.23 | negative |
| Equity | 2002 | 6 | 31 | $0 | $203,233 | -$203,233 | -2.84 | negative |
| Investment Experience | 2002 | 6 | 27 | 17.17 | 13.56 | 3.61 | 1.68 | none |
| Putnam Tenure | 2002 | 6 | 35 | 8.29 | 9.10 | -0.81 | -0.37 | none |
| Final Rating | 2002 | 5 | 29 | 2.92 | 3.11 | -0.19 | -0.54 | none |
| Manager Rating* | 2002 | 5 | 31 | 3.80 | 3.64 | 0.16 | 0.49 | none |

*Exhibit 3 of Nov 30(b)6 deposition of Tibbetts
Note: Final and managerial rankings are from the previous year.

**Appendix E**

**Disparate Impact Analysis
Termination 2003**

## Disparate Impact Analysis
## Termination
## 2003

| Category | Year | Number of Females | Number of Males | Female Average | Male Average | Female Average Minus Male Average | T-Value | Significance |
|---|---|---|---|---|---|---|---|---|
| Total Compensation | 2003 | 12 | 54 | $999,323 | $1,300,251 | -$300,929 | -1.02 | none |
| Total Incentives | 2003 | 10 | 46 | $1,006,512 | $1,329,915 | -$323,402 | -1.08 | none |
| Base Salary | 2003 | 12 | 54 | $160,563 | $167,361 | -$6,799 | -0.60 | none |
| Bonus | 2003 | 10 | 46 | $749,000 | $888,043 | -$139,043 | -0.77 | none |
| Equity | 2003 | 10 | 46 | $257,512 | $441,871 | -$184,359 | -1.29 | none |
| Investment Experience | 2003 | 9 | 41 | 16.00 | 13.22 | 2.78 | 1.53 | none |
| Putnam Tenure | 2003 | 12 | 54 | 8.93 | 7.70 | 1.22 | 0.85 | none |
| Final Rating | 2003 | 10 | 40 | 2.70 | 2.83 | -0.13 | -0.39 | none |
| Manager Rating* | 2003 | 10 | 46 | 3.85 | 3.77 | 0.07 | 0.34 | none |

*Exhibit 3 of Nov 30(b)6 deposition of Tibbetts
Note: Final and managerial rankings are from the previous year.

# Appendix F

# Disparate Treatment Analysis
# Compensation
# 2002-2003

| Disparate Treatment Analysis Compensation 2002-2003 | | | | |
|---|---|---|---|---|
| Category | Year | Number (with Plaintiff) | Rank | Percentage Greater Than Plaintiff |
| Total Compensation | 2002 | 64 | 36 | 54.69% |
| Total Compensation | 2003 | 56 | 50 | 87.50% |
| Total Incentives | 2002 | 57 | 36 | 61.40% |
| Total Incentives | 2003 | 46 | . | . |
| Base Salary | 2002 | 64 | 30 | 45.31% |
| Base Salary | 2003 | 56 | 25 | 42.86% |
| Bonus | 2002 | 57 | 36 | 61.40% |
| Bonus | 2003 | 46 | . | . |
| Equity | 2002 | 57 | 11 | 17.54% |
| Equity | 2003 | 46 | . | . |
| Investment Experience | 2002 | 49 | 16 | 30.61% |
| Investment Experience | 2003 | 43 | 14 | 30.23% |
| Putnam Tenure | 2002 | 64 | 19 | 28.13% |
| Putnam Tenure | 2003 | 56 | 19 | 32.14% |
| Final Rating | 2002 | 44 | 9 | 18.18% |
| Final Rating | 2003 | 0 | . | . |
| Manager Rating* | 2002 | 50 | 26 | 50.00% |
| Manager Rating* | 2003 | 0 | . | . |

*Exhibit 3 of Nov 30(b)6 deposition of Tibbetts
Note: Final and managerial rankings are from the previous year.

# Appendix G

## Disparate Treatment Analysis
## Promotion to Managing Director
## 2000-2003

| Disparate Treatment Analysis Promotion to Managing Director 2000-2003 | | | | |
|---|---|---|---|---|
| Category | Year | Number (with Plaintiff) | Rank | Percentage Greater Than Plaintiff |
| Total Compensation | 2000 | 21 | 17 | 76.19% |
| Total Compensation | 2001 | 21 | 19 | 85.71% |
| Total Compensation | 2002 | 20 | 15 | 70.00% |
| Total Compensation | 2003 | 17 | 15 | 82.35% |
| Total Incentives | 2000 | 21 | 17 | 76.19% |
| Total Incentives | 2001 | 21 | 18 | 80.95% |
| Total Incentives | 2002 | 17 | 15 | 82.35% |
| Total Incentives | 2003 | 14 | . | . |
| Base Salary | 2000 | 21 | 16 | 71.43% |
| Base Salary | 2001 | 21 | 11 | 47.62% |
| Base Salary | 2002 | 20 | 10 | 45.00% |
| Base Salary | 2003 | 17 | 8 | 41.18% |
| Bonus | 2000 | 21 | 12 | 52.38% |
| Bonus | 2001 | 21 | 13 | 57.14% |
| Bonus | 2002 | 17 | 15 | 82.35% |
| Bonus | 2003 | 14 | . | . |
| Equity | 2000 | 21 | 14 | 61.90% |
| Equity | 2001 | 21 | 17 | 76.19% |
| Equity | 2002 | 17 | 3 | 11.76% |
| Equity | 2003 | 14 | . | . |
| Investment Experience | 2000 | 14 | 4 | 21.43% |
| Investment Experience | 2001 | 14 | 4 | 21.43% |
| Investment Experience | 2002 | 14 | 4 | 21.43% |
| Investment Experience | 2003 | 11 | 4 | 27.27% |
| Putnam Tenure | 2000 | 21 | 11 | 47.62% |
| Putnam Tenure | 2001 | 21 | 11 | 47.62% |
| Putnam Tenure | 2002 | 20 | 9 | 40.00% |
| Putnam Tenure | 2003 | 17 | 8 | 41.18% |
| Final Rating | 2000 | 18 | 15 | 77.78% |
| Final Rating | 2001 | 20 | 15 | 70.00% |
| Final Rating | 2002 | 18 | 16 | 83.33% |
| Final Rating | 2003 | 14 | 4 | 21.43% |
| Manager Rating* | 2000 | 15 | 3 | 13.33% |
| Manager Rating* | 2001 | 17 | 6 | 29.41% |
| Manager Rating* | 2002 | 15 | 10 | 60.00% |
| Manager Rating* | 2003 | 15 | 12 | 73.33% |
| *Exhibit 3 of Nov 30(b)6 deposition of Tibbetts Note: Final and managerial rankings are from the previous year. | | | | |

**Appendix H**

**Disparate Treatment Analysis**
**Demotion**
**2002**

| Disparate Treatment Analysis Demotion 2002 | | | | |
|---|---|---|---|---|
| Category | Year | Number (with Plaintiff) | Rank | Percentage Greater Than Plaintiff |
| Total Compensation | 2002 | 35 | 19 | 51.43% |
| Total Incentives | 2002 | 31 | 19 | 58.06% |
| Base Salary | 2002 | 35 | 20 | 54.29% |
| Bonus | 2002 | 31 | 19 | 58.06% |
| Equity | 2002 | 31 | 10 | 29.03% |
| Investment Experience | 2002 | 27 | 12 | 40.74% |
| Putnam Tenure | 2002 | 35 | 14 | 37.14% |
| Final Rating | 2002 | 29 | 24 | 79.31% |
| Manager Rating* | 2002 | 31 | 15 | 45.16% |

*Exhibit 3 of Nov 30(b)6 deposition of Tibbetts
Note: Final and managerial rankings are from the previous year.

# Appendix I

## Disparate Treatment Analysis
## Termination
## 2003

| Disparate Treatment Analysis<br>Termination<br>2003 | | | | |
|---|---|---|---|---|
| Category | Year | Number<br>(with Plaintiff) | Rank | Percentage<br>Greater Than<br>Plaintiff |
| Total Compensation | 2003 | 55 | 50 | 89.09% |
| Total Incentives | 2003 | 46 | . | . |
| Base Salary | 2003 | 55 | 25 | 43.64% |
| Bonus | 2003 | 46 | . | . |
| Equity | 2003 | 46 | . | . |
| Investment Experience | 2003 | 42 | 14 | 30.95% |
| Putnam Tenure | 2003 | 55 | 18 | 30.91% |
| Final Rating | 2003 | 41 | 8 | 17.07% |
| Manager Rating* | 2003 | 47 | 26 | 53.19% |

*Exhibit 3 of Nov 30(b)6 deposition of Tibbetts
Note: Final and managerial rankings are from the previous year.

**Appendix J**

**Promotion Analysis
Officer Titles
1998-2002**

Officer Promotions – 1998-2002
Officer Title
by Year
Controlling for Officer Title

| Year | Count of Officers in Previous Year | | Count of Officers Promoted From Previous Officer Title | | Expected Number of Female Promotions | Difference | Number of Standard Deviations |
|------|--------|------|--------|------|--------|------|--------|
| | Female | Male | Female | Male | | | |
| 1998 | 46 | 136 | 4 | 23 | 8.04 | -4.04 | -1.79 |
| 1999 | 47 | 171 | 6 | 14 | 4.70 | 1.30 | 0.48 |
| 2000 | 50 | 190 | 6 | 28 | 7.38 | -1.38 | -0.39 |
| 2001 | 49 | 201 | 6 | 26 | 6.55 | -0.55 | 0.00 |
| 2002 | 40 | 215 | 8 | 34 | 7.13 | 0.87 | 0.21 |
| Overall | 232 | 913 | 30 | 125 | 33.79 | -3.79 | -0.73 |

Notes:
Limited to Investment Division

Officer Promotions - 1998-2002
Officer Title
by Officer Title
Controlling for Year

| Officer Title | Count of Officers in Previous Year | | Count of Officers Promoted From Previous Officer Title | | Expected Number of Female Promotions | Difference | Number of Standard Deviations |
|---|---|---|---|---|---|---|---|
| | Female | Male | Female | Male | | | |
| AVP | 43 | 126 | 13 | 44 | 13.70 | -0.70 | -0.07 |
| MD | 25 | 157 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| SMD | 0 | 10 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| SVP | 100 | 360 | 9 | 22 | 6.58 | 2.42 | 0.89 |
| VP | 64 | 260 | 8 | 59 | 13.51 | -5.51 | -1.77 |
| Overall | 232 | 913 | 30 | 125 | 33.79 | -3.79 | -0.73 |

Notes:
Limited to Investment Division

Officer Promotions - 1998-2002
Officer Title
by Year and Officer Title

| Year | Officer Title | Count of Officers in Previous Officer Title | | Count of Officers Promoted From Previous Officer Title | | Expected Number of Female Promotions | Difference | Number of Standard Deviations |
|------|---------------|--------|------|--------|------|--------|--------|--------|
| | | Female | Male | Female | Male | | | |
| 1998 | AVP | 8 | 17 | 1 | 9 | 3.20 | -2.20 | -1.51 |
| 1998 | MD | 1 | 27 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1998 | SMD | 0 | 2 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1998 | SVP | 23 | 54 | 1 | 3 | 1.19 | -0.20 | 0.00 |
| 1998 | VP | 14 | 36 | 2 | 11 | 3.64 | -1.64 | -0.81 |
| 1999 | AVP | 7 | 12 | 1 | 2 | 1.10 | -0.11 | 0.00 |
| 1999 | MD | 2 | 29 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1999 | SMD | 0 | 2 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1999 | SVP | 25 | 70 | 4 | 2 | 1.58 | 2.42 | 1.76 |
| 1999 | VP | 13 | 58 | 1 | 10 | 2.01 | -1.01 | -0.38 |
| 2000 | AVP | 11 | 31 | 2 | 8 | 2.62 | -0.62 | -0.06 |
| 2000 | MD | 7 | 31 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2000 | SMD | 0 | 2 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2000 | SVP | 19 | 72 | 2 | 5 | 1.46 | 0.54 | 0.12 |
| 2000 | VP | 13 | 54 | 2 | 15 | 3.30 | -1.30 | -0.54 |
| 2001 | AVP | 10 | 34 | 4 | 10 | 3.18 | 0.82 | 0.27 |
| 2001 | MD | 9 | 33 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2001 | SMD | 0 | 2 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2001 | SVP | 18 | 81 | 1 | 6 | 1.27 | -0.27 | 0.00 |
| 2001 | VP | 12 | 51 | 1 | 10 | 2.10 | -1.09 | -0.45 |
| 2002 | AVP | 7 | 32 | 5 | 15 | 3.59 | 1.41 | 0.75 |
| 2002 | MD | 6 | 37 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2002 | SMD | 0 | 2 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2002 | SVP | 15 | 83 | 1 | 6 | 1.07 | -0.07 | 0.00 |
| 2002 | VP | 12 | 61 | 2 | 13 | 2.47 | -0.47 | 0.00 |

Notes:
Limited to Investment Division

# Appendix K

## Promotion Analysis
## Functional Titles
## 1998-2002

Officer Promotions - 1998-2002
Broad Functional Categories
by Year
Controlling for Broad Functional Group

| Year | Count of Officers in Previous Broad Functional Title | | Count of Officers Promoted From Previous Broad Functional Title | | Expected Number of Female Promotions | Difference | Number of Standard Deviations |
|---|---|---|---|---|---|---|---|
| | Female | Male | Female | Male | | | |
| 1998 | 46 | 136 | 1 | 13 | 2.42 | -1.42 | -0.68 |
| 1999 | 47 | 171 | 12 | 45 | 11.97 | 0.03 | 0.00 |
| 2000 | 50 | 190 | 7 | 29 | 7.15 | -0.15 | 0.00 |
| 2001 | 49 | 201 | 3 | 19 | 5.14 | -2.14 | -0.98 |
| 2002 | 40 | 215 | 3 | 16 | 3.35 | -0.35 | 0.00 |
| Overall | 232 | 913 | 26 | 122 | 30.03 | -4.03 | -0.86 |

Notes:
Limited to Investment Division
Using Old Broad Functional Group

Officer Promotions - 1998-2002
Broad Functional Categories
by Broad Functional Group
Controlling for Year

| Previous Broad Occupational Title | Count of Officers in Previous Broad Functional Title | | Count of Officers Promoted From Previous Broad Functional Title | | Expected Number of Female Promotions | Difference | Number of Standard Deviations |
|---|---|---|---|---|---|---|---|
| | Female | Male | Female | Male | | | |
| Analyst | 93 | 408 | 7 | 31 | 7.53 | -0.53 | 0.00 |
| Associate | 0 | 7 | 0 | 2 | 0.00 | 0.00 | 0.00 |
| CIO | 8 | 70 | 1 | 11 | 1.19 | -0.19 | 0.00 |
| Chief | 2 | 12 | 0 | 4 | 0.33 | -0.33 | 0.00 |
| Coordinator | 1 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Director | 11 | 80 | 3 | 13 | 2.07 | 0.93 | 0.43 |
| Economist | 0 | 5 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Exempt | 1 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Head | 4 | 22 | 1 | 7 | 1.81 | -0.81 | -0.43 |
| Librarian | 14 | 1 | 2 | 0 | 2.00 | 0.00 | 0.00 |
| Manager | 2 | 6 | 0 | 1 | 0.00 | 0.00 | 0.00 |
| Not in Inv Div | 1 | 0 | 1 | 0 | 1.00 | 0.00 | 0.00 |
| PM | 55 | 204 | 7 | 35 | 8.97 | -1.97 | -0.60 |
| Strategist | 0 | 13 | 0 | 3 | 0.00 | 0.00 | 0.00 |
| Team Leader | 10 | 31 | 2 | 9 | 2.28 | -0.28 | 0.00 |
| Trader | 30 | 54 | 2 | 6 | 2.85 | -0.85 | -0.24 |
| Overall | 232 | 913 | 26 | 122 | 30.03 | -4.03 | -0.86 |

Notes:
Limited to Investment Division
Using Old Broad Functional Group

Officer Promotions - 1998-2002
Broad Functional Categories
by Year and Broad Functional Group

| Year | Previous Broad Occupational Title | Count of Officers in Previous Broad Functional Title | | Count of Officers Promoted From Previous Broad Functional Title | | Expected Number of Female Promotions | Difference | Number of Standard Deviations |
|---|---|---|---|---|---|---|---|---|
| | | Female | Male | Female | Male | | | |
| 1998 | Analyst | 23 | 54 | 0 | 2 | 0.60 | -0.60 | -0.03 |
| 1998 | CIO | 1 | 14 | 0 | 1 | 0.07 | -0.07 | 0.00 |
| 1998 | Chief | 1 | 3 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1998 | Director | 2 | 7 | 0 | 1 | 0.22 | -0.22 | 0.00 |
| 1998 | Head | 0 | 6 | 0 | 1 | 0.00 | 0.00 | 0.00 |
| 1998 | Librarian | 2 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1998 | Manager | 0 | 1 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1998 | PM | 13 | 38 | 1 | 5 | 1.53 | -0.53 | 0.00 |
| 1998 | Strategist | 0 | 6 | 0 | 2 | 0.00 | 0.00 | 0.00 |
| 1998 | Team Leader | 0 | 2 | 0 | 1 | 0.00 | 0.00 | 0.00 |
| 1998 | Trader | 4 | 5 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1999 | Analyst | 22 | 78 | 5 | 16 | 4.62 | 0.38 | 0.00 |
| 1999 | CIO | 1 | 13 | 0 | 5 | 0.36 | -0.36 | 0.00 |
| 1999 | Chief | 1 | 5 | 0 | 2 | 0.33 | -0.33 | 0.00 |
| 1999 | Director | 2 | 10 | 1 | 5 | 1.00 | 0.00 | 0.00 |
| 1999 | Exempt | 1 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1999 | Head | 1 | 2 | 1 | 1 | 0.67 | 0.33 | 0.00 |
| 1999 | Librarian | 2 | 0 | 1 | 0 | 1.00 | 0.00 | 0.00 |
| 1999 | Manager | 0 | 1 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1999 | PM | 12 | 45 | 4 | 11 | 3.16 | 0.84 | 0.28 |
| 1999 | Strategist | 0 | 4 | 0 | 1 | 0.00 | 0.00 | 0.00 |
| 1999 | Team Leader | 1 | 5 | 0 | 3 | 0.50 | -0.50 | 0.00 |
| 1999 | Trader | 4 | 8 | 0 | 1 | 0.33 | -0.33 | 0.00 |
| 2000 | Analyst | 17 | 82 | 1 | 4 | 0.86 | 0.14 | 0.00 |
| 2000 | Associate | 0 | 2 | 0 | 1 | 0.00 | 0.00 | 0.00 |
| 2000 | CIO | 2 | 15 | 1 | 0 | 0.12 | 0.88 | 1.19 |
| 2000 | Chief | 0 | 1 | 0 | 1 | 0.00 | 0.00 | 0.00 |
| 2000 | Director | 2 | 19 | 1 | 3 | 0.38 | 0.62 | 0.38 |
| 2000 | Head | 2 | 5 | 0 | 4 | 1.14 | -1.14 | -1.07 |
| 2000 | Librarian | 4 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2000 | Manager | 0 | 2 | 0 | 1 | 0.00 | 0.00 | 0.00 |
| 2000 | PM | 11 | 39 | 2 | 10 | 2.64 | -0.64 | -0.07 |
| 2000 | Team Leader | 4 | 12 | 1 | 4 | 1.25 | -0.25 | 0.00 |
| 2000 | Trader | 8 | 13 | 1 | 1 | 0.76 | 0.24 | 0.00 |
| 2001 | Analyst | 16 | 94 | 1 | 9 | 1.45 | -0.46 | 0.00 |
| 2001 | Associate | 0 | 1 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2001 | CIO | 2 | 15 | 0 | 1 | 0.12 | -0.12 | 0.00 |
| 2001 | Chief | 0 | 2 | 0 | 1 | 0.00 | 0.00 | 0.00 |
| 2001 | Coordinator | 1 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2001 | Director | 3 | 23 | 0 | 1 | 0.12 | -0.12 | 0.00 |
| 2001 | Economist | 0 | 2 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2001 | Head | 1 | 4 | 0 | 0 | 0.00 | 0.00 | 0.00 |

Officer Promotions - 1998-2002
Broad Functional Categories
by Year and Broad Functional Group

| Year | Previous Broad Occupational Title | Count of Officers in Previous Broad Functional Title | | Count of Officers Promoted From Previous Broad Functional Title | | Expected Number of Female Promotions | Difference | Number of Standard Deviations |
|---|---|---|---|---|---|---|---|---|
| | | Female | Male | Female | Male | | | |
| 2001 | Librarian | 3 | 0 | 1 | 0 | 1.00 | 0.00 | 0.00 |
| 2001 | Manager | 1 | 1 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2001 | PM | 10 | 37 | 0 | 3 | 0.64 | -0.64 | -0.05 |
| 2001 | Strategist | 0 | 1 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2001 | Team Leader | 4 | 7 | 0 | 1 | 0.36 | -0.36 | 0.00 |
| 2001 | Trader | 8 | 14 | 1 | 3 | 1.45 | -0.46 | 0.00 |
| 2002 | Analyst | 15 | 100 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2002 | Associate | 0 | 4 | 0 | 1 | 0.00 | 0.00 | 0.00 |
| 2002 | CIO | 2 | 13 | 0 | 4 | 0.53 | -0.53 | 0.00 |
| 2002 | Chief | 0 | 1 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2002 | Director | 2 | 21 | 1 | 3 | 0.35 | 0.65 | 0.46 |
| 2002 | Economist | 0 | 3 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2002 | Head | 0 | 5 | 0 | 1 | 0.00 | 0.00 | 0.00 |
| 2002 | Librarian | 3 | 1 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2002 | Manager | 1 | 1 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2002 | Not in Inv Div | 1 | 0 | 1 | 0 | 1.00 | 0.00 | 0.00 |
| 2002 | PM | 9 | 45 | 0 | 6 | 1.00 | -1.00 | -0.48 |
| 2002 | Strategist | 0 | 2 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2002 | Team Leader | 1 | 5 | 1 | 0 | 0.17 | 0.83 | 0.97 |
| 2002 | Trader | 6 | 14 | 0 | 1 | 0.30 | -0.30 | 0.00 |

Notes:
Limited to Investment Division
Using Old Broad Functional Group

# Appendix L

## Demotion Analysis
## Functional Titles
## 1998-2002

Officer Demotions - 1998-2002
Broad Functional Categories
by Year
Controlling for Broad Functional Group

| Year | Count of Officers in Previous Broad Functional Title | | Count of Officers Demoted From Previous Broad Functional Title | | Expected Number of Female Demotions | Difference | Number of Standard Deviations |
|---|---|---|---|---|---|---|---|
| | Female | Male | Female | Male | | | |
| 1998 | 46 | 136 | 0 | 1 | 0.00 | 0.00 | 0.00 |
| 1999 | 47 | 171 | 3 | 3 | 1.03 | 1.97 | 1.56 |
| 2000 | 50 | 190 | 5 | 6 | 1.98 | 3.02 | 1.92 |
| 2001 | 49 | 201 | 4 | 4 | 2.41 | 1.58 | 1.18 |
| 2002 | 40 | 215 | 1 | 7 | 1.23 | -0.23 | 0.00 |
| Overall | 232 | 913 | 13 | 21 | 6.66 | 6.34 | 2.70 * |

Notes:
Limited to Investment Division
Using Old Broad Functional Group

* Statistically significant more female demotions than expected.

Officer Demotions - 1998-2002
Broad Functional Categories
by Broad Functional Group
Controlling for Year

| Previous Broad Occupational Title | Count of Officers in Previous Broad Functional Title | | Count of Officers Demoted From Previous Broad Functional Title | | Expected Number of Female Demotions | Difference | Number of Standard Deviations |
|---|---|---|---|---|---|---|---|
| | Female | Male | Female | Male | | | |
| Analyst | 93 | 408 | 3 | 2 | 0.91 | 2.09 | 1.73 |
| Associate | 0 | 7 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| CIO | 8 | 70 | 2 | 4 | 0.66 | 1.34 | 1.16 |
| Chief | 2 | 12 | 0 | 1 | 0.17 | -0.17 | 0.00 |
| Coordinator | 1 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Director | 11 | 80 | 2 | 3 | 0.57 | 1.43 | 1.31 |
| Economist | 0 | 5 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Exempt | 1 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Head | 4 | 22 | 1 | 1 | 0.29 | 0.71 | 0.57 |
| Librarian | 14 | 1 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Manager | 2 | 6 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Not in Inv Div | 1 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| PM | 55 | 204 | 0 | 4 | 0.72 | -0.72 | -0.14 |
| Strategist | 0 | 13 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| Team Leader | 10 | 31 | 4 | 6 | 3.02 | 0.98 | 0.46 |
| Trader | 30 | 54 | 1 | 0 | 0.33 | 0.67 | 0.43 |
| Overall | 232 | 913 | 13 | 21 | 6.66 | 6.34 | 2.70 * |

Notes:
Limited to Investment Division
Using Old Broad Functional Group

* Statistically significant more female demotions than expected.

Officer Demotions - 1998-2002
Broad Functional Categories
by Year and Broad Functional Group

| Year | Previous Broad Occupational Title | Count of Officers in Previous Broad Functional Title | | Count of Officers Demoted From Previous Broad Functional Title | | Expected Number of Female Demotions | Difference | Number of Standard Deviations |
|------|----------------------------------|--------|------|--------|------|--------|--------|--------|
| | | Female | Male | Female | Male | | | |
| 1998 | Analyst | 23 | 54 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1998 | CIO | 1 | 14 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1998 | Chief | 1 | 3 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1998 | Director | 2 | 7 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1998 | Head | 0 | 6 | 0 | 1 | 0.00 | 0.00 | 0.00 |
| 1998 | Librarian | 2 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1998 | Manager | 0 | 1 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1998 | PM | 13 | 38 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1998 | Strategist | 0 | 6 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1998 | Team Leader | 0 | 2 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1998 | Trader | 4 | 5 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1999 | Analyst | 22 | 78 | 1 | 0 | 0.22 | 0.78 | 0.77 |
| 1999 | CIO | 1 | 13 | 1 | 1 | 0.14 | 0.86 | 1.07 |
| 1999 | Chief | 1 | 5 | 0 | 1 | 0.17 | -0.17 | 0.00 |
| 1999 | Director | 2 | 10 | 0 | 1 | 0.17 | -0.17 | 0.00 |
| 1999 | Exempt | 1 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1999 | Head | 1 | 2 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1999 | Librarian | 2 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1999 | Manager | 0 | 1 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1999 | PM | 12 | 45 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1999 | Strategist | 0 | 4 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1999 | Team Leader | 1 | 5 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 1999 | Trader | 4 | 8 | 1 | 0 | 0.33 | 0.67 | 0.43 |
| 2000 | Analyst | 17 | 82 | 2 | 2 | 0.69 | 1.31 | 1.10 |
| 2000 | Associate | 0 | 2 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2000 | CIO | 2 | 15 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2000 | Chief | 0 | 1 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2000 | Director | 2 | 19 | 1 | 2 | 0.29 | 0.71 | 0.61 |
| 2000 | Head | 2 | 5 | 1 | 0 | 0.29 | 0.71 | 0.57 |
| 2000 | Librarian | 4 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2000 | Manager | 0 | 2 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2000 | PM | 11 | 39 | 0 | 1 | 0.22 | -0.22 | 0.00 |
| 2000 | Team Leader | 4 | 12 | 1 | 1 | 0.50 | 0.50 | 0.13 |
| 2000 | Trader | 8 | 13 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2001 | Analyst | 16 | 94 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2001 | Associate | 0 | 1 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2001 | CIO | 2 | 15 | 0 | 1 | 0.12 | -0.12 | 0.00 |
| 2001 | Chief | 0 | 2 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2001 | Coordinator | 1 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2001 | Director | 3 | 23 | 1 | 0 | 0.12 | 0.89 | 1.20 |
| 2001 | Economist | 0 | 2 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2001 | Head | 1 | 4 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2001 | Librarian | 3 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 |

Page 1 of 2

Officer Demotions - 1998-2002
Broad Functional Categories
by Year and Broad Functional Group

| Year | Previous Broad Occupational Title | Count of Officers in Previous Broad Functional Title Female | Male | Count of Officers Demoted From Previous Broad Functional Title Female | Male | Expected Number of Female Demotions | Difference | Number of Standard Deviations |
|------|----------------------------------|--------|------|--------|------|--------|--------|--------|
| 2001 | Manager | 1 | 1 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2001 | PM | 10 | 37 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2001 | Strategist | 0 | 1 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2001 | Team Leader | 4 | 7 | 3 | 3 | 2.18 | 0.82 | 0.39 |
| 2001 | Trader | 8 | 14 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2002 | Analyst | 15 | 100 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2002 | Associate | 0 | 4 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2002 | CIO | 2 | 13 | 1 | 2 | 0.40 | 0.60 | 0.33 |
| 2002 | Chief | 0 | 1 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2002 | Director | 2 | 21 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2002 | Economist | 0 | 3 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2002 | Head | 0 | 5 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2002 | Librarian | 3 | 1 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2002 | Manager | 1 | 1 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2002 | Not in Inv Div | 1 | 0 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2002 | PM | 9 | 45 | 0 | 3 | 0.50 | -0.50 | 0.00 |
| 2002 | Strategist | 0 | 2 | 0 | 0 | 0.00 | 0.00 | 0.00 |
| 2002 | Team Leader | 1 | 5 | 0 | 2 | 0.33 | -0.33 | 0.00 |
| 2002 | Trader | 6 | 14 | 0 | 0 | 0.00 | 0.00 | 0.00 |

Notes:
Limited to Investment Division
Using Old Broad Functional Group