Exhibit C

David Bloom

Page 22
1  haven't -- none of the recent work I have done focuses
2  specifically on private employers in the United States.
3  None of the recent research work.
4      Q.  By the way some of these papers you have
5  written in conjunction with other people; is that
6  correct?
7      A.  That's correct.
8      Q.  And when you jointly author a paper, does
9  that paper represent the considered views of both of
10 the authors when there is more than yourself as the
11 author?
12     A.  Typically.
13     Q.  Are you tenured?
14     A.  Yes, I am.
15     Q.  When did you get tenure at Harvard that is?
16     A.  1996.
17     Q.  And are you compensated for your services by
18 Harvard University?
19     A.  For my services to Harvard University, yes.
20     Q.  And what are the elements of your
21 compensation?
22          MR. KOCIUBES:  Objection.  What do you mean
23 by elements?
24     Q.  Are you paid a set salary?

Page 23
1      A.  I'm paid a salary.
2      Q.  What is that salary?
3          MR. KOCIUBES:  Objection.  I'm going to
4  instruct him not to answer.
5      Q.  Were you paid compensation in connection with
6  your services rendered to Putnam in this case?
7      A.  I have been paid for my time working on this
8  case, yes.
9      Q.  And that is at the rate of $500 per hour?
10     A.  That's correct.
11     Q.  Do you know how many hours you have worked in
12 connection with your rendering your report and
13 otherwise participating in the defense of this case on
14 behalf of Putnam?
15     A.  May I hear the question again, please?
16         (Question was read back by the stenographer.)
17     A.  I don't know the exact number.
18     Q.  Do you know how much you have been paid by
19 Putnam?
20     A.  I don't know the exact number.
21     Q.  Do you have any records which would give you
22 the exact number?
23     A.  Yes.
24     Q.  What are those records?

Page 24
1      A.  I keep a time sheet when I work on the case
2  going back to when I was initially retained.
3      Q.  Were you paid a retainer at the outset?
4      A.  I'm not sure I understand what you by a
5  retainer.
6      Q.  Were you paid a sum of money at the beginning
7  of the assignment by Putnam?
8      A.  No.
9      Q.  Did you prepare invoices from your time
10 records and submit them to Putnam?
11     A.  Yes.  Actually, I'm sorry.  Let me correct
12 that.  I prepare invoices periodically and submit them
13 to counsel.
14     Q.  With what degree of frequency?
15     A.  Every few months I would say.
16     Q.  Do you recall when your participation in this
17 matter commenced?
18     A.  I believe it was in July of 2006.
19     Q.  And so every few months since then you have
20 submitted invoices to counsel for Putnam; is that your
21 testimony?
22     A.  Yes.
23     Q.  Do you have an approximation as to how much
24 you have been paid in connection with your services to

Page 25
1  date?
2      A.  I would say approximately $100,000.
3      Q.  Who retained you in July of 2006?
4      A.  I was retained by Bingham McCutchen on behalf
5  of Putnam.
6      Q.  Was that in the context of a personal
7  meeting?
8      A.  I think there is a retention letter.
9      Q.  Do you have that letter with you today?
10     A.  No, I don't.
11     Q.  Were you shown a notice of your deposition
12 for your appearance here today?
13     A.  I was advised of it.
14     Q.  You haven't actually seen it?
15     A.  No.
16     Q.  Were you advised that the notice of
17 deposition requested you to produce certain documents?
18     A.  Yes.
19     Q.  And did counsel for Putnam ask you to produce
20 those documents?
21         MR. KOCIUBES:  They have all been produced.
22         MR. WEIR:  They all?
23         MR. KOCIUBES:  The documents have been
24 produced that he considered.

Exhibit D

David Bloom

Page 178

1  and so basically I did this sort of initially as I say
2  just examining the data and then asking questions and
3  refining certainly my understanding but maybe in some
4  cases the data or at least deciding how I would code it
5  and making decisions like that and then I think I had a
6  couple of -- I know there were some conversations with
7  the folks at Putnam to figure out how to for example
8  categorize involuntary terminations, things like that
9  as we talked about and then I undertook the analyses
10 that you see reported here.
11     Q.  Are you now finished with your answer?
12     A.  Yes, I am. Thank you.
13     Q.  How much time did you take to load the data?
14     A.  To load the data onto the computer is a
15 matter of minutes or less.
16     Q.  How much time did you take to examine the
17 different fields?
18     A.  I don't remember exactly how much time but
19 that's certainly quite a bit more.
20     Q.  Give me an approximation.
21     A.  I probably spent some days examining the
22 data.
23     Q.  How about looking at the distribution?
24     A.  That's part of examining the data.

Page 179

1     Q.  Okay. And how about interpreting the
2  integrity of each individual database?
3     A.  That's also part of examining the data.
4     Q.  How much time did you spend approximately in
5  actually preparing the report?
6         MR. KOCIUBES: Objection.
7     A.  Quite a bit of time. I couldn't tell you the
8  exact number of hours or days but quite a bit of time.
9  It's a long report.
10    Q.  Do you recall when you commenced to preparing
11 your report?
12    A.  Well, as I mentioned earlier, the information
13 I gathered from documents I reviewed or meetings I had
14 basically went into a file. In some sense that file is
15 what became this report so in a sense the report
16 started to be crafted quite early.
17    Q.  When did you commence to write the summary of
18 opinions that are on Page 18 of your report?
19    A.  After I conducted all of analyses and
20 analyzed the results and also analyzed -- read and
21 analyzed Dr. White's report and read and analyzed Dr.
22 Siegel's report and that would be in sort of the latter
23 phases of preparing the report.
24    Q.  Within a month prior to April of 2007; would

Page 180

1  that be fair?
2     A.  It wouldn't have been earlier than a month
3  before. It would have probably been in that last few
4  weeks. Something like that. Might have been the last
5  few days. I just don't remember exactly.
6     Q.  Other than what you have discussed here today
7  in your testimony, are there other error ridden
8  variables that you contend that Dr. White relied upon
9  in connection with the preparation of his report as
10 reflected in Paragraph 77?
11    A.  Quite possibly but I can't tell for sure
12 because I haven't had a chance to examine even the
13 samples that he actually analyzed, and as I say, I have
14 tried to replicate what he did unsuccessfully I think
15 in most cases. I think there may be a couple of
16 numbers that I got pretty close to.
17    Q.  Well, you contend in Paragraph 77, do you
18 not, that he relied on error ridden variables. Now
19 you're saying it's quite possible?
20    A.  No. You asked me if in addition to what I've
21 testified if I recall correctly. Please correct me if
22 that's not the case. I'm saying in addition to what I
23 have already testified.
24    Q.  What in the --

Page 181

1     A.  I think it's quite possible that there are
2  further errors in his analysis, that the only way I
3  could actually give you a clear opinion on is by
4  analyzing what he has done.
5     Q.  What additional error ridden variables do you
6  think it is quite possible that Dr. White's report
7  relied upon?
8         MR. KOCIUBES: Objection.
9     A.  I think it might help at this point if I just
10 clarify what I mean by an error ridden variable. I'm
11 not suggesting that the underlying data is error
12 ridden. Okay. I am suggesting that there are elements
13 of the processing of that data, the analysis of that
14 data, the formulation of groups over which averages are
15 taken for example or what number in particular is
16 averaged vis-a-vis how it's represented in the report.
17 I'm using the report. I'm suggesting that there may be
18 errors in those domains. So these errors of analysis
19 and processing and perhaps reflects a misunderstanding
20 of the data. As I say, the reason I say it's quite
21 possible that there are such errors is because when I
22 undertook to replicate the figures in a number of the
23 exhibits in Dr. White's report, I wasn't able to do it
24 and it seemed to me at the time, as I recall, that the

46 (Pages 178 to 181)

Exhibit E

David Bloom

Page 98

1  A. I only looked at the -- I think it's called
2  some actual award which is what I took as a bonus award
3  and then there were shares of stock. I think either
4  NMC or Putnam stock or options. That's what I took as
5  the incentive award so I didn't -- I don't think I
6  captured anything. Maybe there was an equity
7  participation plan. I have to look at the data again
8  but there were a few categories and I think they were
9  different in the two years somewhat as well but that's
10 what I took count of. I don't know how a severance
11 payment when it took effect and how it would have been
12 coded in the data other than to say that if someone was
13 not there at the end of the year, they didn't show up
14 in these equations so not only is their severance
15 payment not included but any data associated with them
16 are not included either.
17    Q. If you would take a look at Paragraph No. 32
18 of your report. Paragraph 31 and 32, please.
19    A. Yes.
20    Q. What are the separate analyses that you refer
21 to in Paragraph 31?
22    A. The separate analyses in Paragraph 31.
23    Q. You say, I also conducted separate analyses
24 for different components and measures of compensation.

Page 99

1  A. I think it needs to be read in context with
2  Item 30 which indicates that I conducted multiple
3  regression analyses of compensation and I used the term
4  compensation there in a general sense and then what I'm
5  saying is that the analyses -- in Item 32 I'm just
6  saying the analyses I did of compensation actually
7  focused on and I just defined the four measures that I
8  actually used. So I did analyses of the base salary
9  rate. I did other analyses of bonus awards, other
10 analyses of incentive awards, which are the sum of the
11 bonus and equity awards, and then I did analyses of
12 what I call notional compensation which is the sum -- I
13 define as the sum of the base salary rate and the
14 incentive award.
15    Q. Let me show you what has been marked as
16 Exhibit Bloom 2A through 2G and ask you if you can
17 identify those documents.
18        (Witness perused documents.)
19    A. Yes. I can identify them.
20    Q. Can you take them just one by one?
21    A. Okay. Exhibit No. 2A appears to be the bonus
22 history for 2002 in the Investment Division. This
23 appears to be that would be on the first three pages
24 and then on the second three pages, which completes the

Page 100

1  document, it purports to be the bonus history for the
2  Investment Division in 2003. These appear to be the
3  data that I were provided and produced and analyzed as
4  part of my report.
5     Q. Provided by whom?
6     A. Provided by counsel based on a request I made
7  of counsel and Putnam for appropriate data to analyze.
8     Q. Do you recall the name of the counsel in
9  Putnam that you asked?
10    A. I meant counsel at Bingham McCutchen.
11    Q. Okay. 2C?
12    A. I'm looking at 2B.
13    Q. I thought you had identified 2B already.
14    A. No, I have not identified 2B. I have not
15 even looked at 2B.
16    Q. All right. Sorry.
17    A. I have only identified 2A.
18    Q. 2B.
19    A. No. I have only identified 2A.
20    Q. Please identify 2B.
21    A. Thank you. Item 2B is basic information
22 about officers in the Investment Division as of
23 December 31, 1998 and this also appears to be the data
24 that I was provided and analyzed and produced in this

Page 101

1  case.
2     Q. Again, requested by you and provided by
3  counsel?
4     A. Requested by me and provided by counsel,
5  correct. Now, Item 2C also appears to be data
6  requested by me provided by counsel referring to basic
7  employment information for officers in the Investment
8  Division of Putnam as of December 31, 1999. Item 2D
9  appears also to be data I requested and that were
10 provided to me by Putnam that I produced after analysis
11 referring to basic employment information referring to
12 officers in Putnam's Investment Division at the end of
13 2000. Item 2E refers to background information for
14 officers in Putnam's Investment Division at the end of
15 2001, and again, information that was provided to me by
16 counsel upon my request and that was subsequently
17 analyzed and produced by me in this case as the basis
18 on which my analyses were conducted. Item 2F refers to
19 employment information on officers in the Investment
20 Division at Putnam at the end of December 31st or the
21 end of 2002 on December 31, 2002 and basically, again,
22 information that was requested by me of Putnam,
23 provided to me by counsel and analyzed and subsequently
24 produced. Exhibit 2G refers to basic employment

26 (Pages 98 to 101)

Exhibit F

David Bloom

Page 174

1  Q. What electronic format?
2  A. I think in the form of Excel spreadsheets.
3  Q. Are those Excel spreadsheets?
4  A. Yes.
5  Q. So that's the data that was presented to you;
6  is that your testimony?
7  A. I just don't remember the exact form that the
8  data came to me originally but that's the information.
9  Q. Right. But the data to your recollection
10 come in some other format that you then converted into
11 Exhibits 2A through 2H?
12 A. No. This is the format that I got the data
13 in.
14 Q. When you got the data, what did you do with
15 it?
16 A. I did some tabulations. Well, let me back up
17 actually because that was not the first thing I did
18 with it. The very first thing I did with it is I
19 loaded the data and I examined the information in the
20 difference fields and I --
21 Q. How much time did it take you to load the
22 data?
23 A. Sorry. Can I just interrupt for one second?
24 This is the third time it has happened that I have been

Page 175

1  giving you an answer to a question and you introduce
2  another question in the middle of my answer and I just
3  don't know what the right protocol is with regard to
4  those interruptions.
5      MR. KOCIUBES: You answer the question.
6  You answer one question at a time.
7  A. So which question am I supposed to answer
8  now?
9      MR. KOCIUBES: Can we have the initial
10 question read back?
11 (Question was read back by the stenographer.)
12 A. As I said, I loaded the data and I examined
13 the different fields to see what was numbers and what
14 was words or codes. I tried to understand what the
15 information in the different fields represented. I
16 looked at different values. I'm sure I looked at some
17 frequency distributions on the different variables to
18 see whether the values for the different variables made
19 sense. For example, if I had discovered -- I hadn't
20 but if it said that someone's hire date was 1892, I
21 would know that there's a problem with the data so I
22 looked for high probability errors by trying to see
23 whether things were in bounds, trying to see whether
24 hours -- for example the hours per week value should be

Page 176

1  a number that's recognizable in let's say the thirties
2  on average. I looked at compensation rates. I
3  discovered for example that some compensation rates
4  were given in different currency. There's a necessity
5  for conversion rates here which are provided in the
6  data. So basically I tried to understand the
7  configuration of the data and the integrity of the data
8  to establish that by basically looking for -- looking
9  at a distribution and trying to see whether there were
10 any observations that were clearly out of bounds.
11 There are certainly consistency checks that I would
12 run, for example hire dates logically can't be prior to
13 birth dates. Those kinds of things I check also. Then
14 I try to get a sense of where the fields are fully
15 populated and where perhaps they're less populated.
16 I'm interested if there are any missing data codes as
17 well or what a blank actually means. So just basically
18 familiarizing myself with the various data sets and
19 trying to understand what the meaning is of the
20 information in the different fields. Now, having said
21 that, you know, it's also the case that these data were
22 responding to the information that I asked to see based
23 on my understanding of the human resources information
24 system at Putnam which as I recall is on a Peoplesoft

Page 177

1  platform and so it wasn't as if I was seeing something
2  that didn't already conform quite closely to what I had
3  asked to see.
4  Q. Are you finished with your answer now?
5  A. I am not. I also in addition to looking at
6  the integrity of each individual database I also did
7  some checks across databases to gauge consistency of
8  the data and then I undertook to do some tabulations
9  and tabulations of the kind that would be necessary to
10 construct the tables that appear for example in
11 Exhibits 6, 7 and 8 in my report. At a certain point
12 in time when I had constructed these tabulations, I
13 then actually input these numbers into another
14 statistical program that I use called Stat Exact which
15 I use to construct Fisher exact tests. I also
16 converted the Excel data with help I should say. I
17 have assistants that I work with and I converted the
18 data to Stata which is another statistical package,
19 maybe the leading statistical package or one of the
20 leading statistical packages used by labor economists.
21 It was developed by a labor economist in fact and
22 that's the program that I used to calculate or to
23 estimate the parameters of the regression analyses that
24 are reported in Exhibit 5 with respect to those data