Exhibit J

David Bloom

1   and so basically I did this sort of initially as I say
2   just examining the data and then asking questions and
3   refining certainly my understanding but maybe in some
4   cases the data or at least deciding how I would code it
5   and making decisions like that and then I think I had a
6   couple of -- I know there were some conversations with
7   the folks at Putnam to figure out how to for example
8   categorize involuntary terminations, things like that
9   as we talked about and then I undertook the analyses
10  that you see reported here.
11      Q.  Are you now finished with your answer?
12      A.  Yes, I am.  Thank you.
13      Q.  How much time did you take to load the data?
14      A.  To load the data onto the computer is a
15  matter of minutes or less.
16      Q.  How much time did you take to examine the
17  different fields?
18      A.  I don't remember exactly how much time but
19  that's certainly quite a bit more.
20      Q.  Give me an approximation.
21      A.  I probably spent some days examining the
22  data.
23      Q.  How about looking at the distribution?
24      A.  That's part of examining the data.

1       Q.  Okay.  And how about interpreting the
2   integrity of each individual database?
3       A.  That's also part of examining the data.
4       Q.  How much time did you spend approximately in
5   actually preparing the report?
6           MR. KOCIUBES:  Objection.
7       A.  Quite a bit of time.  I couldn't tell you the
8   exact number of hours or days but quite a bit of time.
9   It's a long report.
10      Q.  Do you recall when you commenced to preparing
11  your report?
12      A.  Well, as I mentioned earlier, the information
13  I gathered from documents I reviewed or meetings I had
14  basically went into a file.  In some sense that file is
15  what became this report so in a sense the report
16  started to be crafted quite early.
17      Q.  When did you commence to write the summary of
18  opinions that are on Page 18 of your report?
19      A.  After I conducted all of analyses and
20  analyzed the results and also analyzed -- read and
21  analyzed Dr. White's report and read and analyzed Dr.
22  Siegel's report and that would be in sort of the latter
23  phases of preparing the report.
24      Q.  Within a month prior to April of 2007; would

1   that be fair?
2       A.  It wouldn't have been earlier than a month
3   before.  It would have probably been in that last few
4   weeks.  Something like that.  Might have been the last
5   few days.  I just don't remember exactly.
6       Q.  Other than what you have discussed here today
7   in your testimony, are there other error ridden
8   variables that you contend that Dr. White relied upon
9   in connection with the preparation of his report as
10  reflected in Paragraph 77?
11      A.  Quite possibly but I can't tell for sure
12  because I haven't had a chance to examine even the
13  samples that he actually analyzed, and as I say, I have
14  tried to replicate what he did unsuccessfully I think
15  in most cases.  I think there may be a couple of
16  numbers that I got pretty close to.
17      Q.  Well, you contend in Paragraph 77, do you
18  not, that he relied on error ridden variables.  Now
19  you're saying it's quite possible?
20      A.  No.  You asked me if in addition to what I've
21  testified if I recall correctly.  Please correct me if
22  that's not the case.  I'm saying in addition to what I
23  have already testified.
24      Q.  What in the --

1       A.  I think it's quite possible that there are
2   further errors in his analysis, that the only way I
3   could actually give you a clear opinion on is by
4   analyzing what he has done.
5       Q.  What additional error ridden variables do you
6   think it is quite possible that Dr. White's report
7   relied upon?
8           MR. KOCIUBES:  Objection.
9       A.  I think it might help at this point if I just
10  clarify what I mean by an error ridden variable.  I'm
11  not suggesting that the underlying data is error
12  ridden.  Okay.  I am suggesting that there are elements
13  of the processing of that data, the analysis of that
14  data, the formulation of groups over which averages are
15  taken for example or what number in particular is
16  averaged vis-a-vis how it's represented in the report.
17  I'm using the report.  I'm suggesting that there may be
18  errors in those domains.  So these errors of analysis
19  and processing and perhaps reflects a misunderstanding
20  of the data.  As I say, the reason I say it's quite
21  possible that there are such errors is because when I
22  undertook to replicate the figures in a number of the
23  exhibits in Dr. White's report, I wasn't able to do it
24  and it seemed to me at the time, as I recall, that the