UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA SVENSSON,<br><br>                    Plaintiff,<br><br>      v.<br><br>PUTNAM INVESTMENTS, LLC AND LAWRENCE J. LASSER,<br><br>                    Defendants | CIVIL ACTION<br>NO. 12711-PBS |

**PUTNAM INVESTMENTS' MOTION TO ADOPT PROPOSED**
**PRE-TRIAL SCHEDULE**

        Putnam Investments LLC ("Putnam") moves this Court to approve the proposed pre-trial schedule set forth below. Putnam states as follows in support of its motion:

        On January 22, 2008, this Court approved the parties' joint motion to continue the trial until May 12, 2008 and ordered the parties "to adjust the pretrial submission dates as designated in the pretrial order commensurate with the new pretrial conference and trial dates." Putnam proposes the following pretrial schedule:

| | |
|---|---|
| Parties submit joint pretrial memorandum in accordance with L.R. 16.5(d). Parties file/serve motions in limine, witness/exhibit lists, and any designations of deposition testimony (includes Rule 26(a)(3) disclosures). | April 22, 2008 |
| Parties file/serve oppositions to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony (includes objections to Rule 26(a)(3) disclosures). | April 29, 2008 |
| Final Pretrial Conference. | May 1, 2008 |
| Parties file/serve proposed jury instructions, proposed voir dire questions, and proposed special questions. | May 5, 2008 |
| Trial Commences | May 12, 2008 |

**WHEREFORE**, Putnam respectfully requests that this Court adopt the proposed pretrial schedule set forth in this motion.

        **PUTNAM INVESTMENTS, LLC,**

        By its attorneys,

        /s/ Joseph L. Kociubes
        Joseph L. Kociubes, BBO #276360
        joe.kociubes@bingham.com
        Louis A. Rodriques, BBO #424720
        louis.rodriques@bingham.com
        Allyson E. Kurker, BBO #665231
        allyson.kurker@bingham.com
        Jennifer L. Holden, BBO #663467
        jennifer.holden@bingham.com
        **BINGHAM MCCUTCHEN LLP**
        150 Federal Street
        Boston, MA  02110-1726
        617.951.8000

Dated: April 7, 2008

- 3 -

**Local Rule 7.1(A)(2) Certification**

Pursuant to Local Rule 7.1, on April 4, 2008, counsel for the parties conferred and attempted in good faith to narrow the issues regarding this Motion.

**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 7, 2008.

/s/ Allyson E. Kurker, BBO #665231
allyson.kurker@bingham.com

- 3 -