```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

| | | |
|---|---|---|
| * * * * * * * * * * * * | * | Civil Action No. 04-12711-PBS |
| | * | |
| LISA SVENSSON | * | BBO No. 351000 |
| | * | |
|     Plaintiff, | * | Motion and Recommendations |
| | * | of Plaintiff Lisa Svensson |
| v. | * | for |
| | * | Order Concerning |
| PUTNAM INVESTMENTS, LLC | * | Schedule |
| et al., . | * | |
| | | |
|     Defendants. | * | |
| | * | |
| * * * * * * * * * * * | * | |

    Plaintiff Lisa Svensson ("Svensson") recommends an so moves the court that the sequence of the events prior to the to the trial start date of May 12, 2008, of this case follow the sequence of the events out in Fed. R. Civ. P. 26(a)(3) followed by those set out in Local Rule 16.5, with the dates for the events to be as follows:

    1.    Rule 26(a)(3) disclosures to be filed by April 22, 2008;

    2.    Joint Pretrial Memorandum to be filed by April 30, 2008 (including any motions <u>in limine</u>);

    3.    Pretrial Conference on May 1, 2006; and,

    4.    Trial brief to be filed by May 7, 2008.

                                       LISA Svensson, plaintiff,

                                       By her attorneys,

                                       BARRON & STADFELD, P.C.

/s/ Kevin F. Moloney<br>
Kevin F. Moloney  BBO No. 351000<br>
100 Cambridge Street, Suite 1310<br>
Boston, Massachusetts 02114<br>
Tel: 617.723.9800/531.6569

Dated: April 7, 2008

## Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kevin F. Moloney

Dated: April 7, 2008

[427184.1]