UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LISA SVENSSON, )<br>)<br>      Plaintiff, )<br>)<br>      v. )<br>)<br>PUTNAM INVESTMENTS LLC, f/k/a )<br>PUTNAM INVESTMENTS, INC. and )<br>LAWRENCE J. LASSER, )<br>)<br>      Defendants. )<br>) | CIVIL ACTION NO. 04-12711-PBS |

### SCHEDULING ORDER

April 8, 2008

Saris, U.S.D.J.

| | |
|---|---|
| The parties shall file/serve motions in limine, witness/exhibit lists, and any designations of deposition testimony (includes Rule 26(a)(3) disclosures). There shall be no more than 10 motions in limine per side and each motion shall be no longer than 20 pages with standard margins and format, etc. The parties shall estimate length of time for direct examination for all likely witnesses. | April 22, 2008 |

| | |
|---|---|
| Parties shall file/serve oppositions to motions in limine, any objections to witnesses or exhibits, and counter-designations of deposition testimony (includes objections to Rule 26(a)(3) disclosures).  Each opposition shall be subject to the same limitations.  There shall be no replies. | April 29, 2008 |
| After conferring to narrow disputes raised by the motions in limine, the parties shall file a joint pretrial memorandum. | April 30, 2008 |
| Final Pretrial Conference | May 1, 2008 |
| Parties shall file/serve proposed jury instructions, proposed voir dire questions, and proposed special questions. | May 5, 2008 |
| Trial Commences | May 12, 2008 |

SO ORDERED.

**S/PATTI B. SARIS**
United States District Judge