UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ** * * * * * * * * * * * * | Civil Action No. 04-12711-PBS |
| LISA SVENSSON * | |
| * | BBO No. 351000 |
| Plaintiff, * | |
| * | Plaintiff Svensson's |
| * | Statement Clarifying |
| v. * | Whether, and for |
| * | What Years, She Intends to |
| * | Press Her Claims |
| PUTNAM INVESTMENTS, LLC, * | Under the Massachusetts |
| et al., * | Equal Pay Act and for |
| * | Discriminatory Compensation |
| Defendants. * | Under Massachusetts G.L. c. * |
| | 151B and Title VII. |
| * * * * * * * * * * * * * | |

In response to this court's Memorandum and Order, dated April 9, 2008, plaintiff Lisa Svensson submits this statement to clarify whether, and if so for what years, she intends to press her claims under the Massachusetts Equal Pay Act ("MEPA") and for discriminatory compensation under Massachusetts G.L. c. 151B and Title VII.

Svensson intends to press her claim under MEPA based on the disparity in bonus payments for 2002 that were made by defendant Putnam Investments, LLC in March 2003 after March 1, 2003. That claim is timely because the statute of limitations period for Svensson's MEPA claim is one year prior to March 1, 2004, the date of her filing with the Massachusetts Commission

Against Discrimination.

Svensson also intends to press her claims under MEPA and under G.L. c. 151B and Title VII, based on the disparity in bonus payments to males and females concerning the March 2004 bonus payments for work done in 2003 and the bonus payment to which, but for the illegal termination of her employment on September 15, 2003, she would have been entitled to be paid in March 2004 for her work done in 2003.

>LISA SVENSSON, plaintiff,
>
>By her attorneys,
>
>BARRON & STADFELD, P.C.
>
>/s/ Kevin F. Moloney_____
>Kevin F. Moloney  BBO No. 351000
>100 Cambridge Street, Suite 1310
>Boston, Massachusetts  02114
>Tel.: 617.723.9800/531.6569
>
>and
>
>/s/ John K. Weir_____
>John K. Weir, Admitted PHV
>John K. Weir Law Offices, LLC
>300 Park Avenue, Suite 1700
>New York, New York, 10022
>Tel.: 212.572.6374

Dated: April 14, 2008.

## Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

>/s/ Kevin F. Moloney_____

Dated: April 14, 2008.
[427771.1]