UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * *    Civil Action No. 04-12711-PBS
                            *
LISA SVENSSON,              *    BBO Bo. 351000
                            *
       Plaintiff,           *
                            *    Plaintiff Svensson's
                            *    Motion for Order Striking
v.                          *    Defendant Putnam Investments,
                            *    LLC's "Response," Filed
PUTNAM INVESTMENTS, LLC, et *    April 15, 2008
al.,                        *
       Defendants.          *
                            *
* * * * * * * * * * * * * * *
```

    Plaintiff Lisa Svensson ("Svensson") moves the court to strike defendant Putnam Investments, LLC's "response," filed April 15, 2008.[1]  The grounds for this motion are as follows: The order of the court, entered April 9, 2008, required Svensson by April 14, 2008, to notify the court as to her intent to pursue certain claims concerning compensation.  Order, p. 17, §§ 7, 8.  Svensson filed the required statement on April 14, 2008. Docket No. 318.  Yesterday, April 15, 2008, Putnam filed what it characterized as a "response" in order to further brief and argue the summary judgment motions.  Docket No. 319.

    As the filing of Putnam's "response" was neither authorized nor directed by the April 9, 2008, order, Svensson moves the court to enter an order striking the Putnam "response."

                                           LISA SVENSSON, plaintiff,

---

[1] By filing this motion, Svensson does not admit or concede that the Putnam "response" is either legally or factually correct.

                    By her attorneys,

                    BARRON & STADFELD, P.C.

                    /s/ Kevin F. Moloney_____
                    Kevin F. Moloney BBO No. 351000
                    100 Cambridge Street, Suite 1310
                    Boston, Massachusetts 02114
                    Tel.: 617.723.9800/531.6569

                    and

                    /s/ John K. Weir_____
                    John K. Weir, Admitted PHV
                    John K. Weir Law Offices, LLC
                    300 Park Avenue, Suite 1700
                    New York, New York, 10022
                    Tel.: 212.572.5374

Dated: April 16, 2008

<u>Certificate of Service</u>.

    This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                    /s/ Kevin F. Moloney_____

Dated: April 16, 2008

[427966.1]

2