# UNITED STATES DISTRICT COURT
# DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| Lisa Svensson, | ) ) ) | |
| Plaintiff, | ) ) | |
| v. | ) ) | CIVIL ACTION NO. 04-12711-PBS |
| Putnam Investments LLC, | ) ) ) | |
| Defendant. | ) ) ) | |

## PUTNAM INVESTMENTS' OPPOSITION TO PLAINTIFF'S MOTION TO STRIKE

Defendant, Putnam Investments, LLC ("Putnam"), opposes Plaintiff, Lisa Svensson's motion to strike Putnam's Response to Svensson's Clarification concerning her compensation claims.

Svensson argues that Putnam's Response should be stricken because it was neither authorized nor invited by the Court's Memorandum and Order dated April 9, 2008. Putnam submitted its Response and respectfully submits this Opposition because Svensson, without citation of authority, has misstated both the facts and the law concerning the statutes of limitations that govern her compensation claims. Putnam's Response corrects Svensson's inaccuracies.

2

## CONCLUSION

For the reasons stated above, Putnam requests this Court deny Svensson's motion to strike Putnam's Response to her Clarification concerning her compensation claims.

**PUTNAM INVESTMENTS, LLC,**

By its attorneys,

/s/ Joseph L. Kociubes, BBO #276360
Joseph L. Kociubes, BBO #276360
joe.kociubes@bingham.com
Louis A. Rodriques, BBO #424720
Allyson E. Kurker, BBO #665231
Jennifer L. Holden, BBO #663467
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000

Dated: April 17, 2008

## Certificate of Service

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 17, 2008.

/s/ Jennifer L. Holden
Jennifer L. Holden,  BBO #663467