§UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * *    Civil Action No. 04-12711-PBS
                         *
LISA SVENSSON            *
                         *    BBO No. 351000
        Plaintiff,      *
                         *    Plaintiff Svensson's
v.                       *    Pretrial Disclosures
                         *    Required by Fed. R. Civ. P.
                         *    26(a)(3), L.R. 16.5 and
PUTNAM INVESTMENTS, LLC, *    the April 9, 2008, Order
et al.,                  *
                         *
        Defendants.      *
                         *
* * * * * * * * * * * * * *
```

As required by Fed. R. Civ. P. 26(a)(3), Local Rule 16.5(c) and the April 9, 2008, order, plaintiff Lisa Svensson ("Svensson") makes the following pretrial disclosures as to exhibits and witnesses:

A.    <u>Plaintiff Svensson's Exhibits</u>.

Svensson may introduce one or more of the following as exhibits[1] at trial:

1.    Brooks e-mail 08 19 03 re: GER compensation (B-65) M

2.    Attachment to Brooks Exh. 1 (B-66) M

3.    E-mail, 09 11-12 03(B-56) M

4.    Continuation of Brooks Exhibit 3 M

5.    Brooks e-mail to Svensson, 09 03 03 (B-356) E

6.    Brooks, 09 15 03, memorandum to Svensson (B-355) E

---

[1] "M" means may introduce; "E" means expects to introduce.

7.  Brooks memo 09 15 03 to Svensson (B-354) E

8.  Oristaglio e-mail, 11 21 02, to Svensson and Haldeman: (PRM 1756) E

9.  Landes, 01 10 03, e-mail to various re: "Best GER Stock Pickers 2002 and Three year Trailing" (PRM 9540) E

10. Landes e-mail, 01 17 03, to Oristaglio, Haldeman, Tibbetts, McNamee, Scordato (PRM 1563-64) E

11. Landes, 02 24 03, e-mail to Oristaglio and Haldeman (PRM 900) E

12. Tibbetts e-mail, 02 24 03, replying to Landes 02 24 03 e-mail (PRM 903) M

13. Landes e-mail, 02 24 03, to Tibbetts, Oristaglio, Haldeman (PRM 901) M

14. Tibbetts reply e-mail, 02 24 03, to Landes (PRM 899, 897) M

15. Unsigned, undated memorandum to Haldeman re: decision-making on MBA bonuses (PRM 891-193) M

16. Enclosures to Rodriques letter, 05 15 06:

    a)  1999 total compensation (PRM 1936-39) M

    b)  2001 compensation (PRM 1940-63)  M

    c)  2002 top 100 w/o (PRM 1964-69)  M

    d)  correspondence, including e-mail among Schultz Lasser et al (PRM 1972) (PRM 1970-74)  M

    e)  correspondence, including from Lasser (PRM 1974-85) M

17. Lasser letter, 02 07 95, to Svensson (Svensson 0793) E

18. Lasser note, 05 05 95, to Svensson (Svensson 818-37) M

19. Lasser letter to Svensson, 03 31 98 (Svensson 1533-43) M

20. Lasser letter to Svensson, 03 31 99 (Svensson 1547-56) M

21. Lasser letter to Svensson, 03 31 00 (Svensson 1561-70) M

22. Lasser letter to Svensson, 03 31 03 (Svensson 1575-84) M

23. Lasser letter to Svensson, 03 31 02 (Svensson 1590-99)M

24. Employee Handbook (PRM 396-508) E

25. August 15, 2003, Human Resources Update (PRM 1003) E

26. Hutcherson e-mail, 08 11 03, to McNamee (PRM 341-46) E

27. Peers July 2003 handwritten notes (PRM 367) M

28. Svensson e-mail to McNamee, 08 18 03 (PRM 339) E

29. E-mail, 08 27 03, from Svensson to Linda Grace to Brooks via McNamee (B-19) E

30. Svensson e-mail to Grace re: (PRM 337) E

31. Svensson e-mail to Brooks, 08 26 03 (PRM 338) E

32. Svensson e-mail, 08 26-27 03, to Grace (PRM 353) E

33. Brooks e-mail to Svensson, 09 03 03 (PRM-356) E

34. McNamee handwritten notes, second week of August (PRM 335-36) E

35. E-mail Hadley and McNamee, 09 04-09 03 (B 52-55) M

36. E-mail Brooks and McNamee, 09 15 03 (B 27) E

37. Brooks, 09 15 03, memo to Svensson (B-355; PRM 355) E

38. Brooks memo 09 15 03 to Svensson (PRM 354) E

39. Peers' diary notes (PRM 358-66) M

40. E-mail 03 26 03 (PRM 1) E

41. Putnam EEO statement (PRM  373-95) E

42. O'Donnell 12 31 97 Evaluation of Svensson for 1997 (PRM 297-304) M

43. Swift 06 11 98 review of Svensson (PRM 305-20) E

44. Swift review (PDPR) December 1999 of Svensson for 1999 (PRM 324-33) E

45. Svensson Self Assessment, 01 11 00 (PRM 285-87) M

46. Swift's review of Svensson for 1998 (PRM 267-74) E

47. Swift 12 24 99 memorandum to Jack Morgan (PRM 49-62) E

48. Swift PDPR review of Svensson December (PRM 288-96) E

49. Copy of No. 26, above (PRM 15-23) M

50. Copy of No. 26, above but with additional backup (PRM 24-38) M

51. Swift December 2001 PDPR review of Svensson (PRM 258-66) E

52. Copy of No. 29 (PRM 40-28) M

53. November 1, 2001, 360 peer Review (PRM 63-92) M

54. December 2002 review of Svensson (PRM 279-84) E

55. November 1, 2002, 360 Peer review (PRM 228-57) M

56. Back up to No. 33, above (PRM 93-120) M

57. June 2002 review of Svensson by Gorman (PRM 278-86) E

58. Svensson Diary 05 29 98 (Svensson 36).E

59. Svensson Diary 04 23 98 (Svensson 32) E

60. Svensson Diary 02 01 99 (Svensson 39). E

61. Svensson Diary 06 03 99 (Svensson 43-44) E

62. Svensson Diary (Svensson 50) E

63. Svensson Diary 09 18 00 (Svensson 51) E

64. Swift memorandum, 12 24 99 (PRM 1333-46) E

65. Notes (typed) 02 17 00 (PRM 1789-91) M

66. E-mail, 02 28 01 PRM 1757 E

67. E-mail, 03 14 01 (PRM 1489) M

68. E-mail, 04 12 01 (PRM 1491) M

69. E-mail, 05 03 01, Kelly Morgan to Svensson ( (PRM 1491) M

70. E-mail, 03 27 02, Gorman to Svensson (PRM 1558) E

71. E-mail, 05 08 02, Landes to IMD (PRM-1492-93) E

72. E-mail, 09 06 02, Ferguson to Svensson w/ cc to Landes (PRM 1495) E

73. E-mail, 07 17 02 (PRM 1675).M

74. Svensson Diary, 07 24 02 (Svensson 57-58) E

75. E-mail, 09 09 02, Kelly Morgan to Svensson (PRM 1496) M

76. E-mail, 12 02 02, Landes to GER (PRM 1502-03) E

77. E-mail, 01 17 02, Landes to Oristaglio, Haldeman, Tibbetts, Scordato (PRM 1563-64) E

78. E-mail Gorman to McNamee (PRM 990-91) E

79. E-mail. 03 11 03, Kelly Morgan to Svensson  (PRM 1507) M

80. E-mail, 03 11 03, Svensson to Kelly Morgan (PRM 1508) M

81. E-mail, 03 11 03, Kelly Morgan to Svensson (PRM 1509). M

82. E-mail, 04 14 03, Kelly Morgan to Brooks (PRM 1483-86) M

83. E-mail, 04 22 03 Kelly Morgan to Svensson  (   )M

84. E-mail, 04 29 03, Kelly Morgan to Svensson and Peers (PRM 1513) M

85. Peers Diary Notes (PRM 358-367) M

86. Svensson 360 Review 11 01 02 (Svensson 1722-51) M

87. Organization Charts (2753-75) E

88. Organization Charts (2718-52) E

89. Review December 1999 PDPR of Svensson by Swift (PRM 324-33) E

90. Review December 2000 PDPR of Svensson by Swift (PRM 288-96)) plus backup 2602-79) E

91. Review December 2001 PDPR of Svensson by Swift (PRM 258-66) E

92. Review December 2002 PDPR by Gorman (PRM 279-84) plus backup (2418-2537) E

93. Swift December 24, 1999, to Jack (PRM 1333-46)) E

94. Hand written notes, 02 17 00 (PRM 1789-91) M

95. Officer Nomination spreadsheet (PRM 1793-94) E

96. Schedule (PRM 1795) E

97. E-mail Svensson to Oristaglio E-mail, 03 14 01, Svensson to Oristaglio (PRM 1489) E

98. Continuation sheet (PRM 1922) E

99. E-mail, 07 09 01, Svensson to Oristaglio (Svensson 0525) E

100. E-mail, 07 09 01, Svensson to Scordato (PRM 658) E

101. E-mail, 09 21 01, Svensson to Oristaglio (Svensson 526) E

102. HR Update, 03 01 02 (PRM 1608-17) E

103. HR Update, 03 08 02 (PRM 1618-27) E

104. E-mail, 03 12 02, Svensson to Oristaglio  (Svensson 524) E

105. E-mail, 03 12 02, Oristaglio to Svensson (PRM 661) E

106. E-mail, 03 27 02, Gorman to Svensson (PRM 1558-61) E

107. E-mail, 11 21 02, Oristaglio to Svensson (PRM 1756) E

108. Landes e-mail, 01 17 03, to Oristaglio, Haldeman, Tibbetts, McNamee, Scordato (PRM 1563-64) E

109. 360 review 11 01 02 (PRM 93-120) M

110. Benchmark for Svensson "12/31/2001 To: 09/30/2003" (PRM 2712-14) M

111. Oristaglio Deposition Day Two: – Eight Exhibits

112. A & P Plan 1999 recommended compensation (PRM 3621-30) E

113. 2000 Incentive Summary sorted (PRM 3925-36) E

114. Hand written notes (PRM 3559-60) E

115. SEC case Tibbetts Affidavit Exh. B M

116. Group, Rating, Alphabetical Sorts for 2001 performance scores (PRM 3360-71) E

117. A & P Plan 2001 recommended compensation (PRM 3360-710) E

118. 2002 Proposed A and P Proposed Incentives (PRM 4019-27) E

119. 2002 A & P Plan Recommendations (PRM 3312-28) E

120. E-mail, 10 27 03, Lasser to Stoev (No Bates No.) E

121. E-mail, 09 19 03, Brooks to Stoev) E

122. Separation Agreement, dated November 5, 2004, and signed by Stoev, November 22, 2004 (No Bates No.) E

123. E-mail, 09 17 04 Stoev and Morgan re: options outlined yesterday. (No Bates No.) M

124. Letter, 06 09 94, O'Donnell to Svensson (Svensson-405-08) E

125. Svensson diary (Svensson 32-297) M

126. E-mail, 09 03 03, Brooks to Svensson (No Bates No.) E

127. E-mail, 80 08 03, Svensson to McNamee (PRM 347-48) E

128. Review PDPR of Svensson by Swift for 2000 (PRM 15-23) E

129. 360, 11 02 01, of Svensson (PRM 63-92) M

130. Review PDPR of Svensson by Swift for 2001 (PRM 752-60) E

131. E-mail, 03 12 02, Svensson to Oristaglio (No Bates No.) E

132. Business Plan, March 14, 2002, Svensson to Landes (Svensson 516-18) E

133. Review PDPR of Svensson by Gorman for 2002 Svensson 1776-81) E

134. 360, 11 01 02, of Svensson (Svensson 1722-51) M

135. E-mail letter, 05 13 04, Svensson to Andy Offit (Svensson 911-12) M

136. Letter, 09 15 03, McNamee (Svensson 455-76) E

137. Svensson Diary (hand written) starting 09 12 03 (Svensson 298-392) M

138. Organization Charts 11 28 01 (2718-52) M

139. Organization Charts _____ (2753-75)) M

140. Putnam Manager Handbook (PRM-509-653) E

141. Employee hand Book (PRM 396-445) E

142. Memorandum, 12 24 99, Swift to Jack Morgan ( (PRM 1333-1346) E

143. 1999 Performance Profiles (2308-18) E

144. 1999 Compensation Recommendations A & P plan 02 10 00 (2380-93) E

145. Memorandum 02 18 00, Tibbetts to File (No Bates No.) E

146. Spreadsheet (PRM 1795) E

147. Memorandum 03 15 00 from Schultz to HR M

148. Memorandum 04 06 00 re: Approved Officer List) (PRM 1644-50) M

149. E-mail, 06 27 01, Svensson to Tibbetts (PRM 1692)

150. E-mail, 07 09 01, Holder-Watts to Scordato (PRM 1529) E

151. E-mail, 07 13 01,, Svensson to Tibbetts (PRM 1695) E

152. E-mail, 08 08 01, Malloy to HR (PRM 1522) E

153. E-mail, 08 15 01, Lenhardt to HR (PRM 1891-93) E

154. E-mail, 08 19 01, Tibbetts to Tibbetts (PRM 1520-21) E

155. E-mail, 01 27 03, Gorman to McNamee (PRM 1990-91) E

156. E-mail, 01 31 03, Miller to Browchuk (PRM 1085) M

157. E-mail, 01 14 03, Gorman to Tibbetts (PRM 920) M

158. E-mail, 04 25 03, Scott to HR, Warren and Kamshad (PRM-1701) M

159. E-mail, 04 28 03, Kamshad to Holder-Watts (PRM 1532-33) M

160. E-mail, 05 07 03, Brooks to Morgan and Svensson (PRM 1485-86) M

161. E-mail, 08 18 03, McNamee to Brooks (PRM 334) E

162. HR Update, 08 15 03 (PRM 1798-1911) E

163. HR Update, 08 22 03 (PRM 1813-21) E

164. HR Update, 08 29 03(PRM 1822-32) E

165. HR Update, 09 05 03 (PRM 1833-44) E

166. HR Update, 09 12 03, PRM 1845-56) M

167. HR Update, 09 19 03 (PRM 18157-69) E

168. HR Update, 09 26 03 (PRM 1870-82) M

169. E-mail, 08 27 03, Vandersanden to McNamee (PRM 964-71) E

170. E-mail, 090 03 03, Brooks to Svensson (PRM 356) E

171. E-mail, 09 04 03, Brooks to McNamee and Tibbetts (PRM 816-17) E

172. Letter, 09 15 03, Brooks to Svensson  (PRM 355) E

173. Memorandum, 090 15 03, Brooks to Svensson (PRM 354) E

174. Letter, 03 05 04, Svensson to Schultz (PRM 11) M

175. Letter, 05 10 04, Schultz to Svensson (PRM 00??) M

176. Exhibit to Goodfellow Affidavit: Partners Incentive Compensation Plan as amended June 1995 (No Bates No.) E

177. Total Compensation 2001 - Sorted High to Low - (PRM 3196-3226) E

178. A& P plan 11 02 projections re compensation (PRM 3372-79) E

179. 1999 Performance Profiles for IMD (11 pages No Bates Nos.) E

180. Partners by year 1999-2003 (2 pp.) (No Bates Nos.)E

181. Performance Ratings of 91 Comparators 1999-2004 (3 pp.) (No Bates Nos.) E

182. PDPR form for Investment Associate 01 03 – 06 03 (PRM 846-53) M

183. List guarantees to the 91 persons (males and females) identified in Svensson's fourth affidavit – 1999-2004 (No Bates Nos.) E

184. Incentive Compensation for the 91 persons (males and females) identified in Svensson's fourth affidavit (PRM – 3372-79) E

185. Performance Profiles 1999 for the 91 persons (males and females) identified in Svensson's fourth affidavit (PRM 35448-58) E

186. 2001 Incentive Comp A & P plan (PRM 3791-99) E

187. 2002 Incentive Comp A & P plan (PRM 3312-28) E

188. Putnam profit Growth Incentive Plan (1996) (PRM 1365-95) M

189. Comparators (male) by Employment Action (disparate treatment) as per Svensson Affidavit (No Bates No.) M

190. Conducting Effective Separations, A Notifier's Training Guide (PRM 1204-22) M

191. E-mail 04 26 02 Holder-Watts to Tibbetts (PRM 5728) E

192. Spreadsheets, prepared by Schultz (PRM 13511 -19 and Exh 1A (No Bates No,)  M

193. E-mail, 09 05 00, Malloy to Browchuk re: and copy of Succession Planning File E

194. E-mail, 03 02 01, Esteves to Tibbetts re: 5th group (PRM 9814) M

195. E-mail, 03 02 01, Tibbetts re: 5th group (PRM 13219) M

196. Memorandum 07 27 00 Koontz to various  (PRM 12394) M

197. Excel spreadsheet MDs-SVPs Succession Planning (PRM 12397-12400) (PRM     ) E

198. Email correspondence Browchuk and Swift (PRM 13355-57) M

199. E-mail, 09 16 02, K. Morgan to Brooks (PRM 13958) E

200. E-mail, 03 16 01, D. Miller to Browchuk (PRM 10136) M

201. E-mail, 09 21 01, Holder-Watts (PRM 10103-07) E

202. E-mail Browchuk to Lenhardt (PRM 12551-55) E

203. E-mail, 09 07 01, Swift to Lenhardt re and enclosing MD Evaluation Matrix (including info re: Svensson) (PRM 12556-58) E

204. E-mail, 10 12 01, Browchuk to Oristaglio (PRM 9760) E

205. E-mail, 12 19 02, Browchuk to Ferguson and (PRM 9756) E

206. 1999 Succession Planning Document (info re: Svensson ) (PRM 14825-39) E

207. 2001 Succession Planning document for IMD International Growth (PRM 14784-96) E

208. E-mail, 11 15 99, Collman to Lasser (PRM 9514-16) E

209. Removed from List Prior to In the Round Discussion (Dexter, Svensson and England (PRM 14867) E

210. E-mail, 07 27 00, Koontz to Browchuk and HR re (PRM 12374-91) E

211. E-mail, 03 16 01, Cotner to Browchcuck and e-mail response (PRM 1352-54) E

212. E-mail, 05 04 01 Holder-Watts to Scott and Scott's 05 02 01 e-mail to her (PRM 12609) M

213. E-mail, 06 22 02, Miller to Ferguson (PRM 9782-83) E

214. E-mail, 08 15 01, Lenhardt to HR (PRM 12572-77) E

215. E-mail, 12 14 01, Browchuk to Ferguson re: IMD Reorg (PRM 9757) E

216. E-mail, 01 02 02, correspondence Ferguson and Oristaglio (PRM 9681-84) M

217. E-mail, 03 25 02, Selden to Oristaglio (PRM-14147-48) M

218. E-mail, 04 03 02, Ferguson to Hoffman (PRM 9568) M

219. E-mail, 04 12 02, Joseph to Lasser (PRM 9534) M

220. E-mail, 04 15 02, Oristaglio to Costas (PRM 10539-48) M

221. E-mail, 04 26 02, Tibbetts to partners re: and enclosing a copy of copy of Tibbetts Memorandum, 04 25 02) (PRM 9530-32) E

222. E-mail 04 30 02 Gorman to Morgan.(PRM 9176-77) E

223. E-mail, 08 05 02, Browchuk to Oristaglio and others (PRM 9541-42) E

224. E-mail, 08 14 02, Kuenstner to Ferguson (PRM 9548-49) M

225. E-mail, 11 13 02, Schultz to Lasser (PRM 9524-26) M

226. E-mail, 01 31 03, Tibbetts to Warren and related e-mails (PRM 1423-25) M

227. E-mails 05 22 03, 05 22 03, Scott to Miller (PRM 10456) M

228. 2002 and 2003 terminations(PRM 18457-57) E

229. Interim Review (PRM 8068-69) E

230. ERS_JOB_SUMMARY _BY _EMPLID PRM 8654 E

231. HR Update 01 03 03 (PRM 8875-76) E

232. Women's Leadership Forum documents (PRM 5995-6003) E

233. E-mail, 08 12 05, McCaffrey to Meehan  E

234. E-mail, 03 21 06, Del Pozzo to Meehan (PRM 5921-33) E

235. E-mail, 06 28 06, Clermont to Meehan  (PRM 5912) E

236. E-mail, 09 06 05, to Segers and others (PRM 6004-07) E

237. E-mail, 12 07 05, Frechette to (PRM 5960-71) E

238. Hand written notes, 07 11 06 (PRM 5750) M

239. E-mail 12 13 06, McCafferty to Mockard (PRM 5751-52) E

239. Siegel Report and all Siegel deposition exhibits (all E):

        2    1996 Form 1040

        3    1997 Form 1040

        4    1998 Form 1040

        5    1999 Form 1040

        6    2000 Form 1040

        7    2003 W-2 and schedule

        8    2001 Form 1040

        9    2002 Form 1040

        10   2003 Form 1040

        11   2004 Form 1040

        12   2005 Form 1040

        13   2006 Form 1040

        14   2002 Schedule

        15   2001 W-2 and schedule

       16   2000 W-2 and schedule

       17   1999 W-2

       18   1998 W-2 and schedule

       19   1997 W-2 and schedule

240. Bloom Deposition exhibit 2H, including Exhibits 2A-2G (PRM 14922-29) E

241. Paul White report and all White deposition exhibits (all E)

242. Supplement to White Report

243. Svensson tax returns (unredacted) 1996 E

244. Svensson tax returns (unredacted) 1997 E

245. Svensson tax returns (unredacted) 1998 E

246. Svensson tax returns (unredacted) 1999 E

247. Svensson tax returns (unredacted) 2000 E

248. Svensson tax returns (unredacted) 2001 E

249. Svensson tax returns (unredacted) 2002 E

250. Svensson tax returns (unredacted) 2003 E

251. Svensson tax returns (unredacted) 2004 E

252. Svensson tax returns (unredacted) 2005 E

253. Svensson tax returns (unredacted) 2006 E

254. Svensson tax returns (unredacted) 2007 E

255. E-mail, 11 26 02, Gorman to Svensson ( (Svensson 806) E

256. E-mail, 11 19 02, Gorman to Svensson (Svensson-808) M

257. E-mail, 12 05-06 02, between Grace and Gorman E

258. Putnam business card for Svensson (No Svensson Bates No.) E

259. E-mail, 08 29 02, Gorman to Svensson (Svensson 807) E

260. E-mail, 01 11 03, Gorman to Svensson (Svensson 811) E

261. Svensson performance - 12 31 02 - 08 29 03  (Svensson 501) E

262. ERS_JOB_SUMMARY_BY_EMPLID for the 91 persons (males and females) identified in Svensson's fourth affidavit (PRM 8572-663)  E

263. ERS_JOB_SUMMARY_BY_EMPLID documents (all E) for the following persons:

             Cronin, Kevin
             Jacobs, Jerome
             Kaufman, Jeffrey
             Kohli, William
             Maloney, Kevin
             Meehan, Thalia
             O'Toole, Brian
             Peacher, Stephen
             Pearson, Walton
             Waldman, David
             Wyke, Richard
             Pearson, Walton E

264. Prospectus Supplement (SEC form 497), dated 02 14 03, showing Svensson on the Global Natural Resources fund: http://www.sec.gov/Archives/edgar/data/317031/00009288 1603000111/0000928816-03-000111.txt   E

265. Job search log Excel Spreadsheet (updated) E

266. Job search letters/e-mails E

267. "The Profilor Developmental Feedback" (Svensson 1410-86) E

268. The Profilor Developmental Feedback for Managers Development Guide (Svensson 1493-530) E

269. HR Update 01 17 03 (PRM 8876) E

270. Svensson-650 E-mail, 03 07 03, Svensson to Peers
     (Svensson 650) E

271. Svensson-651 email, 03 11 03, Svensson to Peers  E

272. (E-mail, 03 14 03, Oristaglio to Litant and Whiston
     (PRM 14189-91) (PRM 14189-91) M

273. Memorandum, 03 20 03, Haldeman and Oristaglio to
     Putnam Officers  (PRM 13840-42) M

274. Hutcherson notes of investigation of Svensson in the
     period since 06 01 03 M

275. Compensation data (All E)of the kind furnished to
     Bloom for the following persons:

                    Cronin, Kevin
                    Jacobs, Jerome
                    Kaufman, Jeffrey
                    Kohli, William
                    Maloney, Kevin
                    Meehan, Thalia
                    O'Toole, Brian
                    Peacher, Stephen
                    Pearson, Walton
                    Waldman, David
                    Wyke, Richard
                    Pearson, Walton E

276. Putnam Officer Directories: 08 97, 05 98, 12 99, 07
     00, 07 01, 07 02, 07 03  E

277. PDPRs[2] for the 91 persons (males and females)
     identified in Svensson's fourth affidavit: (PRM 6057-
     8565) E

278. PDPRs (All E but subject to possible stipulation) for
     the following persons:

            Cronin, Kevin
            Jacobs, Jerome
            Kaufman, Jeffrey

---

[2] PDPR is used herein to refer to documents that in the Rule
30(b)(6) deposition of Putnam, Tibbetts referred to as the
"generic" performance review forms.

        Kohli, William
        Maloney, Kevin
        Meehan, Thalia
        O'Toole, Brian
        Peacher, Stephen
        Pearson, Walton
        Waldman, David
        Wyke, Richard
        Pearson, Walton M (subject to stipulation)

279. Resumes for the 91 persons (males and females) identified in Svensson's fourth affidavit by Putnam E

280. Resumes (All E) for the following persons:

        Cronin, Kevin
        Jacobs, Jerome
        Kaufman, Jeffrey
        Kohli, William
        Maloney, Kevin
        Meehan, Thalia
        O'Toole, Brian
        Peacher, Stephen
        Pearson, Walton
        Waldman, David
        Wyke, Richard
        Pearson, Walton E

281. Morningstar Fund Report, published December 15, 2001, for the Putnam Global Growth Fund E

282. Morningstar Fund Report, published December 15, 2001, for Putnam Growth Opportunities Fund E

283. Morningstar Fund Report, published December 15, 2001, for Putnam International New Opportunities Fund E

284. Morningstar Fund Report, published December 15, 2001, for Putnam Investors Fund E

285. Morningstar Fund Report, published December 15, 2001, for Putnam New Opportunities Fund E

286. Morningstar Fund Report, published December 15, 2001, for Putnam New Value Fund E

287. Morningstar Fund Report, published December 15, 2001, for Putnam OTC and Emerging Growth Fund E

288. Morningstar Fund Report, published December 15, 2001, for Putnam Vista Fund E

289. Morningstar Fund Report, published December 15, 2001, for Putnam Voyager Fund E

290. Morningstar Fund Report, published December 15, 2001, for Putnam Voyager II Fund E

SEC Form NSAR-B for the Putnam Global Equity Fund, filed as of 12 29 04 E

291. SEC Form N-1A for the Putnam New Opportunities Fund, dated January 28, 2008, pp. 1-2 and 11, as per the SEC website(www. sec. gov) E

292. SEC Forms N-1A for the Putnam International Growth Fund, dated October 30, 1999, p. 2 and pp. 6-7, October 26,112000, p. 1 and p. 8, and October 30, 2001, p. 1 and pp. 7-8 E

293. SEC Forms N-1A, for the Putnam Global Growth Fund, dated February 28, 2001, pp. 7-8, and the Putnam Global Equity Fund, dated June 29, 2001, pp. 8-9, as per the SEC website (www. sec. gov) E

294. E-mail, 01 28 02, Holder-Watts to Browchuk (PRM 1897) E

295. E-mail, 08 19 03, Schultz to Goodfellow (PRM 1659-60) E

296. Putnam Global Growth Fund prospectus, dated February 28, 2002, p. 43, Marsh & McLennan Corp. SEC Form 10-K for the year ended December 31, 2002 E

297. A and P and Profit Growth Incentive Compensation Plans and Profit sharing and Retirement Plan (PRM 1365-1935) E

298. E-mail, 01 03 02 at Oristaglio to Ferguson (PRM 9683) (PRM 9681-84) M

299. "HR Investments Compensation/Performance Review Process" (PRM 9834-36) E

300. Profit Growth Incentive Plan Section 5.1 (PRM 1372) E

301. A & P Plan Putnam Motion for Summary Judgment Exhibit A1   E

302. E-mail, 01 06 02, Swift to Holder-Watts(PRM 10098) E

303. E-mail, 02 24 03, Tibbetts to Landes (PRM 14237) M

304. Profit Growth Award Plan excerpt ( (PRM 1365) E

305. Memorandum, 04 10 00, Schultz to Operating Committee dated April 10, 2000 (PRM 4031)  E

306. E-mail, 08 10 01, Malloy to Browchuk ( (PRM 12595-97) E

307. Table ("Officer's Nominations") (PRM 3058)  E

308. Table, 01 22 02 ("2001E A&P Incentive Compensation Projections – Tier Sort") (PRM 3246-49) E

309. 1999 PERFORMANCE PROFILES initialed and dated "RBT 1/12-1/13/00" by Tibbetts (PRM 3548) E

310. "Investment Division Officer Nominations IDMC Meeting February 17, 2000" (PRM 1792) E

311. Table ("Officer Nominations"), 02 24 00 (PRM 1793-94) E

312. Memorandum, 04 10 00, Schultz to committee (PRM 4031) E

313. ERS_Job_Summary_By_EMPLID (PRM 8654) E

314. ERS_Job_ Summary_ By_EMPLID (PRM-8657) E

315. ERS_Job_Summary_By_EMPLID (PRM 8615) E

316. ERS_Job_Summary_By_EMPLID (PRM 8627) E

317. ERS_Job_Summary_By_EMPLID re: (PRM 8630). E

318. last page PDPR manager review for 2002, (PRM 7108) E

319. ERS_Job_Summary_By_Emplid (PRM 8617-18) E

320. Manager comment (PRM 7096) E

321. Manager comment 2001 PDPR review (PRM 7112) E

322. Manager comment from 2000 PDPR review (PRM 7105). E

323. Exhibit A to Putnam's Answers to Interrogatories (PRM 5728-47)E

324. A and P incentive compensation plan document (Putnam's Appendix A1 to its Motion for Summary Judgment) E

325. Section 5.1 of the Profit Growth Incentive Plan (PRM 1365-95)E

326. Putnam's A and P Plan (Putnam Appendix on Summary Judgment A1).E

327. Compensation/Performance Review Process, 1999-2000 (PRM 9834-36) E

328. E-mail, 01 30 03, Miller to Browchuk (PRM 2990-91) E

329. E-mail, 01 30 03, Liebovitch to Tibbetts and Browchuk (PRM 2892).E

330. 2002 Associates and Principals Incentive Compensation Plan, 02 03 03 (PRM 3312-28) E

331. Putnam Summary Judgment, A.5  Putnam Summary Judgment, A.5 M

332. Global Growth Fund Prospectus filed with the SEC, dated 02 28 02 E

333. ERS_Job_Summary_By_Emplid, PRM 8629 (PRM 8629 E

334. SEC form N-1A, 02 27, 2003, Global Equity Fund Prospectus E

335. ERS_Job_Summary_By_Emplid, at PRM 8586, PRM 8599 and PRM 8589 E

336. "Plan Year 2002 Equity Plans" (PRM 5743) E

337. ERS_Job_Summary_By_Emplid, PRM 8586E

338. Plan Year 2003 Equity Grants".(PRM 5746) E

339. ERS_Job_Summary_By_Emplid, (PRM 8599) E

340. ERS_Job_Summary_By_Emplid (PRM 8589) E

341. Putnam organizational charts, 11 28 01 (PRM 2727-29) E

342. ERS_Job_Summary_By_Emplid (PRM 8583) E

343. ERS_Job_Summary_By_Emplid (PRM 8636) E

344. E-mail, 12 18 01, Browchuk to Ferguson et al and related e-mail  (PRM 9755-56). E

345. ERS_Job_Summary_By_Emplid (PRM 8610) E

346. ERS_Job_Summary_By_Emplid (PRM 8591) E

347. SEC Form N-1A fund prospectus International New Opportunities Fund, January 28, 2008 E

348. Putnam prospectus for International Growth Fund, filed with the SEC, dated October 30, 1999 E

349. Putnam prospectus for International Growth Fund, filed with the SEC, dated October 26, 2000 E

350. Putnam prospectus for International Growth Fund, filed with the SEC, dated October 20, 2001 E

351. ERS_Job_Summary_By_Emplid (PRM 8586)E

352. Putnam Prospectus for the Global Growth Fund, dated February 28, 2001 E

353. Putnam Prospectus for the Global Equity Fund, dated June 30, 2001 E

354. Putnam Utilities Growth and Income Fund, dated February 28, 2003 E

355. Putnam Health Sciences Trust, dated December 30, 2002, and supplement to the Putnam Global Natural Resources Trust, dated February 14, 2003 E

356. E-mail, 09 11 03, McNamee-Hadley-Brooks (PRM 783-85). E

357. "1999 Associates and Principals Incentive Compensation Plan Recommendation Sheet" (PRM 3567-74) E

358. Memorandum, 05 09 01, Ferguson to the IMD (PRM 12669) E

359. E-mail, 04 24 03, Kamshad to Holder-Watts, dated April 24, 2003(PRM 1895) M

360. "Investment Division Officer Nominations (PRM 1518) E

361. Memorandum, 05 29 03, to the Investment Division from Haldeman and Oristaglio announcing Officer title promotions (PRM 14512) E

362. E-mail, 04 25, 2003, Pullano to the IMD (PRM 1896) M

363. September 4, 2003 Memorandum to Lasser re Titles and Governance, 09 04 03 (PRM 14438-14440) M

364. "Chris O'Malley Mid-Year Review/Business Plan", 07 25 02 (PRM 7457-58) E

365. "Performance and Development Planning and Review Form" for Chris O'Malley, year end review, 01 28 03 (PRM 7463-70) E

366. E-mail, 02 07 03, Hutcherson to the GER Associate Directors of Research (PRM 894) E

367. E-mail, 08 28 03, Svensson to McNamee re: Feedback New Draft with attached memo re: O'Malley (PRM 349-52) E

368. Svensson's Notes (Svensson 676-98) M

369. Svensson-33 (Svensson diary entry E

370. Svensson-34 (Svensson diary entry E

371. Svensson-36 (Svensson diary entry E

372. Svensson 37 (Svensson diary entry E

373. Svensson 38 (Svensson diary entry E

374. Svensson 42-3 (Svensson diary entry E

375. Svensson 49 (Svensson diary entry E

376. Svensson 50 (Svensson diary entry E

377. Svensson 51 (Svensson diary entry E

378. Svensson 57-8 (Svensson diary entry E

379. Svensson 58-9 (Svensson diary entry E

380. Svensson 60-1 (Svensson diary entry E

381. Svensson 63-4 (Svensson diary entry E

382. Svensson 63-6 (Svensson diary entry E

383. Svensson Resume, Exhibit 1 to Svensson Second Affidavit  E

384. E-mail, 08 09 01, Browchuk to Kamshad (PRM 12593-94) M

385. MD Nomination Matrix, dated Q2, 2001  (PRM 1922-1923). M

386. E-mail, 02 24 03, Landes to Haldeman-Oristaglio PRM 14236-37) E

387. E-mail, 01 31 03, Oristaglio-Warren (PRM 14245) E

388. SEC Filing NSAR B Putnam Global Equity Fund filed as of 12 29 04 E

389. SEC Fund Prospectus (form 485) for the Putnam Global Equity Fund as of 03 01 04 E

390. SEC Form 497 Prospectus Supplement dated 07 16 01 for the Global Growth Fund E

391. SEC Form 497 Prospectus Supplement dated 02 14 03 for the Global Natural Resources Fund E

392. Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 1998 E

393. Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 1999 E

394. Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 2000 E

395. Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 2001 E

396. Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 2002 E

397. Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 2003 E

398. Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 2004 E

B.    <u>Plaintiff Svensson's Witnesses</u>.

Svensson may call one or more of the following as witnesses at trial:

1.    Plaintiff Lisa Svensson c/o Kevin F. Moloney, Barron & Stadfeld, P.C., 100 Cambridge Street, Boston, Massachusetts, 617.723 9800/531 6569 (expects to call – 1-2 days (assumes trial is 9 a.m. to 1 p.m.));

2.    Joshua H. Brooks, 248 Buckminster Road, Brookline, Massachusetts (expects to call 1/2 day);

3.    Mary McNamee, 31 Dix Street, Winchester, Massachusetts (expects to call 1/2  day);

4.    Richard B. Tibbetts, 61 Stoneymeade Way, Acton, Massachusetts (expects to call 1/2  day) ;

5.    Stephen M. Oristaglio, 267 Commonwealth Avenue, Boston, Massachusetts (expects to call 1/2  day);

6.  Konstantin Stoev, Scheuzer Strasse, No. 18, Zurich, 8006, Switzerland (expects to call) (by deposition 1-2 hrs.);

7.  Putnam Investments, LLC, by its Keeper of the Records, One Post Office Square, Boston, Massachusetts (expects to call but depends on stipulations);

8.  Putnam Investments, LLC, by the Rule 30(b)(6) deposition testimony of Richard B. Tibbetts (Days One and Two) and Mary McNamee (Day Three) and by the deposition testimony of its officer, Charles E. Haldeman Jr. One Post Office Square, Boston, Massachusetts (expects to call) (by deposition 3/4 day);

9.  Charles E. Haldeman, Jr., 5 Arlington Street, Boston, Massachusetts (expects to call 1/4 day);

10. Darren Peers, 575 11th Street, Hermosa Beach, California (may call rebuttal)(by deposition);

11. Paul F. White, Ph.D., ERS Group, Washington, D.C., 202.328.1515(expects to call 1/2 day);

12. Richard Siegel, Applied Economics, Incorporated, One Westinghouse Plaza, Boston, Massachusetts 02136, 617.333.6680 (expects to call 1-2 hrs.);

13. Steven Curbow, 12 Pilgrim Lane, Medfield, Massachusetts 02052 508.359.8815 (may call 1 hr);

14. Jamie Nugent (nee Hupp), 626 E 2nd Street, No. 1, South Boston, Massachusetts  02127 617 817 6689 (may call 1 hr);

15. Deborah Kuenstner 114 Farlow Road, Newton, Massachusetts 02158 617 630 5728 (may call 1 hr );

16. Beth Cotner, and, 136 Olde Homestead Dr., Marstons Mills, Massachusetts 978 335 4996 (may call 1 hr);

17. Margaret Smith, 65 Commonwealth Avenue, No. 7B, Boston, Massachusetts 617 267 4141 (may call 1 hr).

                              LISA SVENSSON, plaintiff,

By her attorneys,

BARRON & STADFELD, P.C.


/s/ Kevin F. Moloney_____
Kevin F. Moloney  BBO No. 351000
100 Cambridge Street, Suite 1310
Boston, Massachusetts  02114
Tel.: 617.723.9800/531.6569

and

/s/ John K. Weir_____
John K. Weir, Admitted PHV
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, New York, 10022
Tel.: 212.572.6374

Dated: April 22, 2008

Certificate of Service.

    This document, filed through the ECF system, will be sent
electronically to the registered participants as identified on
the Notice of Electronic Filing.


/s/ Kevin F. Moloney_____


Dated: April 22, 2008

[428401.1]