UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA SVENSSON,<br><br>                 Plaintiff,<br><br>v.<br><br>PUTNAM INVESTMENTS, LLC,<br><br>                 Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION<br>)   NO. 12711-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

**PUTNAM'S MOTION *IN LIMINE* TO TAKE JUDICIAL NOTICE OF THE DATE ON WHICH SVENSSON FILED HER COMPLAINT**

    Defendant, Putnam Investments requests that this Court take judicial notice that plaintiff, Lisa Svensson, filed her Complaint with the United States District Court, District of Massachusetts, on December 27, 2004 [Docket 1].

                                                  Respectfully submitted,
                                                  **PUTNAM INVESTMENTS, LLC,**

                                                  By its attorneys,

                                                  /s/ Joseph L. Kociubes
                                                  Joseph L. Kociubes, BBO #276360
                                                  joe.kociubes@bingham.com
                                                  Louis A. Rodriques, BBO #424720
                                                  louis.rodriques@bingham.com
                                                  Allyson E. Kurker, BBO #665231
                                                  allyson.kurker@bingham.com
                                                  Jennifer L. Holden, BBO #663467
                                                  jennifer.holden@bingham.com
                                                  **BINGHAM MCCUTCHEN LLP**
                                                  150 Federal Street
                                                  Boston, MA 02110-1726
                                                  617.951.8000

Dated: April 22, 2008

A/72498989.1/0398860-0000312913

- 2 -

**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 22, 2008.

    /s/ Allyson E. Kurker, BBO #665231
    allyson.kurker@bingham.com

- 2 -