UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA SVENSSON,<br><br>                Plaintiff,<br><br>v.<br><br>PUTNAM INVESTMENTS, LLC,<br><br>                Defendant. | CIVIL ACTION<br>NO. 12711-PBS |

### DEFENDANT, PUTNAM INVESTMENTS' PRETRIAL DISCLOSURES

Pursuant to this Court's Pretrial Order dated April 8, 2008, Defendant, Putnam Investments LLC ("Putnam"), submits its pretrial disclosures pursuant to Fed. R. Civ. P. 26(a)(3).

    **A.**    **Names and Addresses of Witnesses**

Putnam reserves its right to call any or all of the following witnesses.

1. David Bloom, Harvard School of Public Health, 665 Huntington Avenue, Boston, MA 02115. 617 432-0866. Estimated length of direct examination: 2 hours.

2. Joshua Brooks, 248 Buckminster Road, Brookline, MA 02445. 857.891-4584. Estimated length of direct examination: 2 1/2 hours.

3. Stephen Dexter, Putnam Investments LLC, One Post Office Square, Boston, MA 02109. 617.760-1000. Estimated length of direct examination: 1 hour.

4. Eric Hutcherson, 141 Round Hill Drive, Freehold, NJ 07728. 508.229-8876. Estimated length of direct examination: 1 hour.

5. William Landes, 12 Wyndemere Dr. Southborough, MA 01772. 617.532-0200. Estimated length of direct examination: 1 1/2 hour.

- 2 -

6. Brian Lenhardt Putnam Investments LLC, One Post Office Square, Boston, MA 02109.  617.760-1000.  Estimated length of direct examination: 1 hour.

7. Mary McNamee, OFI Institutional, 470 Atlantic Avenue, 11th Floor, Boston, MA 02210-2208.  617. 897-3609.  Estimated length of direct examination: 2 hours.

8. Kelly Morgan, 236 Beacon Street, Unit 4C, Boston, MA 02116.  617.262-1175.  Estimated length of direct examination: 1 hour.

9. Stephen Oristaglio, 287 Commonwealth Ave, Unit #4, Boston, MA 02115.  617.859-3088.  Estimated length of direct examination:  2 1/2 hours.

10. Christopher O'Malley, Eaton Vance Management Inc., 255 State St, Boston, 02110.  617.482-8260.  Estimated length of direct examination:  1 hour.

11. Darren Peers (by deposition).  Estimated length of direct examination: 1/2 hour.

12. Denise Seldon, Putnam Investments LLC, One Post Office Square, Boston, MA 02109.  617.760-1000.  Estimated length of direct examination: 1 1/2 hours.

13. Richard B. Tibbetts, Putnam Investments LLC, One Post Office Square, Boston, MA 02109.  617.760-1000.  Estimated length of direct examination: 2 1/2 hours.

Estimated length of examinations is contingent upon the evidence which may be admitted during plaintiff's case.

B.   **Lists of Proposed Exhibits**

Putnam reserves its right to offer or use for impeachment any of the documents listed on Exhibit A, attached hereto.  Putnam's decision whether to offer these exhibits will depend upon, among other things, the evidence presented by Plaintiff in her case-in-chief.  Putnam also reserves the right to offer rebuttal exhibits, as well as additional exhibits based on those exhibits identified by Plaintiff.

C.   **Excerpts of Deposition Testimony**

Putnam may offer the following deposition testimony of Darren Peers, which are designated by page and line number(s) (page: line):

5: 13-24
6: 1-18
10: 20 - 11:5

- 2 -

15: 4 - 17: 11
22: 21 - 25:22
26: 4 - 30:19
31: 2 - 33: 17
46 3-23
52: 10-13, 16-22
53: 2-15, 18-25
54: 1-2
61: 15 - 62: 22
84: 6-16
85: 25 - 86: 17
132: 6-20
150: 11 - 151: 5
156: 2-19, 22-25
157: 1-21, 25
158: 1-19
159: 16-25
160: 1-8.

        **PUTNAM INVESTMENTS, LLC,**

        By its attorneys,

        /s/ Joseph L. Kociubes
        Joseph L. Kociubes, BBO #276360
        joe.kociubes@bingham.com
        Louis A. Rodriques, BBO #424720
        louis.rodriques@bingham.com
        Allyson E. Kurker, BBO #665231
        allyson.kurker@bingham.com
        Jennifer L. Holden, BBO #663467
        jennifer.holden@bingham.com
        **BINGHAM MCCUTCHEN LLP**
        150 Federal Street
        Boston, MA  02110-1726
        617.951.8000

Dated: April 22, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 22, 2008.

        /s/ Allyson E. Kurker, BBO #665231

A/72499821.1/0398860-0000312913

- 4 -

allyson.kurker@bingham.com

A/72499821.1/0398860-0000312913

# Exhibit A

| Bates # | Date | Description |
|---|---|---|
| B00023 | 9/3/2003 | Email from Josh Brooks to Lisa Svensson |
| B00065-00066 | 8/19/2003 | Email with attached GER Compensation Spreadsheet |
| LS0031-0392 | Various | Lisa Svensson's Employment Diary |
| LS0405-0406 | 6/9/1994 | Employment letter, Non-solicitation agreement, and confidentiality agreement |
| LS0455-0476 | 9/15/2003 | Letter from Mary McNamee to Lisa Svensson |
| LS0516-0518 | 3/14/2002 | Business Plan proposed by Lisa Svensson to Bill Landes |
| LS0524 | 3/12/2002 | Email from Svensson to Steve Oristaglio |
| LS0526 | 9/21/2001 | Email from Svensson to Steve Oristaglio |
| LS0911 | 5/13/2004 | Email from Svensson to Andy Offit |
| LS1757 | 3/10/2004 | Letter from Mitchell Schultz re: Shares of Putnam Class B stock |
| PRM00004 | 9/15/2003 | Email from Josh Brooks re: employment termination |
| PRM00005 | 9/15/2003 | Memo from Josh Brooks re: employment termination |
| PRM00015-00023 | 3/1/2001 | Performance Review for Lisa Svensson for the year 2000 |
| PRM00121-00129 | 11/12/2003 | Letter from John Weir to William Woolverton |
| PRM00167 | 1994 | Svensson's Resume |
| PRM00335-00336 | 9/4/2003 | Mary McNamee notes |
| PRM00341-00346 | 8/11/2003 | Email from Chris O'Malley to Eric Hutcherson and attachment. |
| PRM00347-00348 | 8/8/2003 | Email from Lisa Svensson to Mary McNamee |
| PRM00358-00367 | Various | Darren Peers' notes |
| PRM00661 | 3/12/2002 | Email from Steve Oristaglio to Lisa Svensson |
| PRM00759-00761 | None | Spreadsheet of Lisa Svensson's titles from year's 1994-2003 with salary and history |
| PRM00779-00780 | 9/3/2003 | Email from Josh Brooks to Lisa Svensson (forwarded to Mary McNamee) |
| PRM00821-00822 | 10/14/2003 | Email chain between Jeffrey Fitzpatrick, June Martin |
| PRM00898 | 2/24/2003 | Email chain between Landes and Tibbetts |
| PRM00979 | 8/18/2003 | Email from Svensson to Mary McNamee |
| PRM01365-01395 | 1/1/1996 | Putnam Investments Profit Growth Incentive Compensation Plan |
| PRM01396-01433 | 2/4/2004 | Putnam Investments Equity Partnership Plan |
| PRM01489 | 3/14/2001 | Email from Lisa Svensson to Steve Oristaglio |
| PRM01494 | 5/9/2002 | Email from Svensson to Kelly Morgan |
| PRM01558-01560 | 3/28/2002 | Email from Steve Gorman to Lisa Svensson |

| Bates # | Date | Description |
|---|---|---|
| PRM01652-01654 | 3/31/2003 | Email from Mitch Schults to Elizabeth McCarthy |
| PRM01695 | 7/13/2001 | Email from Lisa Svensson to Richard Tibbetts |
| PRM01747 | 8/11/2003 | Email from Michael Arends to Chris O'Malley |
| PRM01751 | 7/30/2001 | Email from Svensson to Christine Scordato |
| PRM01792 | 2/17/2000 | Officer nomination spreadsheet for Managing Director Nominations |
| PRM01801 | 8/15/2003 | HR Update |
| PRM01825 | 8/29/2003 | HR Update |
| PRM03056 | 1/17/2003 | Email from Bill Landes to Haldeman and Oristaglio |
| PRM05728-05739; PRM05734-05747; PRM014869-014929 | Undated | Data produced in conjunction with the Bloom report |
| PRM07463-07470 | 1/28/2003 | Performance Review of Christopher O'Malley (2002) |
| PRM08976 | Various | Investment Bonus Pool History for 1998-2006 |
| PRM09531-09532 | 4/25/2002 | Memo from Richard Tibbetts to Putnam partners. |
| PRM09540 | 1/10/2003 | Email from Bill Landes re: Best GER Stock Pickers 2002 |
| PRM10093 | 4/29/2002 | Email from Dan Miller to Steve Oristaglio |
| PRM13355 | 3/16/2001 | Email from Brett Browchuk to Robert Swift re: business impact of potential layoffs |
| PRM14100-14104 | 4/16/2002 | Officers Meeting IMD Update |
| PRM14111-14116 | 4/16/2002 | Investment Division Update |
| PRM14118-14131 | 4/2/2002 | Powerpoint presentation to Trustees re: Product Rationalization |
| PRM14147-14148 | 3/25/2002 | Email from Denise Selden to Steve Oristaglio |
| PRM14854-14856 | Various | Spreadsheet of 1/1/04-4/3/04 Investment terminations; 2003 Investment terminations; 2002 Investment terminations |
| | 1/1/1996 | Putnam Investments Associates and Principals Plan |
| | 4/13/2007 | Exhibits 5 - 12 appended to Bloom's Expert Report |
| | Undated | List of Bloom's publications |
| | Undated | Bloom's resume |
| | Undated | Compensation grid of the Global Growth team (1999-2001) (Exhibit 5 to the Tibbetts Affidavit in Support of Putnam's Motion for Summary Judgment) |

| Bates # | Date | Description |
|---|---|---|
| | Undated | Compensation grid of the Global Equity Research team (2002-2003) (Exhibit 6 to the Tibbetts Affidavit in Support of Putnam's Motion for Summary Judgment) |
| | Undated | People Soft employment dates for Walt Pearson |
| | Undated | People Soft employment dates for Heather Arnold |
| | Undated | People Soft employment dates for James Yu |
| | Undated | GER Personnel for 2002 |
| | Various | Svensson's tax returns from 1998 - present. |