## UNITED STATES DISTRICT COURT
## DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| Lisa Svensson, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION |
| | ) | NO.  04-12711-PBS |
| Putnam Investments LLC, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

### PUTNAM INVESTMENTS' OBJECTIONS TO
### PLAINTIFF'S DESIGNATED EXHIBITS AND OBJECTIONS AND
### COUNTER-DESIGNATIONS TO PLAINTIFF'S DEPOSITION TESTIMONY

Pursuant to this Court's April 8, 2008 Order, Defendant, Putnam Investments ("Putnam")

hereby submits:

1.  Putnam's objections to Plaintiff Lisa Svensson's ("Svensson") designated exhibits,

attached hereto at Exhibit A; and

2.  Putnam's objections and counter-designations of Svensson's designated deposition

testimony, attached hereto at Exhibit B.

A/72518547.1/0398860-0000312913

3.   Putnam does not object to Svensson's witnesses in general.  However,  Putnam notes that, at least some of Dr. White's and Dr. Seigal's anticipated testimony will be subject to Daubert challenges.

**PUTNAM INVESTMENTS, LLC,**

By its attorneys,

/s/ Joseph L. Kociubes, BBO #276360
Joseph L. Kociubes, BBO #276360
joe.kociubes@bingham.com
Louis A. Rodriques, BBO #424720
Allyson E. Kurker, BBO #665231
Jennifer L. Holden, BBO #663467
**BINGHAM MCCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
(617) 951-8000

Dated: April 29, 2008

**<u>Certificate of Service</u>**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 29, 2008.


/s/ Jennifer L. Holden
Jennifer L. Holden, BBO #663467

# Exhibit A

Putnam's objections to Svensson's designated exhibits

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 1 | B 065 | Brooks e-mail 08 19 03 re: GER compensation | Relevance |
| 2 | B 066 | Attachment to Brooks Exh. 1 | Relevance |
| 3 | B 056 | E-mail, 09 11-12 03 | Relevance |
| 4 | B 56-57 | Continuation of Brooks Exhibit 3 | Relevance |
| 5 | B 023 | Brooks e-mail to Svensson, 09 03 03 | |
| 6 | LS 0455 | Brooks, 09 15 03, memorandum to Svensson | |
| 7 | LS 0455 | Brooks memo 09 15 03 to Svensson | |
| 8 | PRM 01756 | Oristaglio e-mail, 11 21 02, to Svensson and Haldeman: | |
| 9 | PRM 09540 | Landes, 01 10 03, e-mail to various re: "Best GER Stock Pickers 2002 and Three year Trailing" | |
| 10 | PRM 01563-64 | Landes e-mail, 01 17 03, to Oristaglio, Haldeman, Tibbetts, McNamee, Scordato | |
| 11 | PRM 00900 | Landes, 02 24 03, e-mail to Oristaglio and Haldeman | |
| 12 | PRM 00903 | Tibbetts e-mail, 02 24 03, replying to Landes 02 24 03 e-mail | |
| 13 | PRM 00901 | Landes e-mail, 02 24 03, to Tibbetts, Oristaglio, Haldeman | |
| 14 | PRM 00899 and PRM 00897 | Tibbetts reply e-mail, 02 24 03, to Landes | |
| 15 | PRM 00891-893 | Unsigned, undated memorandum to Haldeman re: decisionmaking on MBA bonuses | Relevance; hearsay; foundation |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 16 | PRM 01936-39; PRM 01940-63; PRM 01964-69; PRM 01970-74; PRM 01974-85 | Enclosures to Rodriques letter, 05 15 06: a) 1999 total compensation b) 2001 compensation c) 2002 top 100 d) correspondence, including e-mail among Schultz Lasser et al e) correspondence, including from Lasser | Relevance as to all pages except PRM 1946 |
| 17 | LS 0793 | Lasser letter, 02 07 95, to Svensson | |
| 18 | LS 0818-37 | Lasser note, 05 05 95, to Svensson | |
| 19 | LS 1533-43 | Lasser letter to Svensson, 03 31 98 (Svensson ) | |
| 20 | LS 1547-56 | letter to Svensson, 03 31 99 | |
| 21 | LS 1561-70 | Lasser letter to Svensson, 03 31 00 | |
| 22 | LS 1575-84 | Lasser letter to Svensson, 03 31 03 | |
| 23 | LS 1590-99 | Lasser letter to Svensson, 03 31 02 | |
| 24 | PRM 00396-508 | Employee Handbook | |
| 25 | PRM 01003 | August 15, 2003, Human Resources Update | |
| 26 | PRM 00341-46 | Hutcherson e-mail, 08 11 03, to McNamee | |
| 27 | PRM 00367 | Peers July 2003 handwritten notes | |
| 28 | PRM 00339 | Svensson e-mail to McNamee, 08 18 03 | |
| 29 | B 019 | E-mail, 08 27 03, from Svensson to Linda Grace to Brooks via McNamee | |
| 30 | PRM 00337 | Svensson e-mail to Grace re: | |
| 31 | PRM 00338 | Svensson e-mail to Brooks, 08 26 03 | |
| 32 | PRM 00353 | Svensson e-mail, 08 26-27 03, to Grace | |
| 33 | PRM 00356 | Brooks e-mail to Svensson, 09 03 03 | |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 34 | PRM 00335-36 | McNamee handwritten notes, second week of August | |
| 35 | B 052-55 | E-mail Hadley and McNamee, 09 04-09 03 | Relevance |
| 36 | B 027 | E-mail Brooks and McNamee, 09 15 03 | Relevance |
| 37 | B 355; PRM 00355 | Brooks, 09 15 03, memo to Svensson | |
| 38 | PRM 00354 | Brooks memo 09 15 03 to Svensson | |
| 39 | PRM 00358-66 | Peers' diary notes | |
| 40 | PRM 00001 | E-mail 03 26 03 | |
| 41 | PRM 00373-95 | Putnam EEO statement | |
| 42 | PRM 00297-304 | O'Donnell 12 31 97 Evaluation of Svensson for 1997 | Relevance |
| 43 | PRM 00305-20 | Swift 06 11 98 review of Svensson | Relevance |
| 44 | PRM 00324-33 | Swift review (PDPR) December 1999 of Svensson for 1999 | Relevance |
| 45 | PRM 00285-87 | Svensson Self Assessment, 01 11 00 | Relevance; self-serving; hearsay |
| 46 | PRM 00267-74 | Swift's review of Svensson for 1998 | Foundation; relevance |
| 47 | PRM 00049-62 | Swift 12 24 99 memorandum to Jack Morgan | |
| 48 | PRM 00288-96 | Swift PDPR review of Svensson December | |
| 49 | PRM 00015-23 | Copy of No. 48, above | |
| 50 | PRM 00024-38 | Copy of No. 48, above but with additional backup | Incorrect designation; any objection reserved |
| 51 | PRM 00258-66 | Swift December 2001 PDPR review of Svensson | |
| 52 | PRM 00040-48 | Copy of No. 29 | Duplicative |
| 53 | PRM 00063-92 | November 1, 2001, 360 peer Review | Relevance; hearsay |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 54 | PRM 00279-84 | December 2002 review of Svensson | |
| 55 | PRM 00228-57 | November 1, 2002, 360 Peer review | Relevance; hearsay |
| 56 | PRM 00093-120 | Back up to No. 33, above | Hearsay; relevance |
| 57 | PRM 00278-86 | June 2002 review of Svensson by Gorman | |
| 58 | LS 0036 | Svensson Diary 05 29 98 | Hearsay; relevance; stray remarks |
| 59 | LS 0032 | Svensson Diary 04 23 98 | Hearsay; relevance; stray remarks |
| 60 | LS 0039 | Svensson Diary 02 01 99 | Hearsay; relevance; stray remarks |
| 61 | LS 0043-44 | Svensson Diary 06 03 99 | Hearsay; relevance; stray remarks |
| 62 | LS 0050 | Svensson Diary | Hearsay; relevance; stray remarks; foundation |
| 63 | LS 0051 | Svensson Diary 09 18 00 | Hearsay; relevance; stray remarks |
| 64 | PRM 01333-46 | Swift memorandum, 12 24 99 | Relevance |
| 65 | PRM 01789-91 | Notes (typed) 02 17 00 | Relevance; hearsay; foundation |
| 66 | PRM 01757 | E-mail, 02 28 01 | Relevance |
| 67 | PRM 01489 | E-mail, 03 14 01 | |
| 68 | PRM 01490 | E-mail, 04 12 01 | Relevance |
| 69 | PRM 01491 | E-mail, 05 03 01, Kelly Morgan to Svensson | |
| 70 | PRM 01558 | E-mail, 03 27 02, Gorman to Svensson | |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 71 | PRM 01492-93 | E-mail, 05 08 02, Landes to IMD | |
| 72 | PRM 01495 | E-mail, 09 06 02, Ferguson to Svensson w/ cc to Landes | |
| 73 | PRM 01675 | E-mail, 07 17 02 | Relevance |
| 74 | LS 0057-58 | Svensson Diary, 07 24 02 | Hearsay; relevance; stray remarks |
| 75 | PRM 01496 | E-mail, 09 09 02, Kelly Morgan to Svensson | |
| 76 | PRM 01502-03 | E-mail, 12 02 02, Landes to GER | |
| 77 | PRM 01563-64 | E-mail, 01 17 02, Landes to Oristaglio, Haldeman, Tibbetts, Scordato | Duplicative |
| 78 | PRM 00990-91 | E-mail Gorman to McNamee | |
| 79 | PRM 01507 | E-mail. 03 11 03, Kelly Morgan to Svensson | |
| 80 | PRM 01508 | E-mail, 03 11 03, Svensson to Kelly Morgan | Hearsay |
| 81 | PRM 01509 | E-mail, 03 11 03, Kelly Morgan to Svensson | |
| 82 | PRM 01483-84 | E-mail, 04 14 03, Kelly Morgan to Brooks | |
| 83 | | E-mail, 04 22 03 Kelly Morgan to Svensson | Cannot identify because designation is without a bates range; objection reserved |
| 84 | PRM 01513 | E-mail, 04 29 03, Kelly Morgan to Svensson and Peers | |
| 85 | PRM 00358-367 | Peers Diary Notes | Duplicative |
| 86 | LS 1722-51 | Svensson 360 Review 11 01 02 | Hearsay; relevance |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 87 | PRM 02753-75 | Organization Charts | Relevance |
| 88 | PRM 02718-52 | Organization Charts | Relevance |
| 89 | PRM 00324-33 | Review December 1999 PDPR of Svensson by Swift | Relevance; hearsay; self-serving |
| 90 | PRM 00288-96 and PRM 2602-79 | Review December 2000 PDPR of Svensson by Swift  plus backup | Relevance |
| 91 | PRM 00258-66 | Review December 2001 PDPR of Svensson by Swift | Duplicative |
| 92 | PRM 00279-84, PRM 02418-2537 | Review December 2002 PDPR by Gorman plus backup | Relevance, except for PRM 2423 |
| 93 | PRM 01333-46 | Swift December 24, 1999, to Jack | Relevance |
| 94 | PRM 01789-91 | Hand written notes, 02 17 00 | Relevance; hearsay;foundation |
| 95 | PRM 01793-94 | Officer Nomination spreadsheet | Relevance |
| 96 | PRM 01795 | Schedule | Relevance; foundation |
| 97 | PRM 01489 | E-mail Svensson to Oristaglio E-mail, 03 14 01, Svensson to Oristaglio | |
| 98 | PRM 01922 | Continuation sheet | Relevance |
| 99 | LS 0525 | E-mail, 07 09 01, Svensson to Oristaglio | |
| 100 | PRM 00658 | E-mail, 07 09 01, Svensson to Scordato | |
| 101 | LS 0526 | E-mail, 09 21 01, Svensson to Oristaglio | |
| 102 | PRM 01608-17 | HR Update, 03 01 02 | Relevance |
| 103 | PRM 01618-27 | HR Update, 03 08 02 | Relevance |
| 104 | LS 0524 | E-mail, 03 12 02, Svensson to Oristaglio | |

| Exhibit # | Bates # | Description | Objection(s) |
|-----------|---------|-------------|--------------|
| 105 | PRM 00661 | E-mail, 03 12 02, Oristaglio to Svensson | |
| 106 | PRM 01558-61 | E-mail, 03 27 02, Gorman to Svensson | Duplicative |
| 107 | PRM 01756 | E-mail, 11 21 02, Oristaglio to Svensson | Duplicative |
| 108 | PRM 01563-64 | Landes e-mail, 01 17 03, to Oristaglio, Haldeman, Tibbetts, McNamee, Scordato | Duplicative |
| 109 | PRM 00093-120 | 360 review 11 01 02 | Hearsay; relevance |
| 110 | PRM 02712-14 | Benchmark for Svensson "12/31/2001 To: 09/30/2003" | Relevance; foundation |
| 111 | | Oristaglio Deposition Day Two: – Eight Exhibits  (Exhibits 25-32) | Ex. 25 - Relevance; Ex. 26 - Relevance; Ex. 27 - Relevance; Ex. 28 - Relevance; Ex. 29 - Relevance; Ex. 30 - Relevance, Foundation; Ex. 31 - Relevance; Ex. 32 - Relevance, Foundation |
| 112 | PRM 03621-30 | A & P Plan 1999 recommended compensation | Relevance |
| 113 | PRM 03925-36 | 2000 Incentive Summary sorted | Relevance; foundation |
| 114 | PRM 03559-60 | Hand written notes | Relevance; foundation |
| 115 | | SEC case Tibbetts Affidavit Exh. B | Relevance |
| 116 | PRM 03360-71 | Group, Rating, Alphabetical Sorts for 2001 performance scores | Relevance |
| 117 | PRM 03360-371 | A & P Plan 2001 recommended compensation | Relevance |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 118 | PRM 04019-4027 | 2002 Proposed A and P Proposed Incentives | Relevance; foundation |
| 119 | PRM 03312-28 | 2002 A & P Plan Recommendations | Relevance (Daubert); foundation |
| 120 | | E-mail, 10 27 03, Lasser to Stoev (No Bates No.) | Relevance |
| 121 | | E-mail, 09 19 03, Brooks to Stoev) | |
| 122 | | Separation Agreement, dated November 5, 2004, and signed by Stoev, November 22, 2004 (No Bates No.) | |
| 123 | | E-mail, 09 17 04 Stoev and Morgan re: options outlined yesterday. (No Bates No.) | |
| 124 | LS 0405-408 | Letter, 06 09 94, O'Donnell to Svensson | |
| 125 | LS 0032-297 | Svensson diary | Hearsay; self-serving |
| 126 | PRM 00778-780 | E-mail, 09 03 03, Brooks to Svensson (No Bates No.) | |
| 127 | PRM 00347-48 | E-mail, 80 08 03, Svensson to McNamee | |
| 128 | PRM 00015-23 | Review PDPR of Svensson by Swift for 2000 | |
| 129 | PRM 00063-92 | 360, 11 02 01, of Svensson | Relevance; hearsay |
| 130 | PRM 00752-60 | Review PDPR of Svensson by Swift for 2001 | Incorrect designation; objection reserved |
| 131 | LS 0524 | E-mail, 03 12 02, Svensson to Oristaglio (No Bates No.) | Duplicative |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 132 | LS 0516-18 | Business Plan, March 14, 2002, Svensson to Landes | |
| 133 | LS 1776-81 | Review PDPR of Svensson by Gorman for 2002 | |
| 134 | LS 1722-51 | 360, 11 01 02, of Svensson | Hearsay; relevance |
| 135 | LS 0911-12 | E-mail letter, 05 13 04, Svensson to Andy Offit | |
| 136 | LS 0455-76 | Letter, 09 15 03, McNamee | |
| 137 | LS 0298-392 | Svensson Diary (hand written) starting 09 12 03 | Hearsay; self-serving; multiple hearsay; relevance (in part) |
| 138 | PRM 02718-52 | Organization Charts 11 28 01 | Relevance |
| 139 | PRM 02753-75 | Organization Charts _____ | Relevance |
| 140 | PRM 00509-653 | Putnam Manager Handbook | |
| 141 | PRM 00396-445 | Employee hand Book | Duplicative |
| 142 | PRM 01333-1346 | Memorandum, 12 24 99, Swift to Jack Morgan | Relevance |
| 143 | PRM 02308-18 | 1999 Performance Profiles | Relevance; foundation |
| 144 | PRM 02380-93 | 1999 Compensation Recommendations A & P plan 02 10 00 | Relevance; foundation |
| 145 | | Memorandum 02 18 00, Tibbetts to File (No Bates No.) | Relevance |
| 146 | PRM 01795 | Spreadsheet | Relevance; foundation |
| 147 | *PRM 1641* | Memorandum 03 15 00 from Schultz to HR | Relevance |
| 148 | PRM 01644-50 | Memorandum 04 06 00 re: Approved Officer List) | Relevance |
| 149 | PRM 01692 | E-mail, 06 27 01, Svensson to Tibbetts | |
| 150 | PRM 01529 | E-mail, 07 09 01, Holder-Watts to Scordato | |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 151 | PRM 01695 | E-mail, 07 13 01,, Svensson to Tibbetts | |
| 152 | PRM 01522 | E-mail, 08 08 01, Malloy to HR | Relevance |
| 153 | PRM 01891-93 | E-mail, 08 15 01, Lenhardt to HR | Relevance |
| 154 | PRM 01520-21 | E-mail, 08 19 01, Tibbetts to Tibbetts | Relevance; foundation |
| 155 | PRM 01990-91 | E-mail, 01 27 03, Gorman to McNamee | Designated bates range does not match description; objection reserved |
| 156 | PRM 01085 | E-mail, 01 31 03, Miller to Browchuk | Relevance |
| 157 | PRM 00920 | E-mail, 01 14 03, Gorman to Tibbetts | Relevance |
| 158 | PRM 01701 | E-mail, 04 25 03, Scott to HR, Warren and Kamshad | Relevance; foundation |
| 159 | PRM 01532-33 | E-mail, 04 28 03, Kamshad to Holder-Watts | Relevance; foundation |
| 160 | PRM 01485-86 | E-mail, 05 07 03, Brooks to Morgan and Svensson | Relevance; foundation |
| 161 | PRM 00334 | Email, 08 18 03, McNamee to Brooks | |
| 162 | PRM 01798-1811 | HR Update, 08 15 03 | Relevance, except for PRM 1801 |
| 163 | PRM 01813-21 | HR Update, 08 22 03 | Relevance, except for PRM 1813 |
| 164 | PRM 01822-32 | HR Update, 08 29 03 | Relevance, except for PRM 1825 |
| 165 | PRM 01833-44 | HR Update, 09 05 03 | Relevance, except for PRM 1837 |
| 166 | PRM 01845-56 | HR Update, 09 12 03, | Relevance, except for PRM 1849 |
| 167 | PRM 01857-69 | HR Update, 09 19 03 | Relevance, except for  PRM 1861 - 2 |

| Exhibit # | Bates # | Description | Objection(s) |
|-----------|---------|-------------|--------------|
| 168 | PRM 01870-82 | HR Update, 09 26 03 | Relevance, except for PRM 1874 - 5 |
| 169 | PRM 00964-71 | E-mail, 08 27 03, Vandersanden to McNamee | |
| 170 | PRM 00356 | E-mail, 090 03 03, Brooks to Svensson | |
| 171 | PRM 00816-17 | E-mail, 09 04 03, Brooks to McNamee and Tibbetts | |
| 172 | PRM 00355 | Letter, 09 15 03, Brooks to Svensson | Duplicative |
| 173 | PRM 00354 | Memorandum, 090 15 03, Brooks to Svensson | Duplicative |
| 174 | PRM 00011 | Letter, 03 05 04, Svensson to Schultz | Relevance |
| 175 | PRM 00062 and PRM 00010 | Letter, 05 10 04, Schultz to Svensson | Relevance |
| 176 | | Exhibit to Goodfellow Affidavit: Partners Incentive Compensation Plan as amended June 1995 (No Bates No.) E | Relevance |
| 177 | PRM 03196-3226 | Total Compensation 2001 - Sorted High to Low - | Relevance |
| 178 | PRM 03372-79 | A& P plan 11 02 projections re compensation | Relevance |
| 179 | *2308-2318* | 1999 Performance Profiles for IMD (11 pages No Bates Nos.) | Relevance |
| 180 | | Partners by year 1999-2003 (2 pp.) (No Bates Nos.) | Relevance |
| 181 | | Performance Ratings of 91 Comparators 1999-2004 (3 pp.) (No Bates Nos.) | Relevance; Daubert; foundation |
| 182 | PRM 00846-53 | PDPR form for Investment Associate 01 03 – 06 03 | Relevance |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 183 | | List guarantees to the 91 persons (males and females) identified in Svensson's fourth affidavit – 1999-2004 (No Bates Nos.) | Relevance; Daubert; foundation |
| 184 | PRM 03372-7 | Incentive Compensation for the 91 persons (males and females) identified in Svensson's fourth affidavit | Relevance |
| 185 | PRM 03548-58 | Performance Profiles 1999 for the 91 persons (males and females) identified in Svensson's fourth affidavit | Relevance; Daubert; foundation |
| 186 | PRM 03791-99 | 2001 Incentive Comp A & P plan [with handwritten notes] | Designated bates range does not match description; objection reserved |
| 187 | PRM 03312-28 | 2002 Incentive Comp A & P plan | |
| 188 | PRM 01365-95 | Putnam profit Growth Incentive Plan (1996) | |
| 189 | | Comparators (male) by Employment Action (disparate treatment) as per Svensson Affidavit (No Bates No.) | Relevance; foundation; Daubert |
| 190 | PRM 01204-22 | Conducting Effective Separations, A Notifier's Training Guide | Relevance |
| 191 | PRM 9530 | E-mail 04 26 02 Holder-Watts to Tibbetts | Misidentified document; any objection reserved |
| 192 | PRM 13511 -19 | Spreadsheets, prepared by Schultz and Exh 1A (No Bates No,) | Relevance (Daubert); foundation |

| Exhibit # | Bates # | Description | Objection(s) |
|-----------|---------|-------------|--------------|
| 193 | *PRM 12360-12368* | E-mail, 09 05 00, Malloy to Browchuk re: and copy of Succession Planning File | Relevance; foundation |
| 194 | PRM 09814 | E–mail, 03 02 01, Esteves to Tibbetts re: 5th group | Relevance |
| 195 | PRM 13219 | E–mail, 03 02 01, Tibbetts re: 5th group | Relevance; foundation |
| 196 | PRM 12394 | Memorandum 07 27 00 Koontz to various | Relevance; foundation |
| 197 | PRM 12397-12400 | Excel spreadsheet MDs-SVPs Succession Planning | Relevance |
| 198 | PRM 13355-57 | Email correspondence Browchuk and Swift | |
| 199 | PRM 13958 | E-mail, 09 16 02, K. Morgan to Brooks | |
| 200 | PRM 10136 | E-mail, 03 16 01, D. Miller to Browchuk | Relevance |
| 201 | PRM 10103-07 | E-mail, 09 21 01, Holder-Watts | Relevance; foundation |
| 202 | PRM 12551-55 | E-mail Browchuk to Lenhardt | Relevance; foundation |
| 203 | PRM 12556-58 | E-mail, 09 07 01, Swift to Lenhardt re and enclosing MD Evaluation Matrix (including info re: Svensson) | Relevance |
| 204 | PRM 09760 | E-mail, 10 12 01, Browchuk to Oristaglio | Foundation |
| 205 | PRM 09756 | E-mail, 12 19 02, Browchuk to Ferguson and | Foundation |
| 206 | PRM 14825-39 | 1999 Succession Planning Document (info re: Svensson ) | Relevance |
| 207 | PRM 14784-96 | 2001 Succession Planning document for IMD International Growth | Relevance |
| 208 | PRM 09514-16 | E-mail, 11 15 99, Collman to Lasser | Relevance; foundation |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 209 | PRM 14867 | Removed from List Prior to In the Round Discussion (Dexter, Svensson and England | Foundation; relevance |
| 210 | PRM 12374-91 | E-mail, 07 27 00, Koontz to Browchuk and HR re | Relevance; foundation |
| 211 | PRM 13352-54 | E-mail, 03 16 01, Cotner to Browchcuck and e-mail response | Relevance; foundation |
| 212 | PRM 12609 | E-mail, 05 04 01 Holder-Watts to Scott and Scott's 05 02 01 e-mail to her | Relevance; foundation |
| 213 | PRM 09782-83 | E-mail, 06 22 02, Miller to Ferguson | Relevance; foundation |
| 214 | PRM 12572-77 | E-mail, 08 15 01, Lenhardt to HR | Relevance; foundation |
| 215 | PRM 09757 | E-mail, 12 14 01, Browchuk to Ferguson re: IMD Reorg | Relevance; foundation |
| 216 | PRM 09681-84 | E-mail, 01 02 02, correspondence Ferguson and Oristaglio | Relevance |
| 217 | PRM 14147-48 | E-mail, 03 25 02, Selden to Oristaglio | |
| 218 | PRM 09568 | E-mail, 04 03 02, Ferguson to Hoffman | Relevance; foundation |
| 219 | PRM 09534 | E-mail, 04 12 02, Joseph to Lasser | Relevance; foundation |
| 220 | PRM 10539-48 | E-mail, 04 15 02, Oristaglio to Costas | |
| 221 | PRM 09530-32 | E-mail, 04 26 02, Tibbetts to partners re: and enclosing a copy of copy of Tibbetts Memorandum, 04 25 02 | |
| 222 | PRM 09176-77 | E-mail 04 30 02 Gorman to Morgan | |
| 223 | PRM 09541-42 | E-mail, 08 05 02, Browchuk to Oristaglio and others | Relevance |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 224 | PRM 09548-49 | E-mail, 08 14 02, Kuenstner to Ferguson | Relevance |
| 225 | PRM 09524-26 | E-mail, 11 13 02, Schultz to Lasser | Relevance |
| 226 | **PRM 014243-45** | E-mail, 01 31 03, Tibbetts to Warren and related emails | Relevance |
| 227 | PRM 10456 | E-mails 05 22 03, 05 22 03, Scott to Miller | Relevance; foundation |
| 228 | PRM 14855-56 | 2002 and 2003 terminations | |
| 229 | PRM 08068-69 | Interim Review | Relevance |
| 230 | PRM 08654 | ERS_JOB_SUMMARY _BY _EMPLID | |
| 231 | PRM 08875-76 | HR Update 01 03 03 | |
| 232 | PRM 05995-6003 | Women's Leadership Forum documents | Relevance; foundation |
| 233 | *PRM 6011-6020* | E-mail, 08 12 05, McCaffrey to Meehan | Relevance |
| 234 | PRM 05921-33 | E-mail, 03 21 06, Del Pozzo to Meehan | Foundation; relevance; Daubert |
| 235 | PRM 05912 | E-mail, 06 28 06, Clermont to Meehan | Relevance |
| 236 | PRM 06004-07 | E-mail, 09 06 05, to Segers and others | Relevance |
| 237 | PRM 05960-71 | E-mail, 12 07 05, Frechette to | Relevance; foundation; Daubert |
| 238 | PRM 05750 | Hand written notes, 07 11 06 | Relevance; hearsay; foundation |
| 239 | PRM 05751-52 | E-mail 12 13 06, McCafferty to Mockard | Relevance |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 239 A (note 239 designated twice) | | Siegel Report and all Siegel deposition exhibits<br>2 1996 Form 1040<br>3 1997 Form 1040<br>4 1998 Form 1040<br>5 1999 Form 1040<br>6 2000 Form 1040<br>7 2003 W-2 and schedule<br>8 2001 Form 1040<br>9 2002 Form 1040<br>10 2003 Form 1040<br>11 2004 Form 1040<br>12 2005 Form 1040<br>13 2006 | Hearsay as to the report; relevance as to the 1996 - 1999 tax returns and forms |
| 240 | PRM 14922-29 included | Bloom Deposition exhibit 2H, including Exhibits 2A-2G | |
| 241 | | Paul White Report and all White deposition exhibits | Hearsay; Daubert |
| 242 | | Supplement to White Report | Never produced or previously identified |
| 243 | | Svensson tax returns (unredacted) 1996 | Relevance |
| 244 | | Svensson tax returns (unredacted) 1997 | Relevance |
| 245 | | Svensson tax returns (unredacted) 1998 | Relevance |
| 246 | | Svensson tax returns (unredacted) 1999 | Relevance |
| 247 | | Svensson tax returns (unredacted) 2000 | |
| 248 | | Svensson tax returns (unredacted) 2001 | |
| 249 | | Svensson tax returns (unredacted) 2002 | |
| 250 | | Svensson tax returns (unredacted) 2003 | |
| 251 | | Svensson tax returns (unredacted) 2004 | |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 252 | | Svensson tax returns (unredacted) 2005 | |
| 253 | | Svensson tax returns (unredacted) 2006 | |
| 254 | | Svensson tax returns (unredacted) 2007 | |
| 255 | LS 0806 | E-mail, 11 26 02, Gorman to Svensson | |
| 256 | LS 0808 | E-mail, 11 19 02, Gorman to Svensson | |
| 257 | | E-mail, 12 05-06 02, between Grace and Gorman | Document not identified; objection reserved |
| 258 | | Putnam business card for Svensson (No Svensson Bates No.) | |
| 259 | LS 0807 | E-mail, 08 29 02, Landes to Svensson | |
| 260 | LS 0811 | E-mail, 01 21 03, Gorman to Svensson | |
| 261 | LS 0501 | Svensson performance - 12 31 02 - 08 29 03 | Foundation; relevance |
| 262 | PRM 08572-663 | ERS_JOB_SUMMARY_BY_EMPLID for the 91 persons (males and females) identified in Svensson's fourth affidavit | Relevance; foundation (Daubert) |
| 263 | | ERS_JOB_SUMMARY_BY_EMPLID documents for the following persons: Cronin, Kevin; Jacobs, Jerome; Kaufman, Jeffrey; Kohli, William; Maloney, Kevin; Meehan, Thalia; O'Toole, Brian; Peacher, Stephen; Pearson, Walton; Waldman, David; Wyke, Richard; Pearson, Walton E | Relevance; foundation |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 264 | | Prospectus Supplement (SEC form 497), dated 02 14 03, showing Svensson on the Global Natural Resources fund: http://www.sec.gov/Archives/edgar/data/317031/0000928816030001 11/0000928816-03-000111.txt | This proposed exhibit is not bates numbered, so Putnam cannot object to specific pages. Putnam objects on relevance and foundation to the recent print-out descriptions of Putnam personnel. |
| 265 | | Job search log Excel Spreadsheet (updated) | Hearsay (comments section) |
| 266 | | Job search letters/e-mails | |
| 267 | LS 1410-86 | "The Profilor Developmental Feedback" | Relevance; foundation |
| 268 | LS 1493-530 | The Profilor Developmental Feedback for Managers Development Guide | Relevance; foundation |
| 269 | PRM 08876 | HR Update 01 17 03 | Duplicative |
| 270 | LS 0650 | Email 03 07 03, Svensson to Peers | Relevance |
| 271 | LS 0651 | 03 11 03, Svensson to Peers | Relevance |
| 272 | PRM 14189-91 | E-mail, 03 14 03, Oristaglio to Litant and Whiston | Relevance |
| 273 | PRM 13840-42 | Memorandum, 03 20 03, Haldeman and Oristaglio to Putnam Officers | Relevance; foundation |
| 274 | | Hutcherson notes of investigation of Svensson in the period since 06 01 03 | Cannot identify because designation is without a bates range; objection reserved |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 275 | | Compensation data of the kind furnished to Bloom for the following persons: Cronin, Kevin; Jacobs, Jerome; Kaufman, Jeffrey; Kohli, William; Maloney, Kevin; Meehan, Thalia; O'Toole, Brian; Peacher, Stephen; Pearson, Walton; Waldman, David; Wyke, Richard; Pearson, Walton E | Relevance; Daubert |
| 276 | | Putnam Officer Directories: 08 97, 05 98, 12 99, 07 00, 07 01, 07 02, 07 03 | Relevance; foundation |
| 277 | PRM 06057-8565 | PDPRs for the 91 persons (males and females) identified in Svensson's fourth affidavit: | Relevance; foundation; Daubert |
| 278 | | PDPRs (All E but subject to possible stipulation) for the following persons: Cronin, Kevin; Jacobs, Jerome; Kaufman, Jeffrey; Kohli, William; Maloney, Kevin; Meehan, Thalia; O'Toole, Brian; Peacher, Stephen; Pearson, Walton; Waldman, David; Wyke, Richard; Pearson, Walton M (subject to stipulation) | Relevance; foundation; Daubert |
| 279 | | Resumes for the 91 persons (males and females) identified in Svensson's fourth affidavit by Putnam | Relevance; Daubert |
| 280 | | Resumes (All E) for the following persons: Cronin, Kevin; Jacobs, Jerome; Kaufman, Jeffrey; Kohli, William; Maloney, Kevin; Meehan, Thalia; O'Toole, Brian; Peacher, Stephen; Pearson, Walton; Waldman, David; Wyke, Richard; Pearson, Walton | Relevance; Daubert |
| 281 | | Morningstar Fund Report, published December 15, 2001, for the Putnam Global Growth Fund | Relevance; foundation; hearsay |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 282 | | Morningstar Fund Report, published December 15, 2001, for Putnam Growth Opportunities Fund | Relevance; foundation; hearsay |
| 283 | | Morningstar Fund Report, published December 15, 2001, for Putnam International New Opportunities Fund | Relevance; foundation; hearsay |
| 284 | | Morningstar Fund Report, published December 15, 2001, for Putnam Investors Fund | Relevance; foundation; hearsay |
| 285 | | Morningstar Fund Report, published December 15, 2001, for Putnam New Opportunities Fund | Relevance; foundation; hearsay |
| 286 | | Morningstar Fund Report, published December 15, 2001, for Putnam New Value Fund | Cannot locate from public sources; relevance; foundation; hearsay |
| 287 | | Morningstar Fund Report, published December 15, 2001, for Putnam OTC and Emerging Growth Fund | Relevance; foundation; hearsay |
| 288 | | Morningstar Fund Report, published December 15, 2001, for Putnam Vista Fund | Relevance; foundation; hearsay |
| 289 | | Morningstar Fund Report, published December 15, 2001, for Putnam Voyager Fund | Cannot locate from public sources; relevance; foundation; hearsay |
| 290 | | Morningstar Fund Report, published December 15, 2001, for Putnam Voyager II Fund E<br>SEC Form NSAR-B for the Putnam Global Equity Fund, filed as of 12 29 04 | Relevance; foundation; hearsay |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 291 | | SEC Form N-1A for the Putnam New Opportunities Fund, dated January 28, 2008, pp. 1-2 and 11, as per the SEC website(www. sec. gov) | Relevance; foundation; hearsay |
| 292 | | SEC Forms N-1A for the Putnam International Growth Fund, dated October 30, 1999, p. 2 and pp. 6-7, October 26,112000, p. 1 and p. 8, and October 30, 2001, p. 1 and pp. 7-8 | Relevance; foundation; hearsay |
| 293 | | SEC Forms N-1A, for the Putnam Global Growth Fund, dated February 28, 2001, pp. 7-8, and the Putnam Global Equity Fund, dated June 29, 2001, pp. 8-9, as per the SEC website (www. sec. gov) | Relevance; foundation; hearsay |
| 294 | PRM 01897 | E-mail, 01 28 02, Holder-Watts to Browchuk | Relevance; |
| 295 | PRM 01659-60 | E-mail, 08 19 03, Schultz to Goodfellow | |
| 296 | | Putnam Global Growth Fund prospectus, dated February 28, 2002, p. 43, Marsh & McLennan Corp. SEC Form 10-K for the year ended December 31, 2002 | Relevance; foundation; hearsay |
| 297 | PRM 01365-1935 | A and P and Profit Growth Incentive Compensation Plans and Profit sharing and Retirement Plan | Duplicative |
| 298 | PRM 09681-84; PRM 09683 | E-mail, 01 03 02 at Oristaglio to Ferguson | Relevance |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 299 | PRM 09834-36 | "HR Investments Compensation/Performance Review Process" | |
| 300 | PRM 01372 | Profit Growth Incentive Plan Section 5.1 | Duplicative |
| 301 | | A & P Plan Putnam Motion for Summary Judgment Exhibit A1 | Incomplete document |
| 302 | PRM 10098 | E-mail, 01 06 02, Swift to Holder-Watts | Relevance; foundation |
| 303 | PRM 14237 | E-mail, 02 24 03, Tibbetts to Landes | |
| 304 | PRM 01365 | Profit Growth Award Plan excerpt | Duplicative |
| 305 | PRM 04031 | Memorandum, 04 10 00, Schultz to Operating Committee dated April 10, 2000 | Relevance |
| 306 | PRM 12595-97 | E-mail, 08 10 01, Malloy to Browchuk | Relevance; foundation |
| 307 | PRM 03058 | Table ("Officer's Nominations") | Relevance; foundation |
| 308 | PRM 03246-49 | Table, 01 22 02 ("2001E A&P Incentive Compensation Projections – Tier Sort") | Relevance; foundation |
| 309 | PRM 03548 | 1999 PERFORMANCE PROFILES initialed and dated "RBT 1/12-1/13/00" by Tibbetts | Relevance; Daubert |
| 310 | PRM 01792 | Investment Division Officer Nominations IDMC Meeting February 17, 2000" | |
| 311 | PRM 01793-94 | Table ("Officer Nominations"), 02 24 00 | Relevance; foundation |
| 312 | PRM 04031 | Memorandum, 04 10 00, Schultz to committee | Relevance; foundation |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 313 | PRM 08654 | ERS_Job_Summary_By_EMPLID | |
| 314 | PRM 08657 | ERS_Job_ Summary_ By_EMPLID | Relevance; foundation (Daubert) |
| 315 | PRM 08615 | ERS_Job_Summary_By_EMPLID | Relevance; foundation (Daubert) |
| 316 | PRM 08627 | ERS_Job_Summary_By_EMPLID | Relevance; foundation (Daubert) |
| 317 | PRM 08630 | ERS_Job_Summary_By_EMPLID re: | Relevance; foundation (Daubert) |
| 318 | PRM 07108 | last page PDPR manager review for 2002 | Relevance |
| 319 | PRM 08617-18 | ERS_Job_Summary_By_Emplid | Relevance; foundation (Daubert) |
| 320 | PRM 07096 | Manager comment | Relevance |
| 321 | PRM 07112 | Manager comment 2001 PDPR review | Relevance |
| 322 | PRM 07105 | Manager comment from 2000 PDPR review | Relevance |
| 323 | PRM 05728-47 | Exhibit A to Putnam's Answers to Interrogatories | |
| 324 | | A and P incentive compensation plan document (Putnam's Appendix A1 to its Motion for Summary Judgment) | Incomplete document |
| 325 | PRM 01365-95 | Section 5.1 of the Profit Growth Incentive Plan | Duplicative |
| 326 | | Putnam's A and P Plan (Putnam Appendix on Summary Judgment A1). | Incomplete document |

23

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 327 | PRM 09834-36 | Compensation/Performance Review Process, 1999-2000 | |
| 328 | PRM 02990-91 | E-mail, 01 30 03, Miller to Browchuk | |
| 329 | PRM 02892 | E-mail, 01 30 03, Liebovitch to Tibbetts and Browchuk | Relevance; foundation |
| 330 | PRM 03312-28 | 2002 Associates and Principals Incentive Compensation Plan, 02 03 03 | |
| 331 | | Putnam Summary Judgment, A.5 Putnam Summary Judgment, A.5 | |
| 332 | | Global Growth Fund Prospectus filed with the SEC, dated 02 28 02 | Relevance; foundation |
| 333 | PRM 08629 | ERS_Job_Summary_By_Emplid, PRM 8629 | Relevance; foundation (Daubert) |
| 334 | | SEC form N-1A, 02 27, 2003, Global Equity Fund Prospectus | Relevance; foundation |
| 335 | PRM 08589 | ERS_Job_Summary_By_Emplid | Relevance; Foundation (Daubert) |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 336 | PRM 05743 | "Plan Year 2002 Equity Plans" | |
| 337 | PRM 08586 | ERS_Job_Summary_By_Emplid, | Relevance; Foundation (Daubert) |
| 338 | PRM 05746 | Plan Year 2003 Equity Grants". | |
| 339 | PRM 08599 | ERS_Job_Summary_By_Emplid, | Relevance; Foundation (Daubert) |
| 340 | PRM 08589 | ERS_Job_Summary_By_Emplid | Relevance; Foundation (Daubert) |
| 341 | PRM 02727-29 | Putnam organizational charts, 11 28 01 | Relevance |
| 342 | PRM 08583 | ERS_Job_Summary_By_Emplid | Relevance; Foundation (Daubert) |
| 343 | PRM 08636 | ERS_Job_Summary_By_Emplid | Relevance; Foundation (Daubert) |
| 344 | PRM 09755-56 | E-mail, 12 18 01, Browchuk to Ferguson et al and related e-mail | Foundation |
| 345 | PRM 08610 | ERS_Job_Summary_By_Emplid | Relevance; Foundation (Daubert) |
| 346 | PRM 08591 | ERS_Job_Summary_By_Emplid | Relevance; Foundation (Daubert) |
| 347 | | SEC Form N-1A fund prospectus International New Opportunities Fund, January 28, 2008 E | Relevance; foundation |
| 348 | | Putnam prospectus for International Growth Fund, filed with the SEC, dated October 30, 1999 E | Relevance |
| 349 | | Putnam prospectus for International Growth Fund, filed with the SEC, dated October 26, 2000 E | Relevance |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 350 | | Putnam prospectus for International Growth Fund, filed with the SEC, dated October 20, 2001 E | Relevance |
| 351 | PRM 008586 | ERS_Job_Summary_By_Emplid | Relevance; Foundation (Daubert) |
| 352 | | Putnam Prospectus for the Global Growth Fund, dated February 28, 2001 E | |
| 353 | | Putnam Prospectus for the Global Equity Fund, dated June 30, 2001 E | |
| 354 | | Putnam Utilities Growth and Income Fund, dated February 28, 2003 E | Relevance |
| 355 | | Putnam Health Sciences Trust, dated December 30, 2002, and supplement to the Putnam Global Natural Resources Trust, dated February 14, 2003 E | Relevance |
| 356 | PRM 00783-85 | E-mail, 09 11 03, McNamee-Hadley-Brooks E | Relevance; foundation |
| 357 | PRM 03567-74 | "1999 Associates and Principals Incentive Compensation Plan Recommendation Sheet" | Relevance; foundation |
| 358 | PRM 12669 | Memorandum, 05 09 01, Ferguson to the IMD | Relevance |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 359 | PRM 01895 | E-mail, 04 24 03, Kamshad to Holder-Watts, dated April 24, 2003 | Relevance |
| 360 | PRM 01518 | "Investment Division Officer Nominations | |
| 361 | PRM 14512 | Memorandum, 05 29 03, to the Investment Division from Haldeman and Oristaglio announcing Officer title promotions | |
| 362 | PRM 01896 | E-mail, 04 25, 2003, Pullano to the IMD | Relevance |
| 363 | PRM 14438-14440 | September 4, 2003 Memorandum to Lasser re Titles and Governance, 09 04 03 | Relevance; foundation |
| 364 | PRM 07457-58 | "Chris O'Malley Mid-Year Review/Business Plan", 07 25 02 | |
| 365 | PRM 07463-70 | "Performance and Development Planning and Review Form" for Chris O'Malley, year end review, 01 28 03 | |
| 366 | PRM 00894 | E-mail, 02 07 03, Hutcherson to the GER Associate Directors of Research | Relevance |
| 367 | PRM 00349-52 | E-mail, 08 28 03, Svensson to McNamee re: Feedback New Draft with attached memo re: O'Malley | |
| 368 | LS 0676-98 | Svensson's Notes | Hearsay; self-serving |
| 369 | LS 0033 | Svensson diary entry | Hearsay; self-serving |
| 370 | LS 0034 | Svensson diary entry | hearsay; self-serving |
| 371 | LS 0036 | Svensson diary entry | hearsay; self-serving |
| 372 | LS 0037 | Svensson diary entry | hearsay; self-serving |
| 373 | LS 0038 | Svensson diary entry | hearsay; self-serving |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 374 | LS 0042-43 | Svensson diary entry | hearsay; self-serving |
| 375 | LS 0049 | Svensson diary entry | hearsay; self-serving |
| 376 | LS 0050 | Svensson diary entry | hearsay; self-serving |
| 377 | LS 0051 | Svensson diary entry | hearsay; self-serving |
| 378 | LS 0057-58 | Svensson diary entry | hearsay; self-serving |
| 379 | LS 0058-9 | Svensson diary entry | hearsay; self-serving |
| 380 | LS 0060-1 | Svensson diary entry | hearsay; self-serving |
| 381 | LS 0063-4 | Svensson diary entry | hearsay; self-serving |
| 382 | LS 0063-6 | Svensson diary entry | hearsay; self-serving |
| 383 | | Svensson Resume, Exhibit 1 to Svensson Second Affidavit E | |
| 384 | PRM 12593-94 | E-mail, 08 09 01, Browchuk to Kamshad | Relevance; foundation |
| 385 | PRM 01922-1923 | MD Nomination Matrix, dated Q2, 2001 | Relevance; foundation |
| 386 | PRM 14236-37 | E-mail, 02 24 03, Landes to Haldeman-Oristaglio | Duplicative |
| 387 | PRM 14245 | E-mail, 01 31 03, Oristaglio-Warren | Relevance; foundation |
| 388 | | SEC Filing NSAR B Putnam Global Equity Fund filed as of 12 29 04 E+C400 | Relevance; foundation |
| 389 | | SEC Fund Prospectus (form 485) for the Putnam Global Equity Fund as of 03 01 04 | Relevance; foundation |
| 390 | | SEC Form 497 Prospectus Supplement dated 07 16 01 for the Global Growth Fund | Relevance; foundation |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 391 | | SEC Form 497 Prospectus Supplement dated 02 14 03 for the Global Natural Resources Fund | Relevance; foundation |
| 392 | | Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 1998 | Relevance |
| 393 | | Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 1999 | Relevance |
| 394 | | Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 2000 | Relevance |
| 395 | | Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 2001 | Relevance |
| 396 | | Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 2002 | Relevance |
| 397 | | Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 2003 | Relevance |
| 398 | | Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 2004 | Relevance |

# EXHIBIT B

Putnam's Objections and Counter-Designations to Plaintiff's Deposition Designations

**Stoev Deposition**

|  | Page(s):Line(s) | Objection | Counter-Designation |
|---|---|---|---|
| 1 | 28:19 to 37:7 | Relevance, Conclusory, Competence | If objection overruled: 110:15-22 111:24 to 113:16 116:11 to 118:17 |
| 2 | 48:17 to 48:23 | Unresponsive, Relevance, Conclusory, Competence, Speculative | |
| 3 | 56:21 to 57:2 | Unresponsive | |
| 4 | 66:11 to 70:13 | Relevance | |
| 5 | 71:5 to 74:18 | Relevance, Conclusory | |
| 6 | 76:1 to 77:3 And Exhibit 4 | Relevance, Conclusory | |
| 7 | 77:14 to 79:10 | Relevance, Conclusory | |
| 8 | 82:15 to 83:22 | Conclusory, Speculative | |
| 9 | 85:4 | Question designated but not answer | |
| 10 | 88:15-19 | Relevance | |
| 11 | 140:5-18 | Relevance | |
| 12 | 149:17-24 | Relevance | |
|  | General counter-designations | | 105:14-21 106: 4-5 118:18 to 120:4 124:6-9 124:22 to 125:7 129:21 to 130:6 |

## Haldeman Deposition

|   | Page(s):Line(s) | Objection | Counter-Designation |
|---|---|---|---|
| 1 | 51:4 to 54:18 | Relevance (stray remarks) | |
| 2 | 84:3-22 and Exhibit 3 | Relevance | |
| 3 | 107:18 to 108:12 | Relevance | |
| 4 | 121:16 to 122:10 | Relevance | 187:3 to 188:5 |
| | General counter-designations | | 98:12 -17<br>112: 5 -7<br>184:24 to 186:13 |

## Rule 30(b)(6) Deposition (Tibbetts vol. 1)

|   | Page(s):Line(s) | Objection | Counter-Designation |
|---|---|---|---|
| 1 | 21:15 to 23:7 | Relevance; foundation | |
| 2 | 23:24 to 24:22 | Relevance; foundation | |
| 3 | 25:9 to 27:5 | Relevance; foundation | |
| 4 | 28:10-15 | Relevance | |
| 5 | 29:3 to 29:15 | Relevance | |
| 6 | 33:18 to 36:15 | Relevance; foundation | |
| 7 | 47:10-24 and Exhibit 2 | Relevance | |
| 8 | 48:6-10 | Relevance | |
| 9 | 50:7-21 | Relevance | |
| 10 | 59:6-16 | Relevance | |
| 11 | 82:19-22 | Question designated but not answer | 82:23-24 |
| 12 | 90:3-5 and 90: 16-18 | Question and answer to different question designated | 90: 6-15 |

| 13 | 94:11-12 | Question designated but not answer | 94:13-16 |
|---|---|---|---|
| 14 | 94: 20-21 | Only part of answer designated | 94: 21-22 |
| 15 | 109:20-23 | Question designated but not answer; Relevance | 110:1-10 |
| 16 | 110:11 to 111:13 | Relevance | |
| 17 | 128:21 to 129:18 | Relevance; Answer designated but not question | 129:12-15 |
| 18 | 135:1-24 | Relevance | |
| 19 | 139:1-6 | Relevance | |
| 20 | 139:19 to 141:23 | Relevance | |
| 21 | 143:19 to 144:3 | Relevance | |
| 22 | 145:4-10 | Relevance | |
| 23 | 147:6-8 | Question only; Relevance | |
| 24 | 148:8 to 154:1 | Relevance | |
| 25 | 156:8-16 | Relevance | |
| 26 | 194:15-19 | Relevance | |
| 27 | 197:20 to 198:1 | Question designated but not answer | |
| 28 | 199:18 to 200:1 | Only part of answer designated | 200:2-8 |
| | General counter-designations | | 74:19 to 75:20<br>104: 18-23 |

**Rule 30(b)(6) Deposition (Tibbetts vol. 2)**

|    | Page(s):Line(s) | Objection | Counter-Designation |
|----|-----------------|-----------|---------------------|
| 1  | 215:19-22 | Question designated but not answer | 215:23 to 216:11 |
| 2  | 229:22-24 | Question omitted | 229:18-22 |
| 3  | 234:23 to 235:2 | Answer omitted | 235:4 |
| 4  | 235:13-14 | Question omitted | 235:11-12 |
| 5  | 243:8-11 | Answer omitted | 243:12-16 |
| 6  | 244:10 | Question omitted | 243: 12-18 |
| 7  | 257:14 to 258:5 | Relevance | |
| 8  | 260:2-6 | Answer omitted | 260:7 |
| 9  | 260:8-17 | Relevance; answer to different question designated | |
| 10 | 272:14-17 | Question omitted | 271:19 to 272:9 |
| 11 | 278:10 to 279:4 and Exhibit 13 | Relevance | |
| 12 | 280:17-21 | Relevance; foundation; assumes facts not in evidence | |
| 13 | 282:4-7 | Answer omitted | 282:9 |
|    | General counter-designations | | 284:18 to 285:10 |

Putnam's Objections and Counter-Designations to Plaintiff's Deposition Designations

**Stoev Deposition**

|  | Page(s):Line(s) | Objection | Counter-Designation |
|---|---|---|---|
| 1 | 28:19 to 37:7 | Relevance, Conclusory, Competence | If objection overruled: 110:15-22 111:24 to 113:16 116:11 to 118:17 |
| 2 | 48:17 to 48:23 | Unresponsive, Relevance, Conclusory, Competence, Speculative | |
| 3 | 56:21 to 57:2 | Unresponsive | |
| 4 | 66:11 to 70:13 | Relevance | |
| 5 | 71:5 to 74:18 | Relevance, Conclusory | |
| 6 | 76:1 to 77:3 And Exhibit 4 | Relevance, Conclusory | |
| 7 | 77:14 to 79:10 | Relevance, Conclusory | |
| 8 | 82:15 to 83:22 | Conclusory, Speculative | |
| 9 | 85:4 | Question designated but not answer | |
| 10 | 88:15-19 | Relevance | |
| 11 | 140:5-18 | Relevance | |
| 12 | 149:17-24 | Relevance | |
|  | General counter-designations | | 105:14-21 106: 4-5 118:18 to 120:4 124:6-9 124:22 to 125:7 129:21 to 130:6 |

## Haldeman Deposition

|   | Page(s):Line(s) | Objection | Counter-Designation |
|---|---|---|---|
| 1 | 51:4 to 54:18 | Relevance (stray remarks) | |
| 2 | 84:3-22 and Exhibit 3 | Relevance | |
| 3 | 107:18 to 108:12 | Relevance | |
| 4 | 121:16 to 122:10 | Relevance | 187:3 to 188:5 |
| | General counter-designations | | 98:12 -17<br>112: 5 -7<br>184:24 to 186:13 |

## Rule 30(b)(6) Deposition (Tibbetts vol. 1)

|   | Page(s):Line(s) | Objection | Counter-Designation |
|---|---|---|---|
| 1 | 21:15 to 23:7 | Relevance; foundation | |
| 2 | 23:24 to 24:22 | Relevance; foundation | |
| 3 | 25:9 to 27:5 | Relevance; foundation | |
| 4 | 28:10-15 | Relevance | |
| 5 | 29:3 to 29:15 | Relevance | |
| 6 | 33:18 to 36:15 | Relevance; foundation | |
| 7 | 47:10-24 and Exhibit 2 | Relevance | |
| 8 | 48:6-10 | Relevance | |
| 9 | 50:7-21 | Relevance | |
| 10 | 59:6-16 | Relevance | |
| 11 | 82:19-22 | Question designated but not answer | 82:23-24 |
| 12 | 90:3-5 and 90: 16-18 | Question and answer to different question designated | 90: 6-15 |

| 13 | 94:11-12 | Question designated but not answer | 94:13-16 |
|----|----------|-----------------------------------|----------|
| 14 | 94: 20-21 | Only part of answer designated | 94: 21-22 |
| 15 | 109:20-23 | Question designated but not answer; Relevance | 110:1-10 |
| 16 | 110:11 to 111:13 | Relevance | |
| 17 | 128:21 to 129:18 | Relevance; Answer designated but not question | 129:12-15 |
| 18 | 135:1-24 | Relevance | |
| 19 | 139:1-6 | Relevance | |
| 20 | 139:19 to 141:23 | Relevance | |
| 21 | 143:19 to 144:3 | Relevance | |
| 22 | 145:4-10 | Relevance | |
| 23 | 147:6-8 | Question only; Relevance | |
| 24 | 148:8 to 154:1 | Relevance | |
| 25 | 156:8-16 | Relevance | |
| 26 | 194:15-19 | Relevance | |
| 27 | 197:20 to 198:1 | Question designated but not answer | |
| 28 | 199:18 to 200:1 | Only part of answer designated | 200:2-8 |
| | General counter-designations | | 74:19 to 75:20 104: 18-23 |

**Rule 30(b)(6) Deposition (Tibbetts vol. 2)**

|    | Page(s):Line(s) | Objection | Counter-Designation |
|----|-----------------|-----------|---------------------|
| 1  | 215:19-22 | Question designated but not answer | 215:23 to 216:11 |
| 2  | 229:22-24 | Question omitted | 229:18-22 |
| 3  | 234:23 to 235:2 | Answer omitted | 235:4 |
| 4  | 235:13-14 | Question omitted | 235:11-12 |
| 5  | 243:8-11 | Answer omitted | 243:12-16 |
| 6  | 244:10 | Question omitted | 243: 12-18 |
| 7  | 257:14 to 258:5 | Relevance | |
| 8  | 260:2-6 | Answer omitted | 260:7 |
| 9  | 260:8-17 | Relevance; answer to different question designated | |
| 10 | 272:14-17 | Question omitted | 271:19 to 272:9 |
| 11 | 278:10 to 279:4 and Exhibit 13 | Relevance | |
| 12 | 280:17-21 | Relevance; foundation; assumes facts not in evidence | |
| 13 | 282:4-7 | Answer omitted | 282:9 |
|    | General counter-designations | | 284:18 to 285:10 |