```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * *    Civil Action No. 04-12711-PBS
                        *
LISA SVENSSON           *    BBO No. 351000
                        *    Svensson's Motion to Impound
                        *    Exhibits to both Svensson's
v.                      *    Motion to Admit in Evidence
                        *    Summaries Pursuant to Fed. R.
Putnam Investments, LLC, *   Evid. 1006 and to Svensson's
al.                     *    Opposition to Putnam's Motion
       Defendants.      *    in limine To Exclude
                        *    "Statistically Insignificant
* * * * * * * * * * * * *    Evidence"
```

1. Comparison of Number of Total Putnam Employees with Number of Investment Division Officers, 1998-2003

2. Putnam Investment Division Officers by Gender (1998 and Putnam Investment Division Officers by Gender  (as of 9/15/03)

3. Putnam Investment Division Managing Directors by Gender (2000) and  Putnam Investment Division Managing Directors by Gender (as of 9/15/03)

4. Terminations of Female MDs between 12/31/99 and 9/15/03

5. Number of Male Partners v Female Partners in the Investment Division (1999 to 9/15/03)

6. 2002 Compensation Data Supplied to Bloom by Functional Title

7. 2002 Compensation Data for the "91" by Functional Title

8. Distribution of Functional Titles and Compensation in Data Supplied to Bloom (2002)

9. Distribution of Functional Titles and Compensation of the "91" (2002)

10. Female Total Compensation as a % of Male Compensation ("91" Comparators)

11. Comparison of Putnam Assets Under Management with Franchise Players' (All Male) Total Compensation, 2001 to 2003

12. Career Track Comparison with "Franchise Players" Lisa Svensson vs. Rob Bloemker and Compensation Comparison with "Franchise Players" Lisa Svensson vs. Rob Bloemker

13. Career Track Comparison with "Franchise Players" Lisa Svensson vs. Joshua Byrne Compensation and Comparison with "Franchise Players" Lisa Svensson vs. Joshua Byrne

14. Career Track Comparison with "Franchise Players" Lisa Svensson vs. Simon Davis and Compensation Comparison with "Franchise Players" Lisa Svensson vs. Simon Davis

15. Career Track Comparison with "Franchise Players" Lisa Svensson vs. Stephen Dexter and Compensation Comparison with "Franchise Players" Lisa Svensson vs. Stephen Dexter

16. Career Track Comparison with "Franchise Players" Lisa Svensson vs. Jeffrey Knight and Compensation Comparison with "Franchise Players" Lisa Svensson vs. Jeffrey Knight

17. Career Track Comparison with "Franchise Players" Lisa Svensson vs. Shigeki Makino and Compensation Comparison with "Franchise Players" Lisa Svensson vs. Shigeki Makino

18. Career Track Comparison with "Franchise Players" Lisa Svensson vs. James Prusko and Compensation Comparison with "Franchise Players ' Lisa Svensson vs. James Prusko

19. Career Track Comparison with "Franchise Players" Lisa Svensson vs. Paul Scanlon and Compensation Comparison with "Franchise Players" Lisa Svensson vs. Paul Scanlon

20. Comparison of Putnam Assets Under Management with Key Players' (Male and Female) Total Compensation, 2001 to 2003

21. Comparison of Putnam Growth Funds with All Funds of All Companies in 2001 and Comparison of Putnam Growth Funds with Funds of Other Companies Within Category in 2001

22. Putnam Growth Team Before Reorganization (December 31, 2001) Movement of Growth Team Members in the Reorganization  Putnam Growth Team After Reorganization (June 30, 2002)  Putnam Growth Team After Reorganization (March 31, 2003)

23. Comparison of Career Track and Investment Performance: Svensson v Dexter and Comparison of Compensation: Svensson v Dexter

24. Equity Portfolio Management Jobs Filled Between March 2002 and September 15, 2003  Summary; Equity Portfolio Management Jobs Filled Between March 2002 and September 15, 2003  Team:  Large Cap Growth; Equity Portfolio Management Jobs Filled Between March 2002 and September 15, 2003  Team:  Mid Cap Growth; Equity Portfolio Management Jobs Filled Between March 2002 and September 15, 2003  Team:  Small and Emerging Growth; Equity Portfolio Management Jobs Filled Between March 2002 and September 15, 2003  Team:  US and Global Core; Equity Portfolio Management Jobs Filled Between March 2002 and September 15, 2003  Team:  International Core and Growth; Equity Portfolio Management Jobs Filled Between March 2002 and September 15, 2003  Team:  Global Core Small Cap

25. Comparison:  Professional Experience of Svensson v Brooks

26. Putnam Discovered in early 2000 that two male CIOs were engaged in "excessive short-term trading," a practice that had an "adverse effect on all shareholders."

                                            LISA SVENSSON, plaintiff,

                                            By her attorneys,

                                            BARRON & STADFELD, P.C.

```
                                /s/ Kevin F. Moloney_____
                                Kevin F. Moloney  BBO No.
                                351000
                                100 Cambridge Street, Suite
                                1310
                                Boston, Massachusetts  02114
                                Tel.: 617.723.9800/531.6569

                                and

                                /s/ John K. Weir_____
                                John K. Weir, Admitted PHV
                                John K. Weir Law Offices, LLC
                                300 Park Avenue, Suite 1700
                                New York, New York, 10022
                                Tel.: 212.572.6374
Dated: April 29, 2008
```

Certificate of Service.

A copy of this document delivered via messenger to Putnam counsel.

```
                                /s/ Kevin F. Moloney_____
Dated: April 29, 2008
```

[429023.1}