UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| LISA SVENSSON, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | CIVIL ACTION |
| PUTNAM INVESTMENTS, LLC, | ) | NO. 04-12711-PBS |
| | ) | |
| Defendant. | ) | |
| | ) | |
| | ) | |
| | ) | |

## DEFENDANT PUTNAM INVESTMENTS' AMENDED PRETRIAL MEMORANDUM (ATTACHING EXHIBITS)

Pursuant to this Court's Pretrial Order dated April 8, 2008 (the "Order"), Putnam Investments LLC ("Putnam") submits its Amended Pretrial Memorandum *(attaching exhibits that were inadvertently omitted from its previously filed version)* in the above-entitled action. Putnam is filing its own pretrial memorandum since the parties were unable to confer about the pretrial memorandum until the afternoon of April 30, 2008, by which time it was too late to generate a joint memorandum.

## I.    CONCISE SUMMARY OF THE EVIDENCE THAT WILL BE OFFERED.

**A.    Plaintiff.**  To be supplied by plaintiff.

**B.    Defendant**

Putnam manages money for individuals and institutional investors.  Its investment products include mutual funds and separate accounts for 401(k) plans and other retirement plans. During all relevant times, Putnam was a subsidiary of Marsh & McLennan Companies, Inc. ("MMC").

Putnam's Structure and Practices.  Putnam was organized into several Divisions, including the Investment Management Division ("IMD"), Global Distribution and Marketing, Operations, and corporate administration.  Svensson was an investment professional in the IMD. The IMD was subdivided into multiple portfolio management teams and investment support teams.  Portfolio management teams were organized by asset class (*e.g.*, large cap equity, international equity, fixed income, and currency) and investment style (*e.g.*, value, core, and growth).  IMD also maintained support teams such as research teams and trading teams.  Some portfolio management teams relied on the services of separate research teams; others embedded research functions (Analysts and Senior Analysts) in the investment team itself.  Portfolio management teams were led by a Chief Investment Officer ("CIO"), and included analysts, portfolio managers ("PM"), and senior portfolio managers ("SPM").  In addition to functional titles (such as PM or Analyst), investment professionals typically had "officer titles" such as Assistant Vice President, Vice President, Senior Vice President ("SVP"), Managing Director ("MD"), and Senior Managing Director.

Putnam's Compensation Practices.  Compensation of investment professionals consisted of base salary and incentive pay.  Base salary was reviewed annually.  Incentive compensation consisted of year-end discretionary incentive bonuses and potential discretionary grants of Putnam equity (restricted shares and options).  Most investment professionals (including Svensson) participated in the Associates and Principals Incentive Compensation Plan ("A&P Plan"), which paid discretionary cash bonuses to participants.  To be eligible for a bonus, the employee needed to be employed on the date when bonuses were paid.  The A&P Plan provided Putnam with discretion to make a payment in lieu of a bonus to a terminated employee if the employee signed a release of legal claims.  Putnam enforced this release requirement in each instance in which it made such payments to terminated employees.

Investment professionals also were eligible for special awards from Putnam's Profit Growth Incentive Compensation Plan ("Profit Growth Plan").  The Profit Growth Plan deferred payment of its bonus awards over several years.  Individuals terminated without cause could

continue to receive their deferred bonus payments, but only if they signed releases. Putnam enforced this release requirement in all cases. Finally, investment professionals could receive equity grants as a non-cash incentive award under the Equity Partnership Plan ("EPP"), which vested over time. Unvested grants vested for employees terminated without Cause only if the terminated employee signed a release. Putnam also enforced this release requirement in all cases.

Each year, MMC and Putnam's senior management determined the size of the bonus pool for the entire firm. After the pool was set, Putnam's Chief Executive Officer and its division heads allocated portions of the pool to each division, including the IMD. IMD management allocated IMD's share of the pool among the various investment teams and support groups. The CIO of each team then set the bonus award for each individual on that team. A similar process was followed in making equity awards, although not all investment professionals received equity awards in all years. Putnam informed investment professionals of their salary increases and bonus and equity awards no later than March 15 of each year (*e.g.*, no later than March 15, 2003 for bonuses for 2002 and for salary increases for 2003.

Svensson's Employment History. Svensson joined Putnam as an Analyst, with a Vice President officer title, in 1994. Putnam promoted her to SVP in 1995. In 2000, Putnam promoted Svensson to Senior Portfolio Manager ("SPM"). From 1997 through 2002, she served as a PM and SPM on the International Growth, reporting to Robert Swift, the team's CIO. Svensson's 1999 salary and bonus totaled $1,131,500. Her 2000 salary and bonus totaled $1,495,500. In 2001, a year in which the performance of the International Growth Fund plummeted, her salary and bonus decreased to $655,000. In all three years she was the third most highly-compensated team member, behind Swift (the team's CIO) and Kelly Morgan, a female SPM and Director. In all three years, Putnam's compensation decisions regarding Svensson were made without regard to her gender.

Svensson's Transfer to GER. In 2002, Putnam reorganized the International Growth team given the team's performance issues and the dramatic decrease in assets under

- 3 -

A/72516932.1

management.   Putnam terminated Swift (the team's male CIO) and, in April 2002, offered Svensson an Analyst position in its centralized Global Equity Research ("GER") department. Steve Dexter continued to manage what remained of the International Growth team because, according to Stephen Oristaglio, the co-Head of IMD, Dexter was a more conservative investment manager and had a better mix of fundamental and quantitative  investment skills. Oristaglio believed that Svensson could add value as an analyst in GER.  GER's Director, Bill Landes ("Landes"), agreed to offer Svensson an analyst position in GER, but did so reluctantly because she had a history of being difficult to work with.  Putnam's decision to transfer Svensson to GER had nothing to do with her sex.

For 2002, the year of her transfer to GER, Svensson's compensation was $655,000, the exact amount that she had earned in her last year as a PM in International Growth.  In 2002, she was the sixth most highly-compensated analyst in GER (of forty-five analysts), and was the eighth most highly-compensated employee of fifty investment professionals in all of GER (not including the group's director).  Putnam's compensation decisions with respect to Svensson in 2002 had nothing to do with her sex.  In January 2003, Landes promoted Svensson to ADR.

Svensson's Termination.   In April 2003, Putnam hired Joshua Brooks ("Brooks") to replace Landes as Director of GER.  Brooks quickly decided that the investment process in GER needed to be improved.  He believed that analysts in GER were not encouraged to state their minds freely.  Brooks set out to rectify this situation.  In July 2003, shortly after Brooks arrived, Darren Peers ("Peers"), an Analyst in GER who reported to Svensson, (and who was Putnam's top stock picker in 2002, told Brooks that he had a problem with Svensson's "managerial style" and that he was unhappy enough that he had started looking for work and was likely going to leave. Peers testified that Svensson often made him feel "uncomfortable" and "demeaned." *Id.* at 53.  This was precisely the kind of behavior that Brooks wanted to change.

Meanwhile, on or about August 8, 2003, Svensson asked her HR manager, Mary McNamee ("McNamee"), for assistance in delivering a negative performance review of Chris O'Malley ("O'Malley") another well-regarded Analyst who reported to Svensson.  Svensson

Contemporaneously, O'Malley called Eric Hutcherson ("Hutcherson"), his HR manager, to complain about Svensson's treatment of him.  Brooks learned that O'Malley also was contemplating quitting rather than continuing to work for Svensson.

Concerned about these developments (which came on the heels of Peers' complaints), Brooks investigated Svensson's criticisms of O'Malley by speaking with various PMs with whom O'Malley interacted.  Brooks concluded that not only had Svensson's description of her investigation of O'Malley's behavior, and the feedback she received about O'Malley, was inaccurate.  Brooks concluded that Svensson should no longer manage analysts.

Brooks offered Svensson three alternatives: (i) remain in GER, but in a non-managerial capacity; (ii) remain at Putnam for a transition period while looking for other opportunities, or (iii) leave Putnam with a severance package.  After reflection, and consulting counsel, Svensson rejected all three options, demanding instead immediate promotion to MD with guaranteed compensation of $1,000,000 per year for two years, a fifty percent increase over her prior year's pay.  Given her refusal to accept any of his options, Brooks terminated Svensson on September 15, 2003.  Putnam replaced Svensson with Maria Drew, who assumed coverage for the majority of Svensson's stocks.  Putnam's decision to terminated Svensson had nothing to do with her sex.

Putnam's Severance Offer.  Upon terminating her, Putnam offered Svensson a severance package that included eighteen weeks of pay, a one time payment of $250,000, and her deferred compensation of $539,086.77 under the Profit Growth Plan, subject to that Plan's requirement that she execute a release.  This offer included severance pay to which Svensson was not otherwise entitled.  She refused to sign the proposed agreement, and by the terms of the Profit Growth Plan and the EPP, her deferred awards and unvested equity were cancelled.  She was ineligible for any 2003 bonus since she was no longer employed in March 2004.

Svensson filed a Charge with the MCAD on March 1, 2004 alleging discrimination on the basis of her sex.  On December 28, 2004, Svensson filed her Complaint, and on January 5, 2005, she filed her Amended Complaint.

Prior to and since the termination of Svensson, Putnam has experienced a dramatic decrease in the size of its work force and its assets under management.

## II.   FACTS ESTABLISHED BY PLEADINGS OR BY STIPULATIONS OR ADMISSIONS OF COUNSEL.

Putnam believes that the following basic facts are undisputed.  Additional stipulations are under discussion:

A.   Putnam manages money for individuals and institutional investors.

B.   Putnam hired Svensson as an Analyst, with a Vice President officer title, in 1994.

C.   Putnam promoted Svensson to Senior Vice President in 1995.

D.   From 1997 through March 2002, Svensson served as a portfolio manager and, commencing in 2000, as a senior portfolio manager, on Putnam's International Growth team, reporting to Robert Swift, the team's Chief Investment Officer.

E.   In April 2002, as a result of a reorganization of the International Growth team, Svensson joined Putnam's Global Equity Research ("GER") team as an Analyst.

F.   In January 2003, Putnam promoted Svensson to Associate Director of Research in GER.

G.   Svensson's employment with Putnam terminated on September 15, 2003.

## III.   CONTESTED ISSUES OF FACT.

A.   **Plaintiff.**  To be supplied by plaintiff.

B.   **Defendant**

1.   Whether Putnam's decision to transfer Svensson in 2002 from its International Growth team to its Global Equity Research team was on account of her sex.

2.   Whether Putnam's actions or statements in connection with its decision to transfer Svensson in 2002 from its International Growth team to its Global Equity Research team provide a basis for equitably tolling the statute of limitations.

3.   Whether Svensson suffered any damage on account of Putnam's decision to transfer Svensson in 2002 from its International Growth team to its Global Equity Research team.

4.   Whether, in 2002 or 2003 Putnam compensated less than similarly situated men on account of her sex and, if so, in what amount.

5.   Whether Svensson was aware prior to May 6, 2003 that Putnam was compensating her less than similarly situated men.

6.      Whether Svensson is was entitled to receive a bonus for 2003 under the applicable bonus plan given that her employment was terminated on September 15, 2003, and, if so, in what amount.

7.      Whether, during the period from May 6, 2003 to September 15, 2003, Putnam failed to offer Svensson a portfolio management position that it instead offered to a male who was as or less qualified than Svensson for the position.

8.      Whether Putnam failed to offer Svensson any of the positions referred to in Question 7 above on account of her sex and, if so, what damage she sustained as a result.

9.      Whether Putnam terminated Svensson's employment on account of her sex and, if so, what damages she sustained as a result.

10.     Whether Svensson has properly mitigated any damages that she sustained as a result of her termination.

11.     Whether any portion of Svensson's claimed back pay and whether her front pay damages are speculative.

## IV.     JURISDICTIONAL QUESTIONS.

None

## V.      QUESTIONS RAISED BY PENDING MOTIONS.

**A.**     **Plaintiff**.  To be supplied by plaintiff.  Putnam notes that on April 29, 2008, a week after motions in limine were due, Svensson filed a motion in limine seeking to introduce 26 purported summaries of evidence that she proposes to introduce.  *See* discussion in B below.

**B.**     **Defendant**

Defendant has filed several motions in limine, which seek rulings that:

1.      the Court take judicial notice of the date on which Svensson commenced this lawsuit.

2.      Svensson may not introduce statistical evidence that does not satisfy the legally-required standard of statistical significance.

3.      Svensson may not introduce evidence of "stray remarks" that do not satisfy the relevance standard enunciated by the Courts in this Circuit.

4.      Svensson may not introduce evidence concerning settlements by Putnam with regulators or former employees.

- 7 -

    **5.**    Svensson may not introduce evidence concerning Putnam's treatment of other employees, and/or or so-called "me-too" evidence, without first laying a foundation that the individual is a comparator using the standard enunciated by the Courts in this Circuit, and that the so-called "me-too" evidence is relevant.

In addition, on April 29, 2008, a week after motion in limine were to be filed by he parties, and without having listed them on her exhibit list filed on April 22, 2008, Svensson filed a motion in limine seeking to introduce 26 purported "summaries" of evidence that she proposes to introduce at trial. Despite having filed her motion in limine, Svensson has not yet served the purported summaries on Putnam. As such, Putnam has not yet had an opportunity to review the summaries and consider its position concerning their admissibility.

## VI.    ISSUES OF LAW, INCLUDING EVIDENTIARY QUESTIONS, TOGETHER WITH SUPPORTING AUTHORITY.

    **A.**    **Plaintiff.** To be supplied by plaintiff.

    **B.**    **Defendant**

    As noted above, Putnam has filed five motions in limine seeking rulings that

    **1.**    the Court take judicial notice of the date on which Svensson commenced this lawsuit.

    **2.**    Svensson may not introduce statistical evidence that does not satisfy the legally-required standard of statistical significance. *Hillstrom v. Best Western Hotel,* 354 F.3d 27 (1st Cir. 2003).

    **3.**    Svensson may not introduce evidence of "stray remarks" that do not satisfy the relevance standard enunciated by the Courts in this Circuit. *McMillan v. Mass. Society for Prevention of Cruelty to Animals*, 140 F.3d 288, 301 (1st Cir. 1998).

    **4.**    Svensson may not introduce evidence concerning settlements by Putnam with regulators or former employees. *McInnis v. A.M.F., Inc.,*765 F.2d 240, 247 (1st Cir. 1985).

    **5.**    Svensson may not introduce evidence concerning Putnam's treatment of other employees, and/or or so-called "me-too" evidence, without first laying a foundation that the individual is a comparator using the standard enunciated by the Courts in this Circuit, and that the so-called "me-too" evidence is relevant. *Goldman v. First National Bank*, 985 F.2d 1113, 1119-21 (1st Cir. 1993).

The law concerning each of these motions is discussed more fully in the motions.

In addition to the above, and to the basic law requiring that Svensson establish that Putnam's decisions regarding her were based on her sex, Putnam believes that the following issues of law are relevant to Svensson's claims:

> **6.**   Svensson's so-called demotion claim predicated on her transfer in 2002 is time-barred, and the statute of limitations is not equitably tolled. *Delaware State College v. Ricks,* 449 U.S. 250, 258 (1980)**;** *Adamczyk v. Augat, Inc.* 52 Mass.App.Ct. 717, 722 (Mass.App.Ct. 2001).

> **7.**   Svensson's 2002 and 2003 compensation claims are time-barred under all of Title VII, Mass. Gen. Laws ch. 151B and the Massachusetts Equal Pay Act. *Ledbetter v. Goodyear Tire & Rubber Co., Inc.,* 127 S.Ct. 2162, 2165 (2007); *Silvestris v. Tantasqua Regional School District,* 446 Mass. 756, 769 (2006).

> **8.**   Svensson's claimed back pay and front pay damages are improperly speculative. *Labonte v. Hutchins & Wheeler*, 424 Mass. 813, 824 (1997).

Finally, on April 29, 2008, a week after motion in limine were to be filed by he parties, and without having listed them on her exhibit list filed on April 22, 2008, Svensson filed a motion in limine seeking to introduce 26 purported "summaries" of evidence that she proposes to introduce at trial. Despite having filed her motion in limine, Svensson has not yet served the purported summaries on Putnam. As such, Putnam has not had an opportunity to review the summaries and consider its position concerning their admissibility.

## VII.   REQUESTED AMENDMENTS TO THE PLEADINGS.

None.

## VIII.   ADDITIONAL MATTERS TO AID IN THE DISPOSITION OF THE ACTION.

None.

## IX.   PROBABLE LENGTH OF THE TRIAL.

Plaintiff has not furnished an estimate of the probable length of trial. Given the amount of time designated by both parties for their direct examinations, and depending on the Court's evidentiary rulings, two weeks is not likely to be sufficient time for the trial of this matter.

- 9 -

X.    **NAMES, ADDRESSES AND TELEPHONE NUMBERS OF WITNESSES TO BE CALLED.**

A.    **Plaintiff.**

In her Rule 26(a)(3) disclosures, Plaintiff designated a list of possible witnesses.

B.    **Defendant**

Putnam reserves its right to call any or all of the following witnesses.

1.    David Bloom, Harvard School of Public Health, 665 Huntington Avenue, Boston, MA  02115.  617 432-0866.

2.    Joshua Brooks, 248 Buckminster Road , Brookline, MA 02445. 857.891-4584.

3.    Stephen Dexter, Putnam Investments LLC, One Post Office Square, Boston, MA 02109.  617.760-1000.

4.    Eric Hutcherson, 141 Round Hill Drive, Freehold, NJ 07728.  508.229-8876.

5.    William Landes, 12 Wyndemere Dr. Southborough, MA 01772.  617.532-0200.

6.    Brian Lenhardt Putnam Investments LLC, One Post Office Square, Boston, MA 02109.  617.760-1000.

7.    Mary McNamee, OFI Institutional, 470 Atlantic Avenue, 11th Floor, Boston, MA 02210-2208.  617. 897-3609.

8.    Kelly Morgan, 236 Beacon Street, Unit 4C, Boston, MA 02116.  617.262-1175.

9.    Stephen Oristaglio, 287 Commonwealth Ave, Unit #4, Boston, MA 02115. 617.859-3088.

10.   Christopher O'Malley, Eaton Vance Management Inc., 255 State St, Boston, 02110.  617.482-8260.

11.   Darren Peers (by deposition).

12.   Denise Seldon, Putnam Investments LLC, One Post Office Square, Boston, MA 02109.  617.760-1000.

13.   Richard B. Tibbetts, Putnam Investments LLC, One Post Office Square, Boston, MA 02109.  617.760-1000.

A/72516932.1

## XI.    PROPOSED EXHIBITS

### A.    Plaintiff

In her Rule 26(a)(3) disclosures, Plaintiff designated a list of proposed exhibits. Plaintiff's counsel has indicated an intention to revise and/or expand plaintiff's designations, but Putnam has not yet received any revised or expanded exhibit designations.

### B.    Defendant

See Exhibit A attached hereto.

## XII.    PARTIES' RESPECTIVE POSITIONS ON ANY REMAINING OBJECTIONS TO THE EVIDENCE IDENTIFIED IN THE PRETRIAL DISCLOSURE REQUIRED BY FED. R. CIV. P. 26(A)(3).

Putnam's objections to the exhibits listed in plaintiff's Rule 26(a)(3) disclosures is attached as Exhibit B hereto. Putnam notes that plaintiff has indicated an intention to revise and/or expand her exhibit designations, but has not yet done so. Putnam reserves its right to respond to any such revised or expanded designations.

PUTNAM INVESTMENTS, LLC,

By its attorneys,

/s/ Joseph L. Kociubes
Joseph L. Kociubes, BBO #276360
joe.kociubes@bingham.com
Louis A. Rodriques, BBO #424720
louis.rodriques@bingham.com
Allyson E. Kurker, BBO #665231
allyson.kurker@bingham.com
Jennifer L. Holden, BBO #663467
jennifer.holden@bingham.com
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
617.951.8000

Dated: April 30, 2008

A/72516932.1

**CERTIFICATE OF SERVICE**

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on April 30, 2008.


/s/ Jennifer L. Holden, BBO #663467
jennifer.holden@bingham.com

A/72516932.1

# EXHIBIT A

| Bates # | Date | Description |
|---|---|---|
| B00023 | 9/3/2003 | Email from Josh Brooks to Lisa Svensson |
| B00065-00066 | 8/19/2003 | Email with attached GER Compensation Spreadsheet |
| LS0031-0392 | Various | Lisa Svensson's Employment Diary |
| LS0405-0406 | 6/9/1994 | Employment letter, Non-solicitation agreement, and confidentiality agreement |
| LS0455-0476 | 9/15/2003 | Letter from Mary McNamee to Lisa Svensson |
| LS0516-0518 | 3/14/2002 | Business Plan proposed by Lisa Svensson to Bill Landes |
| LS0524 | 3/12/2002 | Email from Svensson to Steve Oristaglio |
| LS0526 | 9/21/2001 | Email from Svensson to Steve Oristaglio |
| LS0911 | 5/13/2004 | Email from Svensson to Andy Offit |
| LS1757 | 3/10/2004 | Letter from Mitchell Schultz re: Shares of Putnam Class B stock |
| PRM00004 | 9/15/2003 | Email from Josh Brooks re: employment termination |
| PRM00005 | 9/15/2003 | Memo from Josh Brooks re: employment termination |
| PRM00015-00023 | 3/1/2001 | Performance Review for Lisa Svensson for the year 2000 |
| PRM00121-00129 | 11/12/2003 | Letter from John Weir to William Woolverton |
| PRM00167 | 1994 | Svensson's Resume |
| PRM00335-00336 | 9/4/2003 | Mary McNamee notes |
| PRM00341-00346 | 8/11/2003 | Email from Chris O'Malley to Eric Hutcherson and attachment. |
| PRM00347-00348 | 8/8/2003 | Email from Lisa Svensson to Mary McNamee |
| PRM00358-00367 | Various | Darren Peers' notes |
| PRM00661 | 3/12/2002 | Email from Steve Oristaglio to Lisa Svensson |
| PRM00759-00761 | None | Spreadsheet of Lisa Svensson's titles from year's 1994-2003 with salary and history |
| PRM00779-00780 | 9/3/2003 | Email from Josh Brooks to Lisa Svensson (forwarded to Mary McNamee) |
| PRM00821-00822 | 10/14/2003 | Email chain between Jeffrey Fitzpatrick, June Martin |
| PRM00898 | 2/24/2003 | Email chain between Landes and Tibbetts |
| PRM00979 | 8/18/2003 | Email from Svensson to Mary McNamee |
| PRM01365-01395 | 1/1/1996 | Putnam Investments Profit Growth Incentive Compensation Plan |
| PRM01396-01433 | 2/4/2004 | Putnam Investments Equity Partnership Plan |
| PRM01489 | 3/14/2001 | Email from Lisa Svensson to Steve Oristaglio |
| PRM01494 | 5/9/2002 | Email from Svensson to Kelly Morgan |
| PRM01558-01560 | 3/28/2002 | Email from Steve Gorman to Lisa Svensson |

| Bates # | Date | Description |
|---------|------|-------------|
| PRM01652-01654 | 3/31/2003 | Email from Mitch Schults to Elizabeth McCarthy |
| PRM01695 | 7/13/2001 | Email from Lisa Svensson to Richard Tibbetts |
| PRM01747 | 8/11/2003 | Email from Michael Arends to Chris O'Malley |
| PRM01751 | 7/30/2001 | Email from Svensson to Christine Scordato |
| PRM01792 | 2/17/2000 | Officer nomination spreadsheet for Managing Director Nominations |
| PRM01801 | 8/15/2003 | HR Update |
| PRM01825 | 8/29/2003 | HR Update |
| PRM03056 | 1/17/2003 | Email from Bill Landes to Haldeman and Oristaglio |
| PRM05728-05739; PRM05734-05747; PRM014869-014929 | Undated | Data produced in conjunction with the Bloom report |
| PRM07463-07470 | 1/28/2003 | Performance Review of Christopher O'Malley (2002) |
| PRM08976 | Various | Investment Bonus Pool History for 1998-2006 |
| PRM09531-09532 | 4/25/2002 | Memo from Richard Tibbetts to Putnam partners. |
| PRM09540 | 1/10/2003 | Email from Bill Landes re: Best GER Stock Pickers 2002 |
| PRM10093 | 4/29/2002 | Email from Dan Miller to Steve Oristaglio |
| PRM13355 | 3/16/2001 | Email from Brett Browchuk to Robert Swift re: business impact of potential layoffs |
| PRM14100-14104 | 4/16/2002 | Officers Meeting IMD Update |
| PRM14111-14116 | 4/16/2002 | Investment Division Update |
| PRM14118-14131 | 4/2/2002 | Powerpoint presentation to Trustees re: Product Rationalization |
| PRM14147-14148 | 3/25/2002 | Email from Denise Selden to Steve Oristaglio |
| PRM14854-14856 | Various | Spreadsheet of 1/1/04-4/3/04 Investment terminations; 2003 Investment terminations; 2002 Investment terminations |
|  | 1/1/1996 | Putnam Investments Associates and Principals Plan |
|  | 4/13/2007 | Exhibits 5 - 12 appended to Bloom's Expert Report |
|  | Undated | List of Bloom's publications |
|  | Undated | Bloom's resume |
|  | Undated | Compensation grid of the Global Growth team (1999-2001) (Exhibit 5 to the Tibbetts Affidavit in Support of Putnam's Motion for Summary Judgment) |

| Bates # | Date | Description |
|---------|------|-------------|
| | Undated | Compensation grid of the Global Equity Research team (2002-2003) (Exhibit 6 to the Tibbetts Affidavit in Support of Putnam's Motion for Summary Judgment) |
| | Undated | People Soft employment dates for Walt Pearson |
| | Undated | People Soft employment dates for Heather Arnold |
| | Undated | People Soft employment dates for James Yu |
| | Undated | GER Personnel for 2002 |
| | Various | Svensson's tax returns from 1998 - present. |

# EXHIBIT B

Putnam's objections to Svensson's designated exhibits

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 1 | B 065 | Brooks e-mail 08 19 03 re: GER compensation | Relevance |
| 2 | B 066 | Attachment to Brooks Exh. 1 | Relevance |
| 3 | B 056 | E-mail, 09 11-12 03 | Relevance |
| 4 | B 56-57 | Continuation of Brooks Exhibit 3 | Relevance |
| 5 | B 023 | Brooks e-mail to Svensson, 09 03 03 | |
| 6 | LS 0455 | Brooks, 09 15 03, memorandum to Svensson | |
| 7 | LS 0455 | Brooks, 09 15 03 to Svensson | |
| 8 | PRM 01756 | Brooks memo 09 15 03 to Svensson | |
| 9 | PRM 09540 | Oristaglio e-mail, 11 21 02, to Svensson and Haldeman: | |
| 10 | PRM 01563-64 | Landes, 01 10 03, e-mail to various re: "Best GER Stock Pickers 2002 and Three year Trailing" | |
| | | Landes e-mail, 01 17 03, to Oristaglio, Haldeman, Tibbetts, McNamee, Scordato | |
| 11 | PRM 00900 | Landes, 02 24 03, e-mail to Oristaglio and Haldeman | |
| 12 | PRM 00903 | Tibbetts e-mail, 02 24 03, replying to Landes 02 24 03 e-mail | |
| 13 | PRM 0901 | Landes e-mail, 02 24 03, to Tibbetts, Oristaglio, Haldeman | |
| 14 | PRM 00899 and PRM 00897 | Tibbetts reply e-mail, 02 24 03, to Landes | |
| 15 | PRM 00891-893 | Unsigned, undated memorandum to Haldeman re: decisionmaking on MBA bonuses | Relevance; hearsay; foundation |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 16 | PRM 01936-39;<br>PRM 01940-63;<br>PRM 01964-69;<br>PRM 01970-74;<br>PRM 01974-85 | Enclosures to Rodriques letter, 05 15 06:<br>a) 1999 total compensation<br>b) 2001 compensation<br>c) 2002 top 100<br>d) correspondence, including e-mail among Schultz Lasser et al<br>e) correspondence, including from Lasser | Relevance as to all pages except PRM 1946 |
| 17 | LS 0793 | Lasser letter, 02 07 95, to Svensson | |
| 18 | LS 0818-37 | Lasser note, 05 05 95, to Svensson | |
| 19 | LS 1533-43 | Lasser letter to Svensson, 03 31 98 (Svensson ) | |
| 20 | LS 1547-56 | letter to Svensson, 03 31 99 | |
| 21 | LS 1561-70 | Lasser letter to Svensson, 03 31 00 | |
| 22 | LS 1575-84 | Lasser letter to Svensson, 03 31 03 | |
| 23 | LS 1590-99 | Lasser letter to Svensson, 03 31 02 | |
| 24 | PRM 00396-508 | Employee Handbook | |
| 25 | PRM 01003 | August 15, 2003, Human Resources Update | |
| 26 | PRM 00341-46 | Hutcherson e-mail, 08 11 03, to McNamee | |
| 27 | PRM 0367 | Peers July 2003 handwritten notes | |
| 28 | PRM 00339 | Svensson e-mail to McNamee, 08 18 03 | |
| 29 | B 019 | E-mail, 08 27 03, from Svensson to Linda Grace to Brooks via McNamee | |
| 30 | PRM 0337 | Svensson e-mail to Grace re: | |
| 31 | PRM 00338 | Svensson e-mail to Brooks, 08 26 03 | |
| 32 | PRM 00353 | Svensson e-mail, 08 26-27 03, to Grace | |
| 33 | PRM 0356 | Brooks e-mail to Svensson, 09 03 03 | |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 34 | PRM 00335-36 | McNamee handwritten notes, second week of August | |
| 35 | B 052-55 | E-mail Hadley and McNamee, 09 04-09 03 | Relevance |
| 36 | B 027 | E-mail Brooks and McNamee, 09 15 03 | Relevance |
| 37 | B 355; PRM 00355 | Brooks, 09 15 03, memo to Svensson | |
| 38 | PRM 00354 | Brooks memo 09 15 03 to Svensson | |
| 39 | PRM 00358-66 | Peers' diary notes | |
| 40 | PRM 00001 | E-mail 03 26 03 | |
| 41 | PRM 00373-95 | Putnam EEO statement | |
| 42 | PRM 00297-304 | O'Donnell 12 31 97 Evaluation of Svensson for 1997 | Relevance |
| 43 | PRM 00305-20 | Swift 06 11 98 review of Svensson | Relevance |
| 44 | PRM 00324-33 | Swift review (PDPR) December 1999 of Svensson for 1999 | Relevance |
| 45 | PRM 00285-87 | Svensson Self Assessment, 01 11 00 | Relevance; self-serving; hearsay |
| 46 | PRM 00267-74 | Swift's review of Svensson for 1998 | Foundation; relevance |
| 47 | PRM 00049-62 | Swift 12 24 99 memorandum to Jack Morgan | |
| 48 | PRM 00288-96 | Swift PDPR review of Svensson December | |
| 49 | PRM 00015-23 | Copy of No. 48, above | |
| 50 | PRM 00024-38 | Copy of No. 48, above but with additional backup | Incorrect designation; any objection reserved |
| 51 | PRM 00258-66 | Swift December 2001 PDPR review of Svensson | |
| 52 | PRM 00040-48 | Copy of No. 29 | Duplicative |
| 53 | PRM 00063-92 | November 1, 2001, 360 peer Review | Relevance; hearsay |

3

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 54 | PRM 00279-84 | December 2002 review of Svensson | |
| 55 | PRM 00228-57 | November 1, 2002, 360 Peer review | Relevance; hearsay |
| 56 | PRM 00093-120 | Back up to No. 33, above | Hearsay; relevance |
| 57 | PRM 00278-86 | June 2002 review of Svensson by Gorman | |
| 58 | LS 0036 | Svensson Diary 05 29 98 | Hearsay; relevance; stray remarks |
| 59 | LS 0032 | Svensson Diary 04 23 98 | Hearsay; relevance; stray remarks |
| 60 | LS 0039 | Svensson Diary 02 01 99 | Hearsay; relevance; stray remarks |
| 61 | LS 0043-44 | Svensson Diary 06 03 99 | Hearsay; relevance; stray remarks |
| 62 | LS 0050 | Svensson Diary | Hearsay; relevance; foundation |
| 63 | LS 0051 | Svensson Diary 09 18 00 | Hearsay; relevance; stray remarks |
| 64 | PRM 01333-46 | Swift memorandum, 12 24 99 | Relevance |
| 65 | PRM 01789-91 | Notes (typed) 02 17 00 | Relevance; hearsay; foundation |
| 66 | PRM 01757 | E-mail, 02 28 01 | Relevance |
| 67 | PRM 01489 | E-mail, 03 14 01 | |
| 68 | PRM 01490 | E-mail, 04 12 01 | Relevance |
| 69 | PRM 01491 | E-mail, 05 03 01, Kelly Morgan to Svensson | |
| 70 | PRM 01558 | E-mail, 03 27 02, Gorman to Svensson | |

4

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 71 | PRM 01492-93 | E-mail, 05 08 02, Landes to IMD | |
| 72 | PRM 01495 | E-mail, 09 06 02, Ferguson to Svensson w/ cc to Landes | |
| 73 | PRM 01675 | E-mail, 07 17 02 | |
| 74 | LS 0057-58 | Svensson Diary, 07 24 02 | Relevance |
| 75 | PRM 01496 | E-mail, 09 09 02, Kelly Morgan to Svensson | Hearsay; relevance; stray remarks |
| 76 | PRM 01502-03 | E-mail, 12 02 02, Landes to GER | |
| 77 | PRM 01563-64 | E-mail, 01 17 02, Landes to Oristaglio, Haldeman, Tibbetts, Scordato | Duplicative |
| 78 | PRM 00990-91 | E-mail Gorman to McNamee | |
| 79 | PRM 01507 | E-mail, 03 11 03, Kelly Morgan to Svensson | |
| 80 | PRM 01508 | E-mail, 03 11 03, Svensson to Kelly Morgan | Hearsay |
| 81 | PRM 01509 | E-mail, 03 11 03, Kelly Morgan to Svensson | |
| 82 | PRM 01483-84 | E-mail, 04 14 03, Kelly Morgan to Brooks | |
| 83 | | E-mail, 04 22 03 Kelly Morgan to Svensson | Cannot identify because designation is without a bates range; objection reserved |
| 84 | PRM 01513 | E-mail, 04 29 03, Kelly Morgan to Svensson and Peers | |
| 85 | PRM 00358-367 | Peers Diary Notes | Duplicative |
| 86 | LS 1722-51 | Svensson 360 Review 11 01 02 | Hearsay; relevance |

5

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 87 | PRM 02753-75 | Organization Charts | Relevance |
| 88 | PRM 02718-52 | Organization Charts | Relevance |
| 89 | PRM 00324-33 | Review December 1999 PDPR of Svensson by Swift | Relevance; hearsay; self-serving |
| 90 | PRM 00288-96 and PRM 2602-79 | Review December 2000 PDPR of Svensson by Swift plus backup | Relevance |
| 91 | PRM 00258-66 | Review December 2001 PDPR of Svensson by Swift | Duplicative |
| 92 | PRM 00279-84, PRM 02418-2537 | Review December 2002 PDPR by Gorman plus backup | Relevance, except for PRM 2423 |
| 93 | PRM 01333-46 | Swift December 24, 1999, to Jack | Relevance |
| 94 | PRM 01789-91 | Hand written notes, 02 17 00 | Relevance; hearsay;foundation |
| 95 | PRM 01793-94 | Officer Nomination spreadsheet | Relevance |
| 96 | PRM 01795 | Schedule | Relevance; foundation |
| 97 | PRM 01489 | E-mail Svensson to Oristaglio E-mail, 03 14 01, Svensson to Oristaglio | |
| 98 | PRM 01922 | Continuation sheet | Relevance |
| 99 | LS 0525 | E-mail, 07 09 01, Svensson to Oristaglio | |
| 100 | PRM 00658 | E-mail, 07 09 01, Svensson to Scordato | |
| 101 | LS 0526 | E-mail, 09 21 01, Svensson to Oristaglio | |
| 102 | PRM 01608-17 | HR Update, 03 01 02 | Relevance |
| 103 | PRM 01618-27 | HR Update, 03 08 02 | Relevance |
| 104 | LS 0524 | E-mail, 03 12 02, Svensson to Oristaglio | |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 105 | PRM 00661 | E-mail, 03 12 02, Oristaglio to Svensson | Duplicative |
| 106 | PRM 01558-61 | E-mail, 03 27 02, Gorman to Svensson | Duplicative |
| 107 | PRM 01756 | E-mail, 11 21 02, Oristaglio to Svensson | Duplicative |
| 108 | PRM 01563-64 | Landes e-mail, 01 17 03, to Oristaglio, Haldeman, Tibbetts, McNamee, Scordato | Duplicative |
| 109 | PRM 00093-120 | 360 review 11 01 02 | Hearsay; relevance |
| 110 | PRM 02712-14 | Benchmark for Svensson "12/31/2001 To: 09/30/2003" | Relevance; foundation |
| 111 | | Oristaglio Deposition Day Two: – Eight Exhibits  (Exhibits 25-32) | Ex. 25 - Relevance; Ex. 26 - Relevance; Ex. 27 - Relevance; Ex. 28 - Relevance; Ex. 29 - Relevance; Ex. 30 - Relevance, Foundation; Ex. 31 - Relevance; Ex. 32 - Relevance, Foundation |
| 112 | PRM 03621-30 | A & P Plan 1999 recommended compensation | Relevance |
| 113 | PRM 03925-36 | 2000 Incentive Summary sorted | Relevance; foundation |
| 114 | PRM 03559-60 | Hand written notes | Relevance; foundation |
| 115 | | SEC case Tibbetts Affidavit Exh. B | Relevance |
| 116 | PRM 03360-71 | Group, Rating, Alphabetical Sorts for 2001 performance scores | Relevance |
| 117 | PRM 03360-371 | A & P Plan 2001 recommended compensation | Relevance |

7

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 118 | PRM 04019-4027 | 2002 Proposed A and P Proposed Incentives | Relevance; foundation |
| 119 | PRM 03312-28 | 2002 A & P Plan Recommendations | Relevance; foundation |
| 120 | | E-mail, 10 27 03, Lasser to Stoev (No Bates No.) | Relevance (Daubert); foundation |
| 121 | | E-mail, 09 19 03, Brooks to Stoev) | Relevance |
| 122 | | Separation Agreement, dated November 5, 2004, and signed by Stoev, November 22, 2004 (No Bates No.) | |
| 123 | | E-mail, 09 17 04 Stoev and Morgan re: options outlined yesterday. (No Bates No.) | |
| 124 | LS 0405-408 | Letter, 06 09 94, O'Donnell to Svensson | |
| 125 | LS 0032-297 | Svensson diary | Hearsay; self-serving |
| 126 | PRM 00778-780 | E-mail, 09 03 03, Brooks to Svensson (No Bates No.) | |
| 127 | PRM 00347-48 | E-mail, 80 08 03, Svensson to McNamee | |
| 128 | PRM 00015-23 | Review PDPR of Svensson by Swift for 2000 | |
| 129 | PRM 00063-92 | 360, 11 02 01, of Svensson | Relevance; hearsay |
| 130 | PRM 00752-60 | Review PDPR of Svensson by Swift for 2001 | Incorrect designation; objection reserved |
| 131 | LS 0524 | E-mail, 03 12 02, Svensson to Oristaglio (No Bates No.) | Duplicative |

8

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 132 | LS 0516-18 | Business Plan, March 14, 2002, Svensson to Landes | |
| 133 | LS 1776-81 | Review PDPR of Svensson by Gorman for 2002 | |
| 134 | LS 1722-51 | 360, 11 01 02, of Svensson | |
| 135 | LS 0911-12 | E-mail letter, 05 13 04, Svensson to Andy Offit | Hearsay; relevance |
| 136 | LS 0455-76 | Letter, 09 15 03, McNamee | |
| 137 | LS 0298-392 | Svensson Diary (hand written) starting 09 12 03 | Hearsay; self-serving; multiple hearsay; relevance (in part) |
| 138 | PRM 02718-52 | Organization Charts 11 28 01 | Relevance |
| 139 | PRM 02753-75 | Organization Charts | Relevance |
| 140 | PRM 00509-653 | Putnam Manager Handbook | |
| 141 | PRM 00396-445 | Employee hand Book | |
| 142 | PRM 01333-1346 | Memorandum, 12 24 99, Swift to Jack Morgan | Duplicative |
| 143 | PRM 02308-18 | 1999 Performance Profiles | Relevance |
| 144 | PRM 02380-93 | 1999 Compensation Recommendations A & P plan 02 10 00 | Relevance; foundation |
| 145 | | Memorandum 02 18 00, Tibbetts to File (No Bates No.) | Relevance; foundation |
| 146 | PRM 01795 | Spreadsheet | Relevance |
| 147 | PRM 1641 | Memorandum 03 15 00 from Schultz to HR | Relevance; foundation |
| 148 | PRM 01644-50 | Memorandum 04 06 00 re: Approved Officer List) | Relevance |
| 149 | PRM 01692 | E-mail, 06 27 01, Svensson to Tibbetts | Relevance |
| 150 | PRM 01529 | E-mail, 07 09 01, Holder-Watts to Scordato | |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 151 | PRM 01695 | E-mail, 07 13 01,, Svensson to Tibbetts | Relevance |
| 152 | PRM 01522 | E-mail, 08 08 01, Malloy to HR | Relevance |
| 153 | PRM 01891-93 | E-mail, 08 15 01, Lenhardt to HR | Relevance |
| 154 | PRM 01520-21 | E-mail, 08 19 01, Tibbetts to Tibbetts | Relevance; foundation |
| 155 | PRM 01990-91 | E-mail, 01 27 03, Gorman to McNamee | Designated bates range does not match description; objection reserved |
| 156 | PRM 01085 | E-mail, 01 31 03, Miller to Browchuk | Relevance |
| 157 | PRM 00920 | E-mail, 01 14 03, Gorman to Tibbetts | Relevance |
| 158 | PRM 01701 | E-mail, 04 25 03, Scott to HR, Warren and Kamshad | Relevance; foundation |
| 159 | PRM 01532-33 | E-mail, 04 28 03, Kamshad to Holder-Wats | Relevance; foundation |
| 160 | PRM 01485-86 | E-mail, 05 07 03, Brooks to Morgan and Svensson | Relevance; foundation |
| 161 | PRM 00334 | Email, 08 18 03; McNamee to Brooks | |
| 162 | PRM 01798-1811 | HR Update, 08 15 03 | Relevance, except for PRM 1801 |
| 163 | PRM 01813-21 | HR Update, 08 22 03 | Relevance, except for PRM 1813 |
| 164 | PRM 01822-32 | HR Update, 08 29 03 | Relevance, except for PRM 1825 |
| 165 | PRM 01833-44 | HR Update, 09 05 03 | Relevance, except for PRM 1837 |
| 166 | PRM 01845-56 | HR Update, 09 12 03, | Relevance, except for PRM 1849 |
| 167 | PRM 01857-69 | HR Update, 09 19 03 | Relevance, except for PRM 1861 - 2 |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 168 | PRM 01870-82 | HR Update, 09 26 03 | Relevance, except for PRM 1874 - 5 |
| 169 | PRM 00964-71 | E-mail, 08 27 03, Vandersanden to McNamee | |
| 170 | PRM 00356 | E-mail, 090 03 03, Brooks to Svensson | |
| 171 | PRM 00816-17 | E-mail, 09 04 03, Brooks to McNamee and Tibbets | |
| 172 | PRM 00355 | Letter, 09 15 03, Brooks to Svensson | Duplicative |
| 173 | PRM 00354 | Memorandum, 090 15 03, Brooks to Svensson | Duplicative |
| 174 | PRM 00011 | Letter, 03 05 04, Svensson to Schultz | Relevance |
| 175 | PRM 00062 and PRM 00010 | Letter, 05 10 04, Schultz to Svensson | Relevance |
| 176 | | Exhibit to Goodfellow Affidavit: Partners Incentive Compensation Plan as amended June 1995 (No Bates No.) E | Relevance |
| 177 | PRM 03196-3226 | Total Compensation 2001 - Sorted High to Low - | Relevance |
| 178 | PRM 03372-79 | A& P plan 11 02 projections re compensation | Relevance |
| 179 | 2308-2318 | 1999 Performance Profiles for IMD (11 pages No Bates Nos.) | Relevance |
| 180 | | Partners by year 1999-2003 (2 pp.) (No Bates Nos.) | Relevance |
| 181 | | Performance Ratings of '91 Comparators 1999-2004 (3 pp.) (No Bates Nos.) | Relevance; Daubert; foundation |
| 182 | PRM 00846-53 | PDPR form for Investment Associate 01 03 – 06 03 | Relevance |

11

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 183 | | List guarantees to the 91 persons (males and females) identified in Svensson's fourth affidavit – 1999-2004 (No Bates Nos.) | Relevance; Daubert; foundation |
| 184 | PRM 03372-7 | Incentive Compensation for the 91 persons (males and females) identified in Svensson's fourth affidavit | Relevance |
| 185 | PRM 03548-58 | Performance Profiles 1999 for the 91 persons (males and females) identified in Svensson's fourth affidavit | Relevance; Daubert; foundation |
| 186 | PRM 03791-99 | 2001 Incentive Comp A & P plan [with handwritten notes] | Designated bates range does not match description; objection reserved |
| 187 | PRM 03312-28 | 2002 Incentive Comp A & P plan | |
| 188 | PRM 01365-95 | Putnam profit Growth Incentive Plan (1996) | |
| 189 | | Comparators (male) by Employment Action (disparate treatment) as per Svensson Affidavit (No Bates No.) | Relevance; foundation; Daubert |
| 190 | PRM 01204-22 | Conducting Effective Separations, A Notifier's Training Guide | Relevance |
| 191 | PRM 9530 | E-mail 04 26 02 Holder-Watts to Tibbetts | Misidentified document; any objection reserved |
| 192 | PRM 13511 -19 | Spreadsheets, prepared by Schultz and Exh 1A (No Bates No.) | Relevance (Daubert); foundation |

12

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 193 | *PRM 12360-12368* | E-mail, 09 05 00, Malloy to Browchuk re: and copy of Succession Planning File | Relevance; foundation |
| 194 | PRM 09814 | E-mail, 03 02 01, Esteves to Tibbetts re: 5th group | Relevance |
| 195 | PRM 13219 | E-mail, 03 02 01, Tibbetts re: 5th group | Relevance; foundation |
| 196 | PRM 12394 | Memorandum 07 27 00 Koontz to various | Relevance; foundation |
| 197 | PRM 12397-12400 | Excel spreadsheet MDs-SVPs Succession Planning | Relevance |
| 198 | PRM 13355-57 | Email correspondence Browchuk and Swift | |
| 199 | PRM 13958 | E-mail, 09 16 02, K. Morgan to Brooks | |
| 200 | PRM 10136 | E-mail, 03 16 01, D. Miller to Browchuk | Relevance |
| 201 | PRM 10103-07 | E-mail, 09 21 01, Holder-Watts | Relevance; foundation |
| 202 | PRM 12551-55 | E-mail Browchuk to Lenhardt | Relevance; foundation |
| 203 | PRM 12556-58 | E-mail, 09 07 01, Swift to Lenhardt re and enclosing MD Evaluation Matrix (including info re: Svensson) | Relevance |
| 204 | PRM 09760 | E-mail, 10 12 01, Browchuk to Oristaglio | Foundation |
| 205 | PRM 09756 | E-mail, 12 19 02, Browchuk to Ferguson and | Foundation |
| 206 | PRM 14825-39 | 1999 Succession Planning Document (info re: Svensson) | Relevance |
| 207 | PRM 14784-96 | 2001 Succession Planning document for IMD International Growth | Relevance |
| 208 | PRM 09514-16 | E-mail, 11 15 99, Collman to Lasser | Relevance; foundation |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 209 | PRM 14867 | Removed from List Prior to In the Round Discussion (Dexter; Svensson and England | Foundation; relevance |
| 210 | PRM 12374-91 | E-mail, 07 27 00, Koontz to Browchuk and HR re | Relevance; foundation |
| 211 | PRM 13352-54 | E-mail, 03 16 01, Cotner to Browcheuck and e-mail response | Relevance; foundation |
| 212 | PRM 12609 | E-mail, 05 04 01 Holder-Watts to Scott and Scott's 05 02 01 e-mail to her | Relevance; foundation |
| 213 | PRM 09782-83 | E-mail, 06 22 02, Miller to Ferguson | Relevance; foundation |
| 214 | PRM 12572-77 | E-mail, 08 15 01, Lenhardt to HR | Relevance; foundation |
| 215 | PRM 09757 | E-mail, 12 14 01, Browchuk to Ferguson re: IMD Reorg | Relevance; foundation |
| 216 | PRM 09681-84 | E-mail, 01 02 02, correspondence Ferguson and Oristaglio | Relevance |
| 217 | PRM 14147-48 | E-mail, 03 25 02, Selden to Oristaglio | |
| 218 | PRM 09568 | E-mail, 04 03 02, Ferguson to Hoffman | Relevance; foundation |
| 219 | PRM 09534 | E-mail, 04 12 02, Joseph to Lasser | Relevance; foundation |
| 220 | PRM 10539-48 | E-mail, 04 15 02, Oristaglio to Costas | |
| 221 | PRM 09530-32 | E-mail, 04 26 02, Tibbetts to partners re: and enclosing a copy of copy of Tibbetts Memorandum, 04 25 02 | |
| 222 | PRM 09176-77 | E-mail 04 30 02 Gorman to Morgan | |
| 223 | PRM 09541-42 | E-mail, 08 05 02, Browchuk to Oristaglio and others | Relevance |

14

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 224 | PRM 09548-49 | E-mail, 08 14 02, Kuenstner to Ferguson | Relevance |
| 225 | PRM 09524-26 | E-mail, 11 13 02, Schultz to Lasser | Relevance |
| 226 | **PRM 014243-45** | E-mail, 01 31 03, Tibbetts to Warren and related emails | Relevance |
| 227 | PRM 10456 | E-mails 05 22 03, 05 22 03, Scott to Miller | Relevance; foundation |
| 228 | PRM 14855-56 | 2002 and 2003 terminations | |
| 229 | PRM 08068-69 | Interim Review | Relevance |
| 230 | PRM 08654 | ERS_JOB_SUMMARY_BY_EMPLID | |
| 231 | PRM 08875-76 | HR Update 01 03 03 | |
| 232 | PRM 05995-6003 | Women's Leadership Forum documents | Relevance; foundation |
| 233 | *PRM 6011-6020* | E-mail, 08 12 05, McCaffrey to Meehan | Relevance |
| 234 | PRM 05921-33 | E-mail, 03 21 06, Del Pozzo to Meehan | Foundation; relevance; Daubert |
| 235 | PRM 05912 | E-mail, 06 28 06, Clermont to Meehan | Relevance |
| 236 | PRM 06004-07 | E-mail, 09 06 05, to Segers and others | Relevance |
| 237 | PRM 05960-71 | E-mail, 12 07 05, Frechette to | Relevance; foundation; Daubert |
| 238 | PRM 05750 | Hand written notes, 07 11 06 | Relevance; hearsay; foundation |
| 239 | PRM 05751-52 | E-mail 12 13 06, McCafferty to Mockard | Relevance |

15

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 239 A (note 239 designated twice) | | Siegel Report and all Siegel deposition exhibits | Hearsay as to the report; relevance as to the 1996 - 1999 tax returns and forms |
| 240 | PRM 14922-29 included | Bloom Deposition exhibit 2H, including Exhibits 2A-2G<br>2 1996 Form 1040<br>3 1997 Form 1040<br>4 1998 Form 1040<br>5 1999 Form 1040<br>6 2000 Form 1040<br>7 2003 W-2 and schedule<br>8 2001 Form 1040<br>9 2002 Form 1040<br>10 2003 Form 1040<br>11 2004 Form 1040<br>12 2005 Form 1040<br>13 2006 | |
| 241 | | Paul White Report and all White deposition exhibits | Hearsay; Daubert |
| 242 | | Supplement to White Report | Never produced or previously identified |
| 243 | | Svensson tax returns (unredacted) 1996 | Relevance |
| 244 | | Svensson tax returns (unredacted) 1997 | Relevance |
| 245 | | Svensson tax returns (unredacted) 1998 | Relevance |
| 246 | | Svensson tax returns (unredacted) 1999 | Relevance |
| 247 | | Svensson tax returns (unredacted) 2000 | |
| 248 | | Svensson tax returns (unredacted) 2001 | |
| 249 | | Svensson tax returns (unredacted) 2002 | |
| 250 | | Svensson tax returns (unredacted) 2003 | |
| 251 | | Svensson tax returns (unredacted) 2004 | |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 252 | | Svensson tax returns (unredacted) 2005 | |
| 253 | | Svensson tax returns (unredacted) 2006 | |
| 254 | | Svensson tax returns (unredacted) 2007 | |
| 255 | LS 0806 | E-mail, 11 26 02, Gorman to Svensson | |
| 256 | LS 0808 | E-mail, 11 19 02, Gorman to Svensson | |
| 257 | | E-mail, 12 05-06 02, between Grace and Gorman | |
| 258 | | Putnam business card for Svensson (No Svensson Bates No.) | Document not identified; objection reserved |
| 259 | LS 0807 | E-mail, 08 29 02, Landes to Svensson | |
| 260 | LS 0811 | E-mail, 01 21 03, Gorman to Svensson | |
| 261 | LS 0501 | Svensson performance - 12 31 02 - 08 29 03 | Foundation; relevance |
| 262 | PRM 08572-663 | ERS_JOB_SUMMARY_BY_EMPLID for the 91 persons (males and females) identified in Svensson's fourth affidavit | Relevance; foundation (Daubert) |
| 263 | | ERS_JOB_SUMMARY_BY_EMPLID documents for the following persons: Cronin, Kevin; Jacobs, Jerome; Kaufman, Jeffrey; Kohli, William; Maloney, Kevin; Meehan, Thalia; O'Toole, Brian; Peacher, Stephen; Pearson, Walton; Waldman, David; Wyke, Richard; Pearson, Walton E | Relevance; foundation |

17

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 264 | | Prospectus Supplement (SEC form 497), dated 02 14 03, showing Svensson on the Global Natural Resources fund; http://www.sec.gov/Archives/edgar/data/317031/000092881603000011/000092881603000111.txt | This proposed exhibit is not bates numbered, so Putnam cannot object to specific pages. Putnam objects on relevance and foundation to the recent print-out descriptions of Putnam personnel. |
| 265 | | Job search log Excel Spreadsheet (updated) | Hearsay (comments section) |
| 266 | | Job search letters/e-mails | |
| 267 | LS 1410-86 | "The Profilor Developmental Feedback" | Relevance; foundation |
| 268 | LS 1493-530 | The Profilor Developmental Feedback for Managers Development Guide | Relevance; foundation |
| 269 | PRM 08876 | HR Update 01 17 03 | Duplicative |
| 270 | LS 0650 | Email 03 07 03, Svensson to Peers | Relevance |
| 271 | LS 0651 | 03 11 03, Svensson to Peers | Relevance |
| 272 | PRM 14189-91 | E-mail, 03 14 03, Oristaglio to Liiant and Whiston | Relevance |
| 273 | PRM 13840-42 | Memorandum, 03 20 03, Haldeman and Oristaglio to Putnam Officers | Relevance; foundation |
| 274 | | Hutcherson notes of investigation of Svensson in the period since 06 01 03 | Cannot identify because designation is without a bates range; objection reserved |

18

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 275 | | Compensation data of the kind furnished to Bloom for the following persons: Cronin, Kevin; Jacobs, Jerome; Kaufman, Jeffrey; Kohli, William; Maloney, Kevin; Meehan, Thalia; O'Toole, Brian; Peacher, Stephen; Pearson, Walton; Waldman, David; Wyke, Richard; Pearson, Walton E | Relevance; Daubert |
| 276 | | Putnam Officer Directories: 08 97, 05 98, 12 99, 07 00, 07 01, 07 02, 07 03 | Relevance; foundation |
| 277 | PRM 06057-8565 | PDPRs for the 91 persons (males and females) identified in Svensson's fourth affidavit: | Relevance; foundation; Daubert |
| 278 | | PDPRs (All E but subject to possible stipulation) for the following persons: Cronin, Kevin; Jacobs, Jerome; Kaufman, Jeffrey; Kohli, William; Maloney, Kevin; Meehan, Thalia; O'Toole, Brian; Peacher, Stephen; Pearson, Walton; Waldman, David; Wyke, Richard; Pearson, Walton M (subject to stipulation) | Relevance; foundation; Daubert |
| 279 | | Resumes for the 91 persons (males and females) identified in Svensson's fourth affidavit by Putnam | Relevance; Daubert |
| 280 | | Resumes (All E) for the following persons: Cronin, Kevin; Jacobs, Jerome; Kaufman, Jeffrey; Kohli, William; Maloney, Kevin; Meehan, Thalia, O'Toole, Brian; Peacher, Stephen; Pearson, Walton; Waldman, David; Wyke, Richard; Pearson, Walton | Relevance; Daubert |
| 281 | | Morningstar Fund Report, published December 15, 2001, for the Putnam Global Growth Fund | Relevance; foundation; hearsay |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 282 | | Morningstar Fund Report, published December 15, 2001, for Putnam Growth Opportunities Fund | Relevance; foundation; hearsay |
| 283 | | Morningstar Fund Report, published December 15, 2001, for Putnam International New Opportunities Fund | Relevance; foundation; hearsay |
| 284 | | Morningstar Fund Report, published December 15, 2001, for Putnam Investors Fund | Relevance; foundation; hearsay |
| 285 | | Morningstar Fund Report, published December 15, 2001, for Putnam New Opportunities Fund | Relevance; foundation; hearsay |
| 286 | | Morningstar Fund Report, published December 15, 2001, for Putnam New Value Fund | Cannot locate from public sources; relevance; foundation; hearsay |
| 287 | | Morningstar Fund Report, published December 15, 2001, for Putnam OTC and Emerging Growth Fund | Relevance; foundation; hearsay |
| 288 | | Morningstar Fund Report, published December 15, 2001, for Putnam Vista Fund | Relevance; foundation; hearsay |
| 289 | | Morningstar Fund Report, published December 15, 2001, for Putnam Voyager Fund | Cannot locate from public sources; relevance; foundation; hearsay |
| 290 | | Morningstar Fund Report, published December 15, 2001, for Putnam Voyager II Fund E SEC Form NSAR-B for the Putnam Global Equity Fund, filed as of 12 29 04 | Relevance; foundation; hearsay |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 291 | | SEC Form N-1A for the Putnam New Opportunities Fund, dated January 28, 2008, pp. 1-2 and 11, as per the SEC website(www. sec. gov) | Relevance; foundation; hearsay |
| 292 | | SEC Forms N-1A for the Putnam International Growth Fund, dated October 30, 1999, p. 2 and pp. 6-7, October 26,11 2000, p. 1 and p. 8, and October 30, 2001, p. 1 and pp. 7-8 | Relevance; foundation; hearsay |
| 293 | | SEC Forms N-1A, for the Putnam Global Growth Fund, dated February 28, 2001, pp. 7-8, and the Putnam Global Equity Fund, dated June 29, 2001, pp. 8-9, as per the SEC website (www. sec. gov) | Relevance; foundation; hearsay |
| 294 | PRM 01897 | E-mail, 01 28 02, Holder-Watts to Browchuk | Relevance; |
| 295 | PRM 01659-60 | E-mail, 08 19 03, Schultz to Goodfellow | |
| 296 | | Putnam Global Growth Fund prospectus, dated February 28, 2002, p. 43, Marsh & McLennan Corp. SEC Form 10-K for the year ended December 31, 2002 | Relevance; foundation; hearsay |
| 297 | PRM 01365-1935 | A and P and Profit Growth Incentive Compensation Plans and Profit sharing and Retirement Plan | Duplicative |
| 298 | PRM 09681-84; PRM 09683 | E-mail, 01 03 02 at Oristaglio to Ferguson | Relevance |

21

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 299 | PRM 09834-36 | "HR Investments Compensation/Performance Review Process" | |
| 300 | PRM 01372 | Profit Growth Incentive Plan Section 5.1 | Duplicative |
| 301 | | A & P Plan Putnam Motion for Summary Judgment Exhibit A1 | Incomplete document |
| 302 | PRM 10098 | E-mail, 01 06 02, Swift to Holder-Watts | Relevance; foundation |
| 303 | PRM 14237 | E-mail, 02 24 03, Tibbetts to Landes | |
| 304 | PRM 01365 | Profit Growth Award Plan excerpt | Duplicative |
| 305 | PRM 0403l | Memorandum, 04 10 00, Schultz to Operating Committee dated April 10, 2000 | Relevance |
| 306 | PRM 12595-97 | E-mail, 08 10 01, Malloy to Browchuk | Relevance; foundation |
| 307 | PRM 03058 | Table ("Officer's Nominations"") | Relevance; foundation |
| 308 | PRM 03246-49 | Table, 01 22 02 ("2001E A&P Incentive Compensation Projections – Tier Sort") | Relevance; foundation |
| 309 | PRM 03548 | 1999 PERFORMANCE PROFILES initialed and dated "RBT 1/12-1/13/00" by Tibbetts | Relevance; Daubert |
| 310 | PRM 01792 | Investment Division Officer Nominations IDMC Meeting February 17, 2000" | |
| 311 | PRM 01793-94 | Table ("Officer Nominations""), 02 24 00 | Relevance; foundation |
| 312 | PRM 0403l | Memorandum, 04 10 00, Schultz to committee | Relevance; foundation |

22

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 313 | PRM 08654 | ERS_Job_Summary_By_EMPLID | |
| 314 | PRM 08657 | ERS_Job_Summary_By_EMPLID | Relevance; foundation (Daubert) |
| 315 | PRM 08615 | ERS_Job_Summary_By_EMPLID | Relevance; foundation (Daubert) |
| 316 | PRM 08627 | ERS_Job_Summary_By_EMPLID | Relevance; foundation (Daubert) |
| 317 | PRM 08630 | ERS_Job_Summary_By_EMPLID re: | Relevance; foundation (Daubert) |
| 318 | PRM 07108 | last page PDPR manager review for 2002 | Relevance |
| 319 | PRM 08617-18 | ERS_Job_Summary_By_Emplid | Relevance; foundation (Daubert) |
| 320 | PRM 07096 | Manager comment | Relevance |
| 321 | PRM 07112 | Manager comment 2001 PDPR review | Relevance |
| 322 | PRM 07105 | Manager comment from 2000 PDPR review | Relevance |
| 323 | PRM 05728-47 | Exhibit A to Putnam's Answers to Interrogatories | |
| 324 | | A and P incentive compensation plan document (Putnam's Appendix A1 to its Motion for Summary Judgment) | Incomplete document |
| 325 | PRM 01365-95 | Section 5.1 of the Profit Growth Incentive Plan | Duplicative |
| 326 | | Putnam's A and P Plan (Putnam Appendix on Summary Judgment A1). | Incomplete document |

23

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 327 | PRM 09834-36 | Compensation/Performance Review Process, 1999-2000 | |
| 328 | PRM 02990-91 | E-mail, 01 30 03, Miller to Browchuk | |
| 329 | PRM 02892 | E-mail, 01 30 03, Liebovitch to Tibbets and Browchuk | Relevance; foundation |
| 330 | PRM 03312-28 | 2002 Associates and Principals Incentive Compensation Plan, 02 03 03 | |
| 331 | | Putnam Summary Judgment, A.5 Putnam Summary Judgment, A.5 | |
| 332 | | Global Growth Fund Prospectus filed with the SEC, dated 02 28 02 | Relevance; foundation |
| 333 | PRM 08629 | ERS_Job_Summary_By_Emplid, PRM 8629 | Relevance; foundation (Daubert) |
| 334 | | SEC form N-1A, 02 27, 2003, Global Equity Fund Prospectus | Relevance; foundation |
| 335 | PRM 08589 | ERS_Job_Summary_By_Emplid | Relevance; Foundation (Daubert) |

24

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 336 | PRM 05743 | "Plan Year 2002 Equity Plans" | |
| 337 | PRM 08586 | ERS_Job_Summary_By_Emplid, | Relevance; Foundation (Daubert) |
| 338 | PRM 05746 | Plan Year 2003 Equity Grants". | |
| 339 | PRM 08599 | ERS_Job_Summary_By_Emplid, | Relevance; Foundation (Daubert) |
| 340 | PRM 08589 | ERS_Job_Summary_By_Emplid | Relevance; Foundation (Daubert) |
| 341 | PRM 02727-29 | Putnam organizational charts, 11 28 01 | Relevance |
| 342 | PRM 08583 | ERS_Job_Summary_By_Emplid | Relevance; Foundation (Daubert) |
| 343 | PRM 08636 | ERS_Job_Summary_By_Emplid | Relevance; Foundation (Daubert) |
| 344 | PRM 09755-56 | E-mail, 12 18 01, Browchuk to Ferguson et al and related e-mail | Foundation |
| 345 | PRM 08610 | ERS_Job_Summary_By_Emplid | Relevance; Foundation (Daubert) |
| 346 | PRM 08591 | ERS_Job_Summary_By_Emplid | Relevance; Foundation (Daubert) |
| 347 | | SEC Form N-1A fund prospectus International New Opportunities Fund, January 28, 2008 E | Relevance; foundation |
| 348 | | Putnam prospectus for International Growth Fund, filed with the SEC, dated October 30, 1999 E | Relevance |
| 349 | | Putnam prospectus for International Growth Fund, filed with the SEC, dated October 26, 2000 E | Relevance |

25

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 350 | | Putnam prospectus for International Growth Fund, filed with the SEC, dated October 20, 2001 E | Relevance |
| 351 | PRM 008586 | ERS_Job_Summary_By_Emplid | Relevance; Foundation (Dauber) |
| 352 | | Putnam Prospectus for the Global Growth Fund, dated February 28, 2001 E | |
| 353 | | Putnam Prospectus for the Global Equity Fund, dated June 30, 2001 E | |
| 354 | | Putnam Utilities Growth and Income Fund, dated February 28, 2003 E | Relevance |
| 355 | | Putnam Health Sciences Trust, dated December 30, 2002, and supplement to the Putnam Global Natural Resources Trust, dated February 14, 2003 E | Relevance |
| 356 | PRM 00783-85 | E-mail, 09 11 03, McNamee-Hadley-Brooks E | Relevance; foundation |
| 357 | PRM 03567-74 | "1999 Associates and Principals Incentive Compensation Plan Recommendation Sheet" | Relevance; foundation |
| 358 | PRM 12669 | Memorandum, 05 09 01, Ferguson to the IMD | Relevance |

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 359 | PRM 01895 | E-mail, 04 24 03, Kamshad to Holder-Watts, dated April 24, 2003 | Relevance |
| 360 | PRM 01518 | "Investment Division Officer Nominations | |
| 361 | PRM 14512 | Memorandum, 05 29 03, to the Investment Division from Haldeman and Oristaglio announcing Officer title promotions | |
| 362 | PRM 01896 | E-mail, 04 25, 2003, Pullano to the IMD | Relevance |
| 363 | PRM 14438-14440 | September 4, 2003 Memorandum to Lasser re Titles and Governance, 09 04 03 | Relevance; foundation |
| 364 | PRM 07457-58 | "Chris O'Malley Mid-Year Review/Business Plan", 07 25 02 | |
| 365 | PRM 07463-70 | "Performance and Development Planning and Review Form" for Chris O'Malley, year end review, 01 28 03 | |
| 366 | PRM 00894 | E-mail, 02 07 03, Hutcheson to the GER Associate Directors of Research | Relevance |
| 367 | PRM 00349-52 | E-mail, 08 28 03, Svensson to McNamee re: Feedback New Draft with attached memo re: O'Malley | |
| 368 | LS 0676-98 | Svensson's Notes | Hearsay; self-serving |
| 369 | LS 0033 | Svensson diary entry | Hearsay; self-serving |
| 370 | LS 0034 | Svensson diary entry | hearsay; self-serving |
| 371 | LS 0036 | Svensson diary entry | hearsay; self-serving |
| 372 | LS 0037 | Svensson diary entry | hearsay; self-serving |
| 373 | LS 0038 | Svensson diary entry | hearsay; self-serving |

27

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 374 | LS 0042-43 | Svensson diary entry | hearsay; self-serving |
| 375 | LS 0049 | Svensson diary entry | hearsay; self-serving |
| 376 | LS 0050 | Svensson diary entry | hearsay; self-serving |
| 377 | LS 0051 | Svensson diary entry | hearsay; self-serving |
| 378 | LS 0057-58 | Svensson diary entry | hearsay; self-serving |
| 379 | LS 0058-9 | Svensson diary entry | hearsay; self-serving |
| 380 | LS 0060-1 | Svensson diary entry | hearsay; self-serving |
| 381 | LS 0063-4 | Svensson diary entry | hearsay; self-serving |
| 382 | LS 0063-6 | Svensson diary entry | hearsay; self-serving |
| 383 | | Svensson Resume, Exhibit 1 to Svensson Second Affidavit E | hearsay; self-serving |
| 384 | PRM 12593-94 | E-mail, 08 09 01, Browchuk to Kamshad | Relevance; foundation |
| 385 | PRM 01922-1923 | MD Nomination Matrix, dated Q2, 2001 | Relevance; foundation |
| 386 | PRM 14236-37 | E-mail, 02 24 03, Landes to Haldeman-Oristaglio | Duplicative |
| 387 | PRM 14245 | E-mail, 01 31 03, Oristaglio-Warren | Relevance; foundation |
| 388 | | SEC Filing NSAR B Putnam Global Equity Fund filed as of 12 29 04 E+C400 | Relevance; foundation |
| 389 | | SEC Fund Prospectus (form 485) for the Putnam Global Equity Fund as of 03 01 04 | Relevance; foundation |
| 390 | | SEC Form 497 Prospectus Supplement dated 07 16 01 for the Global Growth Fund | Relevance; foundation |

28

| Exhibit # | Bates # | Description | Objection(s) |
|---|---|---|---|
| 391 | | SEC Form 497 Prospectus Supplement dated 02 14 03 for the Global Natural Resources Fund | Relevance; foundation |
| 392 | | Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 1998 | Relevance |
| 393 | | Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 1999 | Relevance |
| 394 | | Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 2000 | Relevance |
| 395 | | Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 2001 | Relevance |
| 396 | | Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 2002 | Relevance |
| 397 | | Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 2003 | Relevance |
| 398 | | Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 2004 | Relevance |

29