Plaintiff Lisa Svensson submits the plaintiff's sections of the Joint Pretrial Memorandum.

A.    Names and addresses of counsel

        Plaintiff's counsel:

                        Kevin F. Moloney    BBO No. 351000
                        Roger T. Manwaring BBO No. 548614
                        Barron & Stadfeld, P.C.
                        100 Cambridge Street, Suite 1310
                        Boston, Massachusetts  02114
                        Tel.: 617.723.9800/531.6569

                        and

                        John K. Weir, Admitted PHV
                        John K. Weir Law Offices, LLC
                        300 Park Avenue, Suite 1700
                        New York, New York, 10022
                        Tel.: 212.572.6374


B. Whether case is to be tried by judge or to a jury

        This case will be tried to a jury.

(C)(1)  A concise summary of the evidence that will be
        offered by:

        Plaintiff on liability::

                Plaintiff Svensson's evidence, as summarized

                more particularly in her affidavits

                previously submitted to this court, her

                responses on summary judgment to the Putnam

                and Lasser statements of fact and in her

                supplemental filing on summary judgment,

will show that during her employment by
Putnam particularly in the period since 1999
through to her termination on September 15,
2003, suffered damages as the result of
Putnam's gender discrimination in the
adverse employment actions taken against her
in regard to failure to promote,
compensation, demotion and termination.

Plaintiff on damages.

Plaintiff will show that as the result of the
wrongful conduct of Putnam, she has suffered
economic loss damages  of not less than
$34,000,000 and that punitive damages should be
awarded.  Plaintiff also seeks an award of costs
expenses and attorneys' fees.

2.    Facts established by pleading or admission of counsel

Under discussion with opposing counsel.

3.    Contested issues of fact

Plaintiff: Whether Svensson suffered damages as
the result of gender discrimination by Putnam and
whether gender discrimination was a substantial
and/or motivating factor in Putnam's employment
actions in regard to Svensson and failure to
promote, demotion, compensation and termination.

4. <u>Jurisdiction</u>

   **T**his Court has jurisdiction pursuant to 28 U.S.C.

§§ 1331, 1367.

5.   <u>Questions raised by pending motions</u>:

        <u>Plaintiff</u>: Putnam's four motions <u>in limine</u> and

        Svensson's opposition thereto and Svensson's

        motion <u>in limine</u> re: Fed. R. Evid. 1006 and her

        motion to impound

6.   <u>Issues of law, including evidentiary questions</u>

        <u>Plaintiff</u>: Putnam's four motions in <u>limine</u> and

        Svensson's opposition thereto and Svensson's

        motion <u>in limine</u> re: Fed. R. Evid. 1006 and her

        motion to impound

7.   <u>Requested amendments to the pleadings</u>

        <u>Plaintiff</u>: None.

8. <u>Additional matters to aid in disposition of this case</u>

        <u>Plaintiff</u>: (1) Allowance to Svensson to use as

        Exhibits in evidence exhibits 1-26 to her motion

        re: Fed. R. Evid. 1006, which will simplify,

        shorten and make more clear to the jury the facts

        of this case; (2) Encouragement of stipulations as

        to evidence and facts; and, (3) Encouragement of

        settlement.

9.   <u>Probable length of trial</u>.

Plaintiff: Two weeks or more depending on

stipulations and ruling of the court.

10. Witnesses

Plaintiff: See plaintiff's amended disclosures,

Exhibit A, hereto, pp. 1-28.

11. Proposed exhibits

Plaintiff: See plaintiff's amended disclosures,

Exhibit A, hereto, pp. 28-30.

12. Objections to the evidence

Plaintiff: (1) Plaintiff's objections to

defendant's proposed exhibits are set out in

Exhibit B, hereto..

13. Further objections

Svensson objects to the inclusion of Denise Selden and

___ Lenhardt as potential witnesses for Putnam as neither

was identified as a person with or who may have knowledge

in plaintiff's answers to interrogatories, nor were

defendants otherwise put on notice of any relevant or

discoverable information that he or she might have.

Svensson intends to object to Professor Bloom (to be

offered as a Putnam expert) for lack of appropriate data

and lacking in competency to opine as to economic damages.

14 Supplementation of this memorandum.

Svensson reserves the right to supplement or modify the foregoing.

LISA SVENSSON, plaintiff,

By her attorneys,

/s/ Kevin F. Moloney_____
Kevin F. Moloney    BBO No. 351000
Roger T. Manwaring BBO No. 548614
100 Cambridge Street, Suite 1310
Boston, Massachusetts  02114
Tel.: 617.723.9800/531.6569

and

/s/ John K. Weir_____
John K. Weir, Admitted PHV
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, New York, 10022
Tel.: 212.572.6374

Dated: April 30, 2008

**Exhibit A**

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| * * * * * * * * * * * * * * | Civil Action No. 04-12711-PBS |
| * | |
| LISA SVENSSON | * |
| | * BBO No. 351000 |
| Plaintiff, | * |
| | * Plaintiff Svensson's |
| v. | * Amended Pretrial Disclosures |
| | * Required by Fed. R. Civ. P. |
| | * 26(a)(3), L.R. 16.5 and |
| PUTNAM INVESTMENTS, LLC, | * the April 9, 2008, Order |
| et al., | * |
| | * |
| Defendants. | * |
| | * |
| * * * * * * * * * * * * * * | |

As required by Fed. R. Civ. P. 26(a)(3), Local Rule 16.5(c) and the April 9, 2008, order, plaintiff Lisa Svensson ("Svensson") makes the following pretrial disclosures as to exhibits and witnesses:

A.  Plaintiff Svensson's Exhibits.

Svensson may introduce one or more of the following as exhibits[1] at trial:

1.  E-mail, 08 19 03, Brooks re: GER compensation (B 65) M

2.  Attachment to Brooks Exh. 1 (B 66) M

3.  E-mail, 09 11-12 03(B 56) M

4.  Continuation of Brooks Exhibit No. 3 M

5.  E-mail, 09 03 03, Brooks e-mail to LS (PRM 356) E

6.  Memorandum, 09 15 03, Brooks to LS (PRM 355) E

---

[1] "M" means may introduce; "E" means expects to introduce.

7.    memorandum, 09 15 03, Brooks to LS (PRM 354) E

8.    E-mail, 11 21 02, Oristaglio to LS and Haldeman: (PRM 1756) E

9.    E-mail, 01 10 03, Landes to various re: "Best GER Stock Pickers 2002 and Three year Trailing" (PRM 9540) E

10.   E-mail, 01 17 03, Landes to Oristaglio, Haldeman, Tibbetts, McNamee, Scordato (PRM 1563-64) E

11.   E-mail, 02 24 03, Landes to Oristaglio and Haldeman (PRM 900) E

12.   E-mail, 02 24 03, Tibbetts replying to Landes 02 24 03 e-mail (PRM 903) M

13.   E-mail. 03 34 03, Landes to Tibbetts, Oristaglio, Haldeman (PRM 901) M

14.   E-mail, 02 24 03, Tibbetts reply to Landes (PRM 899, 897) M

15.   Memorandum, undated, unsigned, to Haldeman re: decision-making on MBA bonuses (PRM 891-93) M

16.   Enclosures to Rodriques letter, 05 15 06, M and

      a)   1999 total compensation (PRM 1936-39) M

      b)   2001 compensation (PRM 1940-63) M

      c)   2002 top 100 w/o (PRM 1964-69) M

      d)   correspondence, including e-mail among Schultz Lasser et al (PRM 1972) (PRM 1970-74) M

      e)   correspondence, including from Lasser (PRM 1974-85) M

17.   Letter, 02 07 95, to LS (LS 0793) E

18.   Note, 05 05 95, Lasser to LS (LS 818-37) M

19.   Letter, 03 31 98, Lasser to LS, 03 31 98 (LS 1533-43) M

20.   Letter, 03 31 99, Lasser to LS (LS 1547-56) M

21.   Letter, 03 31 00, Lasser to LS, 03 31 00 (LS 1561-70)
      M

22.   Letter, 03 31 03, Lasser to LS (LS 1575-84) M

23.   Letter, 03 31 02, Lasser to LS (LS 1590-99)M

24.   Employee Handbook (PRM 396-508) E

25.   HR Update, 08 15 03 (PRM 1003) E

26.   E-mail, 08 11 03, Hutcherson to McNamee (PRM 341-46) E

27.   Notes by Peers July 2003 (PRM 367) M

28.   E-mail, 08 18 03, LS to McNamee (PRM 339) E

29.   E-mail, 08 27 03, from LS to Linda Grace to Brooks via
      McNamee (B 19) E

30.   E-mail, 08 26 03, LS to Grace re: (PRM 337) E

31.   E-mail, 08 26 03, LS to Brooks (PRM 338) E

32.   E-mail, 08 26 27 03, LS to Grace (PRM 353) E

33.   E-mail, 09 03 03, Brooks to LS, 09 03 03 (PRM 356) E

34.   Notes, second week of August 03, by McNamee (PRM
      335-36) E

35.   E-mail Hadley and McNamee, 09 04 - 09 03 (B 52-5) M

36.   E-mail Brooks and McNamee, 09 15 03 (B 27) E

37.   Memorandum, 09 15 03, Brooks to LS (PRM 355) E

38.   Memorandum, 09 15 03, Brooks to LS (PRM 354) E

39.   Diary Notes by Peers (PRM 358-66) M

40.   E-mail, 03 26 03, Grace to LS (PRM 1) E

41.   Putnam EEO statement (PRM 373-95) E

42.  Review, 12 31 97, by O'Donnell of LS (PRM 297-304) M

43.  Review, 06 11 98, by Swift of LS (PRM 305-20) E

44.  Review (PDPR[2]), 12 99, by Swift of LS (PRM 324-33) E

45.  Self Assessment, 01 11 00, by LS (PRM 285-87) M

46.  Review, 1998, by Swift LS for 1998 (PRM 267-74) E

47.  Memorandum, 12 24 00, Swift to Jack Morgan (PRM 49-62) E

48.  Review (PDPR), 12 00, Swift of LS December (PRM 288-96) E

49.  Copy of No. 48, above (PRM 15-23) M

50.  Copy of No. 48, above but with additional backup (PRM 24-38) M

51.  Review (PDPR), 12 2001, Swift LS (PRM 258-66) E

52.  Copy of No. 29 (PRM 40-48) M

53.  Review (360), 11 01 01, of LS (PRM 63-92) M

54.  Review (PDPR), 01 03, review of LS (PRM 279-84) E

55.  Review (360), 11 01 02, of LS(PRM 228-57) M

56.  Back up to No. 53, above (PRM 93-120) M

57.  Review (mid-year), 06 02, of LS by Gorman (PRM 278-86) E

58.  LS Diary Note, 05 29 98 (LS 36).E

59.  LS Diary Note, 04 23 98 (LS 32) E

60.  LS Diary Note, 02 01 99 (LS 39) E

---

[2] PDPR is used herein to refer to documents that in the Rule 30(b)(6) deposition of Putnam, Tibbetts referred to as the "generic" performance review forms.

61.  LS Diary Note, 06 03 99 (LS 43-4) E

62.  LS Diary Note, 09 21 00 (LS 50) E

63.  LS Diary Note, 09 18 00 (LS 51) E

64.  Memorandum, 12 24 99, by Swift to _____(PRM 1333-46) E

65.  Notes (typed). 02 17 00, by _____  (PRM 1789-91) M

66.  E-mail, 02 28 01, Swift to Scordato (PRM 1757) E

67.  E-mail, 03 14 01, LS to Oristaglio (PRM 1489) M

68.  E-mail, 04 12 01, Kelly Morgan to LS (PRM 1490) M

69.  E-mail, 05 03 01, Kelly Morgan to LS (PRM 1491) M

70.  E-mail, 03 27 02, Gorman to LS (PRM 1558) E

71.  E-mail, 05 08 02, Landes to IMD (PRM 1492-93) E

72.  E-mail, 09 06 02, Ferguson to LS w/ copy to Landes (PRM 1495) E

73.  E-mail, 07 17 02, Kelly Morgan to Landes (PRM 1675) M

74.  LS Diary Note, 07 24 02 (LS 57-58) E

75.  E-mail, 09 09 02, Kelly Morgan to LS (PRM 1496) M

76.  E-mail, 12 02 02, Landes to GER (PRM 1502-03) E

77.  E-mail, 01 17 02, Landes to Oristaglio, Haldeman, Tibbetts, Scordato (PRM 1563-64) E

78.  E-mail, 01 27 03,  Gorman to McNamee (PRM 990-91) E

79.  E-mail,  03 11 03, Kelly Morgan to LS  (PRM 1507) M

80.  E-mail, 03 11 03, LS to Kelly Morgan (PRM 1508) M

81.  E-mail, 03 11 03, Kelly Morgan to LS (PRM 1509). M

82.  E-mail, 04 14 03, Kelly Morgan to Brooks (PRM 1483-86) M

83.   E-mail, 04 22 03 Kelly Morgan to LS (PRM 01512) M

84.   E-mail, 04 29 03, Kelly Morgan to LS and Peers (PRM 1513) M

85.   Peers Diary Notes (PRM 358-367) M

86.   Review (360), 11 01 02, of LS (LS 1722-51) M

87.   Organization Charts (2753-75) E

88.   Organization Charts (2718-52) E

89.   Review (PDPR), 12 99, of LS by Swift (PRM 324-33) E

90.   Review (PDPR), 12 00, of LS by Swift (PRM 288-96)) plus backup 2602-79) E

91.   Review (PDPR), 12 01, of LS by Swift (PRM 258-66) E

92.   Review (PDPR), 12 02, of LS by Gorman (PRM 279-84) plus backup (2418-2537) E

93.   Memorandum, 12 24 99, Swift to Jack (PRM 1333-46) E

94.   Notes, 02 17 00, of _____ (PRM 1789-91) M

95.   Officer Nomination spreadsheet (PRM 1793-94) E

96.   Schedule (PRM 1795) E

97.   E-mail, 03 14 01, LS to Oristaglio (PRM 1489) E

98.   Continuation sheet (PRM 1922) E

99.   E-mail, 07 09 01, LS to Oristaglio (LS 0525) E

100.  E-mail, 07 09 01, LS to Scordato (PRM 658) E

101.  E-mail, 09 21 01, LS to Oristaglio (LS 526) E

102.  HR Update, 03 01 02 (PRM 1608-17) E

103.  HR Update, 03 08 02 (PRM 1618-27) E

104.  E-mail, 03 12 02, LS to Oristaglio (LS 524) E

105. E-mail, 03 12 02, Oristaglio to LS (PRM 661) E

106. E-mail, 03 27 02, Gorman to LS (PRM 1558-61) E

107. E-mail, 11 21 02, Oristaglio to LS (PRM 1756) E

108. Landes e-mail, 01 17 03, to Oristaglio, Haldeman, Tibbetts, McNamee, Scordato (PRM 1563-64) E

109. 360 review, 11 01 02, of LS (PRM 93-120) M

110. Benchmark, "12/31/2001 to 09/30/2003," of LS (PRM 2712-14) M

111. A & P Plan 1999 recommended compensation (PRM 3621-30) E

112. 2000 Incentive Summary sorted (PRM 3925-36) E

113. Notes, _____, of _____ (PRM 3559-60) E

114. Tibbetts Affidavit in SEC v. Scott, et al., Exh. B M

115. Group, Rating, Alphabetical Sorts for 2001 performance scores (PRM 3360-71) E

116. A & P Plan 2001 recommended compensation (PRM 3360-710) E

117. 2002 Proposed A and P Proposed Incentives (PRM 4019-4027) E

118. 2002 A & P Plan Recommendations (PRM 3312-28) E

120. E-mail, 10 27 03, Lasser to Stoev (No Bates No.) E

121. E-mail, 09 19 03, Brooks to Stoev) E (No Bates No.)

122. Separation Agreement, 11 05 04, and signed by Stoev, 11 22 04 (No Bates No.) E

123. E-mail, 09 17 04, Stoev and Morgan re: options outlined yesterday. (No Bates No.) M

124. Letter, 06 09 94, O'Donnell to LS (LS-405-08) E

125. LS Diary Note, 04 23 98 (LS 32-297) M

126. E-mail, 09 03 03, Brooks to LS (No Bates No.) E

127. E-mail, 80 08 03, LS to McNamee (PRM 347-48) E

128. Review (PDPR) by Swift of LS by Swift for 2000 (PRM 15-23) E

129. Review (360), 11 02 01, of LS (PRM 63-92) M

130. Review (PDPR), _____ 01, of LS by Swift (PRM 752-60) E

131. E-mail, 03 12 02, LS to Oristaglio (No Bates No.) E

132. Business Plan, 03 14 02, LS to Landes (LS 516-18) E

133. Review (PDPR), ____ 02 of LS by Gorman (LS 1776-81) E

134. Review (360), 11 01 02, of LS (LS 1722-51) M

135. Letter (e-mailed), 05 13 04, LS to Andy Offit (LS 911-12) M

136. Letter, 09 15 03, McNamee to 09 15 03(LS 455-76) E

137. LS Diary Notes (hand written) starting 09 12 03 (LS 298-392) M

138. Organization Charts 11 28 01 (2718-52) M

139. Organization Charts (2753-75)) M

140. Manager Handbook (Putnam) (PRM 509-653) E

141. Employee Handbook (Putnam) (PRM 396-445) E

142. Memorandum, 12 24 99, Swift to Jack Morgan ( (PRM 1333-1346) E

143. Performance Profiles, 1999 (2308-18) E

144. Compensation Recommendations A & P plan 1999, 02 10 00 (2380-93) E

145. Memorandum, 02 18 00, Tibbetts to File (No Bates No.) E

146. Spreadsheet (PRM 1795) E

147. Memorandum, 03 15 00, from Schultz to HR (PRM 1641) M

148. Memorandum, 04 06 00, re: Approved Officer List) (PRM 1644-50) M

149. E-mail, 06 27 01, LS to Tibbetts (PRM 1692)

150. E-mail, 07 09 01, Holder-Watts to Scordato (PRM 1529) E

151. E-mail, 07 13 01, LS to Tibbetts (PRM 1695) E

152. E-mail, 08 08 01, Malloy to HR (PRM 1522) E

153. E-mail, 08 15 01, Lenhardt to HR (PRM 1891-93) E

154. E-mail, 08 19 01, Tibbetts to Tibbetts (PRM 1520-21) E

155. E-mail, 01 27 03, Gorman to McNamee (PRM 990-91) E

156. E-mail, 01 31 03, Miller to Browchuk (PRM 1085) M

157. E-mail, 01 14 03, Gorman to Tibbetts (PRM 920) M

158. E-mail, 04 25 03, Scott to HR, Warren and Kamshad (PRM 1701) M

159. E-mail, 04 28 03, Kamshad to Holder-Watts (PRM 1532-33) M

160. E-mail, 05 07 03, Brooks to Morgan and LS (PRM 1485-86) M

161. E-mail, 08 18 03, McNamee to Brooks (PRM 334) E

162. HR Update, 08 15 03 (PRM 1798-1911) E

163. HR Update, 08 22 03 (PRM 1813-21) E

164. HR Update, 08 29 03(PRM 1822-32) E

165. HR Update, 09 05 03 (PRM 1833-44) E

166. HR Update, 09 12 03, PRM 1845-56) M

167. HR Update, 09 19 03 (PRM 1857-69) E

168. HR Update, 09 26 03 (PRM 1870-82) M

169. E-mail, 08 27 03, Vandersanden to McNamee (PRM 964-71) E

170. E-mail, 090 03 03, Brooks to LS (PRM 356) E

171. E-mail, 09 04 03, Brooks to McNamee and Tibbetts (PRM 816-17) E

172. Letter, 09 15 03, Brooks to LS (PRM 355) E

173. Memorandum, 09 15 03, Brooks to LS (PRM 354) E

174. Letter, 03 05 04, LS to Schultz (PRM 11) M

175. Letter, 05 10 04, Schultz to LS (PRM 00??) M

176. Exhibit to Goodfellow Affidavit: Partners Incentive Compensation Plan as amended June 1995 (No Bates No.) E

177. Total Compensation 2001 - Sorted High to Low - (PRM 3196-3226) E

178. Compensation projections (A&P plan) 11 02 (PRM 3372-79) E

179. Performance Profiles IMD 1999(11 pages No Bates Nos.) E

180. Partners by year 1999-2003 (2 pp.) (No Bates Nos.)E

181. Performance Ratings 1999-2004 re: 91 (3 pp.) (No Bates Nos.) E

182. Form (PDPR) for review of Investment Associate 01 03 – 06 03 (PRM 846-53) M

183. List of guarantees to the 91 in LS Fourth Affidavit – 1999-2004 (No Bates Nos.) E

184. Incentive Compensation for the 91 in LS Fourth
Affidavit – 1999-2004in LS fourth affidavit (PRM –
3372-79) E

185. Performance Profiles 1999 for the 91 in LS fourth
affidavit (PRM 35448-58) E

186. Incentive Comp A & P plan-revised 2001 (with hand
written notes) (PRM 3791-99) E

187. Incentive Comp A & P plan 2002 (PRM 3312-28) E

188. Putnam profit Growth Incentive Plan (1996) (PRM 1365-
95) M

189. Comparators (male) by Employment Action (disparate
treatment) as per LS Affidavit (No Bates No.) M

190. Conducting Effective Separations, A Notifier's
Training Guide (PRM 1204-22) M

191. E-mail, 04 26 02, Holder-Watts to Tibbetts (PRM 5728)
E

192. Spreadsheets, prepared by Schultz (PRM 13511 -19 and
Exh 1A (No Bates No,)  M

193. E-mail, 09 05 00, Malloy to Browchuk re: and copy of
Succession Planning File (PRM 12360) E

194. E-mail, 03 02 01, Esteves to Tibbetts re: 5th group
(PRM 9814) M

195. E-mail, 03 02 01, Tibbetts re: 5th group (PRM 13219) M

196. Memorandum, 07 27 00, Koontz to various (PRM 12394) M

197. Excel spreadsheet MDs-SVPs Succession Planning (PRM
12397-400) (PRM     ) E

198. Email, 03 16 01, correspondence Browchuk and Swift
(PRM 13355-57) M

199. E-mail, 09 16 02, K. Morgan to Brooks (PRM 13958) E

200. E-mail, 03 16 01, Miller to Browchuk (PRM 10136) M

12

201. E-mail, 09 21 01, Holder-Watts (PRM 10103-07) E

202. E-mail, 08 31 01, Browchuk to Lenhardt (PRM 12551-55) E

203. E-mail, 09 07 01, Swift to Lenhardt re and enclosing MD Evaluation Matrix (PRM 12556-58) E

204. E-mail, 10 12 01, Browchuk to Oristaglio (PRM 9760) E

205. E-mail, 12 19 02, Browchuk to Ferguson and (PRM 9756) E

206. 1999 Succession Planning Document (PRM 14825-39) E

207. 2001 Succession Planning document for IMD International Growth (PRM 14784-96) E

208. E-mail, 11 15 99, Collman to Lasser (PRM 9514-16) E

209. Removed from List Prior to In the Round Discussion (Dexter, LS and England (PRM 14867) E

210. E-mail, 07 27 00, Koontz to Browchuk and HR re (PRM 12374-91) E

211. E-mail, 03 16 01, Cotner to Browchcuck and e-mail response (PRM 13352-54) E

212. E-mail, 05 04 01 Holder-Watts to Scott and Scott's 05 02 01 e-mail to her (PRM 12609) M

213. E-mail, 06 22 02, Miller to Ferguson (PRM 9782-83) E

214. E-mail, 08 15 01, Lenhardt to HR (PRM 12572-77) E

215. E-mail, 12 14 01, Browchuk to Ferguson re: IMD Reorg (PRM 9757) E

216. E-mail, 01 02 02, correspondence Ferguson and Oristaglio (PRM 9681-84) M

217. E-mail, 03 25 02, Selden to Oristaglio (PRM 14147-48) M

218. E-mail, 04 03 02, Ferguson to Hoffman (PRM 9568) M

13

219. E-mail, 04 12 02, Joseph to Lasser (PRM 9534) M

220. E-mail, 04 15 02, Oristaglio to Costas (PRM 10539-48) M

221. E-mail, 04 26 02, Tibbetts to partners re: and enclosing a copy of copy of Tibbetts Memorandum, 04 25 02) (PRM 9530-32) E

222. E-mail, 04 30 02, Gorman to Morgan.(PRM 9176-77) E

223. E-mail, 08 05 02, Browchuk to Oristaglio and others (PRM 9541-42) E

224. E-mail, 08 14 02, Kuenstner to Ferguson (PRM 9548-49) M

225. E-mail, 11 13 02, Schultz to Lasser (PRM 9524-26) M

226. E-mail, 01 31 03, Tibbetts to Warren and related e-mails (PRM 14223-25) M

227. E-mails, 05 22 03, 05 22 03, Scott to Miller (PRM 10456) M

228. Terminations, 2002 and 2003 (PRM 14855-56) E

229. Interim Review, _____, of Allansmith by _____ (PRM 8068-69) E

230. ERS_JOB_SUMMARY _BY _emplid PRM 8654 E

231. HR Update, 01 03 03, re: Future Managers Development Program(PRM 8875-76) E

232. Women's Leadership Forum documents (PRM 5995-6003) E

233. E-mail, 08 12 05, McCaffrey to Meehan E (PRM 6011)

234. E-mail, 03 21 06, Del Pozzo to Meehan (PRM 5921-33) E

235. E-mail, 06 28 06, Clermont to Meehan  (PRM 5912) E

236. E-mail, 09 06 05, to Segers and others (PRM 6004-07) E

237. E-mail, 12 07 05, Frechette to (PRM 5960-71) E

238. Notes (hand written) 07 11 06, by _____ (PRM 5750) M

239. E-mail, 12 13 06, McCafferty to Mockard (PRM 5751-52) E

239. Siegel Report and all Siegel deposition exhibits (all E):

      2    1996 Form 1040

      3    1997 Form 1040

      4    1998 Form 1040

      5    1999 Form 1040

      6    2000 Form 1040

      7    2003 W-2 and schedule

      8    2001 Form 1040

      9    2002 Form 1040

      10   2003 Form 1040

      11   2004 Form 1040

      12   2005 Form 1040

      13   2006 Form 1040

      14   2002 Schedule

      15   2001 W-2 and schedule

      16   2000 W-2 and schedule

      17   1999 W-2

      18   1998 W-2 and schedule

      19   1997 W-2 and schedule

240. Bloom Deposition Exhibit 2H, including Exhibits 2A-2G (PRM 14922-29) E

15

241. Paul White report and all White deposition exhibits (all E)

242. Supplement to White Report

243. LS tax returns (unredacted) 1996 E

244. LS tax returns (unredacted) 1997 E

245. LS tax returns (unredacted) 1998 E

246. LS tax returns (unredacted) 1999 E

247. LS tax returns (unredacted) 2000 E

248. LS tax returns (unredacted) 2001 E

249. LS tax returns (unredacted) 2002 E

250. LS tax returns (unredacted) 2003 E

251. LS tax returns (unredacted) 2004 E

252. LS tax returns (unredacted) 2005 E

253. LS tax returns (unredacted) 2006 E

254. LS tax returns (unredacted) 2007 E

255. E-mail, 11 26 02, Gorman to LS ( (LS 806) E

256. E-mail, 11 19 02, Gorman to LS (LS 808) M

257. E-mail, 12 05-06 02, between Grace and Gorman E (LS 809)

258. Putnam business card for LS (No LS Bates No.) E

259. E-mail, 08 29 02, Gorman to LS (LS 807) E

260. E-mail, 01 11 03, Gorman to LS (LS 811) E

261. Spreadsheet re: LS performance - 12 31 02 - 08 29 03 (LS 501) E

262. ERS_JOB_SUMMARY_BY_EMPLID for the 91 persons (males and females) identified in LS's fourth affidavit (PRM 8572-663)  E

263. ERS_JOB_SUMMARY_BY_EMPLID documents (all E) for the following persons:

> Cronin, Kevin
> Jacobs, Jerome
> Kaufman, Jeffrey
> Kohli, William
> Maloney, Kevin
> Meehan, Thalia
> O'Toole, Brian
> Peacher, Stephen
> Pearson, Walton
> Waldman, David
> Wyke, Richard
> Pearson, Walton E

264. Prospectus Supplement (SEC form 497), dated 02 14 03, showing LS on the Global Natural Resources fund: http://www.sec.gov/Archives/edgar/data/317031/00009288 1603000111/0000928816-03-000111.txt  E

265. Job search log Excel Spreadsheet (updated) E

266. Job search letters/e-mails E

267. "The Profilor Developmental Feedback" (LS 1410-86) E

268. The Profilor Developmental Feedback for Managers Development Guide (LS 1493-530) E

269. HR Update, 01 17 03 (PRM 8876) E

270. E-mail, 03 07 03, LS to Peers  (LS 650) E

271. E-mail, 03 11 03, LS to Peers  (LS 651) E

272. E-mail, 03 14 03, Oristaglio to Litant and Whiston (PRM 14189-91) M

273. Memorandum, 03 20 03, Haldeman and Oristaglio to Putnam Officers  (PRM 13840-42) M

274. Notes, by Hutcherson, re: investigation of LS in the
     period since 06 01 03 M

275. Compensation data (All E)of the kind furnished to
     Bloom for the following persons:

               Cronin, Kevin
               Jacobs, Jerome
               Kaufman, Jeffrey
               Kohli, William
               Maloney, Kevin
               Meehan, Thalia
               O'Toole, Brian
               Peacher, Stephen
               Pearson, Walton
               Waldman, David
               Wyke, Richard
               Pearson, Walton E

276. Putnam Officer Directories: 08 97, 05 98, 12 99, 07
     00, 07 01, 07 02, 07 03   E

277. Reviews (PDPRs) for the 91 persons (males and females)
     identified in LS's fourth affidavit: (PRM 6057-8565) E

278. Reviews (PDPRs) (All E but subject to possible
     stipulation) for the following persons:

               Cronin, Kevin
               Jacobs, Jerome
               Kaufman, Jeffrey
               Kohli, William
               Maloney, Kevin
               Meehan, Thalia
               O'Toole, Brian
               Peacher, Stephen
               Pearson, Walton
               Waldman, David
               Wyke, Richard
               Pearson, Walton M (subject to stipulation)

279. Resumes for the 91 persons (males and females)
     identified in LS's fourth affidavit by Putnam E

280. Resumes (all E) for the following persons:

          Cronin, Kevin

18

```
             Jacobs, Jerome
             Kaufman, Jeffrey
             Kohli, William
             Maloney, Kevin
             Meehan, Thalia
             O'Toole, Brian
             Peacher, Stephen
             Pearson, Walton
             Waldman, David
             Wyke, Richard
             Pearson, Walton E
```

281. Morningstar Fund Report, published December 15, 2001,
     for the Putnam Global Growth Fund E

282. Morningstar Fund Report, published December 15, 2001,
     for Putnam Growth Opportunities Fund E

283. Morningstar Fund Report, published December 15, 2001,
     for Putnam International New Opportunities Fund E

284. Morningstar Fund Report, published December 15, 2001,
     for Putnam Investors Fund E

285. Morningstar Fund Report, published December 15, 2001,
     for Putnam New Opportunities Fund E

286. Morningstar Fund Report, published December 15, 2001,
     for Putnam New Value Fund E

287. Morningstar Fund Report, published December 15, 2001,
     for Putnam OTC and Emerging Growth Fund E

288. Morningstar Fund Report, published December 15, 2001,
     for Putnam Vista Fund E

289. Morningstar Fund Report, published December 15, 2001,
     for Putnam Voyager Fund E

290. Morningstar Fund Report, published December 15, 2001,
     for Putnam Voyager II Fund E

291. SEC Form NSAR-B for the Putnam Global Equity Fund,
     filed as of 12 29 04 E

292. SEC Form N-1A fund prospectus International New
     Opportunities Fund, January 28, 2008, pp. 1, 2, 11 E

293. SEC Forms N-1A for the Putnam International Growth Fund, dated October 30, 1999, pp.1-2 and pp. 6-7, October 26, 2000, p. 1 and p. 8, and October 30, 2001, p. 1 and pp. 7-8 E

294. SEC Forms N-1A, for the Putnam Global Growth Fund, dated February 28, 2001, pp. 7-8, and the Putnam Global Equity Fund, dated June 29, 2001, pp. 8-9, as per the SEC website (www. sec.gov) E

295. E-mail, 01 28 02, Holder-Watts to Browchuk (PRM 1897) E

296. E-mail, 08 19 03, Schultz to Goodfellow (PRM 1659-60) E

297. Putnam Global Growth Fund prospectus, dated February 28, 2002, p. 43 E

298. A and P and Profit Growth Incentive Compensation Plans and Profit sharing and Retirement Plan (PRM 1365-1935) E

299. E-mail, 01 03 02, Oristaglio to Ferguson (PRM 9683) (PRM 9681-84) M

300. "HR Investments Compensation/Performance Review Process" (PRM 9834-36) E

301. Profit Growth Incentive Plan Section 5.1 (PRM 1372) E

302. A & P Plan, Putnam Motion for Summary Judgment Exhibit A1 E

303. E-mail, 01 06 02, Swift to Holder-Watts(PRM 10098) E

304. E-mail, 02 24 03, Tibbetts to Landes (PRM 14237) M

305. Profit Growth Award Plan excerpt ( (PRM 1365) E

306. Memorandum, 04 10 00, Schultz to Operating Committee dated April 10, 2000 (PRM 4031) E

307. E-mail, 08 10 01, Malloy to Browchuk (PRM 12595-97) E

308. Table ("Officer's Nominations") (PRM 3058) E

309. Table, 01 22 02 ("2001E A&P Incentive Compensation Projections – Tier Sort") (PRM 3246-49) E

310. 1999 PERFORMANCE PROFILES initialed and dated "RBT 1/12-1/13/00" by Tibbetts (PRM 3548) E

311. "Investment Division Officer Nominations IDMC Meeting February 17, 2000" (PRM 1792) E

312. Table ("Officer Nominations"), 02 24 00 (PRM 1793-94) E

313. Memorandum, 04 10 00, Schultz to committee (PRM 4031) E

314. ERS_Job_Summary_By_EMPLID (PRM 8654) E

315. ERS_Job_ Summary_ By_EMPLID (PRM 8657) E

316. ERS_Job_Summary_By_EMPLID (PRM 8615) E

317. ERS_Job_Summary_By_EMPLID (PRM 8627) E

318. ERS_Job_Summary_By_EMPLID re: (PRM 8630). E

319. Last page PDPR manager review for 2002, (PRM 7108) E

320. ERS_Job_Summary_By_Emplid (PRM 8617-18) E

321. Manager comment _____ (PRM 7096) E

322. Manager comment 2001 PDPR review (PRM 7112) E

323. Manager comment from 2000 PDPR review (PRM 7105). E

324. Exhibit A to Putnam's Answers to Interrogatories (PRM 5728-47) E

325. Section 5.1 of the Profit Growth Incentive Plan (PRM 1365-95) E

326. Compensation/Performance Review Process, 1999-2000 (PRM 9834-36) E

327. E-mail, 01 30 03, Miller to Browchuk (PRM 2990-91) E

328. E-mail, 01 30 03, Liebovitch to Tibbetts and Browchuk (PRM 2892) E

329. Associates and Principals Incentive Compensation Plan for 2002, 02 03 03 (PRM 3312-28) E

330. Putnam Summary Judgment, A.5  Putnam Summary Judgment, A.5 M

331. Global Growth Fund Prospectus filed with the SEC, dated 02 28 02 E

332. ERS_Job_Summary_By_Emplid, PRM 8629 (PRM 8629 E

333. SEC form N-1A, 02 27, 2003, Global Equity Fund Prospectus E

334. ERS_Job_Summary_By_Emplid, at PRM 8586, PRM 8599 and PRM 8589 E

335. "Plan Year 2002 Equity Plans" (PRM 5743) E

336. ERS_Job_Summary_By_Emplid (PRM 8586) E

337. Plan Year 2003 Equity Grants".(PRM 5746) E

338. ERS_Job_Summary_By_Emplid (PRM 8599) E

339. ERS_Job_Summary_By_Emplid (PRM 8589) E

340. Putnam organizational charts, 11 28 01 (PRM 2727-29) E

341. ERS_Job_Summary_By_Emplid (PRM 8583) E

342. ERS_Job_Summary_By_Emplid (PRM 8636) E

343. E-mail, 12 18 01, Browchuk to Ferguson et al and related e-mail (PRM 9755-56). E

344. ERS_Job_Summary_By_Emplid (PRM 8610) E

345. Putnam Utilities Growth and Income Fund, dated February 28, 2003 E

346. Putnam Health Sciences Trust, dated December 30, 2002, and supplement to the Putnam Global Natural Resources Trust, dated February 14, 2003 E

347. E-mail, 09 11 03, McNamee-Hadley-Brooks (PRM 783-85). E

348. "1999 Associates and Principals Incentive Compensation Plan Recommendation Sheet" (PRM 3567-74) E

349. Memorandum, 05 09 01, Ferguson to the IMD (PRM 12669) E

350. E-mail, 04 24 03, Kamshad to Holder-Watts, dated April 24, 2003(PRM 1895) M

351. "Investment Division Officer Nominations (PRM 1518) E

352. Memorandum, 05 29 03, to the Investment Division from Haldeman and Oristaglio announcing Officer title promotions (PRM 14512) E

353. E-mail, 04 25 03, Pullano to the IMD (PRM 1896) M

354. Memorandum, 09 04 03, to Lasser re Titles and Governance, 09 04 03 (PRM 14438-40) M

355. "Chris O'Malley Mid-Year Review/Business Plan", 07 25 02 (PRM 7457-58) E

356. "Performance and Development Planning and Review Form" for Chris O'Malley, year end review, 01 28 03 (PRM 7463-70) E

357. E-mail, 02 07 03, Hutcherson to the GER Associate Directors of Research (PRM 894) E

358. E-mail, 08 28 03, LS to McNamee re: Feedback New Draft with attached memo re: O'Malley (PRM 349-52)  E

359. LS Diary Note, _____, (LS 676-98) M

360. LS Diary Note, 04 23 98, (LS 33) E

361. LS Diary Note, 05 20 98, (LS 34) E

362. LS Diary Note, 05 29 98, (LS 36) E

363. LS Diary Note, 08 04 98, (LS 37) E

364. LS Diary Note, 08 31 98, (LS 38)

365. LS Diary Note, 05 11 00, (LS 42-3) E

366. LS Diary Note, 09 13 00, (LS 49) E

367. LS Diary Note, 09 21 00, (LS 50) E

368. LS Diary Note, 09 18 00, (LS 51) E

369. LS Diary Note, 09 21 00, (LS 57-8) E

370. LS Diary Note, 09 05 02, (LS 58-9) E

371. LS Diary Note, 10 31 02, (LS 60-1) E

372. LS Diary Note, 08 28 03, (LS 63-4) E

373. LS Diary Note, 08 28 03, (LS 63-6) E

374. LS Resume, Exhibit 1 to LS Second Affidavit  E

375. E-mail, 08 09 01, Browchuk to Kamshad (PRM 12593-94) M

376. MD Nomination Matrix, dated Q2, 2001  (PRM 1922-1923). M

377. E-mail, 02 24 03, Landes to Haldeman-Oristaglio PRM 14236-37) E

378. E-mail, 01 31 03, Oristaglio-Warren (PRM 14245) E

379. SEC Filing NSAR B Putnam Global Equity Fund filed as of 12 29 04 E

380. SEC Fund Prospectus (form 485) for the Putnam Global Equity Fund as of 03 01 04 E

381. SEC Form 497 Prospectus Supplement dated 07 16 01 for the Global Growth Fund E

382. SEC Form 497 Prospectus Supplement dated 02 14 03 for the Global Natural Resources Fund E

383. Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 1998 E

384. Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 1999 E

385. Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 2000 E

386. Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 2001 E

387. Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 2002 E

388. Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 2003 E
+
389. Marsh & McLennan Annual Report on form 10-K for the year ending 12 31 2004 E


390. Morningstar Fund Report, published December 15, 2001, for the George Putnam Fund of Boston

391. Morningstar Fund Report, published December 15, 2001, for the Putnam Classic Equity Fund

392. Morningstar Fund Report, published December 15, 2001, for the Putnam Asset Alloc Balanced A Fund

393. Morningstar Fund Report, published December 15, 2001, for the Putnam Capital Opportunities Fund

394. Morningstar Fund Report, published December 15, 2001, for the Putnam Fund for Growth and Inc A

395. Morningstar Fund Report, published December 15, 2001, for the Putnam Global Natural Res A Fund

396. Morningstar Fund Report, published December 15, 2001, for the Putnam Income A Fund

397. Morningstar Fund Report, published December 31, 2006, for the Putnam AMT Free Insured Municipal B Fund

398. Morningstar Fund Report, published December 15, 2001, for the Putnam Tax Smart Equity A Fund

399. Morningstar Fund Report, published December 15, 2001, for the Putnam Voyager II Fund

400. Morningstar Fund Report, published December 15, 2001, for the Putnam American Government A Fund

401. Morningstar Fund Report, published December 15, 2001, for the Putnam Balanced Retirement A Fund

402. Morningstar Fund Report, published December 15, 2001, for the Putnam Equity Income A Fund

403. Morningstar Fund Report, published December 15, 2001, for the Putnam Global Equity A Fund

404. Morningstar Fund Report, published December 15, 2001, for the Putnam Health Sciences A Fund

405. Morningstar Fund Report, published December 15, 2001, for the Putnam International Growth and Income A Fund

406. Morningstar Fund Report, published December 15, 2001, for the Putnam Small Cap Value A Fund

407. Morningstar Fund Report, published December 15, 2001, for the Putnam Technology A Fund

408. Morningstar Fund Report, published December 15, 2001, for the Putnam Asia Pacific Growth Fund

409. Morningstar Fund Report, published December 15, 2001, for the Putnam Capital Appreciation A Fund

410. Morningstar Fund Report, published December 31, 2001, for the Putnam Emerging Markets A Fund

411. Morningstar Fund Report, published December 15, 2001, for the Putnam Europe Growth A Fund

412. Morningstar Fund Report, published December 15, 2001, for the Putnam Global Governmental Inc A Fund

413. Morningstar Fund Report, published December 15, 2001, for the Putnam High YieLS A Fund

414. Morningstar Fund Report, published December 15, 2001, for the Putnam International Growth A Fund

415. Morningstar Fund Report, published December 15, 2001, for the Putnam Tax Exempt A Fund

416. Morningstar Fund Report, published December 15, 2001, for the Putnam Utilities Growth and Income A Fund

417. Putnam Capital Appreciation Fund Form 485BPOS Prospectus, filed 09 29 99, pp. 1, 17.

418. Putnam Capital Opportunities Fund Form 485BPOS Prospectus, filed 08 30 03, pp. 1, 2, 7.

419. Putnam Diversified Equity Trust Form 485APOS Prospectus, filed 04 28 99, pp. 1, 8.

420. Putnam Equity Income Fund Form 485BPOS Prospectus, filed 03 29 01, pp. 1, 7.

421. Putnam Europe Growth Fund Form 485BPOS Prospectus, filed 10 30 01 pp. 1, 8.

422. Putnam Fund for Growth and Income Form 485BPOS Prospectus, filed 02 25 98 PP. 1, 18, 19.

423. Putnam Global Equity Fund Form 497 Prospectus, Supplement, filed 12 10 03.

424. Putnam Global Growth Fund Form 485APOS Prospectus, filed 12 24 98, pp. 1, 8, 9.

425. Putnam Global Growth Fund Form 497 Prospectus, Supplement, filed 08 30 02.

426. Putnam Global Natural Resources Fund Form 485BPOS Prospectus, filed 12 29 03, pp. 1, 7, 8.

427. Putnam Growth and Income Fund Form 485BPOS Prospectus, filed 02 27 03, pp. 1, 6.

428. Putnam Growth and Income Fund II Form 485BPOS Prospectus, filed 03 29 01, pp. 1, 8.

429. Putnam Health Sciences Trust Form 485BPOS Prospectus, filed 12 28 00, PP. 1, 8.

430. Putnam High YieLS Trust Form 485APOS Prospectus, filed 10 30 98. pp. 1, 12.

27

431. Putnam International Growth Fund Form 485BPOS
     Prospectus, filed 10 30 01, pp. 1, 8.

432. Putnam International Growth Fund Form 485BPOS
     Prospectus, filed 10 30 02, PP. 1, 7.

433. Putnam International New Opportunities Fund Form
     485BPOS Prospectus, filed 01 30 03, pp. 1, 2, 7.

434. Putnam International Voyager Fund Form 485BPOS
     Prospectus, filed 12 30 02, pp. 1, 2, 7.

435. Putnam Investors Fund Form 485B24E Prospectus, filed
     11 29 95, pp. 1, 13.

436. Putnam Investors Fund Form 485BPOS Prospectus, filed
     11 27 02, pp. 1, 6.

437. Putnam Investors Fund Form 485BPOS Prospectus, filed
     11 28 00, pp. 1, 8.
438. Putnam New Opportunities Fund Form 485BPOS Prospectus,
     filed 10 27 00, pp. 1, 7, 8.

439. Putnam OTC and Emerging Growth Fund Form 485BPOS
     Prospectus, filed 11 28 00, pp. 1, 7, 8.

440. Putnam Small Cap Value Fund Form 485BPOS Prospectus,
     filed 06 30 03, pp. 1, 2, 6.

441. Putnam Utilities Growth and Income Fund Form 485BPOS
     Prospectus, filed 02 25 03, pp. 1, 7, 8

442. Putnam Vista Fund Form 485BPOS Prospectus, filed 11 29
     99, pp. 1, 7

443. Voyager Fund Form 497 Prospectus, Supplement filed 06
     30 03.

444. Putnam Voyager II Fund Form 485BPOS Prospectus, filed
     04 27 01, pp. 1, 7.

B.    Plaintiff Svensson's Witnesses.

     Svensson may call one or more of the following as

witnesses at trial:

1.    Plaintiff Lisa Svensson c/o Kevin F. Moloney,
      Barron & Stadfeld, P.C., 100 Cambridge Street,
      Boston, Massachusetts, 617.723 9800/531 6569
      (expects to call; – 1-2 days (assumes trial is 9
      a.m. to 1 p.m.));

2.    Joshua H. Brooks, 248 Buckminster Road,
      Brookline, Massachusetts (expects to call; 1/2
      day);

3.    Mary McNamee, 31 Dix Street, Winchester,
      Massachusetts (expects to call; 1/2  day);

4.    Richard B. Tibbetts, 61 Stoneymeade Way, Acton,
      Massachusetts (expects to call; 1/2  day) ;

5.    Stephen M. Oristaglio, 267 Commonwealth Avenue,
      Boston, Massachusetts (expects to call; 1/2
      day);

6.    Konstantin Stoev, Scheuzer Strasse, No. 18,
      Zurich, 8006, Switzerland (expects to call) (by
      deposition 1-2 hrs.);

7.    Putnam Investments, LLC, by its Keeper of the
      Records, One Post Office Square, Boston,
      Massachusetts (expects to call but depends on
      stipulations);

8.    Putnam Investments, LLC, by the Rule 30(b)(6)
      deposition testimony of Richard B. Tibbetts (Days One
      and Two) and Mary McNamee (Day Three) and by the
      deposition testimony of its officer, Charles E.
      Haldeman Jr. One Post Office Square, Boston,
      Massachusetts (expects to call) (by deposition 3/4
      day);

9.    Charles E. Haldeman, Jr., 5 Arlington Street, Boston,
      Massachusetts (expects to call; 1/4 day);

10.   Darren Peers, 575 11th Street, Hermosa Beach,
      California (may call; rebuttal)(by deposition);

11.   Paul F. White, Ph.D., ERS Group, Washington, D.C.,
      202.328.1515(expects to call; 1/2 day);

12.  Richard Siegel, Applied Economics, Incorporated, One Westinghouse Plaza, Boston, Massachusetts 02136, 617.333.6680 (expects to call; 1-2 hrs.);

13.  Steven Curbow, 12 Pilgrim Lane, Medfield, Massachusetts 02052 508.359.8815 (may call; 1 hr);

14.  Jamie Nugent (nee Hupp), 626 E 2nd Street, No. 1, South Boston, Massachusetts  02127 617 817 6689 (may call; 1 hr);

15.  Deborah Kuenstner 114 Farlow Road, Newton, Massachusetts 02158 617 630 5728 (may call; 1 hr );

16.  Beth Cotner, and, 136 Olde Homestead Dr., Marstons Mills, Massachusetts 978 335 4996 (may call; 1 hr);

17.  Margaret Smith, 65 Commonwealth Avenue, No. 7B, Boston, Massachusetts 617 267 4141 (may call; 1 hr).

LISA SVENSSON, plaintiff,

By her attorneys,

BARRON & STADFELD, P.C.

/s/ Kevin F. Moloney_____
Kevin F. Moloney  BBO No. 351000
100 Cambridge Street, Suite 1310
Boston, Massachusetts  02114
Tel.: 617.723.9800/531.6569

and

/s/ John K. Weir_____
John K. Weir, Admitted PHV
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, New York, 10022
Tel.: 212.572.6374

Dated: April 30, 2008

Certificate of Service.

    This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                          /s/ Kevin F. Moloney_____

Dated: April 30, 2008

[428955.1

**Exhibit B**

**Objections, etc. to Putnam's proposed exhibits:**

1.  B 23: 09 03 03, E-mail from Brooks to Svensson

    Svensson Objection(s): Hearsay

2.  B 65-6: 08 19 03, E-mail with attached GER
        Compensation Spreadsheet

    Svensson Objection(s): Relevancy

3.  LS 31-392: Various dates, Svensson's Employment Diary

    Svensson Objection(s): Relevancy; reserve right to
        object further depending on dates proposed

4.  LS 405-06: 06 09 94, Employment letter, Non-
        solicitation agreement, and confidentiality
        agreement

    Svensson Objection(s): No objection

5.  LS 455-76: 09 15 03, Letter from McNamee to Svensson

    Svensson Objection(s): No objection

6.  LS 516-18 03 14 02, Business Plan proposed by Svensson
        to Landes

    Svensson Objection(s): No objection

7.  LS 524: 03 12 02, E-mail from Svensson to Oristaglio

    Svensson Objection(s): No objection

8.  LS 526: 09 21 01, E-mail from Svensson to Oristaglio

9.  Svensson Objection(s): Hearsay; relevancy

    LS 911: 05 13 04, E-mail from Svensson to Offit

    Svensson Objection(s): No objection

10. LS 1757: 03 10 04, Letter from Mitchell Schultz re:
        Shares of Putnam Class B Stock

Svensson Objection(s): Hearsay; relevancy

11.  PRM 4: 09 15 03, Memo from Brooks re: employment
     termination

     Svensson Objection(s): Hearsay

12.  PRM 5: 09 15 03, Memo from Brooks re: employment
     termination

     Svensson Objection(s): Hearsay

13.  PRM 15-23: 03 01 01, Performance Review for Svensson
     for 2000

     Svensson Objection(s): No objection

14.  PRM 121-29: 11 12 03, Letter, Weir to Woolverton

     Svensson Objection(s): Relevancy; hearsay

15.  PRM 167: 1994, Svensson Resume

     Svensson Objection(s): No objection

16.  PRM 335-36: 09 04 03 McNamee notes

     Svensson Objection(s): Hearsay

17.  PRM 341-46: 08 11 03, E-mail from O'Malley to
     Hutcherson and Attachment

     Svensson Objection(s): Hearsay

18.  PRM 347-48: 08 08 03, E-mail from Svensson to McNamee

     Svensson Objection(s): No objection

19.  PRM 358-67: Various dates, Peers' notes

     Svensson Objection(s): Relevancy; hearsay; reserve
     right to object further depending on dates
     proposed

20.  PRM 661: 03 12 02, E-mail from Oristaglio to Svensson

     Svensson Objection(s): No objection

21. PRM 759-61: No date, Spreadsheet of Svensson's titles from years 1994-2003 with salary and history

    Svensson Objection(s): No objection

22. PRM 779-80: 09 03 03, E-mail from Brooks to Svensson (forwarded to McNamee)

    Svensson Objection(s): Hearsay

23. PRM 821-22: 10 14 03 E-mail chain between Jeffrey Fitzpatrick, June Martin

    Svensson Objection(s): Hearsay, relevance

24. PRM 898: 02 24 03, E-mail chain between Landes and Tibbetts

    Svensson Objection(s): No objection

25. PRM 979: 08 18 03, E-mail from Svensson to McNamee

    Svensson Objection(s): No objection

26. PRM 1365-95: 01 01 96, Putnam Investment Growth Incentive Compensation Plan

    Svensson Objection(s): No objection

27. PRM 1396-1433: 02 04 04, Putnam Investments Equity Partnership Plan

    Svensson Objection(s): No objection

28. PRM 1489: 03 14 01, E-mail from Svensson to Oristaglio

    Svensson Objection(s): No objection

29. PRM 1494; 05 09 02, E-mail from Svensson to Kelly Morgan

    Svensson Objection(s): No objection

30. PRM 1558-60: 03 28 02, E-mail from Gorman to Svensson

    Svensson Objection(s): No objection

31.  PRM 1652-54: 03 31 03, E-mail from Schultz to McCarthy

   Svensson Objection(s): Relevance; hearsay

32.  PRM 1695: 07 13 01, E-mail from Svensson to Tibbetts

   Svensson Objection(s): No objection

33.  PRM 1747: 08 11 03, E-mail from Arends to O'Malley

   Svensson Objection(s): Hearsay

34.  PRM 1751: 07 30 01, E-mail from Svensson to Scordato

   Svensson Objection(s): No objection

35.  PRM 1792: 02 17 00, Officer nomination spreadsheet for
     Managing Director Nominations

   Svensson Objection(s): Incomplete without relevant
             other documents showing that Svensson's
             score presented to decision-makers as 3.0
             had been changed from 4.78

36.  PRM 1801: 08 15 03, HR Update

   Svensson Objection(s): No objection

37.  PRM 1825: 08 29 03, HR Update

   Svensson Objection(s): No objection

38.  PRM 3056: 01 17 03, E-mail from Landes to Haldeman and
     Oristaglio

   Svensson Objection(s): No objection

39.  PRM 5728-39: Undated, Data produced in conjunction
     with the Bloom report

   Svensson Objection(s): Objection: incomplete data

40.  PRM 5734-47: Undated, Data produced in conjunction
     with the Bloom report

   Svensson Objection(s): Objection: incomplete data

41.  PRM 14869-929: Undated, Data produced in conjunction
        with the Bloom report

     <u>Svensson Objection(s)</u>: Objection: incomplete data

42.  PRM 7463-70: 01 28 03, Performance Review of O'Malley
        for 2002

     <u>Svensson Objection(s)</u>: No objection

43.  PRM 8976: Various dates, Investment Bonus Pool History
        for 1998-2006

     <u>Svensson Objection(s)</u>: No objection

44.  PRM 9531-32: 04 25 02, Memo from Tibbetts to Putnam
        partners

     <u>Svensson Objection(s)</u>: No objection

45.  PRM 9540: 01 10 03, E-mail from Landes re: Best GER
        Stock Pickers 2002

     <u>Svensson Objection(s)</u>: No objection

46.  PRM 10093: 04 29 02, E-mail from Miller to Oristaglio

     <u>Svensson Objection(s)</u>: Hearsay

47.  PRM 13355: 03 16 01, E-mail from Browchuk to Swift re:
        business impact of potential layoffs

     <u>Svensson Objection(s)</u>: Relevance, incomplete.

48.  PRM 14100-04: 04 16 02, Officers Meeting IMD Update

     <u>Svensson Objection(s)</u>: Hearsay

49.  PRM 14111-16: 04 16 02, Investment Division Update

     <u>Svensson Objection(s)</u>: Hearsay

50.  PRM 14118-31: 04 02 02, PowerPoint presentation to
        Trustees re: Product Rationalization

     <u>Svensson Objection(s)</u>: Hearsay

51.  PRM 14147-48: 03 25 02, E-mail from Selden to
         Oristaglio

     <u>Svensson Objection(s)</u>: Hearsay

52.  PRM 14854-56: Various dates, Spreadsheet of 01 01 04 –
         04 03 04 Investment terminations; 2003 Investment
         terminations; 2002 Investment termination

     <u>Svensson Objection(s)</u>: Relevance; hearsay

53.  No Bates No(s). 01 01 96, Putnam Investments
         Associates and Principals Plan

     <u>Svensson Objection(s)</u>: No objection

54.  No Bates No(s): 04 13 07, Exhibits 5-12 to Bloom
         Report

     <u>Svensson Objection(s)</u>: Hearsay; incomplete

55.  No Bates No(s): Undated, List of Bloom's publications

     <u>Svensson Objection(s)</u>: Hearsay

56.  No Bates No(s): Undated Bloom's resume

     <u>Svensson Objection(s)</u>: Hearsay

57.  No Bates No(s): Undated  Compensation grid of the
         Global Growth team (1999-2001) (Exhibit 5 to the
         Tibbetts Affidavit in Support of Putnam's Motion
         for Summary Judgment)

     <u>Svensson Objection(s)</u>: No objection

58.  No Bates No(s): Undated Compensation grid of Global
         Equity Research team (2002-2003) (Exhibit 6 to
         the Tibbetts Affidavit in Support of Putnam's
         Motion for Summary Judgment)

     <u>Svensson Objection(s)</u>: Hearsay, relevance

59.  No Bates No(s): Undated PeopleSoft employment dates
         for Walt Pearson

Svensson Objection(s): Relevance

60.  No Bates No(s): Undated PeopleSoft employment dates
        for Heather Arnhold

    Svensson Objection(s): Relevance

61.  No Bates No(s): Undated PeopleSoft employment dates
        for James Yu

    Svensson Objection(s): Relevance

62.  No Bates No(s): Undated GER Personnel for 2002

    Svensson Objection(s): Objection: Insufficient
        identification, reserve right to object further
        when identified sufficient and copy produced

63.  No Bates No(s): Various dates Svensson's tax returns
        from 1998-present

    Svensson Objection(s): No objection

                            LISA SVENSSON, plaintiff,

                            By her attorneys,

                            BARRON & STADFELD, P.C.


                            /s/ Kevin F. Moloney_____
                            Kevin F. Moloney  BBO No.
                            351000
                            100 Cambridge Street, Suite
                            1310
                            Boston, Massachusetts  02114
                            Tel.: 617.723.9800/531.6569

                            and

                            /s/ John K. Weir_____
                            John K. Weir, Admitted PHV
                            John K. Weir Law Offices, LLC
                            300 Park Avenue, Suite 1700
                            New York, New York, 10022
                            Tel.: 212.572.6374

Dated: April 30, 2008

                    Certificate of Service.

     This document, filed through the ECF system, will be
sent electronically to the registered participants as
identified on the Notice of Electronic Filing.

                              /s/ Kevin F.
                              Moloney_____

Dated: April 30, 2008

[429085.1]