UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LISA SVENSSON,<br><br>                Plaintiff,<br><br>    v.<br><br>PUTNAM INVESTMENTS, LLC,<br><br>                Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 04-12711-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

## **DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS**

In accordance with this Court's April 8, 2008 Scheduling Order, Defendant Putnam Investments LLC ("Putnam") proposes the following voir dire questions:

**A.**  This case involves Lisa Svensson of Newton, Massachusetts, and Putnam Investments of Boston. Have any of you had any dealings with Lisa Svensson or Putnam Investments or do you have any information about Lisa Svensson or Putnam Investments?

**B.**  Have you or a family member ever been involved in an employment-related litigation or arbitration?

**C.**  Have you ever been involved in a dispute with one of your employers?

**D.**  Have you ever felt that you have been treated unfairly by an employer?

**E.**  Have you ever been terminated by your employer?

**F.**  Have you ever been involuntarily transferred, or had your duties involuntarily changed, by your employer?

**G.**  Have you ever felt that you have been paid less than another employee who is doing essentially the same work?

**H.**  Have you ever felt that you have been the victim of discrimination?

**I.**  Have you or any member of your family worked for Putnam Investments or do you know anyone who has?

**J.**  Do you or any member of your family have money invested in Putnam mutual funds?

        **PUTNAM INVESTMENTS, LLC,**

        By its attorneys,

        /s/ Joseph L. Kociubes
        Joseph L. Kociubes, BBO #276360
        joe.kociubes@bingham.com
        Louis A. Rodriques, BBO #424720
        louis.rodriques@bingham.com
        Allyson E. Kurker, BBO #665231
        allyson.kurker@bingham.com
        Jennifer L. Holden, BBO #663467
        jennifer.holden@bingham.com
        **BINGHAM McCUTCHEN LLP**
        150 Federal Street
        Boston, MA  02110-1726
        617.951.8000

Dated:  May 5, 2008

## CERTIFICATE OF SERVICE

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 5, 2008.

        /s/ Jennifer L. Holden, BBO #663467
        jennifer.holden@bingham.com