UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| LISA SVENSSON, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | |
| Plaintiff, | | |
| v. | | CIVIL ACTION NO. 04-12711-PBS |
| PUTNAM INVESTMENTS, LLC, | | |
| Defendant. | | |

**DEFENDANT'S PROPOSED SPECIAL QUESTIONS**

In accordance with this Court's April 8, 2008 Scheduling Order, Defendant Putnam Investments LLC ("Putnam") proposes the following special questions:

**1.    DID PLAINTIFF PROVE BY A PREPONDERANCE OF THE EVIDENCE THAT DEFENDANT'S 2002 DECISION TO MOVE PLAINTIFF FROM DEFENDANT'S INTERNATIONAL GROWTH TEAM TO ITS GLOBAL EQUITY RESEARCH TEAM WAS AN ADVERSE EMPLOYMENT ACTION?**

Yes_____                                                                       No_____

(If the answer to Question 1 is NO, skip to Question 5.  Otherwise, continue.)

**2.    DID PLAINTIFF PROVE BY A PREPONDERANCE OF THE EVIDENCE THAT DEFENDANT MADE THE DECISION TO MOVE PLAINTIFF FROM THE INTERNATIONAL GROWTH TEAM TO THE GLOBAL EQUITY RESEARCH TEAM SOLELY BECAUSE OF HER SEX?**

Yes_____                                                                       No_____

(If the answer to Question 2 is NO, skip to Question 5.  Otherwise, continue.)

    **3.**    **DID PLAINTIFF PROVE BY A PREPONDERANCE OF THE EVIDENCE THAT SHE SUFFERED DAMAGE AS A RESULT OF HER MOVE FROM THE INTERNATIONAL GROWTH TEAM TO THE GLOBAL EQUITY RESEARCH TEAM?**

    Yes_____               No_____

    (If the answer to Question 3 is NO, skip to Question 5.  Otherwise, continue.)

    **4.**    **PLEASE STATE THE AMOUNT OF DAMAGES THAT YOU BELIEVE THAT PLAINTIFF SUFFERED SOLELY ON ACCOUNT OF HER MOVE FROM THE INTERNATIONAL GROWTH TEAM TO THE GLOBAL EQUITY RESEARCH TEAM.**

    _____

    **5.**    **DID PLAINTIFF PROVE BY A PREPONDERANCE OF THE EVIDENCE THAT DEFENDANT PAID PLAINTIFF LESS IN 2002 THAN IT PAID ONE OR MORE COMPARABLE MALE EMPLOYEES?**

    Yes_____               No_____

    (If the answer to Question 5 is NO, skip to Question 8.  Otherwise, continue.)

    **6.**    **DID PLAINTIFF PROVE BY A PREPONDERANCE OF THE EVIDENCE THAT DEFENDANT PAID PLAINTIFF LESS IN 2002 THAN IT PAID COMPARABLE MALE EMPLOYEES SOLELY BECAUSE OF HER SEX?**

    Yes_____               No_____

    (If the answer to Question 6 is NO, skip to Question 8.  Otherwise, continue.)

    **7.**    **PLEASE STATE THE HOW MUCH LESS THAN COMPARABLE MALE EMPLOYEES DEFENDANT PAID TO PLAINTIFF IN 2002 SOLELY BECAUSE OF HER SEX.**

    _____

    **8.**    **DID PLAINTIFF PROVE BY A PREPONDERANCE OF THE EVIDENCE THAT DEFENDANT PAID PLAINTIFF LESS IN 2003 THAN IT PAID COMPARABLE MALE EMPLOYEES?**

    Yes_____               No_____

    (If the answer to Question 8 is NO, skip to Question 11.  Otherwise, continue.)

**9.     DID PLAINTIFF PROVE BY A PREPONDERANCE OF THE EVIDENCE THAT DEFENDANT PAID PLAINTIFF LESS IN 2003 THAN IT PAID COMPARABLE MALE EMPLOYEES SOLELY BECAUSE OF HER SEX?**

       Yes_____                               No_____

       (If the answer to Question 9 is NO, skip to Question 11.  Otherwise, continue.)

**10.    PLEASE STATE THE HOW MUCH LESS THAN COMPARABLE MALE EMPLOYEES DEFENDANT PAID TO PLAINTIFF IN 2003 SOLELY BECAUSE OF HER SEX.**

       _____

**11.    DID PLAINTIFF PROVE BY A PREPONDERANCE OF THE EVIDENCE THAT DEFENDANT TERMINATED PLAINTIFF'S EMPLOYMENT SOLELY ON ACCOUNT OF HER SEX?**

       Yes_____                               No_____

       (If the answer to Question 11 is NO, skip to Question 13.  Otherwise, continue.)

**12.    PLEASE STATE THE AMOUNT OF DAMAGES THAT YOU BELIEVE THAT PLAINTIFF SUFFERED SOLELY ON ACCOUNT OF DEFENDANT'S TERMINATION OF PLAINTIFF'S EMPLOYMENT.**

       Back Pay: _____

       Front pay:_____

       Emotional Distress:_____

**13.    (ANSWER THIS QUESTION ONLY IF YOU HAVE ANSWERED ONE OF QUESTIONS 3, 6, 9, OR 11 "YES".)  DO YOU FIND THAT DEFENDANT ACTED WITH AN EVIL MOTIVE OR INTENT, OR DEMONSTRATED A RECKLESS OR CALLOUS INDIFFERENCE TO PLAINTIFF'S PROTECTED RIGHTS?**

       Yes_____                               No_____

       (If the answer to Question 13 is NO, ANSWER NO FURTHER QUESTIONS.  Otherwise, continue.)

**14.    IF YOU ANSWERED QUESTION XV "YES," PLEASE STATE THE AMOUNT OF PUNITIVE DAMAGES THAT YOU BELIEVE PLAINTIFF SHOULD BE AWARDED.**

       _____

                                             **PUTNAM INVESTMENTS, LLC,**

                                             By its attorneys,

                                             /s/ Joseph L. Kociubes
                                             Joseph L. Kociubes, BBO #276360
                                             joe.kociubes@bingham.com
                                             Louis A. Rodriques, BBO #424720
                                             louis.rodriques@bingham.com
                                             Allyson E. Kurker, BBO #665231
                                             allyson.kurker@bingham.com
                                             Jennifer L. Holden, BBO #663467
                                             jennifer.holden@bingham.com
                                             **BINGHAM McCUTCHEN LLP**
                                             150 Federal Street
                                             Boston, MA  02110-1726
                                             617.951.8000

Dated:  May 5, 2008


## CERTIFICATE OF SERVICE

     I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 5, 2008.


                                             /s/ Jennifer L. Holden, BBO #663467
                                             jennifer.holden@bingham.com