```
                UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

```
* * * * * * * * * * * * *   Civil Action No. 04-12711-PBS
                        *
LISA SVENSSON           *
                        *   BBO No. 351000
        Plaintiff,      *
                        *   Plaintiff Svensson's
v.                      *   Motion for Order that
                        *   Certain Morningstar Reports
                        *   Proposed by her as Trial
Putnam Investments, LLC,*   Exhibits are Admissible
                        *   Under Fed. R. Evid. 803(17)
        Defendants.     *
                        *   and
* * * * * * * * * * * * *   Memorandum in Support

                            and
                            Request for Hearing and Oral
                            Argument
```

<u>Motion</u>.

Plaintiff Lisa Svensson ("Svensson") moves the court for an order that, pursuant to Fed. R. Evid. 803(17), Svensson's proposed exhibits of Morningstar Reports concerning the performance of funds operated by defendant Putnam Investments, LLL ("Putnam") and those concerning the performance of Putnam funds with the performance of funds of other companies comparing the performance Putnam funds,[1] are not inadmissible as hearsay. The grounds for this motion are set forth in the following memorandum.

<u>Memorandum</u>.

1.   <u>Facts</u>.

---

[1] Nos. 281-90; and Nos. 390-416.

Morningstar, Inc. ("Morningstar") is a leading provider of independent investment research. Among other information, Morningstar reports performance and risk information for mutual funds, including those operated by Putnam, and compares each mutual fund's performance and risk to the performance and risk of other mutual funds with comparable objectives and investment styles. Morningstar also compares the performance of funds to the performance of an appropriate benchmark indices.

Persons employed in the investment management and related occupations, as well as individual and institutional investors, use and rely upon the information set forth in Morningstar Reports. Putnam itself uses and relies upon Morningstar reports. For example, as shown by Svensson's Eighth Affidavit, a copy of which accompanies this motion as Exhibit "A,"

> During my employment at Putnam, Putnam's Investment Division relied upon Morningstar reports. We regularly received downloads of the star ratings that showed us what our star rating was and how it had changed from the previous reporting month or period, We also used Morningstar to become informed of the ratings of the funds of other companies like Putnam.
>
> With the encouragement of Putnam, I also gave interviews on a regular basis to Morningstar for the Global Growth fund and also for Global Natural Resources.

Putnam recommends that members of the public rely on Morningstar data as authoritative. Putnam's website encourages investors to "consider Putnam funds ranked according to

Morningstar's Risk Rating" and provides links to a table listing Putnam funds according to their Morningstar Risk ratings and comparing those ratings to the "Morningstar Allocation fund average," the Morningstar Equity fund average," the "Morningstar Fixed Income fund average" and the "Morningstar U.S. Municipal Fixed Income fund average." <u>See</u> printouts of pages of Putnam website that accompany this motion as Exhibits "B" and "C," hereto (emphasis by highlighting added).

By way of another example, Putnam's prospectus for its International New Opportunities mutual fund, dated January 28, 2008, at website pages 113-14, states that Putnam may,

> <u>periodically provide non-public information</u> about its portfolio holdings <u>to rating and ranking organizations, such as</u> ... <u>Morningstar Inc.</u>, in connection with those firms' research on and classification of the fund and in order to gather information about how the fund's attributes (such as volatility, turnover, and expenses) compare with those of peer funds.

(Emphasis added.)  A copy of pages 113-14 from the website, accompanies this motion as Exhibit "D," hereto (highlighted emphasis added.).

2.  <u>Argument</u>.

2.1 <u>The Morningstar Reports are admissible under Fed. R. Evid. 803(17) as reports, publications, quotations and compilations</u>.

Fed. R. Evid. 803 states, in relevant part, that,

> The following are not excluded by the hearsay rule, even though the declarant is available as a witness:
>
> \*\*\*
>
> (17) Market reports, commercial publications. Market quotations, tabulations, lists, directories, or other published compilations, generally used and relied upon by the public or by persons in particular occupations.

(Emphasis added.)

The Morningstar Reports are reports, publications, quotations and compilations within the meaning of Rule 803(17). As set forth above, Morningstar reports are an authoritative source of fund performance and risk data, relied upon by persons in the investment management and related occupations, by individual and institutional investors, and by Putnam itself. Putnam regards Morningstar reports on its funds as trustworthy and accurate, as evidenced by the fact that Putnam directs its own investors and potential investors to Morningstar's risk ratings for its funds. The reliability of the Morningstar Reports is assured by Morningstar's need to maintain the accuracy of its information or risk loosing its customers. Therefore, the Morningstar Reports proposed by Svensson as trial exhibits are admissible under Rule 803(17).

Case law from the First Circuit, and elsewhere, strongly supports admitting the Morningstar Reports under Rule 803(17). In United States v. Cassiere, 4.F.3d 1006, 1018-19 (1st Cir.

4

1993), the United States Court of Appeals for the First Circuit held that Rule 803(17) applied to allow admission of published reports listing sales of real estate, where the reports where shown to have been relied upon by real estate brokers, appraisers and insurance agents. Similarly, in <u>United States</u> v. <u>Mount</u>, 896 F.2d 612, 624-25 (1st Cir. 1990), the First Circuit held that a publication entitled the <u>Collected Works of Abraham Lincoln</u> was admissible because the manuscript dealers rely on that publication to locate original Lincoln documents. In <u>United States</u> v. <u>Grossman</u>, 614 F.2d 295, 297 (1st Cir. 1980), the First Circuit held that a merchandise catalogue was admissible under Rule 803(17) where it was a published compilation generally used and relied upon by retailers.

Notably, "third party reports on investment opportunities may be admissible under the 'market reports' exception to the hearsay rule." <u>Coast Federal Bank, FSB</u> v. <u>United States</u>, 48 Fed.Cl. 402, 450 (2000). In holding admissible stock quotes published in the <u>Wall Street Journal</u>, the United States Court of Appeals for the 9th Circuit stated that,

> It is unquestioned that in proving the fact of market value, accredited price-current lists and market reports including those published in trade journals or newspapers which are accepted as trustworthy, are admissible in evidence.

<u>United States</u> v. <u>Anderson</u>, 532 F.2d 1218, 1225 (9th Cir. 1976

In holding admissible reports concerning defendant's stock issued by Dean Witter, Salomon Brothers, Paine Webber, Merrill Lynch and Goldman Sachs, among others, recommending that investors purchase a company's stock, the United States District Court for the Southern District of Ohio, stated:

> Although Plaintiffs have objected to these reports as hearsay, that objection is not well taken. Even assuming that the reports constitute hearsay, they appear to fall within at least one exception to the hearsay exclusion. See, e.g., Fed. R. Evid. 803(17) (hearsay exception for market reports and commercial publications).

Kuper v. Quantum Chemicals Corporation, 852 F.Supp. 1389, 1397-98 and notes 3 and 4 (S.D.Ohio 1994) (Emphasis added.)

Because the Morningstar reports fall squarely within Fed. R. Evid. 803(17), they may not be held inadmissible as hearsay.

3.  Conclusion.

For all of the foregoing reasons, this court should grant Svensson's motion for an order that, pursuant to Rule 803(17), the Morningstar Reports proposed by Svensson as trial exhibits, are not inadmissible as hearsay.

### Request for Hearing and Oral Argument.

Svensson requests a hearing and oral argument.

LISA SVENSSON, plaintiff,

By her attorneys,

BARRON & STADFELD, P.C.

```
                              /s/ Kevin F. Moloney_____
                              Kevin F. Moloney    BBO No. 351000
                              Roger T. Manwaring BBO No. 548614
                              100 Cambridge Street, Suite 1310
                              Boston, Massachusetts  02114
                              Tel.: 617.723.9800/531.6569

                              and

                              /s/ John K. Weir_____
                              John K. Weir, Admitted PHV
                              John K. Weir Law Offices, LLC
                              300 Park Avenue, Suite 1700
                              New York, New York, 10022
                              Tel.: 212.572.6374
```
Dated: May 5, 2008

Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kevin F. Moloney_____

Dated: May 5, 2008

[_____.1]

Case 1:04-cv-12711-PBS    Document 343    Filed 05/05/2008    Page 8 of 8

```
               UNITED STATES DISTRICT COURT
                 DISTRICT OF MASSACHUSETTS
```

|  |  |
|---|---|
| * * * * * * * * * * * * * <br> * <br> LISA SVENSSON                * <br> * <br>     Plaintiff,      * <br> * <br> v.                          * <br> * <br> PUTNAM INVESTMENTS,         * <br> LLC f/k/a PUTNAM INVEST-    * <br> MENTS, INC. and LAWRENCE    * <br> J. LASSER,                  * <br> * <br>     Defendants.     * <br> * <br> * * * * * * * * * * * * | Civil Action No. 04-12711-PBS <br><br> BBO No. 351000 <br><br> Eighth Affidavit <br> of <br> Lisa Svensson <br><br> (Declaration pursuant <br> to 28 U.S.C. §1746) |

1. My name is Lisa Svensson. I am the plaintiff in this case. I was employed as an investment professional in the Investment Management Division of defendant Putnam Investments, LLC ("Putnam") from July 1994 through September 15, 2003. A copy of my resume is annexed to the Second Affidavit of Lisa Svensson ("Second Svensson Affidavit"), filed April 20, 2006, as Exhibit 1. I have personal knowledge of the facts set forth herein.

2. During my employment at Putnam, Putnam's Investment Division relied upon Morningstar reports. We regularly received downloads of the star ratings that showed us what our star rating was and how it had changed from the previous reporting month or period, We also used

Morningstar to become informed of the ratings of the funds of other companies like Putnam.

2. With the encouragement of Putnam, I also gave interviews on a regular basis to Morningstar for the Global Growth fund and also for Global Natural Resources.

Signed under penalty for perjury this 4th day of May 2008.

*[signature]*
Lisa Svensson, plaintiff,

### Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/Kevin F. Moloney
Kevin F. Moloney BBO No. 351000
BARRON & STADFELD, P.C.
100 Cambridge Street, Suite 1310
Boston, Massachusetts 02114
Tel.: 617.723.9800/531.6569

Dated: May 5, 2008

[429349.1]



## Growth Funds



**LITERATURE**
Investing Fact Book (PDF)

Consider Putnam funds ranked according to Morningstar's Risk Rating (PDF)

### Voyager Fund
The fund invests primarily in stocks of large and midsize companies across a range of industries. It targets companies with sales and profits that Putnam believes are likely to grow faster than the overall economy. For nearly 40 years, this flagship Putnam fund has targeted growing companies for investors seeking capital appreciation.

Fund information »
Daily pricing »
Prospectus (PDF)
Management team »

### Growth Opportunities Fund
The fund invests in large U.S. companies with strong revenue and earnings growth prospects. Members of the management team target established companies that are believed to be leaders in their industries with the potential to grow rapidly. The fund's portfolio typically includes world-renowned businesses whose size and scale give them a competitive advantage.

Fund information »
Daily pricing »
Prospectus (PDF)
Management team »

### Health Sciences Trust
The fund seeks to capitalize on the strength and diversity of companies within the health-care sector. The fund seeks companies that offer strong long-term growth prospects, regardless of their size. Holdings encompass an array of industries, including pharmaceuticals, health-care services, and biotechnology.

Fund information »
Daily pricing »
Prospectus (PDF)
Management team »

↑ BACK TO TOP

### New Opportunities Fund
The fund has a multi-cap strategy, seeking to invest in the highest quality large-cap companies as well as dynamic small- and mid-cap growth companies. The fund targets companies with strong management, superior financial characteristics and strong prospects for long-term growth.

Fund information »
Daily pricing »
Prospectus (PDF)
Management team »

### Vista Fund

The fund targets midsize companies across a range of industries. It seeks to invest in companies that are relatively well-established but continue to offer rapid growth potential. In addition to growth potential, the mid-cap stocks in the fund's portfolio may offer a greater degree of stability than those of smaller, less mature companies.

Fund information »
Daily pricing »
Prospectus (PDF)
Management team »

### Discovery Growth Fund

The fund invests in companies of all sizes across a range of industries. The management team targets stocks with exceptionally strong growth potential.

Fund information »
Daily pricing »
Prospectus (PDF)
Management team »

↑ BACK TO TOP

### International New Opportunities Fund

The fund invests mainly in companies outside the United States experiencing rapid earnings, sales, and business unit growth, and with the potential for positive earnings surprises. The fund invests primarily in large and midsize growth companies with superior competitive positions within their industries.

Fund information »
Daily pricing »
Prospectus (PDF)
Management team »

### Small Cap Growth Fund

The fund seeks capital appreciation by investing mainly in small companies believed to have the potential for exceptionally strong growth. The fund targets stocks across a range of industry sectors and seeks companies with innovative products and services, sound business models, and strong management teams.

Fund information »
Daily pricing »
Prospectus (PDF)
Management team »

### OTC & Emerging Growth Fund

The fund targets small and midsize companies believed to have exceptionally strong growth potential. Its portfolio may include stocks that are traded in the over-the-counter market (OTC) and stocks of emerging-growth companies listed on securities exchanges. The fund's focus on rapidly growing small and midsize companies makes it Putnam's most aggressive growth product.

Fund information »
Daily pricing »
Prospectus (PDF)
Management team »

↑ BACK TO TOP

Funds other than money market funds are positioned on the risk ribbons according to Overall Morningstar Risk as of March 31, 2005. The rankings on these ribbons are not shown to scale, are only relative to the listed funds, and should not be compared to the rankings of other investments. Overall Morningstar Risk is an assessment of volatility in a fund's returns. For income funds, if other risk factors were considered, such as credit risk, interest rate risk, or inflation risk, rankings on the ribbons would vary. Click here for more details.

PUTNAM INVESTMENTS — INVESTOR EDUCATION — Q1 | 2008

# Morningstar Risk

as of March 31, 2008

Morningstar Risk is an assessment of variations in a fund's monthly returns — with an emphasis on downside variations — over a 3-year period, if available. Those measures are weighted and averaged to produce the fund's Morningstar Risk. A higher risk rating generally indicates that a fund's monthly returns have varied more widely.

### PUTNAM EQUITY FUNDS

INCREASING RISK ▼

| Rating | Fund name (class A shares) | Investment style |
|---|---|---|
| 0.09 | Putnam Asset Allocation: Conservative Portfolio [1,3,5,9,10] | Asset Allocation |
| 0.11 | Putnam Income Strategies Fund [1,9] | Asset Allocation |
| 0.31 | The George Putnam Fund of Boston [4,10,11] | Value |
| 0.33 | Putnam Asset Allocation: Balanced Portfolio [1,3,5,9,10] | Asset Allocation |
| 0.37 | Morningstar Allocation fund average | |
| 0.45 | Putnam Convertible Income–Growth Trust [3,5,9] | Value |
| 0.64 | Putnam Health Sciences Trust [3,7] | Growth |
| 0.70 | Putnam Asset Allocation: Growth Portfolio [1,3,5,9,10] | Asset Allocation |
| 0.73 | Putnam Equity Income Fund [4] | Value |
| 0.74 | S&P 500 Index | |
| 0.88 | The Putnam Fund for Growth and Income | Value |
| 0.98 | Putnam Research Fund [4] | Blend |
| 0.98 | Putnam Growth Opportunities Fund [7] | Growth |
| 0.99 | Putnam New Value Fund [3,7] | Value |
| 1.04 | Putnam Classic Equity Fund [3] | Value |
| 1.12 | Putnam Utilities Growth and Income Fund [1,4,7,9] | Blend |
| 1.13 | Putnam Mid Cap Value Fund [3] | Value |
| 1.20 | Putnam Voyager Fund [3] | Growth |
| 1.28 | MSCI EAFE Index | |
| 1.29 | Putnam Tax Smart Equity Fund® [3] | Blend |
| 1.30 | Putnam Investors Fund [4] | Blend |
| 1.36 | Putnam New Opportunities Fund [3] | Growth |
| 1.37 | Putnam Capital Appreciation Fund [3] | Blend |
| 1.41 | Putnam Europe Equity Fund [1,2,3,7] | Blend |
| 1.44 | Putnam International Equity Fund [1,2,3] | Blend |
| 1.46 | Putnam Global Equity Fund [1,2,3] | Blend |
| 1.47 | Putnam Discovery Growth Fund [3] | Growth |
| 1.51 | Putnam International Growth and Income Fund [1,2,3] | Value |
| 1.64 | Morningstar Equity fund average | |
| 1.74 | Putnam International New Opportunities Fund [1,2,3] | Growth |
| 1.78 | Putnam Small Cap Value Fund [3] | Value |
| 1.79 | Putnam Capital Opportunities Fund [3] | Blend |
| 1.84 | Putnam OTC & Emerging Growth Fund [3] | Growth |
| 1.84 | Putnam Vista Fund [3] | Growth |
| 2.26 | Putnam Small Cap Growth Fund [3] | Growth |
| 2.26 | Putnam International Capital Opportunities Fund [1,2,3] | Blend |
| 3.94 | Putnam Global Natural Resources Fund [1,2,3,7] | Blend |

The information shown is provided for the fund's class A shares only; information for other classes may vary. Morningstar Risk is based on historical data and does not indicate future results. Morningstar does not purport to measure the risk associated with a current investment in a fund, either on an absolute basis or on a relative basis. Low Morningstar Risk does not mean that you cannot lose money on an investment in a fund. For income funds, if other risk factors were considered, such as credit risk, interest-rate risk, or inflation risk, ratings would vary.

Not FDIC Insured | May Lose Value | No Bank Guarantee

1. International investing involves certain risks, such as currency fluctuations, economic instability, and political developments.
2. Additional risks may be associated with emerging-market securities, including illiquidity and volatility.
3. The fund invests some or all of its assets in small and/or midsize companies. Such investments increase the risk of greater price fluctuations.
4. The fund may invest a portion of its assets in small and/or midsize companies. Such investments increase the risk of greater price fluctuations.
5. Lower-rated bonds may offer higher yields in return for more risk.
6. Mutual funds that invest in government securities are not guaranteed. Mortgage-backed securities are subject to prepayment risk.
7. The fund invests in fewer issuers or concentrates its investments by region or sector, and involves more risk than a fund that invests more broadly.
8. Capital gains, if any, are taxable for federal and, in most cases, state purposes. For some investors, investment income may be subject to the federal alternative minimum tax. Income from federally exempt funds may be subject to state and local taxes.
9. Mutual funds that invest in bonds are subject to certain risks including interest-rate risk, credit risk, and inflation risk. As interest rates rise, the prices of bonds fall. Long-term bonds are more exposed to interest-rate risk than short-term bonds. Unlike bonds, bond funds have ongoing fees and expenses. These risks apply to any fund with a significant portion of its assets in bonds.
10. The use of derivatives involves special risks and may result in losses.
11. Putnam Floating Rate Income Fund is not a money market fund and does not seek to maintain a stable net asset value. Although floating rate instruments may reduce risk related to changes in interest rates, they do not eliminate it. In addition, the fund is subject to other significant risks associated with below-investment-grade securities, such as the risk of default in payment on the instruments. Accordingly, the shares of the fund will fluctuate with market conditions.

Growth investing targets companies with above-average earnings that may be subject to price volatility if earnings expectations are not met.

Although value investing targets stocks believed to be priced too low, there is no guarantee they will appreciate.

## PUTNAM INCOME FUNDS

INCREASING RISK ▼

| Rating | Fund name (class A shares) | Investment style |
|---|---|---|
| 0.05 | Putnam U.S. Government Income Trust [6,9,10] | Taxable Income |
| 0.07 | Putnam Income Fund [5,6,9,10] | Taxable Income |
| 0.08 | Putnam American Government Income Fund [6,9,10] | Taxable Income |
| 0.09 | Putnam Diversified Income Trust [1,2,5,6,9,10] | Taxable Income |
| 0.10 | Putnam MN Tax Exempt Income Fund [7,8,9] | Tax-Free Income |
| 0.12 | Putnam MI Tax Exempt Income Fund [7,8,9] | Tax-Free Income |
| 0.12 | Putnam Floating Rate Income Fund [5,9,11] | Taxable Income |
| 0.13 | Putnam NJ Tax Exempt Income Fund [7,8,9] | Tax-Free Income |
| 0.13 | Putnam Tax Exempt Income Fund [8,9] | Tax-Free Income |
| 0.13 | Putnam PA Tax Exempt Income Fund [7,8,9] | Tax-Free Income |
| 0.13 | Putnam MA Tax Exempt Income Fund [7,8,9] | Tax-Free Income |
| 0.13 | Putnam Tax-Free High Yield Fund [5,8,9] | Tax-Free Income |
| 0.13 | Lehman Aggregate Bond Index | |
| 0.13 | Morningstar Fixed Income fund average | |
| 0.14 | Putnam AZ Tax Exempt Income Fund [7,8,9] | Tax-Free Income |
| 0.14 | Putnam OH Tax Exempt Income Fund [7,8,9] | Tax-Free Income |
| 0.16 | Putnam CA Tax Exempt Income Fund [7,8,9] | Tax-Free Income |
| 0.16 | Morningstar U.S. Municipal Fixed Income fund average | |
| 0.17 | Putnam AMT-Free Insured Municipal Fund [8,9] | Tax-Free Income |
| 0.17 | Putnam NY Tax Exempt Income Fund [7,8,9] | Tax-Free Income |
| 0.17 | Putnam Global Income Trust [1,2,5,6,7,9,10] | Taxable Income |
| 0.17 | Putnam High Yield Trust [5,9] | Taxable Income |
| 0.17 | Putnam High Yield Advantage Fund [5,9] | Taxable Income |

Copyright© 2008 Morningstar, Inc. All Rights Reserved. The information contained herein (1) is proprietary to Morningstar and/or its content providers; (2) may not be copied or distributed; and (3) is not warranted to be accurate, complete, or timely. Neither Morningstar nor its content providers are responsible for any damages or losses arising from any use of this information.

The S&P 500 Index is an unmanaged index of common stock performance. The Morgan Stanley Capital International (MSCI) EAFE Index is an unmanaged index of equity securities from developed countries in Western Europe, the Far East, and Australasia. The Lehman Aggregate Bond Index is an unmanaged index of U.S. investment-grade fixed-income securities. You cannot invest directly in an index.

*Investors should carefully consider the investment objectives, risks, charges, and expenses of a fund before investing. For a prospectus containing this and other information for any Putnam fund or product, call your financial representative or call Putnam at 1-800-225-1581. Please read the prospectus carefully before investing.*

**Public Disclosures**

The fund's portfolio holdings are currently disclosed to the public through required filings with the SEC and voluntary postings on the Putnam Investments website. The fund files its portfolio holdings with the SEC for each fiscal quarter on Form N-CSR (with respect to each annual period and semi-annual period) and Form N-Q (with respect to the first and third quarters of the fund's fiscal year). Shareholders may obtain the fund's Form N-CSR and N-Q filings on the SEC's website at http://www.sec.gov. In addition, the fund's Form N-CSR and N-Q filings may be reviewed and copied at the SEC's public reference room in Washington, D.C. You may call the SEC at 1-800-SEC-0330 for information about the SEC's website or the operation of the public reference room.

Putnam Management also currently makes the fund's portfolio information publicly available on the Putnam Investments website, www.putnam.com, as disclosed in the following table:

| Information(1) | Frequency of Disclosure | Date of Web Posting |
|---|---|---|
| Full Portfolio Holdings | Quarterly | Last business day of the month following the end of each calendar quarter(2) |
| Top 10 Portfolio Holdings and other portfolio statistics | Monthly | Approximately 15 days after the end of each month |

(1) Putnam mutual funds that are not currently offered to the general public ("incubated" funds) do not post portfolio holdings on the Web. Full portfolio holdings for the Putnam RetirementReady® Funds, which invest solely in six other Putnam funds, are posted on www.putnam.com approximately 15 days after the end of each month. Please see these funds' prospectus for their target allocations.

II-82

(2) Money Market Funds make full quarterly holdings available on the Putnam website on or after the sixth business day after the end of each calendar quarter and may do so more frequently if determined by the Funds' Chief Compliance Officer, but only to the extent it is in the best interest of the Money Market Funds' shareholders.

The scope of the information relating to the fund's portfolio that is made available on the website may change from time to time without notice. In addition, the posting of fund holdings may be delayed in some instances for technical reasons.

Putnam Management or its affiliates may include fund portfolio information that has already been made public through a Web posting or SEC filing in marketing literature and other communications to shareholders, advisors or other parties, provided that, in the case of information made public through the Web, the information is disclosed no earlier than the day after the date of posting to the website.

**Other Disclosures**

The fund's policies require that non-public disclosures of information regarding the fund's portfolio may be made only if there is a legitimate business purpose consistent with fiduciary duties to all shareholders of the fund. In addition, the party receiving the non-public information must sign a non-disclosure agreement unless otherwise approved by the Chief Compliance Officer of the fund. Arrangements to make non-public disclosures of the fund's portfolio information must be approved by the Chief Compliance Officer of the fund. The Chief Compliance Officer will report on an ongoing basis to a committee of the fund's Board of Trustees consisting only of Trustees who are not "interested persons" of the fund or Putnam Management regarding any such arrangement that the fund may enter into with third parties other than service providers to the fund.

The fund periodically discloses its portfolio information on a confidential basis to various service providers that require such information in order to assist the fund with its day-to-day business affairs. In addition to Putnam Management and its affiliates, including PFTC and PRM, these service providers include the fund's custodian (State Street Bank and Trust Company) and any sub-custodians, pricing services, independent registered public accounting firm, legal counsel, financial printer (McMunn Associates, Inc.), and proxy voting service (Glass, Lewis & Co). These service providers are required to keep such information confidential, and are prohibited from trading based on the information or otherwise using the information except as necessary in providing services to the fund.

==The fund may also periodically provide non-public information about its portfolio holdings to rating and ranking organizations, such as Lipper Inc. and Morningstar Inc., in connection with those firms' research on and classification of the fund and in order to gather==

information about how the fund's attributes (such as volatility, turnover, and expenses) compare with those of peer funds. The fund may also periodically provide non-public information about its portfolio holdings to consultants that provide portfolio analysis services or other investment research. Any such rating, ranking, or consulting firm would be required to keep the fund's portfolio information confidential and would be prohibited from trading based on the information or otherwise using the information except as necessary in providing services to the fund.

II-83

## PROXY VOTING GUIDELINES AND PROCEDURES

The Trustees of the Putnam funds have established proxy voting guidelines and procedures that govern the voting of proxies for the securities held in the funds' portfolios. The proxy voting guidelines summarize the funds' positions on various issues of concern to investors, and provide direction to the proxy voting service used by the funds as to how fund portfolio securities should be voted on proposals dealing with particular issues. The proxy voting procedures explain the role of the Trustees, Putnam Management, the proxy voting service and the funds' proxy coordinator in the proxy voting process, describe the procedures for referring matters involving investment considerations to the investment personnel of Putnam Management and describe the procedures for handling potential conflicts of interest. The Putnam funds' proxy voting guidelines and procedures are included in this SAI as Appendix A. Information regarding how the funds voted proxies relating to portfolio securities during the 12-month period ended June 30, 2006 is available on the Putnam Individual Investor website, www.putnam.com/individual, and on the SEC's website at www.sec.gov. If you have questions about finding forms on the SEC's website, you may call the SEC at 1-800-SEC-0330. You may also obtain the Putnam funds' proxy voting guidelines and procedures by calling Putnam's Shareholder Services at 1-800-225-1581.

## SECURITIES RATINGS

The ratings of securities in which the fund may invest will be measured at the time of purchase and, to the extent a security is assigned a different rating by one or more of the various rating agencies, Putnam Management may use the highest rating assigned by any agency. Putnam Management will not necessarily sell an investment if its rating is reduced. The following rating services describe rated securities as follows:

**Moody's Investors Service, Inc.**

**Bonds**

**Aaa** -- Bonds which are rated **Aaa** are judged to be of the best quality. They carry the smallest degree of investment risk and are generally referred to as "gilt edged." Interest payments are protected by a large or by an exceptionally stable margin and principal is secure. While the various protective elements are likely to change, such changes as can be visualized are most unlikely to impair the fundamentally strong position of such issues.

**Aa** -- Bonds which are rated **Aa** are judged to be of high quality by all standards. Together with the **Aaa** group they comprise what are generally known as high grade bonds. They are rated lower than the best bonds because margins of protection may not be as large as in **Aaa** securities or fluctuation of protective elements may be of greater amplitude or there may be other elements present which make the long-term risk appear somewhat larger than the **Aaa** securities.

**A** -- Bonds which are rated **A** possess many favorable investment attributes and are to be considered as upper-medium-grade obligations. Factors giving security to principal and interest are considered adequate, but elements may be present which suggest a susceptibility to impairment sometime in the future.

**Baa** -- Bonds which are rated **Baa** are considered as medium grade obligations, (i.e., they are neither highly protected nor poorly secured). Interest payments and principal security appear adequate for the present but certain protective elements may be lacking or may be characteristically unreliable over any great length of time. Such bonds lack outstanding investment characteristics and in fact have speculative characteristics as well.

**Ba** -- Bonds which are rated **Ba** are judged to have speculative elements; their future cannot be considered as well-assured. Often the protection of interest and principal payments may be very moderate, and thereby not

II-84

well safeguarded during both good and bad times over the future. Uncertainty of position characterizes bonds in this class.

**B** -- Bonds which are rated **B** generally lack characteristics of the desirable investment. Assurance of interest and principal payments or of maintenance of other terms of the contract over any long period of time may be small.