UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| LISA SVENSSON,<br><br>                  Plaintiff,<br><br>    v.<br><br>PUTNAM INVESTMENTS, LLC,<br><br>                  Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)   CIVIL ACTION<br>)   NO. 04-12711-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S SUPPLEMENTAL OBJECTIONS
TO PLAINTIFF'S AMENDED PRETRIAL DISCLOSURES**

Defendant, Putnam Investments LLC ("Putnam"), supplements its opposition to plaintiff, Lisa Svensson's ("Svensson") pretrial disclosures. On April 22, 2008, Svensson filed her initial pretrial disclosures, and Putnam objected to those disclosures on April 29, 2008, in accordance with this Court's scheduling Order. On April 30, 2008, Svensson belatedly filed Amended Pretrial Disclosures. Putnam now opposes Svensson's additional disclosures.

Putnam objects to Svensson's Amended Disclosures Nos. 390 through 416 on relevance, foundation, and hearsay grounds. Also, these documents cannot be located from public sources. Putnam further objects to Svensson's Amended Disclosures Nos. 417 through 444 on relevance, foundation and hearsay grounds.

Because Svensson has amended her disclosure number scheme multiple times, Putnam reserves the right to make additional objections based on any unclear or unanticipated number changes.

**PUTNAM INVESTMENTS, LLC,**

By its attorneys,

/s/ Joseph L. Kociubes
Joseph L. Kociubes, BBO #276360
joe.kociubes@bingham.com
Louis A. Rodriques, BBO #424720
louis.rodriques@bingham.com
Allyson E. Kurker, BBO #665231
allyson.kurker@bingham.com
Jennifer L. Holden, BBO #663467
jennifer.holden@bingham.com
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
617.951.8000

Dated: May 7, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 7, 2008.

/s/ Jennifer L. Holden, BBO #663467
jennifer.holden@bingham.com