UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA SVENSSON,<br><br>      Plaintiff,<br><br>v.<br><br>PUTNAM INVESTMENTS, LLC,<br><br>      Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>) CIVIL ACTION<br>) NO. 04-12711-PBS<br>)<br>)<br>)<br>)<br>)<br>) |

**DEFENDANT'S OPPOSITION TO PLAINTIFF'S
MOTION FOR ORDER THAT CERTAIN MORNINGSTAR
REPORTS ARE ADMISSIBLE UNDER FED. R. EVID. 803(17)**

Defendant, Putnam Investments, opposes Plaintiff, Lisa Svensson's ("Svensson"), Motion for Order that Certain Morningstar Reports Proposed by Her as Trial Exhibits are Admissible Under Fed R. Evid. 801(17). Putnam states the following in support of its Opposition:

**I. ANY RULING ON SVENSSON'S MOTION ON THE PRESENT RECORD IS PREMATURE SINCE SVENSSON HAS FAILED TO LAY AN APPROPRIATE FOUNDATION FOR THE ADMISSIBILITY OF THE MORNINGSTAR REPORTS, EVEN IF THE REPORTS FALL WITHIN A HEARSAY EXCEPTION (WHICH THEY DO NOT).**

Without so much as showing this Court a single Morningstar document, Svensson asks this Court to rule that the 27 so-called "Morningstar Reports" she listed in her Rule 26(a)(3) disclosures be deemed admissible. The entire basis of Svensson's argument is that Morningstar Reports fit within the exception to the hearsay rule set forth in Fed. R. Evid. 803(17). Yet, Svensson does not make even a passing attempt at laying a foundation for the admissibility of the

Reports, even assuming that the Reports are not hearsay in whole or in part. (As discussed in Section II below, the Reports do not fit within the exception delineated in Fed. R. Evid. 803(17)). Nor does Svensson explain how and why, even if one such Report were to be admissible in whole or in part, *all* information in *all* such Reports is relevant, admissible and not hearsay.

In order for each Morningstar Report to be admissible, Svensson must first lay a foundation showing that the Report contains information relevant to some issue in this case. Svensson's motion wholly fails to do so. Svensson does not offer any explanation as to why she wants to introduce the Morningstar Reports, or to what issue they might be relevant. Svensson's Motion does not demonstrate that Putnam used or relied on the specific Morningstar Reports she proposes to introduce (or even on Morningstar Reports generally) in connection with any of the employment decisions at issue in this case, or in connection with compensation, job assignment or termination decisions generally. Instead, Svensson's Eighth Affidavit (submitted in connection with her motion) asserts in conclusory terms only that "Putnam's Investment Division relied upon Morningstar reports," without explaining how and why (and for what purpose) Putnam allegedly relied upon such reports. Nor does she demonstrate that any Morningstar report that Putnam allegedly relied upon are the *specific* reports (or even the specific *types* of reports) that she proposes to admit.[1]

Svensson also asserts that Putnam encouraged her and others to "talk" to Morningstar, that Putnam provided information to Morningstar, and that Putnam suggested to shareholders that they might consider information that they can obtain from Morningstar in deciding whether and how to invest. Once again, Svensson nowhere explains how these facts (even if all true) make *all* of the *specific* Morningstar Reports that she proposes to introduce admissible in bulk. By Svensson's logic, if Putnam buys copies of the *Boston Globe*, encourages its analysts and portfolio managers to talk to business reporters of the *Globe*, and refers shareholders to the

---

[1] Morningstar is a so-called rating or ranking company that publishes many different types of evaluative reports about many types of investments.

*Globe* for stock price quotes, then everything in the *Globe's* Business Section (if not the entire newspaper) becomes admissible in her case for all purposes.

Had Svensson attached an example of the type of Report that she proposes to introduce, the flaws in her argument that all of her Reports should simply be admitted in bulk would be apparent. Attached as Exhibit A are three of the dozens of Morningstar Reports that Svensson has designated as Exhibits. These three Reports are evaluations by Morningstar of three Putnam mutual funds, known as Putnam Health Sciences A, Putnam Small Cap Value A and Putnam Equity Income A. It is undisputed that Svensson never served as a portfolio manager for any of these three funds, nor did she ever serve on the teams that managed them. The teams that managed the three funds reported to different Chief Investment Officers than the CIO to whom Svensson reported, and shared in different bonus pools. Svensson's career at Putnam consisted of her serving as an analyst of large cap stocks and as a manager of a large cap growth fund, not as a small cap value stock manager or analyst or health stock analyst or manager. Several of the managers of these funds have not been listed by Svensson as alleged comparators. At least one of the reports (the one referring to Putnam Equity Income A) itself makes clear that Putnam does not rely on Morningstar to rank its funds, since the Report itself indicates that "the team now uses the Russell 1000 Value Index as a benchmark." *See* Exhibit A. Svensson has thus failed to lay a foundation for a ruling that each and every such Report is admissible.

Finally, the top of each of the Reports that Svensson proposes to admit contains the following legend: "Published December 15, 2001. For client and/or internal reporting purposes only." Putnam did not produce any Morningstar Reports in discovery (the bulk of which were produced to Putnam for the first time on April 30, 2008), and has been unable to locate any publicly available Morningstar Reports for the date December 15, 2001. There is no indication whether these are final reports or some draft or iteration. At a minimum, further foundation is needed on this issue.

## II. THE MORNINGSTAR REPORTS ARE HEARSAY AND DO NOT FALL WITHIN THE EXCEPTION SET FORTH IN FEDERAL RULE OF EVIDENCE 803(17)

Without establishing a foundation for each Morningstar report, Svensson simply argues that the reports are not hearsay since they fall within the exception set forth in Federal Rule of Evidence 803(17). Rule 803(17) provides that the following types of materials may not be hearsay: "Market quotations, tabulations, lists, directories, or other published compilations, generally used and relied upon by the public or by persons in particular occupations." Fed. R. Evid. 803(17). However, the Morningstar reports are not a mere "compilation" of data (as closing stock prices in a newspaper might be). Instead, they contain *substantial* analytical and evaluative material. As discussed below, that fact alone removes the reports from the purview of Rule 803(17). Svensson also argues that Morningstar Reports fit within Rule 803(17) because they are "trustworthy and accurate," and because their reliability is "assured by Morningstar's need to maintain the accuracy of its information or risk loosing [sic] its customers." Motion at 4. The problem with this argument is that *Morningstar explicitly refuses to warrant the accuracy of the information in the reports*. *See* Section B below. The Morningstar reports are thus hearsay, and do not fall within the exception defined by Rule 803(17).

### A. The Rule Allows for the Admission of Lists or Compilations of Data; It Does Not Contemplate the Admission of Evaluative Information or Analyses

The cases cited by Svensson highlight that the hearsay exception defined by Rule 803(17) is reserved specifically for "Market quotations, tabulations, lists, directories, or other published compilations." Fed. R. Evid. 803(17). The cases that rule that such compilations and lists are not hearsay focus on the fact that they consist of little more than data compilations, such as the stock price quotes in the *Wall Street Journal*. *See, i.e., United States v. Cassiere,* 4 F.3d 1006, 1018-19 (1st Cir. 1993) (admitting "a monthly listing of properties sold, the sales prices, and the dates the sales were closed."); *United States v. Grossman,* 614 F.2d 295, 297 (1st Cir. 1980) (admitting "the compilation of data in the catalog concerning the descriptions and value of Colibri lighters"); *United States v. Anderson,* 532 F.2d 1218, 1225 (9th Cir. 1976) (admitting

stock quotes from Wall Street Journal to prove value of stock, holding "accredited price-current lists and market reports … which are accepted as trustworthy, are admissible in evidence."). Where, however, the material is evaluative or analytical, courts have ruled that Rule 803(17)'s hearsay exception does not apply. *See, e.g., White Industries, Inc. v. Cessna Aircraft Co.,* 611 F.Supp 1049, 1068 (W.D. Mo. 1985) (prospectus and 10-k form filed with the SEC ruled inadmissible because the "kinds of publications contemplated by the rule are those which deal with compilations of relatively straightforward objective facts not requiring, for their statement, a subjective analysis of other facts.") (citations omitted); *see also Coast Federal Bank, FSB v. United States,* 48 Fed. Cl. 402, 449 (2000) (excluding "three articles that appear to contain more evaluation than reporting").

As the Morningstar reports attached hereto as Exhibit A make clear, the reports are chock full of evaluative material. Each report contains an "Analysis" section, a "Risk Analysis" section, and a "Portfolio Analysis" section. *See* Exhibit A. Moreover, the entire structure of the report involves a comparison of a given fund to a "Morningstar Category" of funds (referred to as "Mstar Category" in the top right of the report) - that is, to an unspecified group of funds that *Morningstar believes* is a comparable group of funds, using metrics that *Morningstar believes* are the correct metrics. That fact alone makes the reports analysis rather than a data compilation.

In an effort to justify the application of Rule 803(17), Svensson cites *Kuper v. Quantum Chemicals Corporation*, 852 F. Supp,. 1389, 1397-98 (S.D. Ohio 1994) for the proposition that certain analysts reports fit within the exception to Rule 803(17). Svensson quotes two sentences from the opinion, but omits the very next sentence in which the court made clear that its ruling was colored by the fact that "the offered reports are *not* hearsay in the context in which the Court has considered them, as they have been offered *not* to prove the truth of the matter asserted (*i.e.,* that Quantum stock continued to be a good investment, which, in retrospect, it clearly was not), *see* Fed. R. Evid. 801(c), but rather to establish that reasonable persons with full knowledge of the then-existing facts could have concluded, rightly or wrongly, that buying or holding Quantum stock was a prudent investment decision." Id. at 1398, n.4 (emphasis in original).

Because the Morningstar reports are not data compilations, but rather are Morningstar's analysis of the funds in question, they do not fall within Rule 803(17).

      **B.     Each Morningstar Report States it is Not Warranted to be Accurate, Correct, Complete, or Timely, Such that Rule 803(17) does not Apply.**

The *sine qua non* of any material that falls within Rule 803(17) is that it is a data compilation that is *generally regarded to be accurate and trustworthy*. *See, e.g., United States v. Anderson,* 532 F.2d 1218, 1225 (9th Cir. 1976) (allowing in stock quotes from Wall Street Journal … which are accepted as trustworthy, are admissible in evidence."). Svensson's motion concedes this point but *argues* that the reliability of her proposed exhibits is "assured by Morningstar's need to maintain the accuracy of its information or risk loosing [sic] its customers." Motion at 4. Newspapers have an interest in the accuracy of their reports or they may risk losing readers. That does not mean that newspaper articles are exempted for the hearsay rule. Moreover, Svensson cites no *evidence* that the industry regards the particular reports that she proposes to introduce as trustworthy. What is worse, however, is that *the very Morningstar Reports that Svensson proposes to admit disclaim her assertion*. The following legend appears at the very bottom of each of the Reports that Svensson proposes to admit: "Copyright 2001 Morningstar Inc. 312-696-6000. All rights reserved. *The information contained herein is not represented or warranted to be accurate, correct, complete or timely.* Past performance is no guarantee of future performance. Visit our investment web site at www.morningstar.com." (Emphasis added.) Thus, *Morningstar itself* makes no representation that the information in its Reports is accurate. The requirements of Rule 801(17) simply have not been established by Svensson.

## CONCLUSION

Wherefore, Putnam prays that this Court deny Svensson's Motion for an Order that certain Morningstar Reports are admissible.

**PUTNAM INVESTMENTS, LLC,**

By its attorneys,

/s/ Joseph L. Kociubes
Joseph L. Kociubes, BBO #276360
joe.kociubes@bingham.com
Louis A. Rodriques, BBO #424720
louis.rodriques@bingham.com
Allyson E. Kurker, BBO #665231
allyson.kurker@bingham.com
Jennifer L. Holden, BBO #663467
jennifer.holden@bingham.com
**BINGHAM McCUTCHEN LLP**
150 Federal Street
Boston, MA  02110-1726
617.951.8000

Dated: May 8, 2008

## CERTIFICATE OF SERVICE

I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 8, 2008.

/s/ Jennifer L. Holden, BBO #663467
jennifer.holden@bingham.com

# Exhibit A

Published December 15, 2001. For internal and/or client reporting purposes only.

# Putnam Health Sciences A

| | | |
|---|---|---|
| Ticker | PHSTX | |
| Load | 5.75% | |
| NAV | $66.31 | |
| Yield | 0.0% | |
| Total Assets | $5,904.5 mil | |
| Mstar Category | Spec.–Health Care | |

**Prospectus Objective:** Speciality—Health

Putnam Health Sciences Trust - Class A seeks capital appreciation.

The fund invests mainly in common stocks and other securities of companies in the health-science industries with a focus on growth stocks. It invest mainly in mid-sized and large companies. The fund may invest in foreign securities.

Class A shares have front loads and 12b-1 fees; B shares have deferred loads, conversion features, and higher 12b-1 fees; C shares have level loads and higher 12b-1 fees; M shares have lower front loads and higher 12b-1 fees; Y shares are for institutional investors only.

**Historical Profile**
Return: Average
Risk: Average
Rating: ★★★ Neutral

**Investment Style:** Equity
Average Stock %: 96%, 94%, 98%, 97%, 98%, 93%, 99%

▼ Manager Change
▽ Partial Manager Change

**Fund Performance vs. Category Average**
- Quarterly Fund Return
- +/- Category Average
- Category Baseline

**Performance Quartile** (within Category)

### Portfolio Manager(s)
Richard B. England, CFA. Since 4-97.
David G. Carlson, CFA. Since 4-97.
Margery C. Parker. Since 12-98.
Margaret D. Smith. Since 10-00.

| 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 11-01 | History |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 23.96 | 32.68 | 26.89 | 26.58 | 29.83 | 42.61 | 46.23 | 54.57 | 64.03 | 61.20 | 81.38 | 66.31 | NAV |
| 15.51 | 49.07 | -10.70 | -0.04 | 15.16 | 47.00 | 12.43 | 32.37 | 27.10 | -4.42 | 40.02 | -18.52 | Total Return % |
| 18.63 | 18.58 | -18.31 | -10.10 | 13.84 | 9.47 | -10.52 | -0.98 | -1.47 | -25.46 | 49.13 | -5.88 | +/- S&P 500 |
| 21.69 | 14.86 | -19.67 | -11.32 | 15.23 | 10.55 | -8.77 | 1.08 | 3.67 | -27.98 | 50.96 | -6.05 | +/- Wilshire 5000 |
| 1.63 | 1.11 | 0.40 | 0.89 | 0.97 | 0.91 | 0.20 | 0.05 | 0.00 | 0.00 | 0.00 | 0.00 | Income Return % |
| 13.88 | 47.96 | -11.10 | -0.93 | 14.19 | 46.10 | 12.23 | 32.32 | 27.10 | -4.42 | 40.02 | -18.52 | Capital Return % |
| 50 | 50 | 54 | 64 | 11 | 50 | 31 | 1 | 32 | 89 | 59 | 74 | Total Rtn % Rank Cat |
| 0.35 | 0.27 | 0.13 | 0.24 | 0.26 | 0.27 | 0.09 | 0.02 | 0.00 | 0.00 | 0.00 | 0.00 | Income $ |
| 0.50 | 2.48 | 2.22 | 0.05 | 0.52 | 0.92 | 1.60 | 6.42 | 5.01 | 0.09 | 4.18 | 0.00 | Capital Gains $ |
| 1.18 | 1.18 | 1.20 | 1.13 | 1.12 | 1.12 | 1.10 | 1.08 | 1.00 | 0.95 | 0.94 | — | Expense Ratio % |
| 1.44 | 1.27 | 0.61 | 0.91 | 0.96 | 0.70 | 0.43 | 0.26 | -0.02 | -0.11 | -0.12 | — | Income Ratio % |
| 37 | 27 | 42 | 45 | 23 | 20 | 11 | 45 | 40 | 79 | 67 | — | Turnover Rate % |
| 376.1 | 906.4 | 975.0 | 788.4 | 792.0 | 1,140.6 | 1,289.3 | 1,908.3 | 2,924.3 | 2,864.2 | 4,228.1 | 3,375.4 | Net Assets $mil |

### Performance 11-30-01

| | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total |
|---|---|---|---|---|---|
| 1997 | 1.10 | 20.26 | 6.94 | 1.81 | 32.37 |
| 1998 | 14.75 | 1.57 | -6.37 | 16.47 | 27.10 |
| 1999 | -5.03 | -2.34 | -5.76 | 9.34 | -4.42 |
| 2000 | 15.20 | 14.62 | 7.03 | -0.92 | 40.02 |
| 2001 | -22.51 | 8.37 | -5.71 | — | — |

| Trailing | Total Return% | +/- S&P 500 | +/- Wil 5000 | % Rank All Cat | Growth of $10,000 |
|---|---|---|---|---|---|
| 3 Mo | 0.79 | -0.07 | 0.32 | 31  86 | 10,079 |
| 6 Mo | -3.42 | 5.23 | 5.29 | 41  78 | 9,658 |
| 1 Yr | -14.90 | -2.69 | -3.99 | 73  75 | 8,510 |
| 3 Yr Avg | 5.44 | 4.90 | 4.62 | 31  87 | 11,723 |
| 5 Yr Avg | 12.79 | 2.73 | 3.72 | 6  63 | 18,254 |
| 10 Yr Avg | 13.53 | -0.53 | 0.27 | 14  72 | 35,568 |
| 15 Yr Avg | 15.56 | 2.09 | 2.89 | 4  62 | 87,570 |

| Tax Analysis | Tax-Adj Ret% | %Rank Cat | %Pretax Ret | %Rank Cat |
|---|---|---|---|---|
| 3 Yr Avg | 4.55 | 87 | 83.5 | 74 |
| 5 Yr Avg | 11.30 | 60 | 88.3 | 36 |
| 10 Yr Avg | 12.01 | 54 | 88.8 | 27 |

Potential Capital Gain Exposure: 27% of assets

### Analysis by Peter Di Teresa 09-04-01

A manager change shouldn't have much effect on this fund, but that's a mixed blessing.

When Putnam let go of several managers in mid-April, Putnam Health Sciences lost David Carlson, who had been here for four years. But Putnam funds have multiple portfolio managers, so when one goes there's still continuity at the fund. And the family's funds tend to have clear investment guidelines circumscribing what the managers can do.

The virtue of that system is that shareholders know what to expect, even when the manager changes. The downside for shareholders is that a leadership change alone isn't going to turn the fund into a contender.

This fund's approach to health investing is moderate. It maintains a solid block of assets—usually about half—in large-cap drug companies. The next-largest position is generally biotechs, which are now 16% of the portfolio, followed by positions in hospitals and other services firms, and medical technology.

That mix tends to put the fund on the conservative side of its peers, and it has historically resulted in modest volatility with competitive but unremarkable returns. Recently, though, that style has been a liability. Big-cap pharmaceuticals were a drag on returns in 1999, and with blowups such as McKesson HBOC, the fund lost money while the health category posted a 20% gain. Although the fund had no major blowups in 2000, big-cap drug companies lagged, and the fund earned a subpar return. The fund has been suffering this year, too, as the market has been hostile to many of its mainstream picks. The fund's 19.2% loss for the year to date through August 31 landed it in the group's worst 35%.

The fund's recent weakness has dragged down a record that was competitive, if not compelling. Without clear indications that the fund can at least get back to that level, we can't recommend it.

### Risk Analysis

| Time Period | Load-Adj Return % | Risk %Rank All | Cat | Morningstar Return Risk | Morningstar Risk-Adj Rating |
|---|---|---|---|---|---|
| 1 Yr | -19.79 | | | | |
| 3 Yr | 3.38 | 57 | 46 | -0.34  0.80 | ★★★ |
| 5 Yr | 11.46 | 60 | 38 | 1.56  0.83 | ★★★★ |
| 10 Yr | 12.86 | 79 | 50 | 1.11  1.04 | ★★★ |

Average Historical Rating (195 months): 3.4★s
*1=low, 100=high   † T-Bill return substituted for category avg.*

**Category Rating (3 Yr):** 2 (Worst ... Best)

| Other Measures | Standard Index S&P 500 | Best Fit Index Wil 4500 |
|---|---|---|
| Alpha | 2.9 | 1.6 |
| Beta | 0.30 | 0.35 |
| R-Squared | 8 | 30 |
| Standard Deviation | 19.16 | |
| Mean | 5.44 | |
| Sharpe Ratio | 0.03 | |

Return: Below Avg
Risk: Average

### Portfolio Analysis 08-31-01

Share chng since 02-01 Total Stocks: 81

| Subsector | PE | YTD Ret% | % Assets |
|---|---|---|---|
| ⊕ Pfizer | Gen Pharm/Bio | 37.7 | -4.89 | 7.18 |
| ⊕ Glaxo Wellcome PLC ADR | Gen Pharm/Bio | 24.7 | -7.98 | 4.97 |
| ⊕ Johnson & Johnson | Gen Pharm/Bio | 31.2 | 12.37 | 4.84 |
| ⊕ American Home Products | Gen Pharm/Bio | — | -3.92 | 4.44 |
| ⊕ Schering-Plough | Gen Pharm/Bio | 22.2 | -36.00 | 4.35 |
| ⊖ Merck | Gen Pharm/Bio | 22.0 | -26.50 | 4.22 |
| ⊕ Pharmacia | Chemicals | 38.0 | -26.40 | 3.90 |
| Astrazeneca ADR | Gen Pharm/Bio | 31.6 | -10.40 | 3.79 |
| ⊕ Amgen | Gen Pharm/Bio | 62.1 | 3.90 | 3.42 |
| ⊕ Bristol-Myers Squibb | Gen Pharm/Bio | 21.3 | -22.00 | 3.26 |
| ⊕ Medtronic | Medical Devices | 54.4 | -21.39 | 3.23 |
| ⊕ HCA – The Healthcare Company | Hospitals | 24.2 | -11.60 | 3.02 |
| ⊖ Eli Lilly | Gen Pharm/Bio | 30.4 | -9.92 | 2.67 |
| ⊕ Cardinal Health | Health | 37.1 | 2.97 | 2.58 |
| Aventis Cl A | Gen Pharm/Bio | NMF | — | 2.37 |
| ⊖ Allergan | Gen Pharm/Bio | 49.0 | -21.80 | 2.06 |
| ☆ Genzyme Corporation General Di | Emg. Pharm/Bio | — | 21.46 | 2.02 |
| Abbott Labs | Gen Pharm/Bio | 50.9 | 15.50 | 1.75 |
| ⊕ Quest Diagnostics | Diagnostics | 44.1 | -13.00 | 1.56 |
| Elan ADR | Gen Pharm/Bio | 40.2 | -5.54 | 1.52 |
| ⊕ Invitrogen | Health | — | -20.90 | 1.50 |
| ⊖ UnitedHealth Grp | HMOs/PPOs | 26.9 | 16.48 | 1.44 |
| ⊖ MedImmune | Gen Pharm/Bio | 74.6 | -7.65 | 1.22 |
| ⊖ Gilead Sciences | Emg. Pharm/Bio | — | 74.13 | 1.16 |
| ⊕ Ivax | Gen Pharm/Bio | 20.4 | -32.70 | 1.15 |

### Current Investment Style

Style: Value Blnd Growth (Large/Med/Small)

| | Stock Port Avg | Relative S&P 500 Current | Hist | Rel Cat |
|---|---|---|---|---|
| Price/Earnings Ratio | 36.6 | 1.27 | 1.34 | 0.89 |
| Price/Book Ratio | 9.6 | 1.79 | 1.60 | 1.05 |
| Price/Cash Flow | 26.5 | 1.54 | 1.53 | 0.93 |
| 3 Yr Earnings Growth | 15.5 | 1.06 | 0.89 | 0.78 |
| 1 Yr Earnings Est% | 22.4 | — | — | 0.98 |
| Med Mkt Cap $mil | 53,517 | | 1.0  1.0 | 2.43 |

### Special Securities % assets 08-31-01

| | |
|---|---|
| Restricted/Illiquid Secs | Trace |
| Emerging-Markets Secs | 1 |
| Options/Futures/Warrants | Yes |

### Composition % assets 08-31-01

| | | Market Cap | |
|---|---|---|---|
| Cash | 1.4 | Giant | 57.5 |
| Stocks | 98.6 | Large | 21.4 |
| Bonds | 0.0 | Medium | 18.6 |
| Other | 0.0 | Small | 2.6 |
| *Foreign (% stocks) | 17.8 | Micro | 0.0 |

### Subsector Weightings

| | % of Stocks | Rel Cat |
|---|---|---|
| Gen Pharm/Bio | 60.7 | 1.4 |
| Medical Devices | 5.1 | 0.9 |
| Hospitals | 3.7 | 1.2 |
| Other Providers | 0.0 | 0.0 |
| HMOs/PPOs | 3.9 | 1.8 |
| Emg. Pharm/Bio | 5.5 | 0.3 |
| Diagnostics | 2.5 | 1.8 |
| Tech/Bus Svs | 0.7 | 0.3 |
| Other | 18.1 | 0.8 |

| | |
|---|---|
| Address: | One Post Office Square, Boston, MA 02109; 800-225-1581 / 617-292-1000 |
| Web Address: | www.putnaminvestments.com |
| Inception: | 05-28-82 |
| Advisor: | Putnam Inv. Mgmt. |
| Subadvisor: | None |
| NTF Plans: | Fidelity Inst. |
| Minimum Purchase: | $500  Add: $50  IRA: $250 |
| Min Auto Inv Plan: | $25  Add: $25 |
| Sales Fees: | 5.75%L, 0.35%B |
| Management Fee: | 70% mx / 50% mn. |
| Actual Fees: | Mgt: 0.60%  Dist: 0.25% |
| Expense Projections: | 3Yr: $90*  5Yr: $114*  10Yr: $182* |
| Avg Brok Commission: | — |
| Income Distrib: | Annually |
| Total Cost (relative to category): | — |

©2001 Morningstar, Inc. 312-696-6000. All rights reserved. The information contained herein is not represented or warranted to be accurate, correct, complete or timely. Past performance is no guarantee of future performance. Visit our investment web site at www.morningstar.com

**MORNINGSTAR Mutual Funds**

Published December 15, 2001. For internal and/or client reporting purposes only.

# Putnam Small Cap Value A

| Ticker | Load | NAV | Yield | Total Assets | Mstar Category |
|---|---|---|---|---|---|
| PSLAX | 5.75% | $13.30 | 0.0% | $954.9 mil | Small Value |

**Prospectus Objective:** Growth

Putnam Small Cap Value Fund - Class A seeks capital appreciation.

The fund normally invests in common stocks of small and medium-sized companies similar in size to the Russell 2000 Index. It typically invests in companies that have market capitalizations of less than $500 million. The fund may invest in foreign securities including emerging markets securities. It may also invest in preferred stocks, convertible securities, derivative instruments and fixed-income securities.

Class A shares have front loads and lower 12b-1 fees; B shares have deferred loads and full 12b-1 fees; C shares have level loads and full 12b-1 fees.

### Historical Profile
Return —
Risk —
Rating Not Rated

**Investment Style** Equity
Average Stock %

▼ Manager Change
▽ Partial Manager Change

**Fund Performance vs. Category Average**
▮ Quarterly Fund Return
+/– Category Average
— Category Baseline

**Performance Quartile** (within Category)

### Portfolio Manager(s)

Edward T. Shadek Jr. Since 4-99. BA Pomona C.; MBA Harvard Graduate School of Business. Other funds currently managed: Putnam Small Cap Value B, Putnam Small Cap Value C, Putnam Mid Cap Value A.

Jeffrey W Netols, CFA. Since 4-99. BA U. of Wisconsin; MBA U. of Wisconsin. Other funds currently managed: Putnam Small Cap Value B, Putnam Small Cap Value C, Putnam Small Cap Value M.

| | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 11-01 | History |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | — | — | — | — | — | — | — | — | — | 9.70 | 12.03 | 13.30 | NAV |
| | — | — | — | — | — | — | — | — | — | 15.02 | 24.43 | 10.56 | Total Return % |
| | — | — | — | — | — | — | — | — | — | 5.14* | 33.53 | 23.20 | +/– S&P 500 |
| | — | — | — | — | — | — | — | — | — | — | 1.62 | 3.11 | +/– Russell 2000 V |
| | — | — | — | — | — | — | — | — | — | 0.42 | 0.00 | 0.00 | Income Return % |
| | — | — | — | — | — | — | — | — | — | 14.60 | 24.43 | 10.56 | Capital Return % |
| | — | — | — | — | — | — | — | — | — | — | 25 | 44 | Total Rtn % Rank Cat |
| | — | — | — | — | — | — | — | — | — | 0.04 | 0.00 | 0.00 | Income $ |
| | — | — | — | — | — | — | — | — | — | 0.04 | 0.04 | 0.00 | Capital Gains $ |
| | — | — | — | — | — | — | — | — | — | — | 1.38 | 1.31 | Expense Ratio % |
| | — | — | — | — | — | — | — | — | — | — | -0.57 | 0.25 | Income Ratio % |
| | — | — | — | — | — | — | — | — | — | — | 42 | 34 | Turnover Rate % |
| | — | — | — | — | — | — | — | — | — | 66.9 | 209.2 | 477.5 | Net Assets $mil |

### Performance 11-30-01

| | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total |
|---|---|---|---|---|---|
| 1997 | — | — | — | — | — |
| 1998 | — | — | — | — | — |
| 1999 | — | — | -10.07 | 5.24 | 15.02 * |
| 2000 | 7.01 | -0.19 | 7.24 | 8.64 | 24.43 |
| 2001 | 1.25 | 15.02 | -14.06 | — | — |

| Trailing | Total Return% | +/- S&P 500 | +/- Russ 2000V | % Rank All | % Rank Cat | Growth of $10,000 |
|---|---|---|---|---|---|---|
| 3 Mo | -4.25 | -5.11 | -2.09 | 89 | 81 | 9,575 |
| 6 Mo | -0.60 | 8.06 | 0.25 | 35 | 41 | 9,940 |
| 1 Yr | 24.01 | 36.22 | 5.02 | 2 | 32 | 12,401 |
| 3 Yr Avg | — | — | — | — | — | — |
| 5 Yr Avg | — | — | — | — | — | — |
| 10 Yr Avg | — | — | — | — | — | — |
| 15 Yr Avg | — | — | — | — | — | — |

| Tax Analysis | Tax-Adj Ret% | %Rank Cat | %Pretax Ret | %Rank Cat |
|---|---|---|---|---|
| 3 Yr Avg | — | — | — | — |
| 5 Yr Avg | — | — | — | — |
| 10 Yr Avg | — | — | — | — |

Potential Capital Gain Exposure: 12% of assets

### Analysis by William Samuel Rocco 10-22-01

This diversification fan has shown real potential during its short life.

Putnam Small Cap Value Fund has ranked among the least concentrated offerings in the small-value group ever since it opened in early 1999. Indeed, it had just 10% of its assets in its top-10 holdings as of Sept. 30, 2001, while the average small-value offering had 29% of its assets in its top 10.

The fund continues to have broader sector exposure than most of its rivals as well. Comanagers Edward Shadek and Sheldon Simon still aren't shy about looking at the traditional growth industries as they seek out undervalued stocks with catalysts for improvement. They added to some of their health-care and tech names this summer, including Omnicare and American Management Systems, and the fund has more exposure to both areas than the typical small-value offering. But they also beefed up their positions in cyclical stocks, buying issues like the building-materials distributor Hughes Supply and Tupperware. Thus, the fund is also overweighted in the industrial sector.

This sector balance has kept the fund afloat this year. While the oversized health-care and tech positions have done more harm than good, several of their cyclical picks have come through. General Cable has jumped 140%, for example. And a handful of their financials selections, including Webster Financial and Sovereign Bancorp, have posted nice returns. As a result, the fund is in the middle of the small-value pack for the year to date through Oct. 19, 2001.

The fund fared significantly better with its wide-ranging approach in 2000, its first full calendar year, so its since-inception returns are good. And though it's too young to get a risk score, its issue and sector diversification should keep volatility under wraps.

All in all, we think small-value investors should keep an eye on this fund.

| Address: | One Post Office Square, Boston, MA 02109 |
|---|---|
| | 617-292-1000 / 800-225-1581 |
| Web Address: | www.putnaminvestments.com |
| *Inception: | 04-13-99 |
| Advisor: | Putnam Inv. Mgmt. |
| Subadvisor: | None |
| NTF Plans: | Fidelity Inst. |

| Minimum Purchase: | $500 | Add: $50 | IRA: — |
|---|---|---|---|
| Min Auto Inv Plan: | $25 | Add: $25 | |
| Sales Fees: | 5.75%L, 0.35%B | | |
| Management Fee: | .80% mx/.53% mn. | | |
| Actual Fees: | Mgt: 0.80% | Dist: 0.25% | |
| Expense Projections: | 3Yr: $1022 | 5Yr: — | 10Yr: — |
| Avg Brok Commission: | — | Income Distrib: Annually | |
| Total Cost (relative to category): | -999 | | |

### Risk Analysis

| Time Period | Load-Adj Return % | Risk %Rank All | Risk %Rank Cat | Morningstar Return | Morningstar Risk | Morningstar Risk-Adj Rating |
|---|---|---|---|---|---|---|
| 1 Yr | 16.88 | — | — | — | — | — |
| 3 Yr | — | — | — | — | — | — |
| 5 Yr | — | — | — | — | — | — |
| Incept | 16.37 | — | — | — | — | — |

Average Historical Rating —

1=low, 100=high

| Category Rating (3 Yr) | Other Measures | Standard Index S&P 500 | Best Fit Index |
|---|---|---|---|
| | Alpha | — | — |
| | Beta | — | — |
| | R-Squared | — | — |
| | Standard Deviation | — | |
| Return | Mean | — | |
| Risk | Sharpe Ratio | — | |

### Portfolio Analysis 08-31-01

Share change since 02-01 Total Stocks: 225

| | Sector | PE | YTD Ret% | % Assets |
|---|---|---|---|---|
| ⊕ Omnicare | Health | 32.9 | -0.73 | 1.51 |
| ⊕ Sierra Pacific Resources | Utilities | — | -3.87 | 1.38 |
| ⊕ General Cable | Industrials | 75.0 | 174.90 | 1.35 |
| ⊕ AAR | Industrials | 13.8 | -34.20 | 1.29 |
| ⊕ Anixter Intl | Technology | 26.9 | 33.04 | 1.11 |
| ⊕ GenCorp | Industrials | 17.2 | 33.80 | 1.07 |
| ⊕ Webster Finl | Financials | 11.8 | 10.15 | 1.04 |
| ⊕ Hughes Sply | Industrials | 21.5 | 52.29 | 1.02 |
| ⊕ Sovereign Bancorp | Financials | NMF | 37.40 | 1.01 |
| ⊕ Tupperware | Industrials | 20.5 | -1.06 | 1.00 |
| ⊕ Pentair | Industrials | 47.9 | 49.79 | 0.97 |
| ✯ Universal Compression | Energy | — | -28.60 | 0.95 |
| ⊕ PolyOne | Industrials | — | 75.80 | 0.93 |
| ⊕ US Oncology | Health | — | 0.76 | 0.89 |
| ⊕ Banknorth Grp | Financials | 12.8 | 11.64 | 0.89 |
| ⊕ Claire's Stores | Retail | 20.7 | -19.70 | 0.85 |
| ⊕ Inter-Tel | Technology | 43.2 | 136.70 | 0.84 |
| ⊕ Intl Multifoods | Staples | 23.3 | 12.34 | 0.83 |
| ⊕ CBRL Grp | Services | 20.8 | 42.92 | 0.82 |
| ✯ Borland Software | Technology | 41.3 | 161.40 | 0.81 |
| ⊕ BE Aerospace | Industrials | 13.0 | -48.00 | 0.80 |
| ⊕ Crompton | Industrials | 19.1 | -22.10 | 0.80 |
| ✯ Stewart Enterprises | Services | — | 225.20 | 0.78 |
| ⊕ Fidelity Natl Finl | Financials | 7.8 | -31.30 | 0.77 |
| ⊕ USFreightways | Services | 17.3 | 14.27 | 0.76 |

### Current Investment Style

Style: Value Blend Growth
Size: Large / Med / Small

| | Stock Port Avg | Relative S&P 500 Current | Rel Hist | Rel Cat |
|---|---|---|---|---|
| Price/Earnings Ratio | 23.5 | 0.82 | — | 1.14 |
| Price/Book Ratio | 2.3 | 0.43 | — | 1.03 |
| Price/Cash Flow | 12.0 | 0.70 | — | 0.97 |
| 3 Yr Earnings Growth | 3.9 | 0.27 | — | 0.35 |
| 1 Yr Earnings Est% | -6.4 | 2.96 | — | 2.29 |
| Med Mkt Cap $mil | 755 | 0.0 | — | 0.94 |

### Special Securities % assets 08-31-01

| Restricted/Illiquid Secs | 2 |
|---|---|
| Emerging-Markets Secs | 0 |
| Options/Futures/Warrants | No |

### Composition % assets 08-31-01

| Cash | 3.1 |
| Stocks* | 96.4 |
| Bonds | 0.0 |
| Other | 0.5 |

### Market Cap

| Giant | 0.0 |
| Large | 0.0 |
| Medium | 23.3 |
| Small | 71.0 |
| Micro | 5.7 |

*Foreign (% stocks) 0.0

### Sector Weightings

| | % of Stocks | Rel S&P | 5-Year High | Low |
|---|---|---|---|---|
| Utilities | 1.8 | 0.6 | — | — |
| Energy | 5.9 | 0.8 | — | — |
| Financials | 15.7 | 0.9 | — | — |
| Industrials | 28.4 | 2.5 | — | — |
| Durables | 5.3 | 3.1 | — | — |
| Staples | 4.0 | 0.5 | — | — |
| Services | 11.6 | 1.0 | — | — |
| Retail | 6.4 | 1.0 | — | — |
| Health | 10.1 | 0.7 | — | — |
| Technology | 10.9 | 0.6 | — | — |

©2001 Morningstar, Inc. 312-696-6000. All rights reserved. The information contained herein is not represented or warranted to be accurate, correct, complete or timely. Past performance is no guarantee of future performance. Visit our investment web site at www.morningstar.com

**MORNINGSTAR Mutual Funds**

Published December 15, 2001. For internal and/or client reporting purposes only.

# Putnam Equity Income A

| | Ticker | Load | NAV | Yield | Total Assets | Mstar Category |
|---|---|---|---|---|---|---|
| | PEYAX | 5.75% | $14.62 | 1.7% | $1,983.2 mil | Large Value |

**Prospectus Objective:** Equity–Income

Putnam Equity Income Fund - Class A seeks current income; capital growth is a secondary consideration.

The fund normally invests in common stocks of U.S. companies, with a focus on value stocks that offer the potential for current income and may also offer the potential for capital growth. It typically invests in large companies. The fund may normally invest in securities of foreign issuers. It may invest in preferred stocks, convertible securities, asset-backed securities, mortgage-backed investments and derivatives.

The fund currently offers Class A, B, C, M, and Y shares, all of which differ in fee structure and availability. The fund has gone through several name changes.

**Historical Profile**
Return: Average
Risk: Below Avg
Rating: ★★★★ Above Avg

**Investment Style**
Equity
Average Stock %

▼ Manager Change
▽ Partial Manager Change

**Fund Performance vs. Category Average**
■ Quarterly Fund Return
+/- Category Average
— Category Baseline

**Performance Quartile** (within Category)

| | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 11-01 | History |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 6.61 | 7.81 | 7.77 | 8.72 | 8.51 | 11.10 | 13.12 | 15.50 | 15.60 | 13.94 | 15.39 | 14.62 | NAV |
| | -7.25 | 26.36 | 4.82 | 16.54 | 1.27 | 34.64 | 21.33 | 26.46 | 12.70 | 1.07 | 13.15 | -3.76 | Total Return % |
| | -4.14 | -4.13 | -2.80 | 6.49 | -0.05 | -2.89 | -1.62 | -6.90 | -15.88 | -19.97 | 22.25 | 8.88 | +/- S&P 500 |
| | -3.59 | 8.20 | -4.25 | -3.22 | 3.58 | -5.39 | -0.99 | -9.03 | -8.54 | -9.88 | 10.84 | 6.48 | +/- Russ Top 200 Val |
| | 3.18 | 6.86 | 5.22 | 4.18 | 3.72 | 3.81 | 2.91 | 1.97 | 1.82 | 1.81 | 1.86 | 1.22 | Income Return % |
| | -10.44 | 19.50 | -0.41 | 12.36 | -2.45 | 30.83 | 18.41 | 24.48 | 10.88 | -0.74 | 11.29 | -4.99 | Capital Return % |
| | 62 | 56 | 92 | 26 | 24 | 36 | 38 | 56 | 53 | 73 | 20 | 28 | Total Rtn % Rank Cat |
| | 0.25 | 0.44 | 0.40 | 0.32 | 0.32 | 0.32 | 0.32 | 0.26 | 0.28 | 0.28 | 0.26 | 0.19 | Income $ |
| | 0.86 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.80 | 1.53 | 1.52 | 0.09 | 0.00 | Capital Gains $ |
| | 1.09 | 1.20 | 1.23 | 1.16 | 1.04 | 1.13 | 1.09 | 1.06 | 0.99 | 0.94 | 0.96 | — | Expense Ratio % |
| | 3.30 | 4.13 | 5.57 | 3.40 | 3.67 | 3.32 | 2.61 | 2.02 | 1.68 | 1.62 | 1.88 | — | Income Ratio % |
| | 223 | 198 | 341 | 126 | 82 | 70 | 68 | 82 | 95 | 112 | 74 | — | Turnover Rate % |
| | 567.9 | 421.2 | 332.3 | 329.7 | 306.8 | 402.7 | 577.8 | 899.1 | 1,115.1 | 1,115.7 | 1,132.4 | 1,247.9 | Net Assets $mil |

## Performance 11-30-01

| | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total |
|---|---|---|---|---|---|
| 1997 | 3.26 | 11.79 | 7.00 | 2.38 | 26.46 |
| 1998 | 10.45 | -0.93 | -9.57 | 13.90 | 12.70 |
| 1999 | 2.17 | 8.89 | -10.18 | 1.15 | 1.07 |
| 2000 | -1.85 | -1.46 | 8.80 | 7.53 | 13.15 |
| 2001 | -3.36 | 4.75 | -8.12 | — | — |

| Trailing | Total Return% | +/- S&P 500 | +/- Russ Top 200 Val | % Rank All Cat | Growth of $10,000 |
|---|---|---|---|---|---|
| 3 Mo | -2.28 | -3.14 | 0.11 | 77 73 | 9,772 |
| 6 Mo | -6.01 | 2.65 | 3.69 | 49 17 | 9,399 |
| 1 Yr | 0.70 | 12.91 | 7.83 | 46 32 | 10,070 |
| 3 Yr Avg | 3.86 | 3.31 | 2.05 | 50 36 | 11,203 |
| 5 Yr Avg | 9.27 | -0.79 | -1.20 | 18 36 | 15,578 |
| 10 Yr Avg | 13.31 | -0.75 | -1.37 | 16 40 | 34,897 |
| 15 Yr Avg | 10.95 | -2.52 | -2.19 | 32 66 | 47,536 |

| Tax Analysis | Tax-Adj Ret% | %Rank Cat | %Pretax Ret | %Rank Cat |
|---|---|---|---|---|
| 3 Yr Avg | 1.48 | 42 | 38.3 | 77 |
| 5 Yr Avg | 7.18 | 31 | 77.4 | 29 |
| 10 Yr Avg | 11.39 | 29 | 85.6 | 16 |

Potential Capital Gain Exposure: 5% of assets

## Analysis by Kelli Stebel 08-31-01

Despite a slew of management changes, this fund is making a case for itself.

Putnam Equity Income has seen its share of changes lately. For starters, longtime manager Ed Bousa left the firm for Wellington Management in April 2000. Putnam then tapped Dave King, who also runs Putnam New Value PANVX, as an interim lead manager. Additionally, Jeanne Mockard, who had a two-year stint at Putnam Utilities Growth & Income PUGIX, joined the team then. In April 2001, though, King stepped down from this offering. Bart Geer, who joined Putnam in December 2000, has since assumed more stock-selection duties.

Back in April 2000, King and Mockard went to work putting their own stamp on the fund, and even with the addition of Geer, the fund's approach will stay the same. Though the team uses a conservative strategy that's similar to Bousa's, it wanted to give the fund a deeper-value look. To that end, the team now uses the Russell 1000 Value index as a benchmark. In addition, it focuses more on a stock's yield than its predecessors did.

While the current team hasn't been at the helm very long, it has produced solid numbers. The fund is filled with deep-value stocks, and as growth has fallen off its pedestal over the past 18 months, this offering has sprung to life. Indeed, the fund gained 13% during 2000, placing it in the large-value category's top quintile, thanks to its complement of strong-performing utilities and energy stocks. And that success has continued in 2001. In the belief that energy stocks were overvalued, early this year Mockard began trimming the fund's stakes in those issues. And that's been a plus, as oil prices have come down over the past few months. So while the fund's 2% loss for the year to date through August 30 isn't the most spectacular absolute return, it's better than the average large-value fund's 6% drop.

## Portfolio Managers

- Bartlett R. Geer, CFA. Since 12-00.
- James M. Prusko. Since 4-98.
- David L. King, CFA. Since 4-00.
- Jeanne L. Mockard, CFA. Since 4-00.

## Risk Analysis

| Time Period | Load-Adj Return % | Risk %Rank¹ All Cat | Morningstar Return Risk | Morningstar Risk-Adj Rating |
|---|---|---|---|---|
| 1 Yr | -5.09 | | | |
| 3 Yr | 1.83 | 45 9 | -0.65² 0.62 | ★★★ |
| 5 Yr | 7.98 | 49 10 | 0.66² 0.67 | ★★★ |
| 10 Yr | 12.64 | 52 9 | 1.07 0.66 | ★★★★ |

Average Historical Rating (195 months): 2.6★s
1=low, 100=high    ² T-Bill return substituted for category avg.

**Category Rating (3 Yr)**
1 2 3 4 5
Worst — Best
(shown as 4)

Return: Average
Risk: Low

| Other Measures | Standard Index S&P 500 | Best Fit Index S&P 500 |
|---|---|---|
| Alpha | 1.1 | 1.1 |
| Beta | 0.46 | 0.46 |
| R-Squared | 37 | 37 |
| Standard Deviation | 13.55 | |
| Mean | 3.86 | |
| Sharpe Ratio | -0.10 | |

## Portfolio Analysis 05-31-01

Share change since 11-00 Total Stocks: 169

| | Sector | P/E | YTD Ret% | % Assets |
|---|---|---|---|---|
| ⊕ ExxonMobil | Energy | 14.6 | -12.00 | 3.21 |
| ⊕ Citigroup | Financials | 18.9 | -5.08 | 3.04 |
| ⊕ Philip Morris | Staples | 12.5 | 10.87 | 2.29 |
| ⊖ SBC Comms | Services | 17.6 | -19.80 | 2.12 |
| ⊕ Fannie Mae | Financials | 16.0 | -8.01 | 2.11 |
| ⊕ Johnson & Johnson | Health | 31.2 | 12.37 | 2.05 |
| ⊖ Verizon Comms | Services | 29.4 | -3.47 | 1.71 |
| ⊖ Bank of America | Financials | 16.3 | 37.84 | 1.62 |
| ⊕ US Bancorp | Financials | 12.3 | -15.60 | 1.57 |
| ⊕ Royal Dutch Petro NY ADR | Energy | 11.8 | -18.20 | 1.46 |
| ✱ Merck | Health | 22.0 | -26.50 | 1.40 |
| ⊕ Freddie Mac | Financials | 14.2 | -3.04 | 1.29 |
| ⊕ American General | Financials | — | 11.20 | 1.28 |
| ⊕ Equity Residential Properties | Financials | 22.3 | 9.40 | 1.23 |
| ⊕ BellSouth | Services | 25.2 | -4.22 | 1.15 |
| ⊕ Charter One Finl | Financials | 13.0 | 2.89 | 1.13 |
| ⊕ Comerica | Financials | 12.8 | -11.50 | 1.13 |
| ⊕ FleetBoston Finl | Financials | 16.3 | 1.24 | 1.12 |
| ⊕ Union Pacific | Services | 16.5 | 9.67 | 1.08 |
| ⊕ Walt Disney | Services | NMF | -29.20 | 1.07 |
| ⊕ Washington Mutual | Financials | 9.6 | -9.44 | 1.02 |
| ⊕ Berkshire Hathaway Cl B | Financials | 59.9 | -0.99 | 0.96 |
| ✱ Morgan Stanley/Dean Witter | Financials | 16.5 | -28.80 | 0.93 |
| ⊖ Hartford Finl Svcs Grp | Financials | 21.9 | -14.80 | 0.93 |
| FNMA 7% | N/A | — | — | 0.91 |

## Current Investment Style

Style: Value Bind Growth — Large (Med/Small)

| | Stock Port Avg | Relative S&P 500 Current Hist | Rel Cat |
|---|---|---|---|
| Price/Earnings Ratio | 22.1 | 0.77 0.72 | 0.89 |
| Price/Book Ratio | 3.5 | 0.64 0.60 | 0.84 |
| Price/Cash Flow | 11.9 | 0.69 0.61 | 0.87 |
| 3 Yr Earnings Growth | 14.5 | 0.99 0.74 | 1.06 |
| 1 Yr Earnings Est% | -1.4 | 0.64 — | 0.50 |
| Med Mkt Cap $mil | 30,293 | 0.5 0.7 | 0.96 |

## Special Securities % assets 05-31-01

| Restricted/Illiquid Secs | Trace |
|---|---|
| Emerging-Markets Secs | 0 |
| Options/Futures/Warrants | Yes |

**Composition** % assets 05-31-01

| | | Market Cap | |
|---|---|---|---|
| Cash | 3.1 | Giant | 41.0 |
| Stocks* | 89.3 | Large | 33.5 |
| Bonds | 7.2 | Medium | 25.3 |
| Other | 0.3 | Small | 0.3 |
| | | Micro | 0.0 |

*Foreign (% stocks): 4.4

| Sector Weightings | % of Stocks | Rel S&P | 5-Year High | Low |
|---|---|---|---|---|
| Utilities | 6.0 | 1.9 | 14 | 0 |
| Energy | 11.0 | 1.5 | 20 | 7 |
| Financials | 35.9 | 2.0 | 36 | 12 |
| Industrials | 9.5 | 0.8 | 30 | 9 |
| Durables | 1.0 | 0.6 | 8 | 0 |
| Staples | 8.0 | 1.1 | 11 | 1 |
| Services | 15.1 | 1.4 | 23 | 9 |
| Retail | 3.9 | 0.6 | 10 | 2 |
| Health | 6.8 | 0.5 | 11 | 4 |
| Technology | 2.7 | 0.2 | 11 | 1 |

| Address: | One Post Office Square, Boston, MA 02109, 800-225-1581 / 617-292-1000 |
|---|---|
| Web Address: | www.putnaminvestments.com |
| Inception: | 06-15-77 |
| Advisor: | Putnam Inv. Mgmt. |
| Subadvisor: | None |
| NTF Plans: | Fidelity Inst. |

| Minimum Purchase: | $500 | Add: $50 | IRA: $250 |
|---|---|---|---|
| Min Auto Inv Plan: | $25 | Add: $25 | |
| Sales Fees: | 5.75%L, 0.35%B | | |
| Management Fee: | .75% mx / .40% mn. | | |
| Actual Fees: | Mgt: 0.56% | Dist: 0.25% | |
| Expense Projections: | 3Yr: $872 | 5Yr: $1091 | 10Yr: $1718 |
| Avg Brok Commission: | — | Income Distrib: Quarterly | |
| Total Cost (relative to category): | -999 | | |

©2001 Morningstar, Inc. 312-696-6000. All rights reserved. The information contained herein is not represented or warranted to be accurate, correct, complete or timely. Past performance is no guarantee of future performance. Visit our investment web site at www.morningstar.com

 MORNINGSTAR Mutual Funds