```
                   UNITED STATES DISTRICT COURT
                    DISTRICT OF MASSACHUSETTS

* * * * * * * * * * * * *    Civil Action No. 04-12711-PBS
                         *
LISA SVENSSON            *
                         *   BBO No. 351000
        Plaintiff,       *
                         *   Plaintiff Svensson's
v.                       *   Proposed Voir Dire Questions
                         *
                         *
PUTNAM INVESTMENTS, LLC, *
et al.,                  *
                         *
        Defendants.      *
                         *
* * * * * * * * * * * * *
```

Plaintiff Svensson requests the Court to asks the following voir dire questions:

1. Have you or any member of your immediate family or any close friend or acquaintance of yours ever worked at Putnam Investments or in another company, business or organization in the financial services industry?  If so, who, when and in what company or organization and in what job or position?

2. Have you or any member of your immediate family or any close friend or acquaintance of yours ever worked in the Human Resources Department of a business or a college, university, hospital or other non-profit organization or a governmental agency, or ever been involved in carrying out Human Resources functions in any such organization?

3. Have you or any member of your immediate family or any close friend or acquaintance of yours ever worked as an investment professional in the financial services industry?  If so, is (are) such person(s) male or female?

4. If the evidence in this case warrants it, would you be prepared to award to the female plaintiff in this case compensatory damages equal to what the male investment professionals at Putnam with whom she should be compared, have received and likely will receive from Putnam?

                                        LISA SVENSSON, plaintiff,

```
                              By her attorneys,

                              BARRON & STADFELD, P.C.


                              /s/ Kevin F. Moloney_____
                              Kevin F. Moloney  BBO No. 351000
                              100 Cambridge Street, Suite 1310
                              Boston, Massachusetts  02114
                              Tel.: 617.723.9800/531.6569

                              and

                              /s/ John K. Weir_____
                              John K. Weir, Admitted PHV
                              John K. Weir Law Offices, LLC
                              300 Park Avenue, Suite 1700
                              New York, New York, 10022
                              Tel.: 212.572.6374
Dated: May 9, 2008
```

Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

```
                              /s/ Kevin F. Moloney_____

Dated: May 9, 2008
```

[428933.1]