UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| * * * * * * * * * * * * * * | Civil Action No. 04-12711-PBS |
| * | |
| LISA SVENSSON * | |
| * | BBO No. 351000 |
|      Plaintiff, * | |
| * | Plaintiff Svensson's Response |
| v. * | Putnam's Opposition to Svensson's |
| * | Motion, in limine, for an Order |
| * | That, Pursuant to Fed. R. Evid. |
| PUTNAM INVESTMENTS, LLC, * | 803(17), Svensson's Proposed |
| et al., * | Exhibits of Morningstar Reports |
| * | Are Not Inadmissible as Hearsay. |
|      Defendants. * | |
| * | |
| * * * * * * * * * * * * * * | |

Plaintiff Lisa Svensson ("Svensson") submits this response to the opposition of defendant Putnam Investments, LLL ("Putnam"), to Svensson's motion, in limine, for an order that, pursuant to Fed. R. Evid. 803(17), Svensson's proposed exhibits[1] of Morningstar Reports concerning the performance of funds operated by Putnam and comparing the performance of Putnam funds with the performance of comparable funds of other companies, are not inadmissible as hearsay.

    1.    Facts.

Svensson relies on the facts set forth in her motion in limine, as supplemented herein.

---

[1] Nos. 281-90; and Nos. 390-416.

At the final pre-trial conference for this case, on May 1, 2008, the court indicated that Svensson should file a brief concerning whether the Morningstar Reports constitute inadmissible hearsay.  Transcript, Pre-trial Conference, p. 12, ll. 9-10.

Persons employed in the investment management and related occupations, as well as individual and institutional investors, use and rely upon the information set forth in Morningstar Reports.  As set forth in the Ninth Affidavit of Lisa Svensson ("Svensson 9th Affidavit"), filed herewith, in addition to Putnam's use of and reliance on Morningstar Reports, detailed in Svensson's Eighth Affidavit, Svensson knows from her prior experience as an analyst employed by Alliance Capital ("Alliance") and Lord, Abbett & Co. ("Lord Abbett"), that Alliance and Lord Abbett subscribed to and made available to her and other analysts and portfolio managers the Morningstar Reports.  She generally used and relied upon Morningstar Reports as part of her duties as an investment analyst.  Svensson 9th Affidavit.

Putnam itself encourages its customers and prospective customers to rely on the data set forth in the Morningstar Reports.  For example, the Putnam Prospectus for its Equity Income A fund states, in relevant part:

COMPARISON OF PORTFOLIO PERFORMANCE

2

Independent statistical <u>agencies measure the
fund's investment performance and publish
comparative information showing how the fund,
and other investment companies, performed in
specified time periods. Three agencies whose
reports are commonly used for such
comparisons are set forth below</u>.  From time
to time, the fund may distribute these
comparisons to its shareholders or to
potential investors.  The agencies listed
below measure performance based on their own
criteria rather than on the standardized
performance measures described in the
preceding section.

\*\*\*

<u>Morningstar, Inc.</u> distributes mutual fund
ratings twice a month.  The ratings are
divided into five groups:  highest, above
average, neutral, below average and lowest.
They represent the fund's historical
risk/reward ratio relative to other funds in
its broad investment class as determined by
Morningstar, Inc.  Morningstar ratings cover
a variety of performance periods, including
1-year, 3-year, 5-year, 10-year and overall
performance.  The performance factor for the
overall rating is a weighted-average
assessment of the fund's 1-year, 3-year, 5-
year, and 10-year total return performance
(if available) reflecting deduction of
expenses and sales charges.  Performance is
adjusted using quantitative techniques to
reflect the risk profile of the fund.  <u>The
ratings are derived from a purely
quantitative system that does not utilize the
subjective criteria customarily employed by
rating agencies</u> such as Standard & Poor's and
Moody's Investor Service, Inc.

(Emphasis added).

In or about February, 2007, Svensson contacted Morningstar,

Inc. in an effort to obtain copies of the Morningstar Reports

for certain Putnam funds as they appeared in December 2001.

Because Morningstar periodically updates its reports for each

fund, the December 2001 versions of the reports had been

superseded both in print and on Morningstar's website, by later

versions.   However, Svensson was able to purchase from

Morningstar a CD containing archived copies of the Morningstar

Reports for the Putnam Funds as they appeared in December 2001.

2.    Argument.

2.1    Svensson's Eighth and Ninth Affidavits have
       established, and her trial testimony will further
       establish, an adequate foundation for admission of the
       Morningstar Reports.

The only issue presently before the court is whether the

Morningstar Reports constitute inadmissible hearsay or, instead,

fall within the exception provided by Rule 803(17).   At the pre-

trial conference, the court suggested that Svensson file a brief

on this limited issue.   In accordance with that suggestion,

Svensson addressed only the hearsay issue in her motion in

limine, and did not attempt to establish relevance or

foundation.

In any event, Svensson's Eighth and Ninth Affidavits

establish a foundation for admission of the Morningstar Reports

under Rule 803(17) by providing evidence that the Morningstar

Reports are generally used and relied upon by persons in the

investment management industry.   Svensson testified, based on

4

her experience not only at Putnam but also at Alliance and Lord
Abbett, that each employer subscribed to Morningstar Reports and
made them available to analysts and portfolio managers.  She
further testified that she personally relied upon Morningstar
Reports in the course of her duties as an investment analyst
both at those companies and at Putnam.  In addition, as set
forth in the factual section of this memorandum, and in
Svensson's initial memorandum in support of the motion <u>in
limine</u>, Putnam encourages its own customers and prospective
customers to rely on Morningstar reports.  If Putnam does not
regard Morningstar Reports as authoritative and reliable, why
would it direct its customers and prospective customer to
Morningstar?

    2.2  <u>The Morningstar Reports are admissible under Fed. R.
        Evid. 803(17) as market reports or commercial
        publications</u>.

Putnam claims that the Morningstar Reports do not fall
within Rule 803(17) for three reasons: (1) Putnam argues that
the Morningstar Reports relied upon by Svensson are not publicly
available and may be drafts rather than final versions of the
Reports; (2) Putnam claims that, because each Morningstar
Reports contains a stock disclaimer of liability, Morningstar is
itself indicating that its Reports are unreliable and
inaccurate; and (3) Putnam claims that the Morningstar Reports

are not covered by Rule 803(17) because they contain

"evaluative" information.  All three arguments are wrong.

> 2.2.1    The Morningstar reports which Svensson proposes
> to offer as exhibits are publicly available and
> are final versions of the reports.

While the Morningstar Reports, in the form in which they

appeared in December 2001, no longer appear in current

Morningstar's printed materials or on Morningstar's website

(having been replaced, in loose leaf manner, by more updated

versions of the same reports) the December 2001 versions of the

reports remain available to any member of the public who cares

to contact Morningstar, Inc. and to purchase archived versions

of the Reports.  That is what Svensson did in order to obtain

the December 2001 versions of the reports.

Putnam's insinuation that the December 2001 versions of the

Morningstar Reports might be drafts rather than final versions

shows a misunderstanding of the nature of Morningstar Reports.

Like any loose leaf service, Morningstar Reports is constantly

subject to updating and revision.  In that sense, no report is

ever "final."  The fact that Morningstar includes the December

2001 Reports as part of its permanent archives strongly

indicates that these reports are "final" versions of the reports

as they existed in December 2001.

> 2.2.2    The court should reject Putnam's claim that,
> because each Morningstar Reports contains a

<u>disclaimer of liability, the Morningstar Reports
are unreliable and inaccurate</u>.

In determining whether the Morningstar Reports meet the
requirements of Rule 803(17), this court should focus on
whether, in practice, investment professionals generally use and
rely upon Morningstar Reports.  Whether Morningstar includes in
each report a legal disclaimer of liability, aimed at shielding
itself from potential lawsuits, is not relevant, much less
determinative, of the applicability of Rule 803(17).  The Rule
speaks of whether a publication is "generally used and relied
upon by ... persons in particular occupations."  The Rule says
nothing about use or reliance by the publisher.  Therefore, even
if the disclaimer could reasonably be interpreted as indicating
Morningstar's lack of confidence in its own product (a
ridiculous proposition), the Morningstar Reports remain
admissible under Rule 803(17) because investment professionals
used and relied upon them.

2.2.3    <u>The portions of the Morningstar Reports on which
         Svensson relies do not contain evaluative
         information and, even if they did, Rule 803(17)
         allows the admission of documents with evaluative
         content.</u>

Putnam argues that the Morningstar Reports are "chock full
of evaluative material."  While there is some analysis in the
Morningstar Reports, the portions of the Reports on which

7

Svensson relies are objective rather than evaluative.  Annexed

hereto as Exhibit "A" is a sample of the form in which most of

the Morningstar Reports appear.  For each Report in this form,

Svensson is willing to redact on her exhibits all information

which appears within black boxes. Annexed as Exhibit "B" hereto

is the form of Morningstar Reports for the Putnam Emerging

Markets A fund and the Putnam Technology A fund.  For these two

reports, Svensson is willing to redact on her exhibits all

information which appears within black boxes. Annexed as Exhibit

"C" hereto is the Report for the Putnam AMT – Free Insured

Municipal B fund.  For this report, Svensson is willing to

redact on her exhibits all information which appears within

black boxes.  Redacting in this manner removes all evaluative

material from the Reports.

Even if the Reports do contain some evaluative material,

Putnam is incorrect in arguing that Rule 803(17) cannot apply to

publications portions of which are evaluative.  In Coast Federal

Bank, FSB v. United States, 48 Fed. Cl. 402 (2000), the court

noted that Rule 803(1&) allows the inclusion of evaluative

information:

> Plaintiff continues to object to documents 59
> and 73 … on grounds that those documents are
> "evaluative and subjective materials" rather
> than objective compilations of data. Courts
> have admitted subjective and evaluative
> materials under the "market reports"
> exception in some circumstances where there

are independent indicia of trustworthiness.
See, e.g., Hamilton v. Accu-Tek, 32 F.Supp.2d
47, 64 n. 11 (E.D.N.Y.1998) (admitting Dun &
Bradstreet reports on grounds that those
reports were prepared for use in financial
industries rather than in anticipation of
litigation); Kuper v. Quantum Chemicals
Corp., 852 F.Supp. 1389, 1398 n. 4 (S.D.Ohio
1994) (admitting third party reports
encouraging purchase of stock); see also
Weinstein's Federal Evidence § 803.22[3] (4th
ed. 1994) ("Whether each [publication] meets
the requisite standard for trustworthiness
entitling it to hearsay exemption must be
determined on a case by case basis."). 
Particularly relevant in determining
trustworthiness for a given publication is
"general reliance by the public or by a
particular segment of it," along with "the
motivation of the compiler to foster reliance
by being accurate." Fed.R.Evid. 803(17)
advisory committee's note.

Id. at 449.

     3.   Conclusion.

     For all of the foregoing reasons, and those set forth in

Svensson's initial memorandum, this court should grant

Svensson's motion for an order that, pursuant to Rule 803(17),

the Morningstar Reports proposed by Svensson as trial exhibits,

are not inadmissible as hearsay.

                         LISA SVENSSON, plaintiff,

                         By her attorneys,

                         BARRON & STADFELD, P.C.


                         /s/ Kevin F. Moloney
                         Kevin F. Moloney  BBO No. 351000
                         100 Cambridge Street, Suite 1310

Boston, Massachusetts   02114
Tel.: 617.723.9800/531.6569

and

/s/ John K. Weir
John K. Weir, Admitted PHV
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, New York, 10022
Tel.: 212.572.6374

Dated: May 9, 2008

Certificate of Service.

This document, filed through the ECF system, will be sent
electronically to the registered participants as identified on
the Notice of Electronic Filing.

/s/ Kevin F. Moloney

Dated: May 9, 2008

[429824.1]

10

Exhibit A

Published December 15, 2001. For internal and/or client reporting purposes only.

# Putnam Equity Income A

| | Ticker | Load | NAV | Yield | Total Assets | Mstar Category |
|---|---|---|---|---|---|---|
| | PEYAX | 5.75% | $14.52 | 1.7% | $1,983.2 mil | Large Value |

## Prospectus Objective: Equity–Income

Putnam Equity Income Fund - Class A seeks current income; capital growth is a secondary consideration.

The fund normally invests in common stocks of U.S. companies, with a focus on value stocks that offer the potential for current income and may also offer the potential for capital growth. It typically invests in large companies. The fund may normally invest in securities of foreign issuers. It may invest in preferred stocks, convertible securities, asset-backed securities, mortgage-backed investments and derivatives.

The fund currently offers Class A, B, C, M, and Y shares, all of which differ in fee structure and availability. The fund has gone through several name changes.

### Portfolio Manager(s)

Bartlett R. Geer, CFA. Since 12-00.
James M. Prusko. Since 4-98.
David L. King, CFA. Since 4-00.
Jeanne L. Mockard, CFA. Since 4-00.

### Historical Profile
Return  Average
Risk    Below Avg
Rating  ★★★★ Above Avg

| | 81% | 84% | 91% | 90% | 92% | 91% | 89% | Investment Style Equity Average Stock % |
|---|---|---|---|---|---|---|---|---|

▼ Manager Change
▽ Partial Manager Change

**Fund Performance vs. Category Average**
▣ Quarterly Fund Return
+/– Category Average
— Category Baseline

**Performance Quartile** (within Category)

### History

| | 1990 | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 11–01 | History |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| NAV | 6.61 | 7.81 | 7.77 | 8.72 | 8.51 | 11.10 | 13.12 | 15.50 | 15.60 | 13.94 | 15.39 | 14.62 | NAV |
| Total Return % | –7.25 | 26.36 | 4.82 | 16.52 | 1.34 | 34.64 | 21.33 | 26.46 | 7.17 | 0.17 | 13.15 | –3.76 | Total Return % |
| +/– S&P 500 | –4.14 | –4.13 | –2.80 | 6.49 | –0.05 | –2.89 | –1.62 | –6.90 | –15.88 | –19.97 | 22.25 | 8.89 | +/– S&P 500 |
| +/– Russ Top 200 Val | –3.59 | 8.20 | –4.25 | –3.22 | 3.58 | –5.39 | –0.99 | –9.03 | –8.54 | –9.88 | 10.84 | 6.48 | +/– Russ Top 200 Val |
| Income Return % | 3.18 | 6.86 | 6.22 | 4.18 | 3.72 | 3.81 | 2.91 | 1.97 | 1.82 | 1.81 | 1.86 | 1.72 | Income Return % |
| Capital Return % | –10.44 | 19.50 | –0.41 | 12.36 | –2.45 | 30.83 | 18.41 | 24.48 | 10.88 | –0.74 | 11.29 | –4.89 | Capital Return % |
| Total Rtn % Rank Cat | 92 | 56 | 92 | 26 | 24 | 36 | 38 | 56 | 53 | 73 | 20 | 28 | Total Rtn % Rank Cat |
| Income $ | 0.25 | 0.44 | 0.40 | 0.32 | 0.32 | 0.32 | 0.32 | 0.26 | 0.28 | 0.28 | 0.26 | 0.19 | Income $ |
| Capital Gains $ | 0.86 | 0.06 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.80 | 1.53 | 1.52 | 0.09 | 0.00 | Capital Gains $ |
| Expense Ratio % | 1.09 | 1.20 | 1.23 | 1.16 | 1.04 | 1.13 | 1.09 | 1.06 | 0.99 | 0.94 | 0.96 | — | Expense Ratio % |
| Income Ratio % | 3.30 | 4.13 | 5.57 | 3.40 | 3.67 | 3.32 | 2.61 | 2.02 | 1.68 | 1.62 | 1.88 | — | Income Ratio % |
| Turnover Rate % | 223 | 188 | 341 | 126 | 82 | 70 | 68 | 82 | 95 | 112 | 74 | — | Turnover Rate % |
| Net Assets $mil | 567.2 | 421.2 | 332.3 | 329.7 | 306.8 | 402.7 | 557.8 | 898.1 | 1,115.7 | 1,135.3 | 1,132.4 | 1,247.9 | Net Assets $mil |

## Performance 11-30-01

| | 1st Qtr | 2nd Qtr | 3rd Qtr | 4th Qtr | Total |
|---|---|---|---|---|---|
| 1997 | 3.26 | 11.79 | 7.00 | 2.38 | 26.46 |
| 1998 | 10.45 | –0.93 | –9.57 | 13.90 | 12.70 |
| 1999 | 2.17 | 8.89 | –10.18 | 1.15 | 0.17 |
| 2000 | –1.85 | –1.46 | 8.80 | 7.53 | 13.15 |
| 2001 | –3.36 | 4.75 | –8.12 | — | — |

| Trailing | Total Return% | +/– S&P 500 | +/– Russ Tcp 200 Val | % Rank All Cat | Growth of $10,000 |
|---|---|---|---|---|---|
| 3 Mo | –2.28 | –3.14 | 0.11 | 77 | 73 | 9,772 |
| 6 Mo | –6.01 | –2.65 | 3.69 | 49 | 17 | 9,399 |
| 1 Yr | 0.70 | 12.91 | 7.83 | 46 | 22 | 10,070 |
| 3 Yr Avg | 3.86 | 3.31 | 2.05 | 50 | 36 | 11,203 |
| 5 Yr Avg | 9.27 | –0.79 | –1.20 | 18 | 36 | 15,578 |
| 10 Yr Avg | 13.31 | –0.75 | –1.37 | 16 | 40 | 34,897 |
| 15 Yr Avg | 10.55 | –2.52 | –2.19 | 32 | 46 | 47,536 |

| Tax Analysis | Tax-Adj Ret% | %Rank Cat | %Pretax Ret | %Rank Cat |
|---|---|---|---|---|
| 3 Yr Avg | 1.48 | 42 | 38.3 | 77 |
| 5 Yr Avg | 7.18 | 31 | 77.4 | 29 |
| 10 Yr Avg | 11.39 | 29 | 85.6 | 16 |

Potential Capital Gain Exposure: 5% of assets

## Risk Analysis

| Time Period | Load-Adj Return % | Risk %Rank* All Cat | Morningstar Return | Morningstar Risk | Morningstar Risk-Adj Rating |
|---|---|---|---|---|---|
| 1 Yr | –5.09 | | | | |
| 3 Yr | 1.83 | 45 9 | –0.65* 0.62 | | ★★★ |
| 5 Yr | 7.98 | 49 10 | 0.56* 0.67 | | ★★★ |
| 10 Yr | 12.64 | 52 11 | 1.07 0.66 | | ★★★ |

Average Historical Rating (195 months): 2.6★s

1=low, 100=high  * ↑ F–Bill return substituted for category avg.

| Category Rating (3 Yr) | Other Measures | Standard Index S&P 500 | Best Fit Index S&P 500 |
|---|---|---|---|
| ① ② ③④⑤ | Alpha | 1.1 | 1.1 |
| Worst   Best | Beta | 0.46 | 0.46 |
| | R-Squared | 37 | 37 |
| Return  Average | Standard Deviation | | 13.55 |
| Risk    Low | Mean | | 3.86 |
| | Sharpe Ratio | | –0.10 |

## Analysis by Kelli Stebel 08-31-01

Despite a slew of management changes, this fund is making a case for itself.

Putnam Equity Income has seen its share of changes lately. For starters, longtime manager Ed Bousa left the firm for Wellington Management in April 2000. Putnam then tapped Dave King, who also runs Putnam New Value PANVX, as an interim lead manager. Additionally, Jeanne Mockard, who had a two-year stint at Putnam Utilities Growth & Income PUGIX, joined the team then. In April 2001, though, King stepped down from this offering. Bart Geer, who joined Putnam in December 2000, has since assumed more stock-selection duties.

Back in April 2000, King and Mockard went to work putting their own stamp on the fund, and even with the addition of Geer, the fund's approach will stay the same. Though the team uses a conservative strategy that's similar to Bousa's, it wanted to give the fund a deeper-value look. To that end, the team now

uses the Russell 1000 Value index as a benchmark. In addition, it focuses more on a stock's yield than its predecessors did.

While the current team hasn't been at the helm very long, it has produced solid numbers. The fund is filled with deep-value stocks, and as growth has fallen off its pedestal over the past 18 months, this offering has sprung to life. Indeed, the fund gained 13% during 2000, placing it in the large-value category's top quintile, thanks to its complement of strong-performing utilities and energy stocks. And that success has continued in 2001. In the belief that energy stocks were overvalued, early this year Mockard began trimming the fund's stakes in those issues. And that's been a plus, as oil prices have come down over the past few months. So while the fund's 2% loss for the year to date through August 30 isn't the most spectacular absolute return, it's better than the average large-value fund's 6% drop.

| Address: | One Post Office Square Boston, MA 02109 800–225–1581 / 617–292–1000 |
|---|---|
| Web Address: | www.putnaminvestments.com |
| Inception: | 06-15-77 |
| Advisor: | Putnam Inv. Mgmt. |
| Subadvisor: | None |
| NTF Plans: | Fidelity Inst. |

| Minimum Purchase: | $500 | Add: $50 | IRA: $250 |
|---|---|---|---|
| Min Auto Inv Plan: | $25 | Add: $25 | |
| Sales Fees: | 5.75%L, 0.35%B | | |
| Management Fee: | .75% mx./.40% mn. | | |
| Actual Fees: | Mgt: 0.56% | Dist: 0.25% | |
| Expense Projections: | 3Yr: $872 | 5Yr: $1012 | 10Yr: $1718 |
| Avg Brok Commission: | — | Income Distrib: Quarterly | |
| | | | |
| Total Cost (relative to category): | –999 | | |

## Portfolio Analysis 05-31-01

| Share change since 11-00 Total Stocks: 169 | Sector | PE | YTD Ret % | % Assets |
|---|---|---|---|---|
| ⊕ ExxonMobil | Energy | 14.4 | –12.00 | 3.21 |
| ⊕ Citigroup | Financials | 18.9 | –5.08 | 3.04 |
| ⊕ Philip Morris | Staples | 12.5 | 10.87 | 2.29 |
| ⊕ SBC Comms | Services | 17.0 | –19.80 | 2.12 |
| ⊕ Fannie Mae | Financials | 16.0 | –8.01 | 2.11 |
| ⊕ Johnson & Johnson | Health | 31.2 | 12.37 | 2.05 |
| ⊕ Verizon Comms | Services | 25.4 | –0.47 | 1.71 |
| ⊕ Bank of America | Financials | 16.3 | 37.34 | 1.62 |
| ⊕ US Bancorp | Financials | 13.3 | –15.60 | 1.57 |
| ⊕ Royal Dutch Petro NY ADR | Energy | 11.8 | –18.20 | 1.46 |
| ⊕ Merck | Health | 22.0 | –26.50 | 1.40 |
| ⊕ Freddie Mac | Financials | 14.2 | –3.04 | 1.29 |
| ⊕ American General | Financials | — | 11.20 | 1.28 |
| ⊕ Equity Residential Properties | Financials | 22.3 | 9.40 | 1.23 |
| ⊕ BellSouth | Services | 25.2 | –4.22 | 1.15 |
| ⊕ Charter One Finl | Financials | 13.0 | 2.89 | 1.13 |
| ⊕ Comerica | Financials | 12.8 | –11.50 | 1.13 |
| ⊕ FleetBoston Finl | Financials | 16.3 | 1.24 | 1.12 |
| ⊕ Union Pacific | Services | 16.5 | 9.67 | 1.08 |
| ⊕ Walt Disney | Services | NMF | –29.20 | 1.07 |
| ⊕ Washington Mutual | Financials | 9.9 | –9.44 | 1.02 |
| ⊕ Berkshire Hathaway Cl B | Financials | 59.9 | –0.89 | 0.96 |
| ⊕ Morgan Stanley/Dean Witter | Financials | 16.5 | –28.80 | 0.93 |
| ⊕ Hartford Finl Svcs Grp | Financials | 21.9 | –14.80 | 0.93 |
| ⊕ FNMA 7% | N/A | — | — | 0.88 |

### Current Investment Style

Style
Value Blnd Growth
(style box)

| | Stock Port Avg | Relative S&P 500 Current Hist | Rel Cat |
|---|---|---|---|
| Price/Earnings Ratio | 22.1 | 0.77 | 0.72 | 0.89 |
| Price/Book Ratio | 3.5 | 0.64 | 0.60 | 0.84 |
| Price/Cash Flow | 11.9 | 0.69 | 0.61 | 0.87 |
| 3 Yr Earnings Growth | 14.5 | 0.99 | 0.74 | 1.06 |
| 1 Yr Earnings Est% | –1.4 | 0.64 | — | 0.50 |
| Med Mkt Cap $mil | 30,293 | 0.5 | 0.7 | 0.96 |

### Special Securities % assets 05-31-01

| | | Sector Weightings | % of Stocks | Rel S&P | 5-Year High Low |
|---|---|---|---|---|---|
| Restricted/Illiquid Secs | Trace | Utilities | 6.0 | 1.9 | 14 0 |
| Emerging–Markets Secs | 0 | Energy | 11.0 | 1.5 | 20 7 |
| Options/Futures/Warrants | Yes | Financials | 35.9 | 2.0 | 36 12 |
| | | Industrials | 9.5 | 0.8 | 30 9 |
| **Composition** % assets 05-31-01 | | Durables | 1.0 | 0.6 | 8 0 |
| | | Staples | 8.0 | 1.1 | 11 1 |
| | | Services | 15.1 | 1.4 | 23 9 |
| **Market Cap** | | Retail | 3.9 | 0.6 | 10 2 |
| Cash | 3.1 | Giant | 41.0 | Health | 6.8 | 0.5 | 11 4 |
| Stocks* | 89.3 | Large | 33.5 | Technology | 2.7 | 0.2 | 11 1 |
| Bonds | 7.2 | Medium | 25.3 | | | | |
| Other | 0.3 | Small | 0.3 | | | | |
| | | Micro | 0.0 | | | | |
| *Foreign (% stocks) | 4.4 | | | | | | |

©2001 Morningstar, Inc. 312–696–6000 All rights reserved. The information contained herein is not represented or warranted to be accurate, correct, complete or timely. Past performance is no guarantee of future performance. Visit our investment web site at www.morningstar.com.

M⊙RNINGSTAR Mutual Funds

**Exhibit B**

Advanced Analytics    Page 1 of 1

This material is for internal and/or client reporting purposes only and may not be used as sales material and/or by broker/dealers in connection with the sale of any security.

Release Date: 12-31-2001

# Putnam Technology A

Data updated through 12-31-2001

| Rating | Net assets | Morningstar Category |
|---|---|---|
| — | $93.2 mil | Specialty-Technology |

## Trailing-Time-Period Performance

| | YTD | 1 Mo | 3 Mo | 12 Mo | 3 Yr Annlzd | 5 Yr Annlzd | 10 Yr Annlzd | 15 Yr Annlzd |
|---|---|---|---|---|---|---|---|---|
| Total Return % as of 12-31-01 | -39.87 | -3.23 | 31.02 | -39.87 | — | — | — | — |
| +/- S&P 500 | -27.99 | -4.11 | 20.34 | -27.99 | — | — | — | — |
| +/- PSE Tech 100 | -24.28 | -4.36 | -1.89 | -24.28 | — | — | — | — |
| % Rank within Category | | | | 51 | — | — | — | — |

1 = Best 100 = Worst

| Load-Adjusted Return % as of 12-31-01 | |
|---|---|
| 12 Mo | -43.32 |
| 5 Yr | — |
| 10 Yr | — |
| Inception | -44.82 |

## Calendar-Year Performance

| | 1991 | 1992 | 1993 | 1994 | 1995 | 1996 | 1997 | 1998 | 1999 | 2000 | 12-01 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Total Return % | — | — | — | — | — | — | — | — | — | — | -39.87 |
| +/- S&P 500 | — | — | — | — | — | — | — | — | — | — | -27.99 |
| +/- PSE Tech 100 | — | — | — | — | — | — | — | — | — | — | -24.28 |

## Operations

| | | | |
|---|---|---|---|
| Family: | Putnam Funds | Ticker: | PTOAX |
| Inception: | 06-2000 | Min Init Purchase: | $500 |
| Manager: | Santos/Marrkand/Malak | Min IRA: | $250 |
| Tenure: | 2 Years | Min Auto Inv Plan: | $25 |
| Telephone: | 800-225-1581 | Purchase Constraints: | — |
| Objective: | Specialty--Technology | Internet: | www.putnaminvestments.com |

| | |
|---|---|
| Front-End Load: | 5.75% |
| Deferred Load: | 0.00% |
| 12b-1 Fee: | 0.25% |
| Expense Ratio: | — |
| NAV: | 3.59 |

**Exhibit C**

**Morningstar Report** | Total Returns Section | Full Report (contains all sections)    1-12-07
Click the print icon in your browser to print this report.

## Total Returns
## Putnam AMT - Free Insured Municipal B  PTFIX



Growth of $10,000                                                            12-31-06
- Fund: Putnam AMT - Free Insured Municipal B
- Category: Muni National Long
- Index: LB Municipal

### Performance History
12-31-06

|  | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 12-06 |
|---|---|---|---|---|---|---|---|---|
| Total Return % | -4.3 | 12.2 | 3.2 | 9.0 | 3.9 | 3.0 | 2.2 | 3.2 |
| +/- Category | 0.3 | 1.1 | -0.8 | 0.5 | -1.0 | -0.9 | -1.0 | -1.4 |
| +/- Index | -2.3 | 0.5 | -1.9 | -0.6 | -1.4 | -1.5 | -1.4 | -1.7 |
| % Rank in Category | 46 | 23 | 79 | 40 | 85 | 78 | 84 | 91 |

### Trailing Total Returns
through 01-11-07

|  | Total Return % | +/- LB Municipal | +/- LB Muni 20 Yr (17-22) | % Rank in Cat |
|---|---|---|---|---|
| 1-Day | -0.19 | 0.01 | 0.03 | 64 |
| 1-Week | -0.34 | -0.02 | 0.07 | 72 |
| 1-Month | -0.49 | -0.10 | -0.06 | 78 |
| 3-Month | 0.92 | -0.44 | -0.87 | 89 |
| Year-to-date | -0.12 | -0.04 | -0.03 | 66 |
| 1-Year | 2.98 | -1.65 | -2.68 | 91 |
| 3-Year Annualized | 2.35 | -1.55 | -3.09 | 90 |
| 5-Year Annualized | 3.78 | -1.39 | -2.59 | 85 |
| 10-Yr Annualized* | 4.46 | -1.30 | -2.12 | 75 |

*Data through 12-31-06

### Historical Quarterly Returns

|  | Q1 | Q2 | Q3 | Q4 |
|---|---|---|---|---|
| 2006 | -0.24 | -0.35 | 3.13 | 0.66 |
| 2005 | -0.54 | 2.58 | -0.33 | 0.48 |
| 2004 | 1.18 | -2.73 | 3.73 | 0.82 |
| 2003 | 0.85 | 2.41 | -0.27 | 0.91 |
| 2002 | 0.88 | 3.71 | 4.44 | -0.27 |

| 2001 | 1.59 | 0.01 | 2.89 | -1.23 |
| 2000 | 3.42 | 1.39 | 2.10 | 4.87 |

© Copyright 2006 Morningstar, Inc. All rights reserved. Not to be redistributed without written permission. To order reprints call 312-696-6100.

Morningstar Report | Management Section | Full Report (contains all sections)    1-12-07

Click the print icon in your browser to print this report.

## Management
## Putnam AMT - Free Insured Municipal B PTFIX

**Management**

| | | | |
|---|---|---|---|
| **Manager Name** | Paul Drury | **Fund Inception** | 09-09-85 |
| **Manager Start Date** | 07-31-02 | **Fund Advisor(s)** | |
| | | Putnam Investment Management Co. | |
| | | **Fund Subadvisor(s)** | |

**Biography**

Drury is a senior vice president and portfolio manager on the tax-exempt fixed income team at Putnam Investments, his employer since 1989. He has more than 13 years of investment industry experience. Drury holds the Chartered Financial Analyst designation.

**Manager Name**    Susan A. McCormack

**Manager Start Date**    07-31-02

**Biography**

McCormack is a senior vice president and portfolio manager on the tax-exempt fixed income team at Putnam Investments, her employer since 1994. Prior to joining Putnam, McCormack held various positions at Merrill Lynch from 1986 to 1994. She has more than 16 years of investment experience. McCormack holds the Chartered Financial Analyst designation.

**Manager Name**    James St. John

**Manager Start Date**    10-30-03

**Biography**

St. John is senior vice president and portfolio construction specialist in the tax-exempt fixed-income team at Putnam, his employer since 1998. Previously, he was an investment analyst for the University of Rochester's Investment Office. He has more than five years of investment experience.

**Manager Name**    Brad Libby

**Manager Start Date**    10-13-06

**Biography**

Libby joined the fund in 2006. From 2001 to present, he has been employed by Putnam