UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| * * * * * * * * * * * * * *  <br>  <br>LISA SVENSSON  <br>  <br>       Plaintiff,  <br>  <br>v.  <br>  <br>  <br>PUTNAM INVESTMENTS, LLC,  <br>et al.,  <br>  <br>       Defendants.  <br>  <br>* * * * * * * * * * * * * * | Civil Action No. 04-12711-PBS  <br>  <br>BBO No. 351000  <br>  <br>Plaintiff Svensson's  <br>Ninth Affidavit |

    My name is Lisa Svensson. I am the plaintiff in this case. I have personal knowledge of the facts set forth herein I submit this affidavit in response to the opposition of defendant Putnam Investments, LLC ("Putnam"), to Svensson's motion, in limine, for an order that, pursuant to Fed. R. Evid. 803(17), Svensson's proposed exhibits[1] of Morningstar Reports concerning the performance of funds operated by Putnam and comparing the performance of Putnam funds with the performance of comparable funds of other companies, are not inadmissible as hearsay.

    I know from my experience prior to my Putnam employment as an analyst employed by Alliance Capital ("Alliance") and Lord, Abbett & Co. ("Lord Abbett"), that Alliance and Lord Abbett

---

[1] Nos. 281-90; and Nos. 390-416.

subscribed to and made available to me and other analysts and portfolio managers at those firms Morningstar Reports. I generally used and relied upon Morningstar Reports as part of my duties as an investment analyst.

In or about February, 2007, I contacted Morningstar, Inc. in an effort to obtain copies of the Morningstar Reports for certain Putnam funds as they appeared in December 2001. Because Morningstar periodically updates its reports for each fund, the December 2001 versions of the reports had been superseded both in print and on Morningstar's website, by later versions.

However, I was able to purchase from Morningstar as any member of the public may do, a CD containing archived copies of the Morningstar Reports for the Putnam Funds as they appeared in December 2001. While the Morningstar Reports, in the form in which they appeared in December 2001, no longer appear in current Morningstar's printed materials or on Morningstar's website (having been replaced, in loose leaf manner, by more updated versions of the same reports) the December 2001 versions of the reports remain available to any member of the public who cares to contact Morningstar, Inc. and to purchase archived versions of the Reports. That is what I did in order to obtain the December 2001 versions of the reports.

Signed under the penalty for perjury this 9th day of May 2008.

Signed under the penalty for perjury this 9th day of May 2008.

_____
LISA SVENSSON, plaintiff,


Lisa Svensson, plaintiff,

By her attorneys,

BARRON & STADFELD, P.C.


/s/ Kevin F. Moloney
_____
Kevin F. Moloney   BBO No. 351000
100 Cambridge Street, Suite 1310
Boston, Massachusetts   02114
Tel.: 617.723.9800/531.6569

and

/s/ John K. Weir
_____
John K. Weir, Admitted PHV
John K. Weir Law Offices, LLC
300 Park Avenue, Suite 1700
New York, New York, 10022
Tel.: 212.572.6374

Dated: May 9, 2008

Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.


/s/ Kevin F. Moloney
_____

Dated: May 9, 2008


[429863.1]