UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA SVENSSON,<br><br>    Plaintiff,<br><br>v.<br><br>PUTNAM INVESTMENTS, LLC,<br><br>    Defendant. | CIVIL ACTION<br>NO. 04-12711-PBS |

**PUTNAM INVESTMENTS' OBJECTIONS AND COUNTER-DESIGNATIONS**
**TO PLAINTIFF'S ADDITIONAL DESIGNATED DEPOSITION TESTIMONY**

  Defendant, Putnam Investments ("Putnam") received supplemental 30(b)(6) designations on May 8, 2008, and hereby submits its objections and counter-designations to these designations, attached hereto at Exhibit A.

                    **PUTNAM INVESTMENTS, LLC,**

                    By its attorneys,

                    /s/ Joseph L. Kociubes, BBO #276360
                    Joseph L. Kociubes, BBO #276360
                    joe.kociubes@bingham.com
                    Louis A. Rodriques, BBO #424720
                    Allyson E. Kurker, BBO #665231
                    Jennifer L. Holden, BBO #663467
                    **BINGHAM McCUTCHEN LLP**
                    150 Federal Street
                    Boston, MA 02110-1726
                    (617) 951-8000

Dated: May 10, 2008

**CERTIFICATE OF SERVICE**

    I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 10, 2008.


        /s/ Jennifer L. Holden
        Jennifer L. Holden, BBO #663467

# EXHIBIT A

**Putnam's Objections to Svensson's 30(b)(6)**
**Designations (Mary McNamee) and Putnam's Counter-Designations**

| Page: Line | Objection | Counter-designation |
|---|---|---|
|  |  | 10:14-22 |
| 14: 5-23 and Ex. 1 | Relevance |  |
| 24:18 to 25:15 | Relevance, Foundation | If overruled, 25:16-21 |
| 25:22 to 28:8 | Relevance, Foundation | If overruled, 16:23 to 27:1, and 28:9 to 29:3 |
| 29:4 to 30:19 | Relevance |  |
| 34:12 to 37:2 and Ex. 5 | Relevance |  |
| 38:14-23, 39:14-24 and Ex. 6 | Relevance, Foundation |  |
| 57:17-20 | Relevance, Foundation |  |
|  |  | 66:17-19 |
| 68:5 to 69:17 | Relevance, Foundation |  |
| 70:18 to 73:21 | Relevance, Foundation |  |
|  |  | 81:9-18 |
| 84:7-14 and Ex. 11 | Relevance, Claim dismissed |  |
| 86:13 to 90:4 | Relevance, Claim dismissed |  |
|  |  | 95:6-8 |
| 101:17 to 102:1 and Ex. 13 | Relevance, Foundation |  |
| 123:1-9 and Ex. 18 | Relevance, Foundation |  |
| 123:20 to 124:14 | Relevance, Foundation |  |
| 125:14-24 | Relevance, Foundation |  |
|  | Incomplete Answer | If overruled, 126:1-3 |

| Page: Line | Objection | Counter-designation |
|---|---|---|
| 126:13 to 128:1 | Relevance, Foundation | |
| 144:4-9 | Relevance, Foundation | |
| 148:18 to 149:3 | Relevance | |
| 149:4 to 150:13 and Ex. 25 | Relevance | |
| 151:16 to 152:7 | Relevance, Answer but no question | If overruled, 151:13-15 |
| 155:12-18 | Answer cut off | 155:21 to 156:5 |
| 159:1 to 160:17 and Ex. 27 | Relevance, Opinion | |
| 162:7 to 164:9 | Relevance, Foundation | If overruled, 161:13 to 162:6 |
| 164:22 to 165:1 | Relevance | |
| | | 166:20 to 167:8 |
| 16:21 to 171:12 and Ex. 29 | Relevance | If overruled, 171:13 to 171:17 |
| | | 191:8-9 |
| 201:12 to 201:11 | Relevance, Foundation | |
| 204:24 to 206:4 | Relevance, Foundation | |
| 209:10 to 201:19 | Relevance, Foundation | If overruled, 210:20 to 213:8 |
| 213:24 to 217:24 | Relevance, Foundation | If overruled, 214:8-13 and 218:1-18 |
| | | 219:6-15 |

| Page: Line | Objection | Counter-designation |
|---|---|---|
| 221:17 to 222:15 | Relevance, Foundation | If overruled, 222:16 to 223:9 |
| 223:13 to 224:3 | Relevance, Foundation | |
| 225:16-23 | Relevance, Foundation | |
| | | 240:17 to 241:17 |
| 243:1 | Incomplete Designation | |
| 243:7 to 245:7 and Ex, 44 | Relevance, Hearsay | |
| 246:18 to 247:2 | Relevance, Hearsay | If overruled, 247:3-11 |
| 247:15-23 | Relevance, Hearsay | |
| 248:18 to 249:22 and Ex. 45 | Relevance, Hearsay | |
| 251:5-11 | Relevance, Hearsay | |
| 255:14 to 256:7 | Relevance, Foundation, Hearsay | If overruled, 253:13 to 257:2 |
| 260: 261:5 | Relevance, Foundation, Hearsay | If overruled, 260:9-14 |

A/72531979.1/0398860-0000312913