```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE DISTRICT OF MASSACHUSETTS


LISA SVENSSON,               )
                             )
              Plaintiff      )
                             )
        -VS-                 ) CA No. 04-12711-PBS
                             ) Pages 1 - 27
PUTNAM INVESTMENTS, et al,   )
                             )
              Defendants     )
```

JURY TRIAL - DAY ONE - PART II


BEFORE THE HONORABLE PATTI B. SARIS
UNITED STATES DISTRICT JUDGE




United States District Court
1 Courthouse Way, Courtroom 19
Boston, Massachusetts
May 12, 2008, 12:25 p.m.




LEE A. MARZILLI
OFFICIAL COURT REPORTER
United States District Court
1 Courthouse Way, Room 3205
Boston, MA  02210

1    A P P E A R A N C E S:

2        KEVIN F. MOLONEY, ESQ., Barron & Stadfeld, PC,

3    100 Cambridge Street, Suite 1310,Boston, Massachusetts, 02114,

4    for the Plaintiff.

5        JOHN K. WEIR, ESQ., John K. Weir Law Offices, LLC,

6    300 Park Avenue, Suite 1700, New York, New York, 10022,

7    for the Plaintiff.

8        JOSEPH L. KOCIUBES, ESQ., LOUIS A. RODRIQUES, ESQ.,
     ALLYSON E. KURKER, ESQ., and JENNIFER L. HOLDEN, ESQ.,
9    Bingham McCutchen, LLP, 150 Federal Street, Boston,
     Massachusetts, 02110, for the Defendant, Putnam Investments.

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4979171e-7f87-4b5a-85fc-7a0423981e16

1

2

3                              I N D E X

4     OPENING STATEMENT:              PAGE

5     By Mr. Kociubes:                  4

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4979171e-7f87-4b5a-85fc-7a0423981e16

1

2

P R O C E E D I N G S

OPENING STATEMENT BY MR. KOCIUBES:

MR. KOCIUBES:  Thank you, your Honor.

Good afternoon, ladies and gentlemen.  My name is

Joe Kociubes, and I introduced my colleagues, Allyson Kurker,

Lou Rodrigues, and Jennifer Holden, as well as Sherry

Holder-Watts, who is the director of the human relations part

of Putnam that covers the Investment Division.  She's a

managing director of Putnam, and she's still here.

The case involves one plaintiff, Lisa Svensson.

And the issue, as Judge Saris told you a little while ago, is

fairly straightforward:  Did Putnam make employment decisions

about Lisa Svensson because she was a woman, because she was

female?  And one of the things that both sides should agree

upon is that what the case is about at a basic level is about

equality of opportunity.  And I suggest to you that the

evidence, the facts when you hear them all, will show that

Putnam gave Lisa Svensson opportunity after opportunity,

chance after chance.  And indeed gender was such a little

role, the two times that she was replaced, she was replaced

by women.  And even at the very end when her career at Putnam

ended, Putnam was giving her an opportunity to stay.  Her

boss was inviting her to stay.  He was not cutting her

1  compensation or benefits or anything else.  But for her own

2  reasons -- and we will see this from her very own employment

3  diary she kept -- for her own reasons, she decided it was

4  important to force Putnam to fire her and put Putnam in the

5  position where that had to happen.  I'm going to come back to

6  that.

7        Let me start with Putnam and explain a little bit.

8  As most of you probably know, it is a money manager.  Among

9  the things it does is, it offers mutual funds to members of

10  the public, so that if someone is lucky enough to have some

11  savings that he or she wants to invest or a retirement

12  account, there are various mutual funds that can be purchased

13  from Putnam.  This you'll hear referred to as the retail side

14  of the business.  The institutional side is, there might be

15  church or college endowments or other pension funds who have

16  sort of mirror image products that are available for

17  institutions.  And there's a wide array of investment

18  products that are offered.  There are bond funds, fixed

19  income.  There are funds that invest in U.S. treasuries or

20  municipal bonds, and there are funds that invest in stock.

21        And among the universe of funds that invest in

22  stocks, there is a whole wide variety managed by different

23  kinds of folks.  There are some that invest in big companies,

24  large caps they're called; some in small companies, small

25  caps or so-called emerging company funds; some in between.

1    Some are organized geographically; they invest only in

2    companies that are located in the United States.  Others

3    might look to the entire world.  Still others might be

4    specific country or region funds, a Japanese fund or a

5    European fund or a Scandinavian fund.  And within these

6    various kinds of funds, there are different stocks.  If you

7    visualize a grid, there are funds that invest in what are

8    called growth stocks, companies that people think are going

9    to grow quickly; and there are others that invest in value

10   stocks, ones that the managers think are relatively cheap

11   compared to the rest of the market; and then there are

12   various blended funds.

13        And they're managed by various specialists, and it

14   is significant only in a sense that everybody who graduates

15   from medical school, for example, and passes the appropriate

16   boards is a doctor; but there are there are pediatricians and

17   there are radiologists and there are brain surgeons, and

18   there are back surgeons and there are obstetricians, and

19   there are all sorts of doctors.  And in this context, there

20   are professional investors who specialize in different kinds

21   of funds.

22        Now, the job of a company like Putnam is to take

23   the money that the public trusts it with and to try to invest

24   it wisely.  And if the money is invested wisely and if the

25   funds make money, there are consequences.  One, more money

1    tends to come in from the public.  People want to invest with

2    a fund that seems to be doing good.  And, secondly, as

3    relates to this case, there are consequences for the stock

4    pickers -- they're called analysts -- and for the fund

5    managers -- they're called portfolio managers -- because when

6    they're making money for their investors, when the funds are

7    going up, they can make a lot of money for themselves.  They

8    can make a lot of money for themselves.

9           The problem is, the opposite is true, that when the

10   funds don't make money, investors can pull their money out

11   just as easily as they can put it in.  And when dollars are

12   flowing out -- it's called assets under management -- or the

13   value of the fund starts coming down because the value of the

14   stocks that the fund owns comes down, there are consequences

15   from that as well, and you didn't hear much discussion about

16   that.  The best thing that happens, the best thing that can

17   happen when the funds start coming down is that people get

18   paid less, their bonuses shrink.  The worst that happens is

19   that people lose their job, and this is an industry with

20   fairly rapid turnover.

21          In short, it's a tough business, and we make no

22   bones about it.  It is a very tough business.  It is a tough

23   business for men; it is a tough business for women.  It is in

24   a sense somewhat analogous to professional sports where a

25   player has no guaranteed contract:  What he did a couple

1    years ago doesn't matter.  It doesn't guarantee him a

2    starting job.  It doesn't guarantee he doesn't get cut, with

3    one big difference:  This is real life.  If the Red Sox lose

4    a series to the Yankees, I may be down, but if somebody's

5    losing my savings or funds from my retirement account, that's

6    a problem, and that's a real problem for me.  And because

7    it's a real problem for me, it will end up being a problem

8    for companies like Putnam.

9            Lisa Svensson elected to work in this business, and

10   she had every right in the world to do that, but this is the

11   nature of the business she elected to work in.  She was an

12   equity analyst, a stock picker.  And, as you heard, analysts

13   are people who become sort of expert, well-versed on specific

14   companies or specific industries.  They follow the companies,

15   they visit the companies, they try to tear apart their

16   financials to understand what's going on, all with one goal

17   to say, "Look, I recommend that we buy this company," or, if

18   somebody already owns it, that it be sold or that it be

19   held.  There are permutations of that, but that's the point.

20           So we go to 1994.  By that point Lisa Svensson is

21   approximately thirty-two years old.  She has been through

22   three other money managers.  She applies for a job at

23   Putnam.  She wants an opportunity to manage money, to become

24   a portfolio manager.  In 1994 a man by the name of Patrick

25   O'Donnell -- and he's no longer at Putnam -- was director of

1    Equity Research.  That's who was in charge of the analysts.

2    That's where the analysts were.  And he hires her.  And the

3    offer will be in writing, and you will have it when you

4    deliberate.  No question that she wanted to be able to

5    transition from being an analyst to being a money manager.

6    And so in that letter, O'Donnell tells her, "In order to

7    round out your analytical skills to achieve your goal of

8    becoming a portfolio manager over the next within four years,

9    we'll work with you to do that."  And as is typical in this

10   industry, once she's hired, she's hired for a raise; and when

11   people are hired, they get sort of the equivalent of signing

12   bonuses.  The first couple of years she had guaranteed

13   bonuses.  They could go up; they couldn't go down.  She's

14   hired as a vice president.  She's got an opportunity now.  In

15   due course, she's promoted to senior vice president.

16          O'Donnell said he would give her or work with her

17   to try to get her an opportunity within four years to

18   transition to money management.  Putnam does better.  In

19   three and a half years, she's picked and hired for a

20   portfolio management team.

21          Now, let me pause here in the story of Lisa

22   Svensson.  Remember what I said a few minutes ago, that there

23   are all these different kind of sort of investment vehicles

24   and funds.  And there will be groupings of them together, and

25   each is managed by typically somebody called a chief

1   investment officer.  And the chief investment officer might

2   have different mutual funds under him, frequently with

3   something in common, and throughout the Investment Division

4   there will be a lot of these teams.

5           So Lisa Svensson in 1997, a little more than three

6   years after she gets to Putnam, is hired by another man,

7   Robert Swift.  He also is no longer there, but we're going to

8   talk about him a little bit.  He was in charge, he was the

9   CIO of the International and Global Growth Team.

10  "International" and "global" tells you they could pick

11  stocks from anywhere in the world.  "Growth" tells you the

12  investment style.  They were looking for companies they

13  thought would grow quickly.  So Lisa Svensson is hired on

14  that team.

15          The largest of the mutual funds being run by that

16  team was called Global Growth.  The lead portfolio manager

17  for all of his funds was Robert Swift.  The next person down

18  was a woman by the name of Kelly Morgan, and then the third

19  one, by then the newcomer to the team, was Lisa Svensson.

20  That particular fund invested in large companies from around

21  the world that they thought would grow quickly.

22          Now, Swift also had other mutual funds he was the

23  lead on and different people.  Now, this is the late 1990s.

24  Some of you, I suspect, are old enough to remember what was

25  going on in the stock market then.  It was going up and up

1  and up.  Remember the days when people talked about the

2  technology bubble.  Lots of investors rode that bubble up.

3  The problem is that people lost sight of "what goes up can

4  come down," but it was one terrific party while it lasted.

5       In the late 1990s, this Global Growth and Robert

6  Swift's other funds, the value went up, and it went up

7  dramatically, and people's holdings became more valuable.

8  And on all of Swift's teams, the highest paid individual was

9  Swift.  He ran the teams, all of them.  The second highest

10 paid was a woman by the name of Kelly Morgan, and the third

11 highest paid was Lisa Svensson.  And then there were a bunch

12 of guys, portfolio managers, who made less, all making less

13 than Lisa Svensson.

14       By the time we get to 1999 and this bubble is going

15 strong, Lisa Svensson's compensation had escalated up.  She

16 was awarded for that year just under $1,600,000.  They were

17 down a little bit the following year for 2000.  She's just

18 under a million and a half, $1,495,000.  But the bubble

19 burst, and when the bubble burst, this Global Growth Fund,

20 along with Robert Swift's other funds, in fairness, crashed,

21 and they really crashed hard.  They were at the bottom of the

22 investment universe, and their investors were losing money by

23 the truckload, so something had to be done.

24       At this point we're in 2001 now.  Compensation,

25 bonuses of everybody on that team got dramatically slashed,

4979171e-7f87-4b5a-85fc-7a0423981e16

1    including Lisa Svensson's.  In 2001 she's still making

2    $650,000, $655,000.  Everybody on this team had come down.

3    She's still the third highest paid on the team; Kelly Morgan

4    more, her boss more, all the other guys paid less.  But the

5    problem is that the fund is hemorrhaging money.

6         Enter Steve Oristaglio, whose name you heard.  He

7    was the head of the entire Investment Division, and he's got

8    a problem.  Something has to be done.  So he analyzes it.

9    And you'll hear him on the stand, and he prepared things at

10   the time.  And this is not the only group, and I don't mean

11   to imply that, because he had a number of things that he had

12   to shovel.  But as related to International Growth, Robert

13   Swift's team, here's what he does:  He takes the mutual fund

14   piece of it, Global Growth, that Swift, Kelly Morgan, and

15   Lisa Svensson had managed, the large-company fund, it was the

16   biggest, and moves that to a different fund -- it's called

17   Global Equity -- that had been more conservatively managed.

18   It had not lost the kind of money that this one did.

19        In due course, the mirror image institutional

20   funds, that's turned over to another woman, a woman by the

21   name of Denise Seldon.  Oristaglio then just fires Robert

22   Swift.  He gets no second chance.  He's gone.  Performance is

23   down.  It's been disastrous.  He's gone.

24        Meanwhile, starting at maybe a year earlier, Steve

25   Oristaglio had started another project, and that was to beef

1  up research.  So he asked a man named William Landes, who

2  himself had been a portfolio manager, to head it up.  Kelly

3  Morgan the previous year had decided there was an

4  opportunity.  She goes half time as an Associate Director of

5  Research to help build this department.  The other half time

6  she's still managing Global Growth, Robert Swift, and Lisa

7  Svensson.

8        Robert Swift is fired.  Kelly Morgan decides she's

9  going full time as Associate Director of Research.  GER,

10  Global Equity Research, is the name of the department.  And

11  that brings us to the third person, Lisa Svensson.  One is

12  gone, one is transferred, Lisa Svensson is next.

13        We have her journals.  She's terrified, with good

14  reason, that she's going to get fired.  I mean, performance

15  had been awful.  Steve Oristaglio has another idea.  He says,

16  you know what, they haven't been very good at constructing a

17  portfolio because all their stocks went up together and

18  apparently they all came down together -- that was part of

19  the problem -- but he thinks that Lisa Svensson is a talented

20  stock picker, so he says to her, "We're not going to fire

21  you, but we're going to give you an opportunity to go to

22  Global Equity Research."  He thinks he can leverage her

23  strengths that way.

24        No question she doesn't like it, and this is the

25  demotion claim that you hear talk about, but you will hear

4979171e-7f87-4b5a-85fc-7a0423981e16

1   testimony from Putnam that it was a dual track.  There were

2   these portfolio managers, and there was the research side of

3   the organization.  She remains a senior vice president.  She

4   has the same benefits.  They don't cut her compensation.  And

5   in fact her last year managing money she made $655,000.  That

6   is the exact same amount they paid her when she went to

7   Research, even though the bonus pools kept coming down.  They

8   held her flat.

9          Ms. Svensson doesn't like it.  There's some

10  indication she job hunts.  She doesn't find another job.

11  She's terrified she's going to leave, and what does she write

12  in her employment journal?  "But the prior two years were

13  weak for my team, and I was glad they gave me the

14  opportunity."  They've given her another opportunity.  They

15  haven't fired her.  She's now going there.

16         The problem here is, she doesn't just report to

17  duty.  She's just been thrown a lifeline.  Maybe you ought to

18  take it.  She doesn't report to duty.  She starts

19  negotiating.  She calls it a "business plan."  She has

20  background in oil and gas companies.  She wants to be the

21  analyst for certain oil and gas companies.  Not

22  unreasonable.  The problem is that there's a senior analyst,

23  a man by the name of Jim Falvey who's already covering those

24  stocks, the ones that she wants.  So they're going to have to

25  take it away from him.  What does Putnam do?  They take them

1   away from Falvey and give them to her.

2           A second thing goes on.  A number of the analysts

3   actually do manage money.  They're specialized funds.  Falvey

4   had been managing the Natural Resources Fund.  Lisa Svensson

5   wants to co-manage it.  Now, again, never mind what

6   implications this may have for Falvey or his career.  So she

7   insists on that.  And what does Putnam do?  They appoint her

8   co-manager, they give her another opportunity.  Life should

9   be good now.

10          And, finally, there are four young analysts she

11  insists that she be given the right to either manage or

12  co-manage.  They're taken away from the current manager, or

13  she'd be put in with them.  And originally Putnam says,

14  "Look, we will give you three of the four," but not one

15  particular one that Falvey was managing by the name of Darren

16  Peers.  What does she do?  Well, we go back to her diary:

17  "Darren was clearly the best junior analyst of this team and

18  the most likely to make me successful as a manager."  She

19  insists that she get to manage Peers as well.  And what does

20  Putnam do?  They say "okay" in due course, and she gets to

21  manage, co-manage all four of them.

22          So that's the situation.  This is all happening in

23  early 2002.  She's not fired.  She's got another

24  opportunity.  She's a senior vice president.  Her

25  compensation hasn't been cut.  Her benefits haven't been

1  cut.  She's co-managing the Natural Resources Fund.  She's

2  covering stocks that she wanted to cover, and she's managing

3  the associates that she wanted, including the one who in her

4  mind was most calculated to make her look good as a manager.

5          So now we get into the second quarter of 2002 and

6  for the rest of the year, and what happens?  In the words of

7  one of the HR people who will testify, she and Falvey "don't

8  play nicely in the sandbox."  Who could have predicted that?

9  And the tension and the stress between the two of them rises

10  and rises and the controversy rises until it is just

11  intolerable toward the end of the year.  And what does Putnam

12  do, they're so biased against Lisa Svensson?  They fire Jim

13  Falvey.  He doesn't get a second chance.  He hadn't asked to

14  be put in the middle of any of this.  The two of them didn't

15  get along, and they fire Jim Falvey and give Lisa Svensson

16  another opportunity.

17          Simultaneously, Lisa Svensson has been upset that

18  she didn't have the title of Associate Director of Research.

19  It's the same title Kelly Morgan had gotten earlier.  And so

20  in early 2003, what does Putnam do?  It promotes her to the

21  position and gives her the title of Associate Director of

22  Research, and that's when she gets her bonus for 2002.  And

23  they've kept her flat, the same amount, the $655,000 that she

24  had made her last year as a money manager.  That's the

25  situation in 2003.

1          Then something happens.  Bill Landes is gone.

2    Putnam is still looking to build up and beef up the research

3    component, hires a man by the name of Joshua Brooks, who was

4    up for one of the most senior positions at a competitive

5    organization, Delaware Investments.  And he's hired and

6    brought in to head Global Equity Research and try to beef it

7    up.

8          He comes in in about April.  He does an analysis of

9    the department to try to figure out what the problems are and

10   quickly decides that the key problem is, the culture is

11   terrible.  People are afraid.  They don't want to speak up.

12   They're worried about speaking up.  They're worried about

13   disagreeing with their managers.  And Brooks's notion is:

14   That is not a conducive atmosphere to picking stocks.  There

15   ought to be open discussions and disagreements about ideas so

16   that the good ones will perk up.  And he tells people in that

17   department that that's what he's observed and he wants that

18   culture to change, including to Lisa Svensson.  He wants a

19   more collegial atmosphere where the speakers aren't

20   attacked.  And there's no dispute about that.

21          But Lisa again has her own agenda.  Josh Brooks

22   hasn't been there three weeks, he's on the job two and a half

23   weeks, he doesn't know anybody in his new department when she

24   approaches him and says, "You know, I've got a problem.  I've

25   heard there's a freeze on promotions for managing director,

4979171e-7f87-4b5a-85fc-7a0423981e16

1    and I really need to be promoted to managing director."

2    Never mind that she just got promoted to ADR a couple months

3    earlier. "And, by the way, I need a raise."  This is all

4    recorded in her notes.  Welcome to your new boss.

5         Is it realistic that you're going to get promoted

6    after your fund crashed and burned like that?  Put that

7    aside.  Brooks says, "You know, I'm not so into titles.  It's

8    performance that matters."  She says, well, she hears there's

9    a freeze, and he says, "I'll look into it for you."  He does,

10   he looks into it, and says, "Yes, there is.  It appears

11   they're not going to be making any managing directors this

12   year."  She tells him she's upset.

13        Now, while we're talking about this,

14   notwithstanding all of that, in her journal -- she is now

15   working with Josh Brooks in April, May, June, and into July,

16   this is the period we're focused on -- what does she say

17   about Mr. Brooks in her journal?  "Josh gave me tremendous

18   encouragement throughout the months of May, June, and early

19   July."  It's a comment that she makes about none of her other

20   former bosses.  That's what the relationship was like.

21        But then two things happen that summer.  Remember

22   Brooks is worried about the culture, and he's told them all

23   he wants the culture to change.  And remember the name Darren

24   Peers, that analyst that was so important that she manage and

25   that they gave to her to manage.  He was a young analyst.  He

1    seeks out Brooks and asks if they can have a cup of coffee

2    somewhere.  Brooks had come to Putnam right out of college.

3    He was tabbed as somebody with a bright future.  He was sent

4    to business school.  He got an MBA at Harvard, and he came

5    back.  And Brooks's attitude toward Putnam is that it's been

6    very good to him.  He's still young.  And in fact that spring

7    he's the number-one ranked stock picker in the entire firm.

8    Lisa Svensson finished in the top quarter.  Another one of

9    her analysts, Darren Peers, finished in the top quarter.

10   Number one was Darren Peers.  Say what you want about Lisa

11   Svensson; she was able to spot talent.

12            Peers tells Brooks that, "Look, Putnam has been

13   good to me.  I don't want to blindside anybody."  He makes no

14   demands.  He doesn't ask for more money.  He doesn't ask for

15   a transfer.  He doesn't ask for anything about Lisa

16   Svensson.  He simply says, "I don't want you to find out

17   about this through the grapevine, but I'm job hunting."

18   Brooks:  "Why are you job hunting?"  And he says because he

19   cannot work any longer with the way Lisa Svensson is managing

20   him.

21            Now, Peers is still relatively new.  He doesn't

22   know Brooks.  He doesn't know Svensson.  He makes no

23   promises.  He jumps to no conclusions.  He says, "You know

24   what, I will look into it," and that's all he says.

25            There's a second thing that then happens.  The

1   normal reviews are prepared and given at the beginning of the

2   year.  Remember the other of her analysts who finished in the

3   top quarter, Chris O'Malley.  And so Lisa Svensson's decides

4   she's going to do a midyear, essentially what looks like a

5   probationary review of Chris O'Malley, this guy with the good

6   performance.  And so she prepares bullet points, and she

7   sends it to her HR representative, a woman by the name of

8   Mary McNamee, and you will hear from her.  And around the

9   beginning of August, around August 8, Mary McNamee sees these

10  bullet points.  And the young analysts, they have their own

11  HR representative.  At the time it was somebody named Eric

12  Hutcherson.  And she comments to Hutcherson, "It looks like

13  there's a problem with one of your analysts, Chris

14  O'Malley."  Hutcherson in effect says, "Well, wait a minute.

15  O'Malley has been complaining about Lisa Svensson's

16  management of him."  So now they've got two different

17  stories.

18          So it gets reported to Josh Brooks.  Brooks has

19  heard the Peers thing.  He knows there's a problem with the

20  culture, and now he's got these two stories here, but he

21  doesn't know who's right or wrong.  So he says, "You know

22  what, we're going to look into it."  And he predominantly and

23  Mary McNamee divide up the various portfolio managers whom

24  they say that Chris O'Malley is not communicating and has

25  problems, and they go talk to them.  They have Lisa

1    Svensson's version.  She's put it in writing.  And after they

2    talk to people, sure, some people have issues; an awful lot

3    of them don't; and many of them have never been spoken to by

4    Lisa Svensson.  That's what they find out.  That's what they

5    find out.

6              So Peers thinks about it.  He's the one who's been

7    so supportive of her.  And, again, based on that review and

8    the fact that O'Malley had said he was thinking of job

9    hunting, that he's about to lose two of his best young

10   analysts, Peers has got, if anything, grounds to fire her at

11   that point, he comes to the same conclusion that Steve

12   Oristaglio did:  "You know what, I think she's a good stock

13   picker.  I'm going to give her another chance."  And so the

14   two of them --

15             THE COURT:  You know, I'm thinking that you're

16   reversing names, Peers and Brooks.

17             MR. KOCIUBES:  I am.  Thank you, your Honor.

18   Brooks has a conversation with Lisa Svensson, and he tells

19   her what he's found, and he tells her what he perceives to be

20   the problem, and says, "Look, we're going to make a change."

21   He doesn't cut her compensation.  He doesn't take her title

22   away from her.  He does none of that.  He says, "For the time

23   being, I'm going to manage these young analysts."  Now, he's

24   head of the entire department.  He's not looking for more

25   work to do, but he knows there's some kind of an issue.

1          And he doesn't take any stocks away from her or any

2     of that.  And, by the way, this is not unheard of because

3     just a few months earlier, a man more senior, much more

4     senior in the business by the name of Michael Yogg, who's

5     also an Associate Director of Research, they took his

6     analysts away because they didn't think he was doing an

7     effective job.  He stayed and continue to cover his stocks.

8          So Brooks talks to Lisa Svensson -- it's around

9     August 28 -- and tells her what he's intending to do, to take

10    over management of these young analysts, and also tells her,

11    and this she records in her diary, that he hopes she stays.

12    He doesn't want her to go.  He doesn't give her a deadline,

13    "You've got twelve seconds to think about it."  He doesn't

14    tell her to clear out her desk.  He says he's taking that

15    over because he perceives a problem, but he wants her to

16    stay.

17          But he also says, "Look, I understand that if

18    you're not going to be happy doing this, there are two other

19    options.  They're not the ones that I want."  Option one --

20    he's trying to be sensitive -- stay several months and job

21    hunt because it is presumably easier to find a job from a job

22    than not from a job."  So that's option one.  And if you

23    don't want to do that, well, then there are packages that HR

24    pulls together, certain things that everybody is entitled to

25    and certain things that they're not unless they sign an

1    agreement, which includes a release.  Every man and woman

2    that is in that position, it is the same policy for

3    everybody.  It is in the various plans of the company.

4           Lisa Svensson, as is her absolute, absolute right,

5    after that meeting promptly consults with counsel.  Brooks

6    has put no time pressure on her.  And in due course she gets

7    back to Brooks, and she says to him, "You know, I really need

8    the options in writing."  Well, Brooks is aboveboard.  He

9    says "Fine," and they're typed out, and they're given to her,

10   those three options in writing.

11          Days pass.  Indeed, almost a couple of weeks pass.

12   Brooks hasn't gotten any kind of decision from Lisa

13   Svensson.  Now, understand the context.  Lisa Svensson's

14   boss, Josh Brooks, has told her he thought that a review she

15   was doing on one of the people she's managing was unfair and

16   dishonest.  He's worried about losing two of his best young

17   analysts, and, indeed, Darren Peers leaves in fairly short

18   order, and he's now offered her another opportunity to stay.

19   That's the context of this.

20          What does Lisa Svensson do?  Well, remember what

21   she did when they gave her the opportunity to go to Global

22   Equity Research?  She negotiated.  Or does she?  She has a

23   conversation with Brooks, and they're going to talk because

24   he needs a decision.  If she's leaving, he's got to hire

25   somebody potentially or find somebody.  If she's staying as

Page 24

1    an analyst, that's different.  A couple of weeks have passed,

2    and ultimately they're going to meet on the 15th, which I

3    think is a Monday.

4         She writes in her diary before that Monday -- she's

5    talking to one of her analysts, Konstantin Stoev -- "I told

6    him that Josh needs to stand up and be a man and fire me."

7    This was after Brooks told her that he wanted her to stay.

8    And she bumps into another Putnam employee, Roger Sullivan.

9    "I told Roger Sullivan that I am expecting to be fired on

10   Monday."  Well, why was she expecting to be fired on Monday

11   when Josh Brooks had told her he wanted her to stay?

12        Well, we get to the Monday meeting.  This is the

13   meeting between Lisa Svensson and Josh Brooks, her supervisor

14   whom she had described as being wonderfully supportive.  And

15   what does she say to Josh Brooks, her supervisor?  "None of

16   the three alternatives you gave me are acceptable."

17        Brooks, thinking that there's maybe something

18   around the edges that he could do, he doesn't want her to

19   leave, says to her, and this is recorded, "Well, what would

20   be acceptable?"  And she says, "I don't trust you," to her

21   boss, "and I want immediate promotion to managing director,"

22   even though nobody's being promoted that year.  "And, by the

23   way, I want $2 million of guaranteed compensation, $1 million

24   this year and $1 million next year."  And Brooks says to her,

25   "Well, that's not exactly any of the options that we gave

1    you."  He doesn't fire her on the spot.  It's extraordinary.

2         He ultimately gets back -- he knows she wants stuff

3    in writing -- with a piece of paper, still trying to be

4    sensitive, saying that since she hasn't elected any of the

5    options given, he assumes that she's elected number three,

6    which is to resign with a potential severance package, again

7    giving her in terms of job hunting the ability to say that

8    she resigned, it might make job hunting easier.

9         Lisa Svensson is still giving ultimatums.  She's

10   not leaving until Josh Brooks says the magic words "You're

11   fired" and puts it in writing.  So Josh Brooks says the magic

12   words "You're fired," and he puts it in writing.  She's still

13   offered the package that she's eligible for, some that she

14   gets because she's entitled to it, and another piece that is

15   discretionary upon signing of the agreement, which includes a

16   release.  As she has a right to, she doesn't sign the

17   agreement.  So she got what she was entitled to; she didn't

18   get the additional stuff.  And in due course, Josh Brooks is

19   so biased against woman that he hires a replacement for her,

20   and the replacement is another woman, and her name is Maria

21   Brooks.

22        That's the story of Lisa Svensson.  That's what the

23   case is about.  It is opportunity after opportunity.

24   Putnam's various managers bent over backwards.  She wanted an

25   opportunity to manage money; they gave it to her.  Her money

1    management fund and team crashed and burned; they didn't fire

2    her with Robert Swift; they gave her an opportunity to go to

3    Global Research.  She didn't have to.  She could have gotten

4    another job if that was important to her.  When she goes to

5    Global Research, she doesn't just go to do her jobs; she

6    makes demands.  They satisfy her demands.  She's got another

7    opportunity.  She and Jim Falvey don't get along; they fire

8    Jim Falvey.  He gets no option, he gets no second chance,

9    just as Robert Swift got no second chance.

10           Josh Brooks is worried about losing Darren Peers,

11   and he's worried about the dishonest deal with Chris

12   O'Malley, and he's worried about losing Chris O'Malley, and

13   he knows there's a problem with the culture -- and this ties

14   right into what he was worried about -- still doesn't fire

15   her, gives her an opportunity to remain as Associate Director

16   of Research.  He doesn't say anything about cutting her

17   compensation or benefits or perks or anything else.

18           We can talk about all sorts of stuff, but we end

19   where we started, that this is a case about one plaintiff,

20   Lisa Svensson, and it is an individual about whom her various

21   managers at Putnam bent over backwards to try to accommodate

22   and to give her opportunity after opportunity and chance

23   after chance.

24           The other thing I suggest, and I'll leave you with

25   this thought, is, Putnam's position -- because none of this

4979171e-7f87-4b5a-85fc-7a0423981e16

Page 27

1    stuff had anything to do with her being a woman; it had

2    everything to do with performance and various demands she was

3    making -- Putnam's position, because it does value diversity

4    in the work force, is that it is responsible for its actions,

5    and we're not afraid to be judged for Putnam's actions, and

6    we take responsibility for our actions.  But as you hear the

7    case, I suggest the flip side of that is equally true:  That

8    Lisa Svensson is responsible for her actions, and she's

9    responsible for her decisions and choices.

10             Thank you very much.

11             THE COURT:  I'll see you tomorrow morning at

12    9:00 o'clock.  Remember, if anyone's late, we all wait.  So

13    if there's a bad traffic jam or you have a flat tire or

14    anything goes on in your family, make sure you call Mr. Alba

15    and tell us what the issue is because we'll all just be

16    waiting.  So I'll see you tomorrow morning at 9:00 o'clock.

17             (Jury excused.)

18             THE COURT:  Good.  I'll see counsel just on

19    scheduling over here.  I don't think I need this on the

20    record.

21             (Side-bar discussion held off the record.)

22             (Adjourned, 1:00 p.m.)

23

24

25

Page 28

1

2

3                    C E R T I F I C A T E

4

5

   UNITED STATES DISTRICT COURT )
6  DISTRICT OF MASSACHUSETTS    ) ss.
   CITY OF BOSTON               )
7

8

9

10         I, Lee A. Marzilli, RPR, CRR, do hereby certify

11  that the foregoing transcript, Jury Trial Day One, Part II,

12  Pages 1 through 27 inclusive, was recorded by me

13  stenographically at the time and place aforesaid in Civil

14  Action No. 04-12711-PBS, Lisa Svensson V. Putnam Investments,

15  et al, and thereafter by me reduced to typewriting and is a

16  true and accurate record of the proceedings.

17         In witness whereof I have hereunto set my hand this

18  17th day of May, 2008.

19

20

21

22

23         /s/ Lee A. Marzilli
           _____
24         LEE A. MARZILLI, RPR, CRR
           OFFICIAL COURT REPORTER
25

1

2

4979171e-7f87-4b5a-85fc-7a0423981e16