UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| LISA SVENSSON,<br><br>　　　　Plaintiff,<br><br>v.<br><br>PUTNAM INVESTMENTS, LLC,<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)<br>)<br>)  CIVIL ACTION<br>)  NO. 04-12711 (PBS)<br>)<br>)<br>)<br>)<br>)<br>) |

**NOTICE OF CHANGE OF FIRM ADDRESS**

TO THE COURT, TO ALL PARTIES, AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE notice that effective May 27, 2008, the new address for counsel for Putnam Investments LLC is as follows:

　　Bingham McCutchen LLP
　　One Federal Street
　　Boston, MA 02110-1726
　　Telephone: 617.951.8000
　　Facsimile:  617.951.8736

All pleadings, papers, notices and other documents filed or served in this matter from May 27, 2008 forward should be sent to the above address.

A/72544660.1/0398860-0000312913

- 2 -

                    **PUTNAM INVESTMENTS LLC,**

                    By its attorneys,

                    /s/ Joseph L. Kociubes
                    Joseph L. Kociubes, BBO #276360
                    joe.kociubes@bingham.com
                    Louis A. Rodriques, BBO #424720
                    louis.rodriques@bingham.com
                    Allyson E. Kurker, BBO #665231
                    allyson.kurker@bingham.com
                    Jennifer L. Holden, BBO #663467
                    jennifer.holden@bingham.com
                    **BINGHAM MCCUTCHEN LLP**
                    150 Federal Street
                    Boston, MA  02110-1726
                    617.951.8000

Dated: May 21, 2008

## CERTIFICATE OF SERVICE

     I hereby certify that this document(s) filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants on May 21, 2008.

                    /s/ Jennifer L. Holden, BBO #663467
                    jennifer.holden@bingham.com