UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

```
* * * * * * * * * * * * * * *    Civil Action No. 04-12711-PBS
                             *
LISA SVENSSON                *
                             *   BBO No. 351000
           Plaintiff,        *
                             *   Plaintiff Svensson's
v.                           *   Proffer Re: Portfolio
                             *   Manager Positions Filled
                             *   by Putnam Since 2002,
PUTNAM INVESTMENTS, LLC,     *   Including in the Period
et al.                       *   After May 6, 2003
           Defendants.       *
                             *
* * * * * * * * * * * * * * *
```

Plaintiff Lisa Svensson ("Svensson") makes the following proffer as to the Portfolio Manager ("PM") positions for which Svensson was qualified that were filled by defendant Putnam Investments, LLC (Putnam") in the period March 2002 to September 15, 2003, including those filled in the period between May 6, 2003, and September 15, 2003.

As more particularly set forth in the seven charts included at Tab 24 in Svensson's Binder of Charts, previously submitted to the court, copies of which are also set forth at p. 4 et seq., infra, there were on the International Core & Growth, U.S. & Global Core, Large Cap Growth, Mid-cap Growth, Global Core Small Cap and Small & Emerging Growth teams in the period from March 2002 to September 15, 2003, 13 Equity PM positions that, after becoming vacant, were filled by Putnam. Putnam in that

period also created eight new Equity PM positions that Putnam filled, for a total of 21 Equity team PM positions that were filled in that period.

The 13 departures consisted of two females and 11 males who were replaced by one female and 12 males. The eight new positions were filled by two females and six males. The net result of these events was an increase of one female position and an increase of seven male positions.

Of these 21 PM positions filled by Putnam in the period March 2002 to September 15, 2003, the evidence in the record to date[1] shows that at least five of these positions were filled in the period May 6, 2003, to September 15, 2003.

>                             LISA SVENSSON, plaintiff,
>
>                             By her attorneys,
>
>                             BARRON & STADFELD, P.C.
>
>
>                             /s/ Kevin F. Moloney_____
>                             100 Cambridge Street, Suite 1310
>                             Boston, Massachusetts 02114
>                             Tel.: 617.723.9800/531.6569
>
>                             and
>
>                             /s/ John K. Weir_____
>                             John K. Weir, Admitted PHV
>                             John K. Weir Law Offices, LLC
>                             300 Park Avenue, Suite 1700
>                             New York, New York, 10022

---

[1] List of Putnam Investment Division Officers 2001-2003, PRM 14898-14921; List of Officer Terminations 2002-2003, 14926-14929, plus the Putnam "ERS_JOB_SUMMARY _BY_EMPLID" reports (No. 262) to be offered in evidence.

2

Tel.: 212.572.6374  
Dated: May 25, 2008

Certificate of Service.

This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

/s/ Kevin F. Moloney_____  
Dated: May 25, 2008

[431150.1]

# Equity Portfolio Management Jobs Filled
# Between March 2002 and September 15, 2003

## Summary

**13 DEPARTURES**
**2 FEMALES**
**11 MALES**

**13 REPLACEMENTS**

**8 NEW POSITIONS**

**1 FEMALE**

**2 FEMALES**

**12 MALES**

**6 MALES**

| REPLACEMENTS | ADDITIONS | NET CHANGE |
|---|---|---|
| - 1 FEMALE | + 2 FEMALES | + 1 FEMALE |
| + 1 MALE | + 6 MALES | + 7 MALES |

Source:  Putnam Investment Division Officers 2001-2003, PRM 14898-14921;  Officer Terminations 2002-2003, 14926-14929;  Tibbetts dep., Day One, p. 51, l. 7 through p. 52, l. 24

# Equity Portfolio Management Jobs Filled Between March 2002 and September 15, 2003

## Team: International Core & Growth
### Decision Makers: Justin Scott, Omid Kamshad, and Stephen Dexter

**2 Departures**

- **Peter Grant** — SPM — 6/30/2002
- **Nicholas Melhuish** — SPM — 6/26/2003

**REPLACED BY:** **Daniel Grana** — Promotion From Analyst — PM — 2002

**REPLACED BY:** **Heather Arnold** — Outside Hire — Director — 9/15/2003

**NEW POSITION:** **Denise Selden** — Promotion From Marketing — PM — 5/19/2003

**NEW POSITION:** **Michael Scafati** — Promotion From Portfolio Const. Spec. — PM — 2003

**NEW POSITION:** **Melissa Reilly** — Promotion From Analyst — PM — 2003

**2 Replacements + 3 New Additions**

**Net Change: Up 3 females**

Source: Putnam Investment Division Officers 2001-2003, PRM 14898-14921; Officer Terminations 2002-2003, 14926-14929; Tibbetts dep., Day One, p. 51, l. 7 through p. 52, l. 24; SEC form 497 International New Opportunities Fund Prospectus Supplement filed 5/19/03

# Equity Portfolio Management Jobs Filled Between March 2002 and September 15, 2003

## Team: US & Global Core
### Decision Makers: Justin Scott and Paul Warren

**4 Departures**

| Sandeep Mehta | Michael Stack | Thomas Haslett | Michael Arends |
|---|---|---|---|
| PM | SPM | CIO, Institutional | SPM |
| 7/31/2002 | 8/13/2002 | 9/30/2002 | Late 2002 |

| NEW POSITION | NEW POSITION | REPLACED BY: | REPLACED BY: | REPLACED BY: | REPLACED BY: |
|---|---|---|---|---|---|
| **Manuel Weiss** Transfer From Large Cap Growth Dir., Core Growth Inst. 3/16/2002 | **Richard England** Transfer From Large Cap Growth SPM 3/16/2002 | **David Gerber** Promotion From Portfolio Const. Spec. PM 10/21/2002 | **James Yu** Outside Hire  PM 10/14/2002 | **Richard Cervone** Promotion from Analyst PM 10/21/2002 | **Mark Bogar** Promotion From Analyst PM 10/21/2002 |

**4 Replacements + 2 New Additions**

**Net Change: Up 2 males**

Source: Putnam Investment Division Officers 2001-2003, PRM 14898-14921; Officer Terminations 2002-2003, 14926-14929; Tibbetts dep., Day One, p. 51, l. 7 through p. 52, l. 24

# Equity Portfolio Management Jobs Filled
# Between March 2002 and September 15, 2003

## Team: Large Cap Growth
### Decision Makers: Stephen Oristaglio and Brian O'Toole

**3 Departures**

- **Beth Cotner**
  CIO, Large Cap Growth
  4/1/2002

- **Anthony Sellitto**
  SPM
  5/31/2002

- **Jeffrey Lindsey**
  Dir., Concentrated Growth
  8/31/2002

**REPLACED BY:**

- **Brian O'Toole**
  New Hire
  CIO, Large Cap Growth
  6/17/2002

- **Tony Elavia**
  Transfer from Quant. Equity Research
  SPM
  5/29/2003

- **Walton Pearson**
  New Hire
  SPM
  2/18/2003

**3 Replacements**

**Net Change:**
**Down 1 female**
**Up 1 male**

Source: Putnam Investment Division Officers 2001-2003, PRM 14898-14921; Officer Terminations 2002-2003, 14926-14929; Tibbetts dep., Day One, p. 51, l. 7 through p. 52, l. 24

# Equity Portfolio Management Jobs Filled Between March 2002 and September 15, 2003

## Team: Mid-Cap Growth
### Decision Maker: Stephen Oristaglio and Eric Wetlaufer

**2 Departures**

- **Margery Parker** — PM — 3/8/2003
- **Dana Clark** — PM — 7/5/2003

**REPLACED BY:**

- **Kevin Divney** — Transfer from US Core — PM — 7/1/2003 (replaces Margery Parker)
- **Paul Marrkand** — Transfer from US Core — SPM — 7/1/2003 (replaces Dana Clark)

**2 Replacements**

**Net Change:**
Down 1 female
Up 1 male

Source: Putnam Investment Division Officers 2001-2003, PRM 14898-14921; Officer Terminations 2002-2003, 14926-14929; Tibbetts dep., Day One, p. 51, l. 7 through p. 52, l. 24

# Equity Portfolio Management Jobs Filled Between March 2002 and September 15, 2003

## Team: Global Core Small Cap
### Decision Makers: Justin Scott and Joe Joseph



**NEW POSITION**

**Christopher Crawford**
New Hire
SPM
7/14/2003

**NEW POSITION**

**John McLanahan**
Promoted from Analyst
PM
2003

**2 Additions**

**Net Change:**
**Up 2 males**

Source: Putnam Investment Division Officers 2001-2003, PRM 14898-14921; Officer Terminations 2002-2003, 14926-14929; Tibbetts dep., Day One, p. 51, l. 7 through p. 52, l. 24



# Equity Portfolio Management Jobs Filled Between March 2002 and September 15, 2003

**Team: Small & Emerging Growth**
Decision Makers: Justin Scott and Dan Miller

**2 Departures**

- **Steve Kirson** — SPM — 3/27/2002
- **Craig Lewis** — PM — 4/23/2002

**REPLACED BY:** **Matthew Griffin** — Promoted from Analyst — PM — 2002

**REPLACED BY:** **Anthony Sellitto** — Transferred from Large Cap Growth — SPM — 5/31/2002

**NEW POSITION:** **Raymond Haddad** — Promoted from Analyst — PM — 2003

**2 Replacements + 1 Additions**

**Net Change: Up 1 male**

Source: Putnam Investment Division Officers 2001-2003, PRM 14898-14921; Officer Terminations 2002-2003, 14926-14929; Tibbetts dep., Day One, p. 51, l. 7 through p. 52, l. 24