```
                    UNITED STATES DISTRICT COURT
                     DISTRICT OF MASSACHUSETTS
```

```
* * * * * * * * * * * * * *   Civil Action No. 04-12711-PBS
                          *
LISA SVENSSON             *
                          *   BBO No. 351000
        Plaintiff,        *
                          *   Plaintiff Svensson's Proffer
v.                        *   Re: Promotions not made after
                          *   May 6, 2003, and re: Compensation
                          *
Putnam Investments, LLC,  *
et al.                    *
        Defendants.       *
                          *
* * * * * * * * * * * * * *
```

Plaintiff Lisa Svensson ("Svensson") makes the following two proffers:

<u>Failure to promote after May 6, 2003</u>:

1. May 29, 2003: Tony Elavia, Large cap Growth - $1,785,049

2. July 1, 2003: Kevin Divney Mid-cap Growth - $1.500,030

3. July 1, 2003: Paul Marrkand Mid-cap Growth - $2,200,041

<u>Compensation</u>:

<u>In addition to the above three</u>:

1. Davis: $2,750,0019 Core

2. Dexter: $2, 225,033 Growth

3. Byrne $3,650,017 Core

4. Makino $3,000,059 Core

5. England $950,032 Core

6. Nance $2,600,046 Core

    7.    Santos $1,790,049 Growth

    8.    Oler $1, 310,032 Core

    9.    Pearson $1,800,049 Growth

    10.    Sellitto $1,125,012 Growth

    11.    Stairs $1, 120,032 Core

    12.    Wiess $2,225,053 Core

The information for the above is derived from the following: (1) Supplement to the Putnam answerers to interrogatories (PRM 5728-39 and 5734-47[1]; (2) Officer lists (Bloom dep. Exhs. 2B-2G; and, (3) Putnam's "ERS_JOB_SUMMARY _BY _EMPLID" documents for Divney, Elavia and Marrkand (PRM 8587, 8590 and 8617-18, respectively), which are or will be in evidence.

        LISA SVENSSON, plaintiff,

        By her attorneys,

        BARRON & STADFELD, P.C.

        /s/ Kevin F. Moloney_____
        Kevin F. Moloney  BBO No. 351000
        100 Cambridge Street, Suite 1310
        Boston, Massachusetts  02114
        Tel.: 617.723.9800/531.6569

        and

        /s/ John K. Weir_____
        John K. Weir, Admitted PHV
        John K. Weir Law Offices, LLC
        300 Park Avenue, Suite 1700
        New York, New York, 10022
        Tel.: 212.572.6374

---

[1] Affected by the use of the same Bates numbers more than once.

Dated: May 27, 2008

<u>Certificate of Service</u>.

    This document, filed through the ECF system, will be sent electronically to the registered participants as identified on the Notice of Electronic Filing.

                                        /s/ Kevin F. Moloney_____

Dated: May 27, 2008

[431260.1]