AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

LISA SVENSSON  
V.  
PUTNAM INVESTMENTS LLC, ET AL

EXHIBIT ~~~~~~~~~~ LIST

Case Number: 04-CV-12711-PBS

PAGE 7

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Kevin Maloney | Joe Kociubes |
| TRIAL DATE(S) 5/12/08, 5/13, 5/14, 5/16, 5/19, 5/20, 5/21, 5/22, 5/23, 5/27, 5/28, 5/29 | COURT REPORTER  Lee Marzilli | COURTROOM DEPUTY  Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/13/08 | | ✓ | OFFER LETTER FROM PATRICK O'DONNELL |
| 46 | | 5/13/08 | | ✓ | 1998 REVIEW BY ROBERT SWIFT |
| ~~44~~ | | 5/13/08 | | ✓ | REVIEW 12/99 BY SWIFT OF LS |
| 47 | | 5/13/08 | | ✓ | MEMO - SWIFT TO JACK MORGAN |
| 48 | | 5/13/08 | | ✓ | REVIEW 12/00 SWIFT OF LS |
| 51 | | 5/13/08 | | ✓ | REVIEW 12/01 SWIFT OF LS |
| 57 | | 5/13/08 | | ✓ | REVIEW 6/02 GORMAN OF LS |
| 104 | | 5/13/08 | | ✓ | EMAIL 3/12/02 LS TO ORISTAGLIO |
| 105 | | 5/13/08 | | ✓ | EMAIL 3/12/02 ORISTAGLIO TO LS |
| 132 | | 5/13/08 | | ✓ | BUSINESS PLAN 3/14/02 LS TO LANDES |
| 54 | | 5/14/08 | | ✓ | REVIEW 1/03 OF LS |
| 359 | | 5/14/08 | | ✓ | LS DIARY NOTE |
| 261 | | 5/14/08 | | ✓ | SPREADSHEET RE: LS PERFORMANCE 12/31/02 - 8/29/03 |
| 243 | | 5/14/08 | | ✓ | LS TAX RETURN 1996 |
| 244 | | 5/14/08 | | ✓ | LS TAX RETURN 1997 |
| 245 | | 5/14/08 | | ✓ | LS TAX RETURN 1998 |
| 246 | | 5/14/08 | | ✓ | LS TAX RETURN 1999 |
| 247 | | 5/14/08 | | ✓ | LS TAX RETURN 2000 |
| 248 | | 5/14/08 | | ✓ | LS TAX RETURN 2001 |
| 249 | | 5/14/08 | | ✓ | LS TAX RETURN 2002 |
| 250 | | 5/14/08 | | ✓ | LS TAX RETURN 2003 |
| 251 | | 5/14/08 | | ✓ | LS TAX RETURN 2004 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages

AO 187A (Rev. 7/87)　　EXHIBIT ~~[redacted]~~ LIST – CONTINUATION　　PAGE 2

| | | Lisa Svensson | vs. | Putnam Investments LLC, et al | CASE NO. 04-CV-12711-PBS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 29 | | 5/14/08 | | ✓ | LS TAX RETURN 2005 |
| 23 | | 5/14/08 | | ✓ | LS TAX RETURN 2006 |
| 254 | | 5/14/08 | | ✓ | LS TAX RETURN 2007 |
| | | 5/16/08 | | ✓ | ORGANIZATIONAL CHART - (FROM CHALK) |
| | 7 | 5/16/08 | | ✓ | EMAIL FROM LS TO ORLISTAGLIO 3/14/01 |
| | 9 | 5/19/08 | | ✓ | EMAIL FROM LS TO TIBBETTS 7/13/01 |
| | 67 | 5/19/08 | | ✓ | EMAIL FROM LS TO SWIFT 4/21/04 |
| | 23 | 5/19/08 | | ✓ | EMAIL LANDES TO MULLIN ET AL 1/10/03 BEST GER 2002 |
| | 28 | 5/19/08 | | ✓ | EMAIL LS TO McNAMEE 8/8/03 |
| | 30 | 5/19/08 | | ✓ | EMAIL O'MALLEY TO O'MALLEY 8/11/03 |
| | ~~26~~ | 5/19/08 | | ✓ | CV – LISA SVENSSON |
| | 35 | 5/19/08 | | ✓ | EMAIL BROOKS TO LS 9/3/03 |
| | 40 | 5/20/08 | | ✓ | EMAIL BROOKS TO LS 9/15/03 |
| | 39 | 5/20/08 | | ✓ | EMAIL BROOKS TO LS 9/15/03 |
| | 38 | 5/20/08 | | ✓ | SEPARATION LETTER LS BY MARY McNAMEE |
| 445 | ~~26~~ | 5/20/08 | | ✓ | CHART – GLOBAL CORE EQUITY TEAM 12/31/01 |
| 446 | | 5/20/08 | | ✓ | CHART – GLOBAL CORE EQUITY TEAM AFTER REORGANIZATION |
| 447 | | 5/20/08 | | ✓ | CHART – GLOBAL CORE EQUITY TEAM AFTER REORGANIZATION 3/31/03 |
| 448 | | 5/20/08 | | ✓ | CHART – COMPARISON OF GROWTH FUNDS 2001 |
| 450 | | 5/20/08 | ✓ | | CHART – NAMOO COMPARATORS |
| 451 | | 5/20/08 | ✓ | | LISTING OF CORE & GROWTH MANAGERS |
| 121 | | 5/20/08 | | ✓ | EMAIL – EXHIBIT FROM STOEV – DEPOSITION TESTIMONY |
| 122 | | 5/20/08 | | ✓ | EXHIBIT #5 FROM STOEV DEPOSITION |
| 452 | | 5/21/08 | | ✓ | EMAIL – ORLISTAGLIO TO SVENSSON 11/21/02 |
| 453 | | 5/21/08 | | ✓ | EMAIL – EXHIBIT FROM HALDEMAN DEPO TESTIMONY |
| 454 | | 5/21/08 | | ✓ | EMAIL – EXHIBIT FROM HALDEMAN DEPO TESTIMONY |
| 455 | | 5/21/08 | | ✓ | EMAIL – EXHIBIT FROM HALDEMAN DEPO TESTIMONY |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)     EXHIBIT ~~_____~~ LIST – CONTINUATION     PAGE 3

| | Lisa Svensson | | vs. | | Putnam Investments LLC, et al | CASE NO. 04-CV-12711-PBS |
|---|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| ~~86~~ | | ~~5/21~~ | | ✓ | ~~Chart of Comparators~~ ~~Exhibit 3 from Tibbetts Deposition Testimony~~ |
| 457 / 481 | | 5/21/08 | | ✓ | Chart of Comparators – Exhibit 3 from Tibbetts Deposition Testimony |
| 458 | | 5/21/08 | | ✓ | 1999 Performance Profiles – Inv Division from Tibbetts Depo Testimony |
| 459 | | 5/21/08 | | ✓ | List of Guarantees 1999-2000 – Ex 5 Tibbetts Depo Testimony |
| 460 | | 5/21/08 | | ✓ | 2002 Assoc & Principals Incentive Comp Plan |
| 276 | | 5/22/08 | | ✓ | Putnam Inv Directories – 1996, 97, 98, 99, 2000, 01, 02, 03 |
| 461 | | 5/22/08 | | ✓ | Documents – Bates #'s 8575-8662 |
| 462 | | 5/22/08 | | ✓ | Performance Chart – Lisa Svensson |
| 95 | | 5/22/08 | | ✓ | Performance Chart – Officer Nomination Spreadsheet |
| 140 | | 5/23/08 | | ✓ | Putnam Manager Handbook |
| 115 | | 5/23/08 | | ✓ | 2001 Performance Scores – Group, Rating, Alpha |
| 177 | | 5/23/08 | | ✓ | 2001 Total Compensation – Sort High to Low |
| 178 | | 5/23/08 | | ✓ | Compensation Projections ADP Plan 11/02 |
| 191 | | 5/23/08 | | ✓ | Email Holder-Watts to Tibbetts 4/26/02 |
| 206 | | 5/23/08 | | ✓ | 1999 Succession Planning Document |
| 210 | | 5/23/08 | | ✓ | Email Koontz to Bravchouck & HR 7/27/00 |
| 207 | | 5/23/08 | | ✓ | 2001 Succession Planning Document |
| 221 | | 5/23/08 | | ✓ | Email Tibbetts to Partners 4/26/02 |
| 208 | | 5/23/08 | | ✓ | Terminations, 2002 & 2003 |
| 463 | | 5/23/08 | | ✓ | Deposition Excerpts |
| | 52 | 5/23/08 | | ✓ | 2002 Salary Chart |
| | 59 | 5/23/08 | | ✓ | Investment Bonus Pool History |
| | 80 | 5/23/08 | | ✓ | 1999 Performance Profiles |
| | 5 | 5/23/08 | | ✓ | Investment Division – Officer Nominations 2/00 |
| | 4 | 5/23/08 | | ✓ | Assoc & Principals Incentive Comp Plan 1996 |
| | 3 | 5/23/08 | | ✓ | Profit Growth Incentive Comp Plan 1996 |
| 199 | | 5/27/08 | | ✓ | Email from Morgan to Brooks dated 9/16/03 |

Page _____ of _____ Pages

AO 187A (Rev. 7/87)  **EXHIBIT ~~[redacted]~~ LIST – CONTINUATION**   PAGE 4

| | | Lisa Svensson | vs. | Putnam Investments LLC, et al | CASE NO. 04-CV-12711-PBS |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 233 | | 5/27/08 | | ✓ | EMAIL – WOLF DRAFT |
| 464 | | 5/27/08 | | ✓ | EMAIL WOLF DRAFT |
| | 18 | 5/27/08 | | ✓ | MINUTES – OFFICERS MEETING – INVESTMENT DIV. UPDATE 4-6-02 |
| | 19 | 5/27/08 | | ✓ | SLIDES – INV. DIV. UPDATE – ORISTAGLIO |
| | 82 | 5/28/08 | ✓ | | MCAD CHARGE |
| | 73 | 5/28/08 | | ✓ | INT'L GROWTH BEFORE REORGANIZATION – CHART |
| | 75 | 5/28/08 | | ✓ | INT'L GROWTH AFTER REORGANIZATION – CHART |
| 465 | | 5/28/08 | | ✓ | PERFORMANCE REVIEW OF STEPHEN DEXTER |
| 466 | | 5/28/08 | | ✓ | PERFORMANCE REVIEW OF STEPHEN DEXTER |
| 467 | | 5/28/08 | | ✓ | PERFORMANCE REVIEW OF STEPHEN DEXTER |
| 468 | | 5/28/08 | | ✓ | PERFORMANCE REVIEW OF STEPHEN DEXTER |
| | 36 | 5/28/08 | | ✓ | EMAIL BROOKS TO MCNAMEE 9/4/03 |
| 359 | | 5/28/08 | | ✓ | NOTES OF LISA SVENSSON – JUNE, JULY 2003 |
| | | ~~5/28/08~~ | | ~~✓~~ | ~~NOTES OF LISA SVENSSON~~ |
| 469 | | 5/28/08 | | ✓ | CHART – COMPARISON OF GROWTH FUNDS 2001 |
| | 83 | 5/28/08 | ✓ | ✓ | CHART – INT'L GROWTH BEFORE REORGANIZATION WITH EDITS |
| | 84 | 5/28/08 | ✓ | ✓ | CHART – 2113 EMPLOYEES ASKED TO LEAVE OVERALL WITH EDITS |
| | 85 | 5/28/08 | ✓ | | CHART – REORGANIZATION – WITH EDITS |
| 470 | | 5/28/08 | | ✓ | CHART – GROWTH BEFORE REORG. 12/31/01 |
| 471 | | 5/28/08 | | ✓ | CHART – GROWTH AFTER REORG. 6/30/02 |
| 472 | | 5/28/08 | | ✓ | CHART – GROWTH AFTER REORG. 3/3/03 |
| 473 | | 5/28/08 | | ✓ | SWIFT EVALUATION |
| 265 | | 5/29/08 | | ✓ | JOB SEARCH LOG |
| 271 | | 5/29/08 | | ✓ | BROOKS PUTNAM EMPLOYEE RESUME |
| 266 | | 5/29/08 | | ✓ | JOB SEARCH LETTERS |
| 241 | | 5/29/08 | | ✓ | PAUL WHITE – RESUME |
| 474 | | 5/29/08 | | ✓ | RICHARD SIEGEL – RESUME |

Page _____ of _____ Pages

AO 187A (Rev. 7/87) — EXHIBIT ~~[redacted]~~ LIST – CONTINUATION — PAGE 5

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 264 | | 5/29/08 | | ✓ | SEC Filings |
| 144 | | 5/29/08 | | ✓ | 1999 @ A&P Incentive Comp Plan Rec |
| 475 | | 5/29/08 | | ✓ | Svensson Supplement to Putnam Answers to Interrogatories |

Lisa Svensson vs. Putnam Investments LLC, et al — CASE NO. 04-CV-12711-PBS

Page _____ of _____ Pages