✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF _____ Massachusetts

LISA SVENSSON
V.
PUTNAM INVESTMENTS LLC, ET AL

 WITNESS LIST

Case Number: 04-CV-12711-PBS

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Patti B. Saris | Kevin Maloney | Joe Kociubes |
| TRIAL DATE (S) 5/12/08, 5/13, 5/14, 5/16, 5/19 5/20, 5/21, 5/22, 5/23, 5/27, 5/28, 5/29 | COURT REPORTER Lee Marzilli | COURTROOM DEPUTY Robert C. Alba |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 5/13/08 5/14/08 | 5/16/08 5/19/08 | 5/20/08 | LISA HEITMAN SVENSSON |
| 2 | | 5/20/08 | | | KONSTANTIN STOEV – BY DEPOSITION TRANSCRIPT |
| 3 | | 5/20/08 5/21/08 | | | JOSHUA BROOKS |
| 4 | | 5/21/08 | | | CHARLES HALDEMAN – BY DEPOSITION TRANSCRIPT |
| 5 | | 5/21/08 | | | RICHARD TIBBETTS – BY DEPOSITION TESTIMONY |
| 6 | | 5/21/08 5/23/08 | | | RICHARD TIBBETTS |
| 7 | | 5/22/08 | | | PAUL F. WHITE |
| 8 | | 5/27/08 | | | RICHARD SIEGEL |
| 9 | | 5/27/08 | | | MARY McNAME – BY DEPOSITION TRANSCRIPT |
| | 1 | 5/27/08 | | | STEVE CRYSTAGLIO |
| | 2 | 5/28/08 | | | STEPHEN DEXTER |
| | 3 | 5/28/08 | | | MARY McNAMEE |
| | 4 | 5/28/08 | | | DARREN PEERS – BY DEPOSITION TRANSCRIPT |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of _____ Pages