```
                UNITED STATES DISTRICT COURT
                  DISTRICT OF MASSACHUSETTS
```

_____
                                    )
LISA SVENSSON,                      )
                                    )
         Plaintiff,                 )
                                    )
    v.                              )  CIVIL ACTION NO. 04-12711-PBS
                                    )
PUTNAM INVESTMENTS LLC,             )
         Defendant.                 )
_____)

*Received 5/29/08 4:38pm*

## SPECIAL VERDICT

Saris, U.S.D.J.

**Section A.   The 2002 Decision**

   QA1.  Did plaintiff prove that the claim is timely?

         __✓__ Yes               _____ No

[If the answer to QA1 is yes, go to QA2. If the answer is no, go to Section B].

   QA2.  Did plaintiff prove that defendant's 2002 decision to move plaintiff from defendant's International Growth Team to its Global Equity Research Team was an adverse employment action?

         _____ Yes               __✓__ No

[If the answer to QA2 is no, go to Section B; otherwise, continue].

   QA3.  Did plaintiff prove that defendant made the decision to move plaintiff from the International Growth Team to the Global Equity Research Team because of her sex?

         _____ Yes               _____ No

[If the answer to QA3 is no, go to QA4; if the answer to QA3 is yes, skip over the mixed motive analysis and go to QA6].

    QA4.  Did plaintiff prove that gender was a motivating factor in the defendant's treatment of plaintiff?

    _____ Yes          _____ No

**[If the answer to QA4 is yes, go to QA5. If the answer to QA4 is no, go to Section B].**

    QA5.  If you answered QA4 yes, did defendant prove that the defendant would have treated the plaintiff similarly even if the plaintiff's gender had no role in the employment decision?

    _____ Yes          _____ No

**[If you answered No to QA5, go to QA6; if you answered yes to QA4 and QA5, go to Section B].**

    QA6.  Did plaintiff prove that she suffered damage as a result of her move from the International Growth Team to the Global Equity Research Team?

    _____ Yes          _____ No

    QA7.  If you answered QA6 yes, what amount of damages did this employment decision proximately cause plaintiff?

    Back Pay:

    _____
    (Amount in Dollars)

    _____
    (Amount in Words)

    Emotional Distress:

    _____
    (Amount in Dollars)

    _____
    (Amount in Words)

**[GO TO SECTION B].**

**Section B.  Job Decision in 2003 (Joshua Brooks)**

QB1.  Did plaintiff prove that defendant made an adverse employment decision regarding plaintiff's employment because of her sex in September 2003?

\_\_\_\_\_ Yes       __✓__ No

**[If you answered yes to QB1, skip to QB4; if you answered no to QB1, go to the mixed motive analysis in QB2].**

QB2.  Did plaintiff prove that gender was a motivating factor in the defendant's employment decision?

\_\_\_\_\_ Yes       __✓__ No

**[If you answered yes to QB2, go to QB3.  If you answered no to QB2, go to Section C if you answered QA6 yes. Otherwise, go to the end of the verdict form].**

QB3.  Did defendant prove that the plaintiff would have been treated similarly even if the plaintiff's gender had played no role in the decision?

\_\_\_\_\_ Yes       \_\_\_\_\_ No

**[If the answer to QB3 is no, go to QB4; if you answered QB3 yes, go to Section C if you answered QA6 yes; Otherwise, go to the end of the verdict form].**

QB4.  If you answered QB1 yes, <u>or</u> QB2 yes and QB3 no, please state the amount of damages proximately caused by defendant's employment decision.

   Back Pay:

   _____
   (Amount in Dollars)

   _____
   (Amount in Words)

   Front Pay:

   _____
   (Amount in Dollars)

   _____
   (Amount in Words)

Emotional Distress:

_____
(Amount in Dollars)

_____
(Amount in Words)

[Answer this question ONLY if you have answered Question QB1 yes, Question QB2 yes <u>and</u> QB3 no, or QA6 yes].

Section C.   <u>Punitive Damages</u>

QC1.   Do you find that defendant acted with an evil motive or intent, or demonstrated a reckless or callous indifference to plaintiff's protected rights?

_____ Yes            _____ No

[If your answer to QC1 is yes, answer QC2.  If your answer to QC1 is no, go to the end of the verdict form].

QC2.   Please state the amount of punitive damages that plaintiff should be awarded.

_____
(Amount in Dollars)

_____
(Amount in Words)

I certify that the jury unanimously concurs in the above verdict.

*Margaret Whittaker* (signature)
JURY FOREPERSON

DATED: 5/29/2008