UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

LISA SVENSSON,
          Plaintiff,

                    V.

                                          CIVIL ACTION: 04-12711-PBS

PUTNAM INVESTMENTS, LLC, ET AL,
          Defendants.

## JUDGMENT IN A CIVIL CASE

June 4, 2008

This action came before the Court for a trial by jury. The issues have been tried and the

jury has rendered its verdict. IT IS ORDERED AND ADJUDGED that final judgment is hereby

entered in favor of the Defendant, Putnam Investments, LLC. The Court also dismisses the

claims against Lawrence J. Lasser as stated in Memorandum and Order dated April 9, 2008

(Docket # 317).

Patti B. Saris
United Sates District Judge